# DOCUMENTS TO BE SEALED

<u>PLAINTIFF</u>

-V-

<u>DEFENDANT</u>

<u>DOCKET NUMBER:</u> 2 0 CV 00706

<u>DATE FILED:</u> JAN 27 2020

<u>SIGNED BY:</u> JUDGE NATHAN

<u>DATE SIGNED:</u> JAN 27 2020

<u>TO BE FILED UNDER SEAL:</u>

___ ENTIRE ACTION

_X_ COMPLAINT / PETITION ONLY

___ OTHER DOCUMENTS / EXHIBITS