# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION
    600 Pennsylvania Ave., NW
    Washington, DC 20580

STATE OF NEW YORK
    28 Liberty Street
    New York, NY 10005

                Plaintiffs,

v.

VYERA PHARMACEUTICALS, LLC,
    600 Third Ave., 10th Floor
    New York, NY 10016

PHOENIXUS AG,
    Hadlenstrasse 5
    6340 Baar, Switzerland

MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,
    FCI Allenwood Low
    Federal Correctional Institution
    P.O. Box 1000
    White Deer, PA 17887

    and

KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,
    330 East 38th St., Apt. 54K
    New York, NY 10016

                Defendants.



JAN 28 2020

20-cv-706



**[Proposed] Order Granting Plaintiff Federal Trade Commission's Ex Parte Motion to File the Complaint Temporarily Under Seal**

Plaintiff Federal Trade Commission ("FTC"), having moved ex parte for an Order directing that the Complaint in this action be filed temporarily under seal, and for good cause shown,

**IT IS HEREBY ORDERED** that the FTC's Ex Parte Motion to File the Complaint Temporarily Under Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that

The FTC's partially redacted Complaint is approved for filing on the public docket.

The FTC's unredacted Complaint shall be sealed for twenty calendar days from the date of this order to allow Defendants and relevant third parties an opportunity to seek a protective order to seal permanently information in the Complaint.

If, upon expiration of this twenty-day period, no Defendant or third party has moved to seal information contained in the Complaint, the Clerk of Court is directed to lift the temporary seal and place the complete, unredacted Complaint on the public docket.

The FTC shall promptly provide Defendants and relevant third parties with notice that this Order has been granted.

**SO ORDERED**:

Dated: 1/27/20

United States District Judge

Part I