**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>    600 Pennsylvania Ave., NW<br>    Washington, DC 20580<br><br>STATE OF NEW YORK<br>    28 Liberty Street<br>    New York, NY 10005<br><br>                Plaintiffs,<br><br>v.<br><br>VYERA PHARMACEUTICALS, LLC,<br>    600 Third Ave., 10th Floor<br>    New York, NY 10016<br><br>PHOENIXUS AG,<br>    Hadlenstrasse 5<br>    6340 Baar, Switzerland<br><br>MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br>    FCI Allenwood Low<br>    Federal Correctional Institution<br>    P.O. Box 1000<br>    White Deer, PA 17887<br><br>    and<br><br>KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC<br>    330 East 38th St., Apt. 54K<br>    New York, NY 10016<br><br>                Defendants. | Case No.: 20-CV-00706<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Daniel Butrymowicz, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel to Plaintiff Federal Trade Commission in the above captioned action.

I am in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 29, 2020

Respectfully Submitted,

Daniel Butrymowicz
Federal Trade Commission
600 Pennsylvania NW
Washington, DC 20580
Tel: (202) 326-3692
dbutrymowicz@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*