**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>    600 Pennsylvania Ave., NW<br>    Washington, DC 20580<br><br>STATE OF NEW YORK<br>    28 Liberty Street<br>    New York, NY 10005<br><br>                                    Plaintiffs,<br><br>    v.<br><br>VYERA PHARMACEUTICALS, LLC,<br>    600 Third Ave., 10th Floor<br>    New York, NY 10016<br><br>PHOENIXUS AG,<br>    Hadlenstrasse 5<br>    6340 Baar, Switzerland<br><br>MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br>    FCI Allenwood Low<br>    Federal Correctional Institution<br>    P.O. Box 1000<br>    White Deer, PA 17887<br><br>    and<br><br>KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br>    330 East 38th St., Apt. 54K<br>    New York, NY 10016<br><br>                                    Defendants. | Case. No. 20-cv-00706 (DLC)<br><br>**PROOF OF SERVICE REGARDING NOTICE OF INITIAL PRETRIAL CONFERENCE & JUDGE COTE'S INDIVIDUAL PRACTICES** |

Pursuant to this Court's order, Plaintiffs respectfully submit the following as proof of service of the Court's Notice of Initial Pretrial Conference (ECF No. 19) and Judge Cote's Individual Practices in Civil Cases upon defendants or defendants' counsel.

1. On February 3, 2020, Plaintiffs emailed the above-referenced documents to Michael Wiener of Dechert LLP (michael.weiner@dechert.com). Mr. Weiner represents Vyera Pharmaceuticals, LLC, and Phoenixus AG in this matter. His email acknowledging receipt of the above-referenced documents is attached as Exhibit 1.

2. On February 3, 2020, Plaintiffs emailed the above-referenced documents to Kandis Kovalsky of Kang Haggerty & Fetbroyt LLC (kkovalsky@khflaw.com). Ms. Kovalsky's firm represents Mr. Shkreli in this matter. Her email acknowledging receipt of the above-referenced documents is attached as Exhibit 2.

3. On February 4, 2020, Plaintiffs sent the above-referenced documents to Mr. Mulleady at his personal residence via Federal Express, with delivery guaranteed by February 5, 2020. A copy of the FedEx label is attached as Exhibit 3.

Dated: February 4, 2020

Respectfully submitted,

*/s/ J. Maren Schmidt*
J. Maren Schmidt (*Pro Hac Vice*)
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington, DC 20580
(202) 326-3084
mschmidt@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*