**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | |
| Plaintiffs, | Civil Action No. No. 20-cv-00706 (DLC) |
| v. | **NOTICE OF APPEARANCE** |
| VYERA PHARMACEUTICALS, LLC, et al., | |
| Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Michael L. Weiner, admitted to practice before this Court, of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Vyera Pharmaceuticals, LLC and Phoenixus AG, Defendants in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: February 12, 2020
       New York, New York

DECHERT LLP

By: /s/ Michael L. Weiner
    Michael L. Weiner
michael.weiner@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.:(212) 698-3608
Fax: (212) 698-0408

*Counsel for Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG*