IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>600 Pennsylvania Ave., NW<br>Washington, DC 20580<br><br>STATE OF NEW YORK<br>28 Liberty Street<br>New York, NY 10005<br><br>                    Plaintiffs,<br><br>v.<br><br>VYERA PHARMACEUTICALS, LLC,<br>600 Third Ave., 10th Floor<br>New York, NY 10016<br><br>PHOENIXUS AG,<br>Hadlenstrasse 5<br>6340 Baar, Switzerland<br><br>MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br>FCI Allenwood Low<br>Federal Correctional Institution<br>P.O. Box 1000<br>White Deer, PA 17887<br><br>    and<br><br>KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br>330 East 38th St., Apt. 54K<br>New York, NY 10016<br><br>                    Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/19/2020<br><br>Case No.: 20-cv-00706-DLC (RWL) |

[Proposed] **Order Granting Joint Motion to Seal Select Portions of the Complaint**

Plaintiff Federal Trade Commission ("FTC") and Defendants Vyera Pharmaceuticals, LLC, Phoenixus AG, and Martin Shkreli, having jointly moved to seal certain information in the Complaint, and for good cause shown,

**IT IS HEREBY ORDERED** that

The Clerk of Court shall file on the public docket, as the FTC's redacted Complaint, Exhibit B attached to the Joint Motion,

The Clerk of Court shall keep the FTC's unredacted Complaint (Dkt. No. 2) under seal absent further order from this Court, and

The information in the Complaint that the Generics wish to be restricted to outside counsel only, which is designated by red rectangles in Exhibit A, shall be restricted to outside counsel until the earliest of: (1) further order of this Court regarding the confidentiality of such material; (2) agreement by all parties; or (3) 30 days from the date of this order if no motion for a protective order concerning this information has been filed.

**SO ORDERED:**

Dated:   2/19/2020

_____
DENISE COTE
United States District Judge