```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   20cv00706(DLC)
FEDERAL TRADE COMMISSION and STATE OF    :
NEW YORK,                                :   ORDER
                                         :
                    Plaintiffs,          :
        -v-                              :
                                         :
VYERA PHARMACEUTICALS, LLC, PHOENIXUS    :
AG, MARTIN SHKRELL, individually, as     :
an owner and former director of          :
Phoenixus AG and a former executive of   :
Vyera Pharmaceuticals, LLC, and KEVIN    :
MULLEADY, individually, as an owner      :
and director of Phoenixus AG and a       :
former executive of Vyera                :
Pharmaceuticals, LLC,                    :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 19, 2020, the parties jointly moved to restrict certain information in the complaint to outside counsel. The parties also moved to file in redacted form a First Set of Joint Stipulations. Accordingly, it is hereby

ORDERED that the parties' requests are granted.

IT IS FURTHER ORDERED that the plaintiffs shall file on ECF as new docket entries the operative, public versions of the complaint and First Set of Joint Stipulations.

Dated:   New York, New York
         March 19, 2020

                              _____
                                       DENISE COTE
                              United States District Judge