IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>and<br><br>STATE OF NEW YORK,<br><br>      Plaintiffs,<br><br> v.<br><br>VYERA PHARMACEUTICALS, LLC,<br><br>PHOENIXUS AG,<br><br>MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br><br> and<br><br>KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br><br>      Defendants. | Case No. 1:20-cv-00706-DLC |

**[Proposed] Order on Deadline for Third Party Objections to the
Proposed Stipulated Protective Order**

On April 3, 2020, the parties submitted a [Proposed] Stipulated Protective Order. Before a protective order is entered governing this litigation, third parties will have an opportunity to seek revisions, or otherwise make objections, to the [Proposed] Stipulated Protective Order. Accordingly, it is hereby

ORDERED that third parties have until April 17, 2020, to seek revisions, or otherwise make objections, to the [Proposed] Stipulated Protective Order.

                       _____
                       DENISE COTE
                     United States District Judge

                       4.06.2020