# Morgan Lewis

**Steven A. Reed**
Partner
+1.215.963.5603
steven.reed@morganlewis.com

May 22, 2020



**VIA ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     Federal Trade Commission, et al. v. Vyera Pharmaceuticals, LLC, et al., No. 1:20-cv-00706-DLC

Dear Judge Cote:

In accordance with Section 1.A of Your Honor's Individual Practices, I write on behalf of all parties to the above-captioned matter with respect to the briefing schedule applicable to the Defendants' Joint Motion for a Stay of Discovery Pending Resolution of Motions to Dismiss (the "Motion to Stay Discovery"), which was filed earlier today.

Pursuant to Local Rule 6.1(a), Plaintiffs' opposition to the Motion to Stay Discovery would ordinarily be due on Friday, May 29, and Defendants' reply would be due on Monday, June 1.  The parties have reached agreement on a modified briefing schedule, and respectfully request that the Court extend the deadline for Plaintiffs to oppose the Motion to Stay Discovery until **June 5, 2020**, and the deadline for Defendants to file a reply in support of the Motion to Stay Discovery until **June 12, 2020**.

Thank you for your attention to this matter.

Respectfully submitted,

Steven A. Reed

*Counsel for Defendants Vyera Pharmaceuticals,*
*LLC and Phoenixus AG*

Any request to stay discovery pending briefing on the motion to stay discovery is denied.  The parties' proposed schedule for briefing on the motion to stay discovery is adopted.  5.26.2020.

DENISE COTE
United States District Judge

CC: All Counsel of Record

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA 19103
United States
☎ +1.215.963.5000
🖷 +1.215.963.5001