# Morgan Lewis

**Steven A. Reed**
Partner
+1.215.963.5603
steven.reed@morganlewis.com

May 22, 2020

**VIA ECF**



Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   <u>Federal Trade Commission, et al. v. Vyera Pharmaceuticals, LLC, et al.</u>, No. 1:20-cv-00706-DLC

Dear Judge Cote:

My law firm represents Vyera Pharmaceuticals, LLC and Phoenixus AG (together, the "Company Defendants") in the above-captioned action. On behalf of the Company Defendants, we respectfully request permission to file redacted versions of the Memorandum of Law in Support of Motion to Dismiss (the "Dismissal Motion") and the Memorandum of Law in Support of Defendants' Joint Motion for a Stay of Discovery Pending Resolution of Motions to Dismiss (the "Stay Motion"). The information that the Company Defendants seek to redact in the Dismissal Motion and the Stay Motion is the same information that Your Honor approved for redaction in the Amended Complaint for Injunctive and Other Equitable Relief by Order dated April 15, 2020. *See* ECF No. 90.

In accordance with Rule 7.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronic filing under seal, contemporaneously with this letter, the Company Defendants have publicly filed versions of the Dismissal Motion and the Stay Motion with the proposed redactions. On separate docket entries, the Company Defendants have filed under seal versions of the unredacted Dismissal Motion and Stay Motion with the proposed redactions highlighted. In these unredacted versions, Plaintiffs have also designated with red boxes the proposed redactions covering information that is also limited to outside counsel under Your Honor's March 19, 2020 Order. *See* ECF No. 71.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Steven A. Reed*

Steven A. Reed

```
Granted.  5.26.2020.

                      _____
                      DENISE COTE
                      United States District Judge
```

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA 19103          ☎ +1.215.963.5000
United States                    📠 +1.215.963.5001