```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
FEDERAL TRADE COMMISSION, STATE OF NEW   :
YORK, STATE OF CALIFORNIA, STATE OF      :
OHIO, COMMONWEALTH OF PENNSYLVANIA,      :      20cv706 (DLC)
STATE OF ILLINOIS, STATE OF NORTH        :
CAROLINA, and COMMONWEALTH OF            :          ORDER
VIRGINIA,                                :
                                         :
                    Plaintiffs,          :
                                         :
               -v-                       :
                                         :
VYERA PHARMACEUTICALS, LLC, AND          :
PHOENIXUS AG, MARTIN SHKRELI,            :
individually, as an owner and former     :
director of Phoenixus AG and a former    :
executive of Vyera Pharmaceuticals,      :
LLC, and KEVIN MULLEADY, individually,   :
as an owner and former director of       :
Phoenixus AG and a former executive of   :
Vyera Pharmaceuticals, LLC,              :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having reviewed the defendants' May 22, 2020 motion to stay discovery, it is hereby

ORDERED that the request is denied.


Dated:   New York, New York
         June 15, 2020

                                         _____
                                                    DENISE COTE
                                         United States District Judge