



UNITED STATES OF AMERICA
**Federal Trade Commission**
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

June 18, 2020

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re:** *FTC et al. v. Vyera Pharmaceuticals, LLC et al.*, 20-cv-00706 (DLC)

Dear Judge Cote:

I write on behalf of all parties to this matter to respectfully request an extension of the date by which the parties must file a letter with the Court identifying unresolved disagreements related to interrogatories and document requests from June 19, 2020 to June 26, 2020.

By way of background, on March 24, 2020, Your Honor entered a pretrial scheduling order in this matter. (ECF 74.) In accordance with Paragraph 6 of the scheduling order, the parties exchanged initial interrogatories and document requests on May 1, 2020, and exchanged responses and objections on June 1, 2020. The scheduling order directed the parties to submit a letter by May 22, 2020 "identifying any objections or disagreements that they have been unable to resolve in responding to each other's Interrogatories and Requests." (Scheduling Order ¶ 7.) On May 18, 2020, Your Honor granted the parties' joint letter motion to extend the May 22, 2020 deadline to June 19, 2020, to give us additional time to meet and confer in an attempt to resolve any disagreements. (ECF 107.)

The parties have been diligently engaged in the meet-and-confer process. We have identified a narrow range of issues that remain unresolved, but are optimistic that we can reach agreement (or narrow the issues further) with the benefit of a short extension of time. Accordingly, the parties respectfully request a one-week extension to submit a letter to the Court "identifying any objections or disagreements that they have been unable to resolve in responding to each other's Interrogatories and Requests."

Sincerely,

*/s/ Markus H. Meier*
Markus H. Meier
Assistant Director

cc:   All counsel of record (via ECF)

---

Granted.   6.18.2020.

_____
DENISE COTE
United States District Judge