

UNITED STATES OF AMERICA
Federal Trade Commission
WASHINGTON, D.C. 20580

Bureau of Competition
 Health Care Division

July 6, 2020

**MEMO ENDORSED**

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re: *FTC et al. v. Vyera Pharmaceuticals, LLC et al.*, 20-cv-00706 (DLC)**

Dear Judge Cote:

On behalf of all Plaintiffs in the above-captioned matter, the Federal Trade Commission respectfully requests permission to file redacted versions of Plaintiffs' memoranda of law in opposition to motions to dismiss by Defendants Martin Shkreli, Kevin Mulleady, Vyera Pharmaceuticals, LLC, and Phoenixus AG. The information Plaintiffs seek to redact in these three opposition briefs is the same information that Your Honor approved for redaction in the Amended Complaint for Injunctive and Other Equitable Relief by Order on April 15, 2020 (ECF No. 90).

In accordance with Rule 7.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronic filing under seal, contemporaneously with this letter Plaintiffs have publicly filed versions of the three opposition briefs with the proposed redactions. In separate docket entries, Plaintiffs have filed under seal unredacted versions of these opposition briefs with the proposed redactions highlighted. In these unredacted versions, Plaintiffs have also designated, with red boxes, the proposed redactions covering information that is restricted to outside counsel under Your Honor's March 19, 2020 Order (ECF No. 71).

Thank you for Your Honor's consideration.

Sincerely,

*/s/ Markus H. Meier*
Markus H. Meier
Assistant Director

> The request to file redacted versions of plaintiffs' memoranda of law in opposition to the motions to dismiss is granted.  7.07.2020.
>
> _____
> DENISE COTE
> United States District Judge