```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
FEDERAL TRADE COMMISSION, STATE OF NEW    :
YORK, STATE OF CALIFORNIA, STATE OF       :
OHIO, COMMONWEALTH OF PENNSYLVANIA,       :   20cv706 (DLC)
STATE OF ILLINOIS, STATE OF NORTH         :
CAROLINA, and COMMONWEALTH OF             :   ORDER
VIRGINIA,                                 :
                                          :
                        Plaintiffs,       :
                                          :
              -v-                         :
                                          :
VYERA PHARMACEUTICALS, LLC, AND           :
PHOENIXUS AG, MARTIN SHKRELI,             :
individually, as an owner and former      :
director of Phoenixus AG and a former     :
executive of Vyera Pharmaceuticals,       :
LLC, and KEVIN MULLEADY, individually,    :
as an owner and former director of        :
Phoenixus AG and a former executive of    :
Vyera Pharmaceuticals, LLC,               :
                                          :
                        Defendants.       :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having reviewed the parties' letters of July 22 and 23, 2020, in connection with their discovery dispute, it is hereby

ORDERED that the defendants are required to separately request discovery from the Indian entities identified in the parties submissions.  The plaintiffs need not include the defendants as parties to the plaintiffs' proposed Letter of Request to India under the Hague Evidence Convention (the "Request"), attached as Exhibit A to plaintiffs' letter of July

22, Docket. No. 186. The plaintiffs also need not include in their request the broader scope of discovery proposed by the defendants.

IT IS FURTHER ORDERED that the plaintiffs' request to file in redacted form Docket No. 186, as well as Exhibit A to Docket No. 186, is granted. The plaintiffs' request to file under seal Exhibit B to Docket No. 186, which is a copy of the unredacted Request, also is granted. The plaintiffs' request that the Court issue the Request under seal is granted, as well.

IT IS FURTHER ORDERED that the defendants' request to file in redacted form Docket No. 192, as well as Exhibits A, B, and C to Docket No. 192, is granted.

Dated:    New York, New York
          July 24, 2020

_____
DENISE COTE
United States District Judge