UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL TRADE COMMISSION, STATE OF NEW  :
YORK, STATE OF CALIFORNIA, STATE OF     :
OHIO, COMMONWEALTH OF PENNSYLVANIA,     :         20cv706 (DLC)
STATE OF ILLINOIS, STATE OF NORTH       :
CAROLINA, and COMMONWEALTH OF           :              ORDER
VIRGINIA,                               :
                                        :
                          Plaintiffs,   :
                                        :
              -v-                       :
                                        :
VYERA PHARMACEUTICALS, LLC, AND         :
PHOENIXUS AG, MARTIN SHKRELI,           :
individually, as an owner and former    :
director of Phoenixus AG and a former   :
executive of Vyera Pharmaceuticals,     :
LLC, and KEVIN MULLEADY, individually,  :
as an owner and former director of      :
Phoenixus AG and a former executive of  :
Vyera Pharmaceuticals, LLC,             :
                                        :
                          Defendants.   :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

        The defendants having filed modified Letters of Request in

response to this Court's Order of August 6, 2020, it is hereby

        ORDERED that the plaintiffs shall file any objection the

defendants' modified Letters of Request by **August 13, 2020** at

**noon.**

        IT IS FURTHER ORDERED that the defendants' request to file

the modified Letters of Request in redacted form, Exhibits A and

B to Docket No. 217, is granted.


Dated:     New York, New York
           August 11, 2020


                              _____
                              DENISE COTE
                    United States District Judge