

UNITED STATES OF AMERICA
**Federal Trade Commission**
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

August 11, 2020

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re:** ***FTC, et al. v. Vyera Pharmaceuticals, LLC*, et al., 1:20-cv-00706 (DLC)**

Dear Judge Cote:

I write on behalf of Plaintiffs to inform the Court that Plaintiffs do not object to Defendants' modified requests for foreign assistance in obtaining discovery. *See* ECF No. 220.

Sincerely,

*/s/ Markus H. Meier*

Markus H. Meier
Assistant Director