| | | |
|---|---|---|
| NEW YORK |  | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | CHRISTOPHER H. CASEY | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1155 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 2194 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* CHCasey@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

August 12, 2020

**VIA ECF**

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Federal Trade Commission, et. al. v. Vyera Pharmaceuticals, LLC, et al.*, <u>Case No. 1:20-cv-00706 (DLC) (S.D.N.Y.)</u>

Dear Judge Cote:

      I write in accordance with Section 2(C) of Your Honor's Individual Practices in Civil Cases and Section 4(A) of Your Honor's Emergency Individual Practices in Light of COVID-19 on behalf of Defendant Martin Shkreli. Earlier this evening, Plaintiffs filed a Discovery Letter Regarding Defendant Martin Shkreli's Prison Communications ("Plaintiffs' Letter"). *See* ECF 224. Mr. Shkreli intends to respond to Plaintiffs' Letter, and will file such response within three (3) business days, by no later than Monday, August 17, 2020. We respectfully request that the Court take no action on Plaintiffs' Letter until Mr. Shkreli has an opportunity to submit his response. Thank you for the Court's consideration of our request.

                                           Respectfully submitted,

                                           <u>*/s/ Christopher H. Casey*</u>
                                           Christopher H. Casey

CHC

DUANE MORRIS LLP

30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196        PHONE: +1 215 979 1000   FAX: +1 215 979 1020