# EXHIBIT C

| | |
|---|---|
| **From:** | Casey, Christopher H. |
| **To:** | "Meier, Markus H."; Schmidt, J. Maren; Rudowitz, Andrew J.; Perlman, Neal; Albert, Bradley Scott; Weingarten, James; Flint, Phoebe |
| **Cc:** | "Reed, Steven A."; "Mahoney, Stacey Anne"; "Kaufman, Noah J."; "Kenneth R. David"; "Anthony MacDonald Caputo"; "Nicholas A. Rendino"; Kandis L. Kovalsky; Edward Kang |
| **Subject:** | RE: FTC et al. v. Vyera Pharmaceuticals, LLC, et al., 1:20-civ-00706; Shkreli Letter to FTC re BOP Production |
| **Date:** | Friday, June 12, 2020 3:01:00 PM |

Markus:

Thank you for your response to our questions.

In response to your letter of Monday, and in particular your request that we let you know our intentions regarding these issues, we are hopeful that we can reach a resolution, before next Friday, June 19, regarding the issues raised by the BOP's collection and production of our client's emails and phone calls.  If it is not resolved to our satisfaction by the 19th, we intend to raise the issue with Judge Cote in our letter to the Court on outstanding discovery disputes that is due that day.

We will send you a letter early next week responding to the points you made in your letter, and we welcome follow-up discussions.

Have a nice weekend.

Regards,

Chris

**From:** Meier, Markus H. <MMEIER@ftc.gov>
**Sent:** Wednesday, June 10, 2020 12:57 PM
**To:** Casey, Christopher H. <CHCasey@duanemorris.com>; Schmidt, J. Maren <mschmidt@ftc.gov>; Rudowitz, Andrew J. <AJRudowitz@duanemorris.com>; Perlman, Neal <nperlman@ftc.gov>; Albert, Bradley Scott <BALBERT@ftc.gov>; Weingarten, James <jweingarten@ftc.gov>; Flint, Phoebe <pflint@ftc.gov>
**Cc:** 'Reed, Steven A.' <steven.reed@morganlewis.com>; 'Mahoney, Stacey Anne' <stacey.mahoney@morganlewis.com>; 'Kaufman, Noah J.' <noah.kaufman@morganlewis.com>; 'Kenneth R. David' <KDavid@kasowitz.com>; 'Anthony MacDonald Caputo' <ACaputo@kasowitz.com>; 'Nicholas A. Rendino' <nrendino@kasowitz.com>; 'Kandis Kovalsky' <kkovalsky@khflaw.com>; 'Edward Kang' <ekang@khflaw.com>
**Subject:** RE: FTC et al. v. Vyera Pharmaceuticals, LLC, et al., 1:20-civ-00706; Shkreli Letter to FTC re BOP Production

Chris:

Happy to clarify. The FTC issued two subpoenas to the Bureau of Prisons for Mr. Shkreli's call recordings, which are available at the Bates numbers listed in your email below. The BOP produced the remaining documents in response to a form called a "Request for Inmate Transactional Data."

I've attached a blank copy of the BOP's form for your convenience.

We are currently reviewing the completed forms we sent to the BOP for privilege. We will either produce them by June 19 or include them on our privilege log.

Markus

---

**From:** Casey, Christopher H. <CHCasey@duanemorris.com>
**Sent:** Monday, June 8, 2020 8:30 PM
**To:** Schmidt, J. Maren <mschmidt@ftc.gov>; Rudowitz, Andrew J. <AJRudowitz@duanemorris.com>; Perlman, Neal <nperlman@ftc.gov>; Meier, Markus H. <MMEIER@ftc.gov>; Albert, Bradley Scott <BALBERT@ftc.gov>; Weingarten, James <jweingarten@ftc.gov>
**Cc:** 'Reed, Steven A.' <steven.reed@morganlewis.com>; 'Mahoney, Stacey Anne' <stacey.mahoney@morganlewis.com>; 'Kaufman, Noah J.' <noah.kaufman@morganlewis.com>; 'Kenneth R. David' <KDavid@kasowitz.com>; 'Anthony MacDonald Caputo' <ACaputo@kasowitz.com>; 'Nicholas A. Rendino' <nrendino@kasowitz.com>; 'Kandis Kovalsky' <kkovalsky@khflaw.com>; 'Edward Kang' <ekang@khflaw.com>
**Subject:** RE: FTC et al. v. Vyera Pharmaceuticals, LLC, et al., 1:20-civ-00706; Shkreli Letter to FTC re BOP Production

Dear Markus,

Thank you for your letter of earlier today.  We are reviewing it.

We request clarification on two issues.

First, your letter states that the subpoenas *duces tecum* sent to the BOP were at Bate numbers FTC-PROD-00016421 to 0016426.  We have reviewed these two subpoenas, and they call only for the production of recorded phone calls.  However, the BOP's production encompasses some 20,000 plus pages of materials, many of which are emails.  Was there a separate subpoena calling for production of emails?  If so, can you please direct us to that subpoena?

Second, you stated in your letter that the BOP has made an additional production of materials that you are currently reviewing and intend to produce by June 19.  Were these materials produced pursuant to the subpoenas at Bates numbers FTC-PROD-00016421 to 0016426, or pursuant to another subpoena? If so, can you please direct us to that subpoena?

Regards,

Chris

---

**From:** Schmidt, J. Maren <mschmidt@ftc.gov>
**Sent:** Monday, June 8, 2020 12:56 PM
**To:** Rudowitz, Andrew J. <AJRudowitz@duanemorris.com>; Perlman, Neal <nperlman@ftc.gov>;

Meier, Markus H. <MMEIER@ftc.gov>; Albert, Bradley Scott <BALBERT@ftc.gov>; Weingarten, James <jweingarten@ftc.gov>
**Cc:** 'Reed, Steven A.' <steven.reed@morganlewis.com>; 'Mahoney, Stacey Anne' <stacey.mahoney@morganlewis.com>; 'Kaufman, Noah J.' <noah.kaufman@morganlewis.com>; 'Kenneth R. David' <KDavid@kasowitz.com>; 'Anthony MacDonald Caputo' <ACaputo@kasowitz.com>; 'Nicholas A. Rendino' <nrendino@kasowitz.com>; Casey, Christopher H. <CHCasey@duanemorris.com>; 'Kandis Kovalsky' <kkovalsky@khflaw.com>
**Subject:** RE: FTC et al. v. Vyera Pharmaceuticals, LLC, et al., 1:20-civ-00706; Shkreli Letter to FTC re BOP Production

Chris and AJ:

Attached please find Markus's response.

Thanks,

**J. Maren Schmidt**
FTC Health Care Division
mschmidt@ftc.gov
202.326.3084

---

**From:** Rudowitz, Andrew J. <AJRudowitz@duanemorris.com>
**Sent:** Wednesday, June 3, 2020 4:31 PM
**To:** Perlman, Neal <nperlman@ftc.gov>; Meier, Markus H. <MMEIER@ftc.gov>; Albert, Bradley Scott <BALBERT@ftc.gov>; Schmidt, J. Maren <mschmidt@ftc.gov>; Weingarten, James <jweingarten@ftc.gov>
**Cc:** 'Reed, Steven A.' <steven.reed@morganlewis.com>; 'Mahoney, Stacey Anne' <stacey.mahoney@morganlewis.com>; 'Kaufman, Noah J.' <noah.kaufman@morganlewis.com>; 'Kenneth R. David' <KDavid@kasowitz.com>; 'Anthony MacDonald Caputo' <ACaputo@kasowitz.com>; 'Nicholas A. Rendino' <nrendino@kasowitz.com>; Casey, Christopher H. <CHCasey@duanemorris.com>; 'Kandis Kovalsky' <kkovalsky@khflaw.com>
**Subject:** FTC et al. v. Vyera Pharmaceuticals, LLC, et al., 1:20-civ-00706; Shkreli Letter to FTC re BOP Production

Dear Markus,

Please see the attached letter.

Thanks,

AJ

**Andrew John (AJ) Rudowitz**
Associate

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1974
**F:** +1 215 689 2599

ajrudowitz@duanemorris.com
www.duanemorris.com

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.