```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FEDERAL TRADE COMMISSION, STATE OF NEW   :
YORK, STATE OF CALIFORNIA, STATE OF      :   20cv00706 (DLC)
OHIO, COMMONWEALTH OF PENNSYLVANIA,      :
STATE OF ILLINOIS, STATE OF NORTH        :   ORDER
CAROLINA, and COMMONWEALTH OF            :
VIRGINIA,                                :
                                         :
                  Plaintiffs,            :
                                         :
            -v-                          :
                                         :
VYERA PHARMACEUTICALS, LLC, AND          :
PHOENIXUS AG, MARTIN SHKRELI,            :
individually, as an owner and former     :
director of Phoenixus AG and a former    :
executive of Vyera Pharmaceuticals,      :
LLC, and KEVIN MULLEADY, individually,   :
as an owner and former director of       :
Phoenixus AG and a former executive of   :
Vyera Pharmaceuticals, LLC,              :
                                         :
                  Defendants.            :
----------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/20

DENISE COTE, District Judge:

On March 24, 2020, a pretrial conference was scheduled as a telephone conference for September 11, 2020 at 10:00am. It is hereby

ORDERED that the parties shall confer and advise the Court by September 4 in a letter no longer than two pages of any issues they believe should be addressed at the September 11 conference.

Dated:    New York, New York
          August 28, 2020

_____
          DENISE COTE
United States District Judge