

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | FIRM and AFFILIATE OFFICES | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | CHRISTOPHER H. CASEY | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1155 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 2194 | LAS VEGAS |
| LOS ANGELES | E-MAIL: CHCasey@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

September 10, 2020

**VIA ECF**

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY  10007

> Re:  *Federal Trade Commission, et. al. v. Vyera Pharmaceuticals, LLC, et al.*, <u>Case No. 1:20-cv-00706 (DLC) (S.D.N.Y.)</u>

Dear Judge Cote:

      I write in accordance with Section 2(C) of Your Honor's Individual Practices in Civil Cases and Section 4(A) of Your Honor's Emergency Individual Practices in Light of COVID-19 on behalf of Defendant Martin Shkreli.  Late yesterday evening, Plaintiffs filed a Letter Motion for Discovery Regarding Defendant Martin Shkreli's Privilege Claims over Monitored Communications with Attorneys ("Plaintiffs' Letter").  *See* ECF 237.  Mr. Shkreli intends to respond to Plaintiffs' Letter, and will file such response within three (3) business days, by no later than Monday, September 14, 2020.  We respectfully request that the Court take no action on Plaintiffs' Letter until Mr. Shkreli has an opportunity to submit his response.  Thank you for the Court's consideration of our request.

                                                      Respectfully submitted,

                                                      */s/ Christopher H. Casey*
                                                      Christopher H. Casey

CHC

cc: Counsel of Record (*via ECF*)

DUANE MORRIS LLP
30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196        PHONE: +1 215 979 1000    FAX: +1 215 979 1020