

UNITED STATES OF AMERICA
Federal Trade Commission
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2020
```

September 9, 2020

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re: *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 1:20-cv-00706 (DLC)

Dear Judge Cote:

On behalf of Plaintiffs, the Federal Trade Commission respectfully requests permission to file under seal Exhibits A and B to Plaintiffs' letter seeking a Court order that Defendant Martin Shkreli substantiate his privilege claims over certain communications monitored by the Bureau of Prisons. The FTC seeks to file these two exhibits under seal because the lists of Mr. Shkreli's attorneys are currently designated as Confidential under the Protective Order. *See* ECF No. 92 § 8.

In accordance with Rule 7.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, the FTC will publicly file Plaintiffs' letter, Exhibits C and D, and redacted versions of Exhibits A and B. On a separate docket entry, the FTC will file under seal the letter and all exhibits.

Sincerely,

/s/ *Markus H. Meier*

Markus H. Meier
Assistant Director

Granted.
*Denise Cote*
9/10/20