```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
FEDERAL TRADE COMMISSION, STATE OF NEW  :
YORK, STATE OF CALIFORNIA, STATE OF     :   20cv00706 (DLC)
OHIO, COMMONWEALTH OF PENNSYLVANIA,     :
STATE OF ILLINOIS, STATE OF NORTH       :   ORDER
CAROLINA, and COMMONWEALTH OF           :
VIRGINIA,                               :
                                        :
                 Plaintiffs,            :
                                        :
            -v-                         :
                                        :
VYERA PHARMACEUTICALS, LLC, AND         :
PHOENIXUS AG, MARTIN SHKRELI,           :
individually, as an owner and former    :
director of Phoenixus AG and a former   :
executive of Vyera Pharmaceuticals,     :
LLC, and KEVIN MULLEADY, individually,  :
as an owner and former director of      :
Phoenixus AG and a former executive of  :
Vyera Pharmaceuticals, LLC,             :
                                        :
                 Defendants.            :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2020

DENISE COTE, District Judge:

Pursuant to the Order of August 20, 2020, counsel for defendant Martin Shkreli provided plaintiffs with a list of fourteen attorneys and eight law firms on August 24. On September 2, counsel for Mr. Shkreli provided plaintiffs with a revised list, in which it removed three individuals and one law firm from the original list sent on August 24. Accordingly, it is hereby

ORDERED that by September 14, 2020, Mr. Shkreli shall serve on plaintiffs, and provide to the Court for filing under seal, a

1

statement that identifies the civil or criminal proceedings for which each law firm and individual represented Mr. Shkreli, the time frame of the representation, and, if there was no proceeding, the subject matter of the legal advice provided by the attorney.

Dated:  New York, New York
        September 10, 2020

                                    _____
                                    DENISE COTE
                                    United States District Judge