# Exhibit D

| | |
|---|---|
| From: | Akeel Mithani <amithani@vyera.com> |
| Sent: | Tuesday, February 25, 2020 10:46 PM |
| To: | kevin.mulleady@googlemail.com; William Rueckert <wdrueckert@oystergroupllc.com>; Jordan Walker <jordan.walker@gmail.com> |
| Subject: | FW: 2019 Self Review |
| Attach: | 2020-02-24 2019 Self-Review and Feedback Form ALP.docx; 2020-02-24 State of the Enterprise.docx |

Hello all, Averill sent this to as part of his self review since Jordan and I are on the comp committee.  We would value rest of the board member's two cents also in determining his annual cash bonus.

Akeel

**From:** Averill L. Powers <apowers@vyera.com>
**Sent:** Monday, February 24, 2020 6:58 PM
**To:** Akeel Mithani <amithani@vyera.com>; Jordan Walker <jordan.walker@gmail.com>
**Subject:** RE: 2019 Self Review

Please see attached filled in Self-Review & Feedback Form. I am also including a short synopsis of the state of the enterprise and our trajectory as I see it which should give you more details to chew upon in one place although none of it should be new to you.  I was not thrilled by the latest HQ Bonus pool 2019 spread sheet that you distributed, Akeel, specifically my projected bonus. Please consider the situation in which I was asked to take on my role, what has happened since (both positively as well as the negative things that are completely beyond my control, e.g., personal threats while being grilled by FTC commissioners and staff and calls from Kevin on behalf of Martin threatening my tenure as a Director).  The reputational and other risks associated with this job have only gone up.  I am not wavering in my commitment, but I do expect to be properly taken care of.

**From:** Akeel Mithani <amithani@vyera.com>
**Sent:** Thursday, January 30, 2020 11:36 AM
**To:** Averill L. Powers <apowers@vyera.com>
**Cc:** Jordan Walker <jordan.walker@gmail.com>
**Subject:** 2019 Self Review

Hi – it would greatly appreciated from Jordan and I if you would fill out the attached form, I think there have been many small wins this year would be great to have them laid out for us.

**Akeel Mithani**
Head Of Business Development
**Vyera Pharmaceuticals, LLC**
600 3rd Avenue
New York, NY 10016
**Email** amithani@vyera.com
**Office** +1 646.356.5552
**Mobile** +1 917.575.6446
www.vyera.com


NOTICE: This e-mail message (including any attachments) is a private communication and may contain confidential, privileged or proprietary information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this

communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Highly Confidential

Mulleady_0001883