```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
FEDERAL TRADE COMMISSION, STATE OF NEW    :    20cv00706 (DLC)
YORK, STATE OF CALIFORNIA, STATE OF       :
OHIO, COMMONWEALTH OF PENNSYLVANIA,       :         ORDER
STATE OF ILLINOIS, STATE OF NORTH         :
CAROLINA, and COMMONWEALTH OF             :
VIRGINIA,                                 :
                                         :
                 Plaintiffs,              :
                                         :
         -v-                              :
                                         :
VYERA PHARMACEUTICALS, LLC, AND           :
PHOENIXUS AG, MARTIN SHKRELI,             :
individually, as an owner and former      :
director of Phoenixus AG and a former     :
executive of Vyera Pharmaceuticals,       :
LLC, and KEVIN MULLEADY, individually,    :
as an owner and former director of        :
Phoenixus AG and a former executive of    :
Vyera Pharmaceuticals, LLC,               :
                                         :
                 Defendants.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 15, 2020, defendants submitted answers to plaintiffs' amended complaint. Defendants filed a motion to redact portions of these answers that contain commercially and competitively sensitive nonpublic information, which was granted on September 17.

On October 1, defendants requested permission to re-file the public versions of their answers to plaintiffs' amended complaint, as defendants inadvertently left unredacted portions

of their answers that contain competitively and commercially sensitive information. It is hereby

ORDERED that defendants' request to re-file public versions of their answers to the amended complaint is granted. Defendants shall re-file public versions of their answers to the docket.

IT IS FURTHER ORDERED that the Clerk's Office shall strike Martin Shkreli's currently-filed answer to the amended complaint at Doc. No. 258 and Vyera Pharmaceuticals, LLC's and Phoenixus AG's currently-filed answer to the amended complaint at ECF No. 253.

Dated: New York, New York
October 5, 2020

DENISE COTE
United States District Judge