UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
FEDERAL TRADE COMMISSION, STATE OF NEW    :   20cv00706 (DLC)
YORK, STATE OF CALIFORNIA, STATE OF       :
OHIO, COMMONWEALTH OF PENNSYLVANIA,       :   ORDER
STATE OF ILLINOIS, STATE OF NORTH         :
CAROLINA, and COMMONWEALTH OF             :
VIRGINIA,                                 :
                                          :
                    Plaintiffs,           :
                                          :
          -v-                             :
                                          :
VYERA PHARMACEUTICALS, LLC, AND           :
PHOENIXUS AG, MARTIN SHKRELI,             :
individually, as an owner and former      :
director of Phoenixus AG and a former     :
executive of Vyera Pharmaceuticals,       :
LLC, and KEVIN MULLEADY, individually,    :
as an owner and former director of        :
Phoenixus AG and a former executive of    :
Vyera Pharmaceuticals, LLC,               :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

   On October 6, 2020, plaintiffs filed a motion to strike certain defenses in defendants Vyera Pharmaceuticals, LLC and Phoenixus AG's answer to plaintiffs' amended complaint, as well in defendant Martin Shkreli's answer.  It is hereby

   ORDERED that defendants shall file any opposition to plaintiffs' motion to strike by **October 21, 2020.**

   IT IS FURTHER ORDERED that plaintiffs shall file any reply in support of their motion to strike by **October 28, 2020.**

Dated:    New York, New York
          October 7, 2020

                                   _____
                                            DENISE COTE
                                   United States District Judge