NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY



*FIRM and AFFILIATE OFFICES*

CHRISTOPHER H. CASEY
DIRECT DIAL: +1 215 979 1155
PERSONAL FAX: +1 215 689 2194
*E-MAIL:* CHCasey@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

November 4, 2020

**VIA ECF**

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Federal Trade Commission, et. al. v. Vyera Pharmaceuticals, LLC, et al.*, <u>Case No. 1:20-cv-00706 (DLC) (S.D.N.Y.)</u>

Dear Judge Cote:

      I write in accordance with Section 2(C) of Your Honor's Individual Practices in Civil Cases and Section 4(A) of Your Honor's Emergency Individual Practices in Light of COVID-19 on behalf of Defendant Martin Shkreli. Late tonight, Plaintiffs filed a Letter Motion for Discovery Regarding Relevant Portions of BOP-Monitored Call Transcripts with Attorneys ("Plaintiffs' Letter"). *See* ECF 301. Mr. Shkreli intends to respond to Plaintiffs' Letter, and will file such response within three (3) business days, by no later than Monday, November 9, 2020. We respectfully request that the Court take no action on Plaintiffs' Letter until Mr. Shkreli has an opportunity to submit his response. Thank you for the Court's consideration of our request.

                       Respectfully submitted,

                       <u>*/s/ Christopher H. Casey*</u>
                       Christopher H. Casey

CHC

cc: Counsel of Record (*via ECF*)

DUANE MORRIS LLP
30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196    PHONE: +1 215 979 1000    FAX: +1 215 979 1020