```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
FEDERAL TRADE COMMISSION, STATE OF NEW   :   20cv00706 (DLC)
YORK, STATE OF CALIFORNIA, STATE OF      :
OHIO, COMMONWEALTH OF PENNSYLVANIA,      :   ORDER
STATE OF ILLINOIS, STATE OF NORTH        :
CAROLINA, and COMMONWEALTH OF            :
VIRGINIA,                                :
                                         :
                    Plaintiffs,          :
                                         :
          -v-                            :
                                         :
VYERA PHARMACEUTICALS, LLC, AND          :
PHOENIXUS AG, MARTIN SHKRELI,            :
individually, as an owner and former     :
director of Phoenixus AG and a former    :
executive of Vyera Pharmaceuticals,      :
LLC, and KEVIN MULLEADY, individually,   :
as an owner and former director of       :
Phoenixus AG and a former executive of   :
Vyera Pharmaceuticals, LLC,              :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 25, 2020, defendant Martin Shkreli filed a motion to stay discovery in the above-captioned case. It is hereby

ORDERED that plaintiffs shall submit opposition to defendant's motion by **December 7, 2020.**

IT IS FURTHER ORDERED that Shkreli shall submit his reply by **December 11, 2020.**

IT IS FURTHER ORDERED that discovery is not stayed pending the resolution of this motion to stay.

Dated:     New York, New York
           November 30, 2020

                                   _____
                                            DENISE COTE
                                   United States District Judge