

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

December 1, 2020

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re:  *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 1:20-cv-00706 (DLC)**

Dear Judge Cote:

The Federal Trade Commission respectfully provides notice to this Court and to all parties of an order from the High Court of Karnataka, in India, regarding Plaintiffs' Letter of Request for Foreign Discovery. On July 24, 2020, the Court granted Plaintiffs' request to issue a Letter of Request to India seeking documents and oral testimony from three Indian nationals and two Indian corporations. ECF 196. On November 23, the High Court of Karnataka granted the request and ordered Plaintiffs to provide a copy of its judgment to all parties and this Court. Ex. A at 7.

To that end, we have attached the order of the Honorable Mr. Justice Krishna S. Dixit of the High Court of Karnataka as an exhibit to this letter. We are available to answer any questions Your Honor may have but otherwise seek no additional action from the Court at this time.

Sincerely,

*/s/ Markus H. Meier*
Markus H. Meier
Assistant Director