# Morgan Lewis

**Steven A. Reed**
Partner
+1.215.963.5603
steven.reed@morganlewis.com



December 3, 2020

**VIA ECF**

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Federal Trade Commission v. Vyera Pharmaceuticals, LLC*, No. 1:20-cv-00706-DLC

Dear Judge Cote:

In accordance with Rule 7.B of Your Honor's Individual Practices in Civil Cases and the requirements for electronic filing under seal, Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG (together, the "Company Defendants") respectfully request permission to file a version of the Company Defendants' forthcoming letter motion regarding foreign discovery (the "Letter Motion") under seal. The Letter Motion contains information that Your Honor approved for redaction in the Amended Complaint for Injunctive and Other Equitable Relief by Order dated April 15, 2020, *see* ECF No. 90, and information that third parties have designated as confidential or highly confidential under the terms of the Stipulated Protective Order, *see* ECF No. 92.

As required by Rule 7.B of Your Honor's Individual Practices in Civil Cases and the requirements for electronic filing under seal, the Company Defendants will publicly file a version of the Letter Motion with the proposed redactions. As further required, in a separate docket entry, the Company Defendants will file under seal a version of the Letter Motion with the proposed redactions highlighted, and with red boxes denoting information that is also limited to outside counsel under Your Honor's March 19, 2020 Order. *See* ECF No. 71.

We appreciate the Court's consideration of this request.

Respectfully submitted,

Steven A. Reed

```
Granted.
12.4.2020
                        _____
                                 DENISE COTE
                        United States District Judge
```

Morgan, Lewis & Bockius LLP

1701 Market Street
Philadelphia, PA 19103     T +1.215.963.5000
United States              F +1.215.963.5001