```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
FEDERAL TRADE COMMISSION, STATE OF NEW   :
YORK, STATE OF CALIFORNIA, STATE OF      :
OHIO, COMMONWEALTH OF PENNSYLVANIA,      :
STATE OF ILLINOIS, STATE OF NORTH        :
CAROLINA, and COMMONWEALTH OF            :
VIRGINIA,                                :
                                         :
                 Plaintiffs,             :
                                         :
        -v-                              :
                                         :   20cv00706 (DLC)
VYERA PHARMACEUTICALS, LLC, AND          :
PHOENIXUS AG, MARTIN SHKRELI,            :        ORDER
individually, as an owner and former     :
director of Phoenixus AG and a former    :
executive of Vyera Pharmaceuticals,      :
LLC, and KEVIN MULLEADY, individually,   :
as an owner and former director of       :
Phoenixus AG and a former executive of   :
Vyera Pharmaceuticals, LLC,              :
                                         :
                 Defendants.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the parties' letters of December 3, 2020 and December 8, it is hereby

ORDERED that a conference is scheduled for **Friday, December 11, 2020 at 1:00pm.**

Due to the ongoing COVID-19 pandemic, the conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

```
        Dial-in:         888-363-4749

        Access code:     4324948
```

The parties shall use a landline if one is available.

     SO ORDERED:

Dated:   New York, New York
         December 9, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge