# Morgan Lewis

**Steven A. Reed**
+1.215.963.5603
steven.reed@morganlewis.com

December 22, 2020

**VIA ECF**

MEMO ENDORSED

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Federal Trade Commission v. Vyera Pharmaceuticals, LLC*, No. 1:20-cv-00706-DLC

Dear Judge Cote:

In accordance with Rule 7.B of Your Honor's Individual Practices in Civil Cases and the requirements for electronic filing under seal, Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG (together, "Vyera") respectfully request permission to file a version of their forthcoming letter response regarding Plaintiffs' privilege dispute under seal (the "Letter Response"). The Letter Response and its exhibit contain commercially-sensitive information that Your Honor has previously approved for redaction by Orders dated September 23, 2020 and December 21, 2020.  *See* ECF Nos. 281, 354.

As required by Rule 7.B of Your Honor's Individual Practices in Civil Cases and the requirements for electronic filing under seal, Vyera will publicly file a version of the Letter Response with the proposed redactions. As further required, in a separate docket entry, Vyera will file under seal a version of the Letter Response with the proposed redactions highlighted.

Thank you for your consideration of our request.

Respectfully submitted,

*[signature]*

Steven A. Reed

CC: All counsel of record

Granted. 12.23.20.

_____
DENISE COTE
United States District Judge

Morgan, Lewis & Bockius LLP

1701 Market Street
Philadelphia, PA 19103      T +1.215.963.5000
United States              F +1.215.963.5001