```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------  X
                                       :
FEDERAL TRADE COMMISSION, STATE OF     :
NEW YORK, STATE OF CALIFORNIA, STATE   :
OF OHIO, COMMONWEALTH OF               :
PENNSYLVANIA, STATE OF ILLINOIS,       :
STATE OF NORTH CAROLINA, and           :
COMMONWEALTH OF VIRGINIA,              :
                                       :
                       Plaintiffs,     :
                                       :    20cv706 (DLC)
                -v-                    :
                                       :         ORDER
VYERA PHARMACEUTICALS, LLC, AND        :
PHOENIXUS AG, MARTIN SHKRELI,          :
individually, as an owner and former   :
director of Phoenixus AG and a former  :
executive of Vyera Pharmaceuticals,    :
LLC, and KEVIN MULLEADY,               :
individually, as an owner and former   :
director of Phoenixus AG and a former  :
executive of Vyera Pharmaceuticals,    :
LLC,                                   :
                                       :
                       Defendants.     :
                                       :
-------------------------------------  X
```

DENISE COTE, District Judge:

On December 18, 2020, the plaintiffs requested that the Court order defendant Vyera Pharmaceuticals, LLC ("Vyera") to submit certain board meeting minutes for in camera review. On December 22, defendant Vyera responded. Having reviewed the parties' submissions, it is hereby

ORDERED that the plaintiffs' request is granted. Vyera shall provide the documents for in camera review by **January 8,**

**2021** by submitting them to this Court's Chambers Inbox at CoteNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that Vyera's request that the in camera review process be referred to a magistrate judge is denied.

Dated:   New York, New York
         December 23, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge