

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

January 23, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re:  *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 1:20-cv-00706 (DLC)**

Dear Judge Cote:

I write on behalf of Plaintiffs to notify Your Honor that we intend to respond to Mr. Shkreli's motion to compel Plaintiffs to produce discovery. (ECF 371.) Mr. Shkreli filed his two-page letter brief last night. We intend to respond by Monday, January 25, 2021, and respectfully request that the Court take no action until we have an opportunity to submit our response.

Sincerely,

*/s/ Markus H. Meier*

Markus H. Meier
Assistant Director