IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FEDERAL TRADE COMMISSION, et al.,**<br><br>               **Plaintiffs,**<br><br>v.<br><br>**VYERA PHARMACEUTICALS, LLC, et al.,**<br><br>               **Defendants.** | Civil Action No. 1:20-cv-00706-DLC |

## MOTION TO WITHDRAW AS COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE THAT Francis A. DeSimone hereby requests to withdraw as counsel of record for Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG in the above-captioned case. Mr. DeSimone asks to be removed from the case docket and from the Notice of Electronic Filing System as indicated on the docket. Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG continue to be represented by Morgan, Lewis & Bockius LLP and its counsel of record.

Dated: February 3, 2021                           Respectfully submitted,

                                                                  */s/ Francis A. DeSimone*
                                                             Francis A. DeSimone
                                                            Morgan, Lewis & Bockius LLP
                                                            1701 Market Street
                                                           Philadelphia, Pennsylvania 19103
                                                           Tel.: (215) 963-5000
                                                           Fax: (215) 963-5001
                                                           frank.desimone@morganlewis.com

                                                           *Attorneys for Defendants Vyera*
                                                           *Pharmaceuticals, LLC and Phoenixus AG*