

UNITED STATES OF AMERICA
Federal Trade Commission
WASHINGTON, DC 20580

Bureau of Competition
Health Care Division

February 23, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re:   *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 20-cv-00706 (DLC)

Dear Judge Cote:

I write on behalf of all parties to this matter to respectfully request several minor adjustments to the expert discovery schedule in this case.

The parties' proposed revisions would not affect any other deadlines.

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Rebuttal Expert reports | June 1, 2021 | June 4, 2021 |
| Reply Expert reports | June 22, 2021 | June 29, 2021 |
| Close of Expert discovery | August 6, 2021 | August 13, 2021 |

Sincerely,

*/s/ Markus H. Meier*
Markus H. Meier
Counsel for the Federal Trade Commission

cc:   All counsel of record (via ECF)