IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>VYERA PHARMACEUTICALS, LLC, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 1:20-cv-00706-DLC |

**Motion to Withdraw as Counsel**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Daniel Patrick Huyett will no longer represent the Federal Trade Commission in the above-captioned case and hereby moves for leave of this Court to withdraw as counsel of record. Mr. Huyett respectfully requests that Your Honor direct the Clerk of the Court to remove him as counsel from the case docket and to remove his name and email from the Court's ECF/CM notification list.

In support of such motion and in accordance with Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Mr. Huyett states the following:

1. The Federal Trade Commission continues to be represented in this case by other attorneys of record.

2. I request to withdraw as counsel of record due to my departure from the Federal Trade Commission on this day, March 5, 2021.

3. My request to withdraw as counsel of record will not affect any deadlines or cause any delay in this matter.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  March 5, 2021             <u>/s/ D. Patrick Huyett</u>
                                  D. Patrick Huyett (*pro hac vice*)
                                  Federal Trade Commission
                                  600 Pennsylvania Avenue, NW
                                  Washington, DC 20580
                                  Tel: (202) 326-3209
                                  dhuyett@ftc.gov

                                  *Counsel for Plaintiff Federal Trade Commission*