

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division



March 5, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re: *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 1:20-cv-00706 (DLC)**

Dear Judge Cote:

The Federal Trade Commission respectfully requests permission to file under seal a portion of Plaintiffs' motion to permanently seal certain docket entries and attached exhibits.

Plaintiffs seek to file the redacted portions of our letter motion and exhibits under seal because they reveal nonpublic information already sealed by the Court. *See* ECF Nos. 1, 41, 71, and 90. For this reason, we have not refiled the nonpublic versions of the complaints under seal because they are already available to the Court and Defendants at ECF Nos. 2 and 39 (original complaint) and 87 (amended complaint).

Sincerely,

*/s/ Markus H. Meier*
Assistant Director

The proposed redactions are accepted.
3.8.21.

_____
DENISE COTE
United States District Judge