IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA,<br><br>                Plaintiffs,<br><br>v.<br><br>VYERA PHARMACEUTICALS, LLC; PHOENIXUS AG; MARTIN SHKRELI, individually, as an owner and former officer of Vyera Pharmaceuticals, LLC and Phoenixus AG (formerly known as Turing Pharmaceuticals, LLC and Turing Pharmaceuticals AG); and KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC<br><br>                Defendants. | Case No. 1:20-cv-00706-DLC<br><br>**MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Edward T. Kang and Kandis L. Kovalsky of the law firm Kang Haggerty & Fetbroyt LLC will no longer represent and should be withdrawn as counsel of record for Defendant Martin Shkreli in the above-captioned case. In addition, Mr. Kang and Ms. Kovalsky request that they be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

In support of such motion, and in conformance with Local Rule 1.4, the undersigned counsel states the following:

    1.    Mr. Shkreli continues to be represented in this case by other attorneys of record

2

from the law firm Duane Morris LLP.

2. The withdrawal of Mr. Kang and Ms. Kovalsky will not affect any deadlines or cause any delay in this matter.

3. None of the withdrawing counsel are retaining or charging a lien.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: March 17, 2021
      Philadelphia, Pennsylvania

Respectfully submitted,

By:   <u>/s/ Kandis L. Kovalsky</u>
Edward T. Kang
Kandis L. Kovalsky
Kang Haggerty & Fetbroyt LLC
123 South Broad Street, Suite 1670
Philadelphia, PA 19109
ekang@kanghaggerty.com
kkovalsky@kanghaggerty.com
Telephone: (215) 525-5850
Facsimile: (215) 525-5860
*Counsel for Defendant*
*Martin Shkreli*