# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>STATE OF NEW YORK,<br><br>STATE OF CALIFORNIA,<br><br>STATE OF ILLINOIS,<br><br>STATE OF NORTH CAROLINA,<br><br>STATE OF OHIO,<br><br>COMMONWEALTH OF PENNSYLVANIA,<br><br>    and<br><br>COMMONWEALTH OF VIRGINIA,<br><br>Plaintiffs,<br><br>    v.<br><br>VYERA PHARMACEUTICALS, LLC,<br><br>PHOENIXUS AG,<br><br>MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br><br>    and<br><br>KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br><br>Defendants. | Case No. 1:20-cv-00706-DLC |

**Withdrawal of Letter of Request for International Judicial Assistance**

The United States District Court for the Southern District of New York presents its compliments to the Ministry of Law and Justice for the Republic of India and the Registrar General of the High Court of Karnataka. This Court previously endorsed two Letters of Request to the Ministry of Law and Justice for the Republic of India and the Registrar General of the High Court of Karnataka for the taking of discovery pursuant to Chapter I of the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. The first of

these Letters of Request was endorsed on July 30, 2020 and bore docket number 205-1.  The second Letter of Request was endorsed on August 13, 2020 and bore docket number 208-1.

The undersigned understands that the July 30, 2020 Letter of Request has been duly acted upon, and for that this Court extends its gratitude to the Ministry of Law and Justice for the Republic of India and the Registrar General of the High Court of Karnataka.  In light of the resolution of the July 30, 2020 Letter of Request, and in order to avoid further imposition on the judicial authorities and the third-party witnesses identified in the August 13, 2020 Letter of Request, the United States District Court for the Southern District of New York hereby respectfully withdraws the August 13, 2020 Letter of Request.  No further action is sought or required at this time in connection with this matter.

The United States District Court for the Southern District of New York expresses its gratitude to the Honorable High Court of Karnataka and all judicial authorities of India for their assistance under the terms of the Hague Evidence Convention.


_____
DENISE COTE
United States District Judge


3.23.2021.