# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br> STATE OF NEW YORK, <br> STATE OF CALIFORNIA, <br> STATE OF ILLINOIS, <br> STATE OF NORTH CAROLINA, <br> STATE OF OHIO, <br> COMMONWEALTH OF PENNSYLVANIA, <br>     and <br> COMMONWEALTH OF VIRGINIA, <br><br> Plaintiffs, <br><br>     v. <br><br> VYERA PHARMACEUTICALS, LLC, <br> PHOENIXUS AG, <br> MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC, <br>     and <br> KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC, <br><br> Defendants. | Case No. 1:20-cv-00706-DLC |

**Withdrawal of Letter Rogatory**

The United States District Court for the Southern District of New York presents its compliments to the Appropriate Judicial Authority of Japan. On August 13, 2020, this Court endorsed a Letter Rogatory to the Appropriate Judicial Authority of Japan in connection with the above-captioned matter. The Letter Rogatory bore docket number 219-1.

In order to avoid further imposition on the judicial authorities and the third-party witnesses identified in the Letter Rogatory, the United States District Court for the Southern District of New York hereby respectfully withdraws the August 13, 2020 Letter Rogatory. No further action is sought or required at this time in connection with this matter.

The United States District Court for the Southern District of New York expresses its gratitude to the Appropriate Judicial Authority of Japan for its assistance.

_____
DENISE COTE
United States District Judge

3.23.2021.