UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF NEW YORK,<br>STATE OF CALIFORNIA,<br>STATE OF ILLINOIS,<br>STATE OF NORTH CAROLINA,<br>STATE OF OHIO,<br>COMMONWEALTH OF PENNSYLVANIA,<br>    and<br>COMMONWEALTH OF VIRGINIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>VYERA PHARMACEUTICALS, LLC,<br>PHOENIXUS AG,<br>MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br>    and<br>KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br><br>    Defendants. | Case No. 1:20-cv-00706-DLC |

**Withdrawal of Letter of Request for Internal Judicial Assistance**

    The United States District Court for the Southern District of New York presents its compliments to the Ministry of Law and Justice for the Republic of Switzerland and the Federal Supreme Court of Switzerland. On August 13, 2020, this Court endorsed a Letter of Request to the Ministry of Law and Justice for the Republic of Switzerland and the Federal Supreme Court of Switzerland for the taking of foreign discovery pursuant to Chapter I of the Convention of 18

March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters in connection with the above-captioned matter. The Letter of Request bore docket number 219-2.

In order to avoid further imposition on the judicial authorities and the third-party witnesses identified in the Letter of Request, the United States District Court for the Southern District of New York hereby respectfully withdraws the August 13, 2020 Letter of Request. No further action is sought or required at this time in connection with this matter.

The United States District Court for the Southern District of New York expresses its gratitude to the Ministry of Law and Justice for the Republic of Switzerland, the Federal Supreme Court of Switzerland, and all judicial authorities of Switzerland for their assistance.

_____
DENISE COTE
United States District Judge

3.23.2021.