UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>VYERA PHARMACEUTICALS, LLC; PHOENIXUS AG; MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC; and KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br><br>*Defendants*. | Case No. 20-cv-00706 (DLC)<br><br>ECF Case |

**JOINT STIPULATION AND ORDER
TO AMEND THE RELIEF REQUESTED IN THE PLEADINGS**

WHEREAS, the Federal Trade Commission ("FTC") and State of New York initiated the above-captioned action ("Action") on January 27, 2020, and with State of California, State of Illinois, State of North Carolina, State of Ohio, Commonwealth of Pennsylvania, and Commonwealth of Virginia (collectively, "the States," and, together with the FTC, "Plaintiffs") filed an Amended Complaint for Injunctive and Other Equitable Relief on April 14, 2020 ("Amended Complaint", ECF No. 87);

WHEREAS, the Amended Complaint's Prayer for Relief seeks the following remedies under federal[1] and/or state law[2]:

A.  Declaratory relief (¶¶ 1-12);

B.  Injunctive relief (¶¶ 13-15);

C.  Equitable monetary relief (¶¶ 16-17);

D.  Reasonable attorneys' fees and costs for the States only (¶ 18); and

E.  Civil penalties/forfeitures for the States only (¶ 19);

WHEREAS, no Plaintiff seeks or will seek to recover monetary damages in this action (ECF No. 229 at 40 ("[P]laintiffs in this action do not seek damages; they seek equitable monetary relief."));

WHEREAS, in September and October 2020, Defendants Vyera Pharmaceuticals, LLC, Phoenixus AG, Martin Shkreli, and Kevin Mulleady ("Defendants") responded to the Amended Complaint with Answers containing jury demands (ECF Nos. 257, 292, 293);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), the States wish to amend the Amended Complaint by deleting only Paragraph 19 in the Prayer for Relief containing the States' request for civil penalties/forfeitures under state law and to forgo any claim for civil penalties/forfeitures based on the alleged conduct in the Action in exchange for Defendants' agreement to withdraw their jury demands; and

---

[1]  The substantive federal claims are asserted under Sections 1 and 2 of the Sherman Act and Section 5(a) of the FTC Act, 15 U.S.C. § 45(a). The FTC seeks relief under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b).

[2]  The state law claims are asserted under New York's Donnelly Act and New York Executive Law § 63(12); California's Cartwright Act, Cal. Bus. & Prof. Code § 16700 *et seq.*; California's Unfair Competition Act, Cal. Bus. & Prof. Code § 17200 *et seq.*; Illinois Antitrust Act, 740 ILCS 10/1 *et seq.*; North Carolina Unfair or Deceptive Practices Act, N.C. Gen. Stat. § 75-1 *et seq.*; Ohio's Valentine Act, Ohio Rev. Code Chapter §§ 109.81 and 1331 *et seq.*; Pennsylvania Common Law Doctrine Against Restraints of Trade; and Virginia Antitrust Act, Virginia Code §§ 59.1-9.1 *et seq.*  The claim under the Pennsylvania Unfair Trade Practices and Consumer Protection Law was previously dismissed by the Court.  (ECF No. 229.)

WHEREAS, Defendants believe they are entitled to a jury trial on any claims for damages and civil penalties/forfeitures, but have agreed to withdraw their jury demands based on the Plaintiffs' representation that they are not requesting damages in the Action and subject to the States' withdrawal with prejudice of any claims for civil penalties/forfeitures based on the alleged conduct in the Action as set forth in Paragraph 19 in the Prayer for Relief.

NOW THEREFORE, the parties hereby stipulate and agree, subject to entry of this Stipulation by the Court, that:

1. The States withdraw with prejudice any claims for civil penalties/forfeitures as set forth in Paragraph 19 in the Prayer for Relief based on the alleged conduct in the Action.

2. Defendants withdraw their jury demands.

3. Defendants will not seek to reinstate their jury demands absent further amendments to the operative complaint in the Action that seek to add parties, claims or remedies.

4. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Amended Complaint (ECF No. 87) is AMENDED as follows: Paragraph 19 in the Prayer for Relief is STRICKEN.

5. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants' Answers (ECF Nos. 257, 292, 293) are AMENDED as follows: the jury demands are STRICKEN.

DATED: March 30, 2021

So ordered.
3.30.2021.

_____
DENISE COTE
United States District Judge

3

Respectfully submitted,

| | |
|---|---|
| */s/ Markus H. Meier* <br> Markus H. Meier <br> Federal Trade Commission <br> 600 Pennsylvania Avenue, NW <br> Washington, DC 20580 <br> Tel: 202-326-3759 <br> mmeier@ftc.gov <br> *Counsel for Plaintiff Federal Trade Commission* | /s/ Stacey Anne Mahoney <br> Stacey Anne Mahoney <br> Sarah E. Hsu Wilbur <br> Nicholas Passaro <br> MORGAN, LEWIS & BOCKIUS LLP <br> 101 Park Avenue <br> New York, NY 10178 <br> Tel: 212-309-6000 <br> stacey.mahoney@morganlewis.com <br> sarah.wilbur@morganlewis.com <br> nicholas.passaro@morganlewis.com |
| */s/ Jeremy R. Kasha* <br> Jeremy R. Kasha <br> Office of the New York Attorney General <br> 28 Liberty Street <br> New York, NY 10005 <br> Tel: (212) 416-8277 <br> jeremy.kasha@ag.ny.gov <br> *Counsel for Plaintiff State of New York* | Steven A. Reed (*pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1701 Market Street <br> Philadelphia, PA 19103 <br> Tel: 215-963-5603 <br> steven.reed@morganlewis.com |
| */s/ Michael D. Battaglia* <br> Michael D. Battaglia <br> Deputy Attorney General Office of the Attorney General of California <br> 455 Golden Gate Avenue, Suite 11000 <br> San Francisco, CA 94102 <br> Tel: (415) 510-3769 <br> michael.battaglia@doj.ca.gov <br> *Counsel for Plaintiff State of California* | Scott A. Stempel (*pro hac vice*) <br> William S. D. Cravens (*pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1111 Pennsylvania Ave., NW <br> Washington, DC 20004-2541 <br> Tel: 202-739-5211 <br> scott.stempel@morganlewis.com <br> william.cravens@morganlewis.com |
| */s/ Richard S. Schultz* <br> Richard S. Schultz <br> Assistant Attorney General Office of the Attorney General of Illinois <br> 100 W. Randolph Street, 11th Floor <br> Chicago, IL 60601 <br> Tel: (312) 814-3000 <br> rschultz@atg.state.il.us <br> *Counsel for Plaintiff State of Illinois* | Noah J. Kaufman (*pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> One Federal Street <br> Boston, MA 02129 <br> Tel: 617-341-7590 <br> noah.kaufman@morganlewis.com <br><br> *Counsel for Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG* |

4

<div style="columns:2">

*/s/ K.D. Sturgis*
K.D. Sturgis
Special Deputy Attorney General
North Carolina Department of Justice
Consumer Protection Division
114 West Edenton Street
Raleigh, NC 27603
Tel: (919) 716-6000
ksturgis@ncdoj.gov
*Counsel for Plaintiff State of North Carolina*

*/s/ Elizebeth M. Maag*
Elizebeth M. Maag
Associate Assistant Attorney General Office of the
Ohio Attorney General
Antitrust Section
150 E. Gay Street, 22nd Floor
Columbus, OH 43215
Tel: (614) 466-4328
liz.maag@ohioattorneygeneral.gov
*Counsel for Plaintiff State of Ohio*

*/s/ Joseph S. Betsko*
Joseph S. Betsko
Senior Deputy Attorney General Pennsylvania Office of Attorney General Antitrust Section Strawberry Square, 14th Floor
Harrisburg, PA 17120
jbetsko@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

*/s/ Tyler T. Henry*
Tyler T. Henry
Assistant Attorney General Office of the
Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
thenry@oag.state.va.us
*Counsel for Plaintiff Commonwealth of Virginia*

*/s/ Kenneth R. David*
Kevin J. Arquit
Albert Shemmy Mishaan
Kenneth R. David
Nicholas Rendino
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
KArquit@kasowitz.com
AMishaan@kasowitz.com
KDavid@kasowitz.com
NRendino@kasowitz.com

*Counsel for Defendant Kevin Mulleady*

*/s/ Christopher H. Casey*
*Christopher H. Casey*
*Jeffery S. Pollack*
*Sarah O'Laughlin Kulik*
*Brett Feldman*
*Andrew John Rudowitz*
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103 Tel: 215 979-1000
chcasey@duanemorris.com
jspollack@duanemorris.com
sckulik@duanemorris.com
bmfeldman@duanemorris.com
ajrudowitz@duanemorris.com

Edward Kang
Kandis L. Kovalsky
Kang Haggerty and Fetbroyt LLC
123 S. Broad Street Suite 1670
Philadelphia, PA 19109
ekang@kanghaggerty.com
kkovalsky@kanghaggerty.com

*Counsel for Defendant Martin Shkreli*

</div>

**SO ORDERED.**

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

Date:   March __, 2021

5