## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA, <div align="right">*Plaintiffs*,</div> v. <br> VYERA PHARMACEUTICALS, LLC; PHOENIXUS AG; MARTIN SHKRELI, individually, as an owner and former officer of Vyera Pharmaceuticals, LLC and Phoenixus AG (formerly known as Turing Pharmaceuticals, LLC and Turing Pharmaceuticals AG); and KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC, <div align="right">*Defendants*.</div> | Case No. 1:20-cv-00706-DLC <br><br> **MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Brett M. Feldman of the law firm Duane Morris LLP will no longer represent and should be withdrawn as counsel of record for Defendant Martin Shkreli in the above-captioned case. In addition, Mr. Feldman requests that he be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

In support of such motion, and in conformance with Local Rule 1.4, the undersigned states the following:

1. Mr. Shkreli continues to be represented in this case by other attorneys of record from the law firm of Duane Morris.

2. The withdrawal of Mr. Feldman will not affect any deadlines or cause any delay in this matter.

3.      Withdrawing counsel is not retaining or charging a lien.

I declare under penalty of perjury that the foregoing statements are true and correct.


Dated: April 21, 2021                    Respectfully Submitted,


                                         /s/ Brett M. Feldman
                                         Brett M. Feldman
                                         DUANE MORRIS LLP
                                         30 South 17th Street, Fifth Floor
                                         Philadelphia, PA 19103
                                         Telephone: (215) 979-7394
                                         Facsimile: (215) 689-4958
                                         Email: bmfeldman@duanemorris.com