| | | |
|---|---|---|
| NEW YORK |  | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | CHRISTOPHER H. CASEY | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1155 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 2194 | LAS VEGAS |
| LOS ANGELES | *E-MAIL*: CHCasey@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

April 27, 2021

**VIA ECF**

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    *Federal Trade Commission, et. al. v. Vyera Pharmaceuticals, LLC, et al.,*
             <u>Case No. 1:20-cv-00706 (DLC) (S.D.N.Y.)</u>

Dear Judge Cote:

Pursuant to Paragraph 1.E of Your Honor's Individual Practices in Civil Cases, I write on behalf of all defendants to respectfully request a brief extension of the deadline for disclosing the identity of Experts providing a rebuttal Expert report pursuant to the Court's May 26, 2020 Order.  ECF 134.  The current deadline is April 27, 2021, and defendants request a three-day extension, consistent with the three-day extension the Court previously approved to the deadline for Rebuttal Expert reports, until April 30, 2021.  This is defendants' first request for an extension of the Rebuttal Expert disclosure deadline.  Plaintiffs do not object to the proposed extension, which would not affect any other deadlines.

                                            Respectfully submitted,

                                            */s/ Christopher H. Casey*
                                            Christopher H. Casey

CHC

cc: Counsel of Record (*via ECF*)

DUANE MORRIS LLP

30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196          PHONE: +1 215 979 1000    FAX: +1 215 979 1020