NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

CHRISTOPHER H. CASEY
DIRECT DIAL: +1 215 979 1155
PERSONAL FAX: +1 215 689 2194
E-MAIL: CHCasey@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

April 27, 2021

**VIA ECF**

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  *Federal Trade Commission, et. al. v. Vyera Pharmaceuticals, LLC, et al.*, **Case No. 1:20-cv-00706 (DLC) (S.D.N.Y.)**

Dear Judge Cote:

Pursuant to Paragraph 1.E of Your Honor's Individual Practices in Civil Cases, I write on behalf of all defendants to respectfully request a brief extension of the deadline for disclosing the identity of Experts providing a rebuttal Expert report pursuant to the Court's May 26, 2020 Order. ECF 134. The current deadline is April 27, 2021, and defendants request a three-day extension, consistent with the three-day extension the Court previously approved to the deadline for Rebuttal Expert reports, until April 30, 2021. This is defendants' first request for an extension of the Rebuttal Expert disclosure deadline. Plaintiffs do not object to the proposed extension, which would not affect any other deadlines.

Granted.
*Denise Cote*
4/27/21

Respectfully submitted,

*/s/ Christopher H. Casey*
Christopher H. Casey

CHC

cc: Counsel of Record (*via ECF*)

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196                    PHONE: +1 215 979 1000   FAX: +1 215 979 1020