IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>VYERA PHARMACEUTICALS, LLC, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 1:20-cv-00706-DLC |

**MOTION TO WITHDRAW AS COUNSEL**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Kevin J. Arquit, of Kasowitz Benson Torres LLP, hereby requests to withdraw as counsel of record for Defendant Kevin Mulleady in the above-captioned case.  Mr. Arquit asks to be removed from the case docket and from the Notice of Electronic Filing System as indicated on the docket.  Defendant Kevin Mulleady continues to be represented by Kasowitz Benson Torres LLP and his counsel of record.

Dated: April 30, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KASOWITZ BENSON TORRES LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Kevin J. Arquit*

　　　　　　　　　　　　　　　　　　　　Kevin J. Arquit
　　　　　　　　　　　　　　　　　　　　1633 Broadway
　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　Tel.:  (212) 506-1700
　　　　　　　　　　　　　　　　　　　　Fax:  (212) 500-1800
　　　　　　　　　　　　　　　　　　　　karquit@kasowitz.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Kevin Mulleady*