# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA, <br><br> Plaintiffs, <br><br> v. <br><br> VYERA PHARMACEUTICALS, LLC; PHOENIXUS AG; MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC; and KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC, <br><br> Defendants. | Case No. 1:20-cv-00706-DLC |

**Plaintiffs' Disclosure of Opening Experts**

Plaintiffs disclose the experts identified below who will provide opening expert reports on April 12, 2021.

1. **C. Scott Hemphill, Ph.D., J.D.**

Based on his experience and analysis of the relevant evidence, Professor Hemphill will opine on the relevant product market of FDA-approved pyrimethamine products, Defendants' monopoly power in the relevant market, the harm caused by Defendants' anticompetitive conduct, the lack of any procompetitive justification for Defendants' anticompetitive conduct, and the amount of Defendants' ill-gotten gains from their anticompetitive conduct. Professor Hemphill's curriculum vitae is attached as Exhibit A.

1

Professor Hemphill is available to provide deposition testimony on his expert opinions on July 8, July 15, or July 22.

2. **W. David Hardy, M.D.**

Based on his experience and analysis of the relevant evidence, Dr. Hardy will opine on toxoplasmosis and the serious health risks it poses, the historical trajectory and current state of toxoplasmosis in the United States, the diagnosis and treatment of toxoplasmosis, the unique role of Daraprim and other FDA-approved pyrimethamine products for the treatment of toxoplasmosis (including its status as the preferred therapy), and why trimethoprim-sulfamethoxazole and compounded pyrimethamine products are not readily interchangeable with Daraprim for the treatment of toxoplasmosis. Dr. Hardy's curriculum vitae is attached as Exhibit B.

Dr. Hardy is available to provide deposition testimony on his expert opinions on July 27, July 29, or August 3.

3. **James R. Bruno**

Based on his experience and analysis of the relevant evidence, Mr. Bruno will opine on API sourcing and development, the CMC requirements for FDA approval of an ANDA, the availability of pyrimethamine API suppliers to supply the U.S. market in the relevant time period, the use of exclusive and backup API supply contracts, and Phoenixus's negotiations and contracts with Fukuzyu and RL Fine. Mr. Bruno's curriculum vitae is attached as Exhibit C.

Mr. Bruno is available to provide deposition testimony on his expert opinions on July 22, July 28, or July 29.

4. **Edward V. Conroy**

Based on his experience and analysis of the relevant evidence, Mr. Conroy will opine on: the distribution of pharmaceuticals and the role of specialty distribution; the historical distribution of Daraprim, including the use of specialty distribution for Daraprim; the sourcing of products in specialty distribution for use in bioequivalence testing; how Vyera's restrictive distribution system benefited the distributors of Daraprim financially; the role of data aggregators in the identification of drugs or generic drugs for development; and the uniqueness of Vyera's agreements and practices to prevent the sale of its distributors' Daraprim data. Mr. Conroy's curriculum vitae is attached as Exhibit D.

Mr. Conroy is available to provide deposition testimony on his expert opinions on July 14, July 21, or July 27.

Dated:  February 12, 2021                                   Respectfully submitted,

                                                            /s/ Markus H. Meier
                                                            Markus H. Meier
                                                            Federal Trade Commission
                                                            600 Pennsylvania Avenue, NW
                                                            Washington, DC 20580
                                                            Tel: 202-326-3759
                                                            *Counsel for Plaintiff*
                                                            *Federal Trade Commission*

                                                            /s/ Elinor R. Hoffmann
                                                            Elinor R. Hoffmann
                                                            Office of the Attorney General
                                                            28 Liberty Street
                                                            New York, NY 10006
                                                            Tel: (212) 416-8269
                                                            elinor.hoffmann@ag.ny.gov
                                                            *Counsel for Plaintiff State of New York*

/s/ *Michael D. Battaglia*
Michael D. Battaglia
Deputy Attorney General
Office of the Attorney General of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Tel: (415) 510-3769
michael.battaglia@doj.ca.gov
*Counsel for Plaintiff State of California*

/s/ *Richard S. Schultz*
Richard S. Schultz
Assistant Attorney General
Office of the Attorney General of Illinois
100 W. Randolph Street, 11th Floor
Chicago, IL 60601
Tel: (312) 814-3000
rschultz@atg.state.il.us
*Counsel for Plaintiff State of Illinois*

/s/ *K.D. Sturgis*
K.D. Sturgis
Special Deputy Attorney General
North Carolina Department of Justice
Consumer Protection Division
114 West Edenton Street
Raleigh, NC 27603
Tel: (919) 716-6000
ksturgis@ncdoj.gov
*Counsel for Plaintiff State of North Carolina*

/s/ *Elizebeth M. Maag*
Elizebeth M. Maag
Associate Assistant Attorney General
Office of the Ohio Attorney General
Antitrust Section
150 E. Gay Street, 22nd Floor
Columbus, OH 43215
Tel: (614) 466-4328
liz.maag@ohioattorneygeneral.gov
*Counsel for Plaintiff State of Ohio*

5

/s/ Joseph S. Betsko
Joseph S. Betsko
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Antitrust Section
Strawberry Square, 14th Floor
Harrisburg, PA 17120
jbetsko@attorneygeneral.gov
*Counsel for Plaintiff Commonwealth of Pennsylvania*

/s/ Tyler T. Henry
Tyler T. Henry
Assistant Attorney General
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
thenry@oag.state.va.us
*Counsel for Plaintiff Commonwealth of Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, I served a true and correct copy of the foregoing **Plaintiffs' Disclosure of Opening Experts** on all counsel of record in this action via electronic mail.

Dated:  February 12, 2021               Respectfully Submitted,

/s/ J. Maren Schmidt
Maren Schmidt (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3084
mschmidt@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*