# Morgan Lewis

**Steven A. Reed**
+1.215.963.5603
steven.reed@morganlewis.com

May 17, 2021

**VIA ECF**

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Federal Trade Commission v. Vyera Pharmaceuticals, LLC*, No. 1:20-cv-00706-DLC

Dear Judge Cote:

     I write in accordance with Section 2(C) of Your Honor's Individual Practices in Civil Cases and Section 4(A) of Your Honor's Emergency Individual Practices in Light of COVID-19 on behalf of Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG (together, "Vyera"). On Friday evening, Plaintiffs filed a letter motion asking the Court to strike a defensive expert witness, Mr. Justin McLean. *See* ECF No. 416. Vyera intends to respond, and will do so by Wednesday, May 19, 2021. We respectfully request that the Court take no action on this matter until Vyera has an opportunity to respond. Thank you for the Court's consideration of our request.

Respectfully submitted,

Steven A. Reed

CC: All counsel of record

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA 19103    T +1.215.963.5000
United States             F +1.215.963.5001