# Exhibit B

Page 214

```
 1

 2   UNITED STATES DISTRICT COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   Case No. 1:20-cv-00706-DLC

 5   -------------------------------x

 6   FEDERAL TRADE COMMISSION;
     STATE OF NEW YORK; STATE OF
 7   CALIFORNIA;· STATE OF ILLINOIS;
     STATE OF NORTH CAROLINA;
 8   STATE OF OHIO; COMMONWEALTH
     OF PENNSYLVANIA;· And
 9   COMMONWEALTH· OF VIRGINIA,
                         Plaintiffs,
10          v.
     VYERA PHARMACEUTICALS,· LLC;
11   PHOENIXUS· AG; MARTIN SHKRELI,
     Individually, as an owner and
12   former officer of Vyera Pharmaceuticals, LLC
     and Phoenixus AG (formerly
13   known as Turing Pharmaceuticals, LLC
     and Turing Pharmaceuticals AG);
14   and· KEVIN MULLEADY, individually,
     as an owner and director of
15   Phoenixus AG and a former
     Executive of Vyera Pharmaceuticals, LLC,
16                       Defendants.

17   -------------------------------x

18

19        REMOTE DEPOSITION OF MARTIN SHKRELI

20                    VOLUME II

21               January 28, 2021

22


23


24   Reported by:
     MARY F. BOWMAN, RPR, CRR
25   JOB NO. 188174
```

Page 215

January 28, 2021
9:00 a.m.

　　　Remote deposition of MARTIN SHKRELI, held before Mary F. Bowman, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public of the State of New Jersey.

Page 216

　　　APPEARANCES: (BY VIDEOCONFERENCE)

FEDERAL TRADE COMMISSION
Attorneys for Plaintiffs
　　600 Pennsylvania Avenue Northwest
　　Washington, DC 20580
BY:  MARKUS MEIER, ESQ.
　　　NICHOLAS PERLMAN

MORGAN LEWIS & BOCKIUS
Attorneys for Defendant Vyera Pharmaceuticals and Phoenixus AG
　　1701 Market Street
　　Philadelphia, PA 19103
BY:  STEVEN REED, ESQ.

DUANE MORRIS
Attorneys for Defendant Shkreli
　　30 South 17th Street
　　Philadelphia, PA 19103
BY:  CHRISTOPHER CASEY, ESQ.
　　　A.J. RUDOWITZ, ESQ.

Page 217

　　　APPEARANCES: (BY VIDEOCONFERENCE)

KASOWITZ BENSON TORRES
Attorneys for Defendant, Mulleady
　　1633 Broadway
　　New York, NY 10019
BY:  ALBERT SHEMMY MISHAAN, ESQ.
　　　DAVID ERMANN, ESQ.

Also Present:
　　Amy McFarlane, NYS AG Office
　　Jeremy Kasha NY AG Office
　　Kip Sturgis, NC AG Office
　　Michael Battaglia, CA AG Office
　　Liz Maag, OH AG Office
　　Carlos Lopez, Videographer

Page 218

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that filing and sealing be and the same are hereby waived.
　　　IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

　　　IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

Page 367

```
 1                   M. Shkreli
 2         MR. CASEY:  Objection to the
 3    form.
 4      A.   It's a good question.  I actually
 5   would leave it somewhere very often.  I
 6   would just kind of leave it on a desk,
 7   either turned on or turned off.  But I
 8   never really used it.  I used my 646 number
 9   that served as my cell phone for a long
10   time.
11      Q.   Was there -- why would you
12   sometimes use your corporate phone?  What
13   would -- I mean, what would cause you to
14   use your 646 number versus your corporate
15   phone?
16         MR. REED:  Objection, form.
17         MR. CASEY:  Objection --
18      A.   I think -- sorry, guys.
19           I think it's just habit, you
20   know, you are used to a phone you like.  I
21   don't think I ever really made phone calls
22   on the corporate phone almost ever.  It's
23   funny because I think they are same
24   identical almost iPhone.
25           One, if I recall correctly, was
```

Page 368

```
 1                   M. Shkreli
 2   my T-mobile phone, which again I liked, and
 3   the other was the Verizon connected
 4   corporate phone.
 5           But if you text message somebody
 6   from the Verizon phone, they are going to
 7   get a new number and they don't know it's
 8   me.  So why would I ever use it?  You know
 9   what I mean?  Everybody knows my phone.
10      Q.   I know exactly what you mean
11   because I do exactly the same thing.  I
12   have two separate phones and they are both
13   iPhones.
14           Do you recall whether you ever
15   sent text messages with your corporate
16   phone?
17         MR. CASEY:  Objection to the
18    form.
19      A.   Sitting here today, I can tell
20   you that I probably sent thousands and
21   thousands of text messages on the 646
22   phone, but I'd be shocked if I sent more
23   than a handful of messages on the corporate
24   phone.
25      Q.   We talked about handful
```

Page 369

```
 1                   M. Shkreli
 2   yesterday.  Is a handful -- what is a
 3   handful?
 4      A.   Less than ten.
 5      Q.   I'm sorry, less that what?
 6      A.   Ten.  Two handfuls.
 7      Q.   OK.  Do you ever remember sending
 8   any e-mails from your corporate phone?
 9      A.   Well, if you send an e-mail from
10   your corporate phone, it would still come
11   from the e-mail server, right, that that
12   phone is connected to.
13           I kind of think of those things
14   independently.  For instance, you send an
15   e-mail from an e-mail address, but I don't
16   think I ever used my corporate phone to
17   really send any e-mails, no.
18      Q.   What ended up happening with your
19   corporate phone when you left Turing?
20         MR. CASEY:  Objection to the
21    form.
22      A.   I really don't know.  I would
23   just say that phone is really not that
24   important.  I never did anything with it of
25   any sort that you would find interesting.
```

Page 370

```
 1                   M. Shkreli
 2      Q.   OK.  You would be surprised what
 3   I find interesting.
 4      A.   You are more than welcome to try
 5   to find out.  I, you know, all the action
 6   of my life is on that 646 phone.
```

[remainder of page 370 redacted]