# Exhibit F

# In the Matter of:

# Turing Pharmaceuticals & Impax Laboratories

*September 26, 2019*
*Akeel Mithani*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

---

Page 1

```
 1               FEDERAL TRADE COMMISSION
 2
 3  TURING PHARMACEUTICALS,        )
 4       a corporation,            )
 5    and                          ) Matter No.
 6  IMPAX LABORATORIES,            ) 161-0001
 7       a corporation.            )
 8  -----------------------------)
 9
10            Thursday, September 26, 2019
11
12            Room 7104
13            Federal Trade Commission
14            400 7th Street, S.W.
15            Washington, D.C.  20024
16
17       The above-entitled matter came on for
18  investigational hearing, pursuant to notice, at
19  9:00 a.m., for the testimony of:
20
21
22            AKEEL MITHANI
23
24
25
```

Page 2

```
 1  APPEARANCES:
 2     ON BEHALF OF THE FEDERAL TRADE COMMISSION:
 3          NEAL PERLMAN, ESQ.
 4          DANIEL BUTRYMOWICZ, ESQ.
 5          Federal Trade Commission
 6          600 Pennsylvania Avenue, Northwest
 7          Washington, D.C.  20580
 8          (202) 326-3692
 9          nperlman@ftc.gov
10     ON BEHALF OF VYERA PHARMACEUTICALS
11     AND THE WITNESS:
12          MICHAEL WEINER, ESQ.
13          SAMUEL W. STELK, ESQ.
14          Dechert LLP
15          1095 Avenue of the Americas
16          New York, New York  10036-6797
17          (212) 698-3608
18          michael.weiner@dechert.com
19
20
21
22
23
24
25
```

Page 3

```
 1  APPEARANCES (continued):
 2  ALSO PRESENT:  Jimmy Fang, Esq. - Deputy General
 3                 Counsel Vyera
 4                 Anusha Sunkara, FTC Law Clerk
 5                 Arindam Ghosh, Ph.D. - FTC Economist
```

Page 4

```
 1              I N D E X
 2  EXAMINATION                                  PAGE
 3  Akeel Mithani
 4       By Mr. Perlman . . . . . . . . . . . . . .7
 5       By Mr. Weiner. . . . . . . . . . . . . . 231
 6
 7
 8
 9  EXHIBIT        DESCRIPTION                   PAGE
10  GX1016  Board meeting minutes, Bates stamped . . . 58
11      FTX-Vyera00660112 to FTC-Vyera00660124
12  GX3000  E-mail with attachments, Bates stamped . . 94
13      FTC-FERA-00001472 to FTC-FERA-00001490
14  GX1110  E-mail with attachemnet, Bates stamped . .114
15      FTC-Vyera00224587 to FTC-Vyera00224588
16  GX1101  E-mail chain, Bates stamped  . . . . . .118
17      FTC-Vyera-117383 to FTC-Vyera-117387
18  GX1109  E-mail chain, Bates stamped  . . . . . .135
19      FTC-Vyera000162272 to FTC-Vyera000162274
20  GX1107  E-mail chain, Bates stamped  . . . . . .146
21      FTC-Vyera00120007 to FTC-Vyera 00120009
22  GX1113  E-mail chain, Bates stamped  . . . . . .150
23      FTC-Vyera00516596 to FTC-Vyera00516597
24  GX1112  E-mail chain, Bates stamped  . . . . . .159
25      FTC-Vyera00516585 to FTC-Vyera00516588
```

```
                                    77
 1       A    Yes.
 2       Q    Did you communicate with Mr. Shkreli
 3   before he was incarcerated?
 4       A    Yes.
 5       Q    How often?
 6       A    I can't tell you.  Maybe once a week.
 7       Q    How did you communicate with him?
 8       A    Cell phone or in-person meetings.
 9       Q    Texting?
10       A    In-person meetings.
11       Q    Texting?
12       A    No.
13       Q    No?
14       A    It was largely just calling.
15       Q    Calling on the cell phone?
16       A    Or in-person meetings.
17            MR. WEINER:  What period of time are you
18   talking about?
19            THE WITNESS:  Before incarceration.
20            MR. WEINER:  And after?  We talked about
21   earlier before when you were at the company you
22   were --
23            MR. PERLMAN:  Sure.  I can clarify, yeah,
24   sure.
25   BY MR. PERLMAN:
```

```
                                    78
 1       Q    So I'm talking about the time from when
 2   you started at Vyera until he was incarcerated.
 3   We're clear?
 4       A    Yeah.
 5       Q    So you talked to him once a week after you
 6   joined --
 7       A    Yeah, sounds about right.
 8       Q    -- until he -- Okay.
 9           And you talked to him by phone?
10       A    Yeah.
11       Q    And you talked to him in person?
12       A    Yeah.
13       Q    Where would you meet him?
14       A    At a bar close by or at his apartment.
15       Q    Where is his apartment?
16       A    It was a block away from our office.
17       Q    Where is your office?
18       A    Thirty-ninth and Third.
19       Q    Other than the phone calls and in-person
20   meetings, did you communicate with Mr. Shkreli in
21   any other way after you joined Vyera, before he was
22   incarcerated?
23       A    Sure.  I'm sure there were e-mails or
24   texts, but I don't recall specific ones.
25       Q    Did you e-mail him from your personal
```

```
                                    79
 1   e-mail?
 2       A    Sure.
 3       Q    Did you e-mail him from your personal
 4   e-mail about Vyera-related business?
 5       A    Maybe.
 6       Q    During that time period are you aware
 7   whether anyone else from Vyera communicated with
 8   Mr. Shkreli?
 9       A    I would assume Kevin did, but I think that
10   would be it.
11       Q    No one else?
12       A    I'm sure there were people, but I don't
13   want to speak on their behalf.
14       Q    Are you aware whether other people
15   communicated with Mr. Shkreli?
16       A    I'm not aware.
17       Q    After Mr. Shkreli was incarcerated, did
18   you communicate with him at all?
19       A    Yeah.
20       Q    How often?
21       A    It depends.  It would sometimes be once a
22   week, sometimes once a month, sometimes once every
23   two months.
24       Q    How would you communicate with Mr. Shkreli
25   after he was incarcerated?
```

```
                                    80
 1       A    CorrLinks, calls.
 2       Q    What was the first thing?
 3       A    CorrLinks.  It's an inmate messaging sort
 4   of e-mail service.
 5       Q    What would you discuss?
 6       A    From everything from rap music largely to
 7   how he's doing, and he would sometimes forward BD
 8   ideas and stock ideas.
 9       Q    Would you act on those BD ideas?
10       A    I didn't really think very highly of his
11   BD ideas because the company didn't have that much
12   money to do the ideas that he was talking about.
13       Q    Did Vyera ever act on any of his BD ideas?
14       A    Yeah, we looked at it.  Nothing came
15   substantial of it.
16       Q    So other than the CorrLinks, how else did
17   you communicate with Mr. Shkreli in prison, if at
18   all?
19       A    He would call me.
20       Q    Call you using what phone?
21       A    The prison phone.
22       Q    What's your cell phone number?
23       A    Cell phone number is ████████
24       
25       Q    I think you're missing a digit?
```

```
                                                81
 1      A  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 2      Q  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  I apologize.
 3   Did you ever talk to him via any other
 4   means?
        [redacted]
```

```
                                                82
        [redacted]
 7      Q  Have you produced those What'sApp messages
 8   to your counsel for us to review?
 9      A  I gave him my phone.
10      Q  Did you ever visit Mr. Shkreli in prison?
11      A  I did.
12      Q  How many times?
13      A  Once while he was at MDC, which I'm not
14   sure if it was before the sentencing or not.
15      Q  What did you discuss in that meeting?
16      A  I don't recall much.
17      Q  Have you ever mailed anything to
18   Mr. Shkreli?
19      A  I have not.
20      Q  Have you ever asked anybody to mail any --
21      A  I can't --
22      Q  Let me finish.
23      A  Yeah.
24      Q  Have you ever asked anybody to mail
25   anything to Mr. Shkreli?
```

```
                                                83
 1      A  I don't recall, but maybe some Journal
 2   articles that he had asked for, our books.
 3      Q  How many times did you ask people to mail
 4   things to Mr. Shkreli?
 5      A  It can't be more than a couple of times.
 6   Again, it's largely just books or one article that
 7   he's curious about, not...
 8      Q  Who did you ask to mail to Mr. Shkreli?
 9      A  Dan Fennessey.
10      Q  How about Maureen Lohry?
11      A  I don't know if the request was -- I know
12   she would send mail, but I don't know if the request
13   of X article was through me.
14      Q  So Ms. Lohry might have been in contact
15   with Mr. Shkreli?
16      A  Sure.
17      Q  During the period after you became a board
18   member of Vyera but before Mr. Shkreli was
19   incarcerated, did you discuss anything related to
20   Daraprim with Mr. Shkreli?
21      A  Before being a board member?
22      Q  Sorry.  After being a board member, before
23   he's incarcerated, did you -- let me just rephrase
24   the question.
25         Before you became a board member -- let me
```

```
                                                84
 1   rephrase.
 2         After you became a board member but before
 3   Mr. Shkreli was incarcerated, did you discuss
 4   anything related to Daraprim with Mr. Shkreli?
 5      A  Yeah, sure.  He's a shareholder.
 6      Q  Did you discuss anything related to
 7   Daraprim with any other shareholders?
 8      A  Yeah.
 9      Q  Which ones?
10      A  Anyone that would call up.
11      Q  Who called up?
12      A  David Chan called up, Opal Eye called up.
13   Armistice called up.
14         (Reporter requests clarification)
15         THE WITNESS:  Sure.  David Chan, Steve
16   Bohad, Opal Eye.  That's the few I can remember off
17   the top of my head.
18   BY MR. PERLMAN:
19      Q  What did you discuss with Mr. Shkreli
20   related to Daraprim during that time period we are
21   talking about?
22      A  I can't recall off the top of my head.
23      Q  Did Mr. Shkreli ever direct you to say
24   anything to any of your business partners?
25      A  Sure.  He was helping out with BD at the
```

Mithani

Turing Pharmaceuticals & Impax Laboratories                                              9/26/2019

85

```
 1   time.
 2       Q   What did he say?
 3       A   I don't recall.
 4       Q   After Mr. Shkreli went to prison, did he
 5   communicate with you about Daraprim?
 6       A   Yeah.
 7       Q   What did he say?
 8       A   I don't recall, but it's normal
 9   shareholder -- just because he's incarcerated
10   doesn't stop him from being a normal shareholder.
11       Q   Did Mr. Shkreli provide you any advice
12   related to Daraprim?
13       A   I can't recall any.
```



22 (Pages 85 to 88)



213

214

215

```
 1    Q   Which friends?
 2    A   Maureen Lohry when she was still around.
 3    Q   Who else?
 4    A   Dan Fennessy when he was still around.
 5    Q   Who else?
 6    A   I can't think of any others offhand.
 7    Q   Who were the lawyers that you communicated
 8  with?
 9    A   I feel like it changed over time, but
10  lawyers I spoke with, I think the firm is Edward
11  King.
12    Q   Edward King?
13    A   Yeah.
14    Q   Did you communicate with Benjamin Brafman
15  on behalf of Mr. Shkreli?
16    A   I communicated with one of the associate,
17  Andrea at Brafman Associates, not him, Brafman
18  himself.
19    Q   What's Andrea's last name?
20    A   Zellan.
21    Q   What was your the nature of your
22  communication with Ms. Zellan?
23        MR. WEINER:  I need to -- was Ms. Zellan
24  ever a lawyer for you or the company?
25        THE WITNESS:  No.
```

216

```
 1        MR. WEINER:  Okay.
```