# Exhibit A

# In the Matter of:

## Turing Pharmaceuticals & Impax Laboratories

*September 26, 2019*
*Akeel Mithani*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**1**

```
 1              FEDERAL TRADE COMMISSION
 2
 3  TURING PHARMACEUTICALS,        )
 4          a corporation,         )
 5      and                        ) Matter No.
 6  IMPAX LABORATORIES,            ) 161-0001
 7          a corporation.         )
 8  -------------------------------)
 9
10               Thursday, September 26, 2019
11
12               Room 7104
13               Federal Trade Commission
14               400 7th Street, S.W.
15               Washington, D.C.  20024
16
17          The above-entitled matter came on for
18  investigational hearing, pursuant to notice, at
19  9:00 a.m., for the testimony of:
20
21
22               AKEEL MITHANI
23
24
25
```

**2**

```
 1  APPEARANCES:
 2      ON BEHALF OF THE FEDERAL TRADE COMMISSION:
 3          NEAL PERLMAN, ESQ.
 4          DANIEL BUTRYMOWICZ, ESQ.
 5          Federal Trade Commission
 6          600 Pennsylvania Avenue, Northwest
 7          Washington, D.C.  20580
 8          (202) 326-3692
 9          nperlman@ftc.gov
10      ON BEHALF OF VYERA PHARMACEUTICALS
11      AND THE WITNESS:
12          MICHAEL WEINER, ESQ.
13          SAMUEL W. STELK, ESQ.
14          Dechert LLP
15          1095 Avenue of the Americas
16          New York, New York  10036-6797
17          (212) 698-3608
18          michael.weiner@dechert.com
19
20
21
22
23
24
25
```

**3**

```
 1  APPEARANCES (continued):
 2  ALSO PRESENT:  Jimmy Fang, Esq. - Deputy General
 3                 Counsel Vyera
 4                 Anusha Sunkara, FTC Law Clerk
 5                 Arindam Ghosh, Ph.D. - FTC Economist
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
 1                 I N D E X
 2  EXAMINATION                              PAGE
 3  Akeel Mithani
 4       By Mr. Perlman . . . . . . . . . . . . .7
 5       By Mr. Weiner. . . . . . . . . . . . 231
 6
 7
 8
 9  EXHIBIT      DESCRIPTION                  PAGE
10  GX1016  Board meeting minutes, Bates stamped . . . 58
11       FTX-Vyera00660112 to FTC-Vyera00660124
12  GX3000  E-mail with attachments, Bates stamped . . 94
13       FTC-FERA-00001472 to FTC-FERA-00001490
14  GX1110  E-mail with attachmenet, Bates stamped . .114
15       FTC-Vyera00224587 to FTC-Vyera00224588
16  GX1101  E-mail chain, Bates stamped . . . . . . .118
17       FTC-Vyera-117383 to FTC-Vyera-117387
18  GX1109  E-mail chain, Bates stamped  . . . . . .135
19       FTC-Vyera000162272 to FTC-Vyera000162274
20  GX1107  E-mail chain, Bates stamped  . . . . . .146
21       FTC-Vyera00120007 to FTC-Vyera 00120009
22  GX1113  E-mail chain, Bates stamped  . . . . . .150
23       FTC-Vyera00516596 to FTC-Vyera00516597
24  GX1112  E-mail chain, Bates stamped  . . . . . .159
25       FTC-Vyera00516585 to FTC-Vyera00516588
```

Turing Pharmaceuticals & Impax Laboratories                    9/26/2019

---

5

1    GX1108  E-mail with attachment, Bates stamped  . .166
2         FTC-Vyera00126540 to FTC-Vyera00126583
3    EXHIBIT        DESCRIPTION                 PAGE
4    GX1102  E-mail chain, Bates stamped  . . . . . . .183
5         FTC-Vyera00117405 to FTC-Vyera00117435
6    GX4001  Letter dated January 19, 2018 from . . . .207
7         Akeel Mithani to The Honorable Kiyo
8         Matsumoto
9    GX1104  E-mail chain Bates stamped . . . . . . . .213
10        FTC-Vyera00119270 to FTC-Vyera-00119271
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

6

1                    P R O C E E D I N G S
2                    -   -   -   -   -
3         (The witness was duly sworn.)
4         MR. PERLMAN:  Could we have counsel
5    identify themselves for the record.
6         MR. WEINER:  Sure.  This is Michael Weiner
7    from Dechert LLP for Vyera and the witness.
8         MR. STELK:  Samuel Stelk, also from
9    Dechert, for Vyera and the witness.
10        MR. FANG:  James Fang, F-A-N-G, Deputy
11   General Counsel, Vyera.
12        MR. PERLMAN:  Ms. Sunkara, you can
13   introduce yourself.
14        MS. SUNKARA:  Anusha Sunkara, FTC Law
15   Clerk.
16        DR. GHOSH:  Arindam Ghosh, Economist with
17   the FTC.
18        MR. BUTRYMOWICZ:  Dan Butrymowicz, FTC.
19        MR. PERLMAN:  Neal Perlman Federal Trade
20   Commission.
21   Whereupon --
22              AKEEL MITHANI,
23   a witness, called for examination, having
24   been first duly sworn, testified as follows:
25              EXAMINATION

---

7

1    BY MR. PERLMAN:
2         Q    Mr. Mithani, could you state your full
3    name for the record.
4         A    Akeel Mithani.
5         Q    So, Mr. Mithani, my name is Neal Perlman.
6    I'm going to be asking you some questions today.
7              Have you ever given sworn testimony
8    before?
9         A    I have not.
10        Q    So I'm going to go over some ground rules
11   just to make sure that this goes smoothly today.
12             So, first of all, the first rule is, if
13   you don't understand a question, just let me know,
14   and I'll try to rephrase it.  Sound good?
15        A    Yeah.
16        Q    The second ground rule is try to answer
17   audibly for the court reporter.  Nodding your head
18   or shaking your head or saying uh-huh or huh-uh,
19   it's hard for her to get it down.
20             Does that make sense?
21        A    It makes sense.
22        Q    So the third ground rule is before -- try
23   to wait until I finish my question before you
24   answer, and I'll try to wait until you finish your
25   answer, that way, again, she can get it down for the

---

8

1    record.
2             Sound good?
3         A    Yeah.
4         Q    Did you do anything to prepare for your
5    testimony today?
6         A    We had a prep yesterday, but that's about
7    it.
8         Q    Did you talk with anyone other than your
9    lawyers about your testimony today?
10        A    No.
11        Q    When you met with your lawyers, did you
12   review any documents?
13        A    Yes.
14        Q    How many?
15        A    Approximately 70.
16        Q    Seventy?
17        A    Yeah.
18        Q    So do you understand you're testifying
19   under oath today?
20        A    Yep.
21        Q    Is there anything that would prevent you
22   from providing truthful, complete testimony today?
23        A    No.
24        Q    Okay.  So one other thing I wanted to go
25   over with you before I start to make sure we are on

---

2 (Pages 5 to 8)

Mithani
Turing Pharmaceuticals & Impax Laboratories                            9/26/2019

---

77

1     A   Yes.
2     Q   Did you communicate with Mr. Shkreli
3  before he was incarcerated?
4     A   Yes.
5     Q   How often?
6     A   I can't tell you.  Maybe once a week.
7     Q   How did you communicate with him?
8     A   Cell phone or in-person meetings.
9     Q   Texting?
10    A   In-person meetings.
11    Q   Texting?
12    A   No.
13    Q   No?
14    A   It was largely just calling.
15    Q   Calling on the cell phone?
16    A   Or in-person meetings.
17        MR. WEINER:  What period of time are you
18  talking about?
19        THE WITNESS:  Before incarceration.
20        MR. WEINER:  And after?  We talked about
21  earlier before when you were at the company you
22  were --
23        MR. PERLMAN:  Sure.  I can clarify, yeah,
24  sure.
25  BY MR. PERLMAN:

---

78

1     Q   So I'm talking about the time from when
2  you started at Vyera until he was incarcerated.
3  We're clear?
4     A   Yeah.
5     Q   So you talked to him once a week after you
6  joined --
7     A   Yeah, sounds about right.
8     Q   -- until he -- Okay.
9         And you talked to him by phone?
10    A   Yeah.
11    Q   And you talked to him in person?
12    A   Yeah.
13    Q   Where would you meet him?
14    A   At a bar close by or at his apartment.
15    Q   Where is his apartment?
16    A   It was a block away from our office.
17    Q   Where is your office?
18    A   Thirty-ninth and Third.
19    Q   Other than the phone calls and in-person
20  meetings, did you communicate with Mr. Shkreli in
21  any other way after you joined Vyera, before he was
22  incarcerated?
23    A   Sure.  I'm sure there were e-mails or
24  texts, but I don't recall specific ones.
25    Q   Did you e-mail him from your personal

---

79

1  e-mail?
2     A   Sure.
3     Q   Did you e-mail him from your personal
4  e-mail about Vyera-related business?
5     A   Maybe.
6     Q   During that time period are you aware
7  whether anyone else from Vyera communicated with
8  Mr. Shkreli?
9     A   I would assume Kevin did, but I think that
10  would be it.
11    Q   No one else?
12    A   I'm sure there were people, but I don't
13  want to speak on their behalf.
14    Q   Are you aware whether other people
15  communicated with Mr. Shkreli?
16    A   I'm not aware.
17    Q   After Mr. Shkreli was incarcerated, did
18  you communicate with him at all?
19    A   Yeah.
20    Q   How often?
21    A   It depends.  It would sometimes be once a
22  week, sometimes once a month, sometimes once every
23  two months.
24    Q   How would you communicate with Mr. Shkreli
25  after he was incarcerated?

---

80

1     A   CorrLinks, calls.
2     Q   What was the first thing?
3     A   CorrLinks.  It's an inmate messaging sort
4  of e-mail service.
5     Q   What would you discuss?
6     A   From everything from rap music largely to
7  how he's doing, and he would sometimes forward BD
8  ideas and stock ideas.
9     Q   Would you act on those BD ideas?
10    A   I didn't really think very highly of his
11  BD ideas because the company didn't have that much
12  money to do the ideas that he was talking about.
13    Q   Did Vyera ever act on any of his BD ideas?
14    A   Yeah, we looked at it.  Nothing came
15  substantial of it.
16    Q   So other than the CorrLinks, how else did
17  you communicate with Mr. Shkreli in prison, if at
18  all?
19    A   He would call me.
20    Q   Call you using what phone?
21    A   The prison phone.
22    Q   What's your cell phone number?
23    A   Cell phone number is ███████████.
24         ▇.
25    Q   I think you're missing a digit?

---

20 (Pages 77 to 80)



**81**

1    A    ▇
2    Q    Oh, ▇. I heard ▇. I apologize.
3         Did you ever talk to him via any other
4    means?

**82**

7    Q    Have you produced those What'sApp messages
8    to your counsel for us to review?
9    A    I gave him my phone.
10   Q    Did you ever visit Mr. Shkreli in prison?
11   A    I did.
12   Q    How many times?
13   A    Once while he was at MDC, which I'm not
14   sure if it was before the sentencing or not.
15   Q    What did you discuss in that meeting?
16   A    I don't recall much.
17   Q    Have you ever mailed anything to
18   Mr. Shkreli?
19   A    I have not.
20   Q    Have you ever asked anybody to mail any --
21   A    I can't --
22   Q    Let me finish.
23   A    Yeah.
24   Q    Have you ever asked anybody to mail
25   anything to Mr. Shkreli?

**83**

1    A    I don't recall, but maybe some Journal
2    articles that he had asked for, our books.
3    Q    How many times did you ask people to mail
4    things to Mr. Shkreli?
5    A    It can't be more than a couple of times.
6    Again, it's largely just books or one article that
7    he's curious about, not...
8    Q    Who did you ask to mail to Mr. Shkreli?
9    A    Dan Fennessey.
10   Q    How about Maureen Lohry?
11   A    I don't know if the request was -- I know
12   she would send mail, but I don't know if the request
13   of X article was through me.
14   Q    So Ms. Lohry might have been in contact
15   with Mr. Shkreli?
16   A    Sure.
17   Q    During the period after you became a board
18   member of Vyera but before Mr. Shkreli was
19   incarcerated, did you discuss anything related to
20   Daraprim with Mr. Shkreli?
21   A    Before being a board member?
22   Q    Sorry.  After being a board member, before
23   he's incarcerated, did you -- let me just rephrase
24   the question.
25        Before you became a board member -- let me

**84**

1    rephrase.
2         After you became a board member but before
3    Mr. Shkreli was incarcerated, did you discuss
4    anything related to Daraprim with Mr. Shkreli?
5    A    Yeah, sure.  He's a shareholder.
6    Q    Did you discuss anything related to
7    Daraprim with any other shareholders?
8    A    Yeah.
9    Q    Which ones?
10   A    Anyone that would call up.
11   Q    Who called up?
12   A    David Chan called up, Opal Eye called up.
13   Armistice called up.
14        (Reporter requests clarification)
15        THE WITNESS:  Sure.  David Chan, Steve
16   Bohad, Opal Eye.  That's the few I can remember off
17   the top of my head.
18   BY MR. PERLMAN:
19   Q    What did you discuss with Mr. Shkreli
20   related to Daraprim during that time period we are
21   talking about?
22   A    I can't recall off the top of my head.
23   Q    Did Mr. Shkreli ever direct you to say
24   anything to any of your business partners?
25   A    Sure.  He was helping out with BD at the

Mithani

Turing Pharmaceuticals & Impax Laboratories                    9/26/2019



85
```
 1   time.
 2      Q   What did he say?
 3      A   I don't recall.
 4      Q   After Mr. Shkreli went to prison, did he
 5   communicate with you about Daraprim?
 6      A   Yeah.
 7      Q   What did he say?
 8      A   I don't recall, but it's normal
 9   shareholder -- just because he's incarcerated
10   doesn't stop him from being a normal shareholder.
11      Q   Did Mr. Shkreli provide you any advice
12   related to Daraprim?
13      A   I can't recall any.
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Mithani
Turing Pharmaceuticals & Impax Laboratories                    9/26/2019



125

9       Q   All right.  You can set that document
10   aside.
11          MR. PERLMAN:  We can go off the record.
12      (Luncheon recess taken -- 12:02 to 1:04 p.m.)
13   BY MR. PERLMAN:
14      Q   Welcome back, Mr. Mithani.  Do you
15   understand that you are still under oath?

126

127

128

20      Q   What is a backup supplier?
21      A   A backup supplier is just in case your
22   main supplier has issues supplying.
23      Q   Backup supplier --
24      A   Backup supplier for your brand just in
25   case your main supplier has issues supplying

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Mithani

Turing Pharmaceuticals & Impax Laboratories                              9/26/2019



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Mithani

Turing Pharmaceuticals & Impax Laboratories                    9/26/2019



197

```
1        A   To track the -- to track the performance
2   of the company.
3        Q   Is it also to track where the Daraprim is
4   going?
5        A   The weekly reports I get, I don't think
6   they're detailed.  Again, I could be wrong.
7        Q   Have you spoken with Ms. Kirby about --
8   let me rephrase that.
```

Mithani

Turing Pharmaceuticals & Impax Laboratories                          9/26/2019





**209**

1  A  Yes.
2  Q  If you go to the fourth paragraph down it
3  reads:
4      "Later that year, Martin afforded me the
5      opportunity to be considered as a Junior
6      Business Development Analyst even though
7      I sorely lacked the qualifications."
8      Do you see that?
9  A  Yes.
10  Q  Did you sorely lack the quantification to
11  be a Junior Business Analyst at Vyera?
12  A  In terms of science, yeah.
13  Q  In what way were you qualified?
14  A  I understood the financials, how
15  financials worked.
16  Q  Next it says:
17      "My interviews met with mixed results."
18      Do you see that?
19  A  Yes.
20  Q  What were the mixed results you were
21  referencing?
22  A  The BD department didn't want someone so
23  without any experience.
24  Q  Any experience in what?
25  A  Doing BD.

**210**

1  Q  "Despite opposition with the company.
2      Martin directly lobbied for my
3      employment."
4      It's the next sentence.  Do you see that?
5  A  Yes.
6  Q  Who did he lobby for your employment?
7  A  The BD department.
8  Q  But the BD department declined to bring
9  you on?
10  A  Yeah.
11  Q  Was Mr. Shkreli still CEO at this point?
12  A  Yes.
13  Q  The next sentence says:
14      "Currently, I am an Executive Director at
15      Vyera Pharmaceuticals (formerly Turing)"
16      Do you see that?
17  A  Yes
18  Q  To be clear, you were never a Junior
19  Business Development Analyst at Vyera?
20  A  No.
21  Q  You started as an Executive Director at
22  Vyera correct?
23  A  Board member, Executive Director, yeah.
24  Q  Despite the fact that the previous
25  Business Development Group did not think you were a

**211**

1  good candidate?
2  A  Back two years ago, before my hire, yes.
3  Q  You can set that document aside.
4      Well, actually, if you could take that
5  back.
6  A  Sure.
7  Q  Is there anything that you would like to
8  change or update about this document?
9  A  I mean I've got to read the whole thing
10  again.
11  Q  Go for it.

16  BY MR. PERLMAN:
17  Q  So I'd like you to turn back, I have this
18  big stack of document here, if you would turn back
19  and find GX1109.  I just had a follow-up question on
20  that document.
21  A  Say that number again.
22  Q  1109.
23  MR. WEINER:  Looks like this.
24  BY MR. PERLMAN:
25  Q  You can take a minute to review it and

**212**

1  just let me know when you're done.  To be clear I'm
2  not going to ask any more questions on GX4001.
3  A  Got it.
4      (Witness reviews document)
5      THE WITNESS:  Go ahead.
6  BY MR. PERLMAN:
7  Q  Okay.  So if you look at GX1109-001, so at
8  the bottom of that first page, you write to

Mithani
Turing Pharmaceuticals & Impax Laboratories                                      9/26/2019



213

215

1    Q    Which friends?
2    A    Maureen Lohry when she was still around.
3    Q    Who else?
4    A    Dan Fennessy when he was still around.
5    Q    Who else?
6    A    I can't think of any others offhand.
7    Q    Who were the lawyers that you communicated
8    with?
9        A    I feel like it changed over time, but
10   lawyers I spoke with, I think the firm is Edward
11   King.
12   Q    Edward King?
13   A    Yeah.
14   Q    Did you communicate with Benjamin Brafman
15   on behalf of Mr. Shkreli?
16       A    I communicated with one of the associate,
17   Andrea at Brafman Associates, not him, Brafman
18   himself.
19   Q    What's Andrea's last name?
20   A    Zellan.
21   Q    What was your the nature of your
22   communication with Ms. Zellan?
23       MR. WEINER:  I need to -- was Ms. Zellan
24   ever a lawyer for you or the company?
25       THE WITNESS:  No.

214

216

1        MR. WEINER:  Okay.

Mithani

Turing Pharmaceuticals & Impax Laboratories                                    9/26/2019

229

1    A   Yes.
2    Q   Any other e-mail accounts?
3    A   I have a Mithani Akeel, which I don't
4    think I use.
5    Q   Any other ones?
6    A   I can't recall.
7    Q   Have you provided your lawyers with all of
8    the e-mails that are concerning Daraprim?
9    A   They have access to my Gmail.
10   Q   They have access to your Gmail?  Okay.
11       Do you ever delete e-mails from your Vyera
12   e-mail address?
13   A   Sure, yeah.
14   Q   Why?
15   A   Just organizational purposes.
16   Q   Are you aware that the FTC sent Turing a
17   Do-not-destroy letter in 2015?
18   A   I was not aware in 2015, but all the
19   e-mails get backed up on the server any ways.
20   Q   So any e-mails you would have deleted
21   would have been back up on the server?
22   A   A hundred percent.
23   Q   Do you ever delete any e-mails from your
24   Gmail accounts?
25   A   Sure.

230

1    Q   Why?
2    A   Organization purposes.
3    Q   Did you ever delete any e-mails related to
4    the Vyera from your personal e-mail accounts?
5    A   Sure.
6    Q   So would those be backed up?
7    A   They would not be backed up, but -- we
8    only entered a hold on past '17, right?  We only
9    served recently?
10   Q   I can't testify.  It's only you answering
11   questions here.
12   A   Again, once I was told there was a hold, I
13   did not delete any e-mails or e-mails in general.
14   Q   Do you ever text about Vyera-related
15   business from your personal cell phone?
16   A   Sure.
17   Q   From your work cell phone?
18   A   Yes.
19   Q   Do you have two cell phones?
20   A   Yes.
21   Q   Have you produced those documents to us?
22   A   Yes.
23       MR. PERLMAN:  All right.  Why don't we
24   take a five-minute break.  I think I'm all set here,
25   but I'll let you guys know when I come back.

231

1        Let's go off the record.
2        (Recess taken - 3:38 to 3:47 p.m.)
3        MR. PERLMAN:  All right.  Let's go back on
4    the record.  We don't have any more questions.
5        Do you have any questions?
6        MR. WEINER:  I just have one question.
7        EXAMINATION
8    BY MR. WEINER:

21       MR. PERLMAN:  Let's go off the record.
22       (Discussion off record)
23       MR. PERLMAN:  So that's it for us today.
24   We're going to hold this open.  And we can go off
25   the record.

232

1        (Whereupon, the proceedings concluded at
2    4:57 p.m.)