# Exhibit B

1

2               UNITED STATES DISTRICT COURT

3             SOUTHERN DISTRICT OF NEW YORK

4   FEDERAL TRADE COMMISSION;      )
    STATE OF NEW YORK; STATE OF    )
5   CALIFORNIA; STATE OF ILLINOIS; )
    STATE OF NORTH CAROLINA; STATE )
6   OF OHIO; COMMONWEALTH OF       )
    PENNSYLVANIA; and              )
7   COMMONWEALTH OF VIRGINIA,      )
                                   )
8                 Plaintiffs,      ) Case No.
                                   ) 1:20-cv-00706-DLC
9             vs.                  )
                                   )
10  VYERA PHARMACEUTICALS, LLC;    )
    PHOENIXUS AG; MARTIN SHKRELI,  )
11  individually, as an owner and  )
    former officer of Vyera        )
12  Pharmaceuticals, LLC and       )
    Phoenixus AG (formerly known   )
13  as Turing Pharmaceuticals, LLC )
    and Turing Pharmaceuticals     )
14  AG); and KEVIN MULLEADY,       )
    individually, as an owner and  )
15  director of Phoenixus AG and   )
    a former executive of Vyera    )
16  Pharmaceuticals, LLC,          )
                                   )
17                 Defendants.     )
    -------------------------------)

18

19       VIDEOTAPED DEPOSITION OF AKEEL MITHANI

20                Via Videoconference

21               Brooklyn, New York

22            Thursday, January 28, 2021

23

24  Reported by:
    KRISTIN KOCH, RPR, RMR, CRR
25  JOB NO. 188171

Page 2

```
1
2
3
4                    January 28, 2021
5                    9:23 a.m.
6
7
8          Videotaped Deposition of AKEEL
9   MITHANI, Via Videoconference, before
10  Kristin Koch, a Registered Professional
11  Reporter, Registered Merit Reporter,
12  Certified Realtime Reporter and Notary
13  Public of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2   A P P E A R A N C E S:  (Via videoconference)
3
4        FEDERAL TRADE COMMISSION
5        Attorneys for Plaintiffs
6             600 Pennsylvania Avenue, NW
7             Washington, DC 20580
8        BY:  MAREN SCHMIDT, ESQ.
9             DANIEL PATRICK HUYETT, ESQ.
10            PHOEBE FLINT, Paralegal
11
12
13       OFFICE OF THE NEW YORK ATTORNEY GENERAL
14       Attorneys for State of New York
15            28 Liberty Street
16            New York, New York 10005
17       BY:  SAAMI ZAIN, ESQ.
18            ELINOR HOFFMANN, ESQ.
19
20
21       OFFICE OF THE ILLINOIS ATTORNEY GENERAL
22       Attorneys for State of Illinois
23            150 East Gay Street
24            Columbus, Ohio 43215
25       BY:   RICHARD S. SCHULTZ, ESQ.
```

Page 4

```
1
2   A P P E A R A N C E S:  (Continued)
3
4
5        PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
6        Attorneys for Commonwealth of Pennsylvania
7             Strawberry Square
8             Harrisburg, Pennsylvania 17120
9        BY:  STEPHEN SCANNELL, ESQ.
10
11
12       MORGAN, LEWIS & BOCKIUS LLP
13       Attorneys for Vyera Pharmaceuticals and
14       Phoenixus AG
15            101 Park Avenue
16            New York, New York 10178
17       BY:  STACEY ANNE MAHONEY, ESQ.
18
19
20       DUANE MORRIS LLP
21       Attorneys for Martin Shkreli
22            30 South 17th Street
23            Philadelphia, Pennsylvania 19103
24       BY:  JEFFREY S. POLLACK, ESQ.
25
```

Page 5

```
1
2   A P P E A R A N C E S:  (Continued)
3
4
5        KASOWITZ BENSON TORRES LLP
6        Attorneys for Kevin Mulleady
7             1633 Broadway
8             New York, New York 10019
9        BY:  KENNETH R. DAVID, ESQ.
10            NICHOLAS A. RENDINO, ESQ.
11
12
13
14  ALSO PRESENT:
15
16  MARK VON LANKEN, Legal Video Specialist
17  KEVIN MULLEADY
18
19
20
21
22
23
24
25
```



Page 98

A. Mithani

1
2       MS. MAHONEY:  Objection.

23      A.    Yes.
24      Q.    Okay.  And what agreements, if any,
25  did you ultimately negotiate with RL Fine?

Page 99

A. Mithani

1
2       MS. MAHONEY:  Objection.
3       A.    The agreement was negotiated by the
4   lawyers.
5       Q.    Okay.  So you didn't actually
6   negotiate the terms with RL Fine?
7       A.    I helped.  I was not the lead
8   contact.
9       Q.    Did you participate in any
10  negotiations with RL Fine?
11      A.    Yes.
12      Q.    Okay.  How many times did you -- did
13  you participate -- how were these negotiations
14  conducted?  Let me -- let me just ask that up
15  front.
16      MS. MAHONEY:  Objection.
17      MR. DAVID:  Objection.
18      MR. POLLACK:  Objection.
19      A.    There was negotiations done in
20  person, there was negotiations done on phone,
21  there was negotiations done by e-mail.
22      Q.    Okay.  Did you have some
23  negotiations prior to meeting in person?
24      A.    I do not recall.
25      Q.    Okay.  Did you participate in the

Page 100

A. Mithani

1
2   in-person negotiations?
3       A.    Yes.
4       Q.    Okay.  And were those held in India?
5       A.    Yes.
6       Q.    Did you go to India specifically to
7   negotiate these agreements with RL Fine?
8       A.    No.
9       MS. MAHONEY:  Objection.
10      Q.    You did not.  You were there for
11  other purposes?
12      A.    Yes.
13      Q.    Okay.  How did you end up meeting
14  with RL Fine in person?
15      A.    I reached out if they wanted to take
16  a meeting, they said they will, so I flew out
17  to another state.
18      Q.    Okay.  I'm sorry.  What -- and if
19  it's a personal matter, you don't have to get
20  into it, but what originally took you to India?
21      A.    Personal matter.
22      Q.    Okay.  So you were there on personal
23  business and you reached out to RL Fine while
24  there?
25      A.    Yes.

Page 101

A. Mithani

1
2       Q.    Okay.  But you flew within the
3   company to meet with them in person?
4       MS. MAHONEY:  Objection.
5       A.    Rephrase the question.
6       Q.    Sure.  You were already in India but
7   you were not located -- you were not located in
8   the same -- within the same place in India as
9   RL Fine?
10      A.    Yes.
11      Q.    So you traveled to meet in person
12  with RL Fine?
13      A.    Yes.
14      Q.    Okay.  Who else from the company
15  went with you, if any?
16      A.    Just me.
17      Q.    So for this in-person meeting it was
18  just you?
19      A.    Yes.
20      MS. MAHONEY:  Objection.
21      Q.    Okay.  Did anybody join on the
22  phone?
23      A.    No.
24      MS. MAHONEY:  Objection.
25      Q.    Okay.  Who did you meet with at this

Page 110

```
 1              A. Mithani
 2     A.   I do not recall.
 3     Q.   Do you recall ever discussing that
 4  with anybody from RL Fine?
```

(redacted lines)

```
25          MS. MAHONEY:  Objection.
```

Page 111

```
 1              A. Mithani
 2          MR. POLLACK:  Objection.
```

(redacted lines)

```
 6          MS. MAHONEY:  Objection.
 7          MR. POLLACK:  Objection.
```

(redacted lines)

```
16     A.   I can't say for sure.
17     Q.   Did you tell anybody you were having
18  this meeting?
19     A.   Kevin was aware I was having a
20  meeting.
21     Q.   Okay.  What was the outcome of the
22  meeting?
23          MS. MAHONEY:  Objection.
```

Page 112

```
 1              A. Mithani
```

(redacted lines)

```
 5     Q.   You said Mr. Mulleady was aware of
 6  this meeting.  Was Mr. Shkreli aware of this
 7  meeting?
 8          MR. POLLACK:  Objection.
 9     A.   I do not recall.
10     Q.   But you had discussed RL Fine with
11  Mr. Shkreli before; correct?
12     A.   Yes.
13          MR. POLLACK:  Objection.
14     Q.   Okay.  When did you first discuss
15  RL Fine with Mr. Shkreli?
16     A.   I do not recall.
```

(redacted lines)

Page 113

```
 1              A. Mithani
```

(redacted lines)



Page 114
```
1                    A. Mithani
```


Page 115
```
1                    A. Mithani
```

Page 116
```
1                    A. Mithani
```
```
4       A.   A friend attended.
5       Q.   Okay.  What's that friend's name?
6       A.   I do not recall.
7       Q.   You don't recall your friend's name?
8       A.   I do not recall.
9       Q.   Are you still friends with this
10  person?
11      A.   I am not.
12      Q.   Okay.  Why did this then friend
13  attend the meeting?
```
```
20           THE COURT REPORTER:  I'm sorry?
21      A.   A friend is not the right word.  An
22  individual that was introduced to help navigate
23  India pharmaceutical space.
24      Q.   And you don't recall his first or
25  last name?
```

Page 117
```
1                    A. Mithani
2       A.   I do not.
3       Q.   Do you recall whether he had a
4  company he worked for?
5       A.   I do not recall the name.
6       Q.   And where did this meeting take
7  place?
```



Page 142

```
1                A. Mithani
2           MR. DAVID:  Objection.
3           MS. MAHONEY:  Objection.
4           MR. POLLACK:  Objection.
5      A.   I do not know.
```

Page 143

```
1                A. Mithani
```

Page 144

```
1                A. Mithani
```

```
13           MR. DAVID:  Object to the form.
14           MR. POLLACK:  Objection.
15           MS. MAHONEY:  Objection.
```

Page 145

```
1                A. Mithani
2           MS. MAHONEY:  Objection.
3           MR. POLLACK:  Objection.
4           THE WITNESS:  Sorry.
5      Q.   Go ahead.
6      A.   I do not recall that.
```



Page 182

1                      A. Mithani

2   able to use RL Fine as a backup supplier?

3         MS. MAHONEY:  Objection.

4     A.   I don't think so.

5     Q.   Staying with GX 1511-006, the first

6   full paragraph:

Page 183

1                      A. Mithani

Page 184

1                      A. Mithani

2         MS. MAHONEY:  I'm sorry, Maren.  I

3   couldn't hear you.

4         MR. POLLACK:  Objection.

14        MS. MAHONEY:  Objection.

15        MR. POLLACK:  Objection.

16        THE COURT REPORTER:  I'm sorry.  Can

17   I get the answer again.

Page 185

1                      A. Mithani



Page 294

```
A. Mithani

1                    A. Mithani
2           THE VIDEOGRAPHER:  We are on the
3      record.  The time is 5:40.
4  BY MS. SCHMIDT:
12           MR. POLLACK:  Objection.
13           MS. MAHONEY:  Objection.
21           MS. MAHONEY:  Objection.
22           MR. POLLACK:  Objection.
```

Page 295

```
1                    A. Mithani
4           MR. POLLACK:  Objection.
5      Q.    Okay.  And who is the chairman of
6  the board now?
7      A.    Averill Powers.
23           MS. SCHMIDT:  Okay.  You can set
24      that aside.
25           Mr. Mithani, I am just going to ask
```

Page 296

```
1                    A. Mithani
2      a short series of questions here and then I
3      will propose we take a break and then I am
4      going to -- just to let everybody know what
5      is happening, because I know it's after
6      5:40.  I am going to ask a few questions on
7      a different topic and hopefully that
8      shouldn't last more than five minutes and
9      then I am going to take a break with my
10     colleagues and just see what else needs to
11     be covered.  It might be very short after
12     that, that's my hope, but I do need to
13     confer with my -- with my co-counsel and
14     then hopefully we can wrap this up after
15     that.  Okay?
16           MS. MAHONEY:  Thanks for the update.
17           MS. SCHMIDT:  Okay.
18     Q.    So Mr. Mithani, do you use text to
19  communicate regarding Vyera business?
20     A.    Yes.
21     Q.    Who do you text with regarding Vyera
22  business?
23     A.    Anyone I need to.
24           THE COURT REPORTER:  I'm sorry?
25     A.    Anyone I need to get in contact
```

Page 297

```
1                    A. Mithani
2      with.
3      Q.    And who would that be?
4      A.    Generally, department heads.
5      Q.    Okay.  Fellow board members ever?
6      A.    Yes.
7           MR. POLLACK:  Objection.
8           MS. MAHONEY:  Objection.
9      Q.    Mr. Shkreli?
10          MS. MAHONEY:  Objection.
11          MR. POLLACK:  Objection.
12     A.    Yes.
13     Q.    Okay.  Did you -- what kind of
14  device did you use to text regarding company
15  business?
16     A.    An iPhone.
17     Q.    Okay.  Did you just use iPhone's
18  messaging app or did you use other apps as
19  well?
20     A.    WhatsApp and iPhone app.
21     Q.    IPhone and WhatsApp, okay, is that
22  right?
23     A.    Yes.
24     Q.    Okay.  And did you preserve all of
25  your texts regarding company business?
```

A. Mithani

```
 1                    A. Mithani
 2              MS. MAHONEY:  Objection.
 3        A.    Yes.
 4        Q.    How did you preserve all of your
 5   texts regarding company business?
 6              MS. MAHONEY:  Objection.
 7        A.    It's all backed up in iCloud.
 8        Q.    And was that made available to the
 9   company?
10        A.    Yes.
11        Q.    Okay.  Did you ever delete any texts
12   regarding company business?
13        A.    None that I know of.
14        Q.    Okay.  What about personal e-mail,
15   do you use personal e-mail to conduct company
16   business?
17        A.    Yes.
18        Q.    And did you preserve those personal
19   e-mails?
20              MS. MAHONEY:  Objection.
21        A.    Yes.
22        Q.    You don't have to provide the
23   specific address of that, but what personal
24   e-mail platforms were you using for this?
25        A.    My personal e-mail (inaudible)
```

A. Mithani

```
 1   Gmail.
 2
 3              THE COURT REPORTER:  I'm sorry?
 4        A.    Gmail.
 5        Q.    And did you provide all of those
 6   e-mails to the company?
 7        A.    Yes.
 8        Q.    When did you first provide those
 9   e-mails to the company?
10        A.    I don't recall.
11        Q.    Okay.  Same with the text, when did
12   you first provide your preserved texts to the
13   company?
14        A.    I don't recall.
15        Q.    When did you last provide your
16   personal texts to the company?
17        A.    Three months ago.
18        Q.    Okay.  And did you ever use any
19   messaging apps, non-text messaging apps, such
20   as GChat or any other chat system to
21   communicate regarding company business?
22              MS. MAHONEY:  Objection.
23        A.    We use Skype and Microsoft Teams.
24        Q.    Skype.  Okay.  Skype and Microsoft
25   Teams.  Any others?
```

A. Mithani

```
 1        A.    None that I can think of.
 2        Q.    And did you preserve all of those
 3   chats?
 4              MS. MAHONEY:  Objection.
 5        A.    Yes.
 6              MS. SCHMIDT:  Okay.  Speaking of
 7        chats, I have lost mine with my co-counsel,
 8        so I am going to suggest we take a -- this
 9        might be a little ambitious, but let's try
10        to come back at 5:55.  I believe it's 5:47
11        now.  5:55, is that agreeable?
12              MS. MAHONEY:  Yes.
13              MS. SCHMIDT:  Okay.  If we could
14        please go off the record and be sent to our
15        breakout rooms, please.
16              THE VIDEOGRAPHER:  We are off the
17        record.  The time is 5:47.
18              (Recess was taken from 5:47 to
19        5:59.)
20              THE VIDEOGRAPHER:  We are on the
21        record.  The time is 5:59.
22   BY MS. SCHMIDT:
23        Q.    Mr. Mithani, I just wanted to follow
24   up, I believe before we broke you said that you
```

A. Mithani

```
 1   texted regarding company business with fellow
 2   board members and company division heads; is
 3   that right?
 4        A.    Yes.
 5        Q.    Okay.  For board members did you
 6   text with Jordan Walker?
 7        A.    Yes.
 8        Q.    Ron Tilles?
 9        A.    I don't recall.
10        Q.    Averill Powers?
11        A.    Yes.
12        Q.    Did you text with Nick Pelliccione?
13        A.    Yes.
14        Q.    Marco Polizzi?
15        A.    Yes.
16        Q.    Ruchin Patel?
17        A.    Yes.
18        Q.    Yaro Zherebukh?
19        A.    Yes.
20        Q.    Daniel Fennessy?
21        A.    I don't recall.
22        Q.    Maureen Lohry?
23        A.    I don't recall.
24        Q.    Chris Lau?
```