# Exhibit D

| From: | Akeel Mithani ◄ ██████████ ► |
| To: | Lisa Schlesinger |
| CC: | Scott Breakstone |
| Sent: | 8/25/2017 4:38:15 PM |
| Subject: | RE: QuintilesIMS | Turing Support Discussion |

For the other companies that data is outside of US. Regardless we need to put a block on IMS. Find out who are the people giving them the data and put a block on them too. Later would be Anne's part but I want the IMS block figured out ASAP.

Secondly, have we confirmed Symphony and IMS are the same company? I need the block on Symphony too ASAP

Very Important

Thanks

**Akeel Mithani**
Office ████████

**From:** Lisa Schlesinger
**Sent:** Friday, August 25, 2017 3:12 PM
**To:** Akeel Mithani ◄ ██████████ ►
**Cc:** Scott Breakstone ◄ ██████████ ►
**Subject:** FW: QuintilesIMS | Turing Support Discussion

Akeel,
Is this the data you currently are finding?
Notice the NDC other products  still out there.
Attached below are the companies associated with the NDC.

| NDC | Trade Name | Labeler Name |
|-----|------------|--------------|
| 52054-0330 | DARAPRIM | Amedra Pharmaceuticals LLC |
| 00173-0201 | DARAPRIM | GlaxoSmithKline LLC |
| 00179-0090 | DARAPRIM | KAISER FOUNDATION HOSPITALS |
| 52125-0003 | DARAPRIM | REMEDYREPACK INC. |
| 69413-0330 | Daraprim | Turing Pharmaceuticals LLC |

**Lisa Schlesinger**
Mobile ████████

**From:** Amish Puri [ ██████████ ]
**Sent:** Friday, August 25, 2017 2:16 PM
**To:** Lisa Schlesinger ◄ ██████████ ►
**Subject:** RE: QuintilesIMS | Turing Support Discussion

Hi Lisa,

CONFIDENTIAL

Yes we looked at a few years. Here is a report by month for reference by NDC.

Thanks,
Amish


Amish Puri
Account Director, US
Pre-Commercial/Emerging Pharma

QuintilesIMS˙

100 IMS Drive
Parsippany, NJ 07054

Mobile: ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮
www.quintilesims.com

**From:** Lisa Schlesinger ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, August 25, 2017 2:12 PM
**To:** Amish Puri < ▮▮▮▮▮▮▮▮▮▮ >
**Subject:** Re: QuintilesIMS | Turing Support Discussion

When you presented to us the last block was a few
Years back I believe?
Lisa

Sent from my iPhone

On Aug 25, 2017, at 2:07 PM, Amish Puri < ▮▮▮▮▮▮▮▮▮▮ > wrote:

Hi Lisa,

Correct, Walgreens has not provided us any notification that they are blocking Daraprim so it should be part of the reporting. That said, it would still be a good idea to check with them in case they are blocking and did not notify us.

Thanks,
Amish


Amish Puri
Account Director, US
Pre-Commercial/Emerging Pharma

<image001.jpg>

100 IMS Drive
Parsippany, NJ 07054

Mobile: ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮
www.quintilesims.com

**From:** Lisa Schlesinger [ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ]
**Sent:** Friday, August 25, 2017 12:16 PM
**To:** Amish Puri < ▮▮▮▮▮▮▮▮▮▮ >
**Subject:** RE: QuintilesIMS | Turing Support Discussion

FTC-Vyera00117384

GX1101-002

Hi Amish,

Can you confirm you have the Walgreens Specialty data for Daraprim?
Also I recall there wasn't a block on the Daraprim data?

Could you please confirm?

Thank you,

**Lisa Schlesinger**
**Mobile** ▮▮▮▮▮▮▮▮

**From:** Amish Puri ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, August 9, 2017 2:32 PM
**To:** Heather Preston ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >; Scott Breakstone
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >; Lisa Schlesinger ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Subject:** RE: QuintilesIMS | Turing Support Discussion

Hello Scott and Lisa,

Hope you are both doing well today and thank you again for your time yesterday. Per our discussion, please find attached the following:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I will follow up in the next few days on FIA pricing and how we can leverage the existing credit situation.

Thanks!
Amish

| | | |
|---|---|---|
| Michael | Smith | ▮▮▮▮▮▮▮▮▮ |
| Patrick | Crutcher | ▮▮▮▮▮▮▮▮ |
| Edwin | Urrutia | ▮▮▮▮▮▮▮▮ |
| Christopher | Lau | ▮▮▮▮▮▮▮ |

Amish Puri
Account Director, US
Pre-Commercial/Emerging Pharma

▮ <image003.jpg>

100 IMS Drive
Parsippany, NJ 07054

Mobile: ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮

CONFIDENTIAL

www.quintilesims.com

-----Original Appointment-----
**From:** Heather Preston
**Sent:** Tuesday, July 25, 2017 1:56 PM
**To:** Heather Preston; Scott Breakstone; Lisa Schlesinger; Mitch DeKoven; Amish Puri
**Subject:** QuintilesIMS | Turing Support Discussion
**When:** Tuesday, August 08, 2017 11:00 AM-1:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 600 Third Ave, NYC | 10th Floor (between 39th and 40th streets) | Dial-In Below

All –

For anyone joining via conference call, please reference the below credentials:

Dial-In: ▇▇▇▇▇▇
Access Code: ▇▇▇▇

Thanks!
Heather

********************* IMPORTANT--PLEASE READ ************************ This electronic message, including its attachments, is CONFIDENTIAL and may contain PROPRIETARY or LEGALLY PRIVILEGED or PROTECTED information and is intended for the authorized recipient of the sender. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of this message or any of the information included in it is unauthorized and strictly prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and permanently delete this message and its attachments, along with any copies thereof, from all locations received (e.g., computer, mobile device, etc.). Thank you.
*********************************************************************

NOTICE: This e-mail message (including any attachments) is a private communication and may contain confidential, privileged or proprietary information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.
********************* IMPORTANT--PLEASE READ ************************ This electronic message, including its attachments, is CONFIDENTIAL and may contain PROPRIETARY or LEGALLY PRIVILEGED or PROTECTED information and is intended for the authorized recipient of the sender. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of this message or any of the information included in it is unauthorized and strictly prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and permanently delete this message and its attachments, along with any copies thereof, from all locations received (e.g., computer, mobile device, etc.). Thank you.
*********************************************************************

NOTICE: This e-mail message (including any attachments) is a private communication and may contain confidential, privileged or proprietary information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.
********************* IMPORTANT--PLEASE READ ************************ This electronic message, including its attachments, is CONFIDENTIAL and may contain PROPRIETARY or LEGALLY PRIVILEGED or PROTECTED

CONFIDENTIAL

FTC-Vyera00117386

GX1101-004

information and is intended for the authorized recipient of the sender. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of this message or any of the information included in it is unauthorized and strictly prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and permanently delete this message and its attachments, along with any copies thereof, from all locations received (e.g., computer, mobile device, etc.). Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL

FTC-Vyera00117387

GX1101-005