# Exhibit G

# In the Matter of:

## Turing Pharmaceuticals & Impax Laboratories

*September 12, 2019*
*Anne Kirby*

**Condensed Transcript with Word Index**

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FEDERAL TRADE COMMISSION

TURING PHARMACEUTICALS, )
a corporation, )
and ) Matter No.
IMPAX LABORATORIES, ) 1610001
a corporation. )
--------------------------------)

Thursday, September 12, 2019

Room 7104
Federal Trade Commission
400-7th Street, S.W.
Washington, D.C. 20020

The above-entitled matter came on for investigational hearing, pursuant to notice, at 9:00 a.m.

APPEARANCES:

ON BEHALF OF THE FEDERAL TRADE COMMISSION:
D. PATRICK HUYETT, ESQ.
LAUREN K. PEAY, ESQ.
Federal Trade Commission - Health Care Division
400-7th Street, N.W.
Washington, D.C. 20024
(202) 326-3209
dhuyett@ftc.gov

ON BEHALF OF VYERA:
MICHAEL L. WEINER, ESQ.
SAM STELK, ESQ.
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-6797
(212) 698-3500
michael.weiner@dechert.com

ALSO PRESENT:
Anusha Sunkara, FTC Law Clerk
James Fang, Vyera General Counsel

I N D E X

| WITNESS: | EXAMINATION: |
|---|---|
| ANNE KIRBY | |
| BY MR. HUYETT | 5 |
| BY MR. WEINER | 267 |

| EXHIBITS REFERENCED | PAGE |
|---|---|
| GX 1022 | 7 |
| GX 1023 | 243 |
| GX 1024 | 208 |
| GX 1025 | 144 |
| GX 1026 | 159 |
| GX 1027 | 223 |
| GX 1028 | 239 |
| GX 1029 | 218 |
| GX 1031 | 196 |
| GX 1032 | 225 |
| GX 1033 | 150 |
| GX 1034 | 169 |
| GX 1035 | 163 |
| GX 1036 | 174 |
| GX 1037 | 137 |
| GX 1038 | 133 |

| EXHIBITS REFERENCED | PAGE |
|---|---|
| GX 1042 | 186 |
| GX 1043 | 171 |
| GX 1045 | 140 |
| GX 1046 | 244 |
| GX 1047 | 248 |
| GX 1048 | 182 |
| GX 1050 | 255 |

217

[redacted]

219

[redacted]

**Q. Who is Akeel Mithani?**
A. Akeel Mithani is executive director and head of business development.
**Q. Is that his current role?**
A. Yes.
**Q. Has that always been his role?**
A. He started at the company as executive director. The head of business development might have been added later on just to more accurately capture his role.
**Q. What does he do in that role from your understanding?**
A. Akeel's role is largely -- he sits on the leadership team, and then he looks for new product opportunities for Vyera, such as licensing deals, assets that we might want to purchase to distribute.

218

the drug.

[redacted]

220

**Q. Is he involved with the distribution of Daraprim?**
A. Ah, just as it pertains to being a part of the leadership team.
**Q. What does that mean?**
A. He's on the senior leadership team, so anything that would be, you know, discussed between the leadership team, he would be a part of.
**Q. What was Mr. Mulleady's role at Vyera at this time?**
A. I believe it was also executive director.
**Q. What was Mr. Mulleady responsible for, as you understand it?**
A. Mr. Mulleady, like Mr. Mithani, was on the leadership team. We did not have a CEO at the time, so he was guiding and leading the company.
**Q. What was Mr. Emmens' role at this time?**
A. Scott Emmens -- I'm not sure based on that date. He was either head of sales or chief commercial officer.

[redacted]



221

**Q. What does "par level" mean?**

A. "Par level," that's a distributor term for a level -- just a level, like a size of an order.

223

222

224

**Q. What was Mr. Mulleady's position at this time?**
A. Executive director.
**Q. And in that position, he was effectively leading Vyera?**
A. My perception was that, yes, that Akeel and Kevin were running the company.

**Q. I am going to show you a document that's been marked as GX 1032, and I'll read what GX 1032 appears to be. The bottom email, which is the email I'm going to focus on, appears to be a September 11th, 2018,**

**email from Anne Kirby to Marco Polizzi, Chris Lau, and Curtis Fisher. It begins with the Bates number FTC-Vyera00214640 and ends with the Bates number FTC-Vyera00214641.**
**Does GX 1032 look familiar to you?**
A. Yes.
**Q. What is it?**

**Q. Who is Marco Polizzi?**
A. Marco Polizzi is the CEO of an affiliate company of Vyera Pharmaceuticals called Oakrum.
**Q. What does Oakrum do?**
A. Oakrum manufactures generic products.
**Q. Does Oakrum currently manufacture any generic products?**
A. They currently own a few products, but they are not FDA-approved yet.
**Q. Who is Chris Lau?**
A. Chris Lau is our director of analytics.
**Q. What does he do in that position?**
A. He is in receipt of all of the distribution data that we spoke about earlier. He does incentive

compensation for the sales team. He determines territories for the sales team.
**Q. Who is Curtis Fisher?**
A. Curtis Fisher is our head of marketing and sales.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**historical trends?**

[redacted]

[redacted]

[redacted]

**Q. I am just going to show you a document marked GX 1028. GX 1028 appears to be an April 4th, 2018, email exchange between Anne Kirby and Akeel Mithani. It has the Bates number FTC-Vyera00102763.**

**Does this email exchange look familiar to you?**

A. Yes.

**Q. Okay. What is it?**

A. This is an email regarding a purchase from a specialty pharmacy of Daraprim.

[redacted]

**Q. What is a -- KAM is key account manager?**

A. Yes.

[redacted]





253

255

254

**Q. Do you send emails from this email address?**
A. I don't believe I've ever sent an email from it.
**Q. Are you aware of anyone else at Vyera sending emails from this email address?**
A. From akirby or from --
**Q. Sorry.**
**Are you aware of anyone else at Vyera sending emails from their own vescapegroup.com email address?**
A. I'm not sure of all the instances. I believe that Pat Merino has used it on occasion when he's -- when he was supporting Oakrum.
**Q. Anyone else you can think of?**
A. No. I think sometimes I notice it because somebody's accidentally grabbed the wrong one, but I can't even tell you whose name.
**Q. Do you know why people at Vyera would continue to use these email addresses after the decision was made not to separate these two functions?**
A. I can't think of a reason why they would except for just accidentally.

256

                                                                  **Q. And Mr. Merino reports to you, correct?**
A. That's correct.

**Q. And which members of the senior leadership team?**
A. Nick Pelliccione, Akeel Mithani, Kevin Mulleady at the time he was employed, and now Averill Powers.
**Q. You're referring to Mr. Mulleady when you say "at the time he was employed"?**
A. Yeah. So based on this date, he would not have been.
**Q. But Mr. Powers would have been?**
A. Yes. Ah, yes.
**Q. What does Mr. Powers do at Vyera?**

A. Mr. Powers is our general counsel and chief strategy officer.
**Q. What's your understanding of his responsibilities?**
A. He's a leader in the organization from a business strategy standpoint, making big decisions for the company, like products to invest in and kind of the direction of the company, as well as general counsel.
**Q. So he makes big strategic decisions for the company?**
A. Yes.
**Q. And he's also general counsel?**
A. Yes.
**Q. Do you know why Vyera does not have a chief executive officer right now?**
A. Not specifically. My understanding is that we have a chief executive officer of our parent company, and then at the Vyera level, we have executive leadership in certain functional areas, and we -- my understanding is that the company didn't feel the need for that additional head count.
**Q. Did you agree -- strike that.**
**Did you volunteer to leave the CEO position that you were in?**
A. It was a mutual decision, I would say.

**Q. Who was involved?**
A. It was myself, Averill, Akeel, and Jim McLaughlin, who is our head of HR.
**Q. Who first proposed a different position for you? Strike that.**
**Who first proposed you leaving the CEO position?**
A. If recollection serves, it was me. It was very mutual in nature, but I believe it was my suggestion.
**Q. Remind me why you made that suggestion.**

**Q. You recently mentioned a company called Oakrum. Is that right? What is Oakrum again?**
A. Oakrum is an affiliate company of Vyera's. The focus of Oakrum Pharmaceuticals is on manufacturing generic medications.

