```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
FEDERAL TRADE COMMISSION, STATE OF NEW :    20cv00706 (DLC)
YORK, STATE OF CALIFORNIA, STATE OF   :
OHIO, COMMONWEALTH OF PENNSYLVANIA,   :     ORDER
STATE OF ILLINOIS, STATE OF NORTH     :
CAROLINA, and COMMONWEALTH OF         :
VIRGINIA,                             :
                                      :
                    Plaintiffs,       :
                                      :
           -v-                        :
                                      :
VYERA PHARMACEUTICALS, LLC, AND       :
PHOENIXUS AG, MARTIN SHKRELI,         :
individually, as an owner and former  :
director of Phoenixus AG and a former :
executive of Vyera Pharmaceuticals,   :
LLC, and KEVIN MULLEADY, individually,:
as an owner and former director of    :
Phoenixus AG and a former executive of:
Vyera Pharmaceuticals, LLC,           :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letters of May 17 seeking sanctions against the corporate defendants and Martin Shkreli, it is hereby

ORDERED that the defendants may submit response letters by **May 21, 2021 at noon.**

Dated:    New York, New York
          May 18, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge