# Exhibit B

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 1:20-cv-00706-DLC

5  ------------------------------x

6  FEDERAL TRADE COMMISSION;
   STATE OF NEW YORK; STATE OF
7  CALIFORNIA;· STATE OF ILLINOIS;
   STATE OF NORTH CAROLINA;
8  STATE OF OHIO; COMMONWEALTH
   OF PENNSYLVANIA;· And
9  COMMONWEALTH· OF VIRGINIA,
                        Plaintiffs,
10          v.
   VYERA PHARMACEUTICALS,· LLC;
11 PHOENIXUS· AG; MARTIN SHKRELI,
   Individually, as an owner and
12 former officer of Vyera Pharmaceuticals, LLC
   and Phoenixus AG (formerly
13 known as Turing Pharmaceuticals, LLC
   and Turing Pharmaceuticals AG);
14 and· KEVIN MULLEADY, individually,
   as an owner and director of
15 Phoenixus AG and a former
   Executive of Vyera Pharmaceuticals, LLC,
16                      Defendants.

17 ------------------------------x

18

19        REMOTE DEPOSITION OF MARTIN SHKRELI

20                    VOLUME II

21               January 28, 2021

22

23

24 Reported by:
   MARY F. BOWMAN, RPR, CRR
25 JOB NO. 188174

Page 215

```
 1
 2
 3
 4
 5                      January 28, 2021
 6                      9:00 a.m.
 7
 8
 9          Remote deposition of MARTIN
10   SHKRELI, held before Mary F. Bowman, a
11   Registered Professional Reporter, Certified
12   Realtime Reporter, and Notary Public of the
13   State of New Jersey.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 216

```
 1
 2          APPEARANCES: (BY VIDEOCONFERENCE)
 3
 4   FEDERAL TRADE COMMISSION
 5   Attorneys for Plaintiffs
 6        600 Pennsylvania Avenue Northwest
 7        Washington, DC 20580
 8   BY:  MARKUS MEIER, ESQ.
 9        NICHOLAS PERLMAN
10
11   MORGAN LEWIS & BOCKIUS
12   Attorneys for Defendant Vyera Pharmaceuticals
13   and Phoenixus AG
14        1701 Market Street
15        Philadelphia, PA 19103
16   BY:  STEVEN REED, ESQ.
17
18   DUANE MORRIS
19   Attorneys for Defendant Shkreli
20        30 South 17th Street
21        Philadelphia, PA 19103
22   BY:  CHRISTOPHER CASEY, ESQ.
23        A.J. RUDOWITZ, ESQ.
24
25
```

Page 217

```
 1
 2          APPEARANCES: (BY VIDEOCONFERENCE)
 3
 4   KASOWITZ BENSON TORRES
 5   Attorneys for Defendant, Mulleady
 6        1633 Broadway
 7        New York, NY 10019
 8   BY:  ALBERT SHEMMY MISHAAN, ESQ.
 9        DAVID ERMANN, ESQ.
10
11
12   Also Present:
13        Amy McFarlane, NYS AG Office
14        Jeremy Kasha NY AG Office
15        Kip Sturgis, NC AG Office
16        Michael Battaglia, CA AG Office
17        Liz Maag, OH AG Office
18        Carlos Lopez, Videographer
19
20
21
22
23
24
25
```

Page 218

```
 1
 2
 3
 4          IT IS HEREBY STIPULATED AND
 5   AGREED, by and between the attorneys
 6   for the respective parties herein, that
 7   filing and sealing be and the same are
 8   hereby waived.
 9          IT IS FURTHER STIPULATED AND
10   AGREED that all objections, except as
11   to the form of the question, shall be
12   reserved to the time of the trial.
13
14          IT IS FURTHER STIPULATED AND
15   AGREED that the within deposition may
16   be sworn to and signed before any
17   officer authorized to administer an
18   oath, with the same force and effect as
19   if signed and sworn to before the
20   Court.
21
22
23
24
25
```

Page 367

```
1                    M. Shkreli
2           MR. CASEY:  Objection to the
3      form.
4      A.    It's a good question.  I actually
5  would leave it somewhere very often.  I
6  would just kind of leave it on a desk,
7  either turned on or turned off.  But I
8  never really used it.  I used my 646 number
9  that served as my cell phone for a long
10 time.
11     Q.    Was there -- why would you
12 sometimes use your corporate phone?  What
13 would -- I mean, what would cause you to
14 use your 646 number versus your corporate
15 phone?
16          MR. REED:  Objection, form.
17          MR. CASEY:  Objection --
18     A.    I think -- sorry, guys.
19          I think it's just habit, you
20 know, you are used to a phone you like.  I
21 don't think I ever really made phone calls
22 on the corporate phone almost ever.  It's
23 funny because I think they are same
24 identical almost iPhone.
25          One, if I recall correctly, was
```

Page 368

```
1                    M. Shkreli
2  my T-mobile phone, which again I liked, and
3  the other was the Verizon connected
4  corporate phone.
5           But if you text message somebody
6  from the Verizon phone, they are going to
7  get a new number and they don't know it's
8  me.  So why would I ever use it?  You know
9  what I mean?  Everybody knows my phone.
10     Q.    I know exactly what you mean
11 because I do exactly the same thing.  I
12 have two separate phones and they are both
13 iPhones.
14          Do you recall whether you ever
15 sent text messages with your corporate
16 phone?
17          MR. CASEY:  Objection to the
18      form.
19     A.    Sitting here today, I can tell
20 you that I probably sent thousands and
21 thousands of text messages on the 646
22 phone, but I'd be shocked if I sent more
23 than a handful of messages on the corporate
24 phone.
25     Q.    We talked about handful
```

Page 369

```
1                    M. Shkreli
2  yesterday.  Is a handful -- what is a
3  handful?
4      A.    Less than ten.
5      Q.    I'm sorry, less that what?
6      A.    Ten.  Two handfuls.
7      Q.    OK.  Do you ever remember sending
8  any e-mails from your corporate phone?
9      A.    Well, if you send an e-mail from
10 your corporate phone, it would still come
11 from the e-mail server, right, that that
12 phone is connected to.
13          I kind of think of those things
14 independently.  For instance, you send an
15 e-mail from an e-mail address, but I don't
16 think I ever used my corporate phone to
17 really send any e-mails, no.
18     Q.    What ended up happening with your
19 corporate phone when you left Turing?
20          MR. CASEY:  Objection to the
21      form.
22     A.    I really don't know.  I would
23 just say that phone is really not that
24 important.  I never did anything with it of
25 any sort that you would find interesting.
```

Page 370

```
1                    M. Shkreli
2      Q.    OK.  You would be surprised what
3  I find interesting.
4      A.    You are more than welcome to try
5  to find out.  I, you know, all the action
6  of my life is on that 646 phone.
```