# Exhibit F

# In the Matter of:

## Turing Pharmaceuticals & Impax Laboratories

*September 26, 2019*
*Akeel Mithani*

**Condensed Transcript with Word Index**

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FEDERAL TRADE COMMISSION

```
TURING PHARMACEUTICALS,           )
         a corporation,           )
     and                          ) Matter No.
IMPAX LABORATORIES,               ) 161-0001
         a corporation.           )
----------------------------------)
```

Thursday, September 26, 2019

Room 7104
Federal Trade Commission
400 7th Street, S.W.
Washington, D.C. 20024

The above-entitled matter came on for investigational hearing, pursuant to notice, at 9:00 a.m., for the testimony of:

AKEEL MITHANI

APPEARANCES:

ON BEHALF OF THE FEDERAL TRADE COMMISSION:
NEAL PERLMAN, ESQ.
DANIEL BUTRYMOWICZ, ESQ.
Federal Trade Commission
600 Pennsylvania Avenue, Northwest
Washington, D.C. 20580
(202) 326-3692
nperlman@ftc.gov

ON BEHALF OF VYERA PHARMACEUTICALS AND THE WITNESS:
MICHAEL WEINER, ESQ.
SAMUEL W. STELK, ESQ.
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-6797
(212) 698-3608
michael.weiner@dechert.com

APPEARANCES (continued):

ALSO PRESENT: Jimmy Fang, Esq. - Deputy General Counsel Vyera
Anusha Sunkara, FTC Law Clerk
Arindam Ghosh, Ph.D. - FTC Economist

I N D E X

| EXAMINATION | PAGE |
|---|---|
| Akeel Mithani | |
| By Mr. Perlman . . . . . . . . . . . . . | 7 |
| By Mr. Weiner. . . . . . . . . . . . . . | 231 |

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| GX1016 | Board meeting minutes, Bates stamped . . . FTX-Vyera00660112 to FTC-Vyera00660124 | 58 |
| GX3000 | E-mail with attachments, Bates stamped . . FTC-FERA-00001472 to FTC-FERA-00001490 | 94 |
| GX1110 | E-mail with attachemnet, Bates stamped . . FTC-Vyera00224587 to FTC-Vyera00224588 | 114 |
| GX1101 | E-mail chain, Bates stamped . . . . . . . FTC-Vyera-117383 to FTC-Vyera-117387 | 118 |
| GX1109 | E-mail chain, Bates stamped . . . . . . . FTC-Vyera000162272 to FTC-Vyera000162274 | 135 |
| GX1107 | E-mail chain, Bates stamped . . . . . . . FTC-Vyera00120007 to FTC-Vyera 00120009 | 146 |
| GX1113 | E-mail chain, Bates stamped . . . . . . . FTC-Vyera00516596 to FTC-Vyera00516597 | 150 |
| GX1112 | E-mail chain, Bates stamped . . . . . . . FTC-Vyera00516585 to FTC-Vyera00516588 | 159 |

                                                                A Yes.
**Q Did you communicate with Mr. Shkreli before he was incarcerated?**
A Yes.
**Q How often?**
A I can't tell you. Maybe once a week.
**Q How did you communicate with him?**
A Cell phone or in-person meetings.
**Q Texting?**
A In-person meetings.
**Q Texting?**
A No.
**Q No?**
A It was largely just calling.
**Q Calling on the cell phone?**
A Or in-person meetings.
MR. WEINER: What period of time are you talking about?
THE WITNESS: Before incarceration.
MR. WEINER: And after? We talked about earlier before when you were at the company you were --
MR. PERLMAN: Sure. I can clarify, yeah, sure.
BY MR. PERLMAN:

**Q So I'm talking about the time from when you started at Vyera until he was incarcerated. We're clear?**
A Yeah.
**Q So you talked to him once a week after you joined --**
A Yeah, sounds about right.
**Q -- until he -- Okay.**
**And you talked to him by phone?**
A Yeah.
**Q And you talked to him in person?**
A Yeah.
**Q Where would you meet him?**
A At a bar close by or at his apartment.
**Q Where is his apartment?**
A It was a block away from our office.
**Q Where is your office?**
A Thirty-ninth and Third.
**Q Other than the phone calls and in-person meetings, did you communicate with Mr. Shkreli in any other way after you joined Vyera, before he was incarcerated?**
A Sure. I'm sure there were e-mails or texts, but I don't recall specific ones.
**Q Did you e-mail him from your personal**

**e-mail?**
A Sure.
**Q Did you e-mail him from your personal e-mail about Vyera-related business?**
A Maybe.
**Q During that time period are you aware whether anyone else from Vyera communicated with Mr. Shkreli?**
A I would assume Kevin did, but I think that would be it.
**Q No one else?**
A I'm sure there were people, but I don't want to speak on their behalf.
**Q Are you aware whether other people communicated with Mr. Shkreli?**
A I'm not aware.
**Q After Mr. Shkreli was incarcerated, did you communicate with him at all?**
A Yeah.
**Q How often?**
A It depends. It would sometimes be once a week, sometimes once a month, sometimes once every two months.
**Q How would you communicate with Mr. Shkreli after he was incarcerated?**

A CorrLinks, calls.
**Q What was the first thing?**
A CorrLinks. It's an inmate messaging sort of e-mail service.
**Q What would you discuss?**
A From everything from rap music largely to how he's doing, and he would sometimes forward BD ideas and stock ideas.
**Q Would you act on those BD ideas?**
A I didn't really think very highly of his BD ideas because the company didn't have that much money to do the ideas that he was talking about.
**Q Did Vyera ever act on any of his BD ideas?**
A Yeah, we looked at it. Nothing came substantial of it.
**Q So other than the CorrLinks, how else did you communicate with Mr. Shkreli in prison, if at all?**
A He would call me.
**Q Call you using what phone?**
A The prison phone.
**Q What's your cell phone number?**
A Cell phone number is [redacted] [redacted]
**Q I think you're missing a digit?**

```
                                          81                                                   83
 1    A  [redacted]                              1    A   I don't recall, but maybe some Journal
 2    Q  [redacted] I apologize.                 2   articles that he had asked for, our books.
 3       Did you ever talk to him via any other  3    Q   How many times did you ask people to mail
 4   means?                                      4   things to Mr. Shkreli?
                                                 5    A   It can't be more than a couple of times.
       [redacted]                                6   Again, it's largely just books or one article that
                                                 7   he's curious about, not...
                                                 8    Q   Who did you ask to mail to Mr. Shkreli?
                                                 9    A   Dan Fennessey.
                                                10    Q   How about Maureen Lohry?
                                                11    A   I don't know if the request was -- I know
                                                12   she would send mail, but I don't know if the request
                                                13   of X article was through me.
                                                14    Q   So Ms. Lohry might have been in contact
                                                15   with Mr. Shkreli?
                                                16    A   Sure.
                                                17    Q   During the period after you became a board
                                                18   member of Vyera but before Mr. Shkreli was
                                                19   incarcerated, did you discuss anything related to
                                                20   Daraprim with Mr. Shkreli?
                                                21    A   Before being a board member?
                                                22    Q   Sorry.  After being a board member, before
                                                23   he's incarcerated, did you -- let me just rephrase
                                                24   the question.
                                                25       Before you became a board member -- let me

                                          82                                                   84
                                                 1   rephrase.
       [redacted]                                2       After you became a board member but before
                                                 3   Mr. Shkreli was incarcerated, did you discuss
                                                 4   anything related to Daraprim with Mr. Shkreli?
                                                 5    A   Yeah, sure.  He's a shareholder.
                                                 6    Q   Did you discuss anything related to
 7    Q  Have you produced those What'sApp messages  7   Daraprim with any other shareholders?
 8   to your counsel for us to review?           8    A   Yeah.
 9    A  I gave him my phone.                    9    Q   Which ones?
10    Q  Did you ever visit Mr. Shkreli in prison?  10    A   Anyone that would call up.
11    A  I did.                                 11    Q   Who called up?
12    Q  How many times?                        12    A   David Chan called up, Opal Eye called up.
13    A  Once while he was at MDC, which I'm not 13   Armistice called up.
14   sure if it was before the sentencing or not. 14       (Reporter requests clarification)
15    Q  What did you discuss in that meeting?  15       THE WITNESS:  Sure.  David Chan, Steve
16    A  I don't recall much.                   16   Bohad, Opal Eye.  That's the few I can remember off
17    Q  Have you ever mailed anything to       17   the top of my head.
18   Mr. Shkreli?                               18   BY MR. PERLMAN:
19    A  I have not.                            19    Q   What did you discuss with Mr. Shkreli
20    Q  Have you ever asked anybody to mail any --  20   related to Daraprim during that time period we are
21    A  I can't --                             21   talking about?
22    Q  Let me finish.                         22    A   I can't recall off the top of my head.
23    A  Yeah.                                  23    Q   Did Mr. Shkreli ever direct you to say
24    Q  Have you ever asked anybody to mail    24   anything to any of your business partners?
25   anything to Mr. Shkreli?                   25    A   Sure.  He was helping out with BD at the
```



Mithani
Turing Pharmaceuticals & Impax Laboratories 9/26/2019

85

time.
Q What did he say?
A I don't recall.
Q After Mr. Shkreli went to prison, did he communicate with you about Daraprim?
A Yeah.
Q What did he say?
A I don't recall, but it's normal shareholder -- just because he's incarcerated doesn't stop him from being a normal shareholder.
Q Did Mr. Shkreli provide you any advice related to Daraprim?
A I can't recall any.

87

86

88

22 (Pages 85 to 88)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

                                                                    213

[redacted]

215

Q **Which friends?**
A Maureen Lohry when she was still around.
Q **Who else?**
A Dan Fennessy when he was still around.
Q **Who else?**
A I can't think of any others offhand.
Q **Who were the lawyers that you communicated with?**
A I feel like it changed over time, but lawyers I spoke with, I think the firm is Edward King.
Q **Edward King?**
A Yeah.
Q **Did you communicate with Benjamin Brafman on behalf of Mr. Shkreli?**
A I communicated with one of the associate, Andrea at Brafman Associates, not him, Brafman himself.
Q **What's Andrea's last name?**
A Zellan.
Q **What was your the nature of your communication with Ms. Zellan?**
MR. WEINER: I need to -- was Ms. Zellan ever a lawyer for you or the company?
THE WITNESS: No.

214

[redacted]

216

MR. WEINER: Okay.
[redacted]