# Exhibit A

# In the Matter of:

# Turing Pharmaceuticals & Impax Laboratories

*September 26, 2019*
*Akeel Mithani*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Page 1

```
 1               FEDERAL TRADE COMMISSION
 2
 3   TURING PHARMACEUTICALS,       )
 4        a corporation,           )
 5        and                      )  Matter No.
 6   IMPAX LABORATORIES,           )  161-0001
 7        a corporation.           )
 8   -------------------------------)
 9
10              Thursday, September 26, 2019
11
12              Room 7104
13              Federal Trade Commission
14              400 7th Street, S.W.
15              Washington, D.C.  20024
16
17       The above-entitled matter came on for
18   investigational hearing, pursuant to notice, at
19   9:00 a.m., for the testimony of:
20
21
22              AKEEL MITHANI
23
24
25
```

Page 2

```
 1   APPEARANCES:
 2       ON BEHALF OF THE FEDERAL TRADE COMMISSION:
 3           NEAL PERLMAN, ESQ.
 4           DANIEL BUTRYMOWICZ, ESQ.
 5           Federal Trade Commission
 6           600 Pennsylvania Avenue, Northwest
 7           Washington, D.C.  20580
 8           (202) 326-3692
 9           nperlman@ftc.gov
10       ON BEHALF OF VYERA PHARMACEUTICALS
11       AND THE WITNESS:
12           MICHAEL WEINER, ESQ.
13           SAMUEL W. STELK, ESQ.
14           Dechert LLP
15           1095 Avenue of the Americas
16           New York, New York  10036-6797
17           (212) 698-3608
18           michael.weiner@dechert.com
```

Page 3

```
 1   APPEARANCES (continued):
 2   ALSO PRESENT:  Jimmy Fang, Esq. - Deputy General
 3                  Counsel Vyera
 4                  Anusha Sunkara, FTC Law Clerk
 5                  Arindam Ghosh, Ph.D. - FTC Economist
```

Page 4

```
 1                    I N D E X
 2   EXAMINATION                                  PAGE
 3   Akeel Mithani
 4        By Mr. Perlman . . . . . . . . . . . . . .7
 5        By Mr. Weiner. . . . . . . . . . . . . . 231
 6
 7
 8
 9   EXHIBIT       DESCRIPTION                    PAGE
10   GX1016  Board meeting minutes, Bates stamped . . . 58
11       FTX-Vyera00660112 to FTC-Vyera00660124
12   GX3000  E-mail with attachments, Bates stamped . . 94
13       FTC-FERA-00001472 to FTC-FERA-00001490
14   GX1110  E-mail with attachemnet, Bates stamped . .114
15       FTC-Vyera00224587 to FTC-Vyera00224588
16   GX1101  E-mail chain, Bates stamped  . . . . . . .118
17       FTC-Vyera-117383 to FTC-Vyera-117387
18   GX1109  E-mail chain, Bates stamped  . . . . . . .135
19       FTC-Vyera000162272 to FTC-Vyera000162274
20   GX1107  E-mail chain, Bates stamped  . . . . . . .146
21       FTC-Vyera00120007 to FTC-Vyera 00120009
22   GX1113  E-mail chain, Bates stamped  . . . . . . .150
23       FTC-Vyera00516596 to FTC-Vyera00516597
24   GX1112  E-mail chain, Bates stamped  . . . . . . .159
25       FTC-Vyera00516585 to FTC-Vyera00516588
```

Page 5

```
 1   GX1108  E-mail with attachment, Bates stamped ..166
 2           FTC-Vyera00126540 to FTC-Vyera00126583
 3   EXHIBIT       DESCRIPTION                   PAGE
 4   GX1102  E-mail chain, Bates stamped .......183
 5           FTC-Vyera00117405 to FTC-Vyera00117435
 6   GX4001  Letter dated January 19, 2018 from ....207
 7           Akeel Mithani to The Honorable Kiyo
 8           Matsumoto
 9   GX1104  E-mail chain Bates stamped ........213
10           FTC-Vyera00119270 to FTC-Vyera-00119271
```

Page 6

```
 1                P R O C E E D I N G S
 2                      - - - - -
 3           (The witness was duly sworn.)
 4           MR. PERLMAN:  Could we have counsel
 5   identify themselves for the record.
 6           MR. WEINER:  Sure.  This is Michael Weiner
 7   from Dechert LLP for Vyera and the witness.
 8           MR. STELK:  Samuel Stelk, also from
 9   Dechert, for Vyera and the witness.
10           MR. FANG:  James Fang, F-A-N-G, Deputy
11   General Counsel, Vyera.
12           MR. PERLMAN:  Ms. Sunkara, you can
13   introduce yourself.
14           MS. SUNKARA:  Anusha Sunkara, FTC Law
15   Clerk.
16           DR. GHOSH:  Arindam Ghosh, Economist with
17   the FTC.
18           MR. BUTRYMOWICZ:  Dan Butrymowicz, FTC.
19           MR. PERLMAN:  Neal Perlman Federal Trade
20   Commission.
21   Whereupon --
22                AKEEL MITHANI,
23       a witness, called for examination, having
24   been first duly sworn, testified as follows:
25                   EXAMINATION
```

Page 7

```
 1   BY MR. PERLMAN:
 2       Q   Mr. Mithani, could you state your full
 3   name for the record.
 4       A   Akeel Mithani.
 5       Q   So, Mr. Mithani, my name is Neal Perlman.
 6   I'm going to be asking you some questions today.
 7           Have you ever given sworn testimony
 8   before?
 9       A   I have not.
10       Q   So I'm going to go over some ground rules
11   just to make sure that this goes smoothly today.
12           So, first of all, the first rule is, if
13   you don't understand a question, just let me know,
14   and I'll try to rephrase it.  Sound good?
15       A   Yeah.
16       Q   The second ground rule is try to answer
17   audibly for the court reporter.  Nodding your head
18   or shaking your head or saying uh-huh or huh-uh,
19   it's hard for her to get it down.
20           Does that make sense?
21       A   It makes sense.
22       Q   So the third ground rule is before -- try
23   to wait until I finish my question before you
24   answer, and I'll try to wait until you finish your
25   answer, that way, again, she can get it down for the
```

Page 8

```
 1   record.
 2           Sound good?
 3       A   Yeah.
 4       Q   Did you do anything to prepare for your
 5   testimony today?
 6       A   We had a prep yesterday, but that's about
 7   it.
 8       Q   Did you talk with anyone other than your
 9   lawyers about your testimony today?
10       A   No.
11       Q   When you met with your lawyers, did you
12   review any documents?
13       A   Yes.
14       Q   How many?
15       A   Approximately 70.
16       Q   Seventy?
17       A   Yeah.
18       Q   So do you understand you're testifying
19   under oath today?
20       A   Yep.
21       Q   Is there anything that would prevent you
22   from providing truthful, complete testimony today?
23       A   No.
24       Q   Okay.  So one other thing I wanted to go
25   over with you before I start to make sure we are on
```

                                                                                    77
1    A    Yes.
2    Q    Did you communicate with Mr. Shkreli
3    before he was incarcerated?
4    A    Yes.
5    Q    How often?
6    A    I can't tell you.  Maybe once a week.
7    Q    How did you communicate with him?
8    A    Cell phone or in-person meetings.
9    Q    Texting?
10   A    In-person meetings.
11   Q    Texting?
12   A    No.
13   Q    No?
14   A    It was largely just calling.
15   Q    Calling on the cell phone?
16   A    Or in-person meetings.
17       MR. WEINER:  What period of time are you
18   talking about?
19       THE WITNESS:  Before incarceration.
20       MR. WEINER:  And after?  We talked about
21   earlier before when you were at the company you
22   were --
23       MR. PERLMAN:  Sure.  I can clarify, yeah,
24   sure.
25   BY MR. PERLMAN:

                                                                                    78
1    Q    So I'm talking about the time from when
2    you started at Vyera until he was incarcerated.
3    We're clear?
4    A    Yeah.
5    Q    So you talked to him once a week after you
6    joined --
7    A    Yeah, sounds about right.
8    Q    -- until he -- Okay.
9        And you talked to him by phone?
10   A    Yeah.
11   Q    And you talked to him in person?
12   A    Yeah.
13   Q    Where would you meet him?
14   A    At a bar close by or at his apartment.
15   Q    Where is his apartment?
16   A    It was a block away from our office.
17   Q    Where is your office?
18   A    Thirty-ninth and Third.
19   Q    Other than the phone calls and in-person
20   meetings, did you communicate with Mr. Shkreli in
21   any other way after you joined Vyera, before he was
22   incarcerated?
23   A    Sure.  I'm sure there were e-mails or
24   texts, but I don't recall specific ones.
25   Q    Did you e-mail him from your personal

                                                                                    79
1    e-mail?
2    A    Sure.
3    Q    Did you e-mail him from your personal
4    e-mail about Vyera-related business?
5    A    Maybe.
6    Q    During that time period are you aware
7    whether anyone else from Vyera communicated with
8    Mr. Shkreli?
9    A    I would assume Kevin did, but I think that
10   would be it.
11   Q    No one else?
12   A    I'm sure there were people, but I don't
13   want to speak on their behalf.
14   Q    Are you aware whether other people
15   communicated with Mr. Shkreli?
16   A    I'm not aware.
17   Q    After Mr. Shkreli was incarcerated, did
18   you communicate with him at all?
19   A    Yeah.
20   Q    How often?
21   A    It depends.  It would sometimes be once a
22   week, sometimes once a month, sometimes once every
23   two months.
24   Q    How would you communicate with Mr. Shkreli
25   after he was incarcerated?

                                                                                    80
1    A    CorrLinks, calls.
2    Q    What was the first thing?
3    A    CorrLinks.  It's an inmate messaging sort
4    of e-mail service.
5    Q    What would you discuss?
6    A    From everything from rap music largely to
7    how he's doing, and he would sometimes forward BD
8    ideas and stock ideas.
9    Q    Would you act on those BD ideas?
10   A    I didn't really think very highly of his
11   BD ideas because the company didn't have that much
12   money to do the ideas that he was talking about.
13   Q    Did Vyera ever act on any of his BD ideas?
14   A    Yeah, we looked at it.  Nothing came
15   substantial of it.
16   Q    So other than the CorrLinks, how else did
17   you communicate with Mr. Shkreli in prison, if at
18   all?
19   A    He would call me.
20   Q    Call you using what phone?
21   A    The prison phone.
22   Q    What's your cell phone number?
23   A    Cell phone number is ▆▆▆▆▆▆▆.
24   ▆▆▆▆.
25   Q    I think you're missing a digit?

```
                                              81                                                    83
 1    A   ■.                                         1       A   I don't recall, but maybe some Journal
 2    Q   Oh, ■. I heard ■. I apologize.             2   articles that he had asked for, our books.
 3        Did you ever talk to him via any other     3       Q   How many times did you ask people to mail
 4   means?                                          4   things to Mr. Shkreli?
                                                     5       A   It can't be more than a couple of times.
        [REDACTED]                                   6   Again, it's largely just books or one article that
                                                     7   he's curious about, not...
                                                     8       Q   Who did you ask to mail to Mr. Shkreli?
                                                     9       A   Dan Fennessey.
                                                    10       Q   How about Maureen Lohry?
                                                    11       A   I don't know if the request was -- I know
                                                    12   she would send mail, but I don't know if the request
                                                    13   of X article was through me.
                                                    14       Q   So Ms. Lohry might have been in contact
                                                    15   with Mr. Shkreli?
                                                    16       A   Sure.
                                                    17       Q   During the period after you became a board
                                                    18   member of Vyera but before Mr. Shkreli was
                                                    19   incarcerated, did you discuss anything related to
                                                    20   Daraprim with Mr. Shkreli?
                                                    21       A   Before being a board member?
                                                    22       Q   Sorry. After being a board member, before
                                                    23   he's incarcerated, did you -- let me just rephrase
                                                    24   the question.
                                                    25       Before you became a board member -- let me

                                              82                                                    84
                                                     1   rephrase.
        [REDACTED]                                   2       After you became a board member but before
                                                     3   Mr. Shkreli was incarcerated, did you discuss
                                                     4   anything related to Daraprim with Mr. Shkreli?
                                                     5       A   Yeah, sure. He's a shareholder.
                                                     6       Q   Did you discuss anything related to
 7    Q   Have you produced those What'sApp messages 7   Daraprim with any other shareholders?
 8   to your counsel for us to review?               8       A   Yeah.
 9    A   I gave him my phone.                       9       Q   Which ones?
10    Q   Did you ever visit Mr. Shkreli in prison? 10       A   Anyone that would call up.
11    A   I did.                                    11       Q   Who called up?
12    Q   How many times?                           12       A   David Chan called up, Opal Eye called up.
13    A   Once while he was at MDC, which I'm not   13   Armistice called up.
14   sure if it was before the sentencing or not.   14       (Reporter requests clarification)
15    Q   What did you discuss in that meeting?     15       THE WITNESS: Sure. David Chan, Steve
16    A   I don't recall much.                      16   Bohad, Opal Eye. That's the few I can remember off
17    Q   Have you ever mailed anything to          17   the top of my head.
18   Mr. Shkreli?                                   18   BY MR. PERLMAN:
19    A   I have not.                               19       Q   What did you discuss with Mr. Shkreli
20    Q   Have you ever asked anybody to mail any -- 20  related to Daraprim during that time period we are
21    A   I can't --                                21   talking about?
22    Q   Let me finish.                            22       A   I can't recall off the top of my head.
23    A   Yeah.                                     23       Q   Did Mr. Shkreli ever direct you to say
24    Q   Have you ever asked anybody to mail       24   anything to any of your business partners?
25   anything to Mr. Shkreli?                       25       A   Sure. He was helping out with BD at the
```

Page 85

```
 1   time.
 2       Q    What did he say?
 3       A    I don't recall.
 4       Q    After Mr. Shkreli went to prison, did he
 5   communicate with you about Daraprim?
 6       A    Yeah.
 7       Q    What did he say?
 8       A    I don't recall, but it's normal
 9   shareholder -- just because he's incarcerated
10   doesn't stop him from being a normal shareholder.
11       Q    Did Mr. Shkreli provide you any advice
12   related to Daraprim?
13       A    I can't recall any.
```

[Remainder of page 85, and pages 86, 87, 88 redacted]



125

9    Q  All right. You can set that document
10  aside.
11       MR. PERLMAN: We can go off the record.
12  (Luncheon recess taken -- 12:02 to 1:04 p.m.)
13  BY MR. PERLMAN:
14    Q  Welcome back, Mr. Mithani. Do you
15  understand that you are still under oath?

126

127

128

20    Q  What is a backup supplier?
21    A  A backup supplier is just in case your
22  main supplier has issues supplying.
23    Q  Backup supplier --
24    A  Backup supplier for your brand just in
25  case your main supplier has issues supplying



```
                                                              197
1       A   To track the -- to track the performance
2   of the company.
3       Q   Is it also to track where the Daraprim is
4   going?
5       A   The weekly reports I get, I don't think
6   they're detailed.  Again, I could be wrong.
7       Q   Have you spoken with Ms. Kirby about --
8   let me rephrase that.
```





### Page 209

1  A  Yes.
2  Q  If you go to the fourth paragraph down it
3  reads:
4      "Later that year, Martin afforded me the
5      opportunity to be considered as a Junior
6      Business Development Analyst even though
7      I sorely lacked the qualifications."
8      Do you see that?
9  A  Yes.
10 Q  Did you sorely lack the quantification to
11 be a Junior Business Analyst at Vyera?
12 A  In terms of science, yeah.
13 Q  In what way were you qualified?
14 A  I understood the financials, how
15 financials worked.
16 Q  Next it says:
17     "My interviews met with mixed results."
18     Do you see that?
19 A  Yes.
20 Q  What were the mixed results you were
21 referencing?
22 A  The BD department didn't want someone so
23 without any experience.
24 Q  Any experience in what?
25 A  Doing BD.

### Page 210

1  Q  "Despite opposition with the company.
2      Martin directly lobbied for my
3      employment."
4      It's the next sentence.  Do you see that?
5  A  Yes.
6  Q  Who did he lobby for your employment?
7  A  The BD department.
8  Q  But the BD department declined to bring
9  you on?
10 A  Yeah.
11 Q  Was Mr. Shkreli still CEO at this point?
12 A  Yes.
13 Q  The next sentence says:
14     "Currently, I am an Executive Director at
15     Vyera Pharmaceuticals (formerly Turing)"
16     Do you see that?
17 A  Yes
18 Q  To be clear, you were never a Junior
19 Business Development Analyst at Vyera?
20 A  No.
21 Q  You started as an Executive Director at
22 Vyera correct?
23 A  Board member, Executive Director, yeah.
24 Q  Despite the fact that the previous
25 Business Development Group did not think you were a

### Page 211

1  good candidate?
2  A  Back two years ago, before my hire, yes.
3  Q  You can set that document aside.
4     Well, actually, if you could take that
5  back.
6  A  Sure.
7  Q  Is there anything that you would like to
8  change or update about this document?
9  A  I mean I've got to read the whole thing
10 again.
11 Q  Go for it.
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 BY MR. PERLMAN:
17 Q  So I'd like you to turn back, I have this
18 big stack of document here, if you would turn back
19 and find GX1109.  I just had a follow-up question on
20 that document.
21 A  Say that number again.
22 Q  1109.
23    MR. WEINER:  Looks like this.
24 BY MR. PERLMAN:
25 Q  You can take a minute to review it and

### Page 212

1  just let me know when you're done.  To be clear I'm
2  not going to ask any more questions on GX4001.
3  A  Got it.
4     (Witness reviews document)
5     THE WITNESS:  Go ahead.
6  BY MR. PERLMAN:
7  Q  Okay.  So if you look at GX1109-001, so at
8  the bottom of that first page, you write to
9  [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]

213

[redacted]

214

[redacted]



215

1  Q  Which friends?
2  A  Maureen Lohry when she was still around.
3  Q  Who else?
4  A  Dan Fennessy when he was still around.
5  Q  Who else?
6  A  I can't think of any others offhand.
7  Q  Who were the lawyers that you communicated
8  with?
9  A  I feel like it changed over time, but
10 lawyers I spoke with, I think the firm is Edward
11 King.
12 Q  Edward King?
13 A  Yeah.
14 Q  Did you communicate with Benjamin Brafman
15 on behalf of Mr. Shkreli?
16 A  I communicated with one of the associate,
17 Andrea at Brafman Associates, not him, Brafman
18 himself.
19 Q  What's Andrea's last name?
20 A  Zellan.
21 Q  What was your the nature of your
22 communication with Ms. Zellan?
23    MR. WEINER:  I need to -- was Ms. Zellan
24 ever a lawyer for you or the company?
25    THE WITNESS:  No.

216

1    MR. WEINER:  Okay.



**Page 229**

1   A   Yes.
2   Q   Any other e-mail accounts?
3   A   I have a Mithani Akeel, which I don't
4   think I use.
5   Q   Any other ones?
6   A   I can't recall.
7   Q   Have you provided your lawyers with all of
8   the e-mails that are concerning Daraprim?
9   A   They have access to my Gmail.
10  Q   They have access to your Gmail? Okay.
11      Do you ever delete e-mails from your Vyera
12  e-mail address?
13  A   Sure, yeah.
14  Q   Why?
15  A   Just organizational purposes.
16  Q   Are you aware that the FTC sent Turing a
17  Do-not-destroy letter in 2015?
18  A   I was not aware in 2015, but all the
19  e-mails get backed up on the server any ways.
20  Q   So any e-mails you would have deleted
21  would have been back up on the server?
22  A   A hundred percent.
23  Q   Do you ever delete any e-mails from your
24  Gmail accounts?
25  A   Sure.

**Page 230**

1   Q   Why?
2   A   Organization purposes.
3   Q   Did you ever delete any e-mails related to
4   the Vyera from your personal e-mail accounts?
5   A   Sure.
6   Q   So would those be backed up?
7   A   They would not be backed up, but -- we
8   only entered a hold on past '17, right? We only
9   served recently?
10  Q   I can't testify. It's only you answering
11  questions here.
12  A   Again, once I was told there was a hold, I
13  did not delete any e-mails or e-mails in general.
14  Q   Do you ever text about Vyera-related
15  business from your personal cell phone?
16  A   Sure.
17  Q   From your work cell phone?
18  A   Yes.
19  Q   Do you have two cell phones?
20  A   Yes.
21  Q   Have you produced those documents to us?
22  A   Yes.
23      MR. PERLMAN: All right. Why don't we
24  take a five-minute break. I think I'm all set here,
25  but I'll let you guys know when I come back.

**Page 231**

1   Let's go off the record.
2   (Recess taken - 3:38 to 3:47 p.m.)
3   MR. PERLMAN: All right. Let's go back on
4   the record. We don't have any more questions.
5   Do you have any questions?
6   MR. WEINER: I just have one question.
7   EXAMINATION
8   BY MR. WEINER:
9-20 [REDACTED]
21  MR. PERLMAN: Let's go off the record.
22  (Discussion off record)
23  MR. PERLMAN: So that's it for us today.
24  We're going to hold this open. And we can go off
25  the record.

**Page 232**

1   (Whereupon, the proceedings concluded at
2   4:57 p.m.)