# EXHIBIT 1

```
                                                        214

 1

 2   UNITED STATES DISTRICT COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   Case No. 1:20-cv-00706-DLC

 5   -----------------------------x

 6   FEDERAL TRADE COMMISSION;
     STATE OF NEW YORK; STATE OF
 7   CALIFORNIA;   STATE OF ILLINOIS;
     STATE OF NORTH CAROLINA;
 8   STATE OF OHIO; COMMONWEALTH
     OF PENNSYLVANIA;  And
 9   COMMONWEALTH  OF VIRGINIA,
                        Plaintiffs,
10            v.
     VYERA PHARMACEUTICALS,  LLC;
11   PHOENIXUS  AG; MARTIN SHKRELI,
     Individually, as an owner and
12   former officer of Vyera Pharmaceuticals, LLC
     and Phoenixus AG (formerly
13   known as Turing Pharmaceuticals, LLC
     and Turing Pharmaceuticals AG);
14   and  KEVIN MULLEADY, individually,
     as an owner and director of
15   Phoenixus AG and a former
     Executive of Vyera Pharmaceuticals, LLC,
16                  Defendants.

17   -----------------------------x

18

19        REMOTE DEPOSITION OF MARTIN SHKRELI

20                  VOLUME II

21              January 28, 2021

22

23

24   Reported by:
     MARY F. BOWMAN, RPR, CRR
25   JOB NO. 188174
```

                                                                 215

5                         January 28, 2021

6                           9:00 a.m.

9           Remote deposition of MARTIN
10    SHKRELI, held before Mary F. Bowman, a
11    Registered Professional Reporter, Certified
12    Realtime Reporter, and Notary Public of the
13    State of New Jersey.

366

1          M. Shkreli

2          MR. CASEY:  Objection, and again,
3     I caution the witness, this may be an
4     opportunity to assert.
5     A.    I don't know that number.
6          MR. MEIER:  Mr. Casey, it might
7     be an opportunity to assert what?
8          MR. CASEY:  The witness may have
9     a constitutional right he would like to
10    assert.  That was my suggestion.
11         MR. MEIER:  You mean a Fifth
12    Amendment?
13         MR. CASEY:  Yes.
14         MR. MEIER:  OK.  Thank you.
15    Q.    When you worked at Turing, were
16    you issued a corporate phone?
17    A.    I think so.
18    Q.    And did you use your corporate
19    phone for business?
20    A.    Almost never.
21    Q.    You said almost never?
22    A.    Correct.  Almost never.
23    Q.    Did you typically carry your
24    corporate phone or did you leave it
25    somewhere?