

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE  
ANTITRUST BUREAU

May 25, 2021

**By ECF Filing**

Honorable Denise L. Cote  
U.S. District Court for the Southern District of New York  
500 Pearl St.  
New York, NY 10007-1312

Re:   *FTC et al. v. Vyera Pharmaceuticals, LLC, et al.*, No. 20-cv-00706 (DLC)

Dear Judge Cote:

I write on behalf of all Plaintiff States (New York, Illinois, California, Ohio, North Carolina, Pennsylvania, and Virginia) in the above-captioned case. In accordance with section 2(C) of your Individual Practice rules, and section 4(A) of your Emergency Individual Practices in Light of Covid-19, this is to advise the Court that Plaintiff States will be submitting a response to Defendants' letter filed May 25, 2021 (ECF No. 442) relating to seeking partial summary judgment against Plaintiff States.

The States plan to file a response to the letter on May 26, 2021, and respectfully request that the Court take no action on this matter until the States have an opportunity to respond.

Thank you for the Court's consideration of our request.

Respectfully submitted,

/s/ Elinor Hoffmann____  
Elinor R. Hoffmann  
Bureau Chief  
Antitrust Bureau  
Elinor.Hoffmann@ag.ny.gov  
212-416-8269

*On Behalf of all Plaintiff States*

cc:   Counsel of Record (By ECF filing)