# Morgan Lewis

**Steven A. Reed**
+1.215.963.5603
steven.reed@morganlewis.com

June 3, 2021

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

**Re:** *Federal Trade Commission v. Vyera Pharmaceuticals, LLC* **(No. 20-cv-00706-DLC)**

Dear Judge Cote:

     I write on behalf of Vyera Pharmaceuticals, LLC and Phoenixus AG (together, "Vyera"). Your Honor's Opinion and Order of June 1, 2021 directed in relevant part that Vyera submit a letter to the Court "stating whether it has searched Vyera's iCloud backup for messages sent to and from [Defendant Martin Shkreli's company-issued phone] and produced any relevant messages." *See* ECF No. 451 at 11.

     I can confirm that Vyera searched the iCloud backup for Mr. Shkreli's company-issued phone, and that the search did not reveal the presence of any messages sent to or from that phone. Accordingly, Vyera did not produce any messages from that device.

Respectfully submitted,

*/s/ Steven A. Reed*

Steven A. Reed