UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA,<br><br>      *Plaintiffs*,<br><br> v.<br><br>VYERA PHARMACEUTICALS, LLC; PHOENIXUS AG; MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC; and KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br><br>      *Defendants*. | Case No. 1:20-cv-00706-DLC<br><br>ECF Case |

**DEFENDANTS' NOTICE OF JOINT MOTION
FOR PARTIAL SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Local Rule 56.1 statement, and other supporting materials, Defendants Vyera Pharmaceuticals, LLC, Phoenixus AG, Martin Shkreli, and Kevin Mulleady (collectively, "Defendants") will move this Court before the Honorable Denise L. Cote, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time to be set by the Court, for an order granting Defendants partial summary judgment in the above-captioned action under Federal Rule of Civil Procedure 56 and for such other relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers must be served on or before August 27, 2021 and any reply will be served on or before September 3, 2021 pursuant to the scheduling order entered by the Court on June 2, 2021.  *See* ECF No. 453.

Dated:  August 13, 2021

| | |
|---|---|
| */s/ Kenneth R. David* <br> Kenneth R. David <br> KASOWITZ BENSON TORRES LLP <br> 1633 Broadway <br> New York, NY 10019 <br> Tel: (212) 506-1893 <br> kdavid@kasowitz.com <br><br> *Counsel to Defendant Kevin Mulleady* <br><br> */s/ Christopher H. Casey* <br> Christopher H. Casey (*pro hac vice*) <br> DUANE MORRIS LLP <br> 30 South 17th Street <br> Philadelphia, PA 19103 <br> Tel: (215) 979-1155 <br> chcasey@duanemorris.com <br><br> *Counsel to Defendant Martin Shkreli* | */s/ Steven A. Reed* <br> Steven A. Reed (admitted *pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1701 Market Street <br> Philadelphia, PA 19103 <br> Phone: (215) 963-5000 <br> steven.reed@morganlewis.com <br><br> Stacey Anne Mahoney <br> MORGAN, LEWIS & BOCKIUS LLP <br> 101 Park Avenue <br> New York, NY 10178 <br> Phone: (212) 309-6000 <br> stacey.mahoney@morganlewis.com <br><br> *Counsel to Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG* |

## **CERTIFICATE OF SERVICE**

I certify that on August 13, 2021, a copy of the foregoing Defendants' Notice of Joint Motion for Partial Summary Judgment was served upon all counsel of record in this matter using the Court's CM/ECF system.

*/s/ Noah J. Kaufman*