UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
FEDERAL TRADE COMMISSION, STATE OF NEW : 20cv00706 (DLC)
YORK, STATE OF CALIFORNIA, STATE OF   :
OHIO, COMMONWEALTH OF PENNSYLVANIA,   :     ORDER
STATE OF ILLINOIS, STATE OF NORTH     :
CAROLINA, and COMMONWEALTH OF         :
VIRGINIA,                             :
                                      :
                    Plaintiffs,       :
                                      :
          -v-                         :
                                      :
VYERA PHARMACEUTICALS, LLC, AND       :
PHOENIXUS AG, MARTIN SHKRELI,         :
individually, as an owner and former  :
director of Phoenixus AG and a former :
executive of Vyera Pharmaceuticals,   :
LLC, and KEVIN MULLEADY, individually,:
as an owner and former director of    :
Phoenixus AG and a former executive of:
Vyera Pharmaceuticals, LLC,           :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

Having received on August 18, 2021 the attached communication from the Ministry of Law and Justice of the Government of India in response to Letters of Request dated August 13, 2020, it is hereby

ORDERED that the communication shall be docketed.

Dated:    New York, New York
          August 19, 2021

                              _____
                                    DENISE COTE
                              United States District Judge



**RIGHT TO INFORMATION**

F. No. 12.(195)/2020...Judl.

भारत सरकार सेवार्थ
**ON INDIA GOVERNMENT SERVICE**

**SPEED POST**



AUG 18 2021

CHAMBERS OF
DENISE COTE

Sender :
Ministry of Law & Justice
Department of Legal Affairs
Receipt and Issue Section
Shastri Bhawan, New Delhi-110 001

F.No.12 (195)2020-Judl.
**Government of India**
**Ministry of Law and Justice**
**Department of Legal Affairs**
**Judicial Section**
\*\*\*\*\*\*\*\*\*\*\*

Shastri Bhavan, New Delhi,
Dated 26 .07.2021

To

The Honorable Denise Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
United States of America

Sub: Two Letters of Request dated August 13th 2020, from Hon. Denise Cote, Judge of the Southern District of New York for International Judicial Assistance Pursuant to the Convention of 18 March, 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters in the case of FTC and Another versus Vyera Pharmaceuticals LLC and another in Case No. 1:20-cv-00706-DLC – reg

Sir,
   Kindly find enclosed Report from the Commissioner appointed by the Hon'ble High Court of Bombay, to record the evidence in the matter cited above as received through Prothonotary & Senior Master, High Court, O.S., Bombay. Evidence has been taken of Mr. Devang B Shah Director of Aadivighnesh Chem Pvt. Ltd. in place of Mr. Bipin C Shah.

2.   It is requested that the above document may please be forwarded to the United States District Court for the Southern District of New York, USA.

Yours faithfully

(L.C. Dabaria)
Assistant Legal Adviser (Judl.)

Encl: as above

Copy to:
1. Stacey Anne Mahoney, Morgan Lewis & Blockius, LLP, 101 Park Avenue, New York, NY 10178, United States of America.
2. Christopher H. Casey, Duane Morris LLP, 30, South Seventeenth Street, Philadelphia, PA 19103, United States of America
3. Anthony MacDonald Caputo, Kasowitz, Benson, Torres LLP, 1633 Broadway, New York, NY 10019, United States of America



Tel.: 22 2262 6581
Email: rgpsm-bhc@nic.in

No. PSM/ 2 /2021
Dated 18th February, 2021.

From,
Mahendra W. Chandwani
Prothonotary & Senior Master,
High Court, Bombay.
Mumbai 400 032.

To,
Shri L. C. Dabaria,
Assistant Legal Advisor,
Room No. -439 A, 4th Floor,
A-Wing, Shastri Bhawan,
New Delhi.

Sub : Commissioner Report.

Ref : Your letter No. 12(195)2020-Judl. Dtd. 14th October 2020.

Sir,

By your letter under reference, you had requested for issuing commission under the Hague Convention of 18th March, 1970.

Accordingly, Commissioner was appointed and commission is executed. The Commissioner has submitted his report on 15th February, 2021. I am forwarding herewith the said Report submitted by the Commissioner, as requested in letter under reference.

Kindly acknowledge the same by return letter.

Yours faithfully,

Encl.: a/a.

Prothonotary & Senior Master
High Court, O.S., Bombay

# KAMAL R. KHATA
ADVOCATE HIGH COURT, BOMBAY.

MOB: 9820088706
EMAIL: KAMAL.KHATA@GMAIL.COM

OFF: 76/80 TECHNO HERITAGE BUILDING, 2ND FLOOR, NAGINDAS MASTER ROAD, FORT, MUMBAI 23.

RES: 2/6 GANDHI BUILDING, AKURLI ROAD, KANDIVALI EAST, MUMBAI 400 101.

14th February 2021

To,
Mr. M. W. Chandwani,
The Prothonotary & Sr. Master
High Court, Bombay.

Dear Sir,

Re:  United States Distrrict Court for the
Southern District of New York
Case No. 1: 20 -cv-00706-DLC
Federal Trade Commission,
State of New York,
State of California,
State of Illinois,
State of North Carolina,
State of Ohio,
Commonwealth of Pennsylvania &
Commonwealth of Virginia                                    ...Plaintiffs
        Vs
Vyera Pharmaceuticals, LLC,
Phoenixus AG,
Martin Shkreli,
individually, as an owner and former
Director of Phoenixus AG and a former executive of
Vyera Pharmaceuticals, LLC & Kevin Mulleady,
individually as owner and director of Phoenixus AG
and a former executive of Vyera Pharmaceuticals, LLC.      ... Defendants

By an administrative order passed by the Hon'ble Chief Justice, High Court Bombay, I was appointed Commissioner to record the evidence in the abovementioned matter as communicated to me by your letter dated 4th December 2020.

I am informed by Chitale & Chitale Partners Advocates for the Defendant No. 1 that the date for filing the report is 25th February 2021 and hence my report is in time.

I submit my report, which is self-explanatory.

Kindly acknowledge receipt for the same and oblige.

Thanking You,

Yours truly,

K. R. Khata

Mr. Kamal R. Khata
Commissioner

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Case No.1:20-cv-00706-DLC

Federal Trade Commission,

State of New York,

State of California,

State of Illinois,

State of North Carolina,

State of Ohio,

Commonwealth of Pennsylvania &

Commonwealth of Virginia                                  ... Plaintiffs

    Versus

Vyera Pharmaceuticals, LLC,

Phoenixus AG,

Martin Shkreli,

Individually, as an owner and former

director of Phoenixus AG and a former executive of

Vyera Pharmaceuticals, LLC & Kevin Mulleady,

individually as owner and director of

Phoenixus AG and a former executive of

Vyera Pharmaceuticals, LLC.                                ... Defendants

## COMMISSIONERS REPORT

1. By a letter dated 4th December 2020, I was informed by the Prothonotary and Senior Master High Court Bombay Mr. M. W. Chandwani that I was appointed as a Commissioner for recording evidence in the aforesaid matter by an administrative order of the Hon'ble Chief Justice of the Bombay High Court pursuant to a Letter of Request received from the United States District Court for the Southern District of New York.

2. The said letter was received by my office on 8th December 2020.

3. I addressed an email to all the email addresses mentioned in paragraph 14 of the Letter of Request of the United States District Court for Southern District of New York on 12th December 2020.

4. By the said email dated 12th December 2020 I requested all the addressees to send me their WhatsApp numbers to enable me to form a group thereon for ease of communication. Only Mrs. Chitale and Mr. Joshi forwarded their WhatsApp numbers and I formed a group for ease of communication.

5. By their email dated 15th December 2020 addressed by Chitale & Chitale Partners Advocates for the Defendant No.1 they informed me that they will revert to me after taking instructions from their client.

6. Upon confirmation on the WhatsApp group We had a conference call on 5th January 2021 at 5 p.m. to decide on the course of action.

7. At the request of Mrs. Chitale, who forwarded the mobile number and email address of Mr. Bipin Chinubhai Shah, I emailed the Witness (Mr. Bipin Chinubhai Shah) on 2nd February 2021 informing him about the Letter of Request received from the Hon'ble High Court. I attached therewith a scanned copy of the letter dated 4th December 2020 received from the Prothonotary's office of the Hon'ble High Court for his information and record.

8. By a letter dated 4th February 2021, I was informed that Mr. Devang B Shah Director of Aadivighnesh Chem Pvt Ltd. would give evidence in place of Mr. Bipin C Shah. The consent of all concerned Advocates for substitution of witness was received by me orally. I have recorded the consent by my email dated 11th February 2021.

9. By consent of all concerned Advocates, 13th February 2021, between 5.30 to 8.30 p.m was fixed for recording of evidence at my residence as the there was no convenient venue available on the said date at such short notice. The witness was accordingly informed about the same.

10. As scheduled, the virtual meeting started at 5.30 p.m and continued upto 9.30 p.m. 1 hour beyond the scheduled time of 8.30 p.m. on 13th February 2021. The evidence was typed (by a stenographer appointed by me) as well as recorded on zoom by Chitale & Chitale Advocates for Defendant No. 1 (who had arranged for the virtual zoom meeting) as per the directions of the US District Court. The recording of evidence is complete.

11. I accordingly submit the following :

    a) Examination in Chief and Cross Examination of the Defendant's Witness Mr. Devang Bipin Shah D.W.-1

    b) Documents tendered by the Defendant's witness during cross examination marked DW-1/1 to DW-1/15

    c) Documents tendered by Plaintiff's Advocate during cross examination marked P-1

    d) Correspondence between the Advocates and myself.

12. I confirm and declare that in pursuance of the letter dated 4th December 2020, I have tried my level best to complete the recording of evidence at the earliest. I am informed today by Chitale & Chitale Advocates that the recording is to be completed and report to be filed by 25th February 2021. I am well within the stipulated time.

Place: Mumbai

Date: 14th February 2021.

K.R.Khata

Kamal Khata.

Commissioner.