```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
FEDERAL TRADE COMMISSION, STATE OF NEW    :
YORK, STATE OF CALIFORNIA, STATE OF       :    20cv00706 (DLC)
OHIO, COMMONWEALTH OF PENNSYLVANIA,       :
STATE OF ILLINOIS, STATE OF NORTH         :    ORDER
CAROLINA, and COMMONWEALTH OF             :
VIRGINIA,                                 :
                                          :
                    Plaintiffs,           :
                                          :
          -v-                             :
                                          :
VYERA PHARMACEUTICALS, LLC, AND           :
PHOENIXUS AG, MARTIN SHKRELI,             :
individually, as an owner and former      :
director of Phoenixus AG and a former     :
executive of Vyera Pharmaceuticals,       :
LLC, and KEVIN MULLEADY, individually,    :
as an owner and former director of        :
Phoenixus AG and a former executive of    :
Vyera Pharmaceuticals, LLC,               :
                                          :
                    Defendants.           :
----------------------------------------- X
```

DENISE COTE, District Judge:

A bench trial in the above captioned case is scheduled to occur on **December 14, 2021**. Defendant Martin Shkreli is presently incarcerated in the United States Bureau of Prisons Allenwood Correctional Institution located in Allenwood, Pennsylvania. Accordingly, it is hereby

ORDERED that the parties shall confer and determine whether Shkreli will be attending the bench trial on December 14.

IT IS FURTHER ORDERED that, if it is determined that Shkreli will be present, the parties shall timely provide the Court with the necessary writ of habeas corpus.

Dated:   New York, New York
         September 14, 2021

                                              DENISE COTE
                                United States District Judge