# EXHIBIT B

## Casey, Christopher H.

| | |
|---|---|
| **From:** | Perlman, Neal <nperlman@ftc.gov> |
| **Sent:** | Tuesday, October 12, 2021 1:40 PM |
| **To:** | Casey, Christopher H.; Rudowitz, Andrew J.; Pollack, Jeffrey S. |
| **Cc:** | Meier, Markus H.; Albert, Bradley Scott; Jeremy.Kasha@ag.ny.gov; Schmidt, J. Maren; Flint, Phoebe; Tuttle, Bryce; Kaufman, Noah J.; nrendino@kasowitz.com; Richard.Schultz@illinois.gov |
| **Subject:** | RE: FTC et al. v. Vyera Pharmaceuticals et al., 1:20-civ-00706 (DLC) - Shkreli Writ |

Chris,

We do not consent. Shkreli has known about his trial date since April. Plaintiffs have been working diligently both to be ready for the December trial and to submit our pre-trial materials next week, and moving the trial at this late stage would be prejudicial to Plaintiffs.  Furthermore, based on our conversations with BOP, it is not clear to us that Shkreli's attendance at trial in December would meaningfully affect Shkreli's participation in the program. At this point, we don't even know how long the trial will be.

Best,
Neal

---

**From:** Casey, Christopher H. <CHCasey@duanemorris.com>
**Sent:** Tuesday, October 12, 2021 9:15 AM
**To:** Perlman, Neal <nperlman@ftc.gov>; Rudowitz, Andrew J. <AJRudowitz@duanemorris.com>; Pollack, Jeffrey S. <JSPollack@duanemorris.com>
**Cc:** Meier, Markus H. <MMEIER@ftc.gov>; Albert, Bradley Scott <BALBERT@ftc.gov>; Jeremy.Kasha@ag.ny.gov; Schmidt, J. Maren <mschmidt@ftc.gov>; Flint, Phoebe <pflint@ftc.gov>; Tuttle, Bryce <btuttle@ftc.gov>; Kaufman, Noah J. <noah.kaufman@morganlewis.com>; nrendino@kasowitz.com; Richard.Schultz@illinois.gov
**Subject:** RE: FTC et al. v. Vyera Pharmaceuticals et al., 1:20-civ-00706 (DLC) - Shkreli Writ

Neal,

We will not be preparing a writ.  Because of the effect that appearing at trial in December will have on Mr. Shkreli's participation in ▮▮▮▮▮▮, and consequently his release date, we will be filing a motion to continue the trial until a date no earlier than May 1, 2022.

Pursuant to Section 1E. of Judge Cote's Individual Practices in Civil Cases, please let me know whether plaintiffs consent to this motion, and if not, the reasons for refusing to consent. We would appreciate a response by COB tomorrow, so that we can file tomorrow.

Thanks,

Chris

1





From: Perlman, Neal <nperlman@ftc.gov>
Sent: Friday, October 8, 2021 2:33 PM
To: Casey, Christopher H. <CHCasey@duanemorris.com>; Rudowitz, Andrew J. <AJRudowitz@duanemorris.com>;
Pollack, Jeffrey S. <JSPollack@duanemorris.com>
Cc: Meier, Markus H. <MMEIER@ftc.gov>; Albert, Bradley Scott <BALBERT@ftc.gov>; Jeremy.Kasha@ag.ny.gov;
Schmidt, J. Maren <mschmidt@ftc.gov>; Flint, Phoebe <pflint@ftc.gov>; Tuttle, Bryce <btuttle@ftc.gov>; Kaufman,
Noah J. <noah.kaufman@morganlewis.com>; nrendino@kasowitz.com; Richard.Schultz@illinois.gov
Subject: FTC et al. v. Vyera Pharmaceuticals et al., 1:20-civ-00706 (DLC) - Shkreli Writ

Chris,

I am writing to follow up on our September 28 meet and confer concerning Shkreli's attendance at trial. When do you
plan to send us a draft version of the writ of habeas corpus? Given the logistics associated with transporting and housing
him, we think it prudent to file it with the court by the end of the month.

Thanks,
Neal

Neal J. Perlman
Health Care Division | Bureau of Competition
Federal Trade Commission

2

202.326.2567 | nperlman@ftc.gov

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.