

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

October 14, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re:** *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, **1:20-cv-00706 (DLC)**

Dear Judge Cote:

I write on behalf of the Plaintiffs to notify Your Honor that we oppose Defendant Shkreli's motion to stay the December trial until some indefinite time after May 1, 2022, which he filed yesterday evening (ECF No. 489). We expect to file our letter-brief in opposition by tomorrow, October 15.

Sincerely,

*/s/ Markus H. Meier*

Markus H. Meier
Assistant Director