

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
 Health Care Division

October 15, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re: *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 1:20-cv-00706 (DLC)**

Dear Judge Cote:

The Federal Trade Commission respectfully requests permission to file under seal a portion of Plaintiffs' letter in opposition to Shkreli's motion to adjourn the trial and the attached exhibit.

Plaintiffs seek to file the redacted portions of our letter motion and Exhibit A under seal because they reveal nonpublic information already sealed by the Court. ECF No. 494. In accordance with Rule 7.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, the FTC will publicly file a redacted version of Plaintiffs' letter. On a separate docket entry, the FTC will file under seal the letter and Exhibit A with the proposed redactions highlighted.

Sincerely,

*/s/ Markus H. Meier*
Assistant Director

Granted.
*Denise Cote*
10/15/21