# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN

*FIRM and AFFILIATE OFFICES*

CHRISTOPHER H. CASEY
DIRECT DIAL: +1 215 979 1155
PERSONAL FAX: +1 215 689 2194
*E-MAIL:* CHCasey@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

October 18, 2021

*VIA ECF*

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

> Re:    *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.,* Case No. 1:20-cv-706 (DLC)

Dear Judge Cote:

On behalf of Martin Shkreli, I hereby respectfully request permission to file under seal portions of Mr. Shkreli's October 18, 2021 letter replying to plaintiffs' opposition to his motion to adjourn trial (the "Reply") and portions of the declaration of Joel A. Sickler (the "Sickler Declaration").

Mr. Shkreli seeks to file portions of the Reply and the Sickler Declaration under seal because they relate to nonpublic information that the Court has already ordered sealed. ECF 494, 498. In accordance with Rule 8.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, Mr. Shkreli will publicly file redacted versions of the Reply and the Sickler Declaration, and on a separate docket entry, Mr. Shkreli will file under seal the unredacted Reply and the unredacted Sickler Declaration.

Respectfully submitted,

*/s/ Christopher H. Casey*
Christopher H. Casey

*Granted.*
*Denise Cote*
*10/19/21*