NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN

# Duane Morris®

*FIRM and AFFILIATE OFFICES*

CHRISTOPHER H. CASEY
DIRECT DIAL: +1 215 979 1155
PERSONAL FAX: +1 215 689 2194
*E-MAIL* CHCasey@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

October 25, 2021

*VIA ECF*

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

> Re:   *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, Case No. 1:20-cv-706 (DLC)

Dear Judge Cote:

On behalf of Martin Shkreli, I hereby respectfully request permission to file under seal portions of Mr. Shkreli's October 25, 2021 letter-motion requesting that the Court permit Mr. Shkreli to testify at trial via remote means pursuant to Federal Rule of Civil Procedure 43(a) (the "Letter").

Mr. Shkreli seeks to file portions of the Letter under seal because they relate to nonpublic information that the Court has already ordered sealed. ECF 494, 498, 505. In accordance with Rule 8.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, Mr. Shkreli will publicly file a redacted version of the Letter, and on a separate docket entry, Mr. Shkreli will file under seal the unredacted Letter.

Respectfully submitted,

*/s/ Christopher H. Casey*
Christopher H. Casey

Granted.
*Denise Cote*
10/25/21

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196                PHONE: +1 215 979 1000   FAX: +1 215 979 1020