# DuaneMorris®

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | CHRISTOPHER H. CASEY | BOCA RATON |
| SAN FRANCISCO | DIRECT DIAL: +1 215 979 1155 | PITTSBURGH |
| SILICON VALLEY | PERSONAL FAX: +1 215 689 2194 | NEWARK |
| SAN DIEGO | E-MAIL  CHCasey@duanemorris.com | LAS VEGAS |
| LOS ANGELES | | CHERRY HILL |
| TAIWAN | *www.duanemorris.com* | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | | |
| AUSTIN | | |

October 25, 2021

*VIA ECF*

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

   Re: *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, Case No. 1:20-cv-706 (DLC)

Dear Judge Cote:

On behalf of Martin Shkreli and pursuant to ECF Rule 28.1, I hereby respectfully request that the Court permanently seal Mr. Shkreli's Request to Testify at Trial Via Remote Means (ECF 511) (the "Request"). Portions of the Request that should have been redacted were inadvertently filed on the public docket. Such portions relate to nonpublic information that the Court has already ordered sealed. ECF 494, 498, 505. In accordance with Rule 8.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, Mr. Shkreli will publicly file a revised redacted version of the Request, with those portions redacted, and on a separate docket entry, will file under seal an unredacted version of the Request.

*Granted.*
*[signature]*
*10/25/21*

                Respectfully submitted,

                */s/ Christopher H. Casey*
                Christopher H. Casey

---

DUANE MORRIS LLP

30 SOUTH 17TH STREET  PHILADELPHIA, PA 19103-4196    PHONE: +1 215 979 1000  FAX: +1 215 979 1020