

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

October 28, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re: *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 1:20-cv-00706 (DLC)**

Dear Judge Cote:

The Federal Trade Commission respectfully requests permission to file under seal a portion of an exhibit attached to Plaintiffs' letter in response to Shkreli's motion to testify remotely.

Plaintiffs seek to file the redacted portion of Exhibit A under seal because it reveals information already sealed by the Court. ECF Nos. 494, 498, 505, 515. In accordance with Rule 7.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, the FTC will publicly Plaintiffs' letter, a redacted version of Exhibit A, and a full version of Exhibit B. On a separate docket entry, the FTC will file under Exhibit A with the proposed redactions highlighted.

Sincerely,

*/s/ Markus H. Meier*
Assistant Director

Granted.

*Denise Cote*
10/29/21