```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
FEDERAL TRADE COMMISSION and STATE OF     :    20cv706(DLC)
NEW YORK,                                 :
                                          :       ORDER
                          Plaintiffs,     :
            -v-                           :
                                          :
VYERA PHARMACEUTICALS, LLC, PHOENIXUS     :
AG, MARTIN SHKRELL, individually, as      :
an owner and former director of           :
Phoenixus AG and a former executive of    :
Vyera Pharmaceuticals, LLC, and KEVIN     :
MULLEADY, individually, as an owner       :
and director of Phoenixus AG and a        :
former executive of Vyera                 :
Pharmaceuticals, LLC,                     :
                          Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received a letter from defendant Martin Shkreli on November 3, 2021, it is hereby

ORDERED that the parties shall appear in a conference to be held telephonically **today, November 4, at 4:00 pm**. The parties shall be prepared to discuss the November 3 letter from Shkreli.

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:       888-363-4749
        Access code:  4324948

The parties shall use a landline if one is available.

Dated:  New York, New York
        November 4, 2021

                                            DENISE COTE
                             United States District Judge