NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

CHRISTOPHER H. CASEY
DIRECT DIAL: +1 215 979 1155
PERSONAL FAX: +1 215 689 2194
*E-MAIL:* CHCasey@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

November 10, 2021

*VIA ECF*

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re: *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.,* Case No. 1:20-cv-706 (DLC)

Dear Judge Cote:

On behalf of Martin Shkreli, I write in accordance with Your Honor's Order of October 13, 2021, which set a deadline of today for any party or non-party to make an application to the Court for permission to redact confidential materials contained within the parties' pretrial submissions. *See* ECF No. 487. After a careful review of the parties' pretrial submissions, Mr. Shkreli respectfully requests that the information and materials identified in the attached **Exhibit A** be redacted on the public docket because public disclosure of the identified highly sensitive commercial and personal information would cause harm to Mr. Shkreli and/or other affected parties.

Mr. Shkreli reserves the right to seek additional protection if any of the parties' reply briefs in support of their respective *Daubert* motions, due to be filed today, includes information that is similarly sensitive.

Respectfully submitted,

*/s/ Christopher H. Casey*
Christopher H. Casey

CHC

Attachment

CC: All Counsel of Record (*via ECF*)

DUANE MORRIS LLP
30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196              PHONE: +1 215 979 1000   FAX: +1 215 979 1020