```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
FEDERAL TRADE COMMISSION, STATE OF NEW     :
YORK, STATE OF CALIFORNIA, STATE OF        :   20cv00706 (DLC)
OHIO, COMMONWEALTH OF PENNSYLVANIA,        :
STATE OF ILLINOIS, STATE OF NORTH          :   ORDER
CAROLINA, and COMMONWEALTH OF              :
VIRGINIA,                                  :
                                           :
                     Plaintiffs,           :
                                           :
          -v-                              :
                                           :
VYERA PHARMACEUTICALS, LLC, AND            :
PHOENIXUS AG, MARTIN SHKRELI,              :
individually, as an owner and former       :
director of Phoenixus AG and a former      :
executive of Vyera Pharmaceuticals,        :
LLC, and KEVIN MULLEADY, individually,     :
as an owner and former director of         :
Phoenixus AG and a former executive of     :
Vyera Pharmaceuticals, LLC,                :
                                           :
                     Defendants.           :
----------------------------------------  X
```

DENISE COTE, District Judge:

Trial in this action is scheduled to begin on December 14, 2021. In advance of trial, the parties will be filing on the public record documents related to the trial evidence. In response to an Order of October 13, 2021, the following entities have requested that certain information included in documents to be filed by the parties in this action be redacted:

- AmerisourceBergen Corporation and its subsidiary, ASD Healthcare;

- Cardinal Health, Inc.;

- Cerovene, Inc.;

- Dr. Reddy's Laboratories, Inc.;
- Fera Pharmaceuticals, LLC;
- Infectious Diseases Society of America;
- Medisca, Inc.;
- Pisgah Labs, Inc.; and
- Teva Pharmaceuticals USA. Inc.

Having reviewed these requests, it is hereby

ORDERED that these requests are granted.

The parties have also submitted requests for confidentiality made to them by RL Fine Chem Pvt. Ltd. ("RL Fine") and InvaTech Pharm Solutions LLC ("InvaTech").

IT IS FURTHER ORDERED that the parties shall confer and redact from publicly filed documents the same categories of information related to RL Fine and InvaTech that this Order permits to be redacted to protect the confidentiality of the above-listed entities.

SO ORDERED:

Dated:   New York, New York
         November 12, 2021

                              _____
                              DENISE COTE
                              United States District Judge

2