```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    20cv706(DLC)
FEDERAL TRADE COMMISSION and STATE OF     :
NEW YORK,                                 :       ORDER
                              Plaintiffs, :
              -v-                         :
                                          :
VYERA PHARMACEUTICALS, LLC, PHOENIXUS     :
AG, MARTIN SHKRELL, individually, as      :
an owner and former director of           :
Phoenixus AG and a former executive of    :
Vyera Pharmaceuticals, LLC, and KEVIN     :
MULLEADY, individually, as an owner       :
and director of Phoenixus AG and a        :
former executive of Vyera                 :
Pharmaceuticals, LLC,                     :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received a letter from defendant Kevin Mulleady on November 15, 2021, it is hereby

ORDERED that the parties shall appear in a conference to be held telephonically **today, November 16, at 4:00 pm**. The parties shall be prepared to discuss the November 15 letter from Mulleady.

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

```
Dial-in:       888-363-4749
Access code:   4324948
```

The parties shall use a landline if one is available.

Dated:   New York, New York
         November 16, 2021

_____
DENISE COTE
United States District Judge