

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

*FIRM and AFFILIATE OFFICES*

CHRISTOPHER H. CASEY
DIRECT DIAL: +1 215 979 1155
PERSONAL FAX: +1 215 689 2194
*E-MAIL:* CHCasey@duanemorris.com

*www.duanemorris.com*

November 16, 2021

*VIA ECF*

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

     Re:    *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.,* **Case No. 1:20-cv-706 (DLC)**

Dear Judge Cote:

On behalf of Martin Shkreli, I write to join in Kevin Mulleady's letter motion for immediate access to all trial evidence submitted by the parties as part of the trial in this action (ECF 592, the "Mulleady Motion").[1]  For the same reasons set forth in the Mulleady Motion, Mr. Shkreli seeks immediate access to all trial evidence submitted by the parties to protect Mr. Shkreli's due process rights to a full and fair opportunity to prepare for and defend against the claims brought against him by plaintiffs.

As set forth in the Mulleady Motion, Mr. Shkreli has been prohibited from reviewing the vast majority of the evidence that plaintiffs have chosen to use against him at trial, as well as evidence that defendants may use in their defense.  Continuing to prohibit Mr. Shkreli from being allowed to fully prepare for his defense violates his due process rights.

Accordingly, Mr. Shkreli respectfully moves the Court for immediate access to all trial evidence. We will be prepared to discuss these issues at today's conference with the Court.

                    Respectfully submitted,

                    */s/ Christopher H. Casey*
                    Christopher H. Casey

---

[1] Mr. Shkreli incorporates by reference the arguments set forth in the Mulleady Motion except to the extent that Mr. Mulleady seeks an order allowing him to be present for the presentation of all evidence at the live portion of the trial pursuant to Federal Rule of Evidence 615, as Mr. Shkreli will not be attending the trial.

DUANE MORRIS LLP

30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196        PHONE: +1 215 979 1000   FAX: +1 215 979 1020

DuaneMorris

The Honorable Denise L. Cote
November 16, 2021
Page 2

CHC

CC: All Counsel of Record (*via ECF*)