

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
 Health Care Division

November 23, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re:  *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 1:20-cv-00706 (DLC)**

Dear Judge Cote:

The Federal Trade Commission respectfully requests permission to file under seal a portion of Plaintiffs' letter motion to quash improper document requests in Defendants' trial subpoenas.

Plaintiffs seek to file the redacted portion of the letter motion under seal because it reveals information already sealed by the Court. ECF 580. In accordance with Rule 7.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, the FTC will publicly file a redacted version of Plaintiffs' letter. On a separate docket entry, the FTC will file the letter motion with the proposed redactions highlighted.

Sincerely,

*/s/ Markus H. Meier*
Assistant Director

```
Granted.

Dated: November 24, 2021

             _____
                  DENISE COTE
             United States District Judge
```