

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
  Health Care Division

December 6, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re:  *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 1:20-cv-00706 (DLC)**

Dear Judge Cote:

I write on behalf of Plaintiffs in the above-referenced matter. Pursuant to the parties' joint proposal that Your Honor endorsed on November 12, 2021 (ECF 582), Plaintiffs notified non-parties whose evidence Plaintiffs intend to use at trial. Plaintiffs wish to make the Court aware of correspondence Plaintiff Federal Trade Commission received from non-party Pharmaceutical Buyers Inc. requesting that certain exhibits remain sealed. Ex A. To our knowledge, Pharmaceutical Buyers Inc. has not retained counsel in connection with this case.

Sincerely,

*/s/ Markus H. Meier*
Assistant Director