

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

December 6, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re: *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, **1:20-cv-00706 (DLC)**

Dear Judge Cote:

The Federal Trade Commission respectfully requests permission to file under seal portions of non-party Pharmaceutical Buyers Inc.'s letter to the Court attached to our forthcoming letter as Exhibit A.

Plaintiffs seek to file the redacted portion of the letter under seal because it reveals information previously sealed by the Court. ECF 580. In accordance with Rule 7.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, the FTC will publicly file Plaintiffs' letter and Exhibit A. On a separate docket entry, the FTC will file under seal Exhibit A with the proposed redactions highlighted.

Sincerely,

*/s/ Markus H. Meier*
Assistant Director

Granted.

*Denise Cote*
12/7/21