

Bureau of Competition
Health Care Division

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

December 7, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re: *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 1:20-cv-00706 (DLC)**

Dear Judge Cote:

The Federal Trade Commission respectfully requests permission to file under seal the portions of the attachments to our letter regarding Court's opinion on third-party 30(b)(6) testimony (ECF 586) that contain quotations from the deposition of Dani Bailey, the 30(b)(6) designee of Pisgah Labs, Inc (Pisgah).

Plaintiffs seek to file the redacted portion of Appendix A to our letter under seal because it reveals information Pisgah has requested the Court seal in its motion ECF 736.

In accordance with Rule 7.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, the FTC will publicly file a redacted copy of Appendix A. On a separate docket entry, the FTC will file under seal an unredacted copy of Appendix A.

Sincerely,

*/s/ Markus H. Meier*
Assistant Director

Granted.

Dated: December 8, 2021

_____
DENISE COTE
United States District Judge