

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
  Health Care Division

December 8, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re:** *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 1:20-cv-00706 (DLC)

Dear Judge Cote:

The Federal Trade Commission respectfully requests permission to file under seal portions of Exhibit A to our letter modifying the exhibit list. Exhibit A is Plaintiffs' exhibit list.

Plaintiffs seek to file Exhibit A under seal because it reveals information already sealed by the Court. ECF No. 580. In accordance with Rule 7.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, the FTC will publicly Plaintiffs' letter and a redacted version of Exhibit A. On a separate docket entry, the FTC will file under seal Plaintiffs' letter and Exhibit A.

Sincerely,

*/s/ Markus H. Meier*
Assistant Director

```
                              Granted.

                              Dated: December 9, 2021


                                      _____
                                         DENISE COTE
                                  United States District Judge
```