Morgan Lewis

**Steven A. Reed**
+1.215.963.5603
steven.reed@morganlewis.com

December 8, 2021

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Federal Trade Commission v. Vyera Pharmaceuticals, LLC et al.*, No. 20-cv-706-DLC**

Dear Judge Cote:

I write on behalf of Vyera Pharmaceuticals, LLC and Phoenixus AG (together, "Vyera") to respectfully request that the Court amend its October 13, 2021 Order (ECF No. 487) to the extent it requires the parties to file the following documents on the public docket: (1) Plaintiffs' Motion in Limine to Exclude Expert Testimony of Justin McLean; (2) Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion in Limine to Exclude Expert Testimony of Justin McLean; and (3) Plaintiffs' Reply Brief in Support of Plaintiffs' Motion in Limine to Exclude Expert Testimony of Justin McLean (inclusive of all exhibits) (collectively, the "McLean Materials"). We have consulted with the Plaintiff States and the Federal Trade Commission, and they do not oppose the requested relief.

By way of background, the parties were required to place copies of the pretrial filings on the public docket by November 29. *See* ECF No. 487. Your Honor previously approved Vyera's unopposed request to extend the deadline to file the McLean Materials to December 10. *See* ECF No. 628. As Vyera explained, the McLean Materials contain extensive information that is extraordinarily competitively sensitive and, because at the time Vyera was working to finalize a settlement agreement, Vyera was hopeful that the need to file these materials on the public docket could be averted. Moreover, as Vyera also explained, the public interest in the disclosure of the McLean Materials is limited by virtue of the fact that the Court's opinion striking Mr. McLean's testimony details the subject matter of Mr. McLean's testimony, the basis for Plaintiffs' motion, and the rationale for the Court's decision. Thus, any incremental public interest in having access to the highly confidential information contained in the McLean Materials was and is far outweighed by the harm that would result from public disclosure of those materials.

Now that Plaintiffs and Vyera have reached a settlement and the Court has entered a Stipulated Order terminating the litigation as against Vyera, *see* ECF No. 754, the balance of interests weighs even more heavily in favor of protecting Vyera's highly confidential information from disclosure. Indeed, the competitive harm to Vyera from disclosure could well

impact the value of the assets underlying Vyera's contingent payment obligations in the Stipulated Order.

Accordingly, Vyera respectfully submits this unopposed request that the Court amend its October 13, 2021 Order (ECF No. 487) to the extent it requires the parties to file the McLean Materials on the public docket.

Respectfully submitted,

Steven A. Reed

*Counsel for Vyera Pharmaceuticals, LLC and Phoenixus AG*

CC: All counsel (by ECF)

Granted.

Dated: December 9, 2021

DENISE COTE
United States District Judge