NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

CHRISTOPHER H. CASEY
DIRECT DIAL: +1 215 979 1155
PERSONAL FAX: +1 215 689 2194
E-MAIL: CHCasey@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

December 9, 2021

***VIA ECF***

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re:   ***Federal Trade Commission, et al. v. Vyera Pharmaceuticals, LLC, et al.,***
      **Case No. 1:20-cv-00706 (DLC) (S.D.N.Y.)**

Dear Judge Cote:

      This office represents Defendant Martin Shkreli. We respectfully write, in accordance with Rule 8.B of Your Honor's Individual Practices in Civil Cases and the requirements for electronic filing under seal, to request leave of Court to file a proposed amended answer,[1] with redactions. The redactions are of information that Your Honor previously approved for redaction by Orders dated April 15, 2020 (ECF 90) and September 17, 2020 (ECF 261), and are narrowly tailored to protect commercially and competitively sensitive nonpublic information.

      Mr. Shkreli will publicly file his proposed amended answer with the redactions. Mr. Shkreli will also, in a separate docket entry, file under seal his proposed amended answer with the redactions highlighted to denote the information that is limited to the Court and counsel.

      Thank Your Honor for your consideration of this request.

Respectfully submitted,

*/s/ Christopher H. Casey*
Christopher H. Casey

*Granted.*
*Denise Cote*
*12/10/21*

CHC

---

[1] The proposed amended answer is annexed to a motion for leave to amend.

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196           PHONE: +1 215 979 1000   FAX: +1 215 979 1020

DuaneMorris

The Honorable Denise L. Cote
December 9, 2021
Page 2

CC: All counsel (via ECF)