UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                  :

FEDERAL TRADE COMMISSION and STATE OF  :
NEW YORK,                          :

                     Plaintiffs,  :

        -v-                     :

                                    :

VYERA PHARMACEUTICALS, LLC, PHOENIXUS  :
AG, MARTIN SHKRELI, individually, as  :
an owner and former director of      :
Phoenixus AG and a former executive of :
Vyera Pharmaceuticals, LLC, and KEVIN  :
MULLEADY, individually, as an owner    :
and director of Phoenixus AG and a     :
former executive of Vyera           :
Pharmaceuticals, LLC,             :

                   Defendants.  :

                                    :
------------------------------------- X

                  20cv706(DLC)

                  ORDER

DENISE COTE, District Judge:

     Trial in this action set to begin on **December 14, 2021**.  On

December 6, fifteen third parties submitted requests to redact

or seal trial exhibits and to close the courtroom during the

presentation of certain evidence (the "Third Party Sealing

Applications").  As set forth on the record at the final

pretrial conference held on December 10, it is hereby

     ORDERED that a conference shall be held on **December 13,

2021**, at **2:00 pm** in Courtroom 18B, 500 Pearl Street.  The

parties and any third parties that elect to appear shall be

prepared to address the Third Party Sealing Applications.

Dated:      New York, New York
          December 10, 2021

                               _____
                               DENISE COTE
                 United States District Judge