

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

December 13, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re:  *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, 1:20-cv-00706 (DLC)**

Dear Judge Cote:

At the pretrial conference, Your Honor requested that we file all written direct testimony on the first day of trial. However, in light of your rulings today at the conference to address third party sealing applications, we respectfully request permission to file written direct testimony on the day it is presented at trial.

Many of these written affidavits have been submitted by third parties or experts and include third party materials that we are now carefully reviewing for content that must be stricken or redacted following the guidance that Your Honor set out at the hearing today. We are also still working with third parties to assist us in completing this review.

Allowing us to file written direct testimony on the day it is submitted in Court will let us share this information with the public in a timely manner, while reducing the possibility of inadvertently filing material to the public record that should be redacted or stricken.

Sincerely,

*/s/ Markus H. Meier*
Assistant Director

```
Granted.

Dated: December 13, 2021
```

_____
DENISE COTE
United States District Judge