

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

December 16, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re: *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, **1:20-cv-00706 (DLC)**

Dear Judge Cote:

Plaintiffs inadvertently failed to redact certain third-party information in the public version of the written direct testimony of James R. Bruno, which we filed on Tuesday, December 14, 2021 (ECF 817). In accordance with Southern District of New York's Electronic Case Filing Rules & Instructions at 21.7, Plaintiffs have contacted the ECF Help Desk requesting that the original copy be sealed.

Plaintiffs request that Your Honor direct the Clerk of Court to formally seal ECF 817. Plaintiffs will file a corrected public copy of Mr. Bruno's written direct testimony.

Sincerely,

*/s/ Markus H. Meier*
Assistant Director

Granted.

Denise Cote
12/16/21