```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    20cv706(DLC)
FEDERAL TRADE COMMISSION, STATE OF NEW    :
YORK, STATE OF CALIFORNIA, STATE OF       :    ORDER
OHIO, COMMONWEALTH OF PENNSYLVANIA,       :
STATE OF ILLINOIS, STATE OF NORTH         :
CAROLINA, and COMMONWEALTH OF             :
VIRGINIA,                                 :
                                          :
                    Plaintiffs,           :
          -v-                             :
                                          :
MARTIN SHKRELI,                           :
                                          :
                    Defendant.            :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The Court's Findings of Fact and Conclusions of Law following trial in the above-captioned case was filed on January 14, 2022. It is hereby

ORDERED that the Plaintiffs shall present any proposed judgment to the defendant Martin Shkreli within five business days.

IT IS FURTHER ORDERED that the Plaintiffs shall file the proposed judgment with any objections to its terms by **January 28, 2022.**

Dated:   New York, New York
         January 14, 2022

                                   _____
                                            DENISE COTE
                                   United States District Judge