

UNITED STATES OF AMERICA
## Federal Trade Commission
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

January 28, 2022

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re:** *FTC et al. v. Vyera Pharmaceuticals, LLC et al.*, 1:20-cv-00706 (DLC)

Dear Judge Cote:

In accordance with Your Honor's order of January 14, 2022 (ECF 866), Plaintiffs are filing our Proposed Order for Permanent Injunction and Equitable Monetary Relief and Defendant Shkreli's objections thereto. Plaintiffs did not receive Shkreli's objections until this evening and thus have not had an opportunity to review them before filing the Proposed Order and objections. We therefore respectfully request the Court's permission to respond to Shkreli's objections by the end of Wednesday, February 2, 2022, should we determine that it is necessary to do so.

Sincerely,

*/s/ Markus H. Meier*
Assistant Director
Federal Trade Commission


```
Granted.

Dated: January 31, 2022
```

DENISE COTE
United States District Judge