IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA, <br><br> Plaintiffs, <br><br> v. <br><br> VYERA PHARMACEUTICALS, LLC; PHOENIXUS AG; MARTIN SHKRELI, individually, as an owner and former officer of Vyera Pharmaceuticals, LLC and Phoenixus AG (formerly known as Turing Pharmaceuticals, LLC and Turing Pharmaceuticals AG); and KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC <br><br> Defendants. | Case No. 1:20-cv-00706-DLC |

**NOTICE OF DEFENDANT MARTIN SHKRELI'S MOTION TO STAY ORDER FOR PERMANENT INJUNCTION PENDING APPEAL**

Please take notice that, upon the accompanying Memorandum of Law in Support of Defendant Martin Shkreli's Motion to Stay Order for Permanent Injunction Pending Appeal, the undersigned hereby move before the Honorable Denise L. Cote, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 1007, for an Order staying execution of the Court's permanent injunction pending appeal pursuant to Federal Rule of Civil Procedure 62(d).

Dated: March 7, 2022 Respectfully submitted,

By: */s/Christopher H. Casey*
Christopher H. Casey, Esq. (admitted *pro hac vice*)
Jeffrey S. Pollack, Esq. (admitted *pro hac vice*)
A.J. Rudowitz, Esq. (admitted *pro hac vice*)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1155/1974
Fax: (215) 689-2194
*Attorneys for Defendant Martin Shkreli*