```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      20cv706(DLC)
FEDERAL TRADE COMMISSION and STATE OF    :
NEW YORK, et. al.                        :         ORDER
                           Plaintiffs,   :
               -v-                       :
                                         :
MARTIN SHKRELI,                          :
                           Defendant.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 7, 2022, the defendant Martin Shkreli filed a motion to stay the February 4, 2022 Order for Permanent Injunction pending appeal. It is hereby

ORDERED that any opposition is due **March 28, 2022**. Any reply is due **April 11, 2022**.

SO ORDERED:

Dated:   New York, New York
         March 8, 2022

                                      _____
                                            DENISE COTE
                                      United States District Judge