```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   20cv706(DLC)
FEDERAL TRADE COMMISSION and STATE OF    :
NEW YORK, et. al.                        :        ORDER
                         Plaintiffs,     :
              -v-                        :
                                         :
MARTIN SHKRELI,                          :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 7, 2022, the defendant Martin Shkreli filed a motion to stay the execution of the February 4, 2022 Order for Equitable Monetary Relief pending appeal. It is hereby

ORDERED that any opposition is due **March 14, 2022**. Any reply is due **March 16, 2022**.

SO ORDERED:

Dated:   New York, New York
         March 8, 2022

_____
DENISE COTE
United States District Judge