UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
FEDERAL TRADE COMMISSION and STATE OF :   20cv706(DLC)
NEW YORK, et. al.                     :
                                      :   ORDER
              Plaintiffs,             :
                                      :
     -v-                              :
                                      :
MARTIN SHKRELI,                       :
                                      :
              Defendant.              :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On March 7, 2022, the plaintiff States of California, Illinois and Ohio, and the Commonwealth of Pennsylvania filed a motion for attorney's fees and costs. It is hereby

ORDERED that any opposition is due **March 28, 2022**. Any reply is due **April 11, 2022**.

SO ORDERED:

Dated:    New York, New York
          March 8, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge