| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>TAIWAN<br>BOSTON<br>HOUSTON<br>AUSTIN | **Duane Morris®**<br><br>*FIRM and AFFILIATE OFFICES*<br><br>CHRISTOPHER H. CASEY<br>DIRECT DIAL: +1 215 979 1155<br>PERSONAL FAX: +1 215 689 2194<br>E-MAIL  CHCasey@duanemorris.com<br><br>*www.duanemorris.com* | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR |

March 16, 2022

*VIA ECF*

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

   Re: *FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.*, Case No. 1:20-cv-706 (DLC)

Dear Judge Cote:

On behalf of Martin Shkreli, I hereby respectfully request permission to file under seal portions of Mr. Shkreli's March 15, 2022 Reply in Further Support of His Motion to Stay Execution of Monetary Judgment Pending Appeal (the "Reply").

Mr. Shkreli seeks to file portions of the Reply under seal because they relate to nonpublic information that the Court has already ordered sealed. ECF 881, 885. In accordance with Rule 8.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, Mr. Shkreli will publicly file a redacted version of the Reply, and on a separate docket entry, Mr. Shkreli will file under seal the unredacted Reply.

                Respectfully submitted,

                */s/ Christopher H. Casey*
                Christopher H. Casey

*[Handwritten annotation: Granted. 3/16/22 /s/ Denise Cote]*