

| | | |
|---|---|---|
| NEW YORK | *FIRM and AFFILIATE OFFICES* | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | **CHRISTOPHER H. CASEY** | WILMINGTON |
| CHICAGO | DIRECT DIAL: +1 215 979 1155 | MIAMI |
| WASHINGTON, DC | PERSONAL FAX: +1 215 689 2194 | BOCA RATON |
| SAN FRANCISCO | *E-MAIL*  CHCasey@duanemorris.com | PITTSBURGH |
| SILICON VALLEY | | NEWARK |
| SAN DIEGO | | LAS VEGAS |
| LOS ANGELES | *www.duanemorris.com* | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | | |
| AUSTIN | | |

March 29, 2022

***VIA ECF***

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

     **Re:**    ***FTC, et al. v. Vyera Pharmaceuticals, LLC, et al.,*** **Case No. 1:20-cv-706 (DLC)**

Dear Judge Cote:

On behalf of Martin Shkreli, I write to inform that Court that Mr. Shkreli is filing today a corrected version of his Memorandum of Law in Opposition to Plaintiff States' Motion for Attorney's Fees and Costs Under Section 16 of the Clayton Act (ECF 897).  This filing corrects the following typographical error: In the Table of Contents and on page 4, the heading of Section III.A.1. is changed as follows:  "The Standards for Injunctive Relief Under Section 16 of the Clayton Act Differ From Those Under Section ~~16 of the Clayton Act~~ 13(b) of the FTC Act."

        Respectfully submitted,

        */s/ Christopher H. Casey*
        Christopher H. Casey