# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 01 2022

Federal Trade Commission, et al.

(List the full name(s) of the plaintiff(s)/petitioner(s).)

__20__ CV __00706__ ( DLC )(    )

-against-

**NOTICE OF APPEAL**

Martin Shkreli

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Martin Shkreli

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☐ judgment    ☑ order    entered on: February 4, 2022   (ECF 876)

(date that judgment or order was entered on docket)

that: Banned Mr. Shkreli for life from the pharmaceutical industry, ordered him to pay $64.6 million, and ordered him to produce regular compliance reports.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

04/01/2022
Dated

*[signature]*, as Power of Attorney for Martin Shkreli
Signature*

Leonora Izerne
Name (Last, First, MI)

94-30 58TH AVE. APT. 5B    ELMHURST    NY    11373
Address                    City         State  Zip Code

646-732-6337                leonora525@gmail.com
Telephone Number            E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13