UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
FEDERAL TRADE COMMISSION, STATE OF NEW    :    20cv706 (DLC)
YORK, STATE OF CALIFORNIA, STATE OF       :
OHIO, COMMONWEALTH OF PENNSYLVANIA,       :    ORDER
STATE OF ILLINOIS, STATE OF NORTH         :
CAROLINA, and COMMONWEALTH OF             :
VIRGINIA,                                 :
                                          :
                    Plaintiffs,           :
          -v-                             :
                                          :
MARTIN SHKRELI,                           :
                                          :
                    Defendant.            :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

   An Order entered today resolved the motion for attorney's fees by four State plaintiffs in the above-captioned action: the States of California, Ohio, and Illinois, and the Commonwealth of Pennsylvania (the "Moving States"). It is hereby

   ORDERED that, pursuant to the Order of April 26, the Moving States may file supplemental declarations and a revised lodestar calculation by **May 2, 2022**. Should they make a supplemental submission, they shall serve those submissions on the defendant Martin Shkreli.

   IT IS FURTHER ORDERED that any response by Shkreli shall be filed by **May 31, 2022**.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to Shkreli and note service on the docket.

SO ORDERED:

Dated:   New York, New York
         April 26, 2022

                              _____
                                     DENISE COTE
                              United States District Judge