# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>VYERA PHARMACEUTICALS, *et al.*,<br><br>        *Defendants*. | Granted.<br>*[signature]*<br>6/10/22<br><br>Case No. 1:20-cv-00706-DLC |

## MOTION TO WITHDRAW AS COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael David Battaglia hereby requests to withdraw as counsel of record for Plaintiff State of California in the above-captioned case. I respectfully request that your Honor direct the Clerk of Court to remove me as counsel and to remove my name and email address from the Court's ECF/CM notification list.

In support of such motion, and in conformance with Local Rule 1.4, the undersigned counsel states the following:

1. Plaintiff State of California will continue to be represented in this case by Quyen D. Toland.

2. My request to withdraw as counsel of record will not affect any deadlines or cause any delay in this matter.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: June 8, 2022                               Respectfully submitted,

By: /s/ Michael David Battaglia
Michael David Battaglia
California Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3769
Michael.Battaglia@doj.ca.gov
*Attorney for the State of California*