```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
FEDERAL TRADE COMMISSION, STATE OF NEW     :    20cv706 (DLC)
YORK, STATE OF CALIFORNIA, STATE OF        :
OHIO, COMMONWEALTH OF PENNSYLVANIA,        :    ORDER
STATE OF ILLINOIS, STATE OF NORTH          :
CAROLINA, and COMMONWEALTH OF              :
VIRGINIA,                                  :
                                           :
                    Plaintiffs,            :
          -v-                              :
                                           :
MARTIN SHKRELI,                            :
                                           :
                    Defendant.             :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Order of April 26, 2022 resolved the motion for attorneys' fees by four State plaintiffs in the above-captioned action -- the States of California, Ohio, and Illinois, and the Commonwealth of Pennsylvania (the "Moving States"). The Order denied the Moving States' request for an award of over $2.7 million. Another Order entered that same day allowed the Moving States to file supplemental declarations and a revised lodestar calculation by May 2 and to serve those submissions on the defendant Martin Shkreli, who is appearing pro se. The Order also directed that any response by Shkreli was to be filed by May 31. The Moving States filed supplemental declarations and a significantly reduced lodestar calculation in the amount of

$853,440.80 on May 2. Shkreli has not filed any response. It is hereby

ORDERED that the Moving States' unopposed supplemental motion for attorneys' fees is granted.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment in the amount of $853,440.80 in favor of the Moving States. Additionally, the Clerk of Court shall mail a copy of this Order to Shkreli at the below address and note service on the docket.

    Martin Shkreli
    94-38 58th Ave., Apt. 5B
    Elmhurst, New York, 11373

    SO ORDERED:

Dated:     New York, New York
       June 10, 2022

                              DENISE COTE
                        United States District Judge