**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FEDERAL TRADE COMMISSION, STATE OF
NEW YORK, STATE OF CALIFORNIA, STATE
OF OHIO, COMMONWEALTH OF
PENNSYLVANIA, STATE OF ILLINOIS,
STATE OF NORTH CAROLINA, and
COMMONWEALTH OF VIRGINIA,

                Plaintiffs,            20 **CIVIL** 706 (DLC)

   -against-                            **JUDGMENT**
                                         **For Attorney's Fees**

MARTIN SHKRELI,
                 Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 10, 2022, judgment is entered in the amount of $853,440.80 in favor of the Moving States.

**Dated:** New York, New York
        June 13, 2022

                                                **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                       **BY:**        K. Mango
                                                    **Deputy Clerk**