IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA,<br><br>                              Plaintiffs,<br><br>    v.<br><br>VYERA PHARMACEUTICALS, LLC; PHOENIXUS AG; MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC; and KEVIN MULLEADY, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br><br>                              Defendants. | Case No. 1:20-cv-00706-DLC |

**Plaintiffs' Motion for an Order to Show Cause Why Defendant Shkreli Should Not Be Held in Civil Contempt for Violating the Court's February 4, 2022 Order**

Plaintiffs move the Court for an order to show cause why Defendant Martin Shkreli should not be held in contempt for violation the Court's Order for Permanent Injunction and Equitable Monetary Relief entered in this case on February 4, 2022.

The grounds for this motion are set forth fully in the accompanying memorandum of law. A proposed order also accompanies this motion.

Dated: January 20, 2023                    Respectfully submitted,

/s/ Markus H. Meier
Maribeth Petrizzi
Susan Huber
Christine Tasso
Danielle M. Sims
Bradley S. Albert
Maren Haneberg

Federal Trade Commission
600 Pennsylvania Ave. N.W.
Washington, D.C. 20580
Tel: (202) 326-3759
mmeier@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

/s/ Elinor R. Hoffmann
Elinor R. Hoffmann
Amy MacFarlane
Saami Zain

New York State
Office of the Attorney General
28 Liberty St.
New York, N.Y., 10005
Tel: (212) 416-8269
elinor.hoffmann@ag.ny.gov

*Counsel for State of New York on Behalf of State Plaintiffs*