# Exhibit A

### *Announcing Druglike - A Web3 Drug Discovery Platform*

Newstex Blogs

ReleaseWire

July 25, 2022 Monday 4:55 PM EST

Copyright 2022 Newstex LLC All Rights Reserved

**Length:** 1332 words

## Body

Jul 25, 2022( ReleaseWire: *http://www.releasewire.com*/ Delivered by Newstex)

 New York, NY -- (ReleaseWire[1]) -- 07/25/2022 -- **Druglike**, a **Web3 drug discovery** software **platform** co-founded by Martin Shkreli, today released a demo, website, and whitepaper detailing its efforts to democratize the costs, access, and rewards of computational **drug discovery**.

"We started **Druglike** because in our experience, traditional **drug discovery** software is too difficult and expensive to use," said Martin Shkreli, Co-Founder of **Druglike**. "**Druglike** will remove barriers to early-stage **drug discovery**, increase innovation and allow a broader group of contributors to share the rewards." Shkreli added: "Underserved and underfunded communities, such as those focused on rare diseases or in developing markets, will also benefit from access to these tools."

**Druglike** is building a decentralized compute network which provides resources for anyone looking to start or contribute to early-stage **drug discovery** projects. Unlike competitors, **Druglike** will be web-based and completely free to use. **Druglike** will soon release a web-based suite for target identification, **drug** design, and tools for both constructing and running large-scale virtual screening workflows.

**Druglike**'s ability to revolutionize **drug discovery** is enabled by **Web3** technology.

Proof-of-Optimization, a novel blockchain consensus mechanism described in the whitepaper, plans to solve computational chemistry problems at a cost competitive with that of standard on premises and cloud computing. Compute contributors can run both solver and validator nodes powering industrial-scale virtual screening campaigns in exchange for $MSI, the **platform**'s official token.

"For the first time, any computer or phone with access to the web might be responsible and rewarded for discovering the next breakthrough medicine," said Shkreli, **Druglike** Co-Founder. "We will disrupt the economics of the **drug** business by allowing a wide pool of innovators and contributors, rather than only pharmaceutical giants, to profit from **drug discovery**."

"Current in silico software is only accessible to large pharmaceutical companies willing to pay obnoxious licensing fees. Students in every country no matter their university, startup companies to Fortune 500s, and even dedicated hobbyists will all have the same opportunity to design new molecules to change the future of **drug discovery**," said Shkreli, co-founder of **Druglike**.

Announcing Druglike - A Web3 Drug Discovery Platform

**Druglike**, a decentralized science (DeSci) **drug discovery Web3 platform** founded in 2022, seeks to democratize and disrupt the current in silico computational chemistry software industry by offering pharmaceutical researchers, students, and activists access to computational resources and a marketplace to securely work together creating new molecules and intellectual property rights. **Druglike** uses Proof-of-Optimization, a novel blockchain consensus mechanism, to secure the integrity of the research shared, and Non-Fungible Token (NFT) technology to secure IP rights in the earliest stages of new molecule creation. For more information about **Druglike** please refer to the white paper here: **druglike**.com

SAFE HARBOR STATEMENT

The information provided in this press release pertaining to **Druglike** ("the Company"), its business assets, strategy, and operations, is for general informational purposes only and is not a formal offer to sell or a solicitation of an offer to buy any assets related to the Company. Information contained in this press release should not be relied upon as advice to buy or do anything. **Druglike** reserves the right to amend or replace the information contained herein, in part or entirely, at any time. Additionally, the Company undertakes no obligation to comment on the expectations of, or statements made by, third parties in respect of the matters discussed in this press release.

**Druglike** is a blockchain/**Web3** software company and not a pharmaceutical company. **Druglike** is not engaged in pharmaceutical research or **drug** development.

Statements in this communication that are not historical facts are forward-looking statements that reflect the Company's current expectations, assumptions and estimates of future performance and economic conditions. These forward-looking statements are made in reliance on the safe harbor provisions of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements relate to, among other things, future events or the future performance or operations of the Company, including its ability to realize the benefits from our operating model or successfully pursue stated initiatives. All statements other than historical facts may be forward-looking statements and can be identified by words such as "anticipate," "believe," "could," "design," "estimate," "expect," "forecast," "goal," "guidance," "imply," "intend," "may," "objective," "opportunity," "outlook," "plan," "position," "potential," "predict," "project," "prospective," "pursue," "seek," "should," "strategy," "target," "would," "will," "aim" or other similar expressions that convey the uncertainty of future events or outcomes and are used to identify forward-looking statements. Such forward-looking statements are not guarantees of future performance and are subject to risks, uncertainties and other factors, some of which are beyond the control of the Company. While the Company may elect to update these forward-looking statements at some point in the future, it specifically disclaims any obligation to update or revise any forward-looking-statements contained in this press release whether as a result of new information or future events, except as may be required by applicable law. Nothing contained herein constitutes or will be deemed to constitute a forecast, projection or estimate of the future financial performance or expected results of the Company.

CONTACT INFORMATION:

*pr@druglike.com* ;

Twitter: *https://twitter.com/druglike_io*[2]

Announcing Druglike - A Web3 Drug Discovery Platform

For more information on this press release visit: *http://www.releasewire.com/press-releases/***announcing-druglike-*a*-web3-drug-discovery-platform*-1361234.htm*[3] Media Relations Contact Kevin McSheehan Advisor **Druglike** Email: Click to Email Kevin McSheehan[4] Web: *https://**druglike**.com*[5]

[ 1]: *http://www.releasewire.com/?utm_source=nt&utm_medium=feed&utm_campaign=distribution* [ 2]: *https://twitter.com/**druglike**_io* [ 3]: *http://www.releasewire.com/press-releases/***announcing-druglike-*a*-web3-drug-discovery-platform*-1361234.htm?utm_source=nt&utm_medium=feed&utm_campaign=distribution* [ 4]: *http://www.releasewire.com/press-releases/contact/1361234?utm_source=nt&utm_medium=feed&utm_campaign=distribution* [ 5]: *https://**druglike**.com*

The views expressed in any and all content distributed by Newstex and its re-distributors (collectively, the "Newstex Authoritative Content") are solely those of the respective author(s) and not necessarily the views of Newstex or its re-distributors. Stories from such authors are provided "AS IS," with no warranties, and confer no rights. The material and information provided in Newstex Authoritative Content are for general information only and should not, in any respect, be relied on as professional advice. Newstex Authoritative Content is not "read and approved" before it is posted. Accordingly, neither Newstex nor its re-distributors make any claims, promises or guarantees about the accuracy, completeness, or adequacy of the information contained therein or linked to from such content, nor do they take responsibility for any aspect of such content. The Newstex Authoritative Content shall be construed as author-based content and commentary. Accordingly, no warranties or other guarantees are offered as to the quality of the opinions, commentary or anything else appearing in such Newstex Authoritative Content. Newstex and its re-distributors expressly reserve the right to delete stories at its and their sole discretion.

**Load-Date:** July 25, 2022

End of Document