# Exhibit B

 **MSI**

Home | About | Tokenomics | Roadmap | How to Buy? | **BUY $MSI**

# Powering MSI projects

MSI's first project is Druglike, a Decentralized Science (DeSci) Silico Web3 Platform democratizing access to the early stages of pharmaceutical drug discovery, funding of future pharmaceuticals, and intellectual property rights.

Druglike intends to build decentralized access to computational and community resources for anyone looking to contribute. Unlike competitors, Druglike is **web based** and **completely free** to use.



### Proof-of-Optimization

Druglike's distributed computational system intends to lower costs for cheminformatics compute secured by Proof-of-Optimization, a novel blockchain consensus mechanism described in the whitepaper, plans to solve computational chemistry problems at a cost competitive with that of standard on premises and cloud computing.



### $MSI Reward System

Compute contributors can run both solver and validator nodes powering industrial-scale virtual screening campaigns in exchange for $MSI, the platform's official token.

