```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
FEDERAL TRADE COMMISSION, et al.,        :
                                         :
                    Plaintiffs,          :        20cv706 (DLC)
                                         :
           -v-                           :           ORDER
                                         :
VYERA PHARMACEUTICALS, LLC, et al.,      :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On January 20, 2023, the plaintiffs filed a motion for an order to show cause why defendant Martin Shkreli should not be held in civil contempt for violating the Court's February 4, 2022 Order. Shkreli is currently not represented by counsel in the above-captioned action. As the plaintiffs note in their motion papers, however, Shkreli is represented by Brianne Murphy in a judgment creditor action also pending before this Court, Koestler v. Shkreli, 16cv7175. It is hereby

ORDERED that any opposition to the plaintiffs' January 20 motion is due **February 10, 2023**. Any reply is due **February 24**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the plaintiffs shall promptly serve a copy of this Order on Shkreli and on Brianne Murphy and shall file an affidavit of such service on ECF.

Dated:   New York, New York
         January 20, 2023

_____
DENISE COTE
United States District Judge