**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA, <br><br> Plaintiffs, <br><br> v. <br><br> VYERA PHARMACEUTICALS, LLC; PHOENIXUS AG; MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC; and KEVIN MULLEADY, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC, <br><br> Defendants. | Case No. 1:20-cv-00706-DLC |

**Confirmation of Service of the Court's January 20, 2023 Order**

Maren Haneberg, pursuant to 28 USC § 1746, declares as follows:

1.      I represent the Federal Trade Commission in this action.

2.      Pursuant to the Court's order of January 20, 2023 (ECF 923), on behalf of all Plaintiffs I served a copy of the same order on both Martin Shkreli and Brianne Murphy today via email.

3.      Mr. Shkreli and Ms. Murphy both promptly confirmed via email that they accepted service of the order.

4.      Mr. Shkreli's email accepting service of the order is attached as Exhibit A.

5.      Ms. Murphy's email accepting service of the order is attached as Exhibit B.

6.      I am providing a copy of this Confirmation of Service to Ms. Murphy and

Mr. Shkreli via email.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on January 20, 2023                    */s/ Maren Haneberg*
                                                Maren Haneberg

# Exhibit A

## Haneberg, Maren

---

| | |
|---|---|
| **From:** | Martin Shkreli <martin@martinshkreli.com> |
| **Sent:** | Friday, January 20, 2023 4:25 PM |
| **To:** | Haneberg, Maren |
| **Subject:** | Re: FTC v. Shkreli (1:20-cv-00706-DLC): Motion for an order to show cause |

I agree to accept service.
Martin Shkreli

On Fri, Jan 20, 2023 at 4:16 PM Haneberg, Maren <mhaneberg@ftc.gov> wrote:

> Brianne & Mr. Shkreli:
>
>
> Upon a closer reading of Judge Cote's order issued today (attached), Plaintiffs are required to also serve a copy of the order directly on Mr. Shkreli as he is not yet officially represented in this action.
>
>
> I would appreciate it if you would each reply to this email stating whether you accept this email as service of the order. If Mr. Shkreli does not agree to service by email, please provide a current address where we can mail the order.
>
>
> Thanks,
>
> Maren

---

**From:** Brianne Murphy <brianne@industrielaw.com>
**Sent:** Friday, January 20, 2023 4:01 PM
**To:** Haneberg, Maren <mhaneberg@ftc.gov>
**Cc:** Elinor.Hoffmann@ag.ny.gov; Amy.McFarlane@ag.ny.gov; Zain, Saami <Saami.Zain@ag.ny.gov>; Quyen D. Toland <Quyen.Toland@doj.ca.gov>; Michael.Goldsmith@doj.ca.gov; Schultz, Richard <Richard.Schultz@ilag.gov>; Beth Finnerty <beth.finnerty@ohioago.gov>; Derek Whiddon <Derek.Whiddon@ohioago.gov>; jsutton2@ncdoj.gov; twertz@attorneygeneral.gov; jbetsko@attorneygeneral.gov; Henry, Tyler T. <thenry@oag.state.va.us>; Petrizzi, Maribeth <mpetrizzi@ftc.gov>; Huber, Susan <SHUBER@ftc.gov>; Sims, Danielle <dsims1@ftc.gov>; Meier, Markus H. <MMEIER@ftc.gov>; Albert, Bradley Scott <BALBERT@ftc.gov>; Guy, Stephanie <sguy@ftc.gov>; Tasso, Christine <ctasso@ftc.gov>
**Subject:** Re: FTC v. Shkreli (1:20-cv-00706-DLC): Motion for an order to show cause


Hi Maren,

Thank you.  I will let Martin know. Best, Brianne

Sent from my iPhone

On Jan 20, 2023, at 3:56 PM, Haneberg, Maren <mhaneberg@ftc.gov> wrote:

Brianne:

Judge Cote has issued the attached order, setting February 10, 2023, as the deadline for any opposition to our motion and February 24, 2023, as the deadline for any reply.

Please let me know if you accept this email as service.

Thanks,

Maren

---

**From:** Haneberg, Maren
**Sent:** Friday, January 20, 2023 12:07 PM
**To:** Brianne Murphy <brianne@industrielaw.com>
**Cc:** Elinor.Hoffmann@ag.ny.gov; Amy.McFarlane@ag.ny.gov; Zain, Saami <Saami.Zain@ag.ny.gov>; Quyen D. Toland <Quyen.Toland@doj.ca.gov>; Michael.Goldsmith@doj.ca.gov; Schultz, Richard <Richard.Schultz@ilag.gov>; Beth Finnerty <beth.finnerty@ohioago.gov>; Derek Whiddon <Derek.Whiddon@ohioago.gov>; jsutton2@ncdoj.gov; twertz@attorneygeneral.gov; jbetsko@attorneygeneral.gov; Henry, Tyler T. <thenry@oag.state.va.us>; Petrizzi, Maribeth <mpetrizzi@ftc.gov>; Huber, Susan <SHUBER@ftc.gov>; Sims, Danielle <dsims1@ftc.gov>; Meier, Markus H. <MMEIER@ftc.gov>; Albert, Bradley Scott <BALBERT@ftc.gov>; Guy, Stephanie <sguy@ftc.gov>; Tasso, Christine <ctasso@ftc.gov>
**Subject:** FTC v. Shkreli (1:20-cv-00706-DLC): Motion for an order to show cause

Brianne:

Attached please find a courtesy copy of Plaintiffs' Motion for an Order to Show Cause Why Defendant Shkreli Should Not Be Held in Civil Contempt for Violating the Court's February 4, 2022 order and

supporting materials, which was just filed on ECF. A paper service copy has also been mailed to you at the address posted on your firm's website (600 Pennsylvania Ave., SE, No. 200, Washington, DC 20003).


Thanks,

Maren


**Maren Haneberg**

FTC Health Care Division

(202) 326-3084

[mhaneberg@ftc.gov](mailto:mhaneberg@ftc.gov)

# Exhibit B

## Haneberg, Maren

| | |
|---|---|
| **From:** | Brianne Murphy <brianne@industrielaw.com> |
| **Sent:** | Friday, January 20, 2023 4:26 PM |
| **To:** | Haneberg, Maren |
| **Cc:** | martin@martinshkreli.com; Elinor.Hoffmann@ag.ny.gov; Amy.McFarlane@ag.ny.gov; Zain, Saami; Quyen D. Toland; Michael.Goldsmith@doj.ca.gov; Schultz, Richard; Beth Finnerty; Derek Whiddon; jsutton2@ncdoj.gov; twertz@attorneygeneral.gov; jbetsko@attorneygeneral.gov; Henry, Tyler T.; Petrizzi, Maribeth; Huber, Susan; Sims, Danielle; Meier, Markus H.; Albert, Bradley Scott; Guy, Stephanie; Tasso, Christine |
| **Subject:** | Re: FTC v. Shkreli (1:20-cv-00706-DLC): Motion for an order to show cause |
| **Attachments:** | 923, 2023.01.20 Order to Show Cause.pdf |

I accept service via email.  Thank you. Brianne

Sent from my iPhone

> On Jan 20, 2023, at 4:16 PM, Haneberg, Maren <mhaneberg@ftc.gov> wrote:

Brianne & Mr. Shkreli:

Upon a closer reading of Judge Cote's order issued today (attached), Plaintiffs are required to also serve a copy of the order directly on Mr. Shkreli as he is not yet officially represented in this action.

I would appreciate it if you would each reply to this email stating whether you accept this email as service of the order. If Mr. Shkreli does not agree to service by email, please provide a current address where we can mail the order.

Thanks,
Maren

---

**From:** Brianne Murphy <brianne@industrielaw.com>
**Sent:** Friday, January 20, 2023 4:01 PM
**To:** Haneberg, Maren <mhaneberg@ftc.gov>
**Cc:** Elinor.Hoffmann@ag.ny.gov; Amy.McFarlane@ag.ny.gov; Zain, Saami <Saami.Zain@ag.ny.gov>; Quyen D. Toland <Quyen.Toland@doj.ca.gov>; Michael.Goldsmith@doj.ca.gov; Schultz, Richard <Richard.Schultz@ilag.gov>; Beth Finnerty <beth.finnerty@ohioago.gov>; Derek Whiddon <Derek.Whiddon@ohioago.gov>; jsutton2@ncdoj.gov; twertz@attorneygeneral.gov; jbetsko@attorneygeneral.gov; Henry, Tyler T. <thenry@oag.state.va.us>; Petrizzi, Maribeth <mpetrizzi@ftc.gov>; Huber, Susan <SHUBER@ftc.gov>; Sims, Danielle <dsims1@ftc.gov>; Meier, Markus H. <MMEIER@ftc.gov>; Albert, Bradley Scott <BALBERT@ftc.gov>; Guy, Stephanie <sguy@ftc.gov>; Tasso, Christine <ctasso@ftc.gov>
**Subject:** Re: FTC v. Shkreli (1:20-cv-00706-DLC): Motion for an order to show cause

Hi Maren,

Thank you.  I will let Martin know. Best, Brianne

Sent from my iPhone

On Jan 20, 2023, at 3:56 PM, Haneberg, Maren <mhaneberg@ftc.gov> wrote:

Brianne:

Judge Cote has issued the attached order, setting February 10, 2023, as the deadline for any opposition to our motion and February 24, 2023, as the deadline for any reply.

Please let me know if you accept this email as service.

Thanks,
Maren

---

**From:** Haneberg, Maren
**Sent:** Friday, January 20, 2023 12:07 PM
**To:** Brianne Murphy <brianne@industrielaw.com>
**Cc:** Elinor.Hoffmann@ag.ny.gov; Amy.McFarlane@ag.ny.gov; Zain, Saami <Saami.Zain@ag.ny.gov>; Quyen D. Toland <Quyen.Toland@doj.ca.gov>; Michael.Goldsmith@doj.ca.gov; Schultz, Richard <Richard.Schultz@ilag.gov>; Beth Finnerty <beth.finnerty@ohioago.gov>; Derek Whiddon <Derek.Whiddon@ohioago.gov>; jsutton2@ncdoj.gov; twertz@attorneygeneral.gov; jbetsko@attorneygeneral.gov; Henry, Tyler T. <thenry@oag.state.va.us>; Petrizzi, Maribeth <mpetrizzi@ftc.gov>; Huber, Susan <SHUBER@ftc.gov>; Sims, Danielle <dsims1@ftc.gov>; Meier, Markus H. <MMEIER@ftc.gov>; Albert, Bradley Scott <BALBERT@ftc.gov>; Guy, Stephanie <sguy@ftc.gov>; Tasso, Christine <ctasso@ftc.gov>
**Subject:** FTC v. Shkreli (1:20-cv-00706-DLC): Motion for an order to show cause

Brianne:

Attached please find a courtesy copy of Plaintiffs' Motion for an Order to Show Cause Why Defendant Shkreli Should Not Be Held in Civil Contempt for Violating the Court's February 4, 2022 order and supporting materials, which was just filed on ECF. A paper service copy has also been mailed to you at the address posted on your firm's website (600 Pennsylvania Ave., SE, No. 200, Washington, DC 20003).

Thanks,
Maren

**Maren Haneberg**
FTC Health Care Division
(202) 326-3084
mhaneberg@ftc.gov

2