IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA,<br><br>                      Plaintiffs,<br><br>     v.<br><br>VYERA PHARMACEUTICALS, LLC; PHOENIXUS AG; MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC; and KEVIN MULLEADY, individually, as an owner and former director of Phoenixus AG and a former executive of Vyera Pharmaceuticals, LLC,<br><br>                      Defendants. | Case No. 1:20-cv-00706-DLC |

**Confirmation of Service of the Court's March 1, 2023 Order**

Maren Haneberg, pursuant to 28 USC § 1746, declares as follows:

1.    I represent the Federal Trade Commission in this action.

2.    Pursuant to the Court's order of March 1, 2023 (ECF 930), on behalf of all Plaintiffs I served a copy of the same order on both Martin Shkreli and Brianne Murphy today via email.

3.    A copy of my email to Ms. Murphy and Mr. Shkreli is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 1, 2023                      */s/ Maren Haneberg*_____
                                                                    Maren Haneberg