**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA,

Plaintiffs,

v.

MARTIN SHKRELI,

Defendant.

Case No. 1:20-cv-00706

**Plaintiffs' Motion for an Order to Show Cause Why Defendant Shkreli Should Not Be Found in Civil Contempt for Violating the Court's February 4, 2022 Order**

Plaintiffs move the Court for an order to show cause why Defendant Martin Shkreli should not be held in civil contempt for violation of the Court's Order for Permanent Injunction and Equitable Monetary Relief entered in this case on February 4, 2022.

The grounds for this motion are set forth fully in the accompanying memorandum of law and exhibits. A proposed order to show cause and a proposed contempt order also accompany this motion.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Maren Haneberg*

MAREN HANEBERG
(DC Bar No. 975383; admitted *pro hac vice*)
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, DC 20580
Tel: (202) 326-3084
Email: mhaneberg@ftc.gov
*Attorney*

BRADLEY S. ALBERT
(MD Bar No. 9412130008;
admitted *pro hac vice*)
*Assistant Director*

LAUREN K. PEAY
(DC Bar No. 982275; admitted *pro hac vice*)
*Deputy Assistant Director*

MARIBETH PETRIZZI
(NY Bar No. 2386712)
*Assistant Director*

JAMIE TOWEY
(DC Bar No. 475969;
*pro hac vice* forthcoming)
*Deputy Assistant Director*

EVAN J. CARTAGENA (PA Bar No. 327586)
ANDREW KENNEDY (DC Bar No. 90004128)
KELLY MCCLUER (DC Bar No. 1725231)
DANIELLE SIMS (DC Bar No. 982506,
FL Bar No. 42310)
*Attorneys*
(admissions *pro hac vice* forthcoming)

Federal Trade Commission
Bureau of Competition

*Counsel for Plaintiff*
*Federal Trade Commission*

Of Counsel:

DANIEL GUARNERA
(NY Bar No. 5346937)
*Director*

TAYLOR HOOGENDOORN
(TX Bar No. 24130794,
DC Bar No. 1672463;
*pro hac vice* forthcoming)
*Deputy Director*

Federal Trade Commission
Bureau of Competition

Dated: October 13, 2026

Respectfully submitted,

FOR PLAINTIFF STATE OF NEW YORK

LETITIA JAMES
*Attorney General*

*/s/ Elinor R. Hoffmann*
ELINOR R. HOFFMANN
Email: Elinor.Hoffmann@ag.ny.gov
*Chief, Antitrust Bureau*

AMY MCFARLANE
Email: Amy.McFarlane@ag.ny.gov

SAAMI ZAIN
Email: Saami.Zain@ag.ny.gov

Office of the New York Attorney General
Antitrust Bureau
28 Liberty Street, 20th Floor
New York, NY 10005
Tel: (212) 416-8262

*Counsel for Plaintiff*
*State of New York*

Dated: October 13, 2026

Respectfully submitted,

FOR PLAINTIFF STATE OF CALIFORNIA

ROB BONTA
*Attorney General of California*

*/s/ Winston H. Chen*
WINSTON H. CHEN
(CA Bar No. 166959; *pro hac vice* forthcoming)
Email: Winston.Chen@doj.ca.gov
*Deputy Attorney General*

Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6000

*Counsel for Plaintiff*
*State of California*

Dated: October 13, 2026

Respectfully submitted,

FOR PLAINTIFF STATE OF ILLINOIS

KWAME RAOUL
*Attorney General of Illinois*

*/s/ Richard S. Schultz*
RICHARD S. SCHULTZ
(admitted *pro hac vice*)
Email: Richard.Schultz@ilag.gov
*Assistant Attorney General*

Office of the Illinois Attorney General
Antitrust Bureau
115 S. LaSalle Street, Floor 23
Chicago, Illinois 60603
Tel: (872) 272-0996

*Counsel for Plaintiff*
*State of Illinois*

Dated: October 13, 2026

Respectfully submitted,

FOR PLAINTIFF
STATE OF NORTH CAROLINA

JEFF JACKSON
*Attorney General of North Carolina*

*/s/ Kimberley A. D'Arruda*
KIMBERLEY A. D'ARRUDA
(*pro hac vice* forthcoming)
Email: kdarruda@ncdoj.gov

State of North Carolina
Department of Justice
Office of the Attorney General
14 W. Edenton Street
Raleigh, NC 27603
Tel: (919) 716-6013

*Counsel for Plaintiff*
*State of North Carolina*

Dated: October 13, 2026

Respectfully submitted,

FOR PLAINTIFF STATE OF OHIO

ANDY WILSON
*Attorney General*

*/s/ Sarah Mader*
SARAH MADER
(*pro hac vice* forthcoming)
Email: Sarah.Mader@OhioAGO.gov

BETH A. FINNERTY
(admitted *pro hac vice*)
Email: Beth.Finnerty@OhioAGO.gov

Office of the Ohio Attorney General
Antitrust Section
30 E. Broad St. 26th Floor
Tel: (614) 466-4328

*Counsel for Plaintiff*
*State of Ohio*

Dated: October 13, 2026

Respectfully submitted,

FOR PLAINTIFF
COMMONWEALTH OF PENNSYLVANIA

DAVID W. SUNDAY, JR.
*Attorney General*

SEAN A. KIRKPATRICK
*Executive Deputy Attorney General*
Public Protection Division

TRACY W. WERTZ
*Chief Deputy Attorney General*
Antitrust Section

*/s/ Joseph S. Betsko*
JOSEPH S. BETSKO
(admitted *pro hac vice)*
Email: Jbetsko@attorneygeneral.gov
*Assistant Chief Deputy Attorney General*
Antitrust Section

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Tel: (717) 787-4530

*Counsel for Plaintiff*
*Commonwealth of Pennsylvania*

Dated: October 13, 2026

Respectfully submitted,

FOR PLAINTIFF
COMMONWEALTH OF VIRGINIA

JAY JONES
*Attorney General of Virginia*

*/s/ Tyler T. Henry*
TYLER T. HENRY
(VA Bar No. 87621; admitted *pro hac vice*)
Email: THenry@oag.state.va.us
*Senior Assistant Attorney General*
Antitrust Unit

Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Tel: (804) 692-0485

*Counsel for Plaintiff*
*Commonwealth of Virginia*