# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA,

Plaintiffs,

v.

MARTIN SHKRELI,

Defendant.

Case No.: 1:20-cv-00706

**Declaration in Support of Plaintiffs' Motion to Show Cause**

I, Maren Haneberg, declare as follows:

1. My name is Maren Haneberg, and I am an attorney in the Federal Trade Commission's Bureau of Competition Health Care Division. I am licensed to practice in the District of Columbia and am admitted pro hac vice in this matter.

2. I submit this declaration in support of Plaintiffs' Motion to Show Cause Why Shkreli Should Not Be Held in Civil Contempt for Violating the Court's February 4, 2022, Order.

**EXHIBIT B**

3. Attached as Exhibit B is a summary of evidence in Exhibits C, D, and E demonstrating Shkreli's Ownership Interests in Pharmaceutical Companies and certain relevant statements he has made about Pharmaceutical Companies since the Permanent Injunction issued on February 4, 2022, organized by company.

**EXHIBIT C**

4. Attached as Exhibit C is a hard drive containing a copy of each of the Shkreli livestream videos quoted or otherwise cited in the brief or Exhibit B, as well as a table of contents. Each of the videos were obtained from publicly accessible sources on the internet. To the best of my knowledge, each of the videos is a true and correct copy of the materials as it appeared online at the time of retrieval. No alterations, edits, or modifications have been made other than those necessary for downloading or file format conversion.

5. Exhibit C pages i-xiv is a table of contents of the videos on the hard drive.

6. Exhibit C-1 is a true and correct copy of the July 14, 2022, Shkreli YouTube livestream titled *7/14/22*. The livestream was downloaded (https://www.youtube.com/watch?v=DdJoOu13UCc) on July 8, 2026.

7. Exhibit C-2 is a true and correct copy of the July 20, 2022, Shkreli YouTube livestream titled *TRADING COMPETITION DAY 3*. The livestream was downloaded (https://www.youtube.com/watch?v=9rLFQgIHF08) on July 13, 2026.

8. Exhibit C-3 is a true and correct copy of the July 20, 2022, Shkreli YouTube livestream titled *7-20-22*. The livestream was downloaded (https://www.youtube.com/watch?v=1imt_CJ07kE) on July 8, 2026.

9. Exhibit C-4 is a true and correct copy of the July 26, 2022, Shkreli YouTube livestream titled *Trading Competition Week 2*. The livestream was downloaded (https://www.youtube.com/watch?v=tg059aocASY) on July 8, 2026.

10. Exhibit C-5 is a true and correct copy of the July 27, 2022, Shkreli YouTube livestream titled *Trading Competition – Week 2*. The livestream was downloaded (https://www.youtube.com/watch?v=-qkZvE9gL9U) on September 15, 2026.

11. Exhibit C-6 is a true and correct copy of the July 29, 2022, Shkreli YouTube livestream titled *Trading Competition Week 2*. The livestream was downloaded (https://www.youtube.com/watch?v=Ag8WeLudFNc) on July 13, 2026.

12. Exhibit C-7 is a true and correct copy of the August 1, 2022, Shkreli YouTube livestream titled *Trading Competition Week 3*. The livestream was downloaded (https://www.youtube.com/watch?v=_BiHBhYQ7UE) on July 8, 2026.

13. Exhibit C-8 is a true and correct copy of the August 1, 2022, Shkreli YouTube livestream titled *LLY Stock Analysis w/ Shkreli (Aug 1, 2022) Part One*. The livestream was downloaded (https://www.youtube.com/watch?v=TtFp7rFaCMg) on July 8, 2026.

14. Exhibit C-9 is a true and correct copy of the August 5, 2022, Shkreli YouTube livestream titled *Trading Competition Week 3*. The livestream was downloaded (https://www.youtube.com/watch?v=nhMoYOtiDdM) on July 8, 2026.

15. Exhibit C-10 is a true and correct copy of the August 9, 2022, Shkreli YouTube livestream titled *Trading Competition Week 4*. The livestream was downloaded (https://www.youtube.com/watch?v=gFhHP8Pnr9Q) on July 8, 2026.

16. Exhibit C-11 is a true and correct copy of the August 15, 2022, Shkreli YouTube livestream titled *8-15-22*. The livestream was downloaded (https://www.youtube.com/watch?v=yqvrJ99bVSE) on July 13, 2026.

17. Exhibit C-12 is a true and correct copy of the August 16, 2022, Shkreli YouTube livestream titled *8-16-22*. The livestream was downloaded (https://www.youtube.com/watch?v=78--DFyNk1U) on July 13, 2026.

18. Exhibit C-13 is a true and correct copy of the August 19, 2022, Shkreli YouTube livestream titled *GSK Stock Analysis (August 19, 2022)*. The livestream was downloaded (https://www.youtube.com/watch?v=qLlH9tzK1lE) on July 8, 2026.

19. Exhibit C-14 is a true and correct copy of the August 22, 2022, Shkreli YouTube livestream titled *Full Livestream-ANSS Stock, Gaming, Investing Lesson (August 22, 2022)*. The livestream was downloaded (https://www.youtube.com/watch?v=TddYlACk9yk) on July 8, 2026.

20. Exhibit C-15 is a true and correct copy of the August 25, 2022, Shkreli YouTube livestream titled *8-25-22*. The livestream was downloaded (https://www.youtube.com/watch?v=ScWxVtXGg14) on July 8, 2026.

21. Exhibit C-16 is a true and a correct copy of the August 26, 2022, Shkreli YouTube livestream titled *8-26-22*. The livestream was downloaded (https://www.youtube.com/watch?v=jODEhrKcbFM) on July 8, 2026.

22. Exhibit C-17 is a true and correct copy of the August 29, 2022, Shkreli YouTube livestream titled *Happy Monday!*. The livestream was downloaded (https://www.youtube.com/watch?v=wRQclUY5FZg) on July 8, 2026.

23. Exhibit C-18 is a true and correct copy of the September 2, 2022, Shkreli YouTube livestream titled *9-2-22*. The livestream was downloaded (https://www.youtube.com/watch?v=3_c1DWbBg8Y) on July 8, 2026.

24. Exhibit C-19 is a true and correct copy of the September 30, 2022, Shkreli YouTube livestream titled *friday*. The livestream was downloaded (https://www.youtube.com/watch?v=LfvXoY1eo0s) on July 8, 2026.

25. Exhibit C-20 is a true and correct copy of the October 5, 2022, Shkreli YouTube livestream titled *alzheimers, CDK5, biochemistry etc*. The livestream was downloaded (https://www.youtube.com/watch?v=vgUNSCxo9bY) on July 8, 2026.

26. Exhibit C-21 is a true and correct copy of the October 7, 2022, Shkreli YouTube livestream titled *friday*. The livestream was downloaded (https://www.youtube.com/watch?v=nGK5sRLk9fw) on July 8, 2026.

27. Exhibit C-22 is a true and correct copy of the February 2, 2023, Shkreli YouTube livestream titled *2-2-23 earnings season*. The livestream was downloaded (https://www.youtube.com/watch?v=lOZIyDNjzyI) on July 8, 2026.

28. Exhibit C-23 is a true and correct copy of the February 27, 2024, Shkreli YouTube livestream titled *GLP-1 deep dive*. The livestream was downloaded (https://www.youtube.com/watch?v=aQuYX76bD8Q) on July 13, 2026.

29. Exhibit C-24 is a true and correct copy of the July 31, 2024, Shkreli YouTube livestream titled *Evaluating Stocks - Taking Requests*. The livestream was downloaded (https://www.youtube.com/watch?v=Nx-GeqIHP14) on July 8, 2026.

30. Exhibit C-25 is a true and correct copy of the August 3, 2024, Shkreli YouTube livestream titled *Evaluating Stocks 8-3 - Taking Requests*. The livestream was downloaded (https://www.youtube.com/watch?v=cbpR5vmtfU0) on July 8, 2026.

31. Exhibit C-26 is a true and correct copy of the August 5, 2024, Shkreli YouTube livestream titled *Evaluating Stocks 8-5 - Taking Requests*. The livestream was downloaded (https://www.youtube.com/watch?v=yZS57UJrdSg) on July 8, 2026.

32. Exhibit C-27 is a true and correct copy of the August 13, 2024, Shkreli YouTube livestream titled *Evaluating Stocks 8-13 - Taking Requests*. The livestream was downloaded (https://www.youtube.com/watch?v=Vd25LAVmSWs) on July 8, 2026.

33. Exhibit C-28 is a true and correct copy of the August 15, 2024, Shkreli YouTube livestream titled *8-15: Evaluating Stocks, Startup Techniques*. The livestream was downloaded (https://www.youtube.com/watch?v=F9O0jeohAHk) on July 8, 2026.

34. Exhibit C-29 is a true and correct copy of the August 26, 2024, Shkreli YouTube livestream titled *8-26 - stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=-fK_xfuLRk0) on July 8, 2026.

35. Exhibit C-30 is a true and correct copy of the August 27, 2024, Shkreli YouTube livestream titled *$SAVA and others*. The livestream was downloaded (https://www.youtube.com/watch?v=_iRNeJXfkO4) on July 8, 2026.

36. Exhibit C-31 is a true and correct copy of the September 4, 2024, Shkreli YouTube livestream titled *$SAVA - short*. The livestream was downloaded (https://www.youtube.com/watch?v=ilq_QvZul5k) on July 8, 2026.

37. Exhibit C-32 is a true and correct copy of the September 6, 2024, Shkreli YouTube livestream titled *stocks - $SAVA and others*. The livestream was downloaded (https://www.youtube.com/watch?v=CZ8uiQH5tus) on July 8, 2026.

38. Exhibit C-33 is a true and correct copy of the September 9, 2024, Shkreli YouTube livestream titled *$SMMT $SAVA and others*. The livestream was downloaded (https://www.youtube.com/watch?v=e1YPnRD1gLQ) on July 8, 2026.

39. Exhibit C-34 is a true and correct copy of the October 4, 2022, Shkreli YouTube livestream titled *what bear market*. The livestream was downloaded (https://www.youtube.com/watch?v=QiQ-zR9TwKE) on September 15, 2026.

40. Exhibit C-35 is a true and correct copy of the October 21, 2024, Shkreli YouTube livestream titled *10-21 stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=Wfz0ASCCtwY) on July 8, 2026.

41. Exhibit C-36 is a true and correct copy of the October 22, 2024, Shkreli YouTube livestream titled *10-22 stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=288bUhE9VYY) on July 8, 2026.

42. Exhibit C-37 is a true and correct copy of the October 24, 2024, Shkreli YouTube livestream titled *10-24 stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=n5xJNSYKwvQ) on September 15, 2026.

43. Exhibit C-38 is a true and correct copy of the October 25, 2024, Shkreli YouTube livestream titled *10-25 stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=-HMdBV26h8M) on July 8, 2026.

44. Exhibit C-39 is a true and correct copy of the October 25, 2024, Shkreli YouTube livestream titled *10-25 stocks part 2*. The livestream was downloaded (https://www.youtube.com/watch?v=gjzaZ3bIzpA) on July 8, 2026.

45. Exhibit C-40 is a true and correct copy of the November 4, 2024, Shkreli YouTube livestream titled *11-4 stocks - back from trips!*. The livestream was downloaded (https://www.youtube.com/watch?v=Z3sxhoGuPlM) on July 13, 2026.

46. Exhibit C-41 is a true and correct copy of the November 5, 2024, Shkreli YouTube livestream titled *11-5 stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=ldXl2da9dB8) on July 8, 2026.

47. Exhibit C-42 is a true and correct copy of the November 12, 2024, Shkreli YouTube livestream titled *11-12 stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=O8qyAoaKd_k) on September 15, 2026.

48. Exhibit C-43 is a true and correct copy of the November 13, 2024, Shkreli YouTube livestream titled *11-13 stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=IehxbjsIDoU) on July 8, 2026.

49. Exhibit C-44 is a true and correct copy of the November 18, 2024, Shkreli YouTube livestream titled *11-18 stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=ZlT78SXO4t4) on July 13, 2026.

50. Exhibit C-45 is a true and correct copy of the November 20, 2024, Shkreli YouTube livestream titled *11-20 - CASSAVA WATCH*. The livestream was downloaded (https://www.youtube.com/watch?v=MMo_Hto_aok) on July 8, 2026.

51. Exhibit C-46 is a true and correct copy of the November 20, 2024, Shkreli YouTube livestream titled *11-20 - CASSAVA WATCH part 2*. The livestream was downloaded (https://www.youtube.com/watch?v=Qu3aqtY3Jdo) on July 13, 2026.

52. Exhibit C-47 is a true and correct copy of the November 21, 2024, Shkreli YouTube livestream titled *11-21 - CASSAVA WATCH $SAVA*. The livestream was downloaded (https://www.youtube.com/watch?v=s12w0otTRSk) on July 13, 2026.

53. Exhibit C-48 is a true and correct copy of the November 22, 2024, Shkreli YouTube livestream titled *11-22 - CASSAVA WATCH $SAVA*. The livestream was downloaded (https://www.youtube.com/watch?v=902H2eBMtco) on July 13, 2026.

54. Exhibit C-49 is a true and correct copy of the November 25, 2024, Shkreli YouTube livestream titled *11-24 - FINAL CASSAVA WATCH $SAVA*. The livestream was downloaded (https://www.youtube.com/watch?v=wyfW_xLQRGs) on July 8, 2026.

55. Exhibit C-50 is a true and correct copy of the November 25, 2024, Shkreli YouTube livestream titled *11-25 - THE FINAL CASSAVA WATCH $SAVA*. The livestream was downloaded (https://www.youtube.com/watch?v=oRVoQCBxAwE) on July 13, 2026.

56. Exhibit C-51 is a true and correct copy of the November 26, 2024, Shkreli YouTube livestream titled *11-26 - stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=-0GDUwFocSs) on July 13, 2026.

57. Exhibit C-52 is a true and correct copy of the November 27, 2024, Shkreli YouTube livestream titled *11-27 - stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=Bq-EootXHNY) on July 8, 2026.

58. Exhibit C-53 is a true and correct copy of the December 2, 2024, Shkreli YouTube livestream titled *12-1 - stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=CO9PuxeTMxk) on July 13, 2026.

59. Exhibit C-54 is a true and correct copy of the December 3, 2024, Shkreli YouTube livestream titled *12-3 - stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=GaNxR4Reff0) on July 13, 2026.

60. Exhibit C-55 is a true and correct copy of the December 23, 2024, Shkreli YouTube livestream titled *12-23 - stocks*. The livestream was downloaded (https://www.youtube.com/watch?v=Z0CCwvlFHwg) on July 8, 2026.

61. Exhibit C-56 is a true and correct copy of the February 11, 2025, Shkreli YouTube livestream titled *2-11*. The livestream was downloaded (https://www.youtube.com/watch?v=NjwpMfSj9fg) on September 15, 2026.

62. Exhibit C-57 is a true and correct copy of the March 5, 2025, Shkreli YouTube livestream titled *3-5*. The livestream was downloaded (https://www.youtube.com/watch?v=k-kjhMuh0bs) on July 13, 2026.

63. Exhibit C-58 is a true and correct copy of the March 6, 2025, Shkreli YouTube livestream titled *3-6 part 2*. The livestream was downloaded (https://www.youtube.com/watch?v=TVP8s3PqOQA) on July 8, 2026.

64. Exhibit C-59 is a true and correct copy of the March 7, 2025, Shkreli YouTube livestream titled *3-7 part 2*. The livestream was downloaded (https://www.youtube.com/watch?v=BABSxf4eJj8) on July 8, 2026.

65. Exhibit C-60 is a true and correct copy of the April 1, 2025, Shkreli YouTube livestream titled *4/1*. The livestream was downloaded (https://www.youtube.com/watch?v=zh3OPxwrIwY) on July 8, 2026.

66. Exhibit C-61 is a true and correct copy of the April 2, 2025, Shkreli YouTube livestream titled *4/2/25 - $30,000 trading challenge day 1*. The livestream was downloaded (https://www.youtube.com/watch?v=5kMANglWSHY) on July 8, 2026.

67. Exhibit C-62 is a true and correct copy of the April 2, 2025, Shkreli YouTube livestream titled *4/2/25 - $30,000 trading challenge day 1 - part 2*. The livestream was downloaded (https://www.youtube.com/watch?v=FeY33HbJfJ4) on July 13, 2026.

68. Exhibit C-63 is a true and correct copy of the April 3, 2025, Shkreli YouTube livestream titled *4/2 - +0.3%*. The livestream was downloaded (https://www.youtube.com/watch?v=Z7V7Fc4SNgM) on July 13, 2026.

69. Exhibit C-64 is a true and correct copy of the April 16, 2025, Shkreli YouTube livestream titled *4/16 +0.1%*. The livestream was downloaded (https://www.youtube.com/watch?v=LOJeuDEv5c4) on July 8, 2026.

70. Exhibit C-65 is a true and correct copy of the April 17, 2025, Shkreli YouTube livestream titled *4/17 +0.1%*. The livestream was downloaded (https://www.youtube.com/watch?v=wQ7Y31SMld4) on July 13, 2026.

71. Exhibit C-66 is a true and correct copy of the April 22, 2025, Shkreli YouTube livestream titled *4/22/25 +0.1%*. The livestream was downloaded (https://www.youtube.com/watch?v=uz7y-ZejRTU) on July 13, 2026.

72. Exhibit C-67 is a true and correct copy of the April 23, 2025, Shkreli YouTube livestream titled *4/23/25 -0.6%*. The livestream was downloaded (https://www.youtube.com/watch?v=SEtMzFFqMvk) on July 13, 2026.

73. Exhibit C-68 is a true and correct copy of the April 25, 2025, Shkreli YouTube livestream titled *4/25/25 -0.4%*. The livestream was downloaded (https://www.youtube.com/watch?v=sVnhs4dEU78) on July 13, 2026.

74. Exhibit C-69 is a true and correct copy of the April 28, 2025, Shkreli YouTube livestream titled *4/28/25 -1.1%*. The livestream was downloaded (https://www.youtube.com/watch?v=yj53vKpyoCw) on July 13, 2026.

75. Exhibit C-70 is a true and correct copy of the April 29, 2025, Shkreli YouTube livestream titled *4/29/25 +0.1%*. The livestream was downloaded (https://www.youtube.com/watch?v=xocOU6u4D44) on July 13, 2026.

76. Exhibit C-71 is a true and correct copy of the May 7, 2025, Shkreli YouTube livestream titled *5/7/25*. The livestream was downloaded (https://www.youtube.com/watch?v=AFZD5m0AOrg) on September 15, 2026.

77. Exhibit C-72 is a true and correct copy of the May 8, 2025, Shkreli YouTube livestream titled *5/8/25 -1%*. The livestream was downloaded (https://www.youtube.com/watch?v=Q1EYa36q1W0) on September 15, 2026.

78. Exhibit C-73 is a true and correct copy of the May 12, 2025, Shkreli YouTube livestream titled *5/12/25 part 2 (-18%)*. The livestream was downloaded (https://www.youtube.com/watch?v=ByxCzmnVBE8) on July 13, 2026.

79. Exhibit C-74 is a true and correct copy of the June 11, 2025, Shkreli YouTube livestream titled *6-11-25 -42%*. The livestream was downloaded (https://www.youtube.com/watch?v=agU77gyIjek) on July 13, 2026.

80. Exhibit C-75 is a true and correct copy of the June 16, 2025, Shkreli YouTube livestream titled *6/16/25 -43%*. The livestream was downloaded (https://www.youtube.com/watch?v=z8Le8T1A05w) on September 15, 2026.

81. Exhibit C-76 is a true and correct copy of the June 18, 2025, Shkreli YouTube livestream titled *6-18-25 -43% all eyes on INMB*. The livestream was downloaded (https://www.youtube.com/watch?v=OblCgw6a9y8) on September 15, 2026.

82. Exhibit C-77 is a true and correct copy of the June 20, 2025, Shkreli YouTube livestream titled *6-20-25 -45% INMB watch*. The livestream was downloaded (https://www.youtube.com/watch?v=Ex7vlsVHXZY) on July 13, 2026.

83. Exhibit C-78 is a true and correct copy of the June 26, 2025, Shkreli YouTube livestream titled *6/26/25 -35%*. The livestream was downloaded (https://www.youtube.com/watch?v=qr8PUuqtgHg) on September 15, 2026.

84. Exhibit C-79 is a true and correct copy of the June 27, 2025, Shkreli YouTube livestream titled *6/27 - ONE DAY TO INMB*. The livestream was downloaded (https://www.youtube.com/watch?v=u-H9lVMGlgw) on July 13, 2026.

85. Exhibit C-80 is a true and correct copy of the June 30, 2025, Shkreli YouTube livestream titled *6/30 - INMB failure*. The livestream was downloaded (https://www.youtube.com/watch?v=SHWUseXNBZM) on July 8, 2026.

86. Exhibit C-81 is a true and correct copy of the July 14, 2025, Shkreli YouTube livestream titled *7-14-25 -0.3%*. The livestream was downloaded (https://www.youtube.com/watch?v=RLHa4hzjyAU) on September 15, 2026.

87. Exhibit C-82 is a true and correct copy of the July 17, 2025, Shkreli YouTube livestream titled *7/17/25 -14%*. The livestream was downloaded (https://www.youtube.com/watch?v=LSv0ei2ainU) on July 13, 2026.

88. Exhibit C-83 is a true and correct copy of the July 29, 2025, Shkreli YouTube livestream titled *7/29/25 +18% - sick, tired, congested*. The livestream was downloaded (https://www.youtube.com/watch?v=EWe9fDnIZfk) on September 15, 2026.

89. Exhibit C-84 is a true and correct copy of the July 30, 2025, Shkreli YouTube livestream titled *7/30/25 +28%*. The livestream was downloaded (https://www.youtube.com/watch?v=w6G1ZfZ6AKo) on September 17, 2026.

90. Exhibit C-85 is a true and correct copy of the August 1, 2025, Shkreli YouTube livestream titled *8/1/25 +30%*. The livestream was downloaded (https://www.youtube.com/watch?v=PwUcItM8MJ4) on September 15, 2026.

91. Exhibit C-86 is a true and correct copy of the August 4, 2025, Shkreli YouTube livestream titled *8/4/25 +23% - PLTR HIMS later*. The livestream was downloaded (https://www.youtube.com/watch?v=h7qwQY3_DVw) on July 13, 2026.

92. Exhibit C-87 is a true and correct copy of the August 8, 2025, Shkreli YouTube livestream titled *8/8/25 +29% happy friday*. The livestream was downloaded (https://www.youtube.com/watch?v=M0GfGv68A8s) on July 8, 2026.

93. Exhibit C-88 is a true and correct copy of the August 13, 2025, Shkreli YouTube livestream titled *8/13/25 +25%*. The livestream was downloaded (https://www.youtube.com/watch?v=raa1EXgX--c) on July 13, 2026.

94. Exhibit C-89 is a true and correct copy of the August 15, 2025, Shkreli YouTube livestream titled *8/15/25 +46% record high! PGEN, Scorpion SLNO short*. The livestream was downloaded (https://www.youtube.com/watch?v=aPXdTrwM8-s) on July 13, 2026.

95. Exhibit C-90 is a true and correct copy of the August 19, 2025, Shkreli YouTube livestream titled *8/19/2025 +56% $VKTX RIP, quantum falling*. The livestream was downloaded (https://www.youtube.com/watch?v=wB5nIbjGSZc) on July 13, 2026.

96. Exhibit C-91 is a true and correct copy of the August 20, 2025, Shkreli YouTube livestream titled *8/20/25 +54% let's gooo*. The livestream was downloaded (https://www.youtube.com/watch?v=t31JKCbNQlE) on September 15, 2026.

97. Exhibit C-92 is a true and correct copy of the August 22, 2025, Shkreli YouTube livestream titled *8/22/25 +51% what up*. The livestream was downloaded (https://www.youtube.com/watch?v=h51jwIHqGPo) on July 13, 2026.

98. Exhibit C-93 is a true and correct copy of the September 4, 2025, Shkreli YouTube livestream titled *9/3/25 +55% ATYR WATCH day 2*. The livestream was downloaded (https://www.youtube.com/watch?v=9WM6KQ5GUTQ) on September 15, 2026.

99. Exhibit C-94 is a true and correct copy of the September 5, 2025, Shkreli YouTube livestream titled *9/5/25 +59% atyr watch day 3*. The livestream was downloaded (https://www.youtube.com/watch?v=xgRLMb702qo) on July 8, 2026.

100. Exhibit C-95 is a true and correct copy of the September 8, 2025, Shkreli YouTube livestream titled *9/8/25 +56% atyr watch day 4*. The livestream was downloaded (https://www.youtube.com/watch?v=Dfe92gTP5N0) July 8, 2026.

101. Exhibit C-96 is a true and correct copy of the September 12, 2025, Shkreli YouTube livestream titled *9/12/25 +59% atyr watch day 8*. The livestream was downloaded (https://www.youtube.com/watch?v=E9iRNUNQTc8) on July 13, 2026.

102. Exhibit C-97 is a true and correct copy of the September 15, 2025, Shkreli YouTube livestream titled *9/15/25 +135% YTD*. The livestream was downloaded (https://www.youtube.com/watch?v=Z11ACyoNtXs) on July 8, 2026.

103. Exhibit C-98 is a true and correct copy of the September 16, 2025, Shkreli YouTube livestream titled *9/16/25 +131% YTD*. The livestream was downloaded (https://www.youtube.com/watch?v=ykdLa_dy4BU) on September 15, 2026.

104. Exhibit C-99 is a true and correct copy of the September 19, 2025, Shkreli YouTube livestream titled *9/19/25 - +107%*. The livestream was downloaded (https://www.youtube.com/watch?v=MBorePc8bE0) on July 8, 2026.

105. Exhibit C-100 is a true and correct copy of the October 14, 2025, Shkreli YouTube livestream titled *10/14/25 +47%*. The livestream was downloaded (https://www.youtube.com/watch?v=NN4el-pLb5o) on September 15, 2026.

106. Exhibit C-101 is a true and correct copy of the October 22, 2025, Shkreli YouTube livestream titled *10/22/25 +369%*. The livestream was downloaded (https://www.youtube.com/watch?v=70G4B6XMX2U) on July 13, 2026.

107. Exhibit C-102 is a true and correct copy of the October 23, 2025, Shkreli YouTube livestream titled *10/23/25 +406%*. The livestream was downloaded (https://www.youtube.com/watch?v=k4MX-fMpG5Q) on July 8, 2026.

108. Exhibit C-103 is a true and correct copy of the November 5, 2025, Shkreli YouTube livestream titled *11/5/25 +488%*. The livestream was downloaded (https://www.youtube.com/watch?v=wZ1azdHFvCE) on July 13, 2026.

109. Exhibit C-104 is a true and correct copy of the December 2, 2025, Shkreli YouTube livestream titled *12/2/25 +479% CAPR WATCH*. The livestream was downloaded (https://www.youtube.com/watch?v=O0qjrFVwVlM) on July 13, 2026.

110. Exhibit C-105 is a true and correct copy of the December 3, 2025, Shkreli YouTube livestream titled *12/3/25 CAPR WATCH*. The livestream was downloaded (https://www.youtube.com/watch?v=ZHlK5EbtNh8) on July 8, 2026.

111. Exhibit C-106 is a true and correct copy of the December 4, 2025, Shkreli YouTube livestream titled *12/4/25 challenge account -100% RIP - QCLS is the new thing*. The livestream was downloaded (https://www.youtube.com/watch?v=G7rEfocWjo8) on July 13, 2026.

112. Exhibit C-107 is a true and correct copy of the June 25, 2026, Shkreli YouTube livestream titled *6/25/26 we're back +0.00%*. The livestream was downloaded (https://www.youtube.com/watch?v=-cB4aMWCpCA) on July 14, 2026.

113. Exhibit C-108 is a true and correct copy of the June 26, 2026, Shkreli YouTube livestream titled *6/26/26 -0.80%*. The livestream was downloaded (https://www.youtube.com/watch?v=OjXijWzhx2s) on July 14, 2026.

114. Exhibit C-109 is a true and correct copy of the June 29, 2026, Shkreli YouTube livestream titled *6/29/26 +0.25%*. The livestream was downloaded (https://www.youtube.com/watch?v=_FWyBrONhmg) on September 15, 2026.

115. Exhibit C-110 is a true and correct copy of the June 30, 2026, Shkreli YouTube livestream titled *6/30/26 +0.93%*. The livestream was downloaded (https://www.youtube.com/watch?v=W5GJvCwrrU4) on July 14, 2026.

116. Exhibit C-111 is a true and correct copy of the July 1, 2026, Shkreli YouTube livestream titled *7/1/26 -2.1%*. The livestream was downloaded (https://www.youtube.com/watch?v=VTLcJhk3UW0) on July 14, 2026.

117. Exhibit C-112 is a true and correct copy of the July 6, 2026, Shkreli YouTube livestream titled *7/6/26 -1.8%*. The livestream was downloaded (https://www.youtube.com/watch?v=c4uy4nQPyKg) on July 14, 2026.

118. Exhibit C-113 is a true and correct copy of the July 7, 2026, Shkreli YouTube livestream titled *7/7/26 -2.9%*. The livestream was downloaded (https://www.youtube.com/watch?v=-g7E9MN79OE) on July 14, 2026.

119. Exhibit C-114 is a true and correct copy of the July 8, 2026, Shkreli YouTube livestream titled *7/8/26 -3.6%*. The livestream was downloaded (https://www.youtube.com/watch?v=YUO0UJNin8k) on July 14, 2026.

120. Exhibit C-115 is a true and correct copy of the July 13, 2026, Shkreli YouTube livestream titled *7/13/26 +3%*. The livestream was downloaded (https://www.youtube.com/watch?v=c4qmbRY_8k4) on July 14, 2026.

121. Exhibit C-116 is a true and correct copy of the July 14, 2026, Shkreli YouTube livestream titled *7/14/26 -6%*. The livestream was downloaded (https://www.youtube.com/watch?v=NasxvxPSzho) on July 14, 2026.

122. Exhibit C-117 is a true and correct copy of the July 15, 2026, Shkreli X livestream titled *7/15/26 -3%*. The livestream was downloaded (https://x.com/MartinShkreli/status/2077378032260862151) on July 16, 2026.

123. Exhibit C-118 is a true and correct copy of the July 16, 2026, Shkreli YouTube livestream titled *7/16/26 -4%*. The livestream was downloaded (https://www.youtube.com/watch?v=dUf33rNkCf0) on July 16, 2026.

124. Exhibit C-119 is a true and correct copy of the July 17, 2026, Shkreli YouTube livestream titled *7/17/26 -5%*. The livestream was downloaded (https://www.youtube.com/watch?v=XnSnKaQ81g4) on July 23, 2026.

125. Exhibit C-120 is a true and correct copy of the July 20, 2026, Shkreli YouTube livestream titled *7/20/26 -4%*. The livestream was downloaded (https://www.youtube.com/watch?v=S5sISBRv0oM) on July 20, 2026.

126. Exhibit C-121 is a true and correct copy of the July 21, 2026, Shkreli YouTube livestream titled *7/21/26 -2%*. The livestream was downloaded (https://www.youtube.com/watch?v=MOR0EGfRUnM) on July 21, 2026.

127. Exhibit C-122 is a true and correct copy of the July 22, 2026, Shkreli YouTube livestream titled *7/22/26 -1%*. The livestream was downloaded (https://www.youtube.com/watch?v=PJ8syP9tqWU) on July 23, 2026.

128. Exhibit C-123 is a true and correct copy of the July 23, 2026, Shkreli YouTube livestream titled *7/23/26 -0.3%*. The livestream was downloaded (https://www.youtube.com/watch?v=2t_giZXZi7U) on July 23, 2026.

129. Exhibit C-124 is a true and correct copy of the July 24, 2026, Shkreli YouTube livestream titled *7/23/26 -0.5%*. The livestream was downloaded (https://www.youtube.com/watch?v=UEXddrROPtI) on July 24, 2026.

**EXHIBIT D**

130. Attached as Exhibit D is a certified transcription of all direct quotes from Shkreli's YouTube livestreams used in the brief or Exhibit B.

131. Exhibit D pages 23-24 is a certified transcription of an excerpt from the August 1, 2022, Shkreli YouTube livestream titled *Trading Competition Week 3* (Ex. C-7).

132. Exhibit D pages 25-26 is a certified transcription of an excerpt from the August 5, 2022, Shkreli YouTube livestream titled *Trading Competition Week 3* (Ex. C-9).

133. Exhibit D pages 27-32 is a certified transcription of excerpts from the February 2, 2023, Shkreli YouTube livestream titled *2-2-23 earnings season* (Ex. C-22).

134. Exhibit D pages 33-34 is a certified transcription of an excerpt from the February 27, 2024, Shkreli YouTube livestream titled *GLP-1 deep dive* (Ex. C-23).

135. Exhibit D pages 35-36 is a certified transcription of an excerpt from the July 31, 2024, Shkreli YouTube livestream titled *Evaluating Stocks - Taking Requests* (Ex. C-24)

136. Exhibit D pages 37-51 is a certified transcription of excerpts from the August 26, 2024, Shkreli YouTube livestream titled *8-26 - stocks* (Ex. C-29).

137. Exhibit D pages 52-76 is a certified transcription of excerpts from the August 27, 2024, Shkreli YouTube livestream titled *$SAVA and others* (Ex. C-30).

138. Exhibit D pages 77-104 is a certified transcription of excerpts from the September 4, 2024, Shkreli YouTube livestream titled *$SAVA - short* (Ex. C-31).

139. Exhibit D pages 105-06 is a certified transcription of an excerpt from the September 6, 2024, Shkreli YouTube livestream titled *stocks - $SAVA and others* (Ex. C-32).

140. Exhibit D pages 107-08 is a certified transcription of an excerpt from the September 9, 2024, Shkreli YouTube livestream titled *$SMMT $SAVA and others* (Ex. C-33).

141. Exhibit D pages 109-18 is a certified transcription of excerpts from the October 21, 2024, Shkreli YouTube livestream titled *10-21 stocks* (Ex. C-35).

142. Exhibit D pages 119-20 is a certified transcription of an excerpt from the October 22, 2024, Shkreli YouTube livestream titled *10-22 stocks* (Ex. C-36).

143. Exhibit D pages 121-24 is a certified transcription of excerpts from the October 24, 2024, Shkreli YouTube livestream titled *10-24 stocks* (Ex. C-37).

144. Exhibit D pages 125-36 is a certified transcription of excerpts from the October 25, 2024, Shkreli YouTube livestream titled *10-25 stocks part 2* (Ex. C-39).

145. Exhibit D pages 137-38 is a certified transcription of an excerpt from the November 4, 2024, Shkreli YouTube livestream titled *11-4 stocks - back from trips!* (Ex. C-40).

146. Exhibit D pages 139-40 is a certified transcription of an excerpt from the November 21, 2024, Shkreli YouTube video titled *11-21 - CASSAVA WATCH $SAVA* (Ex. C-47).

147. Exhibit D pages 141-48 is a certified transcription of excerpts from the November 25, 2024, Shkreli YouTube livestream titled *11-25 - THE FINAL CASSAVA WATCH $SAVA* (Ex. C-50).

148. Exhibit D pages 149-50 is a certified transcription of an excerpt from the November 26, 2024, Shkreli YouTube livestream titled *11-26 - stocks* (Ex. C-51).

149. Exhibit D pages 151-62 is a certified transcription of excerpts from the December 2, 2024, Shkreli YouTube livestream titled *12-1 - stocks* (Ex. C-53).

150. Exhibit D pages 163-66 is a certified transcription of excerpts from the February 11, 2025 Shkreli YouTube livestream titled *2-11* (Ex. C-56).

151. Exhibit D pages 167-77 is a certified transcription of excerpts from the March 5, 2025 Shkreli YouTube livestream titled *3-5* (Ex. C-57).

152. Exhibit D pages 178-79 is a certified transcription of an excerpt from the March 7, 2025 Shkreli YouTube livestream titled *3-7 part 2* (Ex. C-59).

153. Exhibit D pages 180-81 is a certified transcription of an excerpt from the April 1, 2025 Shkreli YouTube livestream titled *4/1* (Ex. C-60).

154. Exhibit D pages 182-89 is a certified transcription of excerpts from the April 2, 2025 Shkreli YouTube livestream titled *4/2/25 - $30,000 trading challenge day 1* (Ex. C-61).

155. Exhibit D pages 190-92 is a certified transcription of an excerpt from the April 16, 2025 Shkreli YouTube livestream titled *4/16 +0.1%* (Ex. C-64).

156. Exhibit D pages 193-94 is a certified transcription of an excerpt from the April 22, 2025 Shkreli YouTube livestream titled *4/22/25 +0.1%* (Ex. C-66).

157. Exhibit D pages 195-200 is a certified transcription of excerpts from the April 23, 2025 Shkreli YouTube livestream titled *4/23/25 -0.6%* (Ex. C-67).

158. Exhibit D pages 201-04 is a certified transcription of an excerpt from the April 29, 2025 Shkreli YouTube livestream titled *4/29/25 +0.1%* (Ex. C-70).

159. Exhibit D pages 205-08 is a certified transcription of excerpts from the May 7, 2025, Shkreli YouTube livestream titled *5/7/25* (Ex. C-71).

160. Exhibit D pages 209-14 is a certified transcription of excerpts from the May 8, 2025, Shkreli YouTube livestream titled *5/8/25 -1%* (Ex. C-72).

161. Exhibit D pages 215-23 is a certified transcription of excerpts from the May 12, 2025, Shkreli YouTube livestream titled *5/12/25 part 2 (-18%)* (Ex. C-73).

162. Exhibit D pages 224-25 is a certified transcription of an excerpt from the June 11, 2025, Shkreli YouTube livestream titled *6-11-25 -42%* (Ex. C-74).

163. Exhibit D pages 226-27 is a certified transcription of an excerpt from the June 16, 2025, Shkreli YouTube livestream titled *6/16/25 -43%* (Ex. C-75).

164. Exhibit D pages 228-32 is a certified transcription of excerpts from the June 18, 2025, Shkreli YouTube livestream titled *6-18-25 -43% all eyes on INMB* (Ex. C-76).

165. Exhibit D pages 233-34 is a certified transcription of an excerpt from the June 26, 2025, Shkreli YouTube livestream titled *6/26/25 -35%* (Ex. C-78).

166. Exhibit D pages 235-50 is a certified transcription of excerpts from the June 27, 2025, Shkreli YouTube livestream titled *6/27 - ONE DAY TO INMB* (Ex. C-79).

167. Exhibit D pages 251-58 is a certified transcription of excerpts from the June 30, 2025, Shkreli YouTube livestream titled *6/30 - INMB failure* (Ex. C-80).

168. Exhibit D pages 259-60 is a certified transcription of an excerpt from the July 14, 2025, Shkreli YouTube livestream titled *7-14-25 -0.3%* (Ex. C-81).

169. Exhibit D pages 261-68 is a certified transcription of excerpts from the July 17, 2025, Shkreli YouTube livestream titled *7/17/25 -14%* (Ex. C-82).

170. Exhibit D. pages 269-76 is a certified transcription of excerpts from the July 29, 2025, Shkreli YouTube livestream titled *7/29/25 +18% - sick, tired, congested* (Ex. C-83).

171. Exhibit D pages 277-78 is a certified transcription of an excerpt from the July 30, 2025, Shkreli YouTube livestream titled *7/30/25 +28%* (Ex. C-84).

172. Exhibit D pages 279-312 is a certified transcription of excerpts from the August 1, 2025, Shkreli YouTube livestream titled *8/1/25 +30%* (Ex. C-85).

173. Exhibit D pages 313-14 is a certified transcription of an excerpt from the August 4, 2025, Shkreli YouTube livestream titled *8/4/25 +23% - PLTR HIMS later* (Ex. C-86).

174. Exhibit D pages 315-47 is a certified transcription of excerpts from the August 8, 2025, Shkreli YouTube livestream titled *8/8/25 +29% happy Friday* (Ex. C-87).

175. Exhibit D pages 348-62 is a certified transcription of excerpts from the August 13, 2025, Shkreli YouTube livestream titled *8/13/25 +25%* (Ex. C-88).

176. Exhibit D pages 363-87 is a certified transcription of excerpts from the August 15, 2025, Shkreli YouTube livestream titled *8/15/25 +46% record high! PGEN, Scorpion SLNO short* (Ex. C-89).

177. Exhibit D pages 388-91 is a certified transcription of excerpts from the August 19, 2025, Shkreli YouTube livestream titled *8/19/2025 +56% $VKTX RIP, quantum falling* (Ex. C-90).

178. Exhibit D pages 392-93 is a certified transcription of an excerpt from the August 20, 2025, Shkreli YouTube livestream titled *8/20/25 +54% let's gooo* (Ex. C-91).

179. Exhibit D pages 394-95 is a certified transcription of an excerpt from the August 22, 2025, Shkreli YouTube livestream titled *8/22/25 +51% what up* (Ex. C-92).

180. Exhibit D pages 396-97 is a certified transcription of an excerpt from the September 3, 2025, Shkreli YouTube livestream titled *9/3/25 +55% ATYR WATCH day 2* (Ex. C-93).

181. Exhibit D pages 398-402 is a certified transcription of excerpts from the September 8, 2025, Shkreli YouTube livestream titled *9/8/25 +56% atyr watch day 4* (Ex. C-95).

182. Exhibit D pages 403-10 is a certified transcription of excerpts from the September 12, 2025, Shkreli YouTube livestream titled *9/12/25 +59% atyr watch day 8* (Ex. C-96).

183. Exhibit D pages 411-24 is a certified transcription of excerpts from the September 15, 2025, Shkreli YouTube livestream titled *9/15/25 +135% YTD* (Ex. C-97).

184. Exhibit D pages 425-26 is a certified transcription of an excerpt from the September 19, 2025, Shkreli YouTube livestream titled *9/19/25 - +107%* (Ex. C-99).

185. Exhibit D pages 427-30 is a certified transcription of an excerpt from the October 14, 2025, Shkreli YouTube livestream titled *10/14/25 +47%* (Ex. C-100).

186. Exhibit D pages 431-32 is a certified transcription of an excerpt from the October 22, 2025, Shkreli YouTube livestream titled *10/22/25 +369%* (Ex. C-101).

187. Exhibit D pages 433-34 is a certified transcription of an excerpt from the October 23, 2025, Shkreli YouTube livestream titled *10/23/25 +406%* (Ex. C-102).

188. Exhibit D pages 435-36 is a certified transcription of an excerpt from the November 5, 2025, Shkreli YouTube livestream titled *11/5/25 +488%* (Ex. C-103).

189. Exhibit D pages 437-40 is a certified transcription of excerpts from the December 4, 2025, Shkreli YouTube livestream titled *12/4/25 challenge account -100% RIP - QCLS is the new thing* (Ex. C-106).

190. Exhibit D pages 441-50 is a certified transcription of excerpts from the June 25, 2026, Shkreli YouTube livestream titled *6/25/26 we're back +0.00%* (Ex. C-107).

191. Exhibit D pages 451-56 is a certified transcription of excerpts from the June 26, 2026, Shkreli YouTube livestream titled *6/26/26 -0.80%* (Ex. C-108).

192. Exhibit D pages 457-93 is a certified transcription of excerpts from the June 29, 2026, Shkreli YouTube livestream titled *6/29/26 +0.25%* (Ex. C-109).

193. Exhibit D pages 494-99 is a certified transcription of excerpts from the July 1, 2026, Shkreli YouTube livestream titled *7/1/26 -2.1%* (Ex. C-111).

194. Exhibit D pages 500-44 is a certified transcription of excerpts from the July 6, 2026, Shkreli YouTube livestream titled *7/6/26 -1.8%* (Ex. C-112).

195. Exhibit D pages 545-55 is a certified transcription of excerpts from the July 7, 2026, Shkreli YouTube livestream titled *7/7/26 -2.9%* (Ex. C-113).

196. Exhibit D pages 556-73 is a certified transcription of excerpts from the July 8, 2026, Shkreli YouTube livestream titled *7/8/26 -3.6%* (Ex. C-114).

197. Exhibit D pages 574-75 is a certified transcription of an excerpt from the July 14, 2026, Shkreli YouTube livestream titled *7/14/26 -6%* (Ex. C-116).

198. Exhibit D pages 576-81 is a certified transcription of excerpts from the July 21, 2026, Shkreli YouTube livestream titled *7/21/26 -2%* (Ex. C-121).

199. Exhibit D pages 582-83 is a certified transcription of an excerpt from the February 27, 2024, Shkreli YouTube livestream titled *GLP-1 deep dive* (Ex. C-23).

200. Exhibit D pages 584-89 is a certified transcription of excerpts from the November 4, 2024, Shkreli YouTube livestream titled *11-4 stocks – back from trips!* (Ex. C-40).

201. Exhibit D pages 590-91 is a certified transcription of an excerpt from the July 30, 2025, Shkreli YouTube livestream titled *7/30/25 +28%* (Ex. C-84).

202. Exhibit D pages 592-93 is a certified transcription of an excerpt from the August 20, 2025, Shkreli YouTube livestream titled *8/20/25 +54% let's gooo* (Ex. C-91).

203. Exhibit D pages 594-95 is a certified transcription of an excerpt from the September 16, 2025, Shkreli YouTube livestream titled *9/16/25 +131% YTD* (Ex. C-98).

204. Exhibit D pages 596-97 is a certified transcription of an excerpt from the December 3, 2025, Shkreli YouTube livestream titled *12/3/25 CAPR WATCH* (Ex. C-105).

205. Exhibit D pages 598-99 is a certified transcription of an excerpt from the June 29, 2026, Shkreli YouTube livestream titled *6/29/26 +0.25%* (Ex. C-109).

**EXHIBIT E**

206. Attached as Exhibit E is a true and correct copy of all non-video sources for factual information cited in the brief and Exhibit B.

207. Exhibit E pages E-1 to E-44 is a true and correct copy of an August 2015 paper by Chris Lau, Louis Gaye, and Martin Shkreli titled *The Sisyphean Odyssey of the ELAD: Why We Think VTL is a Short*. The paper was downloaded from Shkreli's Github account (https://github.com/martinshkreli/models/blob/main/VTL%20writeup.pdf) on June 26, 2026.

208. Exhibit E pages E-45 to E-49 is a true and correct copy of a July 20, 2017 article by Steve Brozak titled *How Martin Shkreli used social media to fuel his short-selling shenanigans*. The article was downloaded from STAT News (https://www.statnews.com/2017/07/20/martin-shkreli-short-selling-biotech-stocks) on June 26, 2026.

209. Exhibit E pages E-50 to E-51 is a true and correct copy of a March 27, 2019 article by Ciara Linnane titled *Pain Therapeutics to change name to Cassava Sciences and adopt ticker 'SAVA' from Thursday*. The article was downloaded from MarketWatch (https://www.marketwatch.com/story/pain-therapeutics-to-change-name-to-cassava-sciences-and-adopt-ticker-sava-from-friday-2019-03-27) on July 20, 2026.

210. Exhibit E pages E-52 to E-58 is a true and correct copy of a February 10, 2022, article by Jamie Smyth, Nikou Asgari, and Hannah Kuchler titled *Biotechs face cash crunch after stock market 'bloodbath.'* The article was downloaded from the Financial Times (https://www.ft.com/content/c90d17c6-6196-4c8a-88c2-e2cef9a692f2?syn-25a6b1a6=1) on June 26, 2026.

211. Exhibit E pages E-59 to E-61 is a true and correct copy of a May 19, 2022, article by Rina Torchinsky titled *'Pharma Bro' Martin Shkreli has been released from prison*. The article was downloaded from NPR

(https://www.npr.org/2022/05/19/1100019063/pharma-bro-martin-shkreli-been-released-from-prison) on June 26, 2026.

212. Exhibit E pages E-62 to E-64 is a true and correct copy of a July 18, 2022, Substack post by Shkreli titled *Trading Competition!* The post was downloaded from Shkreli's Substack (https://martinshkreli.substack.com/p/trading-competition) on June 26, 2026.

213. Exhibit E pages E-65 to E-68 is a true and correct copy of a July 28, 2022, Substack post by Shkreli titled *Feedforward*. The post was downloaded from Shkreli's Substack (https://martinshkreli.substack.com/p/feedforward) on June 26, 2026.

214. Exhibit E pages E-69 to E-70 is a true and correct copy of an August 9, 2022, press release from SIGA Technologies, Inc. titled *SIGA Announces BARDA Exercise of Procurement Options Valued at Approximately $26 Million for IV TPOXX®*. The press release was downloaded from GlobeNewswire (https://www.globenewswire.com/news-release/2022/08/09/2494752/9738/en/SIGA-Announces-BARDA-Exercise-of-Procurement-Options-Valued-at-Approximately-26-Million-for-IV-TPOXX.html) on June 26, 2026.

215. Exhibit E pages E-71 to E-78 is a true and correct copy of an August 25, 2022, Substack post by Shkreli titled *Stock Market, anti-Web3/Shkreli Peanut Gallery*. The post was downloaded from Shkreli's Substack (https://martinshkreli.substack.com/p/stock-market-anti-web3shkreli-peanut) on July 21, 2026.

216. Exhibit E pages E-79 to E-86 is a true and correct copy of a spreadsheet posted to Shkreli's Github account on August 31, 2022, titled *Trading Account.xlsx*. The spreadsheet was downloaded from Shkreli's Github account

(https://github.com/martinshkreli/models/blob/f54e82b66758b151904f99d9b08dfb4ec099e32f/Trading%20Account.xlsx) on August 5, 2026, and converted to pdf.

217. Exhibit E pages E-87 to E-91 is a true and correct copy of an August 8, 2024, press release from Cassava Sciences, Inc. titled *Cassava Sciences Reports Q2 2024 Financial Results and Operational Updates*. The press release was downloaded from GlobeNewswire (https://www.globenewswire.com/news-release/2024/08/08/2926904/8339/en/Cassava-Sciences-Reports-Q2-2024-Financial-Results-and-Operational-Updates.html) on June 26, 2026.

218. Exhibit E page E-92 is a true and correct copy of an August 16, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1824465603802878120) on June 26, 2026.

219. Exhibit E page E-93 is a true and correct copy of an August 26, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1828083388823339266) on June 26, 2026.

220. Exhibit E page E-94 is a true and correct copy of a September 4, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1831379970725409152) on June 26, 2026.

221. Exhibit E page E-95 is a true and correct copy of a September 17, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1836142662862115143) on June 26, 2026.

222. Exhibit E page E-96 is a true and correct copy of a September 20, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1837178336638030215) on June 26, 2026.

223. Exhibit E page E-97 is a true and correct copy of a September 25, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1839049653968581011) on June 26, 2026.

224. Exhibit E page E-98 is a true and correct copy of a September 27, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1839731445709107577) on June 26, 2026.

225. Exhibit E page E-99 is a true and correct copy of an October 10, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1844365909177270359) on July 21, 2026.

226. Exhibit E page E-100 is a true and correct copy of an October 10, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1844376150166151433) on June 26, 2026.

227. Exhibit E page E-101 is a true and correct copy of an October 11, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1844795427511500892) on June 26, 2026.

228. Exhibit E page E-102 is a true and correct copy of an October 14, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1845963833627553901) on July 21, 2026.

229. Exhibit E page E-103 is a true and correct copy of an October 17, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1847002447195312297) on July 21, 2026.

230. Exhibit E page E-104 is a true and correct copy of an October 23, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1849159599250653635) on June 26, 2026.

231. Exhibit E page E-105 is a true and correct copy of an October 28, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1850898952524046604) on June 26, 2026.

232. Exhibit E page E-106 is a true and correct copy of an October 28, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1850898953866236032) on June 26, 2026.

233. Exhibit E page E-107 is a true and correct copy of an October 28, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1850898955351048300) on June 26, 2026.

234. Exhibit E pages E-108 to E-145 is a true and correct copy of a November 2024 paper self-published by Shkreli titled *On the Impossible: Why Cassava Sciences' simufilam will fail Phase 3 clinical trials and the stock will trade to $2*. The paper was downloaded (https://ontheimpossible.vercel.app/OnTheImpossible.pdf) on June 26, 2026.

235. Exhibit E page E-146 is a true and correct copy of a November 5, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1853809074535588159) on July 21, 2026.

236. Exhibit E pages E-147 to E-209 is a true and correct copy of a November 9, 2024, article by Nancy S. Kim titled *Shorting Innovation* that was published in the Loyola of Los Angeles Law Review. The article was downloaded from Loyola Law School Law

Review (https://digitalcommons.lmu.edu/cgi/viewcontent.cgi?article=3203&context=llr) on June 26, 2026.

237. Exhibit E pages E-210 to E-212 is a true and correct copy of a November 13, 2024, press release from INmune Bio Inc. titled *INmune Bio Inc. Announces Final Enrollment of 208 Patients in Phase 2 Trial in Early Alzheimer's Disease*. The press release was downloaded from INmune Bio (https://www.inmunebio.com/index.php/newsroom/2024-news/muneioncnnouncesinalnrollmentof208atientsi20241113060502) on July 20, 2026.

238. Exhibit E pages E-213 to E-217 is a true and correct copy of a November 20, 2024, press release from Recursion Pharmaceuticals titled *Recursion and Exscientia, two leaders in the AI drug discovery space, have officially combined to advance the industrialization of drug discovery*. The article was downloaded from Recursion Pharmaceuticals (https://ir.recursion.com/news-releases/news-release-details/recursion-and-exscientia-two-leaders-ai-drug-discovery-space) on July 20, 2026.

239. Exhibit E page E-218 is a true and correct copy of a November 21, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1859681514415607930) on June 26, 2026.

240. Exhibit E page E-219 is a true and correct copy of a November 21, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1859686166968271155) on June 26, 2026.

241. Exhibit E page E-220 is a true and correct copy of a November 25, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1860878868028269051) on June 26, 2026.

242. Exhibit E page E-221 is a true and correct copy of a November 25, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1860886801617125798) on June 26, 2026.

243. Exhibit E pages E-222 to E-224 is a true and correct copy of a November 25, 2024, press release from Cassava Sciences, Inc. titled *Cassava Sciences Topline Phase 3 Data Did Not Meet Co-Primary Endpoints*. The press release was downloaded from GlobeNewswire (https://www.globenewswire.com/news-release/2024/11/25/2986578/8339/en/cassava-sciences-topline-phase-3-data-did-not-meet-co-primary-endpoints.html) on June 26, 2026.

244. Exhibit E pages E-225 to E-226 is a true and correct copy of a November 25, 2024, article by Chris Katje titled *'Pharma Bro' Martin Shkreli Tells Investors To 'Short SAVA,' Stock Falls Over 80% After Phase 3 Update*. The article was downloaded from Benzinga News (https://www.benzinga.com/general/health-care/24/11/42168118/pharma-bro-martin-shkreli-tells-investors-to-short-sava-stock-falls-over-80-after-phase-3-update) on August 4, 2026.

245. Exhibit E pages E-227 to E-231 is a true and correct copy of a November 26, 2024, article by Zacks Equity Research titled *SAVA Stock Plunges 84% on Alzheimer's Drug Failure in Late-Stage Study*. The article was downloaded from Yahoo Finance (https://finance.yahoo.com/news/sava-stock-plunges-84-alzheimers-184200032.html) on July 21, 2026.

246. Exhibit E pages E-232 to E-234 is a true and correct copy of a December 5, 2024, article by Jack Raines titled *Hedge funds are ditching MBAs for MDs*. The article was downloaded from Sherwood News (https://sherwood.news/markets/hedge-funds-are-ditching-mbas-for-mds/) on June 26, 2026.

247. Exhibit E page E-235 is a true and correct copy of a December 18, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1869456814619631713) on July 21, 2026.

248. Exhibit E page E-236 is a true and correct copy of a December 18, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1869456824216461426) on July 21, 2026.

249. Exhibit E pages E-237 to E-241 is a true and correct copy of a December 18, 2024, press release from Catalent, Inc. titled *Novo Holdings Completes Acquisition of Catalent*. The press release was downloaded from Catalent (https://www.catalent.com/catalent-news/novo-holdings-completes-acquisition-of-catalent/) on July 20, 2026.

250. Exhibit E page E-242 is a true and correct copy of a December 20, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1870100139756433597) on June 26, 2026.

251. Exhibit E page E-243 is a true and correct copy of a December 20, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1869958965037281611) on June 26, 2026.

252. Exhibit E page E-244 is a true and correct copy of a December 23, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1871284865913762127) on June 26, 2026.

253. Exhibit E page E-245 is a true and correct copy of a December 23, 2024, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1871291918031986980) on July 20, 2026.

254. Exhibit E page E-246 is a true and correct copy of a January 2, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1874813051985440860) on July 21, 2026.

255. Exhibit E page E-247 is a true and correct copy of a January 3, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1875326532937511360) on June 26, 2026.

256. Exhibit E pages E-248 to E-249 is a true and correct copy of a January 7, 2025, press release from Cassava Sciences, Inc. titled *Cassava Sciences Provides a Business Update*. The press release was downloaded from Filana Therapeutics (https://www.filanatx.com/node/17341/pdf) on June 26, 2026.

257. Exhibit E page E-250 is a true and correct copy of a January 8, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1876832300123463871) on June 26, 2026.

258. Exhibit E page E-251 is a true and correct copy of a January 20, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1881376979091632362) on June 26, 2026.

259. Exhibit E page E-252 is a true and correct copy of a January 23, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1882418073329893561) on June 26, 2026.

260. Exhibit E page E-253 is a true and correct copy of a February 3, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1886465606536306985) on July 21, 2026.

261. Exhibit E page E-254 is a true and correct copy of a February 4, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1886835948903698579) on July 21, 2026.

262. Exhibit E pages E-255 to E-257 is a true and correct copy of excerpted pages from a March 13, 2025, annual report (Form 10-K) from aTyr Pharma Inc. The annual report was downloaded from aTyr Pharma (https://investors.atyrpharma.com/static-files/78577b93-fa21-42da-b85c-71179e644b54) on June 26, 2026.

263. Exhibit E page E-258 is a true and correct copy of a March 18, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1901998745669038545) on June 26, 2026.

264. Exhibit E pages E-259 to E-261 is a true and correct copy of a March 25, 2025, article by Annalee Armstrong titled *Cassava Finally Ends Alzheimer's Program for Embattled Simufilam*. The article was downloaded from BioSpace (https://www.biospace.com/drug-development/cassava-finally-ends-alzheimers-program-for-embattled-simufilam) on June 26, 2026.

265. Exhibit E pages E-262 to E-263 is a true and correct copy of excerpted pages from a March 27, 2025, annual report (Form 10-K) from INmune Bio, Inc. The annual report

was downloaded from Annual Reports (https://www.annualreports.com/HostedData/AnnualReports/PDF/NASDAQ_INMB_2024.pdf) on June 26, 2026.

266. Exhibit E page E-264 is a true and correct copy of an April 8, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1909621166115111294) on July 21, 2026.

267. Exhibit E page E-265 is a true and correct copy of an April 22, 2025, post to X by Shkreli. The post was downloaded from Shkreli's (https://x.com/MartinShkreli/status/1914747634428105115) on June 26, 2026.

268. Exhibit E page E-266 is a true and correct copy of a May 6, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1919859860482429360) on June 26, 2026.

269. Exhibit E page E-267 is a true and correct copy of a May 7, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1920092076873502742) on July 21, 2026.

270. Exhibit E page E-268 is a true and correct copy of a May 26, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1927141477135634938) on July 21, 2026.

271. Exhibit E page E-269 is a true and correct copy of a June 2, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1929604381751599274) on July 21, 2026.

272. Exhibit E page E-270 is a true and correct copy of a June 27, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1938576339247726848) on June 26, 2026.

273. Exhibit E page E-271 is a true and correct copy of a June 27, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1938633012440350728) on June 26, 2026.

274. Exhibit E pages E-272 to E-273 is a true and correct copy of a June 30, 2025, article by Nick Paul Taylor titled *INmune flunks phase 2 Alzheimer's trial, focuses on subgroup efficacy to fuel partnering plans*. The article was downloaded from Fierce Biotech (https://www.fiercebiotech.com/biotech/inmune-flunks-phase-2-alzheimers-trial-focuses-subgroup-efficacy-fuel-partnering-plans) on June 26, 2026.

275. Exhibit E pages E-274 to E-278 is a true and correct copy of a June 30, 2025, press release from INmune Bio Inc. titled *INmune Bio Reports Key Findings from Phase 2 MINDFuL Trial of XPro™ in Early Alzheimer's Disease*. The press release was downloaded from INmune Bio (https://www.inmunebio.com/index.php/newsroom/2025-news/muneioeportseyindingsfromhase2urialo20250630043503) on July 20, 2026.

276. Exhibit E pages E-279 to E-281 is a true and correct copy of a June 30, 2025, article by Siddhi Mahatole and Puyaan Singh titled *INmune Bio's Alzheimer's drug misses mid-stage goal, shares sink to record low*. The article was downloaded from Reuters (https://www.reuters.com/business/healthcare-pharmaceuticals/inmune-bios-alzheimers-drug-fails-meet-main-goal-mid-stage-study-2025-06-30/) on July 21, 2026.

277. Exhibit E pages E-282 to E-286 is a true and correct copy of a July 4, 2025, article by Caleb Price titled *Martin Shkreli Predicts Dramatic Plunge for Inmune Bio Stock*. The article was downloaded from Investors Hangout (https://investorshangout.com/martin-shkreli-predicts-dramatic-plunge-for-inmune-bio-stock-318339-/) on June 26, 2026.

278. Exhibit E pages E-287 to E-290 is a true and correct copy of a July 4, 2025, article by Vishaal Sanjay titled *'Pharma Bro' Martin Shkreli Says 'Good Chance' INmune Bio Stock Will Slip 90% On Monday*. The article was downloaded from Benzinga News (https://www.benzinga.com/markets/biotech/25/06/46260417/pharma-bro-martin-shkreli-says-good-chance-inmune-bio-stock-will-slip-90-on-monday) on August 4, 2026.

279. Exhibit E page E-291 is a true and correct copy of a July 9, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1943079477140996595) on July 21, 2026.

280. Exhibit E pages E-292 to E-293 is a true and correct copy of a July 22, 2025, press release from aTyr Pharma, Inc. titled *aTyr Pharma Announces Last Patient Visit in Phase 3 EFZO-FIT™ Study of Efzofitimod in Patients with Pulmonary Sarcoidosis*. The press release was downloaded from aTyr Pharma (https://investors.atyrpharma.com/node/16571/pdf) on July 20, 2026.

281. Exhibit E page E-294 is a true and correct copy of a July 23, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1947992403895284148) on July 21, 2026.

282. Exhibit E page E-295 is a true and correct copy of a July 24, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1948490438668648647) on June 26, 2026.

283. Exhibit E page E-296 is a true and correct copy of a July 25, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1948545528960262265) on July 21, 2026.

284. Exhibit E pages E-297 to E-298 is a true and correct copy of a July 25, 2025, press release from Eli Lilly & Co. titled *Lilly completes acquisition of Verve Therapeutics to advance one-time treatments for people with high cardiovascular risk*. The press release was downloaded from Eli Lilly (https://investor.lilly.com/news-releases/news-release-details/lilly-completes-acquisition-verve-therapeutics-advance-one-time) on July 20, 2026.

285. Exhibit E page E-299 is a true and correct copy of a July 29, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1950200402059670003) on July 21, 2026.

286. Exhibit E pages E-300 to E-302 is a true and correct copy of a July 31, 2025, article by Wajeeh Khan titled *Martin Shkreli Is Shorting This 'Strong Buy' Penny Stock. How Should You Play Your Shares Here?* The article was downloaded from barchart (https://www.barchart.com/story/news/33782909/martin-shkreli-is-shorting-this-strong-buy-penny-stock-how-should-you-play-shares-here) on June 26, 2026.

287. Exhibit E page E-303 is a true and correct copy of an August 22, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1958906812503101654) on July 21, 2026.

288. Exhibit E page E-304 is a true and correct copy of an August 25, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1959770419025653788) on June 26, 2026.

289. Exhibit E page E-305 is a true and correct copy of an August 25, 2025, post to X by Chelsea Sierra Voss. The post was downloaded from Voss's X account (https://x.com/csvoss/status/1959810005235794218) on June 26, 2026.

290. Exhibit E page E-306 is a true and correct copy of an August 26, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1960357746001207553) on June 26, 2026.

291. Exhibit E page E-307 is a true and correct copy of a September 11, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1966248016777789944) on July 21, 2026.

292. Exhibit E pages E-308 to E-310 is a true and correct copy of a September 15, 2025, press release from aTyr Pharma, Inc. titled *aTyr Pharma Announces Topline Results from Phase 3 EFZO-FIT™ Study of Efzofitimod in Pulmonary Sarcoidosis*. The press release was downloaded from aTyr (https://investors.atyrpharma.com/node/16626/pdf) on June 26, 2026.

293. Exhibit E pages E-311 to E-312 is a true and correct copy of a September 15, 2025, article by Nick Paul Taylor titled *aTyr flunks phase 3 lung disease trial, deflating stock, but still plans talks with FDA*. The article was downloaded from Fierce Biotech (https://www.fiercebiotech.com/biotech/atyr-flunks-phase-3-lung-disease-trial-deflating-stock-plans-talks-fda) on June 26, 2026.

294. Exhibit E pages E-313 to E-315 is a true and correct copy of a September 16, 2025, article by Lucy Brewster titled *Pharma Bro declares pharma no no*. The article was downloaded from Brew Markets (https://www.brewmarkets.com/stories/2025/09/16/pharma-bro-martin-shkreli) on July 10, 2026.

295. Exhibit E pages E-316 to E-321 is a true and correct copy of a September 17, 2025, article by The Wealth Advisor titled *Martin Shkreli Is Setting His Sights On A Favorite Stock Of Retail Traders*. The article was downloaded from Wealth Advisor (https://www.thewealthadvisor.com/article/martin-shkreli-setting-his-sights-favorite-stock-retail-traders) on June 26, 2026.

296. Exhibit E page E-322 is a true and correct copy of a September 24, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1970826682870251680) on July 21, 2026.

297. Exhibit E page E-323 is a true and correct copy of a September 24, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1970841140787401164) on June 26, 2026.

298. Exhibit E page E-324 is a true and correct copy of a September 24, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1970873598853390629) on June 26, 2026.

299. Exhibit E pages E-325 to E-326 is a true and correct copy of an September 25, 2025, press release from Theratechnologies Inc. titled *Theratechnologies Announces Completion of Acquisition by Future Pak*. The press release was downloaded from GlobeNewswire (https://www.globenewswire.com/news-

release/2025/09/25/3156603/0/en/theratechnologies-announces-completion-of-acquisition-by-future-pak.html) on July 21, 2026.

300. Exhibit E page E-327 is a true and correct copy of an October 6, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1975241784369262649) on July 21, 2026.

301. Exhibit E pages E-328 to E-333 is a true and correct copy of an October 7, 2025, article by James Chen titled *Understanding Margin Calls: What Triggers Them and How to Respond*. The article was downloaded from Investopedia (https://www.investopedia.com/terms/m/margincall.asp) on October 6, 2026.

302. Exhibit E page E-334 is a true and correct copy of a November 4, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1985689943021072579) on July 21, 2026.

303. Exhibit E page E-335 is a true and correct copy of a November 5, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1986078863034556918) on July 21, 2026.

304. Exhibit E page E-336 is a true and correct copy of a November 5, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1986211439640555726) on June 26, 2026.

305. Exhibit E page E-337 is a true and correct copy of a November 10, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1987866900647248204) on July 21, 2026.

306. Exhibit E page E-338 is a true and correct copy of a November 13, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1989005266751574250) on June 26, 2026.

307. Exhibit E page E-339 is a true and correct copy of a November 13, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1989005269758587016) on June 26, 2026.

308. Exhibit E page E-340 is a true and correct copy of a November 13, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1989033680392568921) on July 20, 2026.

309. Exhibit E page E-341 is a true and correct copy of a November 14, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1989267864692658513) on June 26, 2026.

310. Exhibit E page E-342 is a true and correct copy of a November 24, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1992971976294498581) on June 26, 2026.

311. Exhibit E page E-343 is a true and correct copy of a November 24, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1992971995483394164) on July 20, 2026.

312. Exhibit E pages E-344 to E-346 is a true and correct copy of a November 24, 2025, article by Erica Kollmann titled *Martin Shkreli Takes Aim At Capricor – Stock Sinks*. The article was downloaded from Benzinga News (https://www.benzinga.com/trading-ideas/movers/25/11/49040350/martin-shkreli-takes-aim-at-capricor-stock-sinks) on June 26, 2026.

313. Exhibit E pages E-347 to E-352 is a true and correct copy of a November 24, 2025, article (updated March 5, 2026) by Anan Ashraf titled *'Pharma Bro' Martin Shkreli Goes Short On Capricor Therapeutics – Stock Tumbles 17%*. The article was downloaded from Stocktwits (https://stocktwits.com/news-articles/markets/equity/pharma-bro-martin-shkreli-goes-short-on-capircor-therapeutics/cL5bQHUREQS) on August 5, 2026.

314. Exhibit E pages E-353 to E-406 is a true and correct copy of a November 25, 2025, Substack post by Anthony Staj titled *Star sign Capricor: when astrology does drug development*. The post was downloaded from AnthonyStaj's Substack (https://anthonystaj.substack.com/p/star-sign-capricor-when-astrology) on July 10, 2026.

315. Exhibit E page E-407 is a true and correct copy of a November 26, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1993812777560101076) on June 26, 2026.

316. Exhibit E page E-408 is a true and correct copy of a December 2, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1995978636940259549) on June 26, 2026.

317. Exhibit E page E-409 is a true and correct copy of a December 3, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1996195827832996113) on July 21, 2026.

318. Exhibit E page E-410 is a true and correct copy of a December 3, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1996196412275765514) on July 21, 2026.

319. Exhibit E page E-411 is a true and correct copy of a December 3, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1996200904547279338) on July 21, 2026.

320. Exhibit E page E-412 is a true and correct copy of a December 3, 2025, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/1996244856004370615) on July 21, 2026.

321. Exhibit E pages E-413 to E-417 is a true and correct copy of a December 3, 2025, press release from Capricor Therapeutics titled *Capricor Therapeutics Announces Positive Topline Results from Pivotal Phase 3 HOPE-3 Study of Deramiocel in Duchenne Muscular Dystrophy*. The press release was downloaded from Capricor (https://d1io3yog0oux5.cloudfront.net/_3064708f064b9f4788636e58bfdfc53f/capricor/news/2025-12-03_Capricor_Therapeutics_Announces_Positive_Topline_331.pdf) on August 4, 2026.

322. Exhibit E pages E-418 to E-421 is a true and correct copy of a December 4, 2025, article by Abigail Beaney titled *Capricor stock soars after pivotal DMD cell therapy trial meets endpoints*. The article was downloaded from Clinical Trials Arena (https://www.clinicaltrialsarena.com/news/capricor-stock-soars-after-pivotal-dmd-cell-therapy-trial-meets-endpoints/) on June 26, 2026.

323. Exhibit E pages E-422 to E-423 is a true and correct copy of a December 9, 2025, press release from Akero Therapeutics titled *Novo Nordisk has completed its acquisition of Akero Therapeutics*. The press release was downloaded from Akero Therapeutics (https://akerotx.com/wp-content/uploads/2025/12/pr251209-akero-closing.pdf) on July 20, 2026.

324. Exhibit E pages E-424 to E-427 is a true and correct copy of a January 20, 2026, press release from Capricor Therapeutics, Inc. titled *Capricor Therapeutics Provides Regulatory Update on Deramiocel BLA Following FDA Review of HOPE-3 Topline Data*, downloaded from Capricor (https://d1io3yog0oux5.cloudfront.net/_3064708f064b9f4788636e58bfdfc53f/capricor/news/2026-01-20_Capricor_Therapeutics_Provides_Regulatory_Update_335.pdf ) on August 4, 2026.

325. Exhibit E page E-428 is a true and correct copy of a March 6, 2026, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/2029936664429183319) on June 26, 2026.

326. Exhibit E page E-429 is a true and correct copy of a March 6, 2026, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/2029957936613630204) on July 20, 2026.

327. Exhibit E pages E-430 to E-443 is a true and correct copy of a March 6, 2026, article by BiopharmaWatch Research titled *Biotech Catalyst Trading: How Hedge Funds and Insiders Position Around FDA Decisions*. The article was downloaded from BiopharmaWatch (https://www.biopharmawatch.com/blog/biotech-catalyst-trading-hedge-funds-insiders-fda-decisions) on August 4, 2026.

328. Exhibit E page E-444 is a true and correct copy of a March 10, 2026, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/2031437687014699302) on July 21, 2026.

329. Exhibit E pages E-445 to E-446 is a true and correct copy of a March 10, 2026, press release from Cassava Sciences, Inc. titled *Cassava Sciences Announces Name Change*

*to Filana Therapeutics, Inc.* The press release was downloaded from Filana Therapeutics (https://www.filanatx.com/node/17821/pdf) on June 26, 2026.

330. Exhibit E pages E-447 to E-448 is a true and correct copy of excerpted pages from a March 17, 2026, annual report (Form 10-K) from Capricor Therapeutics, Inc. The annual report was downloaded from Capricor (https://www.capricor.com/investors/sec-filings/annual-reports/content/0001104659-26-029580/0001104659-26-029580.pdf) on June 26, 2026.

331. Exhibit E page E-449 is a true and correct copy of an April 18, 2026, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/2045297139044204855) on June 26, 2026.

332. Exhibit E pages E-450 to E-451 is a true and correct copy of excerpted pages from a May 7, 2026, quarterly report (Form 10-Q) from INmune Bio, Inc. The quarterly report was downloaded from INmune Bio (https://www.inmunebio.com/tmp/917ccf0b703a303b84d40f92fad157868d1c89015087e41fa47fd1699c9839d0.pdf) on June 26, 2026.

333. Exhibit E pages E-452 to E-455 is a true and correct copy of a May 14, 2026, press release from Biogen Inc. titled *Biogen Completes Acquisition of Apellis Pharmaceuticals*. The press release was downloaded from Biogen (https://investors.biogen.com/news-releases/news-release-details/biogen-completes-acquisition-apellis-pharmaceuticals) on July 20, 2026.

334. Exhibit E pages E-456 to E-463 is a true and correct copy of a June 1, 2026, article from Charles Schwab titled *Short Selling: The Risks and Rewards*. The article was

downloaded from Charles Schwab (https://www.schwab.com/learn/story/ins-and-outs-short-selling) on June 26, 2026.

335. Exhibit E page E-464 is a true and correct copy of a June 25, 2026, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/2070143492764946802) on July 23, 2026.

336. Exhibit E page E-465 is a true and correct copy of a June 29, 2026, post to X by Shkreli. The post was downloaded from Shkreli's X account (https://x.com/MartinShkreli/status/2071592596959326381https://x.com/MartinShkreli/status/2070143492764946802) on July 23, 2026.

337. Exhibit E pages E-466 to E-468 is a true and correct copy of a July 6, 2026, post to X by Adam Feuerstein. The post was downloaded from Feuerstein's X account (https://x.com/adamfeuerstein/status/2074116973504405627https://x.com/MartinShkreli/status/2070143492764946802) on July 24, 2026.

338. Exhibit E page E-469 is a true and correct copy of a July 8, 2026, LinkedIn post by Dr. Angelos M. Stergiou with the AI-generated title *Separating Noise from Data in SELLAS Life Sciences Group, Inc. Phase 3 REGAL Trial*. The post was downloaded from LinkedIn (https://www.linkedin.com/posts/dr-angelos-m-stergiou-md-scd-hc-14140b8_there-has-been-some-commentary-recently-regarding-activity-7480591646816985088-HbOb/) on July 24, 2026.

339. Exhibit E pages E-470 to E-474 is a true and correct copy of a July 29, 2026 article by Darren Incorvaia titled *FDA adcomm shoots down Capricor's Duchenne cell therapy after meeting marked by statistical dispute*. The article was downloaded from Fierce

Biotech (https://www.fiercebiotech.com/biotech/fda-adcomm-shoots-down-capricors-duchenne-cell-therapy-after-meeting-marked-statistical) on August 4, 2026.

340. Exhibit E pages E-475 to E-476 is a true and correct copy of a July 30, 2026 article by Inside Precision Medicine titled *FDA Committee Vote Against Approving Capricor's Deramiocel*. The article was downloaded from Inside Precision Medicine (https://www.insideprecisionmedicine.com/topics/patient-care/fda-committee-vote-against-approving-capricors-deramiocel/) on August 4, 2026.

341. Exhibit E pages E-477 to E-478 is a true and correct copy of an undated Wiktionary entry for "Go Ham." The entry was downloaded from Wiktionary (https://en.wiktionary.org/wiki/go_ham) on July 20, 2026.

342. Exhibit E pages E-479 to E-488 is a true and correct copy of an undated tutorial by IBKR Campus titled *Monitoring Margin in TWS*. The tutorial was downloaded from Interactive Brokers Campus (https://www.interactivebrokers.com/campus/trading-lessons/monitoring-margin-in-tws/) on October 6, 2026.

343. Exhibit E pages E-489 to E-495 is a true and correct copy of an October 31, 2026 article by Suzy Weiss titled Two Drinks with . . . 'Pharma Bro' Martin Shkreli. The article was downloaded from The Free Press (https://www.thefp.com/p/two-drinks-with-pharma-bro-martin-shkreli) on August 18, 2026.

344. Exhibit E pages E-496 to E- 497 is a true and correct copy of an April 23, 2018 order in the Securities and Exchange Commission Administrative Proceeding No. 3-18127 from Brent J. Fields titled Order Making Findings and Imposing Remedial Sanctions Pursuant to Section 203(f) of the Investment Advisors Act of 1940. The order was

downloaded from the Securities and Exchange Commission (https://www.sec.gov/files/litigation/admin/2018/ia-4895.pdf) on August 18, 2026.

**EXHIBIT F**

345. Exhibit F is a true and correct copy of excerpted pages from the March 21, 2023, deposition of Martin Shkreli in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 13, 2026

*/s/ Maren Haneberg*
Maren Haneberg
Attorney
Bureau of Competition Health Care Division
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202)326-3084
mhaneberg@ftc.gov