# Exhibit C

**Summary of All Cited Shkreli Livestream Videos**

Table of Contents


| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-1 | July 14, 2022 | 7/14/22<br>______<br>YouTube | https://www.youtube.com/watch?v=DdJoOu13UCc | July 8, 2026 |
| C-2 | July 20, 2022 | TRADING COMPETITION DAY 3<br>______<br>YouTube | https://www.youtube.com/watch?v=9rLFQgIHF08 | July 13, 2026 |
| C-3 | July 20, 2022 | 7-20-22<br>______<br>YouTube | https://www.youtube.com/watch?v=1imt_CJ07kE | July 8, 2026 |
| C-4 | July 26, 2022 | Trading Competition Week 2<br>______<br>YouTube | https://www.youtube.com/watch?v=tg059aocASY | July 8, 2026 |
| C-5 | July 27, 2022 | Trading Competition - Week 2<br>______<br>YouTube | https://www.youtube.com/watch?v=-qkZvE9gL9U | July 13, 2026 |
| C-6 | July 29, 2022 | Trading Competition Week 2<br>______<br>YouTube | https://www.youtube.com/watch?v=Ag8WeLudFNc | July 13, 2026 |
| C-7 | Aug. 1, 2022 | Trading Competition Week 3<br>______<br>YouTube | https://www.youtube.com/watch?v=_BiHBhYQ7UE | July 8, 2026 |
| C-8 | Aug. 1, 2022 | LLY Stock Analysis w/ Shkreli (Aug 1, 2022) Part One<br>______<br>YouTube | https://www.youtube.com/watch?v=TtFp7rFaCMg | July 8, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-9 | Aug. 5, 2022 | Trading Competition Week 3<br>———<br>YouTube | https://www.youtube.com/watch?v=nhMoYOtiDdM | July 8, 2026 |
| C-10 | Aug. 9, 2022 | Trading Competition Week 4<br>———<br>YouTube | https://www.youtube.com/watch?v=gFhHP8Pnr9Q | July 8, 2026 |
| C-11 | Aug. 15, 2022 | 8-15-22<br>———<br>YouTube | https://www.youtube.com/watch?v=yqvrJ99bVSE | July 13, 2026 |
| C-12 | Aug. 16, 2022 | 8-16-22<br>———<br>YouTube | https://www.youtube.com/watch?v=78--DFyNk1U | July 13, 2026 |
| C-13 | Aug. 19, 2022 | GSK Stock Analysis (August 19, 2022)<br>———<br>YouTube | https://www.youtube.com/watch?v=qLlH9tzK1lE | July 8, 2026 |
| C-14 | Aug. 22, 2022 | Full Livestream-ANSS Stock, Gaming, Investing Lesson (August 22, 2022)<br>———<br>YouTube | https://www.youtube.com/watch?v=TddYlACk9yk | July 8, 2026 |
| C-15 | Aug. 25, 2022 | 8-25-22<br>———<br>YouTube | https://www.youtube.com/watch?v=ScWxVtXGg14 | July 8, 2026 |
| C-16 | Aug. 26, 2022 | 8-26-22<br>———<br>YouTube | https://www.youtube.com/watch?v=jODEhrKcbFM | July 8, 2026 |
| C-17 | Aug. 29, 2022 | Happy Monday!<br>———<br>YouTube | https://www.youtube.com/watch?v=wRQclUY5FZg | July 8, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-18 | Sept. 2, 2022 | 9-2-22<br>______<br>YouTube | https://www.youtube.com/watch?v=3_c1DWbBg8Y | July 8, 2026 |
| C-19 | Sept. 30, 2022 | friday<br>______<br>YouTube | https://www.youtube.com/watch?v=LfvXoY1eo0s | July 8, 2026 |
| C-20 | Oct. 5, 2022 | alzheimers, CDK5, biochemistry etc<br>______<br>YouTube | https://www.youtube.com/watch?v=vgUNSCxo9bY | July 8, 2026 |
| C-21 | Oct. 7, 2022 | friday<br>______<br>YouTube | https://www.youtube.com/watch?v=nGK5sRLk9fw | July 8, 2026 |
| C-22 | Feb. 2, 2023 | 2-2-23 earnings season<br>______<br>YouTube | https://www.youtube.com/watch?v=lOZIyDNjzyI | July 8, 2026 |
| C-23 | Feb. 27, 2024 | GLP-1 deep dive<br>______<br>YouTube | https://www.youtube.com/watch?v=aQuYX76bD8Q | July 13, 2026 |
| C-24 | July 31, 2024 | Evaluating Stocks - Taking Requests<br>______<br>YouTube | https://www.youtube.com/watch?v=Nx-GeqIHP14 | July 8, 2026 |
| C-25 | Aug. 3, 2024 | Evaluating Stocks 8-3 - Taking Requests<br>______<br>YouTube | https://www.youtube.com/watch?v=cbpR5vmtfU0 | July 8, 2026 |
| C-26 | Aug. 5, 2024 | Evaluating Stocks 8-5 - Taking Requests<br>______<br>YouTube | https://www.youtube.com/watch?v=yZS57UJrdSg | July 8, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-27 | Aug. 13, 2024 | Evaluating Stocks 8-13 - Taking Requests<br>———<br>YouTube | https://www.youtube.com/watch?v=Vd25LAVmSWs | July 8, 2026 |
| C-28 | Aug. 15, 2024 | 8-15: Evaluating Stocks, Startup Techniques<br>———<br>YouTube | https://www.youtube.com/watch?v=F9O0jeohAHk | July 8, 2026 |
| C-29 | Aug. 26, 2024 | 8/26 - stocks<br>———<br>YouTube | https://www.youtube.com/watch?v=-fK_xfuLRk0 | July 8, 2026 |
| C-30 | Aug. 27, 2024 | $SAVA and others<br>———<br>YouTube | https://www.youtube.com/watch?v=_iRNeJXfkO4 | July 8, 2026 |
| C-31 | Sept. 4, 2024 | $SAVA - short<br>———<br>YouTube | https://www.youtube.com/watch?v=ilq_QvZul5k | July 8, 2026 |
| C-32 | Sept. 6, 2024 | stocks - $SAVA and others<br>———<br>YouTube | https://www.youtube.com/watch?v=CZ8uiQH5tus | July 8, 2026 |
| C-33 | Sept. 9, 2024 | $SMMT $SAVA and others<br>———<br>YouTube | https://www.youtube.com/watch?v=e1YPnRD1gLQ | July 8, 2026 |
| C-34 | Oct. 4, 2022 | what bear market<br>———<br>YouTube | https://www.youtube.com/watch?v=QiQ-zR9TwKE | July 8, 2026 |
| C-35 | Oct. 21, 2024 | 10-21 stocks<br>———<br>YouTube | https://www.youtube.com/watch?v=Wfz0ASCCtwY | July 8, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-36 | Oct. 22, 2024 | 10-22 stocks<br>______<br>YouTube | https://www.youtube.com/watch?v=288bUhE9VYY | July 8, 2026 |
| C-37 | Oct. 24, 2024 | 10-24 stocks<br>______<br>YouTube | https://www.youtube.com/watch?v=n5xJNSYKwvQ | July 13, 2026 |
| C-38 | Oct. 25, 2024 | 10-25 stocks<br>______<br>YouTube | https://www.youtube.com/watch?v=-HMdBV26h8M | July 8, 2026 |
| C-39 | Oct. 25, 2024 | 10-25 stocks part 2<br>______<br>YouTube | https://www.youtube.com/watch?v=gjzaZ3bIzpA | July 8, 2026 |
| C-40 | Nov. 4, 2024 | 11-4 stocks - back from trips!<br>______<br>YouTube | https://www.youtube.com/watch?v=Z3sxhoGuPlM | July 13, 2026 |
| C-41 | Nov. 5, 2024 | 11-5 stocks<br>______<br>YouTube | https://www.youtube.com/watch?v=ldXl2da9dB8 | July 8, 2026 |
| C-42 | Nov. 12, 2024 | 11-12 stocks<br>______<br>YouTube | https://www.youtube.com/watch?v=O8qyAoaKd_k | July 13, 2026 |
| C-43 | Nov. 13, 2024 | 11-13 stocks<br>______<br>YouTube | https://www.youtube.com/watch?v=IehxbjsIDoU | July 8, 2026 |
| C-44 | Nov. 18, 2024 | 11-18 stocks<br>______<br>YouTube | https://www.youtube.com/watch?v=ZlT78SXO4t4 | July 13, 2026 |
| C-45 | Nov. 20, 2024 | 11-20 - CASSAVA WATCH<br>______<br>YouTube | https://www.youtube.com/watch?v=MMo_Hto_aok | July 8, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-46 | Nov. 20, 2024 | 11-20 - CASSAVA WATCH part 2<br>______<br>YouTube | https://www.youtube.com/watch?v=Qu3aqtY3Jdo | July 13, 2026 |
| C-47 | Nov. 21, 2024 | 11-21 - CASSAVA WATCH $SAVA<br>______<br>YouTube | https://www.youtube.com/watch?v=s12w0otTRSk | July 13, 2026 |
| C-48 | Nov. 22, 2024 | 11-22 - CASSAVA WATCH $SAVA<br>______<br>YouTube | https://www.youtube.com/watch?v=902H2eBMtco | July 13, 2026 |
| C-49 | Nov. 25, 2024 | 11-24 - FINAL CASSAVA WATCH $SAVA<br>______<br>YouTube | https://www.youtube.com/watch?v=wyfW_xLQRGs | July 8, 2026 |
| C-50 | Nov. 25, 2024 | 11-25 - THE FINAL CASSAVA WATCH $SAVA<br>______<br>YouTube | https://www.youtube.com/watch?v=oRVoQCBxAwE | July 13, 2026 |
| C-51 | Nov. 26, 2024 | 11-26 - stocks<br>______<br>YouTube | https://www.youtube.com/watch?v=-0GDUwFocSs | July 13, 2026 |
| C-52 | Nov. 27, 2024 | 11-27 - stocks<br>______<br>YouTube | https://www.youtube.com/watch?v=Bq-EootXHNY | July 8, 2026 |
| C-53 | Dec. 2, 2024 | 12-1 - stocks<br>______<br>YouTube | https://www.youtube.com/watch?v=CO9PuxeTMxk | July 13, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-54 | Dec. 3, 2024 | 12-3 - stocks<br>———<br>YouTube | https://www.youtube.com/watch?v=GaNxR4Reff0 | July 13, 2026 |
| C-55 | Dec. 23, 2024 | 12-23 stocks<br>———<br>YouTube | https://www.youtube.com/watch?v=Z0CCwvlFHwg | July 8, 2026 |
| C-56 | Feb. 11, 2025 | 2-11<br>———<br>YouTube | https://www.youtube.com/watch?v=NjwpMfSj9fg | July 13, 2026 |
| C-57 | Mar. 5, 2025 | 3-5<br>———<br>YouTube | https://www.youtube.com/watch?v=k-kjhMuh0bs | July 13, 2026 |
| C-58 | Mar. 6, 2025 | 3-6 part 2<br>———<br>YouTube | https://www.youtube.com/watch?v=TVP8s3PqOQA | July 8, 2026 |
| C-59 | Mar. 7, 2025 | 3-7 part 2<br>———<br>YouTube | https://www.youtube.com/watch?v=BABSxf4eJj8 | July 8, 2026 |
| C-60 | Apr. 1, 2025 | 4/1<br>———<br>YouTube | https://www.youtube.com/watch?v=zh3OPxwrIwY | July 8, 2026 |
| C-61 | Apr. 2, 2025 | 4/2/25 - $30,000 trading challenge day 1<br>———<br>YouTube | https://www.youtube.com/watch?v=5kMANglWSHY | July 8, 2026 |
| C-62 | Apr. 2, 2025 | 4/2/25 - $30,000 trading challenge day 1 - part 2<br>———<br>YouTube | https://www.youtube.com/watch?v=FeY33HbJfJ4 | July 13, 2026 |
| C-63 | Apr. 3, 2025 | 4/2 - +0.3%<br>———<br>YouTube | https://www.youtube.com/watch?v=Z7V7Fc4SNgM | July 13, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-64 | Apr. 16, 2025 | 4/16 +0.1%<br>———<br>YouTube | https://www.youtube.com/watch?v=LOJeuDEv5c4 | July 8, 2026 |
| C-65 | Apr. 17, 2025 | 4/17 +0.1%<br>———<br>YouTube | https://www.youtube.com/watch?v=wQ7Y31SMld4 | July 13, 2026 |
| C-66 | Apr. 22, 2025 | 4/22/25 +0.1%<br>———<br>YouTube | https://www.youtube.com/watch?v=uz7y-ZejRTU | July 13, 2026 |
| C-67 | Apr. 23, 2025 | 4/23/25 -0.6%<br>———<br>YouTube | https://www.youtube.com/watch?v=SEtMzFFqMvk | July 13, 2026 |
| C-68 | Apr. 25, 2025 | 4/25/25 -0.4%<br>———<br>YouTube | https://www.youtube.com/watch?v=sVnhs4dEU78 | July 13, 2026 |
| C-69 | Apr. 28, 2025 | 4/28/25 -1.1%<br>———<br>YouTube | https://www.youtube.com/watch?v=yj53vKpyoCw | July 13, 2026 |
| C-70 | Apr. 29, 2025 | 4/29/25 +0.1%<br>———<br>YouTube | https://www.youtube.com/watch?v=xocOU6u4D44 | July 13, 2026 |
| C-71 | May 7, 2025 | 5/7/25<br>———<br>YouTube | https://www.youtube.com/watch?v=AFZD5m0AOrg | July 13, 2026 |
| C-72 | May 8, 2025 | 5/8/25 -1%<br>———<br>YouTube | https://www.youtube.com/watch?v=Q1EYa36q1W0 | July 13, 2026 |
| C-73 | May 12, 2025 | 5/12/25 part 2 (-18%)<br>———<br>YouTube | https://www.youtube.com/watch?v=ByxCzmnVBE8 | July 13, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-74 | June 11, 2025 | 6-11-25 -42%<br>———<br>YouTube | https://www.youtube.com/watch?v=agU77gyIjek | July 13, 2026 |
| C-75 | June 16, 2025 | 6/16/25 -43%<br>———<br>YouTube | https://www.youtube.com/watch?v=z8Le8T1A05w | July 13, 2026 |
| C-76 | June 18, 2025 | 6-18-25 -43% all eyes on INMB<br>———<br>YouTube | https://www.youtube.com/watch?v=OblCgw6a9y8 | July 13, 2026 |
| C-77 | June 20, 2025 | 6-20-25 -45% INMB watch<br>———<br>YouTube | https://www.youtube.com/watch?v=Ex7vlsVHXZY | July 13, 2026 |
| C-78 | June 26, 2025 | 6/26/25 -35%<br>———<br>YouTube | https://www.youtube.com/watch?v=qr8PUuqtgHg | July 13, 2026 |
| C-79 | June 27, 2025 | 6/27 - ONE DAY TO INMB<br>———<br>YouTube | https://www.youtube.com/watch?v=u-H9lVMGlgw | July 13, 2026 |
| C-80 | June 30, 2025 | 6/30 - INMB failure<br>———<br>YouTube | https://www.youtube.com/watch?v=SHWUseXNBZM | July 8, 2026 |
| C-81 | July 14, 2025 | 7-14-25 -0.3%<br>———<br>YouTube | https://www.youtube.com/watch?v=RLHa4hzjyAU | July 8, 2026 |
| C-82 | July 17, 2025 | 7/17/25 -14%<br>———<br>YouTube | https://www.youtube.com/watch?v=LSv0ei2ainU | July 13, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-83 | July 29, 2025 | 7/29/25 +18% - sick, tired, congested<br>______<br>YouTube | https://www.youtube.com/watch?v=EWe9fDnIZfk | July 13, 2026 |
| C-84 | July 30, 2025 | 7/30/25 +28%<br>______<br>YouTube | https://www.youtube.com/watch?v=w6G1ZfZ6AKo | July 13, 2026 |
| C-85 | Aug. 1, 2025 | 8/1/25 +30%<br>______<br>YouTube | https://www.youtube.com/watch?v=PwUcItM8MJ4 | July 13, 2026 |
| C-86 | Aug. 4, 2025 | 8/4/25 +23% - PLTR HIMS later<br>______<br>YouTube | https://www.youtube.com/watch?v=h7qwQY3_DVw | July 13, 2026 |
| C-87 | Aug. 8, 2025 | 8/8/25 +29% happy friday<br>______<br>YouTube | https://www.youtube.com/watch?v=M0GfGv68A8s | July 8, 2026 |
| C-88 | Aug. 13, 2025 | 8/13/25 +25%<br>______<br>YouTube | https://www.youtube.com/watch?v=raa1EXgX--c | July 13, 2026 |
| C-89 | Aug. 15, 2025 | 8/15/25 +46% record high! PGEN, Scorpion SLNO short<br>______<br>YouTube | https://www.youtube.com/watch?v=aPXdTrwM8-s | July 13, 2026 |
| C-90 | Aug. 19, 2025 | 8/19/2025 +56% $VKTX RIP, quantum falling<br>______<br>YouTube | https://www.youtube.com/watch?v=wB5nIbjGSZc | July 13, 2026 |
| C-91 | Aug. 20, 2025 | 8/20/25 +54% let's gooo<br>______<br>YouTube | https://www.youtube.com/watch?v=t31JKCbNQlE | July 13, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-92 | Aug. 22, 2025 | 8/22/25 +51% what up<br>———<br>YouTube | https://www.youtube.com/watch?v=h51jwIHqGPo | July 13, 2026 |
| C-93 | Sept. 4, 2025 | 9/3/25 +55% ATYR WATCH day 2<br>———<br>YouTube | https://www.youtube.com/watch?v=9WM6KQ5GUTQ | July 13, 2026 |
| C-94 | Sept. 5, 2025 | 9/5/25 +59% atyr watch day 3<br>———<br>YouTube | https://www.youtube.com/watch?v=xgRLMb702qo | July 8, 2026 |
| C-95 | Sept. 8, 2025 | 9/8/25 +56% atyr watch day 4<br>———<br>YouTube | https://www.youtube.com/watch?v=Dfe92gTP5N0 | July 8, 2026 |
| C-96 | Sept. 12, 2025 | 9/12/25 +59% atyr watch day 8<br>———<br>YouTube | https://www.youtube.com/watch?v=E9iRNUNQTc8 | July 13, 2026 |
| C-97 | Sept. 15, 2025 | 9/15/25 +135% YTD<br>———<br>YouTube | https://www.youtube.com/watch?v=Z11ACyoNtXs | July 8, 2026 |
| C-98 | Sept. 16, 2025 | 9/16/25 +131% YTD<br>———<br>YouTube | https://www.youtube.com/watch?v=ykdLa_dy4BU | July 13, 2026 |
| C-99 | Sept. 19, 2025 | 9/19/25 - +107%<br>———<br>YouTube | https://www.youtube.com/watch?v=MBorePc8bE0 | July 8, 2026 |
| C-100 | Oct. 14, 2025 | 10/14/25 +47%<br>———<br>YouTube | https://www.youtube.com/watch?v=NN4el-pLb5o | July 13, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-101 | Oct. 22, 2025 | 10/22/25 +369%<br>———<br>YouTube | https://www.youtube.com/watch?v=70G4B6XMX2U | July 13, 2026 |
| C-102 | Oct. 23, 2025 | 10/23/25 +406%<br>———<br>YouTube | https://www.youtube.com/watch?v=k4MX-fMpG5Q | July 8, 2026 |
| C-103 | Nov. 5, 2025 | 11/5/25 +488%<br>———<br>YouTube | https://www.youtube.com/watch?v=wZ1azdHFvCE | July 13, 2026 |
| C-104 | Dec. 2, 2025 | 12/2/25 +479% CAPR WATCH<br>———<br>YouTube | https://www.youtube.com/watch?v=O0qjrFVwVlM | July 13, 2026 |
| C-105 | Dec. 3, 2025 | 12/3/25 CAPR WATCH<br>———<br>YouTube | https://www.youtube.com/watch?v=ZHlK5EbtNh8 | July 8, 2026 |
| C-106 | Dec. 4, 2025 | 12/4/25 challenge account -100% RIP - QCLS is the new thing<br>———<br>YouTube | https://www.youtube.com/watch?v=G7rEfocWjo8 | July 13, 2026 |
| C-107 | June 25, 2026 | 6/25/26 we're back +0.00%<br>———<br>YouTube | https://www.youtube.com/watch?v=-cB4aMWCpCA | July 14, 2026 |
| C-108 | June 26, 2026 | 6/26/26 -0.80%<br>———<br>YouTube | https://www.youtube.com/watch?v=OjXijWzhx2s | July 14, 2026 |
| C-109 | June 29, 2026 | 6/29/26 +0.25%<br>———<br>YouTube | https://www.youtube.com/watch?v=_FWyBrONhmg | July 14, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-110 | June 30, 2026 | 6/30/26 +0.93%<br>______<br>YouTube | https://www.youtube.com/watch?v=W5GJvCwrrU4 | July 14, 2026 |
| C-111 | July 1, 2026 | 7/1/26 -2.1%<br>______<br>YouTube | https://www.youtube.com/watch?v=VTLcJhk3UW0 | July 14, 2026 |
| C-112 | July 6, 2026 | 7/6/26 -1.8%<br>______<br>YouTube | https://www.youtube.com/watch?v=c4uy4nQPyKg | July 14, 2026 |
| C-113 | July 7, 2026 | 7/7/26 -2.9%<br>______<br>YouTube | https://www.youtube.com/watch?v=-g7E9MN79OE | July 14, 2026 |
| C-114 | July 8, 2026 | 7/8/26 -3.6%<br>______<br>YouTube | https://www.youtube.com/watch?v=YUO0UJNin8k | July 14, 2026 |
| C-115 | July 13, 2026 | 7/13/26 +3%<br>______<br>YouTube | https://www.youtube.com/watch?v=c4qmbRY_8k4 | July 14, 2026 |
| C-116 | July 14, 2026 | 7/14/26 -6%<br>______<br>YouTube | https://www.youtube.com/watch?v=NasxvxPSzho | July 14, 2026 |
| C-117 | July 15, 2026 | 7/15/26 -3%<br>______<br>X | https://x.com/MartinShkreli/status/2077378032260862151 | July 16, 2026 |
| C-118 | July 16, 2026 | 7/16/26 -4%<br>______<br>YouTube | https://www.youtube.com/watch?v=dUf33rNkCf0 | July 16, 2026 |
| C-119 | July 17, 2026 | 7/17/26 -5%<br>______<br>YouTube | https://www.youtube.com/watch?v=XnSnKaQ81g4 | July 23, 2026 |

| File Prefix | Date | Title, Source | URL | Downloaded |
|---|---|---|---|---|
| C-120 | July 20, 2026 | 7/20/26 -4% ——— YouTube | https://www.youtube.com/watch?v=S5sISBRv0oM | July 20, 2026 |
| C-121 | July 21, 2026 | 7/21/26 -2% ——— YouTube | https://www.youtube.com/watch?v=MOR0EGfRUnM | July 21, 2026 |
| C-122 | July 22, 2026 | 7/22/26 -1% ——— YouTube | https://www.youtube.com/watch?v=PJ8syP9tqWU | July 23, 2026 |
| C-123 | July 23, 2026 | 7/23/26 -0.3% ——— YouTube | https://www.youtube.com/watch?v=2t_giZXZi7U | July 23, 2026 |
| C-124 | July 24, 2026 | 7/23/26 -0.5% ——— YouTube | https://www.youtube.com/watch?v=UEXddrROPtI | July 24, 2026 |