# Exhibit D

OFFICIAL TRANSCRIPT PROCEEDINGS

FEDERAL TRADE COMMISSION

MATTER NO. 1:20-CV-00706

TITLE FTC, ET AL. V. VYERA PHARMACEUTICALS LLC, ET AL

DATE TRANSCRIBED: JUNE 16, 2026, JULY 6 2026, & AUGUST 10, 2026

REVISED: SEPTEMBER 9, 2026

TRANSCRIBED EXERPTS FROM MARTIN SHKRELI YOUTUBE VIDEOS

JOB No.: 8284740

FEDERAL TRADE COMMISSION

In the Matter of: )
FTC, et al. v. Vyera )
Pharmaceuticals LLC, et al. ) Matter No.
) 1:20-cv-00706
----------------------------)

The following transcript was produced using publicly available YouTube videos.

FEDERAL TRADE COMMISSION

TABLE OF CONTENTS


Video Excerpt: PAGE:

“Trading Competition Week 3”

dated 8/1/2022 pg 23

00:18:52 to 00:20:10 pg 23

Video Excerpt:

“Trading Competition Week 3”

Dated 8/5/2022 pg 25

00:16:56 to 00:17:14 pg 25

Video Excerpt:

“2-2-23 earnings season”

dated 2/2/2023 pg 27

00:05:53 to 00:06:30 pg 27

00:07:13 to 00:08:06 pg 29

00:31:30 to 00:32:11 pg 31

Video Excerpt:

“GLP-1 deep dive” dated 2/27/2024 pg 33

00:02:11 to 00:03:18 pg 33

Video Excerpt:

“Evaluating Stocks – Taking

Requests" dated 7/31/2024 pg 35
01:49:42 to 01:51:44 pg 35
Video Excerpt:
"8/26 – stocks" dated 8/26/2024 pg 37
00:48:13 to 00:48:32 pg 37
01:19:24 to 01:19:37 pg 39
01:22:25 to 01:25:02 pg 41
01:26:43 to 01:27:25 pg 44
01:31:34 to 01:31:56 pg 46
01:33:38 to 01:34:04 pg 48
01:36:58 to 01:37:07 pg 50
Video Excerpt:
"$SAVA and others" dated 8/27/2024 pg 52
00:00:20 to 00:00:29 pg 52
00:01:32 to 00:01:41 pg 54
00:02:36 to 00:03:10 pg 56
00:04:02 to 00:05:17 pg 58
00:17:53 to 00:18:06 pg 60
00:46:00 to 00:47:48 pg 62
00:48:25 to 00:48:32 pg 65
01:01:18 to 01:01:23 pg 67
01:05:06 to 01:07:05 pg 69

01:35:08 to 01:37:38 pg 72
01:40:05 to 01:40:28 pg 75
Video Excerpt:
"$SAVA – short" dated 9/4/2024 pg 77
00:01:35 to 00:01:47 pg 77
00:05:15 to 00:08:36 pg 79
00:12:26 to 00:14:34 pg 84
00:46:57 to 00:48:49 pg 87
00:54:27 to 00:56:17 pg 90
01:16:37 to 01:17:11 pg 94
01:18:26 to 01:18:34 pg 96
01:19:17 to 01:22:20 pg 98
02:09:11 to 02:09:14 pg 101
02:10:29 to 02:10:43 pg 103
Video Excerpt:
"stocks - $SAVA and others" dated 9/6/2024 pg 105
00:00:11 to 00:00:23 pg 105
Video Excerpt:
"$SMMT$SAVA and others" dated 9/9/2024 pg 107
01:36:45 to 01:37:33 pg 107

Video Excerpt:
"10-21 stocks" dated 10/21/2024 pg 109
00:50:22 to 00:52:14 pg 109
01:24:45 to 01:26:00 pg 111
02:07:08 to 02:07:28 pg 113
02:39:04 to 02:39:20 pg 115
03:06:12 to 03:06:34 pg 117
Video Excerpt:
"10-22 stocks" dated 10/22/2024 pg 119
00:30:50 to 00:31:55 pg 119
Video Excerpt:
"10-24 stocks" dated 10/24/2024 pg 121
00:06:03 to 00:06:10 pg 121
00:38:36 to 00:39:00 pg 123
Video Excerpt:
"10-25 stocks part 2" dated 10/25/2024 pg 125
01:21:31 to 01:23:34 pg 125
01:23:53 to 01:25:41 pg 128
01:26:43 to 01:27:57 pg 131
01:47:57 to 01:49:08 pg 134
Video Excerpt:

"11/4 stocks - back from trips!"
dated 11/4/2024 pg 137
06:09:28 to 06:09:41 pg 137
Video Excerpt:
"11/21 - CASSAVA WATCH $SAVA"
Dated 11/21/2024 pg 139
00:00:39 to 00:00:45 pg 139
Video Excerpt:
"11/25 - THE FINAL CASSAVA WATCH
$SAVA" dated 11/25/2024 pg 141
02:34:44 to 02:34:58 pg 141
02:37:37 to 02:39:40 pg 143
02:49:49 to 02:53:10 pg 147
Video Excerpt:
"11/26 - stocks" dated 11/26/2024 pg 149
00:01:58 to 00:02:30 pg 149
Video Excerpt:
"12/1 - stocks" dated 12/2/2024 pg 151
00:03:56 to 00:04:06 pg 151
00:16:06 to 00:17:17 pg 153
00:22:21 to 00:22:25 pg 155
00:23:51 to 00:24:20 pg 157

02:08:58 to 02:09:15 pg 159
02:24:58 to 02:25:03 pg 161
Video Excerpt:
"2/11" dated 2/11/2025 pg 163
00:43:28 to 00:43:42 pg 164
05:32:58 to 05:33:12 pg 165
Video Excerpt:
"3-5" dated 3/5/2025 pg 167
04:36:45 to 04:37:02 pg 167
04:39:53 to 04:40:31 pg 169
05:36:17 to 05:37:50 pg 171
06:42:40 to 06:52:51 pg 173
07:16:13 to 07:16:42 pg 176
Video Excerpt:
"3-7 part 2" dated 3/7/2025 pg 178
00:52:11 to 00:52:36 pg 178
Video Excerpt:
"4/1" dated 4/1/2025 pg 180
02:30:56 to 02:31:03 pg 180
Video Excerpt:
"4/2/25 - $30,000 trading
challenge day 1" dated 4/2/2025 pg 182

01:47:30 to 01:48:50 pg 182
01:49:49 to 01:49:55 pg 184
01:51:04 to 01:51:13 pg 186
02:09:03 to 02:09:11 pg 188
Video Excerpt:
"4/16 - +0.1%" dated 4/16/2025 pg 190
01:16:13 to 01:17:32 pg 190
Video Excerpt:
"4/22/25 - +0.1%" dated 4/22/2025 pg 193
00:25:50 to 00:26:00 pg 193
Video Excerpt:
"4/23/25 - -0.6%" dated 4/23/2025 pg 195
00:27:42 to 00:28:23 pg 195
00:28:39 to 00:28:42 pg 197
00:29:33 to 00:30:01 pg 199
Video Excerpt:
"4/29/25 - +0.1%" dated 4/29/2025 pg 201
06:24:17 to 06:25:59 pg 201
Video Excerpt:
"5/7/25" dated 5/7/2025 pg 205
01:00:24 to 01:00:35 pg 205
01:00:49 to 01:01:15 pg 207

Video Excerpt:
"5/8/25 - 1%" dated 5/8/2025 pg 209
02:02:25 to 02:02:31 pg 209
02:39:01 to 02:40:25 pg 211
02:42:15 to 02:42:19 pg 213
Video Excerpt:
"5/12/25 part 2 (-18%)" dated 5/12/2025 pg 215
00:40:37 to 00:41:29 pg 215
00:43:34 to 00:43:40 pg 217
00:44:08 to 00:46:22 pg 219
00:46:58 to 00:47:14 pg 222
Video Excerpt:
"6/11/25 - 42%" dated 6/11/2025 pg 224
05:24:22 to 05:25:07 pg 224
Video Excerpt:
"6/16/25 - 43%" dated 6/16/2025 pg 226
09:16:17 to 09:17:05 pg 226
Video Excerpt:
"43% all eyes on INMB" dated 6/18/2025 pg 228
00:28:14 to 00:28:25 pg 228

00:31:30 to 00:33:10 pg 230
Video Excerpt:
"6/26/25 - 35%" dated 6/26/2025 pg 233
00:03:17 to 00:03:23 pg 233
Video Excerpt:
"6/27 - ONE DAY TO INMB" dated
6/27/2025 pg 235
00:02:25 to 00:03:14 pg 235
00:03:48 to 00:04:39 pg 237
00:33:15 to 00:33:42 pg 239
00:38:52 to 00:39:00 pg 241
00:43:40 to 00:47:48 pg 243
00:50:35 to 00:51:10 pg 247
01:21:58 to 01:22:05 pg 249
Video Excerpt:
"6/30 - INMB failure" dated
6/30/2025 pg 251
00:05:22 to 00:06:31 pg 251
00:09:18 to 00:09:39 pg 253
00:09:53 to 00:10:08 pg 255
00:25:56 to 00:26:32 pg 257
Video Excerpt:

"7-14-25 -0.3%" dated 7/14/2025 pg 259
01:49:20 to 01:49:37 pg 259
Video Excerpt:
"7/17/25 – 14%" dated 7/17/2025 pg 261
01:20:57 to 01:21:38 pg 261
01:23:30 to 01:23:43 pg 263
01:24:04 to 01:24:10 pg 265
01:24:38 to 01:25:20 pg 267
Video Excerpt:
"7/29/25 +18% - sick, tired, congested" dated 7/29/2025 pg 269
00:05:30 to 00:09:45 pg 269
00:10:43 to 00:10:51 pg 273
00:13:03 to 00:13:26 pg 275
Video Excerpt:
"7/30/25 +28%" dated 7/30/2025 pg 277
00:08:07 to 00:08:33 pg 277
Video Excerpt:
"8/1/25 +30%" dated 8/1/2025 pg 279
00:07:40 to 00:07:45 pg 279
00:13:37 to 00:16:34 pg 281
00:26:26 to 00:30:22 pg 284

00:30:59 to 00:35:10 pg 288
00:55:44 to 00:55:48 pg 291
01:04:49 to 01:04:55 pg 293
01:08:17 to 01:15:37 pg 295
01:42:46 to 01:48:00 pg 298
02:08:55 to 02:10:59 pg 301
02:58:00 to 02:58:08 pg 304
03:00:07 to 03:00:19 pg 306
03:27:58 to 03:31:51 pg 308
Video Excerpt:
"8/4/25 +23% - PLTR HIMS later"
dated 8/4/2025 pg 313
00:37:30 to 00:38:42 pg 313
Video Excerpt:
"8/8/25 +29% happy Friday" dated
8/8/2025 pg 315
00:15:39 to 00:16:29 pg 315
00:18:19 to 00:18:22 pg 317
00:23:03 to 00:24:56 pg 319
00:43:51 to 00:44:46 pg 322
00:44:54 to 00:45:01 pg 324
00:45:53 to 00:45:57 pg 326

00:47:23 to 00:47:33 pg 328

00:47:59 to 00:48:02 pg 330

00:51:12 to 00:55:35 pg 332

00:56:12 to 00:56:30 pg 336

00:56:49 to 00:57:24 pg 338

01:05:28 to 01:06:00 pg 340

01:08:50 to 01:17:10 pg 342

Video Excerpt

"8/13/25 +25%" dated 8/13/2025 pg 348

00:45:19 to 00:45:37 pg 348

00:45:57 to 00:46:35 pg 350

00:48:39 to 00:48:41 pg 352

00:51:47 to 00:51:57 pg 354

01:12:11 to 01:12:34 pg 356

02:38:06 to 02:42:39 pg 358

Video Excerpt

"8/15/2025 +46% record high!
PGEN, Scorpion SLNO short" dated
8/15/2025 pg 363

00:01:28 to 00:01:33 pg 363

00:03:24 to 00:03:46 pg 365

00:32:28 to 00:32:32 pg 367

00:48:31 to 00:48:56 pg 369
01:07:13 to 01:07:16 pg 371
01:16:21 to 01:16:46 pg 373
01:55:08 to 01:55:16 pg 375
03:09:05 to 03:09:36 pg 377
03:11:16 to 03:11:19 pg 379
03:13:41 to 03:13:44 pg 381
03:20:00 to 03:22:22 pg 383
03:22:32 to 03:22:37 pg 386
Video Excerpt
"8/19/2025 +56% VKTX RIP,
quantum falling" by 8/19/2025 pg 388
00:10:44 to 00:10:47 pg 388
00:21:00 to 00:21:04 pg 390
Video Excerpt
"8/20/25 +54% let's gooo" dated
8/20/2025 pg 392
00:37:59 to 00:38:49 pg 392
Video Excerpt
"8/22/25 +51% what up" dated
8/22/2025 pg 394
01:53:23 to 01:53:28 pg 394

Video Excerpt
"9/3/25 +55% AYTR WATCH day 2" dated
9/3/2025 pg 396
06:13:37 to 06:13:40 pg 396
Video Excerpt
"9/8/25 +56% atyr watch day 4" dated
9/8/2025 pg 398
00:59:02 to 01:01:43 pg 398
01:02:57 to 01:04:37 pg 401
Video Excerpt
"9/12/25 +59% atyr watch day 8"
dated 9/12/2025 pg 403
03:25:28 to 03:25:44 pg 403
07:22:11 to 07:22:25 pg 405
07:52:21 to 07:52:35 pg 407
08:06:49 to 08:07:08 pg 409
Video Excerpt
"9/15/25 +135% YTD" dated
9/15/2025 pg 411
00:01:52 to 00:01:59 pg 411
00:06:26 to 00:06:42 pg 413
00:08:31 to 00:08:46 pg 415

00:09:23 to 00:09:26 pg 417
00:11:04 to 00:11:14 pg 419
00:11:27 to 00:11:32 pg 421
00:45:50 to 00:46:44 pg 423
Video Excerpt
"9/19/25 +107%" dated 9/19/2025 pg 425
00:06:26 to 00:06:39 pg 425
Video Excerpt
"10/14/25 +47%" dated 10/14/2025 pg 427
05:46:00 to 05:49:27 pg 427
Video Excerpt
"10/22/25 +369%" dated 10/22/2025 pg 431
00:22:10 to 00:22:23 pg 431
Video Excerpt
"10/23/25 +406%" dated 10/23/2025 pg 433
00:19:00 to 00:19:08 pg 433
Video Excerpt
"11/5/25 +488%" dated 11/5/2025 pg 435
05:36:55 to 05:37:02 pg 435
Video Excerpt
"12/4/25 challenge account - 100%
RIP - QCLS is the new thing" dated

12/4/2025 pg 437
00:01:08 to 00:01:41 pg 437
00:02:35 to 00:03:13 pg 439
Video Excerpt
“6/25/26 we’re back +0.00%”
dated 6/25/2026 pg 441
00:01:12 to 00:01:22 pg 441
00:05:49 to 00:06:42 pg 443
00:13:34 to 00:13:43 pg 445
01:18:28 to 01:19:00 pg 447
01:36:23 to 01:37:12 pg 449
Video Excerpt:
“6/26/26 -0.80%” dated 6/26/2026 pg 451
00:06:32 to 00:07:03 pg 451
01:42:53 to 01:43:24 pg 453
01:43:56 to 01:44:01 pg 455
Video Excerpt
“6/29/26 +0.25%” dated 6/29/26 pg 457
00:04:18 to 00:07:05 pg 457
00:30:01 to 00:30:11 pg 460
00:38:49 to 00:39:11 pg 462
00:38:49 to 00:46:40 pg 464

00:49:38 to 00:50:17 pg 467
00:58:56 to 00:59:16 pg 469
01:38:31 to 01:38:38 pg 471
03:58:38 to 03:58:41 pg 473
04:02:52 to 04:02:59 pg 475
04:08:18 to 04:09:20 pg 477
04:10:17 to 04:10:45 pg 479
04:24:25 to 04:24:31 pg 481
04:27:23 to 04:28:25 pg 598
05:58:21 to 05:59:42 pg 483
06:00:21 to 06:00:51 pg 486
06:04:03 to 06:04:16 pg 488
06:08:55 to 06:09:23 pg 490
08:06:26 to 08:06:41 pg 492
Video Excerpt
"7/1/26 -2.1%" dated 7/1/2026 pg 494
00:51:46 to 00:51:57 pg 494
01:09:17 to 01:09:40 pg 496
01:10:50 to 01:10:56 pg 498
Video Excerpt
"7/6/26 -1.8%" dated 7/6/2026 pg 500
03:09:03 to 03:12:04 pg 500

03:12:44 to 03:18:26 pg 505
03:21:05 to 03:22:08 pg 514
05:45:00 to 05:45:10 pg 517
05:47:32 to 05:47:58 pg 519
05:48:25 to 05:49:58 pg 521
05:52:37 to 05:52:50 pg 523
05:53:42 to 05:53:50 pg 525
05:59:25 to 05:59:53 pg 527
06:01:39 to 06:01:43 pg 529
06:11:49 to 06:12:26 pg 531
06:38:39 to 06:39:58 pg 533
06:42:29 to 06:42:45 pg 535
07:16:07 to 07:16:42 pg 537
07:19:39 to 07:19:51 pg 539
07:24:15 to 07:24:21 pg 541
07:27:31 to 07:27:43 pg 543
Video Excerpt
"7/7/26 -2.9%" dated 7/7/2026 pg 545
00:03:50 to 00:04:14 pg 545
00:27:55 to 00:28:26 pg 547
00:33:42 to 00:35:28 pg 549
00:36:24 to 00:37:56 pg 551

00:49:17 to 00:49:55 pg 554

Video Excerpt

"7/8/26 -3.6%" dated 7/8/2026 pg 556

00:09:50 to 00:10:21 pg 556

00:39:44 to 00:40:57 pg 558

01:26:35 to 01:27:15 pg 560

01:47:56 to 01:48:38 pg 562

03:11:21 to 03:16:50 pg 564

03:27:56 to 03:28:23 pg 568

03:33:43 to 03:36:36 pg 570

03:38:30 to 03:38:38 pg 572

Video Excerpt

"7/14/26 -6%" dated 7/14/2026 pg 574

01:00:55 to 01:01:04 pg 574

Video Excerpt

"7/21/26 -2%" dated 7/21/2026 pg 576

02:32:10 to 02:32:27 pg 576

02:38:00 to 02:38:20 pg 578

02:45:48 to 02:45:52 pg 580

Video Excerpt

"GLP-1 deep dive" dated 2/27/2024 pg 582

02:40:54 to 2:41:10 pg 582

Video Excerpt
"11-4 stocks – back from trips!"
dated 11/4/2024 pg 584
05:49:17 to 05:49:20 pg 584
05:49:57 to 05:50:04 pg 586
05:52:05 to 05:52:12 pg 588
Video Excerpt
"7/30/25 +28%" dated 7/30/2025 pg 590
00:11:09 to 00:12:17 pg 590
Video Excerpt
"8/20/25 +54% let's goo" dated
8/20/2025" pg 592
00:13:27 to 00:14:09 pg 592
Video Excerpt
"9/16/25 +131% YTD" dated
9/16/2025 pg 594
00:45:50 to 00:46:44 pg 594
Video Excerpt
"12/3/25 CAPR WATCH" dated
12/3/2025 pg 596
00:01:00 to 00:01:59 pg 596

Video Title: Trading Competition Week 3

Video Date: 8/1/2022

Start Time: 00:18:52

End Time: 00:20:10

MARTIN SHKRELI: SIGA’s starting to break down quite a bit. I’m tempted to continue piling in, but I also don't have enough of a cushion for risk. Let me stay in there, I guess.

I already have a 20% position, which is a pretty insanely large position. I mean, maybe it's not insane for Matt Kohrs, but it's insane for everybody else, so I think I'm just going to hang out there.

Video Title: Trading Competition Week 3

Video Date: 8/5/2022

Start Time: 00:16:56

End Time: 00:17:14

MARTIN SHKRELI: SIGA went up a lot yesterday. I guess the White House … It was down a lot, and I went to some meetings feeling good, and then all of a sudden the White House said that monkeypox is a horrible thing that's going to kill us all. All right, so AMC's cash went down.

Video Title: 2-2-23 earnings season

Video Date: 2/2/2023

Start Time: 00:05:53

End Time: 00:06:30

MARTIN SHKRELI: Lagevrio for COVID actually had a decent quarter. 825. Kind of surprising to have such a good quarter. It’s amazing this drug sold, has sold six or seven billion since inception. It doesn’t even work. This is Merck’s COVID product. Not a good product, but, hey, I mean, $6 or $7 billion, it probably costs, it’s probably $5 billion in profits.

Video Title: 2-2-23 earnings season

Video Date: 2/2/2023

Start Time: 00:07:13

End Time: 00:08:06

MARTIN SHKRELI: Yeah, Merck's, Merck's portfolio is basically … The company is 50% Keytruda at this point. That's really crazy. Not quite 50%, but close. Close. They're almost 50% of pharma than they have in the animal health business. I wonder if Merck will spin off animal health. They probably should. The … Spinning off Organon was a weird decision in my opinion.

RotaTek was quite weak. Not a big product for them, but still really, really weak. I can see why Merck's down. Their portfolio is looking real, real tired.

Prevymis, this is an interesting new drug for Merck. It's like a hospital drug. It did okay. About, about as expected. But, again, the rest of the portfolio is kind of dogshit. Merck needs a new hit real bad. Keytruda's just, like, it's going start looking vulnerable in a couple years, and they have to be ready for, for something, to do something there.

Video Title: 2-2-23 earnings season

Video Date: 2/2/2023

Start Time: 00:31:30

End Time: 00:32:11

MARTIN SHKRELI: I watch, I watch the pharma markets. I'm not banned from the, outside of the America. The appeal is obviously going to … I'm going to get the appeals reversed obviously, but, you know, pharma, pharma's, like, you know, not my favorite field anyway. I feel software is in many ways far superior and far more exciting. I'll still, I'll still probably follow pharma forever just as an investor.

Video Title: GLP-1 deep dive

Video Date: 2/27/2024

Start Time: 00:02:11

End Time: 00:03:18

MARTIN SHKRELI: All right. So I have an Eli Lilly model, and it certainly looks like Lilly's going to be the first trillion-dollar company, right? But let's, let's go into some of the details, okay?

So where is the stock? It's, like, $700 or something crazy, right?

$763. It's been an amazing run for Lilly.

I'm on a Mac, so I'm not as fast as I normally am.

Let's … So, yeah, that's a pretty wild market cap. There's never been a drug company this valuable ever, so it's really kind of nuts.

Video Title: Evaluating Stocks - Taking Requests

Video Date: 7/31/2024

Start Time: 01:49:42

End Time: 01:51:44

MARTIN SHKRELI: "Two years, eight patients completely attack-free."

Pretty nice. This is a company that's curing a bunch of different diseases with CRISPR. The catch is that those diseases have other therapies that are pretty good, but this is still … It's got to be the best therapy.

It's interesting that at thirty-two weeks … Wow, this is really interesting. This is good news honestly.

So one of the fears with CRISPR one-time shot is that the patient would rebound. So at sixteen weeks, they had a 92% reduction in this molecule which causes this disease, but after a year-and-a-half, that reduction did not drop. It was exactly the same, 95% from 92%. so that's, that's really good. That's great.

Video Title: 8/26 - stocks

Video Date: 8/26/2024

Start Time: 00:48:13

End Time: 00:48:32

MARTIN SHKRELI: SAVA, I think SAVA does not work. It's not ready to explode, and it's ready to go down a lot. Maybe we should look at Cassava, right? Yeah, let's look at Cassava sometime. That'd be fun.

Oh, they eat dead cells? Maybe then you need, you need them. They're eating dead cells.

Video Title: 8/26 - stocks

Video Date: 8/26/2024

Start Time: 01:19:24

End Time: 01:19:37

MARTIN SHKRELI: Humacyte is a short somebody said. Okay, now, now we got to look. That's throwing the gauntlet down. Hold on, let me get this all set up in my system here.

Video Title: 8/26 - stocks

Video Date: 8/26/2024

Start Time: 01:22:25

End Time: 01:25:02

MARTIN SHKRELI: I love Japanese stocks.

Humacyte, Inc.

Humacyte warrants. All right. 119 million shares outstanding. $800 million market cap.

Whoa, that shouldn’t be there.

Okay.

Not much cash. It's kind of the amount of cash I’m comfortable with. Most of these biotech CEOs are scared. I don’t need no cash.

Oh, man, they’ve got a messy balance sheet, actually.

“Revenue interest liability.” That’s kind of like debt.

There's a lot of these, like, “I sold a piece of my revenue.” Is that a loan? Ahhh, kind of, yeah. It’s, it’s a loan that’s … It's an asset-backed loan basically.

So this is one of the things I like to look at in biotech. This company spent $626 million to become an $800-million company. That’s a lot of work for not a lot of return.

Okay, no revenue. That's all I needed to

know.

So how'd they sell they product? Since its inception in 2004 … Oh, man. Could you imagine starting a company in 2004, spending $600 million on it, and it's worth $800 mil.

All right. So they did a deal with a royalty player such that at least that royalty player thinks they're going to have a drug, right?

Humacyte --

Video Title: 8/26 - stocks

Video Date: 8/26/2024

Start Time: 01:26:43

End Time: 01:27:25

MARTIN SHKRELI: "Acellular tissue." "Engineered vessel." This is very suspicious. "We were surprised to be notified that the FDA rejected our shitty application." I'm kidding. I don't know if the drug's good or not.

Video Title: 8/26 - stocks

Video Date: 8/26/2024

Start Time: 01:31:34

End Time: 01:31:56

MARTIN SHKRELI: Okay, okay, here's the …

"Humacyte's BLA included positive results from V005."

What … Something about Ukraine injuries.

I think this is going to be it for me after this. I'm curious about this. This looks like it could be a short. I love shorting.

Video Title: 8/26 - stocks

Video Date: 8/26/2024

Start Time: 01:33:38

End Time: 01:34:04

MARTIN SHKRELI: So this could be a good example of an old-school Shkreli short. This is when we pick apart … You know those mites that pick apart the eyelids? I'm like one of those mites right now. I'm, I'm sharpening my little, my six legs. I'm about to dig into some eyelids. Mmmmm.

Video Title: 8/26 - stocks

Video Date: 8/26/2024

Start Time: 01:36:58

End Time: 01:37:07

MARTIN SHKRELI: Yeah, this is a … This could be a fucking short, this could be good money, and the FDA is late on a response? Yo!

Video Title: $SAVA and others

Video Date: 8/27/2024

Start Time: 00:00:20

End Time: 00:00:29

MARTIN SHKRELI: All right. We're going to look at a stock called Cassava and maybe if we have time some more. Cassava's pretty controversial.

Video Title: $SAVA and others

Video Date: 8/27/2024

Start Time: 00:01:32

End Time: 00:01:41

MARTIN SHKRELI: So, yeah, Cassava's a very kind of bizarre drug company.

Video Title: $SAVA and others

Video Date: 8/27/2024

Start Time: 00:02:36

End Time: 00:03:10

MARTIN SHKRELI: This is a 1.4-billion-dollar biopharma company which is not a small … It’s not a small company, and this is a very controversial company if I recall correctly.

I remember when the company … It used to be called Pain Therapeutics, and I remember they pivoted a little bit to this new kind of drug.

Video Title: $SAVA and others

Video Date: 8/27/2024

Start Time: 00:04:02

End Time: 00:05:17

MARTIN SHKRELI: So, of course, Cassava's just got one … I think they've got just one drug. Let's see …

And there, there's a lot of drama here. Somebody got arrested. Oooh, government investigations from the DOJ and the SEC. Goddamn. Simufilam or something like that. Simufilam. Simufilam? I'm, I'm new to looking at this closely as you can imagine. I'm very skeptical of it just off the, the bat.

Alzheimer's Disease.

They're going to settle with the SEC about the Phase 2, and there is an indictment of Dr. Wang (ph). Damn. Never good when your scientific collaborator gets indicted.

Video Title: $SAVA and others

Video Date: 8/27/2024

Start Time: 00:17:53

End Time: 00:18:06

MARTIN SHKRELI: I may short it. A lot of people will short it. I've shorted a lot of biopharma in my life. I've, I've been shorting for twenty years. I'm not afraid to short.

Video Title: $SAVA and others

Video Date: 8/27/2024

Start Time: 00:46:00

End Time: 00:47:48

MARTIN SHKRELI: All right. So let's get back to my imaginary scenario. The price of Cassava right now is like twenty-eight bucks, but the price after failure, okay, and I'm, I'm about to put, put you on the game, bro. I'm about to put you on the game. I'm about to teach you how to become rich, all right, and that … You know, quite frankly, I care about my colleagues more than I care about you guys because these are like my brothers. I want them all to see this because this is, this is some Shkreli shit right here. This is primo shit, something I learned over a long period of time.

When this company's fake drug is exposed for being a fake drug because it appears to be a fake drug … I'm not 100% sure yet, but I'm at least 50% sure this drug don't work. The stock's going to go from $28 to $4, all right? $28 to $4.

Now, let's say you bought these twenty-five puts. Right now they're -20 cents, but, you know, they expire in the fucking – when do they expire? - in three days, but you don't know when it will be revealed that this shit is fake. It could be fake

tomorrow, it could be fake next month, but let's say by Friday it's proven to be fake. Very unlikely, very unlikely, but let's, let’s see what happens if, if it's the case.

Now remember puts are traded in hundred lots, so it's $20 to buy one of these things, okay? But what is the value of a twenty-five put is $21. So you would turn $20 into $2,100. $2,100. Okay.

Video Title: $SAVA and others

Video Date: 8/27/2024

Start Time: 00:48:25

End Time: 00:48:32

MARTIN SHKRELI: Open-label studies as you know are not very valuable. Placebo-controlled studies are the, are the standard, but we will absolutely look at that.

Video Title: $SAVA and others

Video Date: 8/27/2024

Start Time: 01:01:18

End Time: 01:01:23

MARTIN SHKRELI: So the guy gets indicted, and two weeks later they all leave.

Video Title: $SAVA and others

Video Date: 8/27/2024

Start Time: 01:05:06

End Time: 01:07:05

MARTIN SHKRELI: I mean, the, the odds that this drug works is, like, like, 1%. A lot of people say to me, “Well, well, you don’t know if the drug might work,” or something like that. Here's the thing. It … This is kind of like saying, “I'm going to take this Red Bull, I’m going to roll up my sleeve, and I'm going to throw it, and it's going to land on the moon right-side up. It's very, very unlikely, and it's not very logical to use the argument that, “Well, you don't know. That might happen. What if it happens?” Well, I can tell you that the probability that that happens is very low. In fact, if I said that I'd throw this can of Red Bull just four feet over there and it would land straight up on its side. Well, that's got a higher chance then landing on the moon - especially if you saw how scrawny I am, you’d, you’d say there’s no chance - but the atmosphere would have something to say about that, too. And so at the end of the day, like, just because something can happen doesn't really speak to the likelihood.

Making a drug is very hard. Making a drug that'll stop a disease is extremely hard. You have to

have a rational mechanism. You have to have a rational clinical trial that exposes that drug and its mechanism to the disease. It interferes with the disease. It slows it down in a clinically palpable way. Think about how hard that is. It's about as hard as me throwing this can of delicious Red Bull onto the moon. It's really, like, that hard. It's like landing a rocket right-side up. I mean, everything has to go perfect.

And I already noticed the logP of simufilam or whatever is just one. I want to look at the metabolites, too, because the … It's not (inaudible) enough to even get in the brain. I wonder if they did a radio label study.

Video Title: $SAVA and others

Video Date: 8/27/2024

Start Time: 01:35:08

End Time: 01:37:38

MARTIN SHKRELI: Okay. So if this is the body of evidence that supports the trial, it's a failed, it's a failed trial, right? When it says, "statistical significance not significant for sample size," right? Like, that's all you need to know. It's not significant. It's no p-value. No p-value means it's "garbage" as the French say. "Garbage."

Even when (inaudible) you can't even trust it, and now you're telling you there's no mechanism of action. So the trial failed, right? It says right here: "Not significant." We don't … In this game, we don't do maybes. We don't do half-ways. "Not significant." Period. Right?

It was randomized withdrawal. You do a clinical trial. You can't live by the sword and not die by the sword. You can't do a clinical trial and say, "Oh, I'm going to try to show some evidence of success," and when it doesn't show that evidence, you say, "Oh, whoa, whoa, whoa, whoa, it was just … No, no, it's not real. This is just a small trial." I'm sorry, it doesn't work that way. There's no backsies. There's no takebacks. This isn't schoolyard ball,

this is the NBA, and it still wasn't even that good. Like, what are you trying to defend? A .6 change in ADAS-Cog? Give me a fucking break.

So, so, the drug doesn't work by the clinical trial evidence. The PK is suspect, which nobody’s talked about but me. LogP 1.1 is not crossing the blood brain barrier. You've got the founder of the company quit, his wife quit, and the guy who invented the drugs is under arrest. This is not what great drug companies are made of, and, again, I’m … I like to be open-minded. I know Remi. I like Remi. I don't want to see Remi go to jail.

Video Title: $SAVA and others

Video Date: 8/27/2024

Start Time: 01:40:05

End Time: 01:40:28

MARTIN SHKRELI: So you're telling me that this tiny molecule binds to this protein. Where? Where? This is a gigantic protein. Which one of these letters … Twenty-six-hundred different letters. Which one of these does it bind to?

Video Title: $SAVA - short

Video Date: 9/4/2024

Start Time: 00:01:35

End Time: 00:01:47

MARTIN SHKRELI: -- Cassava.

I've never been in Orlando.

Good morning.

Good afternoon.

Cassava is a short. There's no doubt about that. It's just a question of when. Yeah, it really is just a question of when.

Video Title: $SAVA - short

Video Date: 9/4/2024

Start Time: 00:05:15

End Time: 00:08:36

MARTIN SHKRELI: To me, it's a stock. I can't change the results of the trial. Nobody can. You can sit and pray and hope or you can sit in pray and hate, but we cannot affect with our minds or our words how a molecule will work or not work in a human body, so to me that makes it sort of okay to short, but a stock like this, if we could affect it, I wouldn't want to be shorted, I'd want the drug to work, but we can't change the future. I think it's deterministic.

I'm actually writing a paper about Cassava, and I think that part of the paper is this idea that clinical trials are deterministic, and I think it's one of the faults that a lot of people have when they're first looking at clinical trials. And by the way, I'm not going to patronize you here and say that, "Oh, I know more than you," and, you know, so- forth- and- so- forth. You know, I'm, I'm just going to sort of stick to the facts and leave ad hominems at the door and leave kind of calls to authority at the door, but oftentimes when I see people looking at trials for the first time, which I

think is the case for some Cassava investors. Not necessarily Matt, but some. I think that there's this idea that chance plays a big role in clinical trials, and I don't think that's true. I think the clinical trials are almost, like, mechanistic (inaudible) that could be studied and predicted. Now, there's still probability, but the actual likelihood of a trial repeating itself is, is deterministic.

So, anyway --

MATT: Yes, I agree with that.

MARTIN SHKRELI: -- that's just a bunch of noise.

Well, let's get into the meat of things. So I think the meatiest thing we can discuss here, you mentioned the clinical trials, so let's talk about that. I think that's big-time, like, the most important thing, and I also think it's where a lot of misunderstanding is.

So there was a Phase 2 study. To be unambiguous, this is NCT04388254. And, again, I don't know as much about the company as you do. There's no doubt about that. It's not my largest position.

That's … I don't even have a position.

So, you know, you're, you're a very large stockholder. I have filed 13Gs and Ds on many companies myself. I know the amount of work it goes into to, to be a large stockholder, and you've got a very big bet here, so it's, you know, it's, it's certainly … I'm not sure I've had a personal bet that big, by the way, in my career --

MATT: Okay.

MARTIN SHKRELI: -- for my own money. Probably pretty close, but it's a very big bet, so I respect it.

So I'm looking at the NCT entry. They said about two hundred people would join the study, open label, BID for a year, but at twelve months you randomize one-to-one, sort of a withdrawal study for six months. And that's kind of the --

MATT: Correct.

MARTIN SHKRELI: To me, that is the … And you may take issue with this, and please let me know if you do. To me, that is the only data, clinical data, that is worth looking at, that there is no other

meaningful data to look at, because open-label data that's not compared to the control group is meaningless.

Video Title: $SAVA - short

Video Date: 9/4/2024

Start Time: 00:12:26

End Time: 00:14:34

MARTIN SHKRELI: Now, in mechanism it's funny, some people say, "Martin, aren't there drugs that people just don't even know how they work?" The truth is not really. There have been a few. The best example I can think of for a drug that was just serendipity is thalidomide. So thalidomide was designed to be a somnolence inducer to help people with morning sickness, and it ended up causing birth defects and kind of heralded the, the, the difference between the American regulatory infrastructure and the European infra, infrastructure. It was never approved in America, the FDA declined it, and it kind of gave a lot of power to the FDA and a lot of a clout.

And so thalidomide decades later was adopted by Celgene, which became one of the most successful biopharmas ever, and there was a famous short seller who went from Morgan Stanley to Soros, and as far as I know is maybe not even the industry anymore, and the short seller was puzzled. 'How could this drug work? There's no way it could work. The mechanism doesn't make any sense.' And you know what's funny is that they were right.

There wasn’t … Thalidomide was designed in the ‘60s. There was barely any molecular biology then. There was no idea how to design a drug that really exquisitely to treat this complex disease, multiple myeloma. It turns out that thalidomide accidentally completely serendipitously binds … It, it does a two-way binding where it binds one molecule, the, the target molecule, and then it binds ubiquitin ligase where it then shepherds the protein to be degraded, and now we call these PROTACs, and we've actually used thalidomide in creating analogs to make PROTACs to other targets, and it's, like, this miracle, like, medicinal chemistry will never be the same because PROTAC now exists, and it just happened to be some random guy in the 60s stumbled upon PROTAC, and maybe that could be what's happening with Cassava. It's possible.

The reality, though, is almost all medicine today is, is rationally designed. Accidents happen, serendipity happens, but --

Video Title: $SAVA - short

Video Date: 9/4/2024

Start Time: 00:46:57

End Time: 00:48:49

MARTIN SHKRELI: Now, it … You know, I mentioned before that I met Remi in 2004. I was an analyst at a firm that his college roommate ran, a major hedge fund, and I was a big fan of Remi. I like Remi a lot. He's a kind of, like, do-it-yourself entrepreneur. He is not a scientist particularly himself. He went to Oberlin with, with my old boss, who I still regard very highly and I think vice-versa.

I was very disappointed and upset that Remi resigned because Remi is the … This is his life’s work. This company is his life’s work. Pain Therapeutics almost became very successful, and the fact that he had left the company or God knows what happened exactly. I wasn't in the board room.

Maybe you should be on the board, by the way.

The, the fact that he left without an acknowledgement from the company or anything … This is a company that he started twenty-five years ago, worked day and night, and he's three months away possibly from the results of his life's work, or at least the latest, latest chapter of his life's work, you know, to me, that is, is sort of, one, of course,

disappointing, I feel terrible for the guy, but it's also very alarming because, you know, if, if it was just a case of, "Hey, you know, there's a lot of FUD …" I hate that term, by the way. "There's a lot of FUD, and, you know, we'll see the result when we see the result." There are many companies that have been in this situation. You just stand tall and say, "Look, we're not going to comment further until the results come out, and by the way, our stock's up, so go fuck yourself," you know? That's all you have to do.

Video Title: $SAVA - short

Video Date: 9/4/2024

Start Time: 00:54:27

End Time: 00:56:17

MARTIN SHKRELI: -- what this trial result was. I don't think there’s going --

MALE SPEAKER: Mm-hmm. There will be.

MARTIN SHKRELI: I don’t think there’s going to be any obfuscation or any spin. It's just going to be like, “Here's the p-value. Here is the result. Here is the (inaudible) result of the primary endpoint.”

But as you know even though trials are cut-and-dry, or they should be, there's things like attempt to treat, modified attempt to treat, (inaudible) authorization carries forward, best observation carried forward, and you can have, like, these little discrepancies, but typically a study fails or doesn’t.

I just want to respond to somebody who says, “Hi, Energy Reviews and Investments. Martin has been paid by the shorts.”

Okay. So, first of all, I, I am the short. Nobody needs to pay me. I can --

MALE SPEAKER: (Crosstalk) well, you said … I thought you said you weren’t short, but it’s

actually (cross talk) --

MARTIN SHKRELI: I’m not. I’m not, but I --

MALE SPEAKER: Okay. So you’re considering.

MARTIN SHKRELI: Yeah, I’m considering it, and if, if I, if I do short, I … There’s no, there’s no short-seller who could pay me enough money to, to buy my opinion, one. My opinion … The last time I shorted a stock, I made $20 million bucks, it was called Vital Therapies, and I wrote a forty-page paper about it before that. I, I made a similar amount of money in Celadon. I mean, you can look at my track record of public shorts. They … They’re … It’s very good in biopharma only. So, you know, I have no, no need to be paid by anybody, and nor, nor would that be how I would make my money. It's also probably illegal for what it's worth to pay somebody to bash a stock, so, you know, I think that --

MALE SPEAKER: If they advertantly (sic) say that. That’s all that’s (cross talk) --

MARTIN SHKRELI: I think you have to dis … Well, I think you have to disclose if you're being paid --

MALE SPEAKER: Yeah (inaudible).

MARTIN SHKRELI: -- I'm pretty sure, but --

MALE SPEAKER: There's ways to pay somebody.

MARTIN SHKRELI: Yeah, it's nothing that I would even remotely approach because at the end of the day --

MALE SPEAKER: Yeah. No, no, I'm not accusing of that.

MARTIN SHKRELI: -- (cross talk) … No, I know. Yeah, yeah, yeah. But it's, it's just kind of silly and I, you know, I just would point that out.

Video Title: $SAVA - short

Video Date: 9/4/2024

Start Time: 01:16:37

End Time: 01:17:11

MARTIN SHKRELI: I think there's no, no chance at all that this drug can, could possibly work. I think that Matt … I know he's very smart and successful in his own field. This is my field. Nobody looks at data other than control trials. You do not do a trial for fun. It's really expensive. You do a trial hoping you prove something. When you don't prove something, you really have to start, start over. I would do another six-month study. I wouldn't do a Phase 3 study based on this data. That's kind of an act of desperation, I think.

Video Title: $SAVA - short

Video Date: 9/4/2024

Start Time: 01:18:26

End Time: 01:18:34

MARTIN SHKRELI: This is a failed clinical trial, and this is a drug that doesn't make sense. There's no mechanism here that's plausible.

Video Title: $SAVA - short

Video Date: 9/4/2024

Start Time: 01:19:17

End Time: 01:22:20

MARTIN SHKRELI: I mean, so the only person who knows anything about science – Remi is not a scientist by the way – at the whole company got arrested and apparently faked all this data as … Go to C-12 (ph). Yeah, the (inaudible) is kind of a piece of shit.

Well, actually, you know, that, it is a good question. Like, let's look at filament. We just kind of say, "Okay, it's a scaffold protein. Who cares?" But let's, let's actually study it. Let's see …

Identified in 1977 from the chicken gizzard. You know what the gizzard is, right? There's an additional PNAS (ph) paper (inaudible) different Wang (ph).

It's a funny name, Filament, by the way, because you have that, like, filament idea.

USB?

Yeah, I just don't think … This filament hypothesis is just handwaving. It's just nonsense. There's no such thing. It's not relevant.

For example, A-beta-42 (ph) binds a million things. Every one of these papers … Oh, let me see

if I can get a better …

Well, there's the acetocholiaster (ph), the acetylcholine paper.

Every one of these papers is the same (inaudible). It's hope and prayer that, that, you know, that "my idea works," and when you tried it in clinical trials, it didn't work.

There's plenty of other, by the way, Alzheimer's drugs that did have good Phase 2s, not all of them had good Phase 3s, but here you're trying to take a bad Phase 2 and tell me it's going to be a good Phase 3. Come on. Stop the bullshit.

Stop that bullshit. Short this stock.

Video Title: $SAVA - short

Video Date: 9/4/2024

Start Time: 02:09:11

End Time: 02:09:14

MARTIN SHKRELI: I think it’s a pretty good short.

Video Title: $SAVA - short

Video Date: 9/4/2024

Start Time: 02:10:29

End Time: 02:10:43

MARTIN SHKRELI: Cassava's a gift, man. You got the CEO resigns. The other dude's arrested. The trial failed. The science don't make sense. Guess I'll go up!

Video Title: stocks - $SAVA and others

Video Date: 9/6/2024

Start Time: 00:00:11

End Time: 00:00:23

MARTIN SHKRELI: I'm interested, really interested in this company called Cassava lately. It's a very, very weird biotech that I think is almost certain to bite the dust.

Video Title: $SMMT$SAVA and others

Video Date: 9/9/2024

Start Time: 01:36:45

End Time: 01:37:33

MARTIN SHKRELI: So Cassava's this stock that I think is a great short. It's a, it's a pharmaceutical company that's doing this weird drug called simufilam for Alzheimer's Disease, and they did a weird … The only controlled study or the only controlled data that they have is this, which is not good. It failed. The drug went down .9 ADAS-Cog and the placebo went down 1.5 --

Video Title: 10-21 stocks

Video Date: 10/21/2024

Start Time: 00:50:22

End Time: 00:52:14

MARTIN SHKRELI: See, I just had Godel open. I saw the --

ELECTRONIC VOICE: Order filled.

MARTIN SHKRELI: I saw the press release, and I was like, "Hmmm, looks good to me." I mean, I'm buying at the only price that there is. I can see my own orders on the tape. There I … There I am. Five hundred shares each. You guys want to see some more?

I'm trying to buy at $209.

All right, fuck it, let me go to $210.

I might see it here before I see it in my Interactive, which is even crazier.

ELECTRONIC VOICE: Order filled.

MARTIN SHKRELI: That's so weird. I put in an order for 500 and 679 got filled. That is bizarre. I wonder if Interactive sent more stock to the market. Hmmm.

That's shady.

Video Title: 10-21 stocks

Video Date: 10/21/2024

Start Time: 01:24:45

End Time: 01:26:00

MARTIN SHKRELI: Listen, when we go on Cassava Watch, you can’t troll about Cassava. You know how serious I take this shit? This is like Michael Jordan, halftime, game seven, NBA Finals. Imagine somebody trolling Jordan being like, “Hey, Jordan, your shot looks off.” “What the fuck did you say, bro?”

The amount of, do you know the amount of stress I have to eat on this Cassava? I'm putting my name on the line. I'm putting … I’m drawing a line in the sand. I'm putting it on everything that I'm right. I'm going to have to change my name to Martina if I’m wrong. You think I’m playing with you?

You don’t break Jordan’s concentration.

Video Title: 10-21 stocks

Video Date: 10/21/2024

Start Time: 02:07:08

End Time: 02:07:28

MARTIN SHKRELI: Okay. So I'm going to mark Lantheus as, as a long. Until I do more research, just some kind of low conviction. Maybe a three. But, yeah, I like this Lantheus. Kind of a midcap company.

Video Title: 10-21 stocks

Video Date: 10/21/2024

Start Time: 02:39:04

End Time: 02:39:20

MARTIN SHKRELI: Yeah, all ADMA has to do is announce a buyback, we'll be back at $20. That's what they, they should do, but I kind of like that they don't care that their stock price is down because it's, like, only crappy companies that are like, "Oh, shit, our stock is down 25%! We've got to do something about it!"

Video Title: 10-21 stocks

Video Date: 10/21/2024

Start Time: 03:06:12

End Time: 03:06:34

MARTIN SHKRELI: I don't have too many (inaudible) shares. I just have … I made this account with 100K in it. I finally, I finally started wiring money to it, so I've got $95,000 in it, but Interactive doesn't do portfolio margin until, like, 110 or 115, something like that.

Video Title: 10-22 stocks

Video Date: 10/22/2024

Start Time: 00:30:50

End Time: 00:31:55

MARTIN SHKRELI: Yeah. So this is the account I've been trying to fill up for the last, like, almost it feels like a month, but it's taking forever and ever and ever, and the way Interactive works is they have this, like, weird number where you get portfolio margin, and it's like 115,000 or something like that. So I'm just adding more money until I get the portfolio margin and then I can kind of go to town.

This isn't my only account, but this account is just for, like, trading on the stream, and I also have a Binance account for trade on. The, the Binance account is pretty, pretty cool, too, because crypto, crypto’s kind of fun to trade, so we'll be doing a little bit of that, as well. So we're just going to have some fun whipping around some stocks and stuff like that.

Video Title: 10-24 stocks

Video Date: 10/24/2024

Start Time: 00:06:03

End Time: 00:06:10

MARTIN SHKRELI: All right. I think I finally have enough money in this account to go H.A.M.

Video Title: 10-24 stocks

Video Date: 10/24/2024

Start Time: 00:38:36

End Time: 00:39:00

MARTIN SHKRELI: I guess we can keep shorting SAVA, I don't know. The margin requirement's, like, too high, to be honest. It's, like, pretty annoying because I need that PM.

ELECTRONIC VOICE: Order partially filled.

MARTIN SHKRELI: "Order partially filled."

ELECTRONIC VOICE: Order filled.

MARTIN SHKRELI: It's like every dollar you short Cassava, you've got to put in, like, 5x.

Video Title: 10-25 stocks part 2

Video Date: 10/25/2024

Start Time: 01:21:31

End Time: 01:23:34

MARTIN SHKRELI: So they do the Phase 2, and this is where the fraud kind of triples down. They try to do a, a, a Phase 2-A that's twenty-eight days long presumably, presumably because they have twenty-eight-day tox data, and they do a word memory test, and the data comes out terrible. It actually looks like it's, the placebo is better than the drug. That's not good news if you, this is your only medicine, and if you admit failure here which is what you're supposed to do because why spend a $100 million dollars on a drug that doesn't work, or $200 million, or more? Just admit you failed. Go to the rest of the drugs in your portfolio. Wait a second. They don't have any other drugs in their portfolio. This is all they've got. And admitting failure again, 'maybe the Board would fire me. Maybe it's better to just lie, or fake it, or just assume that, you know, okay, maybe it does work.'

So what do they do? Dr. Burns takes the results and throws out patients. This is after getting the results and knowing it failed. Throws out data after data after data until what? Until it looks

like the drug is better than the placebo. This is called lying. This is called fraud. This is a crime, and Dr. Burns had to step down because the SEC charged her with fraud, which is what she did.

But nobody was told this. When the results came out, they said, “Look, we did the Phase 2. It looks like the patients are doing better on drug than placebo. They, they were forgetting less.” But she had a dirty lie. The dirty lie was, well, actually, they were doing worse. “I changed the data so that it looks like they're doing better.”

Stock goes up, sell some stock, get some bonuses, keep paying a big salary, now we're ready for Phase 2-B. Phase 2-B is even worse. A lot of people don't understand this --

Video Title: 10-25 stocks part 2

Video Date: 10/25/2024

Start Time: 01:23:53

End Time: 01:25:41

MARTIN SHKRELI: If you're good at this game of betting on clinical trials, let me tell you something, Cassava will not be your last victory. If you're actually good at telling whether or not a clinical trial can work, that's a skill of yours, there'll be a hundred more Cassavas and you will become one of the richest people in the world.

There's a famous fund - I won't name who - but basically they kind of did this with very little capital and they built it up. They built it up, and they, they actually did have the skill, and they built it up to billions of dollars. Actually, no several of these. I'm thinking of one in particular, but … You know, if you're good at predicting Phase 3 outcomes, why is it only going to be for this drug? It won't. It'll be for other drugs, too. You'll find other Cassavas and you'll be one of the richest people ever because you'll make a 10x on Cassava. Yeah, maybe, maybe instead of having $100,000 on the line, you'll have $50,000 on the line. Fine. You listen to Martin Shkreli, and you have $50,000 on the line, but now you'll have $500,000, and you'll find the next Cassava

since you know how to find these, right? And next time you do this, you'll make 5x. Then you'll have $2.5 million and you're not going to feel worse just because you had half as much.

But don't be a hero. Understand that you may be, not be God's gift to biotech stock picking, especially if this is your first shot. Invest half or less of what you think you have, and if you're right, hey, do it again next year. Do it again the year after. Do the math on how many Cassavas you need to become a billionaire. It's, like, five or six. It's not that many. Maybe ten. But if you know how to pick them like this, why go all in on this one? You might lose it all, too. I think you will. So just do half or a quarter, and if I'm wrong and you're right, okay, next time go mega-size.

Video Title: 10-25 stocks part 2

Video Date: 10/25/2024

Start Time: 01:26:43

End Time: 01:27:57

MARTIN SHKRELI: In, in the Phase 2, patients got - in the Phase 2-B, I guess, the controlled withdrawal study – patients got a year of open label simufilam. “Open label” means they know what they're getting. The doctor knows what they're getting. There's no mystery. There's no control. So anything can kind of happen in, in that environment, and you can't really compare controlled results to uncontrolled results. It, it's like comparing a race where they had a timer and a race where they didn’t. A timer, an official track, a referee, all that stuff, to a backyard race with nobody recording and nobody's watching. They're really two different things.

And for some reason, in the two-year open-label study … And there was six months where it wasn't open label we’ll talk about that are very, very important. But in that two-year open-label study, patients got worse, they got sicker just as you would expect Alzheimer's patients would. But what the company's done and people have been fleeced by, they’re pulling the wool over people's eyes, is they said the better half of those patients in this trial

did better than the worst half.

Video Title: 10-25 stocks part 2

Video Date: 10/25/2024

Start Time: 01:47:57

End Time: 01:49:08

MARTIN SHKRELI: Again, I don’t care if you lose money or not. I kind of … I need people to lose money if I’m going to make any, so I don’t really feel bad, but I feel like, again, it's, it’s just my narcissism that I'm willing to talk about this, and since I started livestreaming and since I started talking about biotech publicly … It's been a long time. I've been doing this for a really long time, and I always get the same response from people who are long, and it's usually their first investment in this field, and they're certain that they're right, and I just sort of shake my head and laugh and, you know, “That's fine. You're right, I guess. We'll see.”

But I feel like this has been a really interesting case, and there'll be cases like this again and again for, for the rest of forever. As Groucho Marx once said, a sucker is born every minute, and a few minutes have passed even during this presentation.

So, anyway, if there's any Cassava bulls, I’m happy to listen. I'd love to talk. Here's a guy, Tariq, I think I may have talked to before. Anybody

else who can challenge me, thinks I'm wrong, please come up and entertain and explain to the world why you're so smart and I'm not.

Video Title: 11/4 stocks - back from trips!

Video Date: 11/4/2024

Start Time: 06:09:28

End Time: 06:09:41

MARTIN SHKRELI: Okay. So if I can't get my short calls filled, I can short the stock, so let's, let's do that, chat.

Video Title: 11/21 - CASSAVA WATCH $SAVA

Video Date: 11/21/2024

Start Time: 00:00:39

End Time: 00:00:45

MARTIN SHKRELI: This is Cassava Watch. We're leaving the stream on 24/7 until this data comes out.

Video Title: 11/25 - THE FINAL CASSAVA WATCH $SAVA

Video Date: 11/25/2024

Start Time: 02:34:44

End Time: 02:34:58

MARTIN SHKRELI: IBKR is up. This is one of my accounts - it’s up seventy - but that doesn’t matter.

Video Title: 11/25 - THE FINAL CASSAVA WATCH $SAVA

Video Date: 11/25/2024

Start Time: 02:37:37

End Time: 02:39:40

MARTIN SHKRELI: It's out.

"Topline results did not meet co-primary end points. Study has failed. As expected, did not show significant reduction.

Results are disappointing. Loss of cognition, cognition in placebo is less pronounced. Difficult …

We are discontinuing to refocus. ADAS-Cog 2.8 for simufilam, 3.2 for placebo. P-value .4-3."

Big fail. Huge fail. Not even close.

That's it. I'm actually surprised it separated that much. .4 separation.

I mean, that's all she wrote. As expected. And they're stopping the next trial.

"We will also be discontinuing open-label." Wow.

Okay. So it's basically over. It's worse than expected at least without mild to moderate or some other subgroups or try something …

Guys, "F," "F" in the chat, please, for Cassava, for Springer. "F's" in the chat. It's, it's over for these guys, man. I'm sorry. "F's" in the

chat.

Video Title: 11/25 - THE FINAL CASSAVA WATCH $SAVA

Video Date: 11/25/2024

Start Time: 02:49:49

End Time: 02:53:10

MARTIN SHKRELI: They call me up and they say, “Shkreli, the fuck are you doing?” And I say, “What, what are you talking about?” And he says, “The fuck are you telling these people to get out of this stock for? We need more people to buy it.” I said, “Yeah, but, John, I, I, I can't let these people just fucking throw away all their money.” “Like hell you can!” “John! I don't understand. Can I just be the good guy for once?” “Listen, Shkreli, you know, I have two million in your fund. I'm going to fill out this redemption notice now. Give me my fucking money back.”

That's how it works. They don’t want you to know. They want you to stay stupid. I try to give you some advice. Twenty years of experience. I made a lot of money in these binary events, man. Some people say I'm the GOAT at it, but you didn't want to hear nothing. You didn't want to hear shit. That’s like Kanye’s song, “You Can’t Tell Me Shit,” right? I can’t tell you. Like, “Me? Martin Shkreli? I don’t … Oh, I don’t … Oh, I can’t … I don’t know. Well, yeah, I’ve never done this before. Me? A binary

event? Martin Shkreli? Not me. Not Shkreli. He doesn't know how to play this game.” Come on, man.

I said, I said I would move to Haiti and bring Nibbles. You know much I love that cat? Do you know how much I love that cat? There's my little baby girl. I said I would transition to a woman. Take estrogen. Snip right on live stream. I have the scissors here. I have the scissors right here waiting. Not going to need them.

BioInvestor, you know, I'm sorry you lost money, but just listen to people who know what they’re doing. Bet a small amount if you haven't done this a hundred times. My advice to everybody was not get out of the stock or short it. My advice to the longs was look at your position. If you have 50% of your money in this stock, or 100%, you know, whatever it is, 100% of your investment in this stock and this is your first time investing in biopharma, just do 5% or 10%. That's my advice.

Video Title: 11/26 - stocks

Video Date: 11/26/2024

Start Time: 00:01:58

End Time: 00:02:30

MARTIN SHKRELI: Yeah, the whole SAVA thing was, like, a little anticlimactic. It was almost too easy. You know, it’s never easy when millions of dollars are involved, but it’s … It feels easy after the fact. But I don’t know. You could have easily gotten screwed on the stock when it … I think at one point it ran up to, like, $100 or more, so --

Video Title: 12/1 - stocks

Video Date: 12/2/2024

Start Time: 00:03:56

End Time: 00:04:06

MARTIN SHKRELI: ADMA, yeah. So ADMA's a buy. Let me buy a little bit here. Let's see if that goes.

Video Title: 12/1 - stocks

Video Date: 12/2/2024

Start Time: 00:16:06

End Time: 00:17:17

MARTIN SHKRELI: There’s no great short case … There’s no short case for Novo. It’s … This is a quantitative trade, so the, the quantitative thing likes the idea of shorting Novo. How little can I go here?

Yeah, Interactive’s mad at me. It’s a quantitative trade, so it’s not, it’s not a fundamental trade, so it would be short Novo, long Amgen, just because of the mean reversion.

So that’s this program I made, and I’m going to release it to you guys free of charge.

Same idea with Lilly, so you would short Lilly, go long Amgen.

Video Title: 12/1 - stocks

Video Date: 12/2/2024

Start Time: 00:22:21

End Time: 00:22:25

MARTIN SHKRELI: AVXL is, is a scam. The drug does not work.

Video Title: 12/1 - stocks

Video Date: 12/2/2024

Start Time: 00:23:51

End Time: 00:24:20

ELECTRONIC VOICE: Order filled.

MARTIN SHKRELI: There we go. Okay. Finally it works. Okay.

So we're short Novo in a very small amount, and then we're going to go long Amgen in a very small amount, and that's because the machine told us to. We don't care what these companies even do, right?

ELECTRONIC VOICE: Order partially filled.

MARTIN SHKRELI: We're just going to try to --

ELECTRONIC VOICE: Order filled.

MARTIN SHKRELI: -- look at the separation between these two companies.

Video Title: 12/1 - stocks

Video Date: 12/2/2024

Start Time: 02:08:58

End Time: 02:09:15

MARTIN SHKRELI: Okay, this guy has a GALT thesis. Now I’m getting a little excited. Now I’m getting a little bit … How do you guys call that? It’s getting a little --

ELECTRONIC VOICE: Order filled.

MARTIN SHKRELI: -- a little tingling feeling.

Video Title: 12/1 - stocks

Video Date: 12/2/2024

Start Time: 02:24:58

End Time: 02:25:03

MARTIN SHKRELI: HUMA's not going to $10. I'll just short more at $10.

Video Title: 2/11

Video Date: 2/11/2025

Start Time: 00:43:28

End Time: 00:43:42

MARTIN SHKRELI: All right, let's look at Amgen because the market's definitely moving and shaking right now, so --

Video Title: 2/11

Video Date: 2/11/2025

Start Time: 05:32:58

End Time: 05:33:12

MARTIN SHKRELI: So Amgen's trying to make their own GLP-1. They want to --

ELECTRONIC VOICE: Order filled.

MARTIN SHKRELI: They want to get in the game with Lilly and Novo Nordisk.

Video Title: 3-5

Video Date: 3/5/2025

Start Time: 04:36:45

End Time: 04:37:02

MARTIN SHKRELI: Whoa, Biogen, what the fuck? All right, we've got to look at Biogen. Biogen's a perennial dog. Wow, look at Biogen.

Video Title: 3-5

Video Date: 3/5/2025

Start Time: 04:39:53

End Time: 04:40:31

MARTIN SHKRELI: I've been following Biogen for twenty, twenty-something-odd years. This company has never fucking gotten it right. Sad fucking company.

It's really got to be a, a board problem at this point, right? Like …

They should change the name to B-Gen (ph), which is what it used to be.

Video Title: 3-5

Video Date: 3/5/2025

Start Time: 05:36:17

End Time: 05:37:50

MARTIN SHKRELI: Yeah, Biogen's kind of the biggest piece of dogshit I've ever seen. Goddamn.

Lupus. Lupus. It got lupus.

No, I want to make a zoedus (ph) model.

Well, Biogen's got value for the portfolio. I'm talking about trading at two, two times sales, so …

If you were going off the portfolio, you'd probably make money. They need AbbVie to buy it. They need AbbVie to buy it to just put it out of its misery.

Paradoxically, the worst-run company could be the best stock.

Video Title: 3-5

Video Date: 3/5/2025

Start Time: 06:42:40

End Time: 06:52:51

MARTIN SHKRELI: Okay. I wonder what the UCB-Biogen relationship is because they're going to have to share this drug, but it looks like a good drug.

Nah, they can come out anytime. Do we know what the call is? (Inaudible). That's Cosentyx.

I don't know. What was the last time? Shit. Rigetti. Mom's Rigetti.

The call's at five, so probably around 4:30, 4:15. It could be four or five.

(Inaudible) bid 124.

I don't know, Beverly. I don't know.

All right. Miserable day.

No loss for you, maybe. Shit.

One minute.

(Singing.)

Inshallah. Inshallah.

Don't you love derivatives?

Rigetti should be … I don't know. It's thirty-five-million shares?

Inshallah. Market closed. Inshallah.

(Inaudible).

For the millions watching at home, let's get ready to rumble.

We created a new state of matter.

(Sound clips played.)

Thank you (inaudible).

(Sound clips played.)

It's time for the State of the Rigetti Address because Franco (ph) sent out an e-mail the other day, I think.

(Sound clips played.)

It's in Allah's hands now.

(Sound clips played.)

Yes.

(Sound clips played.)

They know nothing. They know nothing.

(Sound clips played.)

Video Title: 3-5

Video Date: 3/5/2025

Start Time: 07:16:13

End Time: 07:16:42

MARTIN SHKRELI: I do think BIIB is interesting, yeah. It's got a small enough market cap where, like, one drug could actually put BIIB, BIIB, Biogen back on the map. One … Just one of those drugs working. That's all it takes.

The lupus franchise could be, could be what it takes.

Video Title: 3-7 part 2

Video Date: 3/7/2025

Start Time: 00:52:11

End Time: 00:52:36

MARTIN SHKRELI: No, I'll look at, I'll look at Capricor more, but just off the bat, man, I know DMD … I don't know if you guys know this, I started a DMD company. I was a big investor in Sarepta when it was called AVI BioPharma, and I started a DMD company called --

ELECTRONIC VOICE: Order partially filled.

MARTIN SHKRELI: -- Retrophin.

ELECTRONIC VOICE: Order partially filled.

MARTIN SHKRELI: DMD. Duchenne Muscular Dystrophy.

Video Title: 4/1

Video Date: 4/1/2025

Start Time: 02:30:56

End Time: 02:31:03

MARTIN SHKRELI: I'm just going to sunset it, Arthur.

That account got too crazy.

Video Title: 4/2/25 - $30,000 trading challenge day 1

Video Date: 4/2/2025

Start Time: 01:47:30

End Time: 01:48:50

MARTIN SHKRELI: Oh, yeah, we got to short CAPR. The CAPR is capping. The thing about CAPR is its dropped a bunch since I recommended the short. Four hundred million market cap.

I want to short HUMA, too, and that's also dropped a lot. It's at $1.45. You know HUMA's kind of a zero.

All right. Fuck it. Let's go.

(Inaudible) let's see …

Two, two hundred shares, and what's the price? $1.45. That sounds right.

Short HUMA, and now where's the CAPR? I've got to short some CAPR. I love that company's name.

Video Title: 4/2/25 - $30,000 trading challenge day 1

Video Date: 4/2/2025

Start Time: 01:49:49

End Time: 01:49:55

MARTIN SHKRELI: Oh, yeah, yeah, yeah, we should, we should short RXRX. Thank you for reminding me, Matty. Thank you.

Video Title: 4/2/25 - $30,000 trading challenge day 1

Video Date: 4/2/2025

Start Time: 01:51:04

End Time: 01:51:13

MARTIN SHKRELI: Yeah, we can short AVXL. Let’s do that.

Video Title: 4/2/25 - $30,000 trading challenge day 1

Video Date: 4/2/2025

Start Time: 02:09:03

End Time: 02:09:11

MARTIN SHKRELI: I'm showing you how to trade and invest in biotech. I'm looking at a biotech company called Tarsus right now, you noob.

Video Title: 4/16 + 0.1%

Video Date: 4/16/2025

Start Time: 01:16:13

End Time: 01:17:32

MARTIN SHKRELI: I can go through the portfolio real quick.

I have two, two instances open. There we go. Okay.

We have short AVXL.

Long American Express.

Short Capricor.

Long Google.

Short Humacyte.

Short INMB.

Short IONQ.

Long IVVD.

Long Meta.

Short Strategy.

Long Nvidia.

Long Pharming.

Long PayPal.

Short D-Wave.

Short Quantum Computing, Inc.

Short Rigetti.

Short RTX Corp.

Short RXRX, Recursion Pharma.

Long Rezolute.

Long Sarepta.

Long Tarsus.

Long Theratechnologies.

And short Union Pacific.

That is the portfolio.

Video Title: 4/22/25 - +0.1%

Video Date: 4/22/2025

Start Time: 00:25:50

End Time: 00:26:00

MARTIN SHKRELI: I think I said INMB is a zero many times. Like, a very obvious kind of scam.

Video Title: 4/23/25 - -0.6%

Video Date: 4/23/2025

Start Time: 00:27:42

End Time: 00:28:23

MARTIN SHKRELI: INMB, which we spent a good, good chunk of time on yesterday, I think we're going to grow this short, too.

The other Quantum stock there, AVXL and CAPR, there are … I mean, what's nice about these one, two, three, four, five, six, seven … My seven biggest shorts are all zeroes. All going to zero, you understand? Zero. Zero.

UniQure is just a trade as I pray for it to become profitable.

Raytheon …

Strategy …

Recursion could be a good short. That's up. I might, I might want to size that one up.

Humacyte and PHAR … That's it. That's it. Those are my shorts.

Video Title: 4/23/25 -0.6%

Video Date: 4/23/2025

Start Time: 00:28:39

End Time: 00:28:42

MARTIN SHKRELI: I am short INMB. Hell, yeah. Are you crazy?

Video Title: 4/23/25 - -0.6%

Video Date: 4/23/2025

Start Time: 00:29:33

End Time: 00:30:01

MARTIN SHKRELI: Oh, yeah, yeah, yeah, yeah, that's what I wanted to add, SLS, and maybe Webull.

Thank you. Yes. SLS is a good one.

Well, we're short QUBT, too. Anything that has a Q in it that's like Quantum, we're shorted.

My man.

All right, let's start with a 1%-ish position here. 7%. Okay. We're filled.

Video Title: 4/29/25 - +0.1%

Video Date: 4/29/2025

Start Time: 06:24:17

End Time: 06:25:59

MARTIN SHKRELI: Here is the portfolio review. April 29th. The market's almost closed.
ELECTRONIC VOICE: Order canceled.
MARTIN SHKRELI: Rigetti is the largest short. That is 4% of the portfolio.
IONQ is the same.
ELECTRONIC VOICE: Order canceled.
MARTIN SHKRELI: D-Wave is around three-ish %, three-and-a-half.
INmune Bio, INMB, that's a little more than two-and-a-half percent.
Anavex, around 2%.
Capricor, same.
UniQure, same. I'm going to get rid of UniQure soon.
RTX around 1%. Microstrategy or just Strategy now, 1%.
RXRX, which is Recursion, 1%.
HUMA --
ELECTRONIC VOICE: Order canceled.
MARTIN SHKRELI: -- for Humacyte, 1%.
And SELLAS, 1%.

So there are one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen shorts. Same as yesterday.

On the long side, we have Theratechnologies as the biggest long, about 2.5%.

Akero, same.

Rezolute about 2%.

NVIDIA, 2%

Novo Nordisk, 2%.

Regeneron – just bought it - 2%.

Sarepta, 2%.

Meta, 1.8%.

Union Pacific, 1.5%.

Charles River Labs - we just bought that today - 1%.

Nvidia, 1%.

Gilead, 1%.

PayPal, 1%.

American Express, eighty basis points.

Biohaven, sixty basis points.

Tarsus, sixty basis points.

Pharming, fifty basis points.

We sold out of Hims.

ELECTRONIC VOICE: (Inaudible).

MARTIN SHKRELI: So three changes today. We sold Hims, bought Regeneron, and bought Charles River.

Video Title: 5/7/25

Video Date: 5/7/2025

Start Time: 01:00:24

End Time: 01:00:35

MARTIN SHKRELI: Okay. We have Sarepta. I'm going to buy a tiny bit just because I'm pretty convinced it can't get worse, but of course it can get worse.

Video Title: 5/7/25

Video Date: 5/7/2025

Start Time: 01:00:49

End Time: 01:01:15

MARTIN SHKRELI: So performance attribution is important here. Yeah, you can see I bought … These are all the trades of Sarepta I've ever done in this account. I bought at $62, then I bought at $52, then I bought even more at $58, then I bought even more at $49, and then I just bought some at $38, so pretty wild. Average cost is now $50.

Video Title: 5/8/25 - 1%

Video Date: 5/8/2025

Start Time: 02:02:25

End Time: 02:02:31

MARTIN SHKRELI: ADMA’s the same price I last checked it, even though it’s down a little.

Video Title: 5/8/25 - 1%

Video Date: 5/8/2025

Start Time: 02:39:01

End Time: 02:40:25

MARTIN SHKRELI: Yeah, I look at small caps. I’m looking at a small cap literally right now. It's one of my favorites. Cool company called ADMA.

Yeah, ADMA’s still really impressive to me.

Video Title: 5/8/25 - 1%

Video Date: 5/8/2025

Start Time: 02:42:15

End Time: 02:42:19

MARTIN SHKRELI: Yes, I'm going to add to ADMA, or I'm going to buy ADMA.

Video Title: 5/12/25 part 2 (-18%)

Video Date: 5/12/2025

Start Time: 00:40:37

End Time: 00:41:29

MARTIN SHKRELI: I remember my big short way back when I, I, I challenged Matt Kohrs to a competition with SIGA. Do you guys remember that? This was the monkey pox … Oh, man, this was funny. The big monkey pox rally. I'd just, I'd just gotten out of jail, basically. This is … This is what … As you guys can see, this is what I do. I, I pop bubbles.

Blew up? What are you talking about? Matt lost all his money and also his, his dad died, so he didn't want to continue the competition, but I did great. You don't even know what that word means, "blow up."

But, yeah, this, this is, this is what I do to stocks, baby.

Video Title: 5/12/25 part 2 (-18%)

Video Date: 5/12/2025

Start Time: 00:43:34

End Time: 00:43:40

MARTIN SHKRELI: I mean, this was a breakout setup, I mean SIGA was doing great. Look at that. It's going up on higher volume. SIGA was killing it.

Video Title: 5/12/25 part 2 (-18%)

Video Date: 5/12/2025

Start Time: 00:44:08

End Time: 00:46:22

MARTIN SHKRELI: Here's my chart analysis, guys.

As you can see, there's accumulation. A breakout’s going to happen soon. So here, needless to say, I would have - oh, that's way too big - I would have bought right here, right? It's, it’s a … Once this support level was bounced off of, it absolutely was going confirm and go up, right?

Even though this was a fake fraudulent company, I went long, okay, and then you could see the breakout had, like, clearly an uptrend here, and then I stayed long. I was expecting what happened here once I saw this volume gap up. Bingo. Bingo. And then here I knew that this was the top. Why? The volume dried up. Once the volume dries up, I went from buy to sell. I sold everything.

Did I even cover here for this small amount? Yes, I did. Watch. Watch this. ASW. Look at this. Just for this little blip, I got out of my massive short, which I needed huge liquidity to. I, I covered, went long, and then sold up here, and then shorted again. That's right, I did, and then finally

it dropped. I covered right here just because I didn't want to lose my cost of capital, right? So I, I covered right here and I shorted over here.

Why? You might say, "Why would you do that, Shkreli?" I didn't want to waste two months where my money wasn't going to do anything because I could see the future. So I went back into the short, covered here, of course went long, shorted this little peak. Did I cover here? I don't think so. I actually just let it ride. I went crazy. I let it ride. Covered everything here. I went and I bought about 600,000 shares, rode this little thing, sold, shorted.

I mean, technical analysis is easy. I love it.

Video Title: 5/7/25 part 2 (-18%)

Video Date: 5/12/2025

Start Time: 00:46:58

End Time: 00:47:14

MARTIN SHKRELI: I saw this pump, I shorted a little bit, I saw it pump some more, I shorted more, I saw it pump and it shorted more. I covered a little bit, I covered more, and I got out. That was it.

Video Title: 6/11/25 - 42%

Video Date: 6/11/2025

Start Time: 05:24:22

End Time: 05:25:07

MARTIN SHKRELI: Schwab? No margin call. Interactive? No margin call. UBS? No margin call. Goldman? No margin call. Let me check one more place. Let me check one more, though.

Hmmm … Hmmm … Hmmm … Hmmm, hmmm, hmmm … No margin call. Phew!

Video Title: 6/16/25 - 43%

Video Date: 6/16/2025

Start Time: 09:16:17

End Time: 09:17:05

MARTIN SHKRELI: I did trim a little in this after-hours move. So right now … Mostly because I want to put this INMB trade on because it's happening really soon, but I also want to make sure I have the Sarepta trade, so it's a little tricky, but INMB is coming, like, any day now, but I also want to catch the Sarepta move, but INMB is going to drop, like, 90%, so …

You know, everyone has to trade their own portfolio, but if you bought Sarepta at $20 today and it's at $22, you made 10% today. That's pretty good.

Video Title: 6/18/25 - 43% all eyes on INMB

Video Date: 6/18/2025

Start Time: 00:28:14

End Time: 00:28:25

MARTIN SHKRELI: I want to spend some time on this Alzheimer's stock shorts that I'm working on called INmune. We are days away from the results.

Video Title: 6/18/25 - 43% all eyes on INMB

Video Date: 6/18/2025

Start Time: 00:31:30

End Time: 00:33:10

MARTIN SHKRELI: Oh, I've made a lot of profitable trades in my career, especially in binary events. I've been making … I've made, I've made five, ten, twenty million a piece on binary events, including SAVA, so this is, like, my thing. Binary events are, like … I never, I never pat myself on the back. You know, I like to stay humble, but when it comes to binary events, I don't know, I don't know too many people that are better at, at them than me. There's a handful of guys out there I really respect, but I'd say I'm just as good as them. They're, they're … These are all professionals, right? They do this for a living. They get paid by people to do it for a living. Some, of course, are so rich they've, they've, they've stopped getting paid by people.

So that is the thing that I do. You know, You can criticize me on anything else, that's fair game, but when it comes to binary events, predicting the outcome of clinical trials, I'm that guy.

I, I've missed, I've missed, you know … Over twenty-five years I can hand, count the handful of

times I missed. I miss more when it's an FDA decision. It's a little bit hard to predict what the FDA will do. Clinical trial outcomes themselves, I don't know, I'm usually pretty good.

Thank you, guys. Thank you.

Video Title: 6/26/25 - 35%

Video Date: 6/26/2025

Start Time: 00:03:17

End Time: 00:03:23

MARTIN SHKRELI: I'm long Sarepta. It's been a nice, painful journey.

Video Title: 6/27 - ONE DAY TO INMB

Video Date: 6/27/2025

Start Time: 00:02:25

End Time: 00:03:14

MARTIN SHKRELI: So, yeah, for all the people who got a chance, I was telling them that INmune, you know, God was giving you a chance to get out of the stupid stock, and of course none of those longs took it. Poor people, man, but, you know, it is what it is. They have to learn the hard way. You have to learn lessons you will never forget.

But I'm trying to figure out if I should give … If INmune does work, if it does hit its primary end point, I'm trying to debate this if I should name my firstborn son INmune Shkreli. What do you guys think?

Video Title: 6/27 - ONE DAY TO INMB

Video Date: 6/27/2025

Start Time: 00:03:48

End Time: 00:04:39

MARTIN SHKRELI: So if you want the one reason the short, to short INmune … I just dropped it in Godel. I'm going to drop it in here, too. Short sellers are not good for the economy, man. They ruin everything. I hate it when somebody can sell a stock. That's the worst. You should only be allowed to buy. Selling just messes things up. You should, you should have to write a ten-page essay each time you sell as to why you are betraying capitalism. Oh, wait, we don't live in a crazy land where crazy people make the rules! Thank God!"

Video Title: 6/27 - ONE DAY TO INMB

Video Date: 6/27/2025

Start Time: 00:33:15

End Time: 00:33:42

MARTIN SHKRELI: I think on Monday the stock --

MALE SPEAKER: Yeah.

MARTIN SHKRELI: So my theory is the data's bad.

MALE SPEAKER: Okay.

MARTIN SHKRELI: On Monday the stock's going to drop 90%. I do --

MALE SPEAKER: (Cross talk) --

MARTIN SHKRELI: -- I do think they've made misrepresentations. I think they've made an enormous number of misrepresentations and omissions. I am short the stock --

MALE SPEAKER: Okay.

MARTIN SHKRELI: -- but, you know, I've also been warning longs who are predominately retail investors

MALE SPEAKER: Okay.

MARTIN SHKRELI: -- I've been warning them to stay away from this company.

Video Title: 6/27 - ONE DAY TO INMB

Video Date: 6/27/2025

Start Time: 00:38:52

End Time: 00:39:00

MARTIN SHKRELI: Well, I've … I'm … So, so you're going three-for-three because I was the big short seller in Cassava, I wrote a long piece on that, a forty-page paper on it, and I made millions of dollars on that --

Video Title: 6/27 - ONE DAY TO INMB

Video Date: 6/27/2025

Start Time: 00:43:40

End Time: 00:47:48

MARTIN SHKRELI: The only alternative … Okay, look, here's an alternative, and this is, is … This could be real. A hedge fund looks at it, okay, they say … They don't care about the stock price, okay? They say, "Oh, I forgot you guys existed. You guys are coming out with data on Monday, isn't that right?" "Yes, it is." "Well, what I'd like to do is put twenty million on the company." "Really? You know I can't tell you the data, right?" "I know, but I want to do it. I'm bullish." And they're earnestly bullish.

And the fund says – put me in – "You know, what's, what price do you want to do?" And they say, "Well, the NASDAQ last sale rule says we have to do it at $630. I can't do it at a higher price. That's the highest price I can do that. I can do it at a discount to $630, but you don't want that. The stock's at $14." And they say, "All right. Shake hands. We'll do it then."

But, again, still, if I were the company, I wouldn't take the money on Friday, right? That doesn't add up because if it's Friday and you know the

data is good, why in the world? You say … Oh, if I were CFO, and I've been the CEO of a company in this exact situation, I'd say, "Listen, Larry, Steve, John, whatever called me. I love you. I wish I could give you shares right now. You're just going have to see on Monday." And on Monday I dropped the best data ever.

I'd go to Morgan Stanley … No offense to the wonderful people at the smaller bank. Every, every bank has clients, and they'll need clients big and small. I'd go to Morgan Stanley or Goldman Sachs and I'd say, "Get me the Baker Brothers. Get me Fidelity. We're the new kid on the block. Big Alzheimer's drug. I'm raising $600 million, $200 million," whatever, and I'd say, "No thanks to the $6. Those days are over. We're talking $60, right?"

So it doesn't make sense. It has to be bad. Damn. Damn, homey, you do it like this? Damn.

Data's good, I'm not, I'm not fucking … If I'm the CEO of this company … I'm shorting more. Fuck this shit. If I'm the CEO of this company, why? Why would I do this deal? I would say, "I worked so

hard for so long to start this company and to build it up, and you want to scam me by buying stock at $6, and I'm about to fucking unleash the best data I've been waiting years for and you want stock at six? No way!"

The only way I'm doing this is I'm looking at it saying, "This data sucks. I got nothing in the tank. I got a couple million left. I want to keep going with this thing. Maybe I'll try depression, maybe I'll try Alzheimer's again, it doesn't matter, but I want to keep going with this thing. I'm going to need some cash because $20 million lasts a little bit. That lasts a good year. You know, let me get this $20 million, drop our bomb on Monday, try to spin it as best we can, but I need this $20 million."

There's no way this stock's worth $6.30. If management is willing to sell, it's $6.30. Makes sense? Makes sense, don't it? I can't find another explanation. I mean, I'd love to have (inaudible) come in here and, and figure that out, but let me get as much short as I can here. I may be running out of borrow here. Hold on, let me try my other brokers.

Video Title: 6/27 - ONE DAY TO INMB

Video Date: 6/27/2025

Start Time: 00:50:35

End Time: 00:51:10

MARTIN SHKRELI: Man, not nearly enough of this fucking stock in this account I have. It’s never enough … It’s never enough when you have a winner, am I right?

“This security is restricted from short sale transactions.”

They took my button away! What the fuck! They took my sell button away!

Video Title: 6/27 - ONE DAY TO INMB

Video Date: 6/27/2025

Start Time: 01:21:58

End Time: 01:22:05

MARTIN SHKRELI: Well, I shorted some more. I hate to short tiny market caps. E*TRADE has restricted short selling on the stock.

Video Title: 6/30 - INMB failure

Video Date: 6/30/2025

Start Time: 00:05:22

End Time: 00:06:31

MARTIN SHKRELI: Hello. Okay. So the, the INmune drug failed. This is the primary end point. The gray line … It actually favored placebo, so the placebo beat the drug very slightly, so pretty amazing result there.

The Cohen's d value is a traditional statistical measure of effect divided by standard deviation. So even half a standard deviation is probably even, you know, imperceptible to patients, so this, this kind of result is really modest, so for CEO Seravoxis (ph) which slightly favored the drug and UNPI (ph). None of this is really helpful at all.

There is a sub-group analysis so that, you know, the … You can ignore that subgroup because obviously the problem with the sub-group is there's an equally-bad sub-group that goes in the other direction.

Video Title: 6/30 - INMB failure

Video Date: 6/30/2025

Start Time: 00:09:18

End Time: 00:09:39

MARTIN SHKRELI: So I think it’s pretty much over for INmune. Really terrible call by some of the people out there confusing and misleading people when we tried to make it clear that this was, like, the overwhelmingly likely outcome.

Video Title: 6/30 - INMB failure

Video Date: 6/30/2025

Start Time: 00:09:53

End Time: 00:10:08

MARTIN SHKRELI: You know, it’s pretty, pretty terrible. About as bad as it can get. You know, I think the only way it could be worse is, like, a really big act of harm, but this is just I would say inert. Placebo-like.

Video Title: 6/30 - INMB failure

Video Date: 6/30/2025

Start Time: 00:25:56

End Time: 00:26:32

MARTIN SHKRELI: -- even though they'll never invest in biotech again - I'm sure blaming, you know, a rigged system or something - but we will make sure that we keep this up because next time this happens, we want to make sure, you know, that you, you don't lose money. You know, we want to make sure that you don't get hosed listening to the wrong people, and, you know, for binary events, I mean, I don't think we've lost yet. So, you know, in my career, I've batted pretty well on these, and this is just another notch for me.

Video Title: 7-14-25 -0.3%

Video Date: 7/14/2025

Start Time: 01:49:20

End Time: 01:49:37

MARTIN SHKRELI: Yeah, I, I can basically … That's my magic trick. It doesn't matter what trades I make because I can always find a couple of biotech stocks to smoke. I can be terrible at everything else. I'm just kidding. I will make the money in Quantum.

Video Title: 7/17/25 -14%

Video Date: 7/17/2025

Start Time: 01:20:57

End Time: 01:21:38

MARTIN SHKRELI: Oh, here it is. “P&L by symbol.” Sarepta. No, I have lost, let’s see, about five … I can calculate the exact percentage. I’ve lost 6% on Sarepta, so I’d be up about … I wouldn’t be “up,” but I’d be … I guess Sarepta’s, like, half my losses for the year, or roughly. INmune is … I made roughly 50% of my portfolio on INmune.

Video Title: 7/17/25 -14%

Video Date: 7/17/2025

Start Time: 01:23:20

End Time: 01:23:43

MARTIN SHKRELI: HUMA was just kind of bad timing because I opened the account and it already had dropped. JOBY down, too, and then the rest are just really, really small. Winners, I really only have two. INmune was 13. I was up 44.

Video Title: 7/17/25 - 14%

Video Date: 7/17/2025

Start Time: 01:24:04

End Time: 01:24:10

MARTIN SHKRELI: What I’m really upset about is not getting Capricor, because that thing got smoked.

Video Title: 7/17/25 -14%

Video Date: 7/17/2025

Start Time: 01:24:38

End Time: 01:25:20

MARTIN SHKRELI: Yeah, I shorted HUMA. This is kind of the top ten. I guess I'm missing one.

This is … This account is a $30,000 account. You guys asked me to make a $30,000 account. There are other accounts.

Yeah, CAPR, CAPR will be a profit. CAPR will be a profit. In fact, all of, all of these will be a profit. AVXL will be a big profit, too.

Just trust.

Video Title: 7/29/25 +18% - sick, tired, congested

Video Date: 7/29/2025

Start Time: 00:05:30

End Time: 00:09:45

MARTIN SHKRELI: Let me show you the attribution. It's always interesting. Every trader should be doing this. You know, you want to look at your long-term profits and losses.

Okay, so this is … Around 29% negative attribution to D-Wave.

Rigetti is my second biggest loser, 17%.

QUBT is my third biggest loser, 10%.

IONQ is my fourth biggest loser, 3%.

Humacyte, that's my fifth biggest loser.

JOBY is my sixth biggest loser (inaudible) that.

The CAPR has only lost me money amazingly. There's going to be a lot of stocks in your career where you, you actually get the right call, but lose money anyway. Happens all the time. You can't let it affect you.

Intel - or "Insmell" - down less than 1%.

Sealsq again. Great call. No profits.

Microstrategy kind of the opposite. Terrible call, but only very limited loss there.

So those are the losses. The loss column after that is pretty small, small amounts.

Humphrey!

All right. INmune was 43%, so by far my biggest P&L mover and it happened to be a gain. I'm pretty excited there. I know a bunch of you guys did that one with me.

Maybe Humphrey can help me with my mic. I just don't know how to do it.

I don't know. Maybe that'll work. There you go. Lowest-res possible.

All right.

No, same software. I just use it at home, as well as at work.

All right. Abivax is my number two.

Sharplink Gaming was a really funny situation. I can't believe how much we made on that one. Really lucky.

Kohl's. Believe it or not, I barely know what Kohl's does, but about 4% out of the Kohl's.

ATYR, small profit.

Sarepta, small profit. Finally green on that

after doubling down eighteen-million times.

IVVD? No, no. These are all different position sizes. This is the P&L, sometimes called “attribution analysis.”

I made money on PayPal, get out. That’s basically it.

Yeah, still long Sarepta.

Video Title: 7/29/25 +18% - sick, tired, congested

Video Date: 7/29/2025

Start Time: 00:10:43

End Time: 00:10:51

MARTIN SHKRELI: I mean, you can basically see the top three positions account for almost all of my activity.

Video Title: 7/29/25 +18% - sick, tired, congested

Video Date: 7/29/2025

Start Time: 00:13:03

End Time: 00:13:26

MARTIN SHKRELI: Yeah, you know, I had to change the portfolio a lot due to different margin constraints. It was really frustrating because there's a bunch of good picks that didn't get tons of action like Rezolute. Somebody mentioned Akero. These are all really good longs, too, these two. PHARM did okay. It's in my attribution somewhere.

Video Title: 7/30/25 +28%

Video Date: 7/30/2025

Start Time: 00:08:07

End Time: 00:08:33

MARTIN SHKRELI: So Replimune's up 75% on the FDA changeover. I'm so happy if some of you were long. We bought it, what, two or three days ago, maybe four days ago. We bought it when it failed, and now it's doubled. You're welcome. Make sure you subscribe to Godel. GodelTerminal.com. That's, that's one for the history books.

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 00:07:40

End Time: 00:07:45

MARTIN SHKRELI: Yeah, I sold some REPL, but I'm still in. I sold half.

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 00:13:37

End Time: 00:16:34

MARTIN SHKRELI: All right, so what are they saying? What are they … What are they complaining about?

"Continues to be spicy …"

What kind of Zoomer talk is this?

"… and we're not aTyr'd of defending it. There have been a few recurring questions that have risen to the surface this week related to Phase 1, 2 data. Discussions with management …"

Man, you're talking to the wrong people. You're talking to the wrong people.

"We have clarity on this that we think should be helpful, even for those who are very close to the story. On net, these insights re-affirm our view that the Phase 3 EZFO-FIT trial of efzo, efzo, in pulmonary sarcoidosis offers an attractive …"

Let me get that straight.

"… attractive high-risk, high-reward investment opportunity."

What did you mean by that? Are you, are you willing to bet your life? Are you willing to put your life on the line? That's the kind of bets I make.

I'm willing to put my gender on the line. I told people if Cassava didn’t work, open the window, right? Open the fucking window. You, you think … You think people want to say it's a “high-risk, high-reward?” Bro, I want high reward and no risk. What the fuck is that? Tell me something's going to work or it's not going to work, that’s it, because something's going to happen one way or another.

What's up, Andy?

Something's going to happen, and you’ve got to decide.

(Sound clips played.)

“Attractive high-risk, high-reward investment opportunity.” Hmmm. So a long? It’s going to work for sure? Why is that high-risk? What, what, what's high-risk about it, though?

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 00:26:26

End Time: 00:30:22

MARTIN SHKRELI: All right. So we're going to do … Do you guys … I want, I want to do a deep dive on ATYR and figure out a little bit about the drug because we're getting, we're getting data pretty soon now. Is that okay with you guys? I know you guys want to look at earn-ins and other stocks, but, you know, one of the things that you might know about me is I'm, like, a sniper, right? I'm sitting there with a scope and I don't let up, man. I'm, I'm zooming in. I want to make sure I get it right because I'm not going to take a lot of shots in any given year.

All right. So let me show you a little bit then. The ATYR drug allegedly binds to a protein called neuropilin-2. I haven't looked at this protein in a long time, but it's part of an interesting group of cascading drug-signaling pathways in the brain around embryonic development, so there's a bunch of these like the semaphorings, the shanks (ph) – funny name – and others that basically just if you had mutations in them, they can cause autism, believe it or not. That's kind of why I learned the space a

little bit.
So there's a few things we want to do here like one is why not get a view of the protein, okay? So there is the protein database. PDB. We're going to use PDB to figure out what's going on.
So I just Google PDB, neuropilin-2 PDB, and we're going to spend a little time here, and it looks like, you know, it's a, it's a five-hundred amino acid protein, but, like, not all these will have, like, the full domains, so, you know, we just have to be smart about how we look at this.
Yeah, neurofilament is …
It also interacts with neurofilament because everything interacts with neurofilament, I believe. Am I right or am I right?
Okay, so maybe I'll make a new Excel just to keep version control clean, but let's write some facts about neuropilin-2.
Okay. So it's got a bunch of domains. There's … And we're going to just look at the domains and their interfaces and things like that. So this is just the B1 domain here and it, it's got some binding

partners like VEGF. It’s, it’s sort of a co-receptor.

So what's interesting about neuropilin-2 is it doesn’t do any signaling, so it's kind of … It’s a little cringe that they thought, they think this is the mechanism of action for their fake drug that doesn’t work.

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 00:30:59

End Time: 00:35:10

MARTIN SHKRELI: You want the old Shkreli back? You wanted me to really look at this drug? That's the worst thing you could ever ask for because you're not going to believe me anyway when I tell you it's dogshit.

Damn shorts. It's all the shorts' fault.

Watch this.

Okay, so this is a partial … Is there … There's not a full crystal. Maybe there's cryo-EM in there somewhere, and then maybe I can use AlphaFold to generate a full, a full crystal?

Thank you, thank you.

This is a dimer, so this is almost full. I think it's missing the alpha 1 domain potentially, but that's almost there.

I think the Phase 3 data comes out around the end of August, so, you know, we gave ourselves a little time.

This protein has six alias names. All right.

It's on chromosome 2.

Look at that. Look at the ACTs and Gs. Go on. They're crazy.

"Billions of chickens."

"Quack, quack, quack."

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 00:55:44

End Time: 00:55:48

MARTIN SHKRELI: Let's look at the patents from these clowns.

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 01:04:49

End Time: 01:04:55

MARTIN SHKRELI: The CEO on a patent's always a little suspect.

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 01:08:17

End Time: 01:15:37

MARTIN SHKRELI: Some of this data looks doctored. Like, this might be just pure fraud. Bleomycin, okay. Bleomycin with a placebo. Bleomycin with dexamethasone. Bleomycin with nintedanib, bleomycin with placebo, and then bleomycin with the three doses.

The whole thing’s a lie. None of this makes sense. How could the arrow bars … How can the standard deviation be so, so low? Does that make sense to you? What did you do it on, a hundred mice?

BLM. Black Lives Matter. It’s also bleomycin.

None of this shit make no sense. It make no goddamn sense.

There it is again. At least this data looks better.

Yeah, I don’t know. It might be standard of measurement.

Yeah, well, these are eight mice, so I don't know how he gets that sig on that. It’s on that bullshit. On that bullshit. That’s what that is. 1.2 in eight mice versus 1.6. It’s on that bullshit.

Back on that bullshit again. You can't stop lying in your patents. You can't stop lying in your publications. Stop lying, though. Stop lying, stop snitching. Simple street rules, man.

Sir … I need to edit this, sir.

Okay, I think I have to save it and edit it that way.

Oh boy. "Scanned document that cannot be searched." Ay-yi-yi.

Interesting. The examiner cited a paper.

`

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 01:42:46

End Time: 01:48:00

MARTIN SHKRELI: How'd they publish in 2023 what the drug does when that paper came out in 2025? Quantum?

Okay, so they had this in 2020.

This might be the dumbest shit I've ever seen.

No, it's not the dumbest thing I've ever seen. Fine.

When did it lose 90% of its value? I mean, it's up, it's up from earlier this year. Does this … Where on the chart did it lose 90% of its value? Show me, Robert. Show me where on the chart. Please point it out. Point it out because I don't see it.

The slide's going right back to one.

Let me get my hoodie.

Okay, yeah, but, you know, that's like asking me why, why didn't I short Intel in September 2000? I missed that move! Darn! I'm not worried about that in 2025, dog. Fuck is you talking about?

But, yeah, I guess, you know, I would have loved to have caught this move. This company's done nothing but disappoint. $12 to $2, now it's back up,

it went back up to, like, $6. We got to smack it down back again.

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 02:08:55

End Time: 02:10:59

MARTIN SHKRELI: "I'm fully confident. I have been around biotech my whole life. I can tell when a drug doesn't work. This drug doesn't work. Learn about neuropilin-2 and you will agree."

Okay.

"Why is a millionaire with us? Doesn't he have better things to do?"

Yes, like make more millions.

"You do realize this is Martin Skhreli we're talking about, the guy who lied to investors, rerouted company funds to cover it up, and literally went to prison for running a Ponzi scheme."

I was actually acquitted of, of the rerouting thing.

"He didn't make mistakes. He knew exactly what he was doing. If he sounds convincing now, that just means he's gotten better at it."

This guy seems like he really doesn't like me.

"What's you guys' thoughts on Archer or is JOBY a better company?"

Yikes.

"This why you can't outsource your due diligence. Let the data speak. You can't let a felon with an agenda and a history of moving stocks through social media influence your position."

You know, what's funny is that if somebody has a good track record of shorting stocks, biotech stocks, say, I don't know, for their whole life and they say they're shorting a biotech stock, it kinds of makes sense that the stock drops. You can't just … Nobody can just post, "Hey, I think this stock is going to drop," and drop it. What matters is the person with the track record and the market believes that person. So when the market believes the guy, it's because the market trusts the guy. If you post, nobody believes you.

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 02:58:00

End Time: 02:58:08

MARTIN SHKRELI: Oh, that's perfect! A-T-Y-R-D like retard. ATYRD.

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 03:00:07

End Time: 03:00:19

MARTIN SHKRELI: Anywhere from 1 to 10% of your portfolio is good for shorting ATYR. Look, any gains, any gains count, right? They all compound.

Video Title: 8/1/25 +30%

Video Date: 8/1/2025

Start Time: 03:27:58

End Time: 03:31:51

MARTIN SHKRELI: -- and, you know, we feel like the one milligram and the placebo groups had sicker people than the three mg's and five mg's, and you can I think see that pretty obviously in the data, and as a result, the sicker patients get worse over time and the healthier patients stay healthy, and this was not a trial that really was about their drug. This was a trial of, a random trial of ten people who, who have sarcoidosis and are sick, ten other people who have sarcoidosis and are sick, ten other people who have sarcoidosis and were not as sick, and then finally ten more people who have sarcoidosis and are not as sick. And after the trial completed, we saw that the sick people got worse and the healthy people stayed comparatively healthy, and that doesn't tell you anything about the drug unfortunately because the baseline was too imbalanced to really read through anything and the results were not, like I said, like, some dramatic home run.

They, they were, like I said, around fifty, forty-eight, fifty-three, and fifty-eight, which is, like, all kind of in the same ballpark. That's not,

like, you kind of need a microscope or magnifying glass to tell the difference. So I think that the patients, you know, had their steroids reduced. Throughout the trial there was a steroid taper. They, they had the doctors tell the patients to lower their steroids to I think five milligrams and, in fact, on the primary end point, the number of people who successfully tapered was the highest in placebo. They redefined that when they published their paper by saying, "Well, we can't say, say that. That would be bad." So they instead looked at the total steroid reduction, which is a second way of looking at it, and that's fine, but the way they thought about it before they did the trial was how many people reach the, the taper goal, and placebo actually had the most amount of taper successes, which is kind of, like, that's really scary if you're investing in a drug. You don't want to see that. Any pharma that saw that would say, "Okay, black (sic), back to the drawing board. We're not going to develop this anymore."

So I think, you know, it's, it's a really hard thing to parse, and the, the simplest explanation

is it just doesn't work. Like, the amount of hoops mentally that you have to jump through to believe this drug works, it's just too many. Like, it's just more obvious that this drug has no, no activity, which most small drug companies, they're swimming upstream. This is why I trust Pharma a little bit more because Pharma has, like, forty drugs and, you know, in the pipeline, and if one doesn't work, they can be honest about it and just say, "This shit didn't work. Why would we spend more money on this? We have forty more drugs coming next year," while a company like ATYR, or ATYR, they have one drug, so they, they have to put "lipstick on the pig" as they say on Wall Street, and they have to dress it up and do something. Otherwise why does the company exist? Why are they a publicly-traded company? Why should the CEO be getting paid a lot? It's a lot easier to just do the Phase 3 and say, "Well, we're a Phase 3 trial company," and if you've ever gone to a, a Compensation Committee on a Board of Directors … I've had the, the privilege of being on a Compensation Committee. You hire these compensation consultants, and when it's

time to determine your salary for the, for the CEO and CFO, you look at comparable companies, and the comparable companies are other Phase 3 biotechs.

If you look at comparable companies of Phase 1 biotechs or drug, biotechs that have no drugs in the pipeline, the comparable salary estimate is much lower. So these CEOs are often incentivized when they have small … You know, they have a drug that doesn't really work, they kind of get a little bit more aggressively developed drugs that maybe would be not so developed in, in other, you know, in other companies.

Video Title: 8/4/25 +23% - PLTR HIMS later

Video Date: 8/4/2025

Start Time: 00:37:30

End Time: 00:38:42

MARTIN SHKRELI: For me, I think Abivax is that great winner in biotech. You know, I think, you know, a lot of people are sleeping on it because, "Oh, it's up, it's up a lot. It's $4-billion now." Man, this could be a $100-billion-dollar company. You know, you got to imagine the future and ask yourself, "Is this realistic? Is this possible?" I think a 10x is easy. No, you know, it's never easy, but a 10x is, is in the cards for Abivax.

The manager, Marc de Garidel, I mean, he is phenomenal. He is one of the few, and I mean one of the few biotech managers that I have respect for. Of all the people I've ever met and known in biotech, he's literally one of the, the, the few that are worth their, worth their salt. You know, if Marc de Garidel wants to get paid X, you pay him X. He's that good.

So, you know, you've got to find the company before they become big companies.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 00:15:39

End Time: 00:16:29

MARTIN SHKRELI: The trial design forces you to come off of steroids, so I don't see how that is a good thing, and then without a mechanism or without definitive signal from Phase 2, Phase 3 usually waters the signal down further in terms of separation. Very rarely do drugs get better from Phase 3, Phase 2 to Phase 3.

I mean, I think there is literally a 0% chance the drug works. I think it’s as bad as anything I’ve looked at before, like Cassava, or whatever, it just, it just doesn’t … I don’t think they can show a 3 mg decrease. I don’t think it’s possible.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 00:18:19

End Time: 00:18:22

MARTIN SHKRELI: Oh, CAPR’s up. I’m going to short some CAPR.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 00:23:03

End Time: 00:24:56

MARTIN SHKRELI: Notice in the first half of 2025, I didn't do any binary events. So not a single one, and then ATYR came along and that, that passed, that passes the test for me, and a couple others I missed. Like CAPR kind of I, I half got. That was a tricky one.

I mean, you have to learn how to handicap medicine, and that's a long journey. It might take you at least … Well, it could take you ten years.

Yeah, you can't be wrong, JR.

You have to find the worst drugs ever. That's why you only do a couple a year. There's a hundred, two hundred, three hundred binary events a year. You have to pick the worst of the worst.

You just look at drugs, and then when, when some dog just shows up and it stinks like shit, you say, “Okay, this one's bad.” And that's why I wrote the, made the website on the impossible because there are truly some drugs that just aren't possible that they work and you have to come up with, with those.

So I wrote a big paper called Vital about a company called Vital Therapeutics. It's on my GitHub,

you can read the paper, and I basically talked about how it was impossible that this therapy worked. Let me show you how to get it.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 00:43:51

End Time: 00:44:46

MARTIN SHKRELI: And Sarepta I am up.

That’s what you said! You said, “How is he up?” And now you’re saying, “Oh …” So you’re saying what I …

And here’s Replimune.

Right now I’m up 27.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 00:44:54

End Time: 00:45:01

MARTIN SHKRELI: I'm barely up on ATYR, ATYR now. It's changing, changing every second. Let's see …

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 00:45:53

End Time: 00:45:57

MARTIN SHKRELI: Cardiff was a short, yes. I shorted a small amount.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 00:47:23

End Time: 00:47:33

MARTIN SHKRELI: Yeah, we bought REPL after it blew up, and we sold it at $6. It was up $3, 3.50.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 00:47:59

End Time: 00:48:02

MARTIN SHKRELI: I basically went all in on, on INMB.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 00:51:12

End Time: 00:55:35

MARTIN SHKRELI: Let me, let me show you the trade-by-trade on Sarepta since you seem to be mad. I don’t know why you’re mad. It's just trading. It's just trading, dude, but, yeah, just, just, just because you are so mad, let me help you out. Really give you a sense for how a fucking master does it, all right, you little shit, shitstain. Indian shitstain is what you are.

Okay. Here. This is just Sarepta just so you can see it. First time I ever traded Sarepta … I opened the account on 4/8. okay? First trade. Actually, I can just paste this.

Okay, here we go.

So first trade was on 4/8. Remember, the account was opened on, like, 4/1, and I think it was, like, one of my first trades. I bought five shares - five - at $41.22, all right? Just so you understand how much that is, that's $206 on a $30,000 portfolio, okay? This is, like, a teaser position. That is a 60 basis point, 69 basis point position, okay?

Well, I'm down on Quantum, and I'm okay to be down on Quantum. It's not that big a deal. My

performance is up 30 …

Do I wish I was, you know, long Quantum and I'd be up 100%? Sure, but, you know, no hedge fund in the world knows that, thinks that they can be right on every fucking trade, and, you know, like I said, I, I don't just double down, I, I buy momentum, too, but now you want me to switch … Do you want me to stop showing you Sarepta? You keep switching, right? You keep switching. You've got to slow down. I have to own you one piece at a time. okay?

A week later I doubled my position at $31.64. Wow! Huge, huge double down! Oh my god! I must be in such a such a, such a crazy size, right? Oh my god! How could I possibly have this much size? What's … At this point I had ten shares, okay? The market price is $31. I have a 1% position. How risky! How crazy! How diabolical! This guy is swinging for the fences! A whole 1% position! Well, he's doubling down like crazy! What a maniac! He's totally not prudent! Okay.

You know, you can double down. I mean, that's not something that people don't do. Warren Buffett

doubles down. It’s, it’s not, like, impossible to double down. Tiger doubles down. You wouldn't know this because you worked at Sheffield Asset Management, some fucking microcap hedge fund, but you can double down in investing. It's not … I don’t know who taught you, but it is possible to do. It isn’t … You don't have to only … You, you can (inaudible) … You know (inaudible) cost average. You can buy something slowly. It's not a one … It’s not one way to trade. You know, there's lots of different ways to trade. A lot, a lot of value investors, they like to, to bottom fish like this. It's, it’s normal.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 00:56:12

End Time: 00:56:30

MARTIN SHKRELI: So Sarepta is extremely volatile. I bought another lot here, okay? Now up to thirty shares. Now it's a really good position. I'm at 4%, okay? 4% in my portfolio. 4%.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 00:56:49

End Time: 00:57:24

MARTIN SHKRELI: Next day, again, I bought more Sarepta. This is called "building a position," something Sheffield has never had to do because it doesn't have any fucking capital under management. You've never worked at a billion-dollar fund. You've never had to build a position over time.

So here now I have forty shares, so the most, the most size so far I have in Sarepta was 4%. The most so far. I mean, I'm not done yet, but the most I have is 4%.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 01:05:28

End Time: 01:06:00

MARTIN SHKRELI: All right. 4/2, buy five at $61.66. Vicious. Ooof.

Let me make this …

Okay. $61.66 … $61.67.

So that's a 1% position.

Video Title: 8/8/25 +29% happy friday

Video Date: 8/8/2025

Start Time: 01:08:50

End Time: 01:17:10

MARTIN SHKRELI: So, all right. So here's a, a 17% position, so a pretty huge position, a little outlandish even, and then we have another that … You know, that basically was going to be my last, Custer's Last Stand, and, you know, we had a, a huge drop in there a month later, and I bought … I decided to buy another bunch of stock, so let's see how that looked.

So max position here was, was actually seventeen. I don't know what numbers I was looking at earlier, but that's, that’s that, and then we did, we, we basically went hog-wild on 6/16 and we traded it. So we bought and sold and bought and sold, and we ended up, let's see where we ended up. So $21.95 minus $20.08 - I’m just going put this as P&L on the side - $21.94 minus $20.08. Another, so we added a couple percent there in P&L by trading it, and then 218525 minus 20.3. So here is just the extra almost 2% in P&L from the trades, so I'm just going to put down the, the net, net activity of that day was just one hundred shares.

So I bought four lots and sold three, and then here’s the, here's the crazy one. Well,

actually, this isn’t crazy. On 6/27 I got out of everything. So here's where I capitulated, I guess. So, again, you know, being accused of just doubling down.

No, it didn't get cut in half. My average at this point is … Again, I don't think you can do math very well. I don't know. You didn’t go to IIT (ph), I guess. But I took my losses down 10% on the position, 20% on the position, so, in fact, I did exactly what you, what you're criticizing me of not doing, I, I, I got out, and my average at the time before I sold everything was … It’s not hard to calculate this, $30. Yeah, I got out at $17, so, yeah, I, I definitely got hosed. Is that right? Let’s see if we did this right.

So on 6/27 I'm out of the stock completely. I start building the position back up basically the next day back to a long, and then … I wish I had held it because just a few days later what happened? Just a few days later the stock doubled. So I bought a 6% position back. A little annoying because two weeks later the stock doubles. It goes from $17, and,

remember, I did clip, I did clip a little bit here, so my losses were not that atrocious. Let's see what they were.

240 (inaudible) this minus this times 240. Okay. It's a pretty, pretty big loss, $3,211. That's roughly 10% of the portfolio. But taking out the trading gains is roughly 9% of the portfolio. You know, for attribution, you know, it's certainly … For your worst mistake, that's, that's not too bad, losing 9% of your money.

Okay. So here, though, I make this amazing trade where I basically make almost all that back in one trade, so now my attribution is down 3% on that position. So the worst I ever lost for my account was 9%, which, you know, is certainly not good, but just a week later it'd only be 3%, and now I kept buying. So I sold it at $28.85 just by some miracle - I'm sure you guys remember that conference call - and I was just like, "All right, I'll sell." And then, you know, that was good luck, but I'd have, I would have bad luck again because I bought it and then didn't sell again and now you can see.

You only want to see the losses. I know. I wish it were … I wish I could just give you "loss porn," but fortunately sometimes I do make money.

And now … And, again, I, I basically rebuilt the position, and it's still a big position for me, but the … You can see the average is around $13.50 and I, I, I was able to buy the stock at $10? $10.55? Did it trade that low, chat? That seems impossible because it's $18 right now. Man, I would be hating me, too, if I were you. I'd be hating me, too, if I bought a stock two weeks ago at $10 and now it's, like, at fucking $18? Yeah, I'd be a hater. I'd be a hater, too. Hell yeah, I'd be a hater. "Why you getting money? I want to get money. Why you getting money?" Yeah, I'd be a hater, too, baby. Mm-mmm-mmm.

Yeah, so there's my position. 14%. So I have a 14% position. I still like the stock, but, honestly, doing this analysis, I might have to trim some, man. It's at $18, right? I got it at $10.55. Mm-mmm-mmm-mmm-mmm-mmm. Sorry you didn't get it at 10.55, dog.

The biggest position I had ever was 17%.

Admittedly it's concentrated, it's concentrated, but, you know, I think that if you think that doubling down is noob behavior. You, you got to talk to Warren Buffett, dog. You got to look at that American Express trade.

Video Title: 8/13/25 +25%

Video Date: 8/13/2025

Start Time: 00:45:19

End Time: 00:45:37

MARTIN SHKRELI: Well, the problem with that, Ken, is that I got even more in Abivax. Abivax I have a 50% long. I don't fuck around. I should be trimming all this shit.

Video Title: 8/13/25 +25%

Video Date: 8/13/2025

Start Time: 00:45:57

End Time: 00:46:35

MARTIN SHKRELI: Do you want … Do you really want to know how much I have in ATYR? 60%. I don't give a fuck. I don't know if a buyout will happen or not. I, I think it's … I think it's a function of what Marc wants to do. He's a great CEO like I said. I know him personally. That's why I'm entrusting the bulk of my portfolio to him.

Video Title: 8/13/25 +25%

Video Date: 8/13/2025

Start Time: 00:48:39

End Time: 00:48:41

MARTIN SHKRELI: Yeah, I think, I think Abivax can hit $200 pretty easily.

Video Title: 8/13/25 +25%

Video Date: 8/13/2025

Start Time: 00:51:47

End Time: 00:51:57

MARTIN SHKRELI: No doubt a good drug, but the Abivax drug is arguably going to be bigger than the Pharmacyclics drug. So, I mean, 4x, 5x, very doable here.

Video Title: 8/13/25 +25%

Video Date: 8/13/2025

Start Time: 01:12:11

End Time: 01:12:34

MARTIN SHKRELI: I still haven't sold Sarepta, but I would, I would … I'm very, very much itching to do so. Not a whole … sell 20, 20% of the position, it's just too big, and maybe I'd use the proceeds to … I don't know what I'll do. We'll, we'll hold them for the next good pick.

Video Title: 8/13/25 +25%

Video Date: 8/13/2025

Start Time: 02:38:06

End Time: 02:42:39

MARTIN SHKRELI: So I, I looked … I was looking at this stock Precigen. You know, this was the … This was PGEN. This is … This the old shit, shitty company … Remember Intrexon?

Yeah. So this is the remnants of Intrexon after they had to change their name, killed most of the company's activities … You know RJ Kirk when RJ Kirk was hot after he sold New River to Shire, and what else did he do? He did another one, he did some antidepressant one, and then, you know, this company raised two billion. This was one of the hottest privates ten to fifteen years ago, and it just was doomed, you know, since, and I don't, I don't if RJ's but, yeah, I think it's, you know, probably still got a ton of money, but, you know, his, his biotech entrepreneurship was certainly … It kind of, kind of looks like Patrick (inaudible) you know? It's, like, one-hit wonders, you know what I mean? So anyway.

Yeah, no, I mean, he's, I think he's still pretty rich, but he also, you know, he's tried to do it again, and it's like, it's like, "Oh my God, man." I mean, you know, for whatever reason, you know,

sometimes these guys will actually lose more money on their second one (inaudible) and …

Yeah. Put his money where his mouth is. Yeah.

Yeah. Yeah. It's just sad when it doesn't work out, but …

Yeah, so they have a drug for this thing called RRP, which is basically HPV, that instead of papillomas on your balls, they show … Or on your dick, they show up in your throat, and, you know, it's not, it's not a great thing because they can … They require surgery. Some of these people get, like, forty surgeries, you know, over their life or more, and, you know, eventually you just can't do more surgery.

So it's gene therapy against HPV 6 or 8, and then it, it has, like, 50% complete response, but the way they define "complete response" is a little funky. It just is no surgery required which, which, like, you could probably control if you're a doc just being like, "Hey, don't, don't fucking … We're not giving you the surgery, bud, all right?" and … But …

Right. Right. But they did have a 50% complete response rate, and I think … I mean, it looks pretty good to me. I mean, I’d have to get my head around that part, which is, like, I'd like to see …

When I think of complete response rate, I think of a tumor going away, and that, that's not exactly what this is. It's more, like, I don't need surgery in the next twelve months, which is not bad because the, the average amount of surgeries they needed in the prior twelve months to the trial was four, so not needing a single one in the next twelve months I think it is pretty good, and if you look at … I sent you the paper.

Yes, it’s a very simple … The PDFUA is in two weeks. It's got a thirty …

Yeah, they … Yeah, they did a forty-patient trial, but, you know, it, it certainly seems like the drug is doing something. You go from surgery after surgery after surgery, then you take the drug and no more surgeries.

You know, I'm just, I’m just worried. You

know, they are doing a control trial, but it certainly makes you wonder if, if, you know, like I said, you could kind of fix the outcome by sort of just really (inaudible) …

Well, just, yeah, shunning, shunning (inaudible) you know, surgeries. "Like, you're really going to fuck us up if you do a surgery, man. I think you should, like, continue having …"

You know, I mean, I don't know, but, but so NIH did the trial, which was pretty cool, so that's pretty bullish because the FDA, you know, is going to respect that data I think a lot more than if some rando did it, but I think …

So I'm, I'm just, you know, thinking devil's advocate like if I were a doc in that trial I really would want … The guy could be gasping for air and they'd be like, "Yeah, I think you can tough it out a little longer, man. You'll be all right. Let me throw, throw you some surgery." I'd throw in some, some steroids or something, but --

Video Title: 8/15/2025 +46% record high! PGEN,
Scorpion SLNO short
Video Date: 8/15/2025
Start Time: 00:01:28
End Time: 00:01:33

MARTIN SHKRELI: PGEN early approval. A little surprising.

Video Title: 8/15/2025 +46% record high! PGEN,

Scorpion SLNO short

Video Date: 8/15/2025

Start Time: 00:03:24

End Time: 00:03:46

I think I'm going to sell PGEN. I don't know the story that well. They still have to commercialize it. I'm, I'm sure it could double from here. It just … They're going to raise capital. It actually is kind of attractive at 800 million because, you know, you know they're going to do a couple hundred in revs, at least, especially if they price it high, but I don't know. I, I don't know it that well.

Video Title: 8/15/2025 +46% record high! PGEN,
Scorpion SLNO short
Video Date: 8/15/2025
Start Time: 00:32:28
End Time: 00:32:32

MARTIN SHKRELI: PGEN got a surprise FDA early approval.

Video Title: 8/15/2025 +46% record high! PGEN, Scorpion SLNO short

Video Date: 8/15/2025

Start Time: 00:48:31

End Time: 00:48:56

MARTIN SHKRELI: Yeah, I'm holding the PGEN. I didn't … I didn't do anything. In fact, I'm kind of interested in buying it. I mean, it's … It got full FDA approval. They're going to launch. I mean, they, they, they said they're going to price it at, like, $300, or I think $500k, so that could be a five-hundred-million-dollar drug. That could be a 5x from here.

Video Title: 8/15/2025 +46% record high! PGEN,
Scorpion SLNO short
Video Date: 8/15/2025
Start Time: 01:07:13
End Time: 01:07:16

MARTIN SHKRELI: I’m going to short a little AVXL, as well, just in case.

Video Title: 8/15/2025 +46% record high! PGEN, Scorpion SLNO short

Video Date: 8/15/2025

Start Time: 01:16:21

End Time: 01:16:46

MARTIN SHKRELI: And, you know, PGEN came from Godel. I didn't, I didn't come up with PGEN by myself. Somebody axed (sic), asked about PGEN, and the … Sorry, I said axed (sic). It's old habit. That's the way I grew up. Somebody asked about PGEN, and I looked at it. It took me twenty minutes to see it was an obvious long. We bought some. That's all she wrote. So thank you, fellow Godelians (ph). You did it.

Video Title: 8/15/2025 +46% record high! PGEN,
Scorpion SLNO short
Video Date: 8/15/2025
Start Time: 01:55:08
End Time: 01:55:16

MARTIN SHKRELI: I'm good on Newegg. HUMA, HUMA I can short. HUMA I like. HUMA's a worthless company.

Video Title: 8/15/2025 +46% record high! PGEN, Scorpion SLNO short

Video Date: 8/15/2025

Start Time: 03:09:05

End Time: 03:09:36

MARTIN SHKRELI: So INmune is the biggest winner. Abivax number two. SBET, which is really crazy, and Newegg, both look crazy. Quick trades. Some pretty good profits there, about 23% attribution. ATYR has been profitable so far, but I expect this will be even bigger than, even bigger than INmune when I'm done with it. Sarepta, you know, has been a caustic and violent situation.

Video Title: 8/15/2025 +46% record high! PGEN,
Scorpion SLNO short
Video Date: 8/15/2025
Start Time: 03:11:16
End Time: 03:11:19

MARTIN SHKRELI: ATYR is my biggest position.

Video Title: 8/15/2025 +46% record high! PGEN,
Scorpion SLNO short

Video Date: 8/15/2025

Start Time: 03:13:41

End Time: 03:13:50

MARTIN SHKRELI: Amgen for sure long. Novo I'm not 100% sure I was long, but I think.

Video Title: 8/15/2025 +46% record high! PGEN, Scorpion SLNO short

Video Date: 8/15/2025

Start Time: 03:20:00

End Time: 03:22:22

MARTIN SHKRELI: Well, 40% is, is huge amounts of volatility, so I don't pat myself on the back too much. I was down almost 50%, or around 50% at one point when we had the dual attack of Quantum and Sarepta all at once. That was vicious. They wanted to kill Shkreli. They wanted to close Shkreli down. Down to end Shkreli's career. They sent Jamie (ph). They sent UBS, the Swiss bankers. You remember the Swiss? I remember. I remember the three, four different people from JP Morgan calling non-stop. I told Wifey, "Don't answer the phone. Don't answer." "So why are they calling? What's the problem?" "Nothing, babe. Don't worry about it." They almost got Shkreli. They almost had me. I almost couldn't put foot on the table. I had to borrow some money from the big homie. Purse money missing. Auntie money missing. I put it all back though. I put it all back. That makes me the good guy. I didn't have to put it back. That's my logic. Stand on business.

That woman was rude on the margin call.

Yeah, we needed to dip into Wifey's purse a couple times. I had to wear the bag on the head

twice.

Nah (inaudible) I didn't, I didn't put more in. I just put the original amount back.

Video Title: 8/15/2025 +46% record high! PGEN,
Scorpion SLNO short
Video Date: 8/15/2025
Start Time: 03:22:32
End Time: 03:22:37

MARTIN SHKRELI: Yeah. No. I mean, the best thing of all is ATYR is going to be 90%.

Video Title: 8/19/2025 +56% VKTX RIP, quantum falling

Video Date: 8/19/2025

Start Time: 00:10:44

End Time: 00:10:47

MARTIN SHKRELI: I made money on Sarepta.

Video Title: 8/19/2025 +56% VKTX RIP, quantum falling

Video Date: 8/19/2025

Start Time: 00:21:00

End Time: 00:21:04

MARTIN SHKRELI: I'm not out of Sarepta. It's my second-biggest long.

Video Title: 8/20/25 +54% let's gooo

Video Date: 8/20/2025

Start Time: 00:37:59

End Time: 00:38:49

MARTIN SHKRELI: Winners, I've got INmune, which is my big, big winner. I've got Abivax. SBET, which was just fucking nuts. I can't believe I made money on that. ATYR, which so far has been a winner, but it's about to be a huge winner. Sarepta, which we idiotically kind of double-downed on and made money. IONQ, where we double-downed when the "Amazon announcement" came out. That was a good one. Replimune and Cardiff. Those are my top-ten winners so far this year. A really large amount obviously with INmune. A pretty large amount, as well, with Abivax.

Video Title: 8/22/25 +51% what up

Video Date: 8/22/2025

Start Time: 01:53:23

End Time: 01:53:28

MARTIN SHKRELI: No, I just bought some EQ. It’s number three (inaudible)?

Video Title: 9/3/25 +55% AYTR WATCH day 2

Video Date: 9/3/2025

Start Time: 06:13:37

End Time: 06:13:48

MARTIN SHKRELI: I usually don't do too many options, but fuck it. I'll do a little bit. A little bit.

Video Title: 9/8/25 +56% atyr watch day 4

Video Date: 9/8/2025

Start Time: 00:59:02

End Time: 01:01:43

MARTIN SHKRELI: "Okay, let's debate. I think the probability is 0%. Here's why:

There is no mechanism of action. The drug was not rationally designed to target any specific protein. They 'found' the mechanism of action later. They found it to bind neuropilin-2, an inert protein that has nothing to do with sarcoidosis. Sarcoid has never had a successful clinical trial against placebo by a novel agent.

The only data supporting this drug Phase 2 was it's n=37 Chest publication. The problem with the Chest publication is that the results were not correctly displayed.

For example, on clinicaltrials.gov, the results showed that placebo outperformed all three drug dose arms with respect to the end point, the pre-specified end point percentage of patients who achieved five-milligram prednisone taper (inaudible) …"

Okay. That was weird.

"All in all, there is no mechanism or supporting clinical data to suggest there is any

chance the drug works in a well, in a large, well-randomized controlled study.

That's my thesis. Now I want you to defend why you think 45% is possible. That is way too large in my opinion.”

Video Title: 9/8/25 +56% atyr watch day 4

Video Date: 9/8/2025

Start Time: 01:02:57

End Time: 01:04:37

MARTIN SHKRELI: "This shit is funny to me. I am the GOAT of binary events. There are drugs that have 0% probability of success, and this is one of them.

Let's go piece- by- piece. What part of NRP-2 is relevant to sarcoidosis? If you know that NRP-2 has no intercellular signaling domain, there is no evidence, no legitimate evidence that efzo 'modulates' macrophages. TNF-alpha inhibitors, IL-6 inhibitors, et cetera, have all failed in sarcoidosis. There's no co-crystal of efzo and neuropilin-2. I'm not even sure it binds at all since it was designed just to be recombinant HARS and then was found in a contrived assay to bond to neuropilin-2 weakly."

Video Title: 9/12/25 +59% atyr watch day 8

Video Date: 9/12/2025

Start Time: 03:25:28

End Time: 03:25:44

MARTIN SHKRELI: We're just hours away from the market closing and probably open up Monday to ATYR's binary event data we've been working on for …

What is it, chat, a month or two?

Video Title: 9/12/25 +59% atyr watch day 8

Video Date: 9/12/2025

Start Time: 07:22:11

End Time: 07:22:25

MARTIN SHKRELI: Man, this is the fakest drug I’ve ever fucking seen, bro. First of all, it’s only, like, fifty amino acids. That ain’t many amino acids.

Video Title: 9/12/25 +59% atyr watch day 8

Video Date: 9/12/2025

Start Time: 07:52:21

End Time: 07:52:35

MARTIN SHKRELI: I mean, these are the signs. These are the signs of tampering, fraud. I mean, this is … Not a single one of these has the right amount of data.

Video Title: 9/12/25 +59% atyr watch day 8

Video Date: 9/12/2025

Start Time: 08:06:49

End Time: 08:07:08

MARTIN SHKRELI: Whatever the feds think I did to go to jail … Come on, bro. Come on. Whatever they thought I did, this is a million times worse. A trillion times worse.

Video Title: 9/15/25 +135% YTD

Video Date: 9/15/2025

Start Time: 00:01:52

End Time: 00:01:59

MARTIN SHKRELI: There's the P&L and account balance. Highest it's ever been by far.

Video Title: 9/15/25 +135% YTD

Video Date: 9/15/2025

Start Time: 00:06:26

End Time: 00:06:42

MARTIN SHKRELI: I sold, I sold everything and went all in on ATYR, guys. It’s literally my only, only position, so I have to rebuild everything. I mean, everything.

Video Title: 9/15/25 +135% YTD

Video Date: 9/15/2025

Start Time: 00:08:31

End Time: 00:08:46

MARTIN SHKRELI: But now I can stop worrying about this stupid ATYR. I'm so happy I don't have to think about it anymore. I can spend time on new stocks and not worry about it again.

Video Title: 9/15/25 +135% YTD

Video Date: 9/15/2025

Start Time: 00:09:23

End Time: 00:09:26

MARTIN SHKRELI: Oh, yeah, GALT. We have to short some GALT.

Video Title: 9/15/25 +135% YTD

Video Date: 9/15/2025

Start Time: 00:11:04

End Time: 00:11:14

MARTIN SHKRELI: If you guys think I'm a short seller only, by the way, you're wrong. I'm a long guy. I made most of my, my money on the long side. Yeah, I bought, I bought back my Abivax and all that other stuff.

Video Title: 9/15/25 +135% YTD

Video Date: 9/15/2025

Start Time: 00:11:27

End Time: 00:11:32

MARTIN SHKRELI: Yeah, I'm in EQ. I'm in EQ. Small amount. I just bought some.

Video Title: 9/15/25 +135% YTD

Video Date: 9/15/2025

Start Time: 00:45:50

End Time: 00:46:44

MARTIN SHKRELI: -- could be, like, good customers for us. Like, noobs use Yahoo! Finance, you know? They don't pay for it. We, we want to make tools for people who will pay us millions of dollars, not grumble over whether something's worth $20 or $50 or $100. Like, we just don't do that.

So, anyway, a lot of people ask me how I look at stocks. One of the first things … The first thing to look at every single stock is these, these six, these six numbers - sometimes called "the Big Six" if you've watched my stuff for a long time - and they're just basic, basic math. So it's the short price, which obviously you can find anywhere, $4 in this company's case, and then the number of shares, which obviously is very, very, very, very important. So there's 165 million shares here.

Video Title: 9/19/25 +107%

Video Date: 9/19/2025

Start Time: 00:06:26

End Time: 00:06:39

MARTIN SHKRELI: REPL is in a crisis. Just like they were when we bought it. It's back to where we bought it, the price we bought it at. I think it's, I mean, perfectly fine long.

Video Title: 10/14/25 +47%

Video Date: 10/14/2025

Start Time: 05:46:00

End Time: 05:49:27

MARTIN SHKRELI: Hey, babe. Hey. How are you?

I muted my livestream, but can I get, like, 30K or more for these accounts because they're talking about margin call, they're talking about problems, they're talking about there's going to be … You remember that one time into that thing with Ray-Ray and he was going to beat my ass? This is a little like that except instead of Ray-Ray, it's JP Morgan.

Yes. Yeah.

No, it's not a guy, JP Morgan. It's, like, a … It's, like, a company.

Yeah, yeah, yeah, not, not … It's not James Morgan. It's, it's … No, no, it's, it's, like, an office. Yeah.

So, anyway, if you could slide me, like, 30K? I know you've been working overtime. We probably can't do that vacation, though.

No. No. No, no, no, no, no. (Inaudible) no, no, you read something wrong, but listen to me. I've had … I went to the liquor store. I found some money on the street. I don't know why that happened,

but I found the money in the liquor store. It was crazy. It was just laying there, like, five or ten Gs, like, just right there at the liquor store, so I just put it in my pocket …

On the floor! It was crazy! I just walked out with … I just walked out with it, you know? I don’t got it like that. I need it.

So, anyways, I don't know why if there’s money missing, but at the end of the day we’ll find it. We always find it. We always find it, so …

Man, girl, you, you kind of forgetful with your money. You got to lock that up. What you doing? I know. I know. Stop … Stop losing your money so much, babe. It's crazy.

Yeah, I know. The baby … The, the baby’s got you all messed up. I know (inaudible). I know. Somebody must be sneaking in your, in your purse while you sleep. Ha-ha, just kidding, and …

Yeah, you got to send the money to JP Morgan. I’ll give you the address, and then it’s another dude named E*Trade. Yeah, E*Trade, and there's money …

Yeah. E. E. Yeah. Send him some money, too, because …

Yeah, the vacation, look, I don't want to go there anyway. Fuck it, you know? We can just go to New Jersey. New Jersey’s nice, though. New Jersey’s real nice. Like, for real. There’s some cool shit in New Jersey. I’ll show you all around New Jersey, babe. Don’t worry about the Caribbean, you know? You don’t, you don't need no Caribbean, bro. There's mosquitos there anyway. Fuck the mosquitos! Let’s go to Jersey.

Yeah, exactly.

Anyway, I love you, babe. I'll see you later.

Oh, yeah, we're going to have dinner with that dude at eight.

Okay, thanks for everything. Love you. Bye.

Video Title: 10/22/25 +369%

Video Date: 10/22/2025

Start Time: 00:22:10

End Time: 00:22:23

MARTIN SHKRELI: Yeah, there's a lot of good, good shorts. Yeah, I like Spruce a lot - SPRB - but, you know, it's a biotech. It takes a while. It's not, like, an instant win.

Video Title: 10/23/25 +406%

Video Date: 10/23/2025

Start Time: 00:19:00

End Time: 00:19:08

MARTIN SHKRELI: I have some other accounts that I'll show you, but, like, I know feds are watching, so fuck that.

Video Title: 11/5/25 +488%

Video Date: 11/5/2025

Start Time: 05:36:55

End Time: 05:37:02

MARTIN SHKRELI: Okay, you guys want the P&L breakdown? Let's go.

Video Title: 12/4/25 challenge account - 100% RIP -
QCLS is the new thing
Video Date: 12/4/2025
Start Time: 00:01:08
End Time: 00:01:41

MARTIN SHKRELI: Rest in peace, right? Sorry for that, CAPR. Very unlucky if anybody joined me on that.

Gabriel, they'll forgive you.

Good morning, Flanagan. Yeah, onwards and upwards. Oh, yeah. It's over for the Schwab account. All our apes are gone.

Video Title: 12/4/25 challenge account - 100% RIP -
QCLS is the new thing
Video Date: 12/4/2025
Start Time: 00:02:35
End Time: 00:03:13

MARTIN SHKRELI: Well, the challenge account was $30,000 to try to get to, you know, a million. We got to $260. It was a good try. QCLS would have gotten, probably gotten it to $500 or more, so it's really annoying that CAPR, CAPR didn't work.

Yeah, I think they're scamming, but that was the risk because they would scam and they scammed their way to the top.

Video Title: 6/25/26 we’re back +0.00%

Video Date: 6/25/2026

Start Time: 00:01:12

End Time: 00:01:22

MARTIN SHKRELI: Cool. Cool. We're back.

I missed you, too.

Yeah, a new office. We moved to a much bigger office.

New trading challenge, correct.

Video Title: 6/25/26 we're back +0.00%

Video Date: 6/25/2026

Start Time: 00:05:49

End Time: 00:06:42

MARTIN SHKRELI: Dusty, Dusty, what's up? Dusty, you got to get out of that. You've got to get out of that SELLAS, man. I am certain that stock's a zero. We're talking about SLS here, which Dusty, you know, has got a real knack for, for business. He bought the stock at, like, one - good for you, dude – and it's now a billion-dollar company. Two billion? Brother, this drug don't work. There's no chance in hell this drug works. You've got to sell it. Trust me. I've been around the block. Twenty-six years I been in these streets. This is not … This is not going to work.

Spruce I like.

Not an Indian billionaire? No. I know a few of those, too.

Video Title: 6/25/26 we're back +0.00%

Video Date: 6/25/2026

Start Time: 00:13:34

End Time: 00:13:43

MARTIN SHKRELI: I will be trading an account live and, actually, a fairly big account. Probably the biggest I've ever traded, so that'll be fun.

Video Title: 6/25/26 we're back +0.00%

Video Date: 6/25/2026

Start Time: 01:18:28

End Time: 01:19:00

MARTIN SHKRELI: I'm bullish on Abivax. Not much else to say. You've got to be patient. You know, biotech is a game that unfolds every year. It's not over days, you know? You either believe in the story or you don't.

So let's look at a stock called Biocrest (ph). $10 stock. $2 billion market cap. I want to see if I like this or not. What, am I getting an "out, out of memory?" Did I really just get an "out of memory?"

Video Title: 6/25/26 we’re back +0.00%

Video Date: 6/25/2026

Start Time: 01:36:23

End Time: 01:37:12

MARTIN SHKRELI: So we get a $28 stock price, so I think that's pretty, pretty bullish. I would buy. I would buy Biocrest (ph).

Okay, there you go. I'll put this in the portfolio once I'm ready to start that. Maybe tomorrow or next week or something like that.

Video Title: 6/26/26 -0.80%

Video Date: 6/26/2026

Start Time: 00:06:32

End Time: 00:07:03

MARTIN SHKRELI: Looks like CAPR is getting an adcom (ph). That'll be interesting. I've got to go there myself. I'm going to physically go to the adcom (ph) in, in DC. That'll be interesting. I trolled them a little. Stupid Capricor cost us so much money.

Video Title: 6/26/26 -0.80%

Video Date: 6/26/2026

Start Time: 01:42:53

End Time: 01:43:24

MARTIN SHKRELI: Biohaven is up a lot, you know, since my recommendation/referral, or since the "back up the truck" recommendation. They might get FDA approval. Actually, yeah. You know what? I'll, I'll just buy a little bit just to show my, show my love.

Video Title: 6/26/26 -0.80%

Video Date: 6/26/2026

Start Time: 01:43:56

End Time: 01:44:01

MARTIN SHKRELI: Okay, let's see … I got some Spruce.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 00:04:18

End Time: 00:07:05

MARTIN SHKRELI: What's up? Are you locked in and ready to create shareholder value? Are you ready to create portfolio value? You'd better be creating some kind of value. Quantum internet stock value. Capricor value?

Speaking of which, Capricor, which ended our last challenge … Capricor ended it. Damn, man. I can't believe it. Capricor ended the last challenge. It destroyed us. But the question is not what do you do when you get knocked down. It's what you do when you get back up. So …

Okay. "Biocrest (ph) closing down internal discovery." "It raises guidance …" Oh, well, no, "lowers operating cost guidance." Okay.

So … So Capricor is going to have an adcom (ph), right, and so will the fraud be revealed at that adcom (ph)? It's possible.

July 29th. Okay. So it's a month from now. So when do the documents come out? I haven't done this in a long time. The documents come out on the FDA website. It's been a minute since I was playing that game.

Well, “fail” is, is not the right term because the trial has already shown its results. The question is: will the FDA approve it?

Maybe I should write a document in the docket. “Electronic submission.” Should I, should I make a submission? “This is a scam!”

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 00:30:01

End Time: 00:30:11

MARTIN SHKRELI: Yeah, I just bought five thousand shares of Evommune, long a little Micron (ph), and I'm short Rocket Lab.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 00:38:49

End Time: 00:39:11

MARTIN SHKRELI: SLS is nuts. We're, we're buying this falling knife, Evommune, and then Rocket Lab. I'm not sure this, this acquisition means anything, but, you know, I'm sure the bulls will run with it.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 00:38:49

End Time: 00:46:40

MARTIN SHKRELI: SLS is nuts. We're, we're buying this fallen knife, Evommune, and then Rocket Lab. I'm not sure this, this acquisition means anything, but, you know, I'm sure the bulls will run with it. It's a really good short at ninety-seven or a hundred, but I don't think it'll get there.

I really want to make this the next SpaceX. It's hard to, hard to short this kind of thing.

(Inaudible).

Yeah, there's a million little space defense tech guys out there.

Half of all drugs are autoimmune.

No, I'll add Quantum shorts soon.

(Inaudible).

I mean, it's still pretty good. Is there a dosing thing? Did the dose … I mean, dosing an antibody is sometimes pretty easy, but sometimes you never know. You, you want to explore the dose range a little bit.

I like Micron (ph). I'm bullish. I'm long.

I don't know anything about Neterra (ph) to be honest.

So Abivax probably out later today.

Hey, just because you tell me some ticker to look at doesn't mean I'm going to look at it. Sorry. Please stop spamming my chat. I don't care about your stupid stock. I make the rules here. What, you thought you were the boss? You thought you were the boss? I'm the boss, okay? Let's be clear here. I'm the fucking boss. You thought you were the boss. Stupid.

Abivax has been pretty volatile lately in case you haven't noticed.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 00:49:38

End Time: 00:50:17

MARTIN SHKRELI: I'm long Evommune because the IL-18 drug is pretty exciting. It's a brand-new mechanism nobody has, and the other drug is, looks like it was well-known to be very likely to fail, so a lot of times something like this happens and the stock ends up on the day because a lot of the traders are just, like, happy that the drug failed so they can actually buy, you know, the, the, the drug that they wanted, and IL-18 sounds like a pretty new mechanism that actually does work, so, you know, a pretty bullish setup. I don't like the word "setup," but --

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 00:58:56

End Time: 00:59:16

MARTIN SHKRELI: Yeah, so SLS, we are not short yet in this portfolio, so we will have to do that today. It’s really hard to borrow stock.

Abivax later today most likely.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 01:38:31

End Time: 01:38:38

MARTIN SHKRELI: I tweeted about Evommune, so I guess it's rallying here a bit, but --

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 03:58:38

End Time: 03:58:41

MARTIN SHKRELI: Wow, Evommune is crushing
me.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 04:02:52

End Time: 04:02:59

MARTIN SHKRELI: I just hope EVMN rebounds, but it doesn’t look good.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 04:08:18

End Time: 04:09:20

MARTIN SHKRELI: I, I've been talking about SLS all day. Did you just get here?

SLS is zero.

(Inaudible) I mean, if you think that drug works, you need your brain checked, or you're brand-new to pharma, which, you know, you'll learn smithing. It's good to learn. "Are the patients still alive? Derp?"

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 04:10:17

End Time: 04:10:45

MARTIN SHKRELI: This just happened with … You know what, what I shorted that worked sort of the same thing was … What was that stupid company with the polokinase (ph) inhibitor? Who had that polokinase (ph)? This was the same situation. Everybody thought, 'Oh my God, you know, they, they must be doing so well,' and it was still … Cardiff. CRDF. CRDF. Yeah, the same, same story with Cardiff, you know, that that did not go so great.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 04:24:25

End Time: 04:24:31

MARTIN SHKRELI: Brand new challenge. No, that account is long gone. Capricor killed it.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 05:58:21

End Time: 05:59:42

MARTIN SHKRELI: I'm not sure what my breakeven on SLS is. I shorted it in some pretty small accounts, so I didn't really lose much. I shorted some today, so it really hasn't been …

Yeah, Brian, the naming of "on the impossible (sic)" is basically this idea that in biotech you can occasionally prove for sure that something's not going to work and, and in essence, SLS is one of those.

Yeah, that was a small account. That was, like, a challenge account, Frank. I mean, I, I don't know.

Hey, I'm on stream in case you don't want to be shown. (Inaudible) I love you. I love you. I love you, dude. Have you seen the old Bloomberg?

FEMALE SPEAKER: (Inaudible).

MARTIN SHKRELI: Yeah, you can flip it open.

I haven't bet my gender on SLS yet. I'm not sure how much Wifey would like that, but she's here.

You'll support me as "Martina?"

Okay, she's not --

FEMALE SPEAKER: You're going to win the bet.

MARTIN SHKRELI: Right. Right, right.

Right, right, right. Right, right, right, right.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 06:00:21

End Time: 06:00:51

MARTIN SHKRELI: Yeah, Anavex was good. Look, I don't … I, I very rarely miss. CAPR was unusual, and I think CAPR lied, but you always have to … It was my mistake because you always have to assume they'll lie, and they'll get found out later, and that's why CAPR's trading down because people assume that, you know, CAPR's going to get discovered and CAPR might go to jail, but they were willing to take that risk.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 06:04:03

End Time: 06:04:16

MARTIN SHKRELI: Yeah, basically SLS is the next SAVA, yeah. I mean, all these doctors' names are right here. You think it's hard to get these guys on the phone? This is basic, basic due diligence.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 06:08:55

End Time: 06:09:23

MARTIN SHKRELI: No, Capricor is, is a really crazy one-off that happened. I mean, that was insane.

Yeah, we'll see in the briefs, but, you know, I was very pissed off at Capricor, man. Wow.

Okay.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 08:06:26

End Time: 08:06:41

MARTIN SHKRELI: 1100 shares of Abivax, so not too much, but I bought some more.

Video Title: 7/1/26 -2.1%

Video Date: 7/1/2026

Start Time: 00:51:46

End Time: 00:51:57

MARTIN SHKRELI: I'm not short enough SLS. SLS has 150% borrow rate. That's how bad people want to short it. 150%.

Video Title: 7/1/26 -2.1%

Video Date: 7/1/2026

Start Time: 01:09:17

End Time: 01:09:40

MARTIN SHKRELI: You don't want to see my portfolio. It's pure trash right now.

Yeah, SLS borrow rate 150% because everyone knows it's garbage. Garbage.

Video Title: 7/1/26 -2.1%

Video Date: 7/1/2026

Start Time: 01:10:50

End Time: 01:10:56

MARTIN SHKRELI: This big borrow rate on SLS scares me.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 03:09:03

End Time: 03:12:04

MARTIN SHKRELI: You know, fascinating news, news, news here somewhat, somewhat breaking is that Capricor may have been accidentally unblinded. Oh, man, this is the trade I lost millions in earlier, what, late last year, and, you know, the … It's kind of crazy, the … They're, they're having this advisory committee, and … Okay.

So, basically, you know, everyone here remembers because we lost millions of dollars shorting the stock, and they said that they had good news, and then, you know, we got out of our short, it was really bad, and we moved on.

But we're sitting there saying, "We did all this homework, you know, we …"

(Cut in the stream.)

MARTIN SHKRELI: … et cetera.

MALE SPEAKER: I remember Stevie and I were talking about that. (Inaudible) for someone that doesn't know what all this means --

MARTIN SHKRELI: Right. Right.

MALE SPEAKER: -- someone with zero biotech experience, like, any of this, when you say "it was

unblinded," is that the study being, like, double-blind or whatever?

MARTIN SHKRELI: Correct. It's double-blind --

MALE SPEAKER: Okay. Okay.

MARTIN SHKRELI: -- and then, you know, you can't … You know, and this … I just did a podcast last night talking about this. You can't give … You can't look at the results halfway through, right? That's kind of … It would compromise, you know, the trial if you (cross talk) --

MALE SPEAKER: Right, and it changes how you act and --

MARTIN SHKRELI: Yeah, yeah, yeah, yeah.

MALE SPEAKER: Totally. Totally.

MARTIN SHKRELI: Even though the, the … Even though you're not … You know, the doctors don't know and the patients don't know, you're still not supposed to peek because --

MALE SPEAKER: Is that was double-blind is?

MARTIN SHKRELI: Yeah, and, in fact, you could argue there's, like, triple-blind,

quadruple-blind, you know, depending on how you think about who is involved.

MALE SPEAKER: Wordsmith engineering just like every other --

MARTIN SHKRELI: Yeah, it's not, it's not. I mean, it's, it's more just, like, you know, you have a lot of people in a clinical trial: you know, raters, the company, the DSMB, that's like the Safety Monitoring Board that's very important. So, you know, it's sort of sacrosanct that you can't go fuck up with the data --

MALE SPEAKER: Right (cross talk) --

MARTIN SHKRELI: -- you know, and it sounds like they fucked with the data. So here's the … This guy, Adam Feuerstein (ph), who I have, I've had a long-term beef with it. It's on-site (sic) with Adam Feuerstein (ph). You know, he's tried to, he's tried to be nice to me over the years, and it's like, "No, dude, you, you played a part of sending me to jail," because he sort of created this environment around my proxy fight and my, my kind of ouster of my own company that, you know, I can never forgive. You

know, I did an amazing job as the CEO of, of, of my first company, and to find myself out of my own job at my own company I started is disgraceful, and I think people like Adam are, are fearmongers, they do this a lot, and they do it in a really scummy way.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 03:12:44

End Time: 03:18:26

MARTIN SHKRELI: Yeah, so it's … So, so Adam Feuerstein (ph), piece of shit, right, "noted piece of shit," right?

"On July 29th, the next panel will convene to review Capricor."

This explains why Capricor shares are down.

"I spoke to Capricor CEO Linda Marban. 'The FDA hasn't asked us anything that has made me think that there are flies, flies in the ointment or there's something they are really picking on, but one issue the FDA may bring to the advisory panel,' Marban speculated, 'based on some of these information requests is the possibility that Capricor may have been inadvertently unblinded for the study results.'"

What?

MALE SPEAKER: How does that even happen?

MARTIN SHKRELI: "Inadvertently unblinded?" What the fuck?

MALE SPEAKER: Like, to me, it's like --

MARTIN SHKRELI: It's inadvertent?

Now, it could be … Now, they could be saying that the inadvertent part is the toxicity of the drug.

So if one, if the drug is toxic --
MALE SPEAKER: Mm-hmm.
MARTIN SHKRELI: -- and I give it to thirty people, and especially if it's injection site --
MALE SPEAKER: Mm-hmm.
MARTIN SHKRELI: -- you know, so you get injection site reaction because you're getting the ground-up hearts of other human beings --
MALE SPEAKER: Bruh --
MARTIN SHKRELI: -- as, as the drug. That, that was their idea.
MALE SPEAKER: What?
MARTIN SHKRELI: Their idea was take some hearts from cadavers - dead, dead people - grind that shit up. Don't grow it. Don't expand it. You know, I think maybe --
MALE SPEAKER: Just inject? Like, just, just, like (cross talk) --
MARTIN SHKRELI: (Cross talk) now that I think about that, they might have harvested the cells and expanded them, but I calculated that it’s two hearts per --

MALE SPEAKER: I mean, this is crazy.

MARTIN SHKRELI: -- per injection.

MALE SPEAKER: I'm not a … I'm not a doctor. I'm not a pharmacist. I am not any type of medical professional whatsoever.

MARTIN SHKRELI: Look, I mean, there's a disease called serum sickness. You know, you can't take your blood and put in my, the Jew blood, okay?

MALE SPEAKER: (Inaudible) they just, they just don't --

MARTIN SHKRELI: It's not going to work.

MALE SPEAKER: -- they don't, they don't mix, yo.

MARTIN SHKRELI: But, no, in all seriousness, the … It … You know, you, you have to have the blood types and RH factor and all the things balanced before you can just drop somebody's heart or blood or other cells into, into somebody, and, you know, they don't do any matching. So what it really is --

MALE SPEAKER: So they don't even look at, like, my blood type --

MARTIN SHKRELI: No! No way!

MALE SPEAKER: -- and, like, the two hearts' blood type --

MARTIN SHKRELI: Why would you do that?

So, you know, it's, it's a really crazy thing to do. I mean, it's not that hard to go figure that out, but I think it kind of, like, it would sort of hurt the narrative that this is a drug. In real, reality, that's called a, it's, like, a transplant or a, you know, kind of a, you know, I guess you'd call it, like, some kind of medical device transplant, cell therapy, something like that (cross talk) --

MALE SPEAKER: (Cross talk) --

MARTIN SHKRELI: You know, they didn't do that. So when you give this drug, as you can imagine, you flare up because its cells from another human. When you give the placebo, nothing happens because its saline. So, you know …

Now, one of the things you learn in medicine is that if you give a drug once and you form an antibody reaction to it, the second time you give it --

MALE SPEAKER: Mm-hmm.

MARTIN SHKRELI: -- it's even spicier because your immune system is now trained --

MALE SPEAKER: Yeah.

MARTIN SHKRELI: -- to, to seek and destroy.

So, you know, it's sort of one of these, like (cross talk) that would be --

MALE SPEAKER: Interesting. I would have thought it would be more mild because the antibodies are, like --

MARTIN SHKRELI: No. They, they remember. They remember.

MALE SPEAKER: Yeah? Okay.

MARTIN SHKRELI: The company was not unblinded and changes were made with the blessing of the FDA is what they said.

"We provided all that information to the agency. I think it's probably going to be one of the issues they want to flush out at the adcom (ph)."

That's a very big fucking deal. I mean, you can't just, you know, change your step (ph) plan. They changed it … Let me see what they changed it from and to. They changed it … Let's see.

MALE SPEAKER: What's the step (ph) plan?

MARTIN SHKRELI: You basically have to say before, before you calculate whether the trial worked or not, which is a statistical thing --

MALE SPEAKER: Okay.

MARTIN SHKRELI: -- you know, you can … Are you a good coin flipper? Well, if you, if you flip, flip a coin three times, you can't really tell very much.

MALE SPEAKER: Yeah.

MARTIN SHKRELI: Flip it three hundred times, it should be average --

MALE SPEAKER: Yeah.

MARTIN SHKRELI: -- and there's a lot of fancy math about probability and statistics that tell you, "Well, you, you performed, you know, as you would expect," or if the coin is fair or not or whatever.

So that's, that's … That plan is basically just like, "This, this is the math we're going to do" --

MALE SPEAKER: Wow.

MARTIN SHKRELI: -- and you have to get that

approved by the FDA --

MALE SPEAKER: -- basically saying, “This is how many times we’re going to try.”

MARTIN SHKRELI: Well, you do … You, you, you … Ahead of time you sort of say, “Okay, this is what I think the drug is going to do, this how I think the placebo is going to do,” and, and you, you, you present the numbers, and obviously the FDA would say, “Well, if I'm only going to do patients and five placebo, that’s not enough to tell” --

MALE SPEAKER: Right.

MARTIN SHKRELI: -- “like, it could, it could be a fluke, and I don’t need a million people and a million placebo either.”

And so what decides that math, it’s called the T-test (ph), and you’ll learn this stuff in marketing, and --

MALE SPEAKER: I was, I was … You know, I literally was about to ask you, like, what decides the number, you know?

MARTIN SHKRELI: Yeah, yeah. It’s statistics, it’s called statistical task, and the task

is, you know, there's a right way to do it and a wrong way to do it, and the FDA, you know, sort of agrees with you, “This is the proper way to, to do it,” and they changed it from relative change to mean change, which could be a big difference. I have to get my head around that. It sounds like it’s a pretty big difference. So relative change versus mean change.

But, in any event, the, the unblinding you could argue is coming from patients that are getting this, you know, reaction, and then you would sort of decide that, you know, “We're going to do the trial this way.”

So I feel … I don’t feel vindicated yet, but this adcom (ph) is going to be, you know, really nuts.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 03:21:05

End Time: 03:22:08

MARTIN SHKRELI: And so these guys are just ambulance chasers and I, and we tend to hate them, but they did this to Chemocentrics (ph), and it turns out that in the discovery, they found one of the biggest crimes I would argue in medical history, and I'm not, I'm not really exaggerating here.

Chemocentrics (ph) had a drug that all biotech traders know called Atapan (ph), and Atapan (ph) was FDA-approved. It turns out that when the trial results came in, they unblinded the trial. They did the step (ph) plan, and they showed a failure.

MALE SPEAKER: Bruh --

MARTIN SHKRELI: The Chief Medical Officer said, "We can't afford a failure," okay? And he said, "Let's re-evaluate these eight patients," and they "re-evaluated" them, and it turns out that five of the patients, the five they needed to re-evaluate, they re-evaluated --

MALE SPEAKER: How convenient. Yet again.

MARTIN SHKRELI: Yeah.

MALE SPEAKER: That's great, man.

MARTIN SHKRELI: So this is to my knowledge

the first time this has ever happened where a drug got FDA approval.

MALE SPEAKER: Yeah.

MARTIN SHKRELI: You know, this, this Capricor thing is pretty close if, if it’s what I think it is.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 05:45:00

End Time: 05:45:10

MARTIN SHKRELI: Yeah, Sarepta's still good.

CAPR: all cap.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 05:47:32

End Time: 05:47:58

MARTIN SHKRELI: I might sue CAPR, yeah. I don't, I don't think you can sue when you're short, but I might as well, I might as well fucking try.

Man, Moderna … It's on a tear.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 05:48:25

End Time: 05:49:58

MARTIN SHKRELI: If, if she fakes this data, I'm sending that bitch to jail, I'll tell you that. I'm going to tell you that straight up. Straight up. I always tell these executives before the binary, man, don't play with me. Don't fucking play with me. They want to play. They're acting like it's a game. I've been down five years, man. I've been in the box. You're trying to act like this is a game talking about, "I can fake the data. I can break the blind." Talking abut, "I'm going to, I'm going to write the data in myself. I'm going to write the data I think that it should be. I'm going to put the data down that the patients want. I'm going to do it for the patients." Fucking scammers, bro.

Well, we haven't … We don't have proof yet. We don't have proof yet, but when I get that proof, I'm going to take this lady for every dollar she got. Linda. Yeah, I said what I said.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 05:52:37

End Time: 05:52:50

MARTIN SHKRELI: Man, Moderna (inaudible) COVID vaccines. Goddamn. How y'all doing that?

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 05:53:42

End Time: 05:53:50

MARTIN SHKRELI: So Moderna's going to write another $950 billion-dollar check. I haven't looked at an IDAC (ph) in years. That's an old blast from the past.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 05:59:25

End Time: 05:59:53

MARTIN SHKRELI: Yeah, Moderna could be a short. It's sort of always been a joke of a company, man.

(Singing.)

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 06:01:39

End Time: 06:01:43

MARTIN SHKRELI: Yeah, Sarepta is good. Sarepta is double.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 06:11:49

End Time: 06:12:26

MARTIN SHKRELI: So you guys want me to pay … You want me to pay $32 billion dollars for … So $6, $5, $6 billion in cash that you're burning rapidly. Fucking COVID vaccines, which they're still selling $2 billion dollars' worth, and what? That's it? Some ither bullshit flu vaccine? You want to compete in the flu vaccine and some oncology bullshit that don't work? Yeah, that's a short right there.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 06:38:39

End Time: 06:39:58

MARTIN SHKRELI: SLS doesn't have a known read out date. It's whenever the patients die. They're taking forever. Why that's bullish, I don't know, but people think that's bullish. Let me tell you something: it ain't, all right? That's not bullish. Mm-mmm.

I mean, SLS doesn't have any drug development talent. How many people work there? Go look it up. Go look that shit up and then tell me. You lost your mind?

I do still like Spruce. I do think it could still be worth $500. I mean, I don't know why it's been such a dogshit trade.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 06:42:29

End Time: 06:42:45

MARTIN SHKRELI: Yeah, I've been all over REPL. I mean, I don't know what is going to happen to it. I could see the FDA approving it. I could see them not approving it. I'm not sure.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 07:16:07

End Time: 07:16:42

MARTIN SHKRELI: Vertex (ph) acquired Krenetics (ph). Whoa! Wow, I just bought it! That is so funny. How much did I buy? How much did I buy? How much did I buy? Oh, where is it? A thousand shares. I'll take it. Yeah, let's go!

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 07:19:39

End Time: 07:19:51

MARTIN SHKRELI: Yeah, I owned a little Krenetics (ph). It was trading very close to the merger price. That’s still eighty-two-and-a-half.

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 07:24:15

End Time: 07:24:21

MARTIN SHKRELI: Yeah, we sold the Krenetics (ph).

Video Title: 7/6/26 -1.8%

Video Date: 7/6/2026

Start Time: 07:27:31

End Time: 07:27:43

MARTIN SHKRELI: Krenetics (ph) is a biotech I was excited about and a bunch of people were excited about. It was kind of a crowded long, but pretty great exit.

Video Title: 7/7/26 -2.9%

Video Date: 7/7/2026

Start Time: 00:03:50

End Time: 00:04:14

MARTIN SHKRELI: VERU's PDUFA is today. We got Krenetics (ph). It got bought out by Vertex (ph). It was actually a really smart deal for Vertex (ph). We bought some Krenetics (ph) yesterday just by luck and happened to get the buyout last night. Very cool. I don't … I, I usually don't get that kind of luck.

Video Title: 7/7/26 -2.9%

Video Date: 7/7/2026

Start Time: 00:27:55

End Time: 00:28:26

MARTIN SHKRELI: Acadia is kind of looking like Sarepta, but worse if you can be worse. Acadia's Sarepta with patent expertise. You can't make biosimilars to Sarepta's drugs (inaudible) kind of safe. All of Acadia's drugs are small mols (sic). Little small molecule (sic).

Video Title: 7/7/26 -2.9%

Video Date: 7/7/2026

Start Time: 00:33:42

End Time: 00:35:28

MARTIN SHKRELI: Ultragenics (ph). I haven't looked at this one for a while. Oh, yeah, let me finish Acadia. I'm not done yet.

When you see me looking at these biotech stocks, just … It's like Picasso, baby. You get to see Picasso in his prime.

(Inaudible) sticks (ph). This is a powder.

Huh. They got re-examined by (inaudible) and are getting approved. That's one of the rare re-exams that work.

Acadia's drugs are going to run out of patent life by the time they make any meaningful cash flow. I kind of like shorts like that.

Video Title: 7/7/26 -2.9%

Video Date: 7/7/2026

Start Time: 00:36:24

End Time: 00:37:56

MARTIN SHKRELI: I wonder if Abivax has to cool off a little bit. I don't disagree there. It's just, you know, thing is you're going to wake up one morning and, you know, Pfizer's bought them or J&J or AbbVie or something - well, probably not AbbVie, but … - and so do you want to sell? Probably not. But should you expect, you know, some choppiness? Definitely. Stock just doesn't go up 50% and then it just sits there and does nothing. I mean, it can, I've seen it, but typically it will have some volatility and, you know, there's nothing wrong with, with the guy going alone, going it alone and selling the drug himself. Celgene did it. It worked out really well. No need to sell the company if nobody wants to pay a good price. Screw it. What are you going to do, force them to pay? Okay, they have intranasal carbotocin (ph). Okay. I could have … I would have told them that that doesn't work.

I thought I was developing intranasal carbotocin (ph). That's so funny. I bought a company that had carbotocin (ph). I wonder where they got that from. Maybe they got it from my old company or

something.

Video Title: 7/7/26 -2.9%

Video Date: 7/7/2026

Start Time: 00:49:17

End Time: 00:49:55

MARTIN SHKRELI: Okay. So Acadia's had a billion in revenue for a while now, but all the patents are going to expire. I like the idea of shorting a stock and then making the generic yourself. Management's upset you're short, and then you're like, "Yeah, what's up? Actually I'm also making the generic," and they're like, "Oh no! Why?" Like, "Yeah, I want all you motherfuckers to die." Your business, of course. "Fuck your whole business."

Video Title: 7/8/26 -3.6%

Video Date: 7/8/2026

Start Time: 00:09:50

End Time: 00:10:21

MARTIN SHKRELI: Is Pfizer a short? No. Well, I am short on Pfizer, but not because of this building. They moved out a long time ago. Quite frankly, the best thing to happen to Pfizer would be in the building collapsed while the C-suite was in it. I hate to say it. That's so mean. That would not be such a bad thing for the stock. That's how bad their team has been. I don't want to get cancelled.

Video Title: 7/8/26 -3.6%

Video Date: 7/8/2026

Start Time: 00:39:44

End Time: 00:40:57

MARTIN SHKRELI: Im short SLS. I think it's a zero. It's a joke of a company. It's not even a real company, dude.

You're a sucker if you're in this stock. You probably heard about it on Reddit. You think you have the next cancer cure. You don't. Spoiler alert: you're still an idiot. I'm not trying to insult anybody, by the way, but some people need to learn the lesson the hard way, and I'm here to teach it.

Now, if I were a really mean guy, I wouldn't warn you, I would just take your money, but I'm kind of a nice dude. I'm trying to rehab my image after being convicted erroneously of a felony. I need to rehab my image, so I'm trying to give you advice, all right? That's my advice. Stay the fuck away from that stock, all right?

Video Title: 7/8/26 -3.6%

Video Date: 7/8/2026

Start Time: 01:26:35

End Time: 01:27:15

MARTIN SHKRELI: Oh, good. You own some Spruce. That's great. I like it, too.

Spruce is, you know, it's a long-term bet. Biotech's … Biotech is funny. It can work … Biotech can work quickly, but often is long-term. Like, I mean, Abivax could take five years. There's no … You've got to be comfortable with that. There's no freaking … The market has no responsibility to make you happy. In fact, I would argue by definition the market is going to try to make you upset and impatient. That's, that's, that's its utility function in some ways.

Video Title: 7/8/26 -3.6%

Video Date: 7/8/2026

Start Time: 01:47:56

End Time: 01:48:38

MARTIN SHKRELI: I am short some CAPR. I'm not sure how much more I want to short. I mean, clearly it's, you know, a scam company. You can't just grind up some heart cells from cadavers, literally donor hears, and then go inject them in people and hope that that's going to work. How do heart cells help a DMD patient anyway? It's just mindboggling how anyone thinks this could work.

Video Title: 7/8/26 -3.6%

Video Date: 7/8/2026

Start Time: 03:11:21

End Time: 03:16:50

MARTIN SHKRELI: Oh, there’s a LinkedIn post? What is this retard saying? I can only imagine.

LinkedIn … LinkedIn … “Search: SELLAS.”

I can’t even find it.

SELLAS … SELLAS Life Sciences. Okay. Here we go. “Follow.”

Where’s the CEO? I don’t even know what the guy’s name is. Some … Some Greek dude, right?

SELLAS Olive House? No, no, no, no, that’s not it.

SELLAS Life Sciences. Okay.

I followed the wrong one.

Hold on, I'm looking for it.

Here we go. Angeles (ph).

Okay.

“There has been some recent commentary …”

This retard.

“Let's separate the noise from the data. This may be my last brief posting around Regal (ph) as we approach the 80th event.

Control Arm Reality.

The noise is the trial delay implies the

control arm is living longer due to modern drugs. The reality, this mis, mischaracterizes the CR2 cohort. These regimens are not safe or standard. Intensive therapies often short survival. Real-world data does not suggest significantly higher survival as we had already shown our Q4 event.

What Slower Event Accrual Actually Signifies.

The noise is slower Venacryl (ph) means the control arm is surviving too long."

What the fuck? This guy is retarded, isn't he? Oh, he's retarded.

Yeah, he's Joe Springer (ph).

"Statistically, it is likely plausible that slower accumulation may be a signature of a highly effective arm."

Huh?

What the fuck? That is so weird. Why is this guy posting, too? That is just … I mean, it's bearish. I love it. What the fuck? I, I … My takeaway from that is this guy is, is legit, legitimately just doesn't know clinical trials. Well, he's going to learn. He's going to learn today.

I don’t think Joe Springer (ph) could, could, could manage an organization.

“Once in a lifetime generational opportunity.”

He should … I mean, he must have gotten paid on that bullshit, right? I mean, who, who would do that for free? I hope he got paid to peddle that bullshit.

Joe Springer (ph) was some pump-and-dump artist on Cassava. Every shitty biotech has some random community that believes in it and is convinced that they're now great biotech analysts.

Video Title: 7/8/26 -3.6%

Video Date: 7/8/2026

Start Time: 03:27:56

End Time: 03:28:23

MARTIN SHKRELI: I'm long pretty much everything: Micron (ph), Sandisk, Adobe, Bloom (ph). Then I have Biocrest (ph), Spruce, Lumentum (ph), Synopsis (ph), ST Micro (ph), Sarepta.

Video Title: 7/8/26 -3.6%

Video Date: 7/8/2026

Start Time: 03:33:43

End Time: 03:36:36

MARTIN SHKRELI: Yeah, I just gave you a list of my longs, so …

And then on short, some short SpaceX, I’m short Intel, and I think I was short Broadcom, but I’m out. Yeah, I'm out, and I'm short ADI. Analog devices. I'm short Moderna. I’m short Quantinium (ph). I’m short a tiny bit of Pfizer.

You know, I just started a couple days ago, so I'm just trying to take it easy and not, not do anything too crazy. You know, I haven’t, haven't been actively trading in a while.

Nvidia’s just the champ right now. It's very strong. I’ll buy a thousand shares just for fun.

Shoutout to my father-in-law.

This is a new portfolio, so it's brand, brand-new, and it's in the … The returns are in the, the title.

Yeah, after Capricor. I've got to make back the Capricor losses. Fucking stupid thing. I think they lied, bro. I think they … That drug does not work. It's all cheat. It's all cheat. It's all scam.

Video Title: 7/8/26 -3.6%

Video Date: 7/8/2026

Start Time: 03:38:30

End Time: 03:38:38

MARTIN SHKRELI: I like Sarepta. I've never been short it. Unfortunately.

Video Title: 7/14/26 -6%

Video Date: 7/14/2026

Start Time: 01:00:55

End Time: 01:01:04

MARTIN SHKRELI: I use Godel Brokerage among other things. I’ll show you how that works in a second.

Video Title: 7/21/26 -2%

Video Date: 7/21/2026

Start Time: 02:32:10

End Time: 02:32:27

MARTIN SHKRELI: Shorting AGEN again. Where is Danaher? Okay, we get to make a Danaher model from scratch. That'll be fun.

Video Title: 7/21/26 -2%

Video Date: 7/21/2026

Start Time: 02:38:00

End Time: 02:38:20

MARTIN SHKRELI: It’s still a short. I shorted some this morning just on vibes, but …

That shit look like trash. A whole pile of trash right there.

Video Title: 7/21/26 -2%

Video Date: 7/21/2026

Start Time: 02:45:48

End Time: 02:45:52

MARTIN SHKRELI: I still am in BCRX, correct.

Video Title: GLP-1 Deep Dive

Video Date: 2/27/2024

Start Time: 02:40:54

End Time: 02:41:10

MARTIN SHKRELI: So you would have to sort of time the short a little bit better. Now, the good news about studying GLPs is we get to study Novo Nordisk, too. We get to study Viking. We get to study Amgen. We get to look at all of these stocks, which is nice.

Video Title: 11-4 stocks - back from trips!

Video Date: 11/4/2024

Start Time: 05:49:17

End Time: 05:49:20

MARTIN SHKRELI: Yeah, I'm in VKTX. Yes.

Video Title: 11-4 stocks - back from trips!

Video Date: 11/4/2024

Start Time: 05:49:57

End Time: 05:50:04

MARTIN SHKRELI: VKTX is a quick trade. It’s not a … It’s not meant to be a long trade.

Video Title: 11-4 stocks - back from trips!

Video Date: 11/4/2024

Start Time: 05:52:05

End Time: 05:52:12

MARTIN SHKRELI: VKTK I think we can get back to $70 in the near term.

Video Title: 7/30/25 +28%

Video Date: 7/30/2025

Start Time: 00:11:09

End Time: 00:12:17

MARTIN SHKRELI: These are the most active, trading anywhere from a million shares to Replimune's insane 57 million shares. Traders gave up on Rep, Replimune after Vinay Prasad issued a complete response letter. Well, now Vinay Prasad is gone. Did I hear Vinay left? Who do you think made the call? Did I not show you the video? Come on, bro. Who do you think … Do you think you're watching Destiny? I'm real. I'm a realist. Do you know how many phone calls I made? We put hands on that man. We had to put hands on that man.

Wingstop up 20%. Clarivate is up 18%.

I don't give a fuck. You, you, you come between me and my bread, it's over. It's over. I'm calling it. I'm making calls. I'm sending the wolves on you. I'm putting Lumer on you.

Video Title: 8/20/25 +54% let's goo

Video Date: 8/20/2025

Start Time: 00:13:27

End Time: 00:14:09

MARTIN SHKRELI: Yeah, okay, my positions are pretty simple. My biggest long is Abivax, then Sarepta, then Akero, then Precigen, then Rocket, which I just bought, then Replimune, Tarsus, and BioHaven. So that's eight, eight stocks there. Okay. My shorts are ATYR, is my biggest. IONQ is my second. New Egg, Joby, Rigetti, QUTB, Capricor, INmune, QBTS, HUMA, AVXL, and NBIS.

Video Title: 9/16/25 +131 YTD

Video Date: 9/16/2025

Start Time: 00:45:50

End Time: 00:46:44

MARTIN SHKRELI: I kept saying that what's good for Eli Lilly is good for America, and that I like to see it when these, these drugs have more revenue and more sales because that's good for everybody. That's business. Great American pharmaceutical business. Some of you haters don't want it to be a business. I love it. I smile when I see the revenue go up. I say, "Yes, that's more people getting healthy. That's more people getting their medicine." That's great American business. Some of you hate. You want these companies to suffer. Why? Because you're a natural born hater. You're just a hater.

Video Title: 12/3/25 CAPR WATCH

Video Date: 12/3/2025

Start Time: 00:01:00

End Time: 00:01:59

MARTIN SHKRELI: Yeah, CAPR is going to be interesting. I think they basically lied about this and the trial failed.

I wouldn't call it one in a million. I think they, they just are lying.

The pre … If you go to the, the clinicaltrials.gov, they changed it. They changed the primary endpoint.

Video Title: 6/29/26 +0.25%

Video Date: 6/29/2026

Start Time: 04:27:23

End Time: 04:28:25

MARTIN SHKRELI: Okay so the AML patients are living for 5 years. So wonderful

You must think it's a miracle.

A cancer vaccine.

Your bullish on a cancer vaccine.

Yeesh.

Just don't, just don't go all in. Like I said, you know, make your bet. There's nothing wrong with that.

That's the thing, goodbye terrain, again, with experience. Experience is a good thing.

You learn that the standards are always improving.

I remember with Oncothyreon and with, you know, Cardiff just recently, you know, looking at the old data. I mean I can guarantee you this trial will fail.

I will change my name. I will turn into a trans. Whatever you want me to do. This trial is going to fail.

And I will write that on Twitter. But I am going to write it with my short report.

CERTIFICATE OF TRANSCRIBER

I, TIMOTHY ROBERT DUVAL, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

TIMOTHY ROBERT DUVAL