# Exhibit E

## Part 1 of 3

**Summary of All Cited Non-Video Fact Sources**

Table of Contents


| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-1 | Aug. 2015 | Chris Lau, Louis Gaye & Martin Shkreli | The Sisyphean Odyssey of the ELAD: Why We Think VTL is a Short<br>———<br>Github | https://github.com/martinshkreli/models/blob/main/VTL%20writeup.pdf | June 26, 2026 |
| E-45 | July 20, 2017 | Steve Brozak | How Martin Shkreli used social media to fuel his short-selling shenanigans<br>———<br>STAT News | https://www.statnews.com/2017/07/20/martin-shkreli-short-selling-biotech-stocks | June 26, 2026 |
| E-50 | Mar. 27, 2019 | Ciara Linnane | Pain Therapeutics to change name to Cassava Sciences and adopt ticker 'SAVA' from Thursday<br>———<br>MarketWatch | https://www.marketwatch.com/story/pain-therapeutics-to-change-name-to-cassava-sciences-and-adopt-ticker-sava-from-friday-2019-03-27 | July 20, 2026 |
| E-52 | Feb. 10, 2022 | Jamie Smyth, Nikou Asgari & Hannah Kuchler | Biotechs face cash crunch after stock market 'bloodbath'<br>———<br>Financial Times | https://www.ft.com/content/c90d17c6-6196-4c8a-88c2-e2cef9a692f2?syn-25a6b1a6=1 | June 26, 2026 |
| E-59 | May 19, 2022 | Rina Torchinsky | 'Pharma Bro' Martin Shkreli has been released from prison<br>———<br>NPR | https://www.npr.org/2022/05/19/1100019063/pharma-bro-martin-shkreli-been-released-from-prison | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-62 | July 18, 2022 | Martin Shkreli | Trading Competition!<br>———<br>Substack | https://martinshkreli.substack.com/p/trading-competition | June 26, 2026 |
| E-65 | July 28, 2022 | Martin Shkreli | Feedforward<br>———<br>Substack | https://martinshkreli.substack.com/p/feedforward | June 26, 2026 |
| E-69 | Aug. 9, 2022 | SIGA Technologies, Inc. | SIGA Announces BARDA Exercise of Procurement Options Valued at Approximately $26 Million for IV TPOXX®<br>———<br>Press Release | https://www.globenewswire.com/news-release/2022/08/09/2494752/9738/en/SIGA-Announces-BARDA-Exercise-of-Procurement-Options-Valued-at-Approximately-26-Million-for-IV-TPOXX.html | June 26, 2026 |
| E-71 | Aug. 25, 2022 | Martin Shkreli | Stock Market, anti-Web3/Shkreli Peanut Gallery<br>———<br>Substack | https://martinshkreli.substack.com/p/stock-market-anti-web3shkreli-peanut | July 21, 2026 |
| E-79 | Aug. 31, 2022 | Martin Shkreli | Trading Account.xlsx<br>———<br>Github | https://github.com/martinshkreli/models/blob/f54e82b66758b151904f99d9b08dfb4ec099e32f/Trading%20Account.xlsx | Aug. 5, 2026 |
| E-87 | Aug. 8, 2024 | Cassava Sciences, Inc. | Cassava Sciences Reports Q2 2024 Financial Results and Operational Updates<br>———<br>Press Release | https://www.globenewswire.com/news-release/2024/08/08/2926904/8339/en/Cassava-Sciences-Reports-Q2-2024-Financial-Results-and-Operational-Updates.html | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-92 | Aug. 16, 2024 | Martin Shkreli | Aug. 16, 2024 at 3:17 PM[1]<br>———<br>X | https://x.com/MartinShkreli/status/1824465603802878120 | June 26, 2026 |
| E-93 | Aug. 26, 2024 | Martin Shkreli | Aug. 26, 2024 at 2:53 PM<br>———<br>X | https://x.com/MartinShkreli/status/1828083388823339266 | June 26, 2026 |
| E-94 | Sept. 4, 2024 | Martin Shkreli | Sept. 4, 2024 at 5:13 PM<br>———<br>X | https://x.com/MartinShkreli/status/1831379970725409152 | June 26, 2026 |
| E-95 | Sept. 17, 2024 | Martin Shkreli | Sept. 17, 2024 at 8:38 PM<br>———<br>X | https://x.com/MartinShkreli/status/1836142662862115143 | June 26, 2026 |
| E-96 | Sept. 20, 2024 | Martin Shkreli | Sept. 20, 2024 at 5:13 PM<br>———<br>X | https://x.com/MartinShkreli/status/1837178336638030215 | June 26, 2026 |
| E-97 | Sept. 25, 2024 | Martin Shkreli | Sept. 25, 2024 at 9:09 PM<br>———<br>X | https://x.com/MartinShkreli/status/1839049653968581011 | June 26, 2026 |
| E-98 | Sept. 27, 2024 | Martin Shkreli | Sept. 27, 2024 at 6:18 PM<br>———<br>X | https://x.com/MartinShkreli/status/1839731445709107577 | June 26, 2026 |
| E-99 | Oct. 10, 2024 | Martin Shkreli | Oct. 10, 2024 at 1:14 PM<br>———<br>X | https://x.com/MartinShkreli/status/1844365909177270359 | July 21, 2026 |

[1] Timestamps of X posts reflect the times displayed as of the date the posts were downloaded.

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-100 | Oct. 10, 2024 | Martin Shkreli | Oct. 10, 2024 at 1:55 PM<br>———<br>X | https://x.com/MartinShkreli/status/1844376150166151433 | June 26, 2026 |
| E-101 | Oct. 11, 2024 | Martin Shkreli | Oct. 11, 2024 at 5:41 PM<br>———<br>X | https://x.com/MartinShkreli/status/1844795427511500892 | June 26, 2026 |
| E-102 | Oct. 14, 2024 | Martin Shkreli | Oct. 14, 2024 at 11:04 PM<br>———<br>X | https://x.com/MartinShkreli/status/1845963833627553901 | July 21, 2026 |
| E-103 | Oct. 17, 2024 | Martin Shkreli | Oct. 17, 2024 at 7:51 PM<br>———<br>X | https://x.com/MartinShkreli/status/1847002447195312297 | July 21, 2026 |
| E-104 | Oct. 23, 2024 | Martin Shkreli | Oct. 23, 2024 at 6:42 PM<br>———<br>X | https://x.com/MartinShkreli/status/1849159599250653635 | June 26, 2026 |
| E-105 | Oct. 28, 2024 | Martin Shkreli | Oct. 28, 2024 at 1:54 PM (1)<br>———<br>X | https://x.com/MartinShkreli/status/1850898952524046604 | June 26, 2026 |
| E-106 | Oct. 28, 2024 | Martin Shkreli | Oct. 28, 2024 at 1:54 PM (2)<br>———<br>X | https://x.com/MartinShkreli/status/1850898953866236032 | June 26, 2026 |
| E-107 | Oct. 28, 2024 | Martin Shkreli | Oct. 28, 2024 at 1:54 PM (3)<br>———<br>X | https://x.com/MartinShkreli/status/1850898955351048300 | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-108 | Nov. 2024 | Martin Shkreli | On the Impossible: Why Cassava Sciences' simufilam will fail Phase 3 clinical trials and the stock will trade to $2<br>———<br>Self-published | https://ontheimpossible.vercel.app/OnTheImpossible.pdf | June 26, 2026 |
| E-146 | Nov. 5, 2024 | Martin Shkreli | Nov. 5, 2024 at 2:38 PM<br>———<br>X | https://x.com/MartinShkreli/status/1853809074535588159 | July 21, 2026 |
| E-147 | Nov. 9, 2024 | Nancy S. Kim | Shorting Innovation<br>———<br>57 Loy. L.A. L. Rev. 525 | https://digitalcommons.lmu.edu/cgi/viewcontent.cgi?article=3203&context=llr | June 26, 2026 |
| E-210 | Nov. 13, 2024 | INmune Bio Inc. | INmune Bio Inc. Announces Final Enrollment of 208 Patients in Phase 2 Trial in Early Alzheimer's Disease<br>———<br>Press Release | https://www.inmunebio.com/index.php/newsroom/2024-news/muneioncnnouncesinalnrollmentof208atientsi20241113060502 | July 20, 2026 |
| E-213 | Nov. 20, 2024 | Recursion Pharmaceuticals | Recursion and Exscientia, two leaders in the AI drug discovery space, have officially combined to advance the industrialization of drug discovery<br>———<br>Press Release | https://ir.recursion.com/news-releases/news-release-details/recursion-and-exscientia-two-leaders-ai-drug-discovery-space | July 20, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-218 | Nov. 21, 2024 | Martin Shkreli | Nov. 21, 2024 at 7:33 PM<br>———<br>X | https://x.com/MartinShkreli/status/1859681514415607930 | June 26, 2026 |
| E-219 | Nov. 21, 2024 | Martin Shkreli | Nov. 21, 2024 at 7:51 PM<br>———<br>X | https://x.com/MartinShkreli/status/1859686166968271155 | June 26, 2026 |
| E-220 | Nov. 25, 2024 | Martin Shkreli | Nov. 25, 2024 at 2:51 AM<br>———<br>X | https://x.com/MartinShkreli/status/1860878868028269051 | June 26, 2026 |
| E-221 | Nov. 25, 2024 | Martin Shkreli | Nov. 25, 2024 at 3:22 AM<br>———<br>X | https://x.com/MartinShkreli/status/1860886801617125798 | June 26, 2026 |
| E-222 | Nov. 25, 2024 | Cassava Sciences, Inc. | Cassava Sciences Topline Phase 3 Data Did Not Meet Co-Primary Endpoints<br>———<br>Press Release | https://www.globenewswire.com/news-release/2024/11/25/2986578/8339/en/cassava-sciences-topline-phase-3-data-did-not-meet-co-primary-endpoints.html | June 26, 2026 |
| E-225 | Nov. 25, 2024 | Chris Katje | 'Pharma Bro' Martin Shkreli Tells Investors To 'Short SAVA,' Stock Falls Over 80% After Phase 3 Update<br>———<br>Benzinga News | https://www.benzinga.com/general/health-care/24/11/42168118/pharma-bro-martin-shkreli-tells-investors-to-short-sava-stock-falls-over-80-after-phase-3-update | Aug. 4, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-227 | Nov. 26, 2024 | Zacks Equity Research | SAVA Stock Plunges 84% on Alzheimer's Drug Failure in Late-Stage Study<br>———<br>Yahoo Finance | https://finance.yahoo.com/news/sava-stock-plunges-84-alzheimers-184200032.html | July 21, 2026 |
| E-232 | Dec. 5, 2024 | Jack Raines | Hedge funds are ditching MBAs for MDs<br>———<br>Sherwood News | https://sherwood.news/markets/hedge-funds-are-ditching-mbas-for-mds/ | June 26, 2026 |
| E-235 | Dec. 18, 2024 | Martin Shkreli | Dec. 18, 2024 at 6:56 PM (1)<br>———<br>X | https://x.com/MartinShkreli/status/1869456814619631713 | July 21, 2026 |
| E-236 | Dec. 18, 2024 | Martin Shkreli | Dec. 18, 2024 at 6:56 PM (2)<br>———<br>X | https://x.com/MartinShkreli/status/1869456824216461426 | July 21, 2026 |
| E-237 | Dec. 18, 2024 | Catalent, Inc. | Novo Holdings Completes Acquisition of Catalent<br>———<br>Press Release | https://www.catalent.com/catalent-news/novo-holdings-completes-acquisition-of-catalent/ | July 20, 2026 |
| E-242 | Dec. 20, 2024 | Martin Shkreli | Dec. 20, 2024 at 1:33 PM<br>———<br>X | https://x.com/MartinShkreli/status/1870100139756433597 | June 26, 2026 |
| E-243 | Dec. 20, 2024 | Martin Shkreli | Dec. 20, 2024 at 4:12 AM<br>———<br>X | https://x.com/MartinShkreli/status/1869958965037281611 | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-244 | Dec. 23, 2024 | Martin Shkreli | Dec. 23, 2024 at 8:00 PM<br>______<br>X | https://x.com/MartinShkreli/status/1871284865913762127 | June 26, 2026 |
| E-245 | Dec. 23, 2024 | Martin Shkreli | Dec. 23, 2024 at 8:28 PM<br>______<br>X | https://x.com/MartinShkreli/status/1871291918031986980 | July 20, 2026 |
| E-246 | Jan. 2, 2025 | Martin Shkreli | Jan. 2, 2025 at 1:40 PM<br>______<br>X | https://x.com/MartinShkreli/status/1874813051985440860 | July 21, 2026 |
| E-247 | Jan. 3, 2025 | Martin Shkreli | Jan. 3, 2025 at 11:41 PM<br>______<br>X | https://x.com/MartinShkreli/status/1875326532937511360 | June 26, 2026 |
| E-248 | Jan. 7, 2025 | Filana Therapeutics | Cassava Sciences Provides a Business Update<br>______<br>Press Release | https://www.filanatx.com/node/17341/pdf | June 26, 2026 |
| E-250 | Jan. 8, 2025 | Martin Shkreli | Jan. 8, 2025 at 3:24 AM<br>______<br>X | https://x.com/MartinShkreli/status/1876832300123463871 | June 26, 2026 |
| E-251 | Jan. 20, 2025 | Martin Shkreli | Jan. 20, 2025 at 4:23PM<br>______<br>X | https://x.com/MartinShkreli/status/1881376979091632362 | June 26, 2026 |
| E-252 | Jan. 23, 2025 | Martin Shkreli | Jan. 23, 2025 at 1:20 PM<br>______<br>X | https://x.com/MartinShkreli/status/1882418073329893561 | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-253 | Feb. 3, 2025 | Martin Shkreli | Feb. 3, 2025 at 5:23 PM<br>———<br>X | https://x.com/MartinShkreli/status/1886465606536306985 | July 21, 2026 |
| E-254 | Feb. 4, 2025 | Martin Shkreli | Feb. 4, 2025 at 5:55 PM<br>———<br>X | https://x.com/MartinShkreli/status/1886835948903698579 | July 21, 2026 |
| E-255 | Mar. 13, 2025 | aTyr Pharma, Inc. | Annual Report (excerpted)<br>———<br>Form 10-K | https://investors.atyrpharma.com/static-files/78577b93-fa21-42da-b85c-71179e644b54 | June 26, 2026 |
| E-258 | Mar. 18, 2025 | Martin Shkreli | Mar. 18, 2025 at 2:06 PM<br>———<br>X | https://x.com/MartinShkreli/status/1901998745669038545 | June 26, 2026 |
| E-259 | Mar. 25, 2025 | Annalee Armstrong | Cassava Finally Ends Alzheimer's Program for Embattled Simufilam<br>———<br>BioSpace | https://www.biospace.com/drug-development/cassava-finally-ends-alzheimers-program-for-embattled-simufilam | June 26, 2026 |
| E-262 | Mar. 27, 2025 | INmune Bio Inc. | Annual Report (excerpted)<br>———<br>Form 10-K | https://www.annualreports.com/HostedData/AnnualReports/PDF/NASDAQ_INMB_2024.pdf | June 26, 2026 |
| E-264 | Apr. 8, 2025 | Martin Shkreli | Apr. 8, 2025 at 2:55 PM<br>———<br>X | https://x.com/MartinShkreli/status/1909621166115111294 | July 21, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-265 | Apr. 22, 2025 | Martin Shkreli | Apr. 22, 2025 at 6:26 PM<br>______<br>X | https://x.com/MartinShkreli/status/1914747634428105115 | June 26, 2026 |
| E-266 | May 6, 2025 | Martin Shkreli | May 6, 2025 at 9:00 PM<br>______<br>X | https://x.com/MartinShkreli/status/1919859860482429360 | June 26, 2026 |
| E-267 | May 7, 2025 | Martin Shkreli | May 7, 2025 at 12:23 PM<br>______<br>X | https://x.com/MartinShkreli/status/1920092076873502742 | July 21, 2026 |
| E-268 | May 26, 2025 | Martin Shkreli | May 26, 2025 at 11:15 PM<br>______<br>X | https://x.com/MartinShkreli/status/1927141477135634938 | July 21, 2026 |
| E-269 | June 2, 2025 | Martin Shkreli | June 2, 2025 at 6:21 PM<br>______<br>X | https://x.com/MartinShkreli/status/1929604381751599274 | July 21, 2026 |
| E-270 | June 27, 2025 | Martin Shkreli | June 27, 2025 at 12:33 PM<br>______<br>X | https://x.com/MartinShkreli/status/1938576339247726848 | June 26, 2026 |
| E-271 | June 27, 2025 | Martin Shkreli | June 27, 2025 at 4:18 PM<br>______<br>X | https://x.com/MartinShkreli/status/1938633012440350728 | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-272 | June 30, 2025 | Nick Paul Taylor | INmune flunks phase 2 Alzheimer's trial, focuses on subgroup efficacy to fuel partnering plans<br>———<br>Fierce Biotech | https://www.fiercebiotech.com/biotech/inmune-flunks-phase-2-alzheimers-trial-focuses-subgroup-efficacy-fuel-partnering-plans | June 26, 2026 |
| E-274 | June 30, 2025 | INmune Bio Inc. | INmune Bio Reports Key Findings from Phase 2 MINDFuL Trial of XPro™ in Early Alzheimer's Disease<br>———<br>Press Release | https://www.inmunebio.com/index.php/newsroom/2025-news/muneioeportseyindingsfromhase2urialo20250630043503 | July 20, 2026 |
| E-279 | June 30, 2025 | Siddhi Mahatole & Puyaan Singh | INmune Bio's Alzheimer's drug misses mid-stage goal, shares sink to record low<br>———<br>Reuters | https://www.reuters.com/business/healthcare-pharmaceuticals/inmune-bios-alzheimers-drug-fails-meet-main-goal-mid-stage-study-2025-06-30/ | July 21, 2026 |
| E-282 | July 4, 2025 | Caleb Price | Martin Shkreli Predicts Dramatic Plunge for Inmune Bio Stock<br>———<br>Investors Hangout | https://investorshangout.com/martin-shkreli-predicts-dramatic-plunge-for-inmune-bio-stock-318339-/ | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-287 | July 4, 2025 | Vishaal Sanjay | 'Pharma Bro' Martin Shkreli Says 'Good Chance' Inmune Bio Stock Will Slip 90% On Monday<br>______<br>Benzinga News | https://www.benzinga.com/markets/biotech/25/06/46260417/pharma-bro-martin-shkreli-says-good-chance-inmune-bio-stock-will-slip-90-on-Monday | Aug. 4, 2026 |
| E-291 | July 9, 2025 | Martin Shkreli | July 9, 2025 at 10:47 PM<br>______<br>X | https://x.com/MartinShkreli/status/1943079477140996595 | July 21, 2026 |
| E-292 | July 22, 2025 | aTyr Pharma, Inc. | aTyr Pharma Announces Last Patient Visit in Phase 3 EFZO-FIT™ Study of Efzofitimod in Patients with Pulmonary Sarcoidosis<br>______<br>Press Release | https://investors.atyrpharma.com/node/16571/pdf | July 20, 2026 |
| E-294 | July 23, 2025 | Martin Shkreli | July 23, 2025 at 12:09 PM<br>______<br>X | https://x.com/MartinShkreli/status/1947992403895284148 | July 21, 2026 |
| E-295 | July 24, 2025 | Martin Shkreli | July 24, 2025 at 9:08 PM<br>______<br>X | https://x.com/MartinShkreli/status/1948490438668648647 | June 26, 2026 |
| E-296 | July 25, 2025 | Martin Shkreli | July 25, 2025 at 12:47 AM<br>______<br>X | https://x.com/MartinShkreli/status/1948545528960262265 | July 21, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-297 | July 25, 2025 | Eli Lilly & Co. | Lilly completes acquisition of Verve Therapeutics to advance one-time treatments for people with high cardiovascular risk<br>———<br>Press Release | https://investor.lilly.com/news-releases/news-release-details/lilly-completes-acquisition-verve-therapeutics-advance-one-time | July 20, 2026 |
| E-299 | July 29, 2025 | Martin Shkreli | July 29, 2025 at 2:23 PM<br>———<br>X | https://x.com/MartinShkreli/status/1950200402059670003 | July 21, 2026 |
| E-300 | July 31, 2025 | Wajeeh Khan | Martin Shkreli Is Shorting This 'Strong Buy' Penny Stock. How Should You Play Shares Here?<br>———<br>barchart | https://www.barchart.com/story/news/33782909/martin-shkreli-is-shorting-this-strong-buy-penny-stock-how-should-you-play-shares-here | June 26, 2026 |
| E-303 | Aug. 22, 2025 | Martin Shkreli | Aug. 22, 2025 at 2:59 PM<br>———<br>X | https://x.com/MartinShkreli/status/1958906812503101654 | July 21, 2026 |
| E-304 | Aug. 25, 2025 | Martin Shkreli | Aug. 25, 2025 at 12:10 AM<br>———<br>X | https://x.com/MartinShkreli/status/1959770419025653788 | June 26, 2026 |
| E-305 | Aug. 25, 2025 | Chelsea Sierra Voss | Aug. 25, 2025 at 2:48 AM<br>———<br>X | https://x.com/csvoss/status/1959810005235794218 | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-306 | Aug. 26, 2025 | Martin Shkreli | Aug. 26, 2025 at 3:04 PM<br>______<br>X | https://x.com/MartinShkreli/status/1960357746001207553 | June 26, 2026 |
| E-307 | Sept. 11, 2025 | Martin Shkreli | Sept. 11, 2025 at 9:10 PM<br>______<br>X | https://x.com/MartinShkreli/status/1966248016777789944 | July 21, 2026 |
| E-308 | Sept. 15, 2025 | aTyr Pharma, Inc. | aTyr Pharma Announces Topline Results from Phase 3 EFZO-FIT™ Study of Efzofitimod in Pulmonary Sarcoidosis<br>______<br>Press Release | https://investors.atyrpharma.com/node/16626/pdf | June 26, 2026 |
| E-311 | Sept. 15, 2025 | Nick Paul Taylor | aTyr flunks phase 3 lung disease trial, deflating stock, but still plans talks with FDA<br>______<br>Fierce Biotech | https://www.fiercebiotech.com/biotech/atyr-flunks-phase-3-lung-disease-trial-deflating-stock-plans-talks-fda | June 26, 2026 |
| E-313 | Sept. 16, 2025 | Lucy Brewster | Pharma Bro declares pharma no-no<br>______<br>Brew Markets | https://www.brewmarkets.com/stories/2025/09/16/pharma-bro-martin-shkreli | July 10, 2026 |
| E-316 | Sept. 17, 2025 | The Wealth Advisor | Martin Shkreli Is Setting His Sights On A Favorite Stock Of Retail Traders<br>______<br>Wealth Advisor | https://www.thewealthadvisor.com/article/martin-shkreli-setting-his-sights-favorite-stock-retail-traders | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-322 | Sept. 24, 2025 | Martin Shkreli | Sept. 24, 2025 at 12:24 PM<br>______<br>X | https://x.com/MartinShkreli/status/1970826682870251680 | July 21, 2026 |
| E-323 | Sept. 24, 2025 | Martin Shkreli | Sept. 24, 2025 at 1:21 PM<br>______<br>X | https://x.com/MartinShkreli/status/1970841140787401164 | June 26, 2026 |
| E-324 | Sept. 24, 2025 | Martin Shkreli | Sept. 24, 2025 at 3:30 PM<br>______<br>X | https://x.com/MartinShkreli/status/1970873598853390629 | June 26, 2026 |
| E-325 | Sept. 25, 2025 | Theratechnologies | Theratechnologies Announces Completion of Acquisition by Future Pak<br>______<br>Press Release | https://www.globenewswire.com/news-release/2025/09/25/3156603/0/en/theratechnologies-announces-completion-of-acquisition-by-future-pak.html | July 21, 2026 |
| E-327 | Oct. 6, 2025 | Martin Shkreli | Oct. 6, 2025 at 4:48 PM<br>______<br>X | https://x.com/MartinShkreli/status/1975241784369262649 | July 21, 2026 |
| E-328 | Oct. 7, 2025 | James Chen | Understanding Margin Calls: What Triggers Them and How to Respond<br>______<br>Investopedia | https://www.investopedia.com/terms/m/margincall.asp | Oct. 6, 2026 |
| E-334 | Nov. 4, 2025 | Martin Shkreli | Nov. 4, 2025 at 12:45 PM<br>______<br>X | https://x.com/MartinShkreli/status/1985689943021072579 | July 21, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-335 | Nov. 5, 2025 | Martin Shkreli | Nov. 5, 2025 at 2:31 PM<br>______<br>X | https://x.com/MartinShkreli/status/1986078863034556918 | July 21, 2026 |
| E-336 | Nov. 5, 2025 | Martin Shkreli | Nov. 5, 2025 at 11:18 PM<br>______<br>X | https://x.com/MartinShkreli/status/1986211439640555726 | June 26, 2026 |
| E-337 | Nov. 10, 2025 | Martin Shkreli | Nov. 10, 2025 at 12:56 PM<br>______<br>X | https://x.com/MartinShkreli/status/1987866900647248204 | July 21, 2026 |
| E-338 | Nov. 13, 2025 | Martin Shkreli | Nov. 13, 2025 at 4:19 PM (1)<br>______<br>X | https://x.com/MartinShkreli/status/1989005266751574250 | June 26, 2026 |
| E-339 | Nov. 13, 2025 | Martin Shkreli | Nov. 13, 2025 at 4:19 PM (2)<br>______<br>X | https://x.com/MartinShkreli/status/1989005269758587016 | June 26, 2026 |
| E-340 | Nov. 13, 2025 | Martin Shkreli | Nov. 13, 2025 at 6:12 PM<br>______<br>X | https://x.com/MartinShkreli/status/1989033680392568921 | July 20, 2026 |
| E-341 | Nov. 14, 2025 | Martin Shkreli | Nov. 14, 2025 at 9:43 AM<br>______<br>X | https://x.com/MartinShkreli/status/1989267864692658513 | June 26, 2026 |
| E-342 | Nov. 24, 2025 | Martin Shkreli | Nov. 24, 2025 at 3:02 PM (1)<br>______<br>X | https://x.com/MartinShkreli/status/1992971976294498581 | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-343 | Nov. 24, 2025 | Martin Shkreli | Nov. 24, 2025 at 3:02 PM (2)<br>———<br>X | https://x.com/MartinShkreli/status/1992971995483394164 | July 20, 2026 |
| E-344 | Nov. 24, 2025 | Erica Kollmann | Martin Shkreli Takes Aim At Capricor — Stock Sinks<br>———<br>Benzinga News | https://www.benzinga.com/trading-ideas/movers/25/11/49040350/martin-shkreli-takes-aim-at-capricor-stock-sinks | June 26, 2026 |
| E-347 | Nov. 24, 2025 (updated Mar. 5, 2026) | Anan Ashraf | 'Pharma Bro' Martin Shkreli Goes Short On Capricor Therapeutics – Stock Tumbles 17%<br>———<br>Stocktwits | https://stocktwits.com/news-articles/markets/equity/pharma-bro-martin-shkreli-goes-short-on-capircor-therapeutics/cL5bQHUREQS | Aug. 5, 2026 |
| E-353 | Nov. 25, 2025 | Anthony Staj | Star sign Capricor: when astrology does drug development<br>———<br>Substack | https://anthonystaj.substack.com/p/star-sign-capricor-when-astrology | July 10, 2026 |
| E-407 | Nov. 26, 2025 | Martin Shkreli | Nov. 26, 2025 at 10:43 PM<br>———<br>X | https://x.com/MartinShkreli/status/1993812777560101076 | June 26, 2026 |
| E-408 | Dec. 2, 2025 | Martin Shkreli | Dec. 2, 2025 at 10:09 PM<br>———<br>X | https://x.com/MartinShkreli/status/1995978636940259549 | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-409 | Dec. 3, 2025 | Martin Shkreli | Dec. 3, 2025 at 12:32 PM<br>______<br>X | https://x.com/MartinShkreli/status/1996195827832996113 | July 21, 2026 |
| E-410 | Dec. 3, 2025 | Martin Shkreli | Dec. 3, 2025 at 12:34 PM<br>______<br>X | https://x.com/MartinShkreli/status/1996196412275765514 | July 21, 2026 |
| E-411 | Dec. 3, 2025 | Martin Shkreli | Dec. 3, 2025 at 12:52 PM<br>______<br>X | https://x.com/MartinShkreli/status/1996200904547279338 | July 21, 2026 |
| E-412 | Dec. 3, 2025 | Martin Shkreli | Dec. 3, 2025 at 3:47 PM<br>______<br>X | https://x.com/MartinShkreli/status/1996244856004370615 | July 21, 2026 |
| E-413 | Dec. 3, 2025 | Capricor Therapeutics | Capricor Therapeutics Announces Positive Topline Results from Pivotal Phase 3 HOPE-3 Study of Deramiocel in Duchenne Muscular Dystrophy<br>______<br>Press Release | https://d1io3yog0oux5.cloudfront.net/_3064708f064b9f4788636e58bfdfc53f/capricor/news/2025-12-03_Capricor_Therapeutics_Announces_Positive_Topline_331.pdf | Aug. 4, 2026 |
| E-418 | Dec. 4, 2025 | Abigail Beaney | Capricor stock soars after pivotal DMD cell therapy trial meets endpoints<br>______<br>Clinical Trials Arena | https://www.clinicaltrialsarena.com/news/capricor-stock-soars-after-pivotal-dmd-cell-therapy-trial-meets-endpoints/ | June 26, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-422 | Dec. 9, 2025 | Akero Therapeutics | Novo Nordisk has completed its acquisition of Akero Therapeutics<br>______<br>Press Release | https://akerotx.com/wp-content/uploads/2025/12/pr251209-akero-closing.pdf | July 20, 2026 |
| E-424 | Jan. 20, 2026 | Capricor Therapeutics | Capricor Therapeutics Provides Regulatory Update on Deramiocel BLA Following FDA Review of HOPE-3 Topline Data<br>______<br>Press Release | https://d1io3yog0oux5.cloudfront.net/_3064708f064b9f4788636e58bfdfc53f/capricor/news/2026-01-20_Capricor_Therapeutics_Provides_Regulatory_Update_335.pdf | Aug. 4, 2026 |
| E-428 | Mar. 6, 2026 | Martin Shkreli | Mar. 6, 2026 at 3:06 PM<br>______<br>X | https://x.com/MartinShkreli/status/2029936664429183319 | June 26, 2026 |
| E-429 | Mar. 6, 2026 | Martin Shkreli | Mar. 6, 2026 at 4:31 PM<br>______<br>X | https://x.com/MartinShkreli/status/2029957936613630204 | July 20, 2026 |
| E-430 | Mar. 6, 2026 | Biopharma Watch Research | Biotech Catalyst Trading: How Hedge Funds and Insiders Position Around FDA Decisions<br>______<br>BiopharmaWatch | https://www.biopharmawatch.com/blog/biotech-catalyst-trading-hedge-funds-insiders-fda-decisions | Aug 4, 2026 |
| E-444 | Mar. 10, 2026 | Martin Shkreli | Mar. 10, 2026 at 6:31 PM<br>______<br>X | https://x.com/MartinShkreli/status/2031437687014699302 | July 21, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-445 | Mar. 10, 2026 | Filana Therapeutics | Cassava Sciences Announces Name Change to Filana Therapeutics, Inc.<br>______<br>Press Release | https://www.filanatx.com/node/17821/pdf | June 26, 2026 |
| E-447 | Mar. 17, 2026 | Capricor Therapeutics | Annual Report (excerpted)<br>______<br>Form 10-K | https://www.capricor.com/investors/sec-filings/annual-reports/content/0001104659-26-029580/0001104659-26-029580.pdf | June 26, 2026 |
| E-449 | Apr. 18, 2026 | Martin Shkreli | Apr. 18, 2026 at 12:23 AM<br>______<br>X | https://x.com/MartinShkreli/status/2045297139044204855 | June 26, 2026 |
| E-450 | May 7, 2026 | INmune Bio Inc. | Quarterly Report (excerpted)<br>______<br>Form 10-Q | https://www.inmunebio.com/tmp/917ccf0b703a303b84d40f92fad157868d1c89015087e41fa47fd1699c9839d0.pdf | June 26, 2026 |
| E-452 | May 14, 2026 | Biogen Inc. | Biogen Completes Acquisition of Apellis Pharmaceuticals<br>______<br>Press Release | https://investors.biogen.com/news-releases/news-release-details/biogen-completes-acquisition-apellis-pharmaceuticals | July 20, 2026 |
| E-456 | June 1, 2026 | Charles Schwab | Short Selling: The Risks and Rewards<br>______<br>Charles Schwab | https://www.schwab.com/learn/story/ins-and-outs-short-selling | June 26, 2026 |
| E-464 | June 25, 2026 | Martin Shkreli | June 25, 2026 at 1:54 PM<br>______<br>X | https://x.com/MartinShkreli/status/2070143492764946802 | July 23, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-465 | June 29, 2026 | Martin Shkreli | June 29, 2026 at 1:52 PM<br>———<br>X | https://x.com/MartinShkreli/status/2071592596959326381 | June 23, 2026 |
| E-466 | July 6, 2026 | Adam Feuerstein | July 6, 2026 at 1:03 PM<br>———<br>X | https://x.com/adamfeuerstein/status/2074116973504405627 | July 24, 2026 |
| E-469 | July 8, 2026 | Dr. Angelos M. Stergiou | Separating Noise from Data in SELLAS Life Sciences Group, Inc. Phase 3 REGAL Trial<br>———<br>LinkedIn | https://www.linkedin.com/posts/dr-angelos-m-stergiou-md-scd-hc-14140b8_there-has-been-some-commentary-recently-regarding-activity-7480591646816985088-HbOb/ | July 24, 2026 |
| E-470 | July 29, 2026 | Darren Incorvaia | FDA adcomm shoots down Capricor's Duchenne cell therapy after meeting marked by statistical dispute<br>———<br>Fierce Biotech | https://www.fiercebiotech.com/biotech/fda-adcomm-shoots-down-capricors-duchenne-cell-therapy-after-meeting-marked-statistical | Aug. 4, 2026 |
| E-475 | July 30, 2026 | Inside Precision Medicine | FDA Committee Vote Against Approving Capricor's Deramiocel<br>———<br>Inside Precision Medicine | https://www.insideprecisionmedicine.com/topics/patient-care/fda-committee-vote-against-approving-capricors-deramiocel/ | Aug. 4, 2026 |

| Page | Date | Author | Title, Source | URL | Downloaded |
|---|---|---|---|---|---|
| E-477 | Undated | Wiktionary | go ham<br>———<br>Wiktionary | https://en.wiktionary.org/wiki/go_ham | July 20, 2026 |
| E-479 | Undated | IBKR Campus | Monitoring Margin in TWS<br>———<br>Interactive Brokers Campus | https://www.interactivebrokers.com/campus/trading-lessons/monitoring-margin-in-tws/ | Oct. 6, 2026 |
| E-489 | Oct. 31, 2025 | Suzy Weiss | Two Drinks with . . . 'Pharma Bro' Martin Shkreli<br>———<br>The Free Press | https://www.thefp.com/p/two-drinks-with-pharma-bro-martin-shkreli | Aug. 18, 2026 |
| E-497 | Apr. 23, 2018 | Brent J. Fields | Order Making Findings and Imposing Remedial Sanctions Pursuant to Section 203(f) of the Investment Advisors Act of 1940<br>———<br>Securities and Exchange Commission | https://www.sec.gov/files/litigation/admin/2018/ia-4895.pdf | Aug. 18, 2026 |

# The Sisyphean Odyssey of the ELAD: Why We Think VTL is a Short

*Chris Lau, Louis Gaye, and Martin Shkreli*

August 2015

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

In this article we will prove that the Vital Therapies ("The Company" or "Vital") "VTI-208" clinical trial of the extracorporeal liver assist device ("ELAD" or "the device") for liver failure will fail to demonstrate a meaningful difference in 91-day mortality between ELAD and control (standard of care only). The ELAD is the Company's only asset. Given Vital has approximately $3 per share in cash and no other assets, the results of the upcoming trial are critical to Vital's share price.

The process of **proving** that the future outcome of an uncertain event will occur is a difficult one. We must begin by defining "uncertain", which is no simple task. A recent paper suggests that there are two types of uncertainty: epistemological and ontological uncertainty (Tannert, 2007). Epistemological uncertainty, as its name implies, is uncertainty that can be solved by accruing knowledge and making correct inferences. Ontological uncertainty is related to systems which are inherently unpredictable due to their systematic chaos. We view the upcoming data release of the VTI-208 trial results with epistemological uncertainty and will explain our framework for determining the trial's likely conclusion.

*"When one admits that nothing is certain one must, I think, also add that some things are more nearly certain than others"* (Russell, 1947). There is a common belief that it is, in fact, impossible to predict a future event with 100% certainty. Philosophers like Kant and Hume argued whether 100% certainty even exists. But we are concerned with the real and tangible world of mathematics, not the metaphysical.

Logic affords certainty if all deductive inferences are mathematically correct. In mathematics, proofs rely on axioms to establish, build, and extend truths into new findings. The idea that two parallel lines never intersect is an axiom. We take it for granted and for good reason. You can draw two parallel lines over and over again and keep extending them, but they will never cross because of the governing laws of mathematics. By relying on axioms we can infer and deduce bigger concepts, such as practical well-known theorems like the Pythagorean Theorem and other esoteric theorems such as those encountered in topology and number theory.

In medicine, we have some core axioms that are important. Some are so simple that they are laughable, but we often take them for granted and prefer fear of uncertainty. Armed with axiomatic ideas like, "All else being equal, drugs need to be lipophilic or have a certain logP to enter the brain," or "A drug that undergoes complete metabolism where its metabolites are inert cannot have its intended function despite its nature as an active drug," give us a powerful weapon against uncertainty. Thankfully, pharmaceuticals are not mathematics—although we prefer 100% certainty, we do not need it in our conclusions. Here is how we approach a reasonably large subset of decisions.

We rely on the concept of "conjunctive low probabilities" to gain comfort on many predictions. For example, the likelihood that outcome A, requiring conditions B, C and D to be

positive, is in itself positive, is distorted by the conjunctive probability. If condition B's probability of reasonable likelihood is 10%, and C and D are 50%, the likelihood outcome A will occur is 2.5%. We have found this method of analysis useful in the past in predicting complex compounded events. It appears obvious at first, but it is akin to making a three-point shot. Perhaps you have a 20% chance of doing so. If I told you that you had to make the shot while blindfolded and using only your left hand, the probability that you could accomplish such a feat would drop to such tiny levels, we would argue for practicality's sake that you have proven it will not happen (or at least that you'd bet on it).

Designing a therapy is a lot like making a hard basketball shot blindfolded. There is a good reason why most drug ideas never make it to fruition. Even when you have designed what you think is a rational drug, you are confronted with obstacles which may limit your likelihood of success. This is why when designing and discovering drugs, we focus on the most rational targets with the most extreme endpoints and favor a diversified portfolio of risk to reduce reliance on a necessarily difficult-to-predict process.

Vital Therapies is developing the ELAD for liver failure. There are a number of reasons to be skeptical of this technology, but when we short a stock, we don't want to just be skeptical. We want to—**we need to**—be right. This is why unlike many of our short-selling peers, we short one to three stocks per year in large size. We bet big when inevitably a company has advanced a therapy so absurd that it simply cannot work. This is one of those times. Our recent shorts using this approach have included: Celladon (2015), Sunesis (2014), Prana (2014), Oncothyreon (2012), Mannkind (2011), Genvec (2010), Novelos (2010), AtheroGenics (2007), and Regeneron (2003). As you can see, these opportunities don't come around every day.

Building a complete and proven case for a short sale is a time-consuming endeavor. We have been analyzing Vital's situation for months and have reached our conclusion that the ELAD will fail in the VTI-208 study and demonstrate no discernable or meaningful difference between ELAD-treated patients and control patients. The theorem is based on two vital pillars which support the claim.

> <u>Condition A</u>: **The probability that the purported benefit seen in the subgroup analysis of the preceding trial, VTI-206, that is, that the results of the acute alcoholic hepatitis subgroup represented a meaningful and reproducible survival benefit over control despite the negative data seen in the non-alcoholic subgroup and that this finding cannot be ascribed to chance alone: 20%.** Post-hoc subgroup observations are unreliable conclusions and hypothesis-generating, at best (Cui L, 2001) (Naggara, 2011) (Wittes, 2009). This is especially the case when there is no plausible explanation as to why one subgroup outperformed the other. One must be tremendously skeptical of drawing any conclusions. Instead of assigning the rationale for the subgroup performance to the obligate nature of one subgroup necessarily outperforming another, it is erroneously deemed to be a repeatable phenomenon. Even if taken for granted, the results

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

of the subgroup analysis in the VTI-206 trial weren't good. The overall intent-to-treat (ITT) results from the VTI-206 study proved that the device had no overall therapeutic benefit. Therefore, it is a necessary condition for VTI-208's success that the Company's subgroup analysis was appropriate and reasonable. We are certain that this was not the case.

We will also analyze the Company's predecessor's (Hepatix Inc.) study, which failed, and the Company's VTIC-301 study in China, which at first glance appeared successful but is found to be deeply flawed after critical analysis. For conservatism's sake, we will assume there is an 80% probability we are right on condition A—I believe you will feel we are 100% right and there is no "reasonable doubt" after reading our logic. In summary, the clinical performance of the ELAD has proven to be therapeutically useless and any assertions to the contrary are born from a conflicted perspective, rely completely on hope, and represent erroneous logic which ignores fact and therefore must be discarded.

<u>Condition B</u>: **The probability that Vital's ELAD device was designed correctly and is a reasonable surrogate for a human liver and is not, as we feel, a marginalized and non-functional device: 20%**. We feel at least 80% confident that ELAD is a non-functional and therapeutically inert device. We will explain our proposition by carefully dissecting the anatomy of the device and juxtaposing an understanding of the fundamental human biology and physiology of the liver required for emulating this organ. We will reveal flaws in not only the basic mechanics of the ELAD, but also the biological platform of the cell type used. The ELAD simply cannot work as currently designed, which obviates the need for studying the clinical data generated to date. Condition A only serves to underscore the validity of Condition B without being interdependent.

It is important to understand that both conditions are critical and requisite criteria for success—they are co-dependent. In other words, both conditions need to be "true" for the device to "work" and demonstrate a clinical benefit.

Condition A is simple—The Company has advanced the theory that because the alcoholic subgroup outperformed the non-alcoholic subgroup in VTI-206, the new VTI-208 study may succeed since it is enrolling only alcoholic patients. It is logical to expect that for VTI-208 to have any chance of success, the Company's theory that the alcoholic subgroup experienced a meaningful and repeatable benefit in survival must be true, or any hypothetical treatment effect would have already been seen in the VTI-206 study, but was not. In short, the Company is relying on the idea that alcoholic patients respond to the ELAD while admitting that non-alcoholic patients do not.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

Condition B is critical. We can agree that an intrinsically flawed device will not restore or support liver function in dying patients. To illustrate an extreme example, you would quickly agree that a device that only filtered one mL of blood per day would stand no chance of rescuing a human with liver failure given humans have 5L of blood that the liver processes continuously. You would also agree that an ELAD-like device with neuronal cells would be unlikely to support a dying acute liver failure patient. While these extremes are not the case for the ELAD, we believe that a functioning and rationally-designed device is a necessary condition for success in VTI-208. We will prove that the Company's ELAD is too flawed to be seriously considered as a functional device.

Because we are at least 80% confident of these co-dependent conditions, the probability that the VTI-208 study will meet its primary endpoint is less than 4%. The markets are offering a 50% probability of success, which we can infer from the value of puts and calls. This sounds good, but it is imperative we build evidence for each pillar systematically and completely. Weak syllogisms can be devastating if not investigated thoroughly. If the probability of one of these conditions is actually 100%, the whole theorem is broken and the trade is not worth the risk.

## Condition A: ELAD has proven to not work in each clinical trial it has been tested in and the Company's decision to focus on the alcoholic subgroup is without merit

In this section, we will focus on the remarkable finding that despite being trialed since 1990 and having been owned by three successive companies, the ill-fated ELAD has only generated negative data. Perhaps it is only remarkable that the concept continues to find funding. The continuous stream of negative results with the ELAD was only interrupted recently by the Company's attempt to re-characterize the failed VTI-206 study as a potential success if one ignores half of the trial participants. As we will demonstrate, this is a very difficult proposition to accept in light of not only the VTI-206 study, but the other ELAD failed data. You will agree after reviewing the evidence that the ELAD unfortunately does not have a therapeutic benefit.

## Condition A, Point 1: VTI-206 data is worse than commonly understood

The VTI-206 study failed. The ELAD device showed clear lack of efficacy (53% survival for ELAD vs. 50% for control) when the entire PP population (non-subgroup) was analyzed (Teperman, 2013). As seen in Figure 1, the VTI-206 trial demonstrated a lack of therapeutic benefit in the per-protocol (PP), modified intent-to-treat (mITT), and ITT populations. Amazingly, the company never discloses this, instead choosing to focus only on the subgroup analysis that demonstrated a benefit. We were forced to calculate the results ourselves and find this conduct by the Company to be highly misleading and shameful.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

| PP, n=45 | ELAD | Control |
|---|---|---|
| **90 day OS** | **53%** | **50%** |
| | | |
| mITT, n=51 | ELAD | Control |
| **90 day OS** | **46%** | **48%** |
| | | |
| ITT, n=62 | ELAD | Control |
| **90 day OS** | **38%** | **39%** |

Figure 1. 90-day overall survival by study population

The company owes it to patients, investigators, investors, and themselves to at least mention the lack of overall efficacy before moving to a subgroup analysis. It is not a surprise that the Company's DSMB reported that the overall population did not have the possibility of meeting the primary endpoint (Vital Therapies, Inc., 2014). It is also not surprising that despite the study concluding in 2011, the study results have not yet been published. This is a large red flag as eminent journals often refuse to publish data which draws conclusions that are plainly invalid.

The failure in the overall population should give any short-seller of Vital Therapies much comfort that a repeated study of VTI-206 will fail. The near-overlap of survival data is stunning for a device that purportedly serves as an artificial liver. However, we must give the Company's hypothesis the benefit of the doubt and analyze it carefully. Vital is positing that the benefit in survival seen in the "alcoholic" subgroup will reoccur in VTI-208. What difference did they see?




Figure 2. Subgroup analysis of VTI-206. (Teperman, 2014)

As you can see in Figure 2, the subgroup analysis (again, ignoring the non-alcoholic patients) seems to demonstrate a survival benefit as the ELAD group has a longer "tail" of survival than control starting at day 40 after initially having been similar to control. The hazard

ratio of 1.9 indicates that the patients in the control arm were twice as likely to die compared to the ELAD-treated arm, but the p-value is 0.27, which is still very far from statistical significance. It is not clear if Vital did the appropriate multiplicity (some may say duplicity) adjustment required by statistics in post-hoc subgroup analyses. Some authors even claim that a post-hoc analysis should never use a p-value because of its inherent invalidity (Cui L, 2001).

There are two other major issues with this data that aren't obvious at first sight. Firstly, the device has an overlapping efficacy during the first 40 days (Figure 2), despite the fact that the average use of the device was only for a few days (Teperman, 2013). As we will see later, the ELAD seems to be unusable after a few days due to its design flaws. The reason this finding is of interest is that a putative artificial liver should begin separation during its use, and not after. It is hard, or even absurd, to believe that using this artificial organ does not benefit the survival of its user during actual use and only has a delayed effect 40 days after its initial use. Other "artificial organs" like dialysis and the heart-lung machine certainly don't work this way. The alleged sustained benefit from an initial brief use of ELAD does not seem to be plausibly causal of the delayed benefit more than a month later. A recent author was similarly concerned that a limited duration of therapy may be insufficient in liver failure (Banares R. , 2014).

The second and more important reason the alcoholic subgroup is even worse than it looks (and this is a very high hurdle) is the removal of two patients from the alcoholic subgroup dataset (Teperman, 2014). It is reckless and absurd to disqualify two patients from an n=15 *subgroup*, resulting in an n=13 *sub-subgroup*. The Company claims that because the patients only received less than 72 hours of ELAD therapy (note that the average duration of therapy in the trial is not substantially more than this) they were not "per-protocol". This is akin to removing cancer patients from an overall survival analysis because they progressed or could not tolerate therapy—it is not allowed by modern medicine and statistics and is preposterous. It is certainly ridiculous considering the cutoff for disqualifying these two patients is 72 hours whilst the average patient received 93 hours of treatment—why is 3 days of ELAD so much worse than 4? Should one assume that patients receiving ELAD for only 3 days do not benefit but those who are lucky enough to receive it for 4 will have a response? Finally, we are told that the two patients in question did die, so their exclusion dramatically benefited this already very small sample size. By excluding these two patients, the company is touting a 69% 90-day survival for ELAD vs. a 44% 90-day survival for control. The 30-day survival appears to favor the control and it is not clear which endpoint was pre-specified. In an acute life-threatening setting like acute liver failure, the 30-day endpoint would seem more appropriate. Anyway, despite the post-hoc and subgroup nature of the analysis, a 25% absolute reduction is seen. The benefit shrinks when one (properly) includes the two extra patients, resulting in a 60% ELAD vs. 44% control survival—only a 16% absolute difference, again on a *subgroup* analysis.

All of this sounds quite bad, but it gets so much worse. In the non-alcoholic subgroup, 90-day survival in the ELAD-treated arm was 17% compared to ***60%*** in the control arm. (Figure 3).

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**




Figure 3. Non-alcoholic subgroup of VTI-206, control in blue, ELAD in red. (Teperman, 2013)

Vital never explains why the ELAD-treated non-alcoholic subgroup did so much *worse* than the ELAD-treated alcoholic subgroup. They merely brush the findings off and state that the ELAD was "not effective" in this subgroup, instead of telling the truth, which is that the data were markedly worse than in control (no device, standard of care only). It would seem to us that an artificial organ that is applied to a patient suffering from said organ's failure would at least not show harm, but this data suggests otherwise. It is very difficult to take Vital's alcoholic subgroup "benefit" theory at face value, when a similar leap of faith hypothesizing that ELAD causes harm would require the same benefit of the doubt and discredit any argument claiming that the ELAD is "better than nothing."

We calculated the Kaplan-Meier curve of the entire VTI-206 PP population (Figure 4). Amazingly, to our knowledge, the Company has never disclosed this piece of data for VTI-206. As you can see, the data show no survival benefit between ELAD and control. In fact, for a majority of the first 74 days, the control curve is actually above the ELAD curve.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**




Figure 4. Kaplan-Meier Curve of VTI-206 PP population (drawn by authors, collected primary data from various sources). Control in blue, ELAD in red.

Unfortunately for Vital, the story is still not over. While we are nearing the limits of imagination for re-characterizing a failed clinical trial, Vital breaks new ground by claiming the alcoholic subgroup was successful and the “non-alcoholic” subgroup was not, despite the fact that approximately half of the “non-alcoholic” subgroup were alcoholics. Figure 5 is one for the record books. We are perplexed as to why the Company calls this cohort “non-alcoholic.”




Figure 5. Non-Alcoholic Alcoholics. (Teperman, 2012)

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

**Condition A, Point 2: Why subgroup analyses generally do not work**

The scientific community is overwhelmingly skeptical of the usefulness and predictive value of subgroup analyses (Cui L, 2001) (Naggara, 2011) (Wittes, 2009) (George, 2004) (Rothwell, 2005) (Sleight, 2000) (Wang R. , 2007). Science is skeptical of the reliability of subgroup analyses because conclusions derived from them have a strong likelihood of being false positives. Another major pitfall is the frequent lack of correction for what is known as “multiplicity” testing, which requires strict adjustments to p-values. The reader is encouraged to learn more about this somewhat abstract and esoteric concept.

Many humorous anecdotes have invalidated the practice of post-hoc observations and subgroup analyses, almost to the point that we are shocked that the Company’s only therapy can be predicated on such an observation. For example, in a clinical trial called ISIS-2, investigators showed that aspirin had no effect on certain subgroups based on astrological birth sign (Collins, 1996), despite having a positive finding in the overall study population. History shows that subgroup analyses are not reliable unless the basis for its use is rational.

We often find that companies in trouble and lacking alternative assets will resign themselves to subgroup analyses as they have no other choice (giving up and declaring failure is not an option some are willing to tolerate). Examples include Pharmacyclic’s Xcytrin, La Jolla’s Riquent, Alexion’s pexelizumab, and many other embarrassing situations. An unforgettable quote from FDA’s Dr. Richard Pazdur encapsulates the flawed logic of subgroup analysis perfectly: “that’s akin to shooting an arrow and having it land on a wall and then drawing a target around it” (Arnst, 2008).

The lack of a solid rationale for the selection of the subgroup analysis in VTI-206 (alcoholic vs. non-alcoholic) appears random. It feels like the Company would have chosen *any* subgroup that worked. Given the large number of baseline characteristics (MELD score, age, diagnosis, hepatic encephalopathy status) and two endpoints (30- and 90-day overall survival), it is almost certain that the company could find a successful subgroup. With the overall trial failing, it is difficult to put stock into the subgroup analysis being anything but a false positive.

Some subgroup analyses make sense. Benlysta was wisely resurrected after a failed Phase III trial (Human Genome Sciences, 2006) by careful selection criteria changes (Human Genome Sciences, 2009). It is important to know that the first Benlysta phase III trial came very close to meeting its primary endpoint in the *overall* ITT study population and tweaks to the study design resulted in a successful repeated study. Unfortunately for Vital, the selection of alcoholic vs. non-alcoholic patients appears random at best and deliberately misleading at worst.

While there is no rationale why alcoholic patients would benefit from the ELAD and non-alcoholic patients would not, that outcome is not the one Vital has to explain. In the case of VTI-206, the alcoholic patients benefited, but unlike in most subgroup analysis situations, the non-alcoholic patients did not merely "not benefit." They were materially worse. This is the worst kind of subgroup, which is not simply teasing out which patients did best, but actively ignoring the patients who did worse. **In our view, this is not a "subgroup analysis" but a deliberate ranking of heterogeneous delta of a data set and misrepresenting the results as an important *a priori* finding**.

Using a random number generator, we simulated the VTI-206 study with ten subgroups, each of which represented patients with different baseline characteristics. Although a survival benefit was not seen in the overall ITT population and failed to reach statistical significance (p=0.44), our own post-hoc subgroup analysis found that 1 out of the 10 subgroups showed remarkable efficacy (p=0.02). Recall that not even Vital's subgroup analysis reached statistical significance.

There are a number of papers we cited earlier which demonstrate that as the number of subgroups analyzed increases, the probability that a subgroup reaches statistical significance *without* correction for multiplicity becomes almost certain. It is just as nonsensical to ascribe meaning to our random number generator as it is to assume the alcoholic subgroup experienced a positive treatment effect.

**Condition A, Point 3: The biology of Alcoholic vs. Non-Alcoholic patients is inconsequential**

It is not plausible that the observed subgroup difference in VTI-206 is due to a real treatment effect, not only because there is no actual observed treatment effect, but also because the subgroup is not different enough biologically to logically conclude a disparate treatment effect is possible.

Although, we cannot expect a functional and effective bio-artificial liver (BAL) to be a perfect substitute for a human liver, it should provide a survival benefit in *all* subgroups of acute liver failure. Consider how successful and supportive kidney dialysis machines have been in patients with different types of kidney failure.

The clinical picture in acute liver failure is the same regardless of etiology (Lee, 2012). The pathological mechanisms of alcoholic liver disease and non-alcoholic liver disease are similar and both result in cytokine and oxidative stress-mediated injury (Day, 2002) (Stewart, 2001) (Day, 2006). If the ELAD were to effectively treat acute liver failure, it would provide a survival benefit to both alcoholic and non-alcoholic patients. However, in VTI-206, the ELAD demonstrated a reverse performance in the non-AAH subgroup compared to the AAH subgroup (Figures 2 and 3). When combined, these results led to slightly worse performance for the ELAD-treated patients versus control. Vital Therapies has not given any explanation as to why

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

the alcoholic subgroup would perform better than the non-alcoholic subgroup on ELAD. This is not what the rare successful subgroup analysis looks like.

AAH patients are slightly more complex than non-AAH, as alcoholics are more likely to develop cirrhosis (O'Shea, 2010) (Louvet, 2015). Symptomatic patients with either mild or advanced presentations of alcoholic liver disease have a 40-50% likelihood of developing, or being diagnosed as already having, cirrhosis (O'Shea, 2010) (Louvet, 2015). Ignoring the other reasons why the subgroup analysis is invalid, it would make more sense that ELAD would have a treatment effect in non-AAH as there are fewer variables confounding outcomes.

**<u>Condition A, Point 4: Hepatix's, VitaGen's and VTI-201 trials all failed</u>**

Hepatix, the predecessor company to VitaGen, which is the predecessor company to Vital Therapies, ran a clinical trial with a similar device to the ELAD in 24 patients with acute liver failure, all of whom can be classified as having non-alcoholic acute liver failure (Ellis, 1996). ELAD-treated patients had a survival rate of 67% (8/12) while control patients had a survival of 58% (7/12) (Figure 6). This study, like VTI-206, failed to show a significant difference in survival versus control. It also failed to show a negative treatment effect in non-alcoholic acute liver failure patients, which questions the validity and consistency of the ELAD's performance in the VTI-206 trial.




FIG. 1. Survival figures for ELAD-treated and control patients in Group 1 and Group 2.

Figure 6. Survival figures for ELAD-treated and control patients in Group 1 and Group 2. (Ellis, 1996)

VTI-201 was a clinical trial of only n=18 patients with n=14 enrolled in the ELAD group and only n=4 enrolled in control, making any comprehensive interpretation of results impossible (Hillebrand, 2010). The ELAD group had survival of 46% at 30 days, *less* than control which demonstrated 50% survival. The difference swings in ELAD's favor at 90 days, with 39% survival versus only 25% survival for control. Keep in mind there were 4 patients in the control group.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

VitaGen, the successor to Hepatix, conducted two trials from 1999 to 2003, PS-0698 and CR-202. In PS-0698, 24 patients with either late stage fulminant hepatic failure or primary graft non-function were randomized into two groups (7 of whom were controls), 19 listed for liver transplantation and 5 not listed. There was a positive trend for survival at day 30 in the ELAD-treated patients versus those on standard of care only, 83% vs. 43% (p=0.12) (Hakim, 2009). PS-0698's results informed the design of a subsequent phase 2 trial, CR-202.

We did not find any data on CR-202 except for what was provided in Vital Therapies' 2014 10-K. 19 patients with fulminant hepatic failure were enrolled with 13 randomized to ELAD and 6 randomized to standard of care (Vital Therapies, Inc., 2014). Although, there is no survival data, Vital concedes that "no intergroup differences in mortality were observed." They also concede that both PS-0698 and CR-202 failed to demonstrate a statistically significant improvement in outcomes and were not powered or designed to do so, but thanks to the convenience and wisdom of post-hoc meta-analysis, which combined PS-0698 and CR-202 into one trial since the endpoints and inclusion criteria were similar, 30-day survival of 75% in ELAD vs. 50% in standard of care was demonstrated (p=0.12).

Again, we can see that, for 15+ years, the ELAD has been unable to break free from statistically insignificant "positive trends" and "post-hoc meta-analyses," an unfortunate pattern that we believe will be repeated in VTI-208.

## <u>Condition A, Point 5: VTIC-301 was not successful despite its appearance</u>

Clinical trials conducted in China have come under some scrutiny regarding their data integrity. Nonetheless, we will assume Vital's China-based study was not influenced improperly in any way. The VTIC-301 study enrolled 54 patients, with 35 in ELAD and 19 in control (Duan, 2007). The results appear remarkable with an 86% survival in ELAD and a 47% survival in control. However, the data have fatal flaws which limit their credibility. The protocol of the trial was changed during the trial, which was open-label (Vital Therapies, Inc., 2014). The second cohort of patients enrolled after the change in protocol did dramatically better (in favor of ELAD) than the first. In fact, the first cohort of patients did not meet statistical significance for survival at 14 and 84 days (p=0.074 and p=0.058).

The most interesting finding of this "successful" Chinese clinical trial is VTI-206's failure to reproduce similarly remarkable results. The patients in VTIC-301 were diagnosed with acute-on-chronic liver failure due to various causes (Duan, 2010). What is striking about the VTIC-301 patient population is that most had an etiology of viral hepatitis (Duan, 2007), or, as Vital would call, "non-alcoholic acute-on-chronic hepatitis," a whole subgroup that was essentially discarded in the VTI-206 trial. It is difficult to give credence to this "remarkable" treatment effect of 86% versus 47%, when the VTI-206 study showed a 17% survival in ELAD-treated versus 60% in control in the non-AAH subgroup. In fact, averaging the two studies would

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

result in a slight advantage for control. It is difficult to explain the diametrically opposite outcomes in this non-AAH population.

**Condition A, Point 6: The ELAD's success is not realistic given the clinical experience of MARS, Prometheus, and HepatAssist**

All other ELAD-type devices have failed in acute liver failure. Of these, three were involved in large clinical trials.

The HepatAssist 2000, a BAL based on porcine hepatocytes developed by Circe BioMedical, was tested in a phase 3 trial in 171 patients with acute liver failure (Demetriou, 2004). The primary endpoint of 30-day overall survival was not met. In the ITT population, survival for the HepatAssist-treated + standard of care (SOC) was 71% vs. 62% in the SOC only arm (p=0.26). A mITT analysis, which excluded a subgroup comprised of primary graft non-function patients (n=24), also failed to reach statistical significance with survival of 73% in treated + SOC vs. 59% in SOC only (p=0.12). Within the primary graft non-function subgroup, 30-day survival in the treated arm was worse than in the SOC arm, 58% vs. 75% (p=0.67). Although porcine hepatocytes and C3A cells are different, the failure of the HepatAssist 2000 calls into question the efficacy and utility of the ELAD and there are reasons (which we will go into detail later) to believe that porcine hepatocytes are actually superior to C3A cells.

The MARS albumin dialysis system, developed by Gambro, is an acellular liver assist device that removes toxins via adsorption (Stange, 1993). It was tested in a phase 3 trial (the RELIEF trial) in 179 patients with acute-on-chronic liver failure (Banares R. , 2013). The primary endpoint was 28-day transplant-free survival in the ITT and PP populations with 90-day transplant-free survival as a secondary endpoint. In the ITT population, 28-day survival in MARS-treated + SOC vs. SOC was 60.7% vs. 58.9%, respectively. The PP population (n=156) had similar survival rates (60.0% vs. 59.2%). The rates for 90-day survival were similarly unremarkable: 46.1% vs. 42.2 % in ITT (p=0.71) and 44.7% vs. 43.7% in PP (p=0.97). In other words, MARS therapy failed to show any survival benefit. Note that almost all the patients enrolled in this trial had alcohol-induced liver failure (Banares R. , 2013). Although the MARS albumin dialysis device failed to improve survival, it is FDA-approved in the treatment of drug overdose and hepatic encephalopathy (Gambro, 2011). The MARS system's inability to improve survival in patients with acute liver failure does not bode well for the future of the ELAD.

The PROMETHEUS albumin dialysis system, developed by Fresenius Medical Care, is based on the concept of fractionated plasma separation and adsorption (FPSA) (Kribben, 2012). It was tested in a phase 3 trial (the HELIOS trial) in 145 patients with acute-on-chronic liver failure. The primary endpoints were 28-day and 90-day survival. In the ITT population, 28-day survival was 66% in the FPSA-treated + SOC vs. 63% in SOC only (p=0.70). 90-day survival was 47% in FPSA-treated + SOC vs. 38% in SOC only (p=0.35). 58% of the FPSA-treated +

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

SOC patients and 68% of the SOC only patients had alcoholic liver disease. The authors concluded that the FPSA "does not increase the probability of survival." The failure of the HepatAssist 2000, MARS system, and PROMETHEUS system to improve survival in patients with liver failure only highlight the difficulty of effectively duplicating the native liver's functions.

**Condition A, Point 7: The biochemical results of ELAD with regard to albumin and bilirubin are misleading**

Albumin is synthesized exclusively by hepatocytes (Quinlan, 2005) (Boyer, 2012) (Orlando, 2014). In VTI-208 patients, depressed serum albumin levels are observed (Ashley, 2015), which confirms that albumin synthesis is impaired in these patients (Schreiber, 1975) (Tuma, 1984) (Mitzner, 2006) (Singh, 2012) (Higgins, 2013). Restoring albumin levels in patients with liver failure is critical for the removal of toxins, heavy metals, drugs, etc. (Nicholson, 2000) and is a strategy that many liver dialysis devices are predicated on. This suggests that the ELAD and the acute liver failure patient must achieve a collective rate of albumin synthesis that is higher than normal to alleviate hypoalbuminemia. We will explain how the C3A cells' capacity for albumin production does not accomplish this and is, therefore, therapeutically insignificant.

The normal level of human serum albumin is 3.5-5.0g/dL (Dasgupta, 2015). Given that humans have ~5L of blood, it follows that the total serum albumin is 175-250g, or an average of ~213g. VTI-208 patients had a mean serum albumin level of 2.7g/dL at baseline or a total serum albumin of 135g, which translates into an average deficit in total serum albumin of 78g (Ashley, 2015). If the ELAD is expected to help acute liver failure patients recover, then the ELAD needs to overcome this shortfall.

A healthy adult synthesizes 10-15g of albumin per day (Garcovich, 2009) (Boldt, 2010) (Nicholson, 2000) (Caraceni, 2013) (Boyer, 2012). In a presentation on the VTI-206 trial, a slide shows that a single ELAD cartridge produces albumin at a peak rate of ~300 mg/day, or 1.2g of albumin per day for four ELAD cartridges (Figure 7) (Teperman, 2012). Although the VTI-208 patients' albumin synthesis rate is less than normal and, therefore, less than 10g of albumin per day, we will be conservative and assume that they are producing albumin at the normal rate of 10g per day. Also consider that at least 4% of total serum albumin is degraded every day (Nicholson, 2000) (Dancygier, 2010) (Miller T. , 2006).

We modeled the serum albumin levels in the average VTI-208 patient with and without ELAD treatment for five days, which is the maximum treatment time in the trial. We found that the total serum albumin after Day 5 in the patient on ELAD experienced a net gain of ~4.2g compared to the patient not on ELAD (Figure 8). This net gain is only ~5.3% of the 78g albumin deficit and this is assuming the patient is synthesizing albumin at a normal rate. In other words,

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

even in a best case scenario, the ELAD's rate of albumin synthesis is drastically insufficient and will not significantly address the total serum albumin deficit in VTI-208 patients.




Figure 7. Albumin Production by a Single ELAD Cartridge (Teperman, 2012)

Albumin Profile of the Average VTI-208 pt assuming NORMAL albumin synthesis rate without ELAD

| Control | Total serum ALB, g | New ALB/day, g | Daily ALB degradation, g | EOD total serum ALB, g |
|---|---|---|---|---|
| Day 1 | 135.0 | 10.0 | -5.8 | 139.2 |
| Day 2 | 139.2 | 10.0 | -6.0 | 143.2 |
| Day 3 | 143.2 | 10.0 | -6.1 | 147.1 |
| Day 4 | 147.1 | 10.0 | -6.3 | 150.8 |
| Day 5 | 150.8 | 10.0 | -6.4 | 154.4 |
| | | | Change in serum ALB from Days 1-5 | 15.2 |

Albumin Profile of the Average VTI-208 pt assuming NORMAL albumin synthesis rate with ELAD (+1.2g/day)

| ELAD | Total serum ALB, g | New ALB/day, g | Daily ALB degradation, g | EOD total serum ALB, g |
|---|---|---|---|---|
| Day 1 | 135.0 | 11.2 | -5.8 | 140.4 |
| Day 2 | 140.4 | 11.2 | -6.1 | 145.5 |
| Day 3 | 145.5 | 11.2 | -6.3 | 150.4 |
| Day 4 | 150.4 | 11.2 | -6.5 | 155.2 |
| Day 5 | 155.2 | 11.2 | -6.7 | 159.7 |
| | | | Change in serum ALB from Days 1-5 | 19.4 |
| | | | **ELAD albumin benefit** | **4.2** |

Figure 8. Model of serum albumin in the average VTI-208 patient with and without ELAD treatment

Bilirubin is a product of heme catabolism, which starts with the breakdown of dead or damaged red blood cells (Boyer, 2012) (Zucker, 2004). Elevated bilirubin, or hyperbilirubinemia, is typically a sign of hepatocyte dysfunction (Nagasue, 1987) (Stickel, 2010)

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

(Garg, 2012). Hyperbilirubinemia occurs when the bilirubin concentration is greater than 2.0-2.5mg/dL (Hauser, 2011) (Mauss, 2014). While the ELAD has been shown to decrease serum bilirubin levels, we will provide some much needed context as to why such a decrease is insignificant.

Normal levels of total bilirubin in human serum are <1.2mg/dL (Kwak, 2012) (Arora, 2009) (Zucker, 2004) (Lum, 1988). Total bilirubin levels in the VTI-208 population at baseline are an average of 25mg/dL (Ashley, 2015), which would be described as hyperbilirubinemia. In VTI-206, the per-protocol AAH subgroup experienced the largest decline in serum total bilirubin at day 3, which was 5mg/dL (Figure 9). Since the VTI-208 population shares many of the same patient characteristics as the VTI-206 AAH subgroup, we believe the VTI-208 population will experience a similar decline in serum total bilirubin. In other words, the VTI-208 patients will still suffer from hyperbilirubinemia by end of ELAD treatment.




Figure 9. Change in serum t-bilirubin in the per-protocol AAH subgroup (Teperman, 2013)

It is alarming that there is no data at days 30, 60, or 90, which would show, unequivocally, that ELAD treatment is indeed helping patients with acute liver failure regain lost liver functions. Vital's inability or unwillingness to provide this additional, but crucial, data is incomprehensible and is suggestive that the data are not good.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

**Condition A, Point 8: The reduction in bilirubin and ammonia is simply due to blood displacement**

Once ELAD therapy is initiated, a patient experiences a temporary loss of blood that circulates in the ELAD. The human body compensates for this loss via erythropoiesis, new red blood cell production (Koury, 2004). We believe there is a strong likelihood that the drop in the biochemical parameters associated with clinical improvement is due to simple subtraction and hemodilution, not to the alleged efficacy of the ELAD. Several studies show that patients on kidney dialysis also experience hemodilution evidenced by lower serum liver enzymes (Liberato, 2012) (Sette, 2014).

In a 1996 Hepatix study, "blood ammonia levels elevated at the start of the study (median 98 umol/L, range 60-205) fell over the first 6 hours of haemoperfusion (mean fall, -3.52 umol/L) but were unchanged (106 umol/l, range 38-162) at 48 hours" (Ellis, 1996). We believe that the drop in ammonia levels in this 1996 study was simply due to blood displacement and resulted in hemodilution. We also believe this occurred in VTI-206 and will reoccur in VTI-208. This would explain the return to baseline in levels of bilirubin and MADDREY score (Figures 9, 10, 11).




Figure 10. Change in t-bilirubin (mg/dL) during treatment Non-AAH cohort, per-protocol (n=16) (Teperman, 2013)




Figure 11. Mean MADDREY score post-baseline: AAH subjects (mITT) (Teperman, 2013)

We believe that any clinical improvement attributed to the ELAD occurs only within the five days that the patient is on the therapy and is, therefore, inconsequential.

## Condition B: Vital's ELAD is a non-functional device

Drs. Norman Sussman and James Kelly were the co-founders of Hepatix, the original company behind the ELAD. Dr. Sussman is now a board member of HepaHope, Inc. and an associate professor of surgery at the Baylor College of Medicine, while Dr. Kelly is the CEO of Cell Machines (Sussman & Kelly, 2014). Dr. Sussman and Dr. Kelly are not professional medical device engineers and their inability to design a coherent device will be made clear shortly.

It is critical to analyze the ELAD device as a distinct theoretical entity that is detached from the clinical trial results in VTI-206. In this section, we will examine the liver cells which make up the bulk of the device's intended metabolic action, the transportation of blood from the patient to the device and back, and an analysis of the hollow fiber bioreactor tubes where the cells are grown. You will come to learn that the ELAD is a non-functional device which does not detoxify blood from patients with liver failure.

## Condition B, Point 1: Limited flow rate and small cartridge surface area eliminate the ability for ELAD to function properly

ELAD cartridges are hollow fiber devices (Sussman, 1992) (Gislason, 1994) (Sussman, 1994) (Sussman, 1994) (Ellis, 1996) (Nyberg, 2012) (Teperman, 2012). Hepatix used two cartridges, each containing 200g of C3A cells and 10,000 cellulose acetate fibers with a functional surface area of $2m^2$ (Gislason, 1994). Vital Therapies currently uses four cartridges, each containing 110g of C3A cells and 8,000 hollow fibers (Vital Therapies, 2009). In-vivo, liver sinusoids, hepatic vessels where portal and arterial blood combine and where separation of blood and plasma occurs, have a total surface area of $400m^2$ (Kuntz, 2006). In other words, the modern-day ELAD (which has four 110g cartridges) replicates ~1% of the surface area of a normal adult liver.

We believe the lack of a more intricate 3-dimensional architecture in the ELAD results in a severe compromise of surface area. The human liver is designed to maximize surface area and vasculature to allow for greater efficiency. Several papers have corroborated the opinion that new ELADs should try to resemble the liver's 3-dimensional environment, especially with consideration towards the highly vascularized nature of the organ (Banares R. , 2014) (Tilles, 2002). Another paper contains the results of an experiment that tests this hypothesis (Figure 12). It demonstrated that 3-dimensional bioreactors, which house hollow fibers anchored to a

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

scaffold, a feature that Vital's ELAD lacks, performed better than hollow fiber bioreactors in ureagenesis, albumin secretion, ammonia removal, and CYP450 activity (Zhang, 2014).




Figure 12. Urea production, albumin secretion, and ammonia removal of cultured hepatocytes in a 3-D hollow fiber bioreactor with a scaffold vs. a hollow fiber bioreactor.

In a recent review article, the co-founders of Hepatix and designers of the ELAD device, Drs. Sussman and Kelly agree that scaling up a liver assist device does not allow for access by "diffusion alone" (Sussman & Kelly, Artificial Liver., 2014).

Another important function of the liver that the ELAD designers did not take into consideration was bile excretion. Indeed, in a recent review, the co-inventors of the ELAD device acknowledge that a next-generation liver device should have a "drainage system for bile excretion" (Sussman & Kelly, 2014).

Normal hepatic blood inflow is approximately 1,500 ml/min (Bradley, 1952) (Iwata, 2004) (Williams, 2012) (Ciccone, 2016). According to other publications, including a review paper on the pharmacokinetics of BALs, higher extracorporeal perfusion rates of 600-1,000 ml/min and toxin clearance rates of 600-700 ml/min are needed in BALs, conditions met only by orthotopic liver transplantation (Iwata, 2004) (Ronco, 2009). Given that the extracorporeal perfusion rate of the ELAD is 120-200 ml/min and the plasma separation rate is 30-60 ml/min (Vital Therapies), it would appear that the rate at which it detoxifies blood has an upper limit defined by the rate of plasma separation, which seems insufficient when compared to normal hepatic plasma flow (700-950ml/min) (Suren, 1991) (Clemmesen, 1998). Iwata et al. conclude that "it is difficult to rationalise the usage of the BAL system to treat patients for simple removal of low-molecular-weight toxins" (Iwata, 2004). In a review article on BAL devices, one can see that they all fail to meet the aforementioned flow requirements or show an unambiguous positive treatment effect (Figure 13).

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

TABLE 3. Characteristics of Eight Different BAL Systems

| | ELAD | HepatAssist | TECA-HALSS | BLSS | RFB | LSS and MELS | AMC-BAL | HBAL |
|---|---|---|---|---|---|---|---|---|
| Center | Amphioxus Cell Technologies, Houston, TX | Cedars-Sinai Medical Center, Los Angeles, CA, and Circe Biomedical, Lexington, KY | Chinese PLA General Hospital, Beijing, China | Excorp Medical, Inc, Oakdale & University of Pittsburgh, PA | University of Ferrara and RanD, Cavezzo Italy | Charité, Humboldt University, Berlin, Germany | Academic Medical Center, University of Amsterdam, The Netherlands | Nanjing University, Nanjing, China |
| Cell type | Human, tumor derived | Porcine | Porcine | Porcine | Porcine | LSS → porcine<br>MELS → human | Porcine | Porcine |
| Cell source | Cultured C3A | Cryopreserved | Freshly isolated | Freshly isolated | Freshly isolated | Freshly isolated | Freshly isolated | Freshly isolated |
| Cell amount | 200–400 gram | $5–7 \times 10^9$ | $10–20 \times 10^9$ | 70–120 g | 200–230 g | Up to 600 g | $10 \times 10^9$ | $10 \times 10^9$ |
| Device function pretreatment | Not reported | Not reported | Not reported | Not reported | Not reported | LSS → not reported<br>MELS → yes | Urea synthesis | Not reported |
| Device sterility pretreatment | Not reported | Not reported | Not noted | Microbial culture | Not noted | LSS → not reported<br>MELS → yes | PCR and microbial culture | Not reported |
| Mass transfer | 70 kD cutoff membrane | 0.2 μm porous membrane | Membrane, details not reported | 100 kD cutoff membrane | Polyester screen, cutoff 1 μm | LSS → 300 kD cutoff<br>MELS → 400 kD cutoff | Direct hepatocyte–plasma contact | 100 kD cutoff membrane |
| Barrier filter | 1 μm | No | Not reported | No | 0.4 μm | No | Leukocyte filter and 0.47 μm filter | No |
| Plasma/blood perfusion | Blood | Plasma | Plasma | Blood | Plasma | Plasma | Plasma | Plasma |
| Blood filtration rate | 150–200 mL/min | 90–100 mL/min | Not reported | 100–250 mL/min | 80 mL/min | 150–300 mL/min | 100 mL/min | 100 mL/min |
| Plasma filtration rate | Not applicable | 50 mL/min | Not reported | Not applicable | 22 mL/min | 31 mL/min | 40–50 mL/min | Not reported |
| Bioreactor flow rate | 15–200 mL/min | 400 mL/min | Not reported | 100–250 mL/min | 1.0–1.5 mL/min/g hepatocytes | 100–200 mL/min | 150 mL/min | Not reported |
| Treatment time | Up to 168 hrs | 6 hrs | Up to 5 hrs | 12 hrs | Maximal 24 hrs | LSS → 7–46 hrs<br>MELS → 7–74 hrs | Maximal 24 hrs | 6 hrs |
| Oxygenation level | Prebioreactor | Prebioreactor | Not reported (prebioreactor) | Prebioreactor | Prebioreactor | Local, inside bioreactor | Local, inside bioreactor | Not reported |
| Oxygenation gas | Not reported | Not reported | Not reported | Mixture $O_2/CO_2/N_2$, → pH and $O_2$ guided | 95% $O_2$/5% $CO_2$ | Not reported | 95% $O_2$/5% $CO_2$ | Not reported |
| Anticoagulation | Heparin | Citrate | Heparin | Heparin | Heparin/citrate | Heparin | Heparin | Not reported |
| Extra detox devices | No | Charcoal column prebioreactor | Charcoal column prebioreactor | No | No | LSS → no<br>MELS → albumin dialyzation | No | Hetrogeneous, (charcoal or bilirubin column) |

BAL, bioartificial liver; ELAD, Extracorporeal Liver Assist Device; TECA-HALSs, TECA-Hybrid Artificial Liver Support System; BLSS, Bioartificial Liver Support System; RFB, Radial Flow Bioreactor; LSS, Liver Support System; MELS, Modular Extracorporeal Liver Support; AMC-BAL; AMC-Bioartificial Liver; HBAL, Hybrid Bioartificial Liver; PCR, polymerase chain reaction.

TABLE 4. Clinical Outcome of Eight Different BAL Systems

| | ELAD | HepatAssist | TECA-HALSS | BLSS | RFB | LSS and MELS | AMC-BAL | HBAL |
|---|---|---|---|---|---|---|---|---|
| Type of trial | 1. Safety evaluation<br>2. Controlled trial | 1. Safety evaluation<br>2. Controlled trial | Safety evaluation | Safety evaluation | Safety evaluation | Safety evaluation | Safety evaluation | Safety evaluation |
| No. of patients | 1. 11<br>2. 24 | 1. 10<br>2. 171 | 6 | 4 | 7 | 1. LSS (porcine) → 7<br>2. MELS (human) → 8 | 12 | 12 |
| Indication of BAL treatment | 1. ALF 10<br>PNF 1<br>AOC 0 | 1. ALF 7<br>PNF 1<br>AOC 2 | ALF 3<br>PNF 0<br>AOC 3 | ALF 2<br>PNF 0<br>AOC 2 | ALF 4<br>PNF 3<br>AOC 0 | 1. LSS → not reported<br>2. MELS → ALF 2<br>PNF 2<br>AOC 4 | ALF 12<br>PNF 0<br>AOC 0 | ALF 12<br>PNF 0<br>AOC 0 |
| 1. safety study, 2. controlled trial | 2. ALF 24*<br>PNF 0<br>AOC 0 | 2. ALF 147<br>PNF 24<br>AOC 0 | | | | | | |
| Bridge to OLT and survival of OLT patients | 1. Bridge to OLT 4<br>Survival no OLT 1<br>Died no OLT 6 | 1. Bridge to OLT 8<br>Survival no OLT 0<br>Died no OLT 2 | Not reported, at least 2 patients survived without OLT | No OLT waiting list: 3 deaths 5–10 days post-BAL, 1 survival → auxillary transplant | Bridged to OLT 6<br>Survival no OLT 0<br>Died before OLT 1 | 1. Bridged to OLT 6<br>Survival no OLT 0<br>Died before OLT 0 | Bridge to OLT 11<br>Survival no OLT 1 | Bridged to OLT 0<br>Survival no OLT 9<br>Died post BALT 3 |
| 1. safety study, 2. controlled trial | 2. Bridge to OLT 6†<br>Survival no OLT 0<br>Died no OLT 7 | 2. Bridge to OLT n.r<br>Survival no OLT n.r<br>Died no OLT n.r | | | | 2. Bridged to OLT 6<br>Survival no OLT 1<br>Died before OLT 0<br>Died no OLT 1 | | |
| Complications during treatment | Hypotension in 1 patient; 2 patients → treatment discontinued due to bleeding and pyrexia | Occasionally hypotension | No | Transient hypotension | No, treatment in 2 patients was discontinued due to external reasons | LSS → not reported<br>MELS → no | 2 × short period of hypotension, easily corrected → treatment continued | No |
| Survival improvement | No | Only in subgroups improved survival was found (n = 171) | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| Neurological improvement | Probably | Yes | Yes | No, possible due to sedation | Yes | LSS → not reported<br>MELS → yes | Yes | Unclear |
| Ammonia elimination | −8% (increased) | 18%‡ | Not reported | 33% | 33% | 1. No improvement<br>2. Not reported | 44% | Unclear |
| Total bilirubin elimination | −20% (increased) | 18%‡ | Not reported | 6% | 11% | 1 & 2 Not reported | 31% | Unclear |
| Tested for PERV | Not applicable | Yes → negative | Not reported | Yes → negative | Yes → negative | LSS → Yes, negative<br>MELS not applicable | Yes → negative | Not reported |

Average ammonia and total bilirubin elimination percentage is represented as a decrease of concentration after bioartificial liver transplantation treatment compared to the concentration before treatment.

*Only orthotopic liver transplantation waiting list patients included.

†Two groups of patients (see text, ELAD).

‡Average of data published in 5 different papers.[67,70,71,73,74]

BAL, bioartificial liver; ELAD, Extracorporeal Liver Assist Device; TECA-HALSS, TECA-Hybrid Artificial Liver Support System; BLSS, Bioartificial Liver Support System; RFB, Radial Flow Bioreactor; LSS, Liver Support System; MELS, Modular Extracorporeal Liver Support; AMC-BAL, AMC-Bioartificial Liver; HBAL, Hybrid-Bioartificial Liver; ALF, acute liver failure; PNF, primary graft nonfunction; AOC, acute-on-chronic liver failure; OLT, orthotopic liver transplantation; BALT, bioartificial liver transplantation.

Figure 13. BAL system comparison (van de Kerkhove, 2004)

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

The ELAD also has a fatal flaw with filter pressure build-up which results in clotting in the cartridge (Figure 14) (Gislason, 1994). This flaw may explain why we do not see bilirubin levels beyond day 5 and is the only explanation we have found for why ELAD treatment is so short compared to kidney dialysis.




**FIG. 3.** An example of hepatic support system pressure readings obtained in clinical use. A sudden increase in arterial venous and membrane pressures at the end was due to clotting in the venous drip chamber.

Figure 14. HSS Pressures during clinical use. (Gislason, 1994)

The ELAD has a surface area of ~1% of a normal liver, with a cell mass which is 30% of a normal liver, and a flow rate which is 13% of a normal liver (assuming the upper limits of the ELAD's specifications). Using simple arithmetic, it would appear that the metabolism of the ELAD is equal to the product of these values, or less than 0.04%. This calculation is too aggressive, as the C3A cell line used in the ELAD is deficient relative to normal hepatocytes (Sinz, 2008) (Tostoes, 2010) and, furthermore, it is unclear if the cellular mass is sufficiently oxygenated, so assuming 30% of the cell mass is functioning is inappropriate.

**Condition B, Point 2: Non-parenchymal cells are not optional and perform important liver functions that the ELAD ignores**

The liver does not consist entirely of parenchymal cells, or hepatocytes. 60% of the cells in the liver are hepatocytes while the other 40% consists of non-parenchymal cells, namely sinusoidal endothelial cells, stellate (Ito) cells, and Kupffer cells (Godoy, 2013) (Boyer, 2012), which all perform critical liver functions that the ELAD plainly ignores.

Liver sinusoidal endothelial cells (LSECs) represent 19% of the total liver cell population (Godoy, 2013) (Boyer, 2012). They have large pores that allow nutrients, toxins, hormones, proteins, etc. to flow from plasma to the hepatocytes for processing. The ELAD attempts to mimic this function by using semi-permeable hollow fiber tubes to act as a barrier between the C3A cells and plasma ultrafiltrate. It would succeed in this regard were it not for the fact that sinusoidal endothelial cells do more than act as a leaky wall. LSECs perform receptor-mediated

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

removal of gut-derived endotoxin, the accumulation of which is associated with alcoholic hepatitis (Wheeler, 2003) (Purohit, 2008) (Rao, 2009) (Nolan, 2010) (Boyer, 2012) (Mauss, 2014). These cells also secrete cytokines involved in tissue regeneration and cell growth (DeLeve, 2013) and participate in immune responses to pathogens (Boyer, 2012).

Hepatic stellate cells (HSCs) represent 6% of the total liver cell population (Godoy, 2013) (Boyer, 2012). They are found between LSECs and hepatocytes and known mostly for synthesizing collagen, but like their non-parenchymal counterparts, they perform an array of functions that include regeneration, intermediary metabolism, and immunoregulation (Godoy 2013).

Kupffer cells represent 15% of the total liver cell population (Godoy, 2013) (Boyer, 2012). Macrophages exclusive to the liver, they reside in the sinusoidal endothelium and perform key functions in host defense (Godoy, 2013). They actually represent the largest macrophage population in mammals (Movita, 2012) (Kmiec, 2001). While Kupffer cells release pro-inflammatory cytokines like TNF-alpha, which participate in the inflammatory response, they, along with LSECs, prevent endotoxin and foreign substances from reaching the systemic circulation, regulate liver regeneration, and influence the metabolic and detoxification functions of hepatocytes (Godoy, 2013) (Boyer, 2012).

In liver injury, all non-parenchymal cells are activated (Taub, 2004), can regenerate, possess both pro-inflammatory and anti-inflammatory qualities, and participate in cell-to-cell communications with each other and with hepatocytes (Kang, 2012) (Boyer, 2012). The intricacies of the signaling and molecular pathways involved are beyond the scope of this paper, but the functions of LSECs, stellate cells, and Kupffer cells raise an important question. If non-parenchymal cells were optional, which the ELAD certainly suggests by omission, why would the human body use resources to restore them?

Given the intricacy of the hepatic ecosystem and the important roles that non-parenchymal cells play in metabolism, immunity, cell-to-cell communication, and detoxification in conjunction with hepatocytes, we believe that absence of their functions in any liver dialysis device is a major oversight and any strategy to circumvent the inclusion of their functions is extremely naïve.

**Condition B, Point 3: During treatment, ELAD cells are likely anoxic and unlikely to be metabolically active**

Not all hepatocytes are created equal. In fact, there are three types of hepatocytes, each of which have distinct metabolic functions and levels of oxygenation: periportal, centrilobular, and perivenous, that comprise the functional unit of the liver, called the acinus (Figure 15) (Katz, 1992). In the liver acinus, periportal hepatocytes, in Zone 1, are the closest to the portal vein and hepatic artery blood inflows, which means that they are very oxygen rich. Perivenous

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

hepatocytes, in Zone 3, are the furthest from the blood supply, which means that they are very oxygen poor. Centrilobular hepatocytes, in Zone 2, are a mix of Zone 1 and Zone 3 hepatocytes.




**Fig. 2** Organization of the liver lobule and acinus. Based on the local blood composition, the acinus is roughly divided into three zones, *1* periportal, *2* transitional and *3* perivenous. The periportal zone is close to the portal triad vasculature and supplied by highly oxygenated blood ($O_2$ partial pressure 60–70 mmHg). The perivenous zone is proximal to the central vein and receives poorly oxygenated blood ($O_2$ partial pressure 25–35 mmHg). If no specific zonal mechanisms are active (such as pericentral metabolic activation of many hepatotoxic compounds, because many CYP enzymes are preferentially expressed in the center of the liver lobules), toxicity becomes visible at first in the periportal region, as this is the first zone to filter blood (Allen and Bhatia 2003). Adapted from Bacon et al. (2006)

Figure 15. The liver acinus (Godoy, 2013)

Periportal hepatocytes predominantly perform gluconeogenesis, oxidative energy metabolism, beta oxidation, cholesterol synthesis, and urea synthesis. Perivenous hepatocytes predominantly perform glycolysis, fatty acid synthesis, and glutamine synthesis (Dancygier, 2010). The functional heterogeneity of primary hepatocytes calls into question the identity of the C3A cell line. Vital has stated that the cell line is "extremely well differentiated" (Sussman, 1992) which we interpret as meaning it cannot differentiate further into the required hepatocyte subtypes that would actually allow for realistic liver replacement.

Two bioengineers have determined that the design of the ELAD is unlikely to correctly account for the high oxygen consumption of hepatocytes (Hay, 2000) (Smith, 1997). In an analysis of oxygen transfer in a model of a plasma-perfused hollow fiber bioreactor (much like the ELAD), the authors note that BAL designs need to consider the extremely high oxygen demands of primary hepatocytes given their wide range of oxygen-dependent metabolic functions (Hay, 2001). And yet, the results of the analysis show that "a substantial proportion of the hepatocytes contained in the model device would be subjected to hypoxic conditions," conditions that would impair hepatocyte metabolism.

In another analysis of oxygen transfer in hollow fiber bioreactors, the authors emphasize the efficiency of the acinar structure of the liver in oxygen distribution and the need to meet the high oxygen consumption rate of hepatocytes. HepG2 cells, the parental cell line of the current ELAD's C3A cells, were used in this model, the results of which show that oxygen "is completely depleted at distances equivalent to 1-2 cell layers from the membrane outer wall" (Figure 16) and that "while cells further from the membrane may well be viable, they are

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

unlikely to be metabolically active" (Smith, 1997). Smith et al. conclude that BAL designs require the oxygenation of hepatocytes within the bioreactor, a feature that the current ELAD lacks.




Figure 16. Cross-section of an ELAD cartridge. (Teperman, 2012)

**<u>Condition B, Point 4: Prior to ELAD treatment, C3A cells are likely exposed to hyperoxic or hypoxic conditions and may be undergoing apoptosis during culture</u>**

The C3A cell line is derived from the HepG2 cell line, which is derived from human hepatocytes. Like human hepatocytes, C3A cells have a high demand for oxygen (Gislason, 1994) (Ellis, 1996). In the setting of BALs, it is important that these cells receive adequate oxygenation in culture (Martin, 2005) (Nahmias, 2006) (Kidambi, 2009). However, oxygen is known to be poorly soluble in aqueous solution such as plasma (Sussman, 1994) (Webster, 1997) (Smith, 1997) (Hay, 2000). The co-founders of Hepatix, Norman Sussman and James Kelly, admit that "plasma does not have the carrying capacity of whole blood and will not satisfy the oxygen requirements of a significant mass of living cells" (Gislason, 1994).

In a more recent paper on oxygenation in BALs, "hepatic hollow fiber bioreactors (HFBs)…suffer from oxygen limited transport mainly due to the low solubility of oxygen in the cell culture medium, long diffusion path-lengths, and high demand for oxygen by the hepatocytes cultured in the extracapillary space" (Chen, 2010). In the same paper, Chen attempts to improve the oxygen transport in a hollow fiber bioreactor containing C3A cells by inducing bovine hemoglobin oxygen carriers in the culture medium. Note that the cells in this experiment and the C3A cells in the current ELAD were cultured in 10% bovine serum (Vital Therapies, Inc., 2015). Within 14 days of the experiment, the lactate production and glucose consumption of C3A cells cultured without bovine hemoglobin had nearly tripled whereas they had remained stable in the C3A cells that were cultured with bovine hemoglobin (Figure 17). This suggests an

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

increase in the number of C3A cells undergoing anaerobic respiration in the control HFB (no bovine hemoglobin) compared to the active group (bovine hemoglobin) (Madonna, 2013) (Woods, 1971). In other words, it is likely that at 14 days, many of the cells in the control HFB were hypoxic and did not produce enough ATP to maintain viability. The results of the experiment show that the active HFB had slightly more than twice the number of functioning cells compared to the control HFB.

Furthermore, Chen states “the cell culture medium in most cell culture systems need to be oxygenated to supraphysiological levels (>160 mm Hg) to deliver enough oxygen to cultured cells.” However, “prolonged exposure to these conditions will induce the formation of reactive oxygen species, which will eventually kill cells” (Chen, 2010). This experiment tests the oxygen levels in hollow fiber bioreactors *in culture*, suggests the C3A cells are defective *before* ELAD therapy starts, and stresses the importance of sufficient oxygenation in HFBs. In short, we believe many of the C3A cells in Vital’s ELAD are hypoxic and undergo apoptosis during culture.




Figure 17. Metabolic, synthetic, and detoxification functions of hepatic HF bioreactors cultured at 10% O2. The cell culture medium was supplemented with BvHb at 15 g/L. The solid lines represent the drug group; dashed lines represent the group with no added drugs. (A) Global glucose consumption rate (mg/h). (B) Global lactate production rate (mg/h). (C) Molar ratio of lactate production to glucose consumption. (D) Global albumin synthesis rate (mg/h). (E) Global ammonia removal rate (mg/h). (F) Glucose consumption rate per cell (mg/h/million cells). (G) Lactate production rate per cell (mg/h/million cells). (H) Albumin synthesis rate per cell (mg/h/million cells). (I) Ammonia removal rate per cell (mg/h/million cells). (J) Final cell count and viability at the end of the cell culture period. All data are shown as the mean_standard deviation. n=2 for each group. *p<0.05; #p<0.10 throughout the study if not specified otherwise. BvHb, bovine hemoglobin. (Chen, 2010)

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

**Condition B, Point 5: The ELAD C3A cell line is a poor choice which limits or eliminates therapeutic efficacy**

The cell source that is the gold standard for BALs are primary hepatocytes as they have been proven to perform all essential liver functions (Catapano, 1996) (Tostoes, 2010), but their use is limited by "inadequate supply, high cost, high variability, and low in vitro proliferation capacity" (Eva, 2014). And yet, the best-performing cell source is not enough to create a functioning, effective BAL. Primary hepatocytes in a BAL should also replicate the "complex in-vivo environment in an effort to enhance and stabilize long-term in-vitro function" (Tilles, 2002). Other methods to improve primary hepatocyte performance include adding "growth factors and hormones to the culture medium," "the use of hepatocyte spheroids," and "co-culturing hepatocytes with nonparenchymal cells" (Tilles, 2002). If the ideal liver assist device requires these conditions of *primary hepatocytes* for optimal performance, then the C3A cell line, a derivative of a hepatoblastoma (not a primary hepatocyte), is no exception.

The liver plays a major role in metabolism. The liver's CYP450 enzyme system metabolizes drugs and also converts prodrugs into their active metabolites (Guengrich, 2008) (Nelson, 1982). Therefore, it is important that the CYP activity of the cells used in a BAL perform on a level comparable to that of primary hepatocytes. HepG2 cells, from which C3A cells are derived, have been shown to have disturbingly low levels of CYP expression compared to those of primary hepatocytes (Rodriguez-Antona, 2002). Rodriguez-Antona et al. found that the most active CYP enzyme in the HepG2 cell line, CYP1A1, was only 20% as active as in human hepatocytes after 24 hours of culture. Furthermore, the activity of CYP2E1, one of the most important CYP enzymes in the metabolism of xenobiotics, was found to be more than 100-fold higher in human hepatocytes than HepG2 cells after 24 hours of culture. We believe the diminished CYP inhibitory activity of the HepG2 line further highlights another important liver function that C3A cells perform poorly.

In a comparison of the metabolic and synthetic functions of porcine hepatocytes and C3A cells, C3A cells were shown to have lower levels of P4501A1 activity, ammonia removal, and amino acid metabolism (Figure 18) (Wang L. , 1998).

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**




Fig. 4. Comparison of P450IA1 activity of PPH and C3A in different media (each group $n = 7$). The data presented are based on cell numbers ($4 \times 10^5$ cells/mL). The abbreviations are same as for Fig. 3. $^{**}p < 0.01$; $a$ = compared with all other groups excluding C3A(HP); b = C3A(HP) vs. C3A(DMEM) and C3A(HS); c = PPH(DHP) vs. PPH(DMEM) and PPH(DHS); d = compared with all other groups.




Fig. 5. Comparison of ammonia levels in different media for PPH and C3A (each group $n = 7$). The data presented are based on cell numbers ($4 \times 10^5$ cells/mL). The abbreviations are same as for Fig. 3. $^{*}p < 0.05$; $^{**}p < 0.01$; a = compared with all other groups; b = compared with C3A in the same medium.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**




Fig. 7. The total amino acid levels recorded for PPH and C3A in different media (each group $n = 7$). The data presented are based on cell numbers ($4 \times 10^5$ cells/mL). The abbreviations are same as for Fig. 3.

Figure 18. P4501A1 activity, ammonia removal, and amino acid metabolism in C3A cells

In view of these findings, the authors conclude that primary porcine hepatocytes "are to be preferred to C3A for clinical application of BALSS" (bioartificial liver support systems). These findings foreshadow the VTI-208 results considering the failure of the porcine-based HepatAssist.

A very damaging paper to the C3A hypothesis elegantly demonstrated this cell line's inability to detoxify ammonia using the urea cycle, one of the major causes of death in liver failure (Mavri-Damelin, 2008) (Nyberg, 2012) (McManus, 2014). Tellingly, Drs. Sussman and Kelly, the Hepatix co-founders, failed to provide a rebuttal, only indicating in a review paper that the data were "at odds" with their previously published animal data (Sussman & Kelly, Artificial Liver., 2014). The Mavri-Damelin experiments conclusively demonstrated the C3A cells' inability to detoxify ammonia through the urea cycle by using radiolabeled ammonium chloride, which primary hepatocytes detoxified but C3A cells did not (as measured by radiolabeled urea) (Figures 19, 20).

Normally, periportal hepatocytes convert ammonia into urea via the urea cycle. Perivenous cells convert ammonia into glutamine via glutamine synthetase. The glutamine synthetase route of removing ammonia is appropriate for *trace* amounts only, and is unlikely to be of use if it is relied on solely (Tilles, 2002). The finding that C3A cells do not detoxify

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

ammonia is alarming for multiple reasons. Firstly, ammonia is a major cause of death in liver failure and toxic levels must be reduced. Secondly, the lack of an enzymatic process to detoxify ammonia in C3A cells calls into question the cell lineage of C3A. Thirdly, why was ELAD designed with C3A cells, a subclone of HepG2 cells, which are known to not detoxify ammonia (Mavri-Damelin, 2007)? Are these purported hepatocytes zone 1, 2, or 3 cells, or none of the above, or one of those cells without these crucial enzymes? Is it possible crucial detoxification enzyme expression levels are lost in this cell line? Mavri-Damelin measured mRNA expression in C3A cells, primary human hepatocytes, and whole human liver. It appears that culture-like consistency, including that experienced in the ELAD device, may reduce key protein expression, including urea cycle proteins (Figure 21). These questions and the results of the Mavri-Damelin paper ask fundamental questions about the viability of the C3A cell line that are still unanswered.




Figure 19. The urea cycle, CPSI, carbamoyl phosphate synthase I; OTC, ornithine transcarbamylase; AS, arginosuccinate synthetase; AL, arginosuccinate lyase; arginase I.




Figure 20. Urea synthesis in C3A cells and primary hepatocytes.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**




Figure 21. Urea cycle gene expression. Real-time RT-PCR results showing the urea cycle gene expression levels in C3A cells (black), primary human hepatocytes (dark grey) and whole human liver (grey). OTC and arginase I are completely absent, with very low expression of the other three urea cycle genes (n=6, mean +- SD, repeated 3 times). Values are relative to the expression of ribosomal RNA 18S.

**Condition B, Point 6: The feasibility of the ELAD in the context of clinical utility and inventors' actions**

The lack of dramatic efficacy with ELAD raises questions about its clinical utility—if the ELAD were a true liver support system, patients would have 90-100% survival instead of similar survival to those on standard of care. The 1-year, 5-year, and 10-year survival rates in a retrospective study of 300 alcoholic liver disease patients who underwent orthotopic liver transplantation, the gold standard treatment in patients with liver failure, were 96%, 88%, and 76% respectively (Pfitzmann, 2007). If the ELAD led to liver regeneration, we would expect it to achieve comparable survival rates and be a viable option for *all* patients with acute liver failure.

Drs. Sussman and Kelly, the original creators of the ELAD, also seem to agree that ELADs are not realistic devices stating "…the underlying cirrhosis is not reversible" and "recovery…leaves the patient in the same frail state, still in need of a liver transplantation" (Sussman & Kelly, Artificial Liver., 2014). Furthermore, Dr. Sussman's affiliation with HepaHope, which has been working on a BAL device based on "liver slices" since 1999 (Sussman & Kelly, 2014), and Dr. Kelly's affiliation with Cell Machines, which has "patented liver cell factories" (Cell Machines, 2015) indicate their lack of confidence in the ELAD technology. If the ELAD was the game-changing liver dialysis system that Vital Therapies thinks it is, wouldn't Drs. Sussman and Kelly be working on the ELAD?

The current academic climate indicates that the interest in artificial livers persists but it seems that the field has moved on to other cell lines and technologies: HepaRG cells in the AMC

bioreactor (Nibourg, 2013), cryopreserved human hepatocytes in 3D spheroids (Xia, 2015), stem cell-derived hepatocyte-like cells in a 3D culture (Kim J. , 2015), mesenchymal stem cells in a novel 3D system (Li, 2015), porcine hepatocytes in a spheroid reservoir BAL (Glorioso, 2015), etc. A PubMed search of "bioartificial liver" produces 6,263 results, while a search of "bioartificial liver hepatoma" produces 399 (6.4%), "bioartifical liver HepG2" produces 112 (1.8%), and "bioartificial liver C3A" produces 37 (0.6%). It appears that human hepatoma cell lines are a niche category receiving little attention in the field of bioartificial livers. We believe Vital Therapies' ELAD is the culmination of 25 years of unsuccessful experiments in a technology that has stagnated in three successive companies, undergone no marked improvements, and consistently produced questionable clinical trial results.

A 2012 paper, citing the MARS, PROMETHEUS, HepatAssist, and ELAD systems, had this to say about the advances in artificial liver support systems: "more than 30 different cell-based support devices have been reported since 1987," "more than 14 systems have been reported in clinical trials," "more than 400 patients have been treated with bioartificial liver systems," and "none of these bioartificial liver systems have yet obtained FDA approval for the treatment of liver failure" (Nyberg, 2012).

We assigned a 20% probability to both Condition A, which is the likelihood that the survival benefit seen in the VTI-206 acute alcoholic subgroup (n=29) is legitimate and not due to chance, and Condition B, which is the likelihood that the ELAD was designed properly and fully functional. We are confident in these probabilities and have determined that there is a 96% probability that the VTI-208 trial will fail.

In conclusion, we believe that the ELAD suffers from many mechanistic flaws and an extraordinary inability to meet the metabolic needs of a normally functioning liver. Combined with the unconvincing clinical data, these significant deficiencies all but preclude the success of VTI-208.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

## Appendix

*Acute liver failure –* Acute deterioration of liver function in patients in the absence of preexisting liver disease. (Kim T. , 2013) (Asrani, 2014) (Sarin, 2014) (Polson, 2005). The different precipitating events in acute liver failure include viral infections (such as Hepatitis A, B, and E), drugs (with Acetaminophen being the most common), and alcohol (Bernal, 2013) (Lee, 2012).

*Acute-on-chronic liver failure (ACLF) –* Occurs in patients with chronic liver disease, characterized by a precipitating event (known or unknown) often resulting in acute deterioration in liver function, multi-organ failure, and high short-term mortality. (Kim T. , 2013) (Asrani, 2014) (Sarin, 2014) (Jalan, 2012)

*Acute alcoholic hepatitis (AAH)* – Alcohol-induced liver disease characterized by hepatic inflammation and acute onset. May be observed in chronic alcoholics with or without noticeable liver impairment or in moderate drinkers after a short-term alcoholic binge. Clinical presentation includes fever, liver enlargement and tenderness, neutrophilic leukocytosis, hyperbilirubinemia, and coagulation impairment. (Ceccanti, 2006) (Pang, 2015)

*Hepatic sinusoid* – The hepatic sinusoid is a blood vessel which receives oxygen-rich blood from the hepatic artery and nutrient-rich blood from the portal vein. Hepatocytes are separated from the hepatic sinusoid by the space of Disse and receive nutrients and oxygen from the plasma that is filtered from the hepatic sinusoid into the space of Disse. (Boyer, 2012)

*Endotoxin (lipopolysaccharide) –* Endotoxins are present in intestinal bacteria and only minimally absorbed by the intestine in healthy patients. Alcohol increases the amount of endotoxin in the intestine and the permeability of the intestine to endotoxins. As a result, an excess amount of endotoxins are absorbed into the systemic circulation and into the liver sinusoids where they internalized TL4 and CD14 receptors on Kupffer cells, thereby causing an inflammatory response (Purohit, 2008).

*Extracorporeal Liver Assist Device (ELAD ®) –* "ELAD is an investigational extracorporeal, human cell-based liver support system designed with the proposed intent to supplement hepatic function in order to improve survival rates among subjects with liver failure." (Figure 23) (Vital Therapies, n.d.)

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**




Figure 23. The Extracorporeal Liver Assist Device (ELAD). (Vital Therapies)

*Liver basics* (Kuntz, 2006):

Number of liver cells - 300 billion liver cells

Number of hepatocytes per g of liver - 171 million hepatocytes

Diameter of hepatocytes - 20-40um

Lifespan of hepatocytes - 150 days

Mitosis rate per 10,000-20,000 liver cells - 1

*Liver acinus* - The functional and microcirculatory unit of the liver (Dancygier, 2010). The liver acinus is a mass of liver parenchyma which surrounds the hepatic arterioles and portal venules (Katz, 1992).

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

*Periportal hepatocytes* (Zone 1) - Functions include oxidative energy metabolism, glycogen synthesis from amino acids and lactate, gluconeogenesis, beta-oxidation, cholesterol synthesis, and urea synthesis (from $NH_4$, amino acids, nitrogen).

*Perivenous hepatocytes* (Zone 3) - Functions include glycogen synthesis from glucose, glycolysis, lipogenesis, ketogenesis, bile acid synthesis, and glutamine synthesis (from $NH_4$, glutamate, alpha-oxyglutarate, ornithine).

## References

Arnst, C. (2008, May 21). The FDA's Cancer Chief Speaks Out. *BusinessWeek*.

Arora, V. (2009). Hyperbilirubinemia in normal healthy donors. *Asian J Transfus Sci*, 70-72.

Ashley, R. (2015). A Randomized, Open-label, Multicenter, Controlled Study to Assess Safety and Efficacy of ELAD, A Human-based Bio-artificial Liver Support System, in Subjects with Alcohol-Induced Liver Decompensation (AILD). *EASL*, (p. 1). Vienna.

Asrani, S. (2014). Acute-on-Chronic Liver Failure. *Clin Liver Dis*, 561-574.

Banares, R. (2013). Extracorporeal Albumin Dialysis with the Molecular Adsorbent Recirculating System in Acute-on-Chronic Liver Failure: The RELIEF Trial. *Hepatology*, 1153-1162.

Banares, R. (2014). Molecular Adsorbent Recirculating System and Bioartificial Devices for Liver Failure. *Clin Liver Dis*, 945-956.

Bernal, W. (2013). Acute Liver Failure. *The New England Journal of Medicine*, 2525-2534.

Bernstein, M. (2016). *Nutrition for the Older Adult.* Burlington: Jones & Bartlett Learning.

Boldt, J. (2010). Use of albumin: an update. *British Journal of Anaesthesia*, 276-284.

Boyer, T. (2012). *Zakim and Boyer's Hepatology.* Philadelphia: Elsevier.

Bradley, S. (1952). Hepatic Circulation in Cirrhosis of the Liver. *Circulation*, 419-429.

Cappello, M. (2014). Liver Function Test Abnormalities in Patients with Inflammatory Bowel Diseases: A hospital-based survey. *Clin Med Insights Gastroenterol*, 25-31.

Caraceni, P. (2013). Clinical use of albumin. *Blood Transfus*, s18-s25.

Catapano, G. (1996). Mass transfer limitations to the performance of membrane bioartificial liver support devices. *The International Journal of Artificial Organs*, 18-35.

Ceccanti, M. (2006). Acute Alcoholic Hepatitis. *J Clin Gastroenterol*, 833-841.

Cell Machines. (2015). *Cell Machines*. Retrieved from http://www.cellmachines.net/

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

Chen, G. (2010). Hemoglobin Regulates the Metabolic, Synthetic, Detoxification, and Biotransformation Functions of Hepatoma Cells Cultured in a Hollow Fiber Bioreactor. *Tissue Engineering: Part A*, 3231-3240.

Ciccone, C. (2016). *Pharmacology in Rehabilitation.* Philadelphia: F.A. Davis Company.

Clemmesen, J. (1998). Hepatic plasma flow estimated according to Fick's Principle in patients with hepatic encephalopathy: Evaluation of Indocyanine Green and D-Sorbitol as Test Substances. *Hepatology*, 666-673.

Collins, R. (1996). *Large-Scale Randomized Evidence: Trials and Overviews.* Oxford, UK: Oxford University Press.

Cui L, H. J. (2001). Issues Related to Subgroup Analysis. *Proceedings of the Annual Meeting of the American Statistical Association.*

Dancygier, H. (2010). *Clinical Hepatology: Principles and Practice of Hepatobiliary Diseases.* Berlin: Springer.

Dasgupta, A. (2015). *Alcohol and Its Biomarkers: Clinical Aspects and Laboratory Determination.* Waltham: Elsevier.

Day, C. (2002). Pathogenesis of steatohepatitis. *Best Practice & Research Clinical Gastroenterology*, 663-678.

Day, C. (2006). From Fat to Inflammation. *Gastroenterology*, 207-210.

DeLeve, L. (2013). Liver sinusoidal endothelial cells and liver regeneration. *J Clin Invest*, 1861-1866.

Demetriou, A. (2004). Prospective, Randomized, Multicenter, Controlled Trial of a Bioartificial Liver in Treating Acute Liver Failure. *Annals of Surgery*, 660-670.

Deshmukh, S. (2009). *The Renal System Explained: An Illustrated Core Text.* Nottingham: Nottingham University Press.

Duan, Z. (2007, October). Interim Results of Randomized Controlled Trial of ELAD in Acute on Chronic Liver Disease. *Hepatology*, p. 274A.

Duan, Z. (2010). 3-year follow up of acute-on-chronic liver failure (ACLF) subjects in a randomized, controlled, multicenter trial of the ELAD Bioartificial Liver Support System in 49 Chinese subjects reveals significant transplant-free survival (TFS) benefit. *AASLD*, (p. 1). Boston.

Ellis, A. (1996). Pilot-Controlled Trial of the Extracorporeal Liver Assist Device in Acute Liver Failre. *Hepatology*, 1446-1451.

Eva, R. (2014). Strategies for immortalization of primary hepatocytes. *J Hepatol*, 925-943.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**


Fraser, R. (n.d.). SEM of a liver sieve. New Zealand.

Gambro. (2011). *MARS System*. Retrieved from http://www.gambro.com/en/global/Products/Acute-Care/Acute-Monitors/MARS/

Garcovich, M. (2009). Clinical use of albumin in hepatology. *Blood Transfus*, 268-277.

Garg, H. (2012). Clinical profile and predictors of mortality in patients of acute-on-chronic liver failure. *Dig Liver Dis*, 166-171.

George, S. (2004). Subgroup Analyses in Clinical Trials. *ODAC 5/3/2004* (pp. 1-25). Silver Springs, MD: FDA.

Gislason, G. (1994). A Treatment System for Implementing an Extracorporeal Liver Assist Device. *Artificial Organs*, 385-389.

Glorioso. (2015). Pivotal preclinical trial of the spheroid reservoir bioartificial liver. *J Hepatol*, 388-398.

Godoy, P. (2013). Recent advances in 2D and 3D in vitro systems using primary hepatocytes, alternative hepatocyte sources and non-parenchymal liver cells and their use in investigating mechanisms of hepatotoxicity, cell signaling and ADME. *Arch Toxicol*, 1315-1520.

Goodman, C. (2015). *Pathology: Implications for the Physical Therapist.* St. Louis: Elsevier.

Guengrich, F. (2008). Cytochrome P450 and Chemical Toxicology. *Chemical Research in Toxicology*, 70-83.

Hakim, N. (2009). *Artificial Organs.* London: Springer-Verlag.

Hauser, S. (2011). *Mayo Clinic Gastroenterology and Hepatology Board Review, 4th ed.* New York: Oxford University Press.

Hay, P. (2000). Oxygen Transfer in a Diffusion-Limited Hollow Fiber Bioartificial Liver. *Artificial Organs*, 278-288.

Hay, P. (2001). Oxygen Transfer in a Convection-Enhanced Hollow Fiber Bioartificial Liver. *Artificial Organs*, 119-130.

Higgins, C. (2013). *Understanding Laboratory Investigations: A Guide for Nurses, Midwives, and Healthcare Professionals.* West Sussex: John Wiley & Sons.

Hillebrand, D. J. (2010). Safety and Efficacy of the Extracorporeal Liver Assist Device (ELAD) in Patients with Acute on Chronic Liver Failure. *EASL*, (p. 1).

Human Genome Sciences. (2006). *Human Genome Sciences Reports Results of a Phase 2 Clinical Trial of LymphoStat-B(TM) in Patients With Systemic Lupus Erythematosus.*

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

Human Genome Sciences. (2009). *Human Genome Sciences and GlaxoSmithKline Announce Positive Phase 3 Study Results for BENLYSTA(TM) in Systemic Lupus Erythematosus.*

Iwata, H. (2004). Pharmacokinetic Considerations in Development of a Bioartificial Liver. *Clin Pharmacokinet*, 211-225.

Jalan, R. (2012). Acute-on chronic liver failure. *Journal of Hepatology*, 1336-1348.

Johnson, L. (2003). *Essential Medical Physiology.* San Diego: Elsevier.

Kadian, M. (2013). Model for End-Stage Liver Disease score versus Maddrey Discriminant Function score in assessing short-term outcome in alcoholic hepatitis. *Journal of Gastroenterology and Hepatology*, 581-588.

Kang, L. (2012). Signals and Cells Involved in Regulating Liver Regeneration. *Cells*, 1261-1292.

Katz, N. (1992). Metabolic heterogeneity of hepatocytes across the liver acinus. *American Institute of Nutrition*, 843-849.

Kelly, J. (1992). Assessment of an Extracorporeal Liver Assist Device in Anhepatic Dogs. *Artificial Organs*, 418-422.

Kidambi, S. (2009). Oxygen-mediated enhancement of primary hepatocyte metabolism, functional polarization, gene expression, and drug clearance. *PNAS*, 15714-15719.

Kim, J. (2015). Enhanced Metabolizing Activity of Human ES Cell-Derived Hepatocytes Using a 3D Culture System with Repeated Exposures to Xenobiotics. *Toxicol Sci*.

Kim, M. (2015). Analysis of the relationship between liver regeneration rate and blood levels. *Pak J Med Sci*, 31-36.

Kim, T. (2013). Acute-on-chronic liver failure. *Clinical and Molecular Hepatology*, 349-359.

Kmiec, Z. (2001). *Cooperation of Liver Cells in Health and Disease.* Berlin: Springer-Verlag.

Koury, M. (2004). New Insights Into erythropoiesis: The roles of folate, Vitamin B12, and Iron. *Annu Rev Nutr*, 105-131.

Kribben. (2012). Effects of Fractionated Plasma Separation and Adsorption on Survival in Patients with Acute-on-Chronic Liver Failure. *Gastroenterology*, 782-789.

Kuntz, E. (2006). *Hepatology, Principles and Practice: History, Morphology, Biochemistry, Diagnostics, Clinic, Therapy, Edition 2.* Springer.

Kwak, M. (2012). Serum bilirubin levels are inversely associated with nonalcoholic fatty liver disease. *Clin Mol Hepatol*, 383-390.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**


Lacson Jr, E. (2008). Comparison of hemodialysis blood access flow rates using online measurement of conductivity dialysance and ultrasound dilution. *Am J Kidney Dis*, 99-106.

Lammers, W. (2014). Predicting outcome in primary biliary cirrhosis. *Ann Hepatol*, 316-326.

Laurenza, A. (2015). Absence of Liver Toxicity in Perampanel-treated Subjects: Pooled results from partial seizure phase III perampanel clinical studies. *Epilepsy Res*, 76-85.

Lee, W. M. (2012). Recent Developments in Acute Liver Failure. *Best Pract Res Clin Gastroenterol.*, 3-16.

Li, Y. (2015). Three-dimensional spheroid culture of human umbilical cord mesenchymal stem cells promotes cell yield and stemness maintenance. *Cell Tissue Res*, 297-307.

Liberato, I. (2012). Liver enzymes in patients with chronic kidney disease undergoing peritoneal dialysis and hemodialysis. *Clinics (Sao Paolo)*, 131-134.

Liumbruno, G. (2009). Recommendations for the use of albumin and immunoglobulins. *Blood Transfus*, 216-234.

Louvet, A. (2015). Alcoholic Liver Disease: mechanisms of injury and targeted treatment. *Nat. Rev. Gastroenterol. Hepatol.*, 231-242.

Lum, G. (1988). Efficacy of using total bilirubin values as a guide for screening direct bilirubin requests. *Am J Clin Pathol*, 242-246.

Madonna, R. (2013). Glucose Metabolism, Hyperosmotic Stress, and Reprogramming of Somatic Cells. *Molecular Biotechnology*, 169-178.

Martin, Y. (2005). Bioreactos for tissue mass culture: Design, characterization, and recent advances. *Biomaterials*, 7481-7503.

Mauss, S. (2014). *Hepatology: A Clinical Textbook.* Germany: Flying Publisher.

Mavri-Damelin, D. (2007). Ornithine transcarbamylase and arginase I deficiency are responsible for diminished urea cycle function in the human hepatoblastoma cell line HepG2. *The International Journal of Biochemistry & Cell Biology*, 555-564.

Mavri-Damelin, D. (2008). Cells for Bioartificial Liver Devices: The Human Hepatoma-Derived Cell Line C3A Produces Urea But Does Not Detoxify Ammonia. *Biotechnol Bioeng*, 644-651.

McManus, L. (2014). *Pathobiology of Human Disease: A Dynamic Encyclopedia of Disease Mechanisms.* Amsterdam: Elsevier.

Miller, R. (2015). *Miller's Anesthesia, Vol 1, 8th ed.* Elsevier Health Sciences.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**


Miller, T. (2006). *Modern Surgical Care: Physiologic Foundations and Clinical Applications.* New York: Informa Healthcare.

Mitzner, S. (2006). Albumin regeneration in liver support-comparison of different methods. *Ther Apher Dial*, 108-117.

Movita, D. (2012). Kupffer cells express a unique combination of phenotypic and functional characteristics compared with splenic and peritoneal macrophages. *Journal of Leukocyte Biology*, 723-733.

Nagasue, N. (1987). Human liver regeneration after major hepatic resection. A study of normal liver and livers with chronic hepatitis and cirrhosis. *Ann Surg*, 30-39.

Naggara, O. (2011). The Problem of Subgroup Analyses: An Example from a Trial on Ruptured Intracranial Aneurysms. *Am J Neuroradiol*, 633-636.

Nahmias, Y. (2006). A novel formulation of oxygen-carrying matrix enhances liver-specific function of cultured hepatocytes. *The FASEB Journal*, E1828-E1836.

Nelson, S. D. (1982). Metabolic Activation and Drug Toxicity. *American Chemical Society*, 753-765.

Nibourg, G. (2013). Increased hepatic functionality of the human hepatoma cell line HepaRG cultured in the AMC bioreactor. *Int J Biochem Cell Biol*, 1860-1868.

Nicholson, J. (2000). The role of albumin in critical illness. *British Journal of Anaesthesia*, 599-610.

Nirei, K. (2015). Incidence of hepatocellular carcinoma reduced by phlebotomy treatment in patients with chronic hepatitis C. *Intern Med*, 107-117.

Nolan, J. (2010). The role of intestinal endotoxin in liver injury: a long and evolving history. *Hepatology*, 1829-1835.

Nyberg, S. (2012). Bridging the Gap: Advances in Artificial Liver Support. *Liver Transplantation*, S10-S14.

Orlando, G. (2014). *Regenerative Medicine Applications in Organ Transplantation.* London: Elsevier.

O'Shea, R. (2010). Alcoholic Liver Disease. *Hepatology*, 307-328.

Pang, J. (2015). Risk factors for mortality in patients with alcoholic hepatitis and assessment of prognositic models: A population-based study. *Can J Gastroenterol Hepatol*, 131-138.

Park, J. (2008). Radial flow hepatocyte bioreactor using stacked microfacbricated grooved substrates. *Biotechnol Bioeng*, 455-467.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**


Pfitzmann, R. (2007). Long-term Survival and Predictors of Relapse After Orthotopic Liver Transplantation for Alcoholic Liver Disease. *Liver Transplantation*, 197-205.

Polson, J. (2005). AASLD Position Paper: The Management of Acute Liver Failure. *Hepatology*, 1179-1197.

Pooler, C. (2009). Blood Cells and the Hematopoietic System. In R. P. Hannon, *Porth's Pathophysiology: Concepts of Altered Health States - First Canadian Edition* (p. 245).

Purohit, V. (2008). Alcohol, Intestinal Bacterial Growth, Intestinal Permeability to Endotoxin, and Medical Consequences. *Alcohol*, 349-361.

Quinlan, G. (2005). Albumin: Biochemical properties and therapeutic potential. *Hepatology*, 1211-1219.

Rao, R. (2009). Endotoxemia and Gut Barrier Dysfunction in Alcoholic Liver Disease. *Hepatology*, 638-644.

Rhoades, R. (2009). *Medical Physiology: Principles for Clinical Medicine.* Baltimore: Lippincott Williams & Wilkins.

Rodriguez-Antona. (2002). Cytochrome P450 expression in human hepatocytes and hepatoma cell lines: molecular mechanisms that determine lower expression in cultured cells. *Xenobiotica*, 505-520.

Ronco, C. (2009). *Critical Care Nephrology.* Philadelphia: Elsevier.

Rothwell, P. (2005). Subgroup analysis in randomised controlled trials: importance, indications, and interpretation. *Lancet*, 176-186.

Russell, B. (1947). Am I An Atheist Or An Agnostic?

Sarin, S. (2014). Acute-on-chronic liver failure: consensus recommendations of the Asian Pacific Association for the Study of the Liver (APASL) 2014. *Hepatol Int*, 453-471.

Schreiber, S. (1975). Alcoholic cardiomyopathy: the effect of ethanol and acetaldehyde on cardiac protein synthesis. *Recent Adv Stud Cardiac Struct Metab*, 431-42.

Sette, L. (2014). Liver enzymes serum levels in patients with chronic kidney disease on hemodialysis: a comprehensive review. *Clinics (Sao Paolo)*, 271-278.

Singh, A. (2012). *The Brigham Intensive Review of Internal Medicine.* New York: Oxford University Press.

Sinz, M. (2008). Current Industrial Practices in Assessing CYP450 Enzyme Induction: Preclinical and Clinical. *AAPS J*, 391-400.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

Sleight, P. (2000). Debate: Subgroup analyses in clinical trials - fun to look at, but don't believe them! *Curr Control Trials Cardiovasc Med*, 25-27.

Smith, M. (1997). Analysis of oxygen transfer in hollow fibre hepatocyte bioreactors. *Artificial Organs*, (p. 219).

Spruance, S. (2004). Hazard Ratio in Clinical Trials. *Antimicrobial Agents and Chemotherapy*, 2787-2792.

Stange, J. (1993). Dialysis against a Recycle Albumin Solution Enables the Removal of Albumin-Bound Toxins. *Artificial Organs*, 809-813.

Stewart, S. (2001). Alcoholic liver disease: new insights into mechanisms and preventative strategies. *Trends in Molecular Medicine*, 408-413.

Stickel, F. (2010). Alcoholic steatohepatitis. *Best Pract Res Clin Gastroenterol*, 683-693.

Suren, A. (1991). Effect of pentoxifylline on liver plasma flow in normal man. *Eur J Clin Pharmacol*, 233-237.

Sussman, N. (1992). Reversal of Fulminant Hepatic Failure Using an Extracorporeal Liver Assist Device. *Hepatology*, 60-65.

Sussman, N. (1994). Extracorporeal Liver Support: Application to Fulminant Hepatic Failure. *J Clin Gastroenterol*, 320-324.

Sussman, N. (1994). The Hepatix Extracorporeal Liver Assist Device: Initial Clinical Experience. *Artificial Organs*, 390-396.

Sussman, N., & Kelly, J. (2014). Artificial Liver. *Clinical Gastroenterology and Hepatology*, 1439-1442.

Tannert, C. (2007). The ethics of uncertainty. *EMBO Reports*, 892-896.

Taub, R. (2004). Liver Regeneration: From Myth to Mechanism. *Nature*, 836-847.

Teperman, L. (2012). Efficacy and Safety of Human Cell-based Biological Liver Support System (ELAD) in Subjects with Acute Alcoholic Hepatitis (AAH) or Acute Decompensation of Cirrhosis (Non-AAH). *ILTS 2012*, (pp. 1-24). San Francisco, CA.

Teperman, L. (2013). Bilirubin Improvement Correlates with 90-Day Survival with the Use of the ELAD System in a Randomized, Controlled Study of Subjects with Acute Alcoholic Hepatitis (AAH) or Acute Decompensation of Cirrhosis (Non-AAH). *2013 American Transplant Congress*, (pp. 1-31). Seattle, Washington.

Teperman, L. (2014). ELAD System: Development of a Human Cell-Based, Bio-Artificial Liver Support System for Acute Alcoholic Injury and AHF., (p. 63).

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

Tilles, A. (2002). Bioengineering of liver assist devices. *J Hepatobiliary Pancreat Surg*, 686-696.

Tostoes, R. (2010). Perfusion of 3D Encapsulated Hepatocytes - A Synergistic Effect Enhancing Long-Term Functionality in Bioreactors. *Biotechnology and Bioengineering*, 41-49.

Tuma, D. (1984). Effect of ethanol on hepatic secretory proteins. *Recent Dev Alcohol*, 159-180.

van de Kerkhove, M. (2004). Clinical Application of Bioartificial Liver Support Systems. *Annals of Surgery*, 216-230.

Vital Therapies. (2009, October). *Vital Therapies Fact Sheet*. Retrieved from Vital Therapies: http://www.vitaltherapies.com.cn/pdf/vti_factsheet_10_14_09.pdf

Vital Therapies. (n.d.). *ELAD Concept*. Retrieved from http://vitaltherapies.com/elad/technology/

Vital Therapies, Inc. (2014). *Form 10-K.*

Vital Therapies, Inc. (2015). *Form 10-Q.*

Wang, L. (1998). Comparison of porcine hepatocytes with human hepatoma (C3A) cells for use in a bioartificial liver support system. *Cell Transplant*, 459-468.

Wang, R. (2007). Statistics in Medicine -- Reporting of Subgroup Analyses in Clinical Trials. *NEJM*, 2189-2194.

Webster, J. (1997). *Design of Pulse Oximeters.* New York: Taylor & Francis Group.

Wheeler, M. (2003). Endotoxin and Kupffer Cell Activation in Alcoholic Liver Disease. *Alcohol Research & Health*, 300-306.

Williams, J. (2012). *Predictive Approaches in Drug Discovery and Development: Biomarkers and In Vitro/In Vivo Correlations.* Hoboken: John Wiley & Sons.

Wittes, J. (2009). On Looking at Subgroups. *Circulation*, 912-915.

Woods, H. F. (1971). Lactate Production in the Perfused Rat Liver. *Biochem J.*, 129-139.

Xia, L. (2015). Cytochrome P450 induction response in tethered spheroids as a three-dimensional human hepatocyte in vitro model. *J Appl Toxicol*.

Zhang, S. (2014). Integration of single-layer skin hollow fibers and scaffolds develops a three-dimensional hybrid bioreactor for bioartifical livers. *J Mater Sci*, 207-216.

Zucker, S. (2004). Serum bilirubin levels in the US population: gender effect and inverse correlation with colorectal cancer. *Hepatology*, 827-835.

**DISCLAIMER: The authors of this article have a conflict of interest and will benefit financially if the stock price of VTL falls. The authors reserve the right to change their investment if the price of VTL changes dramatically. Please read the Disclosure at the end of this paper for more information.**

## DISCLAIMER

The authors of this article have short sold VTL stock, purchased put contracts and sold call contracts related to VTL stock. The authors will benefit financially if VTL stock falls. You should consult other information and not rely on this document unduly to make an investment decision. This document does not constitute investment advice and is only a demonstration of an investor's thought process. If the stock price of VTL changes dramatically after the publication of this article, causality cannot be determined by the appearance of this article alone. We reserve the right to reduce our short position or take a long position depending on the price of VTL. We make no representation that we will stay short VTL in any amount for the results of the VTI-208 data. The approximate value of the short position we hold is $7,000,000. We do not manage money for other individuals and the source of capital for the investment is personal. We do not undertake any responsibility for actions any reader may take and losses that extend and result from reading this article. The views expressed in this article do not reflect the views of Turing Pharmaceuticals AG and only represent the views of the authors.

# How Martin Shkreli used social media to fuel his short-selling shenanigans

By Steve BrozakJuly 20, 2017



Former pharmaceutical executive Martin Shkreli at the U.S. District Court for the Eastern District of New York, where he is on trial for wire and securities fraud. *Kevin Hagen/Getty Images*

---

Over the last several months, someone using the pseudonym "Art Doyle" released online reports — I use the word "reports" loosely — to attack several biotech stocks. Art Doyle, no doubt a truncation of Arthur Conan Doyle, the British author behind the fictional detective Sherlock Holmes, issued a short thesis around several biotech companies on a third-party blogging website. It was an effort to undermine investor confidence in those companies and profit from an ensuing drop in their stock prices.

The first time I saw something like that was when Martin Shkreli was being wrongfully celebrated as a stock trading wunderkind. His key ability was to use an internet connection and social media to cause selloffs in thinly traded biotech stocks. Today, Shkreli is on trial for eight counts of wire and securities fraud. He is more infamously known for raising the price of old drugs for life-threatening diseases by 2,000 to 5,000 percent at Retrophin and Turing Pharmaceuticals, two biotech companies he founded after the implosion of his second "hedge fund," MSMB Capital Management.

But Shkreli's rise to infamy began much earlier, in 2011, and it was his use of social media that allowed it.

While at MSMB, he started writing on a stock blogging website, Seeking Alpha. (Art Doyle uses Scribd.) Shkreli wrote reports similar to Doyle's, citing half-truths and innuendo calling for a company's stock to drop from, say, $10 to $1. This would allow stock speculators who were shorting the company's stock to profit if a decline took place. Shkreli often stated that he could or would short a company that he was exposing, and often bragged on Twitter about making money this way.

It took a while for Shkreli to gain a following, but when the market began to react to his screeds, the internet began to notice. In a matter of a few years, Shkreli had attacked several biotech companies and gained the

confidence of investors, biotech pundits, and the media, who marveled at his investment acumen, which boiled down to his ability to beat up on defenseless stocks.

His reports lacked rigor and accountability. None of the journalists covering him actually knew his trading strategies and whether or not he had structured profitable positions in the companies he attacked. And yet he was glorified in media coverage as biotech's boy wonder.

Curiously, Shkreli's posts about short-selling and his own short-selling activity, which resulted in his hedge fund blow-up, didn't land him in hot water with regulators. Instead, he is facing charges of wire and securities fraud.

What Shkreli was doing has become all too familiar in biotech: a small, publicly traded company focused on developing a promising technology — usually one that is not well-anchored by institutional investors like Fidelity, Wellington, or T. Rowe Price — is suddenly assailed by a blogger like Art Doyle or a supposed hedge fund activist like Shkreli with no discernible position in the actual stock. The blogger publishes a report that minces corporate documents and conference call records, and misstates otherwise material facts.

Eventually, the author pins a ridiculous stock price to the company. Panicked selling ensues, placing downward pressure on the stock. Its value plummets. With the prevalence of algorithmic trading, it may be even easier for traders to wreak havoc and take advantage of volatility around a name.

This is stock activism gone wrong. Stock activists have an interest in the company they criticize, ostensibly to improve shareholder value. Unlike

stock activists, anonymous bloggers are interested in destroying value for short-term gain.

There are times when a company's value can be questioned and there can be legitimate reasons to short a stock, especially in biotech. For instance, perceived changes in the competitive landscape could provide the basis of a short-selling strategy. But just like it's illegal to pump a stock for illicit short-term gain, there are certain strategies around short selling that are also immoral and legally questionable. The last thing a struggling biotech with promising technology needs is a spurious distraction that could have lasting consequences for patients. An entire organization could become caught up in the defense of its business, derailing important operations and disrupting its ability to obtain financing and delaying a drug's approval.

Shkreli and others like him can flourish because the internet and social media make it so easy to spread false information and take advantage of the current state of trading. And, with the Securities and Exchange Commission trying to keep up with 20th-century schemes to beat the market, there's no sheriff in town to stop them from doing this.

It's easy to point a finger at social media and blame it for releasing all sorts of ills onto society, like a 21st-century Pandora's box. But social media and its many consequences are here to stay. The question is, how do we mitigate the challenges the digital age presents to the capital markets?

So far, companies are beginning to respond directly to the likes of Shkreli and Art Doyle. The regulators at SEC are swamped investigating traditional insider trading schemes, and as such have been measured in bringing their regulations into the 21st century. The SEC must be given resources dedicated to dealing with those who use social media to manipulate stocks.

Meanwhile, Shkreli isn't on trial for what he did online, and anonymous players like Art Doyle prove that there are plenty who are still up to these antics, in some ways improving on Shkreli's playbook for short-term gain. Companies and our capital markets will be vulnerable until regulators issue a mandate to pursue malicious behavior on social media and make an example of would-be stock manipulators.

*Steve Brozak is the managing partner and president of WBB Securities. WBB Securities has advised some of the companies that bloggers like Shkreli and Doyle have written about. It has no current financial relationships with any of these companies.*

## About the Author


### Steve Brozak

sbrozak@wbbsec.com
@WBBSEC


To submit a correction request, please visit our Contact Us page.

WSJ Barron's MarketWatch IBD GET WSJ+ WSJ | Buy Side

MarketWatch

DJIA 51866.34 -0.54% ↓ S&P 500 7450.01 -0.10% ↓ Nasdaq 25547.06 0.11% ↑ VIX 18.43 -

# Pain Therapeutics to change name to Cassava Sciences and adopt ticker 'SAVA' from Thursday

By Ciara Linnane

March 27, 2019, 8:39 a.m. ET

Pain Therapeutics Inc. said Wednesday it's changing its name and ticker to better reflect its focus on developing drugs for neurodegenerative diseases such as Alzheimer's. The company will be named Cassava Sciences Inc. with immediate effect. From March 28, it will start trading on Nasdaq under the new ticker symbol "SAVA." The company is currently in a phase 2 testing of a drug candidate aimed at treating Alzheimer's, that does not seek to clear amyloid from the brain, but rather to stabilize a critical protein in the brain. It is also working to develop a biomarker/diagnostic to detect Alzheimer's using a simple blood test. Shares rose 1.7% in premarket trade, but have fallen 82.2% in the last 12 months, while the S&P 500 has gained 7.9%.

What to Read Next

BACK TO TOP

MARKETWATCH
LIVE COVERAGE
CUSTOMER CENTER
CONTACT US
NEWSLETTERS
NEWSROOM ROSTER

COMPANY
DOW JONES
CODE OF CONDUCT
CORRECTIONS
REPRINTS & LICENSING
DIGITAL SELF SERVICE

DOW JONES NETWORK
THE WALL STREET JOURNAL
BARRON'S
INVESTOR'S BUSINESS DAILY
FINANCIAL NEWS LONDON
REALTOR.COM

A Dow Jones Company

Copyright © 2026 MarketWatch, Inc. All rights reserved.

TERMS OF USE PRIVACY NOTICE COOKIE NOTICE ARCHIVE

DO NOT SELL OR SHARE MY PERSONAL INFORMATION LIMIT THE USE OF MY SENSITIVE PERSONAL INFORMATION

Intraday Data provided by FACTSET and subject to terms of use. Historical and current end-of-day data provided by FACTSET. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.

Biotech

# Biotechs face cash crunch after stock market 'bloodbath'

Struggle to raise fresh funds as 'tourist' investors lured by Covid successes dump shares



Biotech companies that listed in 2021 are trading on average 37% below their IPO price, compared with a 22% fall for all newly US-listed companies © Alex Kraus/Bloomberg

**Jamie Smyth** and **Nikou Asgari** in New York, and **Hannah Kuchler** in London

Published FEB 10 2022

## Unlock the Editor's Digest for free

Roula Khalaf, Editor of the FT, selects her favourite stories in this weekly newsletter.

Dozens of biotech companies are running low on cash and face an uphill struggle to raise fresh funds after "tourist" investors who snapped up their shares during the pandemic abandoned the sector.

Biotech groups, most of them lossmaking, raised a record $32.7bn in initial public offerings over the past two years, according to data from Refinitiv. But 83 per cent of recently listed US biotech and pharma stocks are now trading below their IPO price.

Biotech groups that listed in 2021 are trading on average 37 per cent below their IPO price, compared with a 22 per cent fall for all newly US-listed companies.

Many such companies raised money through IPOs with the expectation that they would be able to tap investors for fresh funds in subsequent share sales as their drugs progressed through the research and development cycle.

But their ability to do so has been hampered by a market rout for biotech stocks as retail investors and generalist money managers — described pejoratively as "tourists" by specialist funds — turn sour on the industry.

Geraldine O'Keeffe, a partner at healthcare investment firm LSP, said biotech shares had been hit by a "complete bloodbath across the board". The Nasdaq Biotechnology index has fallen more than a fifth since peaking in February 2021 vs a rise of 3 per cent and 17 per cent for the Nasdaq and S&P 500, respectively.

"I think everybody is holding their breath and waiting to see if it has bottomed out and will bounce from here," O'Keefe added. "It can't get much lower — but we thought that every day in January and it kept going down."

The drop has been so dramatic that the investors are bestowing some companies with a market valuation that is lower than their cash reserves. Investment bank Jefferies recently identified 31 listed biotech companies with a market capitalisation above $100mn that are trading at negative enterprise values.

The biotech sell-off has been prompted by a confluence of factors, with investors seeking safer assets as central banks prepare to raise interest rates to fight soaring inflation. Others have concluded that industry stocks became overvalued at the peak of the pandemic, when positive news about Covid-19 vaccines and treatments helped lift the sector overall.

Concerns over increased regulatory scrutiny of drug pricing and anti-competitive practices are also buffeting a sector that had relied on a steady stream of dealmaking to stay afloat.

## New biotech companies have lost more value than the average IPO

Average share price change since IPO, by year listed




Source: Refinitiv
© FT

The result is that some biotech companies are facing a cash crunch, with Jefferies identifying at least 11 that have less than one year of funds at current spending rates. The research excluded companies with a market capitalisation below $200mn or share prices below $1.

One such company is Nantkwest, also known as ImmunityBio, which cancelled a $500mn share sale in December and instead secured capital via a $470mn debt raising. Most of the funds were provided by its controlling shareholder and executive chair Patrick Soon-Shiong.

"In the current economic environment, when not just our company but the biotech sector as a whole is undervalued, it's far more prudent for me to make this investment myself," said Soon-Shiong, who also owns the Los Angeles Times.

Pierre Kiecolt-Wahl, co-head of equity capital markets at investment bank Bryan Garnier & Co, said that biotech had traditionally been a specialist asset class dominated by fund managers with scientific backgrounds who pored over trial data to pick stocks.

But he said that generalist funds and retail investors had increased their exposure to biotech shares, while hedge funds saw it as a "racy trade".

"The washout in the public market is investors who maybe shouldn't have been in the space — 'tourists' — going back home."

Kiecolt-Wahl said privately held companies seeking to go public may need to take a more cautious approach, with smaller IPOs followed by a secondary offering. Already-listed companies, especially those that have experienced setbacks in the research clinic, could have to seek alternative sources of capital instead of pursuing a conventional secondary offering, he added.

Even though sector specialists blame "tourists" for the recent rout, the collapse in valuations has especially hurt biotech-focused funds. San Francisco-based Asymmetry Capital's fund fell 10.2 per cent in the year to November 2021, according to 13F regulatory filings collated by data tracking company Whale Wisdom.

Life science-focused fund Logos Global Management fell 31.4 per cent and Boston-based Cormorant Asset Management lost 28 per cent over the same period. Logos declined to comment. Cormorant did not respond to a request for comment.

Scott Kay, founder of Asymmetry, which closed last month, said all biotech and healthcare-focused managers with a single fund with less than $2bn in assets under management would have to make difficult decisions on whether to continue operating, sell or shut down.

Investors flee biotech companies to safer havens

Indices rebased 2020




© FT

“We are in a new world as the Fed tightens after 12 plushy years of loose conditions,” he added.

Kay said many biotechs came to market too early and their valuations were not deserved as they did not yet have clinical data.

While the pandemic highlighted the potential for huge returns for a handful of successful companies, it made it harder to recruit volunteers for clinical studies. Hospitals were busy treating patients with Covid-19 and so diagnoses of other illnesses declined, delaying trial results and eating into company cash piles.

Investor confidence has been shaken too by disappointing news flow from biotechs, many of which do not even have drugs in human trials yet. In the 60 days before the end of 2021 Jefferies noted 23 “very negative” market-moving events and just seven “positive” announcements by biotechs.

Michael Yee, analyst at Jefferies, said poor sales of Biogen’s Alzheimer’s drug — the first treatment approved in two decades and the only one that purports to slow down the disease — had also shaken the sector.

"Companies are going to be tighter on the purse strings," said Yee, pointing to a $500mn cost-cutting drive announced by Biogen, a large "bellwether" biotech stock.

Yee added that would mean there was "less hiring, less spending, less frothy money being thrown around".

Some investors hope that a drop in biotech valuations will reignite M&A in a sector where dealmaking sank to its lowest level in a decade in 2021.

Big US and European pharma groups have up to $500bn of "dry powder" to spend on acquisitions as they search for promising drugs to replace declining revenues from the loss of patent protection on their existing blockbuster medicines, according to SVB Leerink.

## Biotech fundraising surged during the pandemic

Amount raised through IPOs and secondary offerings ($bn)




Source: Refinitiv

© FT

But some bankers warn there is no guarantee that Big Pharma will turn on the dealmaking spigot and argue that low valuations are not the only factor when deciding whether to make an acquisition.

"A very high valuation may be prohibitive or may be a bottleneck for M&A happening but a very low valuation isn't necessarily a fuelling factor for the deals to happen," said Eric Tokat, a partner at investment bank Centerview Partners.

He said Big Pharma was unlikely to adopt a bargain-hunting approach that he described as "you can buy three for the price of one — let's just go shopping".

In the meantime, biotech founders and investors are asking when the market rout will end and how it will affect the sector in the longer term.

"I don't think it is the kind of bubble we saw with the [dotcom] internet bubble, where it pops and we have a decade of reckoning," said Brad Loncar, a biotech investor.

"The next decade is going to be defined by a global competition in sciences and biotech will be at the forefront of that," Loncar added. "Especially after Covid, all around the world governments will prioritise investing in biotech and drug development."

Kiecolt-Wahl said there were enough long-term buyers, including well-funded venture capitalists that saw biotech as a megatrend, to keep capital flowing into the sector.

"I don't think we have a supply of capital problem. But the terms are obviously favouring those with the capital," he said. "The pendulum has moved to the other side, for now."

---

Copyright The Financial Times Limited 2026. All rights reserved.

---

**Follow the topics in this article**

US companies

IPOs

Health

US equities

Biotech

wny

NATIONAL

# 'Pharma Bro' Martin Shkreli has been released from prison

MAY 19, 2022 · 10:45 AM ET

By Rina Torchinsky



Martin Shkreli leaves after appearance on Capitol Hill in Washington before the House Committee on Oversight and Reform Committee, Feb. 4, 2016.
*Susan Walsh/AP*

Martin Shkreli, a former pharmaceutical executive known for raising the price of a life-saving drug by 5,000%, was released from prison and transferred Wednesday to community confinement, the Federal Bureau of Prisons told NPR.

Community confinement refers to home confinement or a halfway house, according to the bureau's statement. Shkreli's projected release date from the

Bureau of Prisons is Sept. 14.

In a Wednesday Facebook post, Shkreli shared a selfie with the caption "Getting out of real prison is easier than getting out of Twitter prison."

In 2017 a federal jury found Shkreli, dubbed "Pharma Bro" in the media, guilty on two counts of securities fraud and one count of conspiracy to commit securities fraud. He was sentenced to seven years in prison in 2018.

A judge also ruled that Shkreli must forfeit the money he made from fraud. As part of the $7.4 million forfeiture judgement, the United States sold the only copy of the Wu-Tang Clan album *Once Upon a Time in Shaolin,* which was once owned by Shkreli.



THE TWO-WAY

**Martin Shkreli Sentenced To 7 Years For Securities Fraud**

While he was head of Turing Pharmaceuticals, Shkreli notoriously raised the price of the life-saving drug Daraprim, an antiparasitic medication commonly used by AIDS patients and others with suppressed immune systems, from $13.50 per pill to $750. The move drew fierce backlash, but even with the approval of a generic version in 2020, the price per pill is still above $700 today, according to Drugs.com.

In January a U.S. District Judge ordered Shkreli to return $64.6 million in profits from the Daraprim price hike. Shkreli also was barred from the pharmaceutical industry for the rest of this life.

In a statement, attorneys for Shkreli told NPR that he had completed "all programs that allowed for his prison sentence to be shortened."

"While in the halfway house I have encouraged Mr. Shkreli to make no further statement, nor will he or I have any additional comments at this time," the statement read.

martin shrkeli securities fraud pharmaceutical prices

READ & LISTEN

**Home**

**News**

**Culture**

**Music**

**Podcasts & Shows**

CONNECT

**Newsletters**

**Facebook**

**Instagram**

**Press**

**Public Editor**

**Corrections**

**Transcripts**

**Contact & Help**

ABOUT NPR

**Overview**

**Diversity**

**NPR Network**

**Accessibility**

GET INVOLVED

**Support Public Radio**

**Sponsor NPR**

**NPR Careers**

**NPR Shop**

# Trading Competition!

This week I began a two month trading competition with an AMC "ape".



MARTIN SHKRELI
JUL 18, 2022

18 3 Share

Starting today, I'll be competing in a trading challenge with Matt Khors, who became notable as an AMC "ape". We're both putting up $50,000 to see who can do better over two months. You can learn more on my YouTube and Twitter:

https://www.youtube.com/channel/UCjYKsjt-7EDU78KEcVbhYnQ

Thanks for reading Martin's Newsletter!
Subscribe for free to receive new posts and support my work.

Type your email... Subscribe

https://www.twitter.com/zkenrique7

Other than that, I have a lot going on in the web3 space. I'll be making an announcement in roughly one week as to what I've been working on. I'm excited about that, so stay tuned.

One of the more modest projects involves $BSI. This is a token that was made without my consent, but I've happily adopted it in an effort to bring utility to "shitcoins". This is not an invitation to make a shitcoin with my name and expect me to create a software company around it! Nevertheless, I have been thinking about creative ideas to integrate my music collection with a telegram chat. I played a little bit of the Wu-Tang album (very low-fi) there yesterday. A web3 record label? A FIL/AR/AUDIO database? An asset-backed music museum/collection? Time will tell, but anything music-related I'm going to do, I'll do it with $BSI.

The other two projects are $MSI, which will be unveiled next week, $SHKI and the humorously named $SHKITTY. The overarching thesis here is that I wanted to launch web3 projects anyway, so adopting already-existing community-created "shkrelicoins" didn't seem like a terrible idea. To me, this is akin to buying an OTC stock or reverse merging and putting your own management team in place. Let's give it a shot!

I have also uploaded some financial models on github. This is a very early work in progress, but feel free to check it out at:

www.github.com/martinshkreli

Thanks for reading Martin's Newsletter! Subscribe for free to receive new posts and support my work.

Type your email... Subscribe

18 Likes

## Discussion about this post

Comments Restacks

Write a comment...

**John Cook** Jul 19, 2022

the masterclass is back in session!!

LIKE (1) REPLY SHARE

**Elijah** Jul 18, 2022

Exciting times!

LIKE REPLY SHARE

**1 more comment...**

© 2026 Martin Shkreli · Privacy · Terms · Collection notice
Substack is the home for great culture

# Feedforward

The last week for me



MARTIN SHKRELI
JUL 28, 2022

27 3 Share

**Druglike**

The response to my new startup, Druglike (www.druglike.com), has been incredible. Thank you to everyone who is taking a chance on us, everyone who is interested in this new product and everyone who gave well wishes.

Thanks for reading Martin's Newsletter! Subscribe for free to receive new posts and support my work.

Type your email... Subscribe

Which brings me to "Web3" and "crypto".

The goal of software, especially at the application layer, is to enhance user productivity. To make the user happy, so they can do their job better and faster. All of the great software products do this, regardless of their technology stack, paradigm, design patterns, etc.

I have no allegiance to Web3. It is not some monolith I pray to. There is no software company that can afford to ignore the implications of some of these new technologies, just as there was no software company who could afford to ignore cloud computing, web services/SAAS, AI, etc. These are indisputably new tools. If you can integrate them in your software to create value, great. If you can't, that's fine too.

There are plenty of software technologies that have disappointed in their impact. I'll never build a company that relies exclusively on the success of one risky, bleeding edge paradigm. Just as I never built a drug company that relied on one drug. If you make

some Web3 infrastructure tool, you absolutely need the Web3 movement to "work" for your company to flourish.

My company is about software that will make the lives and jobs of chemists around the world easier. If you want to make a pesticide, animal health drug, yes, even a pharmaceutical, our simulation software will help, period. We have enough that is new and exciting that we will succeed even if Web3 is a flash in the pan, which to be clear, I do not think will be the case.

Some of the feedback I've been getting includes that this is one of the first attempts at a tangible real-world application of Web3. Maybe that's true, and I think the space certainly needs to move away from purely DeFi. As I said, no software company should be ignoring how distributed technologies will change the way we compute. Even if that is as simple as a Login With MetaMask button replacing every Login with Google button.

**Markets**

Interestingly, Cadence acquired Druglike competitor OpenEye for $500 million last night!

Both Facebook and Google are lapping really tough comparables. That's the excuse, at least, per the companies. Which means that, at best, the last two years of strong growth was demand pull-in, not the acceleration of "a new normal". We sort of knew that already, looking at a Nasdaq chart, but it is still puzzling to see YouTube grow 5% and Facebook have negative y/y revenue. That's not just comparables. You could argue the rest of Google is growing faster and TikTok is causing Facebook problems, but I'd argue we have a bigger problem. Stay frosty!

I'm short SIGA. Monkeypox is hard to catch and transmit, the graph of confirmed cases is thankfully linear and while we're in a pandemic-sensitive time, monkeypox should fade into the background. Famous last words, but that's my take.

In my trading competition:

Day: Return (Cumulative Return)

7/18/22: +1.1% (+1.1%)

7/19/22: +3.4% (+4.6%)

7/20/22: +1.3% (+5.9%)

7/21/22: +0.2% (+6.2%)

7/22/22: +1.2% (+7.4%)

7/25/22: -0.7% (+6.7%)

7/26/22: -2.5% (+4.1%)

7/27/22: +2.2% (+6.3%)

Positions

Long: LQDA, BABA, GOOG, RBLX, TSLA, AMC, TEAM, VERU

Short: SIGA, MSFT, ISRG, UBI.FP, SGHC, CVM

Thanks for reading Martin's Newsletter! Subscribe for free to receive new posts and support my work.

Type your email... Subscribe

27 Likes

## Discussion about this post

Comments Restacks

Write a comment...

Martin Shkreli Jul 28, 2022
Author

thanks to Amanda for pointing out the typo in the original cumulative returns!

you can find every single trade on my github: github.com/martinshkreli/models in the Competition.xlsx file.

LIKE (2) REPLY SHARE

**1 reply**

Boomer Rawlings Jul 30, 2022

I really appreciate your more level headed perspective on Web3 and the potential it has. When doing something new with new technology it's easy to let a project get shoehorned into something that ends up really limiting it long-term. Can't wait to see more!

LIKE (1) REPLY SHARE

**1 more comment...**

© 2026 Martin Shkreli · Privacy · Terms · Collection notice
Substack is the home for great culture

EQ | GlobeNewswire by notified

Newsroom
Services
Contact Us
Sign In
Register
About Us
English

SIGA

# SIGA Announces BARDA Exercise of Procurement Options Valued at Approximately $26 Million for IV TPOXX®

August 09, 2022 07:30 ET | Source: SIGA Technologies Inc.

Follow

Company Profile

SIGA Technologies Inc.

**Industry:** Biotechnology

**Website:** https://www.siga.com

Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

**- IV TPOXX is an Important Option for Those Unable to Swallow –**

**- Option to Fund Post-Marketing Field Study for IV TPOXX also Exercised –**

NEW YORK, Aug. 09, 2022 (GLOBE NEWSWIRE) -- SIGA Technologies, Inc. (SIGA) (NASDAQ: SIGA), a commercial-stage pharmaceutical company, today announced the exercise of procurement options under its 75A50118C00019 (19C) contract with the U.S. Department of Health and Human Services for the delivery to the U.S. government of intravenous (IV) formulation of TPOXX treatment courses valued at approximately $26 million . These option exercises represent the first procurement option exercises for IV TPOXX under the 19C contract. Product deliveries of IV TPOXX in connection with these contract options are targeted for 2023. IV TPOXX is an important option for those who are unable to swallow.

Share

"These option exercises for the procurement of IV formulation of TPOXX as well as the funding of a post-marketing field study for IV TPOXX highlight the growing importance of a broad-based response to the substantial risks posed by the orthopox family of viruses, including smallpox and monkeypox," said Phil Gomez, CEO of SIGA. "The exercised options are among many procurement options under the 19C contract that remain to be exercised and, as such, we will continue to coordinate with the U.S. government toward future procurements of oral TPOXX and IV TPOXX."

The procurement options, which were exercised by the Biomedical Advanced Research and Development Authority (BARDA), part of the office of the Administration for Strategic Preparedness and Response at the U.S. Department of Health and Human Services, include the manufacture of bulk drug substance and the use of such substance to manufacture and deliver final drug product of IV TPOXX.

**ABOUT SIGA TECHNOLOGIES, INC. and TPOXX®**

SIGA Technologies, Inc. is a commercial-stage pharmaceutical company focused on the health security market. Health security comprises countermeasures for biological, chemical, radiological and nuclear attacks (biodefense market), vaccines and therapies for emerging infectious diseases, and health preparedness. Our lead product is TPOXX®, also known as tecovirimat and ST-246®, an orally administered and IV formulation antiviral drug for the treatment of human smallpox disease caused by variola virus. TPOXX is a novel small-molecule drug and the U.S. maintains a supply of TPOXX under Project BioShield. The oral formulation of TPOXX was approved by the FDA for the treatment of smallpox in 2018, and the IV formulation was approved for the same indication in 2022. The full label is available by clicking here. Oral tecovirimat received approval from the European Medicines Agency (EMA) and the Medicines and Healthcare Products Regulatory Agency (MHRA) in the United Kingdom in 2022. The EMA and UK approvals include labeling for oral tecovirimat indicating its use for the treatment of smallpox, monkeypox, cowpox, and vaccinia complications following vaccination against smallpox. The full label is available by clicking here. In September 2018, SIGA signed a contract with the Biomedical Advanced Research and Development Authority (BARDA), part of the office of the Assistant Secretary for Preparedness and Response within the U.S. Department of Health and Human Services, for additional procurement and development related to both oral and intravenous formulations of TPOXX. This project has been funded in whole or in part with federal funds from the Administration for Strategic Preparedness and Response, Biomedical Advanced Research and Development Authority, under contract number HHSO100201800019C. For more information about SIGA, please visit www.siga.com.

**About Smallpox**

Monkeypox is a disease caused by infection with the monkeypox virus, which is in the same family of viruses as smallpox. Monkeypox symptoms are similar to smallpox, but not as severe and with historical mortality of less than 1% to 10% depending on region and clade. The first human case of monkeypox was recorded in 1970. Since then, monkeypox has been reported in several central and western African countries, with case numbers greatly increasing in recent years because the virus is endemic in those countries. Prior to the ongoing 2022 outbreak, nearly all monkeypox cases in people outside of Africa were linked to international travel to countries where the disease commonly occurs, or through imported animals, including two cases in the United States in 2021. These cases are currently occurring on multiple continents. On July 23, 2022, the World Health Organization (WHO) declared the monkeypox outbreak a public health emergency of international concern. On August 4, 2022, the U.S. government declared the monkeypox outbreak as a public health emergency.

**FORWARD-LOOKING STATEMENTS**

This press release contains “forward-looking statements” within the meaning of the Private Securities Litigation Reform Act of 1995, as amended, including statements relating to the progress of SIGA’s development programs and timelines for bringing products to market, delivering products to the Strategic Stockpile, the enforceability of our procurement contracts, such as the 19C BARDA Contract (the "BARDA Contracts"), with BARDA, the impact of the COVID pandemic and responding to the global outbreak of monkeypox. The words or phrases “can be,” “expects,” “may affect,” “may depend,” “believes,” “estimate,” “project” and similar words and phrases are intended to identify such forward-looking statements. Such forward-looking statements are subject to various known and unknown risks and uncertainties, and SIGA cautions you that any forward-looking information provided by or on behalf of SIGA is not a guarantee of future performance. SIGA’s actual results could differ materially from those anticipated by such forward-looking statements due to a number of factors, some of which are beyond SIGA’s control, including, but not limited to, (i) the risk that BARDA elects, in its sole discretion as permitted under the BARDA Contracts, not to exercise all, or any, of the remaining unexercised options under those contracts, (ii) the risk that SIGA may not complete performance under the BARDA Contracts on schedule or in accordance with contractual terms, (iii) the risk that the BARDA Contracts are modified or canceled at the request or requirement of the U.S. Government, (iv) the risk that the nascent international biodefense market does not develop to a degree that allows SIGA to successfully market TPOXX® internationally, (v) the risk that potential products, including potential alternative uses or formulations of TPOXX® that appear promising to SIGA or its collaborators, cannot be shown to be efficacious or safe in subsequent pre-clinical or clinical trials, (vi) the risk that SIGA or its collaborators will not obtain appropriate or necessary governmental approvals to market these or other potential products or uses, (vii) the risk that SIGA may not be able to secure or enforce sufficient legal rights in its products, including intellectual property protection, (viii) the risk that any challenge to SIGA’s patent and other property rights, if adversely determined, could affect SIGA’s business and, even if determined favorably, could be costly, (ix) the risk that regulatory requirements applicable to SIGA’s products may result in the need for further or additional testing or documentation that will delay or prevent SIGA from seeking or obtaining needed approvals to market these products, (x) the risk that the volatile and competitive nature of the biotechnology industry may hamper SIGA’s efforts to develop or market its products, (xi) the risk that changes in domestic or foreign economic and market conditions may affect SIGA’s ability to advance its research or may affect its products adversely, (xii) the effect of federal, state, and foreign regulation, including drug regulation and international trade regulation, on SIGA’s businesses, (xiii) the risk of disruptions to SIGA’s supply chain for the manufacture of TPOXX®, causing delays in SIGA’s research and development activities, causing delays or the re-allocation of funding in connection with SIGA’s government contracts, or diverting the attention of government staff overseeing SIGA’s government contracts, (xiv) the risk that the U.S. or foreign governments' responses (including inaction) to national or global economic conditions or infectious diseases, such as COVID-19, are ineffective and may adversely affect SIGA’s business, and (xv) risks associated with responding to the current monkeypox outbreak, as well as the risks and uncertainties included in Item 1A “Risk Factors” of our Annual Report on Form 10-K for the year ended December 31, 2021 and SIGA's subsequent filings with the Securities and Exchange Commission. SIGA urges investors and security holders to read those documents free of charge at the SEC's website at http://www.sec.gov. All such forward-looking statements are current only as of the date on which such statements were made. SIGA does not undertake any obligation to update publicly any forward-looking statement to reflect events or circumstances after the date on which any such statement is made or to reflect the occurrence of unanticipated events.

*The information contained in this press release does not necessarily reflect the position or the policy of the Government and no official endorsement should be inferred.*

**Contacts:**

Investor Contact
Laine Yonker, Edison Group
lyonker@edisongroup.com

# Stock Market, anti-Web3/Shkreli Peanut Gallery

What's new in Shkreli's world?

MARTIN SHKRELI
AUG 25, 2022

20 11 Share

Hi everyone! Sorry I have been MIA. I have a lot going on.

**Stock Market**

Thanks for reading Martin's Newsletter! Subscribe for free to receive new posts and support my work.

Type your email... Subscribe

Siga is finally falling as the markets realize monkeypox will not be too impactful. I made this sarcastic tweet a week or so ago:




This chart is a bit updated, includes the most recent data and revisions. Around 300 people are diagnosed with this self-resolving, R_0 <1.0 disease every day, and that is declining as awareness spreads. It's kind of like herpes * 10E-7.




My portfolio is up 6% over the last month or two. The "competition" I had with Matt Kohrs is over but I'll try to keep running this trading account for anyone who thinks its helpful. You can see all trades and NAVs on Github, exported straight from Interactive Brokers.

I have always been more focused on creating wealth by creating my own companies than investing. Investing does pay the bills, too. Congrats to anyone who followed my LQDA advice, as that stock has done quite well. I still like it, less of course, now that it has almost doubled. That's the only formal recommendation I've made. You'll know it's a "real" recommendation when I either make the trade myself or post it on r/WSB. Everything else is just words. WSB is not what it used to be, sadly.

AMC. I'm still short. Obviously the idea that you could issue a new stock that doesn't do anything is being born out as ridiculous. Otherwise, Microsoft would have XBOX, Pfizer could issue DRUG and market caps would go wild. Reason is prevailing a bit here. AMC isn't some mega short or anything, there is some modest downside remaining, but, I think capitulation from "Apes" is probably coming. No one will want to stay excited a year or two from now without serious business changes. Serious business changes mean serious risks of execution. This game is not easy.

**Druglike, Being Hacked, Peanut Gallery**

I was hacked! I have learned that there is so much fraud in cryptocurrency that somehow, some people, mostly complete morons, believe that I somehow hacked

myself as an "inside job". One friend at a16z commented that only an idiot could possibly believe that. They are right. But, given the unending fraud in the space, it is somewhat reasonable to question every hack as self-motivated. It's probably unreasonable to immediately assume every hack is an inside job, though. Some really careless and, quite frankly, dangerous people did that in my case.

While the company Druglike will release its own data and statements, I have conclusive proof of my lack of involvement. In addition to the extremely embarrassing facts I've released about what actually happened (a RAT masquerading as an adult torrent), the logic and blockchain data speak for themselves. Thankfully, I am speaking with law enforcement later this afternoon in an effort to track down the culprits. Some funds have been frozen, and I am specifically focused on Changenow as a KYC-less exchange that was used to 'mix' the stolen assets.

While many in crypto don't want to see pressure against Tornado Cash, Changenow and mixers in general, I think that some KYC (especially in the circumstance of crime), doesn't hurt. Fiat on/offramps in the US require KYC anyway, so why allow the rest of the world to facilitate crime? It feels like we want liberty for everyone other than the United States, which only hurts us as others shrug their shoulders, exploit, hack and money launder while we cut our nose to spite our face defending the sanctity of freedom we don't enjoy. I'm not against Tornado, but as a victim (with admittedly poor OpSec awareness) I feel like there should be a better way.

Anyway, Druglike is doing just fine as we have bought back a bunch of the sold tokens and replaced some LP. The token for Druglike is an ERC-20 contract named "MSI". This brings me to some peanut gallery constituents.

**Peanut Gallery #1: Matt Levine**

Matt is a somewhat decent writer, but those are a dime a dozen in the NYC liberal milieu. What he's not is a practitioner. Practitioners are the only valuable commentators you need to listen to. A former (bored? failed?) practitioner isn't so exciting. So while Bloomberg's overpriced terminal subsidizes whatever pittance Matt gets to scrawl sardonic 'takes' on whatever is going on in finance, the Shkreli coin asset class that I didn't even create is collectively trading for more than $5 million. The actual companies behind them are worth far more. Sucks to be Matt, I guess.

What is the point of writing and not practicing? Is it to race Michael Lewis to the bottom in ignorance? "How fast can I be misleading and useless to as many people as possible?" Matt seems to have taken issue or observed that MSI's token price has

dropped. Aside from not being able to control markets for assets, I would point out that the Shkreli token was created on 5/21 to ostensibly commemorate my release from prison. Understandably upset, I confronted the people who set up this contract with the goals of them 'shutting it down' (not possible) and discovered they created an interesting community of supporters. I decided to relieve them of the plight of Ponzinomics by actually helping to create actual software that goes with their token (you can try this software out at screen.druglike.com). Trying to help people playing financial musical chairs is a good thing. Bringing something real to crypto is a good thing. Of course, a bubble was created and this token traded to $30 million. It fell to $10 million and then I clicked a porn link. It's at $5 million now.

I'm okay with all of this (excluding the frustrating security mistake). If you are directly saying that I scammed someone, and you're willing to put your real name behind it, I will sue you. I don't care if that makes me "weak" in your mind. Why?

The thing esteemed commentators don't understand is when you build a company, it is your 'baby'. You instantiate it, you nurture it and grow it with all the love and care you can. You mess up sometimes, but you work hard to make it the best company you can. If someone wants to denigrate your company, that's okay. I do that to a lot of other people's companies. But if someone wants to suggest you're a bad father, or much worse, that you're a child abuser, that crosses a line emotionally that is hard to explain. It only makes sense if you've done this before.

**Peanut Gallery #2: Molly White**

Molly is a 'programmer' despite little evidence to the contrary (do you see how two can play this game?). Check out her illustrious github (https://github.com/molly) where you will see tons of commits… to her website repo. Six years of experience at Hubspot frontend doesn't qualify you to say or do very much. Nevertheless, Molly pontificates broadly and foolishly on whatever she can that casts 'web3' (whatever that is) in a negative light. This mostly consists of regurgitating various crypto hacks and seemingly implying "crypto sucks because it gets hacked a lot". There is no salient thought there.

By the way, what do I think web3 is? Web3 is just a suite of tools based on innovations and trends in 'crypto' (another circular definition). Things like ZKP, distributed ledgers and attendant tokens are 'web3'. You can't precisely define this technology just as you can't precisely define SaaS: it means different things to different people. Technology is full of these nomenclature ambiguities and replacing critical thinking with jabs at semantics is about as useless as White's career.

Anyway, it seems clear that "writing about technology" (which I'm not sure she's doing) is a more promising career for Molly than actually making technology. Molly never tried our software, which she herself couldn't build in a million years. But she sees fit to comment on it. Molly quotes zachxbt, a crypto investigator, who I worked with on my hack, and helped freeze hacker funds, while also maintaining I was not hacked. Molly is mad about Adam Neumann's success because she can't do anything like that. This has nothing to do with web3 or technology at all, she's just mad at the white "tech bro" because that's what liberals do.

Molly doesn't like facts or thinking (thankfully the courts do). She likes narrative because her idiot readers like narratives. If you're a developer who has a thorn in their ass about learning a new stack, you shouldn't be a developer. But you might gain some solace reading White's blog because you think you may now not need to learn the web3 stack. You're fine with the Facebook and Google auth libraries, why learn a more trustless/secure one? You like the web just as it is. Solidity scares you. You want to keep DOM safe and sound, thank you very much. Probably the same people who thought we'd never transition to the web in the first place. People working on Siebel and PeopleSoft stuck in client/server ERP '90s.

In my case, Molly can't understand the difference between a software company and a pharmaceutical company. That makes sense since she hasn't started any kind of company, ever, and I've done plenty of both. I understand entrepreneurship isn't for everyone: it's very difficult, blogging and editing Wikipedia is a bit easier. Having said that, let me help out: a pharmaceutical company researches pharmaceuticals by testing them in animals and people, and upon winning regulatory approval, sells them via the prescription drug framework. A software company has software engineers who generally write code in a programming language. That code is compiled into some sort of application. That application is monetized. You may be familiar with that, I think you may have been gainfully employed at one time or another by one? If you need help understanding what a pharmaceutical company is, ask around! But no, software and pharma are different, it turns out, despite her wishing otherwise (https://web3isgoinggreat.com/?id=martin-shkreli-dumps-his-projects-token-in-hack).

Journalists and writers tend to project their wishes instead of writing about what happened. That's misleading and shameful. Molly's title, "Martin Shkreli dumps his project's token in "hack", is willfully misleading and shameful, and, in fact, libelous. The amount of commas in the preceding sentence is probably illegal, too. She even claims I am "pulling off a scam". I am speaking to law enforcement later today about the IC3 filing I made. They've taken my victimhood seriously enough to help out.

Molly wants to accuse me of a crime. I think that merits legal action. Sorry, Molly. Hope your blog revenue can pay your legal bills.

Molly recapitulates the quickly debunked error that I 'funded' my own attacker's wallet. No, that was my own wallet. Here are the addresses. I'm not sure Molly knows how to traverse the blockchain. Databases are something backend engineers do, I believe.

**Destiny**

Destiny, whose IRL name is Steve Bannon or something, used to be my 'internet friend'. Then he also claimed I was hacked without any spot of thinking or research. Nice friend.

**Proof of hack**

OKX has the address of a hacker that sent funds from my wallet to the hacker's wallet that is also implicated in a December hack. While it is possible that I was also behind the December hack (apparently tricking people to sign up for something called MutaMask.xyz), phishing from prison, I think it is far more likely this is just a group that likes to take money from dumb/hapless people (including me).

I filed an IC3.gov form, which is available for an intrepid journalist who is actually willing to tell the truth. After two weeks, I just received an IC3 response from the FBI! I'm talking to them today and am quite excited to get to the bottom of this. Those emails are available to an intrepid journalist willing to pursue truth over narrative, as well. Here are redacted versions:



IC3 follow-up External Inbox

[redacted]@fbi.gov> Wed, Aug 24, 9:49 AM (1 day ago)
to me

Good morning Mr. Shkreli,

I am following up on an IC3 complaint you made regarding a hack and subsequent theft of cryptocurrency. We would like to do a phone interview to get some more details and see if we can assist. Let me know when you would be available. Thank you.

Best,

[redacted]
Special Agent
FBI New York | Cyber Crimes Task Force
Desk: 212-384[redacted]

[redacted]@fbi.gov> Wed, Aug 24, 12:33 PM (1 day ago)
to me

As per our earlier conversation, I'm confirming for a 2 pm phone interview tomorrow. Here is the conference line information:

Phone number: [redacted]
Guest passcode: [redacted]

Thanks

Confirmed, thank you. | Confirmed! | I am not available at that time.

Reply | Forward

Here is some basic info if you want to follow the chain:

My 3 wallets prior to hack:

0x6B490F3570b53e4B92656a57E17Fc9fE1E18C2Ca (main wallet)

0x7f3d3098B2618f07086aDdDe5eA67196fAC3DcD7 (backup wallet)

0x628140c58E0fABCa9d02d600E1938f6ffFd49a05 (backup wallet)

Notice that this wallet was erroneously thought to be the 'hacker wallet I funded'. Even a perfunctory analysis of this clears the air. People like Molly shoot first, shoot second and never ask questions later. That calls for action. Stay tuned.

Attacker addresses of note:

0xEaf0f8ba50d1c0C6bb397Cff978C81cc26eba353

0x19130a2dC1ec331DD4eaF8F8fFFEc5a0d4969762 --116 eth

0x6b11a8c2CEe6247ca8d274b2f1f688e76368a7BE - 66 eth

0x9576acEaE7fC19CdfcABE89C8fd4368875E48648 - 15eth

0x5fc4b67F5F8E8fc879ec66F3E92900A7eB7f219e

Thanks for reading Martin's Newsletter!
Subscribe for free to receive new posts and support my work.

Type your email... Subscribe

20 Likes

## Discussion about this post

Comments Restacks

Write a comment...

**Patrick** Aug 25, 2022 *Edited*

Can someone explain to a web3 layman how Martin came across this porn torrent? Did someone send this to him? Was he, despite being rich and the year being 2022, pirating pornography? was this a phishing scam where Martin was torrenting something innocuous?

LIKE (1) REPLY SHARE

**2 replies by Martin Shkreli and others**

**Chandler** Aug 28, 2022 *Edited*

Hello, I might be a dumbass for asking but I've been following you for a while and I've seen your analysis on multiple stocks and I was wondering, where I can see what you're currently shorting or buying? The excel on your Github is helpful but I can't make heads or tales out of it and don't understand what I'm actually seeing in the Excel. Thank you in Advance.

LIKE REPLY SHARE

**9 more comments...**

| SYMBOL | DATE/TIME | QUANTITY | T. PRICE | C. PRICE | PROCEEDS | COMM/FEE | BASIS | REALIZED | MTM P/L | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| GOOG | 2022-07-14, 10:24:15 | 2 | 2,199.84 | 2,228.80 | -4,399.68 | -1.00 | 4,400.68 | 0.00 | 57.92 | O |
| Total GOOG | | 2 | | -4,399.68 | -1.00 | 4,400.68 | 0.00 | 57.92 | | |
| MSFT | 2022-07-14, 09:02:50 | 5 | 250.44 | 254.08 | -1,252.20 | -1.00 | 1,253.20 | 0.00 | 18.20 | O |
| MSFT | 2022-07-14, 09:44:35 | -100 | 248.83 | 254.08 | 24,883.00 | -1.58 | -24,891.50 | -10.08 | -525.00 | C;O;P |
| MSFT | 2022-07-14, 09:46:46 | 95 | 249.35 | 254.08 | -23,688.25 | -1.00 | 23,638.30 | -50.95 | 449.35 | C |
| Total MSFT | | 0 | | -57.45 | -3.58 | 0.00 | -61.03 | -57.45 | | |
| SPY | 2022-07-14, 07:28:46 | -1 | 374.07 | 377.91 | 374.07 | -1.01 | -373.06 | 0.00 | -3.84 | O |
| SPY | 2022-07-14, 08:45:27 | 7 | 374.10 | 377.91 | -2,618.70 | -1.00 | 373.06 | -1.18 | 26.67 | C;O |
| SPY | 2022-07-14, 09:36:23 | 6 | 372.78 | 377.91 | -2,236.68 | -1.00 | 2,237.68 | 0.00 | 30.78 | O |
| Total SPY | | 12 | | -4,481.31 | -3.01 | 2,237.68 | -1.18 | 53.61 | | |
| Total | | | | -8,938.44 | -7.59 | 6,638.36 | -62.21 | 54.08 | | |
| | | | | | | | | | | |
| UBI | 2022-07-15, 08:32:06 | -50 | 39.96 | 39.58 | 1,998.00 | -1.25 | -1,996.75 | 0.00 | 19.00 | O |
| Total UBI | | -50 | | 1,998.00 | -1.25 | -1,996.75 | 0.00 | 19.00 | | |
| Total | | | | 1,998.00 | -1.25 | -1,996.75 | 0.00 | 19.00 | | |
| Total in USD | | | | 2,015.58 | -1.26 | -2,014.32 | 0.00 | 19.17 | | |
| | | | | | | | | | | |
| GME | 2022-07-15, 10:09:49 | 4 | 137.17 | 141.64 | -548.68 | -1.00 | 549.68 | 0.00 | 17.88 | O |
| GME | 2022-07-15, 10:47:05 | 4 | 135.53 | 141.64 | -542.12 | -1.00 | 543.12 | 0.00 | 24.44 | O |
| Total GME | | 8 | | -1,090.80 | -2.00 | 1,092.80 | 0.00 | 42.32 | | |
| SPY | 2022-07-15, 09:31:45 | -100 | 383.22 | 385.13 | 38,322.29 | -1.89 | -38,206.00 | 115.58 | -190.71 | C;O;P |
| SPY | 2022-07-15, 09:32:38 | 80 | 383.19 | 385.13 | -30,655.20 | -1.00 | 30,657.14 | 0.94 | 155.20 | C |
| SPY | 2022-07-15, 09:57:02 | -8 | 381.17 | 385.13 | 3,049.36 | -1.07 | -3,048.29 | 0.00 | -31.68 | O |
| SPY | 2022-07-15, 10:12:30 | 100 | 383.15 | 385.13 | -38,314.80 | -1.00 | 6,112.82 | -17.71 | 198.20 | C;O |
| SPY | 2022-07-15, 10:12:51 | -84 | 383.11 | 385.13 | 32,181.24 | -1.75 | -32,185.27 | -5.78 | -169.68 | C |
| SPY | 2022-07-15, 10:15:58 | -12 | 382.58 | 385.13 | 4,590.90 | -1.11 | -4,589.79 | 18.10 | -30.66 | O |
| SPY | 2022-07-15, 10:23:07 | -12 | 382.80 | 385.13 | 4,593.60 | -1.11 | -4,592.49 | 0.00 | -27.96 | O |
| SPY | 2022-07-15, 10:24:51 | 24 | 383.40 | 385.13 | -9,201.60 | -1.00 | 9,164.19 | -38.41 | 41.52 | C |
| SPY | 2022-07-15, 10:39:45 | -24 | 383.68 | 385.13 | 9,208.32 | -1.21 | -9,207.11 | 38.41 | -34.80 | O |
| Total SPY | | -36 | | 13,774.11 | -11.14 | -45,894.80 | 111.14 | -90.57 | | |
| TSLA | 2022-07-15, 10:54:15 | 4 | 712.88 | 720.20 | -2,851.52 | -1.00 | 2,852.52 | 0.00 | 29.28 | O |
| Total TSLA | | 4 | | -2,851.52 | -1.00 | 2,852.52 | 0.00 | 29.28 | | |
| Total | | | | 9,831.79 | -14.14 | -41,949.48 | 111.14 | -18.97 | | |
| | | | | | | | | | | |
| AMC | 2022-07-18, 09:37:38 | -301 | 15.87 | 16.54 | 4,776.87 | -1.65 | -30.99 | 0.73 | -201.67 | C;O;P |
| AMC | 2022-07-18, 11:46:39 | -200 | 16.62 | 16.54 | 3,324.00 | -1.10 | -3,322.90 | 0.00 | 16.00 | O;P |
| AMC | 2022-07-18, 14:32:05 | 100 | 16.33 | 16.54 | -1,633.00 | -1.00 | 1,586.45 | 0.00 | 21.00 | C |
| AMC | 2022-07-18, 14:36:28 | -100 | 16.45 | 16.54 | 1,645.00 | -1.05 | -1,643.95 | 0.00 | -9.00 | O |
| AMC | 2022-07-18, 14:47:27 | 100 | 16.31 | 16.54 | -1,631.00 | -1.00 | 1,586.45 | 0.00 | 23.00 | C |
| AMC | 2022-07-18, 15:14:13 | -100 | 16.45 | 16.54 | 1,645.00 | -1.05 | -1,643.95 | 0.00 | -9.00 | O |
| Total AMC | | -501 | | 8,126.87 | -6.86 | -3,468.89 | 0.73 | -159.67 | | |
| AVXL | 2022-07-18, 13:05:59 | -300 | 11.49 | 10.60 | 3,447.00 | -1.62 | -3,445.38 | 0.00 | 267.00 | O;P |
| Total AVXL | | -300 | | 3,447.00 | -1.62 | -3,445.38 | 0.00 | 267.00 | | |
| BABA | 2022-07-18, 12:13:55 | 50 | 104.64 | 103.14 | -5,232.00 | -1.00 | 5,233.00 | 0.00 | -75.00 | O |
| Total BABA | | 50 | | -5,232.00 | -1.00 | 5,233.00 | 0.00 | -75.00 | | |
| CVM | 2022-07-18, 14:00:51 | -500 | 3.47 | 3.34 | 1,735.00 | -2.60 | -1,732.40 | 0.00 | 65.00 | O;P |
| Total CVM | | -500 | | 1,735.00 | -2.60 | -1,732.40 | 0.00 | 65.00 | | |
| GME | 2022-07-18, 09:19:59 | -8 | 145.12 | 146.64 | 1,160.96 | -1.03 | -1,092.80 | 67.13 | -12.16 | C |
| GME | 2022-07-18, 09:33:13 | 10 | 143.89 | 146.64 | -1,438.90 | -1.00 | 1,439.90 | 0.00 | 27.50 | O |
| GME | 2022-07-18, 09:36:48 | -10 | 145.00 | 146.64 | 1,450.00 | -1.03 | -1,439.90 | 9.07 | -16.40 | C |
| Total GME | | -8 | | 1,172.06 | -3.06 | -1,092.80 | 76.20 | -1.06 | | |
| META | 2022-07-18, 09:19:49 | 30 | 167.54 | 167.23 | -5,026.20 | -1.00 | 5,027.20 | 0.00 | -9.30 | O |
| Total META | | 30 | | -5,026.20 | -1.00 | 5,027.20 | 0.00 | -9.30 | | |
| RBLX | 2022-07-18, 09:31:00 | 100 | 40.60 | 39.75 | -4,060.00 | -1.00 | 4,061.00 | 0.00 | -85.00 | O |
| Total RBLX | | 100 | | -4,060.00 | -1.00 | 4,061.00 | 0.00 | -85.00 | | |
| SIGA | 2022-07-18, 12:29:35 | -300 | 14.07 | 13.96 | 4,219.50 | -1.64 | -4,217.86 | 0.00 | 31.50 | O |
| Total SIGA | | -300 | | 4,219.50 | -1.64 | -4,217.86 | 0.00 | 31.50 | | |
| VERV | 2022-07-18, 11:41:31 | -100 | 28.37 | 26.31 | 2,837.20 | -1.08 | -2,836.12 | 0.00 | 206.20 | O;P |
| VERV | 2022-07-18, 12:03:53 | -100 | 27.68 | 26.31 | 2,768.00 | -1.08 | -2,766.92 | 0.00 | 137.00 | O |
| VERV | 2022-07-18, 12:10:11 | -100 | 27.00 | 26.31 | 2,700.00 | -1.07 | -2,698.93 | 0.00 | 69.00 | O |
| VERV | 2022-07-18, 13:05:34 | 100 | 25.82 | 26.31 | -2,582.00 | -1.00 | 2,836.12 | 253.12 | 49.00 | C;P |
| VERV | 2022-07-18, 13:10:33 | 100 | 25.65 | 26.31 | -2,565.00 | -1.00 | 2,766.92 | 200.92 | 66.00 | C;P |
| VERV | 2022-07-18, 13:22:09 | 100 | 25.27 | 26.31 | -2,527.00 | -1.00 | 2,698.93 | 170.93 | 104.00 | C |
| Total VERV | | 0 | | 631.20 | -6.23 | 0.00 | 624.97 | 631.20 | | |
| Total | | | | 5,013.43 | -25.01 | 363.87 | 701.90 | 664.67 | | |
| | | | | | | | | | | |
| ADIL | 2022-07-19, 13:36:36 | -1,000 | 1.98 | 1.84 | 1,982.70 | -5.18 | -1,977.52 | 0.00 | 142.70 | O |
| ADIL | 2022-07-19, 14:22:31 | -1,000 | 1.93 | 1.84 | 1,932.28 | -5.17 | -1,927.11 | 0.00 | 92.28 | O;P |
| ADIL | 2022-07-19, 14:37:55 | -1,000 | 1.89 | 1.84 | 1,890.00 | -5.17 | -1,884.83 | 0.00 | 50.00 | O;P |
| Total ADIL | | -3,000 | | | 5,804.98 | -15.52 | -5,789.46 | 0.00 | 284.98 | |
| APLS | 2022-07-19, 09:22:18 | -10 | 56.37 | 52.06 | 563.70 | -1.01 | -562.69 | 0.00 | 43.10 | O |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| APLS | 2022-07-19, 09:26:03 | -10 | 55.83 | 52.06 | 558.30 | -1.01 | -557.29 | 0.00 | 37.70 O |
| APLS | 2022-07-19, 09:31:09 | -10 | 56.53 | 52.06 | 565.30 | -1.01 | -564.29 | 0.00 | 44.70 O |
| APLS | 2022-07-19, 09:32:52 | -1 | 55.55 | 52.06 | 55.55 | -0.56 | -54.99 | 0.00 | 3.49 O |
| APLS | 2022-07-19, 09:33:01 | -29 | 55.49 | 52.06 | 1,609.21 | -1.04 | -1,608.17 | 0.00 | 99.47 O |
| APLS | 2022-07-19, 09:33:46 | -100 | 55.64 | 52.06 | 5,564.00 | -1.14 | -5,562.86 | 0.00 | 358.00 O |
| APLS | 2022-07-19, 11:35:24 | 20 | 54.13 | 52.06 | -1,082.60 | -1.00 | 1,119.97 | 36.37 | -41.40 C |
| APLS | 2022-07-19, 11:44:07 | -30 | 54.56 | 52.06 | 1,636.80 | -1.04 | -1,635.76 | 0.00 | 75.00 O;P |
| APLS | 2022-07-19, 12:18:54 | 20 | 53.85 | 52.06 | -1,077.00 | -1.00 | 1,118.37 | 40.37 | -35.80 C |
| APLS | 2022-07-19, 12:22:35 | 20 | 53.55 | 52.06 | -1,071.00 | -1.00 | 1,109.08 | 37.08 | -29.80 C |
| APLS | 2022-07-19, 12:24:35 | -20 | 53.90 | 52.06 | 1,078.00 | -1.03 | -1,076.97 | 0.00 | 36.80 O |
| APLS | 2022-07-19, 12:36:25 | 20 | 53.62 | 52.06 | -1,072.40 | -1.00 | 1,112.57 | 39.17 | -31.20 C |
| APLS | 2022-07-19, 12:59:47 | 20 | 53.35 | 52.06 | -1,067.00 | -1.00 | 1,112.57 | 44.57 | -25.80 C |
| APLS | 2022-07-19, 13:07:23 | 20 | 53.01 | 52.06 | -1,060.20 | -1.00 | 1,112.57 | 51.37 | -19.00 C |
| APLS | 2022-07-19, 13:15:25 | 20 | 52.61 | 52.06 | -1,052.20 | -1.00 | 1,112.57 | 59.37 | -11.00 C |
| APLS | 2022-07-19, 14:04:45 | -30 | 53.65 | 52.06 | 1,609.50 | -1.04 | -1,608.46 | 0.00 | 47.70 O |
| APLS | 2022-07-19, 14:31:41 | -10 | 53.79 | 52.06 | 537.90 | -1.01 | -536.89 | 0.00 | 17.30 O |
| APLS | 2022-07-19, 15:33:03 | 110 | 52.86 | 52.06 | -5,814.60 | -1.00 | 5,970.65 | 155.05 | -88.00 C;P |
| APLS | 2022-07-19, 15:51:21 | 20 | 52.38 | 52.06 | -1,047.60 | -1.00 | 1,048.60 | 0.00 | -6.40 O |
| APLS | 2022-07-19, 15:52:29 | -20 | 52.07 | 52.06 | 1,041.30 | -1.03 | -1,048.60 | -8.33 | 0.10 C |
| Total APLS | | 0 | | | 474.96 | -19.93 | 0.00 | 455.03 | 474.96 |
| LQDA | 2022-07-19, 13:46:57 | 1,000 | 4.92 | 5.42 | -4,922.60 | -5.00 | 4,927.60 | 0.00 | 497.40 O;P |
| LQDA | 2022-07-19, 13:47:11 | 1,000 | 4.86 | 5.42 | -4,863.00 | -5.00 | 4,868.00 | 0.00 | 557.00 O;P |
| Total LQDA | | 2,000 | | | -9,785.60 | -10.00 | 9,795.60 | 0.00 | 1,054.40 |
| META | 2022-07-19, 12:07:47 | -15 | 174.25 | 175.78 | 2,613.75 | -1.06 | -2,513.60 | 99.09 | -22.95 C |
| META | 2022-07-19, 12:21:55 | -15 | 175.02 | 175.78 | 2,625.32 | -1.06 | -2,513.60 | 110.65 | -11.38 C |
| Total META | | -30 | | | 5,239.07 | -2.12 | -5,027.20 | 209.74 | -34.34 |
| NFLX | 2022-07-19, 16:01:16 | 9 | 214.97 | 201.63 | -1,934.73 | -1.00 | 1,935.73 | 0.00 | -120.06 O |
| Total NFLX | | 9 | | | -1,934.73 | -1.00 | 1,935.73 | 0.00 | -120.06 |
| SPY | 2022-07-19, 09:41:30 | 10 | 385.99 | 392.27 | -3,859.88 | -1.00 | 3,808.61 | -52.27 | 62.82 C |
| SPY | 2022-07-19, 09:49:12 | 100 | 385.93 | 392.27 | -38,593.00 | -1.00 | 36,234.49 | -37.85 | 634.00 C;O;P |
| SPY | 2022-07-19, 09:49:21 | -100 | 385.78 | 392.27 | 38,578.32 | -1.90 | -38,596.86 | 44.62 | -648.68 C;O;P |
| SPY | 2022-07-19, 09:49:32 | 14 | 385.88 | 392.27 | -5,402.29 | -1.00 | 5,335.74 | -67.55 | 89.49 C |
| Total SPY | | 24 | | | -9,276.85 | -4.90 | 6,781.97 | -113.06 | 137.63 |
| Total | | | | | -9,478.18 | -53.47 | 7,696.64 | 551.71 | 1,797.57 |
| | | | | | | | | | |
| ADIL | 2022-07-20, 12:44:09 | 1,000 | 1.49 | 0.98 | -1,488.16 | -5.00 | 1,977.52 | 484.36 | -508.16 C;P |
| ADIL | 2022-07-20, 13:29:05 | 1,000 | 1.26 | 0.98 | -1,260.00 | -5.00 | 1,927.11 | 662.11 | -280.00 C;P |
| ADIL | 2022-07-20, 14:11:40 | 1,000 | 1.11 | 0.98 | -1,110.00 | -5.00 | 1,884.83 | 769.83 | -130.00 C;P |
| Total ADIL | | 3,000 | | | -3,858.16 | -15.00 | 5,789.46 | 1,916.30 | -918.16 |
| APLS | 2022-07-20, 12:44:25 | -100 | 51.69 | 50.81 | 5,169.00 | -1.13 | -5,167.87 | 0.00 | 88.00 O |
| APLS | 2022-07-20, 15:09:56 | 100 | 50.86 | 50.81 | -5,085.51 | -1.00 | 5,167.87 | 81.36 | -4.51 C |
| Total APLS | | 0 | | | 83.49 | -2.13 | 0.00 | 81.36 | 83.49 |
| NFLX | 2022-07-20, 12:42:54 | -9 | 215.30 | 216.44 | 1,937.70 | -1.05 | -1,935.73 | 0.92 | -10.26 C |
| Total NFLX | | -9 | | | 1,937.70 | -1.05 | -1,935.73 | 0.92 | -10.26 |
| SIGA | 2022-07-20, 15:10:11 | 300 | 14.06 | 14.27 | -4,217.01 | -1.50 | 4,217.86 | -0.65 | 63.99 C;P |
| Total SIGA | | 300 | | | -4,217.01 | -1.50 | 4,217.86 | -0.65 | 63.99 |
| VERV | 2022-07-20, 12:43:21 | -100 | 33.34 | 35.91 | 3,334.00 | -1.09 | -3,332.91 | 0.00 | -257.00 O |
| VERV | 2022-07-20, 14:43:37 | 100 | 33.71 | 35.91 | -3,371.30 | -1.00 | 3,332.91 | -39.39 | 219.70 C |
| Total VERV | | 0 | | | -37.30 | -2.09 | 0.00 | -39.39 | -37.30 |
| Total | | | | | -6,091.28 | -21.77 | 8,071.59 | 1,958.55 | -818.24 |
| | | | | | | | | | |
| META | 2022-07-21, 16:16:16 | -20 | 173.77 | 183.17 | 3,475.40 | -1.08 | -3,474.32 | 0.00 | -188.00 O |
| Total META | | -20 | | 3,475.40 | -1.08 | -3,474.32 | 0.00 | -188.00 | |
| SNAP | 2022-07-21, 16:54:42 | -500 | 12.10 | 16.35 | 6,050.00 | -2.70 | -6,047.30 | 0.00 | -2,125.00 O;P |
| SNAP | 2022-07-21, 17:03:49 | -500 | 12.02 | 16.35 | 6,010.00 | -2.70 | -6,007.30 | 0.00 | -2,165.00 O;P |
| Total SNAP | | -1,000 | | 12,060.00 | -5.41 | -12,054.59 | 0.00 | -4,290.00 | |
| SPY | 2022-07-21, 10:07:15 | -25 | 394.16 | 398.79 | 9,854.02 | -1.23 | -9,852.79 | 98.40 | -115.73 O |
| Total SPY | | -25 | | 9,854.02 | -1.23 | -9,852.79 | 98.40 | -115.73 | |
| TWTR | 2022-07-21, 16:21:16 | -100 | 38.89 | 39.52 | 3,889.00 | -1.10 | -3,887.90 | 0.00 | -63.00 O |
| TWTR | 2022-07-21, 16:22:25 | -100 | 38.88 | 39.52 | 3,888.00 | -1.10 | -3,886.90 | 0.00 | -64.00 O |
| TWTR | 2022-07-21, 16:22:55 | -200 | 38.91 | 39.52 | 7,782.30 | -1.20 | -7,781.10 | 0.00 | -121.70 O;P |
| Total TWTR | | -400 | | 15,559.30 | -3.41 | -15,555.89 | 0.00 | -248.70 | |
| VERU | 2022-07-21, 11:30:20 | 100 | 15.73 | 15.92 | -1,572.70 | -1.00 | 1,573.70 | 0.00 | 19.30 O |
| Total VERU | | 100 | | -1,572.70 | -1.00 | 1,573.70 | 0.00 | 19.30 | |
| Total | | | | 39,376.02 | -12.13 | -39,363.89 | 98.40 | -4,823.13 | |
| | | | | | | | | | |
| AMC | 2022-07-22, 10:16:59 | 100 | 16.20 | 15.50 | -1,619.50 | -1.00 | 1,586.45 | 0.00 | -69.50 C |
| AMC | 2022-07-22, 10:51:56 | 100 | 15.78 | 15.50 | -1,577.50 | -1.00 | 1,613.40 | 34.90 | -27.50 C |
| AMC | 2022-07-22, 11:21:53 | 100 | 15.58 | 15.50 | -1,557.50 | -1.00 | 1,616.40 | 57.90 | -7.50 C |
| AMC | 2022-07-22, 11:31:48 | 100 | 15.38 | 15.50 | -1,537.50 | -1.00 | 1,609.90 | 71.40 | 12.50 C |
| AMC | 2022-07-22, 11:51:08 | -100 | 15.56 | 15.50 | 1,556.00 | -1.05 | -1,554.95 | 0.00 | 6.00 O |
| AMC | 2022-07-22, 12:04:16 | 100 | 15.40 | 15.50 | -1,540.00 | -1.00 | 1,643.95 | 102.95 | 10.00 C |
| AMC | 2022-07-22, 12:50:08 | -100 | 15.55 | 15.50 | 1,555.00 | -1.05 | -1,553.95 | 0.00 | 5.00 O |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AMC | 2022-07-22, 14:06:35 | 200 | 15.42 | 15.50 | -3,083.50 | -1.00 | 3,108.90 | 24.40 | 16.50 C;P |
| Total AMC | | 500 | | | -7,804.50 | -8.10 | 8,070.10 | 291.55 | -54.50 |
| ISRG | 2022-07-22, 09:25:00 | -5 | 206.98 | 211.85 | 1,034.90 | -1.02 | -1,033.88 | 0.00 | -24.35 O |
| ISRG | 2022-07-22, 09:31:19 | -10 | 205.36 | 211.85 | 2,053.55 | -1.05 | -2,052.50 | 0.00 | -64.95 O |
| Total ISRG | | -15 | | | 3,088.45 | -2.07 | -3,086.38 | 0.00 | -89.30 |
| META | 2022-07-22, 10:01:39 | 20 | 172.29 | 169.27 | -3,445.78 | -1.00 | 3,474.32 | 27.54 | -60.38 C |
| Total META | | 20 | | | -3,445.78 | -1.00 | 3,474.32 | 27.54 | -60.38 |
| SNAP | 2022-07-22, 07:20:52 | 500 | 11.55 | 9.96 | -5,775.00 | -2.50 | 6,047.30 | 269.80 | -795.00 C;P |
| SNAP | 2022-07-22, 08:19:58 | 500 | 11.24 | 9.96 | -5,620.00 | -2.50 | 6,007.30 | 384.80 | -640.00 C;P |
| Total SNAP | | 1,000 | | | -11,395.00 | -5.00 | 12,054.59 | 654.59 | -1,435.00 |
| SPY | 2022-07-22, 07:43:31 | 25 | 398.08 | 395.09 | -9,952.00 | -1.00 | 9,754.39 | -198.61 | -74.75 C |
| Total SPY | | 25 | | | -9,952.00 | -1.00 | 9,754.39 | -198.61 | -74.75 |
| TWTR | 2022-07-22, 07:47:02 | 100 | 38.40 | 39.84 | -3,840.00 | -1.00 | 3,887.90 | 46.90 | 144.00 C |
| TWTR | 2022-07-22, 08:06:10 | -100 | 38.65 | 39.84 | 3,865.00 | -1.10 | -3,863.90 | 0.00 | -119.00 O |
| TWTR | 2022-07-22, 10:16:43 | -100 | 39.43 | 39.84 | 3,943.00 | -1.10 | -3,941.90 | 0.00 | -41.00 O;P |
| TWTR | 2022-07-22, 11:03:15 | 100 | 39.25 | 39.84 | -3,925.00 | -1.00 | 3,886.90 | 0.00 | 59.00 C |
| TWTR | 2022-07-22, 12:35:03 | -100 | 39.47 | 39.84 | 3,946.50 | -1.10 | -3,945.40 | 0.00 | -37.50 O |
| Total TWTR | | -100 | | | 3,989.50 | -5.31 | -3,976.40 | 46.90 | 5.50 |
| Total | | | | | -25,519.33 | -22.48 | 26,290.63 | 821.97 | -1,708.43 |
| AMC | 2022-07-25, 11:43:20 | 100 | 14.89 | 14.91 | -1,488.50 | -1.00 | 1,489.50 | 0.00 | 2.50 O |
| Total AMC | | 100 | | | -1,488.50 | -1.00 | 1,489.50 | 0.00 | 2.50 |
| SIGA | 2022-07-25, 08:50:55 | -100 | 14.34 | 15.69 | 1,434.00 | -1.05 | -1,432.95 | 0.78 | -135.00 O;P |
| SIGA | 2022-07-25, 09:32:12 | -100 | 14.05 | 15.69 | 1,405.00 | -1.05 | -1,403.95 | 0.00 | -164.00 O;P |
| SIGA | 2022-07-25, 09:37:21 | -100 | 14.72 | 15.69 | 1,472.00 | -1.05 | -1,470.95 | 0.00 | -97.00 O |
| SIGA | 2022-07-25, 10:24:33 | -100 | 14.93 | 15.69 | 1,493.00 | -1.05 | -1,491.95 | 0.00 | -76.00 O;P |
| SIGA | 2022-07-25, 15:01:50 | -100 | 16.14 | 15.69 | 1,614.00 | -1.05 | -1,612.95 | 0.00 | 45.00 O;P |
| SIGA | 2022-07-25, 15:10:17 | 100 | 15.97 | 15.69 | -1,597.00 | -1.00 | 1,432.18 | 0.00 | -28.00 C |
| SIGA | 2022-07-25, 15:20:54 | -100 | 16.05 | 15.69 | 1,605.00 | -1.05 | -1,603.95 | 0.00 | 36.00 O |
| SIGA | 2022-07-25, 15:43:58 | 100 | 15.47 | 15.69 | -1,547.00 | -1.00 | 1,238.13 | 0.00 | 22.00 C |
| Total SIGA | | -400 | | | 5,879.00 | -8.28 | -6,346.40 | 0.78 | -397.00 |
| TWTR | 2022-07-25, 09:38:47 | 100 | 39.28 | 39.24 | -3,927.50 | -1.00 | 3,878.47 | 0.00 | -3.50 C |
| TWTR | 2022-07-25, 10:24:04 | 100 | 38.83 | 39.24 | -3,882.50 | -1.00 | 3,863.53 | 2.22 | 41.50 C |
| TWTR | 2022-07-25, 10:24:16 | 100 | 38.83 | 39.24 | -3,883.00 | -1.00 | 3,813.87 | 0.00 | 41.00 C;P |
| TWTR | 2022-07-25, 11:10:36 | -100 | 39.19 | 39.24 | 3,919.00 | -1.10 | -3,917.90 | 0.00 | -5.00 O |
| TWTR | 2022-07-25, 11:24:40 | -100 | 39.30 | 39.24 | 3,930.00 | -1.10 | -3,928.90 | 0.00 | 6.00 O |
| TWTR | 2022-07-25, 11:32:13 | -100 | 39.40 | 39.24 | 3,940.00 | -1.10 | -3,938.90 | 0.00 | 16.00 O |
| TWTR | 2022-07-25, 13:48:26 | 100 | 39.16 | 39.24 | -3,915.50 | -1.00 | 3,889.26 | 0.00 | 8.50 C |
| TWTR | 2022-07-25, 14:17:17 | 100 | 39.06 | 39.24 | -3,905.50 | -1.00 | 3,883.12 | 0.00 | 18.50 C |
| Total TWTR | | 200 | | | -7,725.00 | -8.31 | 7,542.55 | 2.22 | 123.00 |
| Total | | | | | -3,334.50 | -17.59 | 2,685.65 | 2.99 | -271.50 |
| AMC | 2022-07-26, 09:30:58 | 100 | 14.59 | 14.03 | -1,458.50 | -1.00 | 1,459.50 | 0.00 | -55.50 O |
| Total AMC | | 100 | | | -1,458.50 | -1.00 | 1,459.50 | 0.00 | -55.50 |
| AVXL | 2022-07-26, 13:50:44 | 300 | 11.05 | 10.79 | -3,314.40 | -1.50 | 3,445.38 | 129.48 | -77.40 C |
| Total AVXL | | 300 | | | -3,314.40 | -1.50 | 3,445.38 | 129.48 | -77.40 |
| SHOP | 2022-07-26, 09:36:54 | 100 | 30.92 | 31.55 | -3,092.00 | -1.00 | 3,093.00 | 0.00 | 63.00 O |
| SHOP | 2022-07-26, 09:38:07 | 100 | 31.19 | 31.55 | -3,119.00 | -1.00 | 3,120.00 | 0.00 | 36.00 O |
| SHOP | 2022-07-26, 13:22:20 | -50 | 31.25 | 31.55 | 1,562.60 | -1.04 | -1,546.50 | 15.06 | -14.90 C;P |
| SHOP | 2022-07-26, 13:49:34 | -150 | 31.22 | 31.55 | 4,682.25 | -1.13 | -4,666.50 | 14.62 | -50.25 C |
| Total SHOP | | 0 | | | 33.85 | -4.17 | 0.00 | 29.68 | 33.85 |
| SIGA | 2022-07-26, 09:55:17 | -100 | 15.90 | 17.43 | 1,590.00 | -1.05 | -1,588.95 | 0.00 | -153.00 O |
| SIGA | 2022-07-26, 10:02:10 | -100 | 16.31 | 17.43 | 1,631.00 | -1.05 | -1,629.95 | 0.00 | -112.00 O |
| SIGA | 2022-07-26, 10:05:43 | -100 | 16.58 | 17.43 | 1,658.00 | -1.05 | -1,656.95 | 0.00 | -85.00 O;P |
| SIGA | 2022-07-26, 13:50:51 | -100 | 17.50 | 17.43 | 1,750.00 | -1.05 | -1,748.95 | 0.00 | 7.00 O;P |
| Total SIGA | | -400 | | | 6,629.00 | -4.20 | -6,624.80 | 0.00 | -343.00 |
| SPY | 2022-07-26, 09:51:41 | -50 | 393.46 | 390.89 | 19,673.00 | -1.46 | -19,671.54 | 198.61 | 128.50 O |
| SPY | 2022-07-26, 10:58:28 | 10 | 392.65 | 390.89 | -3,926.50 | -1.00 | 3,934.31 | 6.81 | -17.60 C |
| SPY | 2022-07-26, 11:04:01 | 10 | 392.62 | 390.89 | -3,926.20 | -1.00 | 3,934.31 | 7.11 | -17.30 C |
| SPY | 2022-07-26, 12:14:00 | 10 | 390.51 | 390.89 | -3,905.06 | -1.00 | 3,886.68 | -19.38 | 3.84 C |
| SPY | 2022-07-26, 12:45:32 | 20 | 390.97 | 390.89 | -7,819.32 | -1.00 | 7,717.64 | -102.68 | -1.52 C |
| Total SPY | | 0 | | | 95.92 | -5.46 | -198.61 | 90.47 | 95.92 |
| TWTR | 2022-07-26, 09:31:37 | 100 | 39.08 | 39.34 | -3,908.00 | -1.00 | 3,902.33 | 2.30 | 26.00 C |
| TWTR | 2022-07-26, 09:38:49 | 100 | 38.94 | 39.34 | -3,894.00 | -1.00 | 3,908.18 | 13.18 | 40.00 C |
| TWTR | 2022-07-26, 12:45:40 | -100 | 39.34 | 39.34 | 3,934.00 | -1.10 | -3,932.90 | 0.00 | 0.00 O |
| TWTR | 2022-07-26, 13:49:22 | 200 | 39.26 | 39.34 | -7,851.60 | -1.00 | 7,871.07 | 18.47 | 16.40 C |
| Total TWTR | | 300 | | | -11,719.60 | -4.10 | 11,748.69 | 33.95 | 82.40 |
| Total | | | | | -9,733.73 | -20.43 | 9,830.17 | 283.58 | -263.73 |
| MSFT | 2022-07-27, 09:37:29 | -20 | 264.17 | 268.74 | 5,283.40 | -1.12 | -5,282.28 | 10.73 | -91.40 O |
| Total MSFT | | -20 | | | 5,283.40 | -1.12 | -5,282.28 | 10.73 | -91.40 |
| SGHC | 2022-07-27, 14:41:05 | -500 | 4.10 | 3.94 | 2,050.00 | -2.61 | -2,047.39 | 0.00 | 80.00 O |
| Total SGHC | | -500 | | | 2,050.00 | -2.61 | -2,047.39 | 0.00 | 80.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TEAM | 2022-07-27, 10:44:44 | 10 | 191.00 | 197.28 | -1,910.00 | -1.00 | 1,911.00 | 0.00 | 62.80 | O |
| Total TEAM | | 10 | | | -1,910.00 | -1.00 | 1,911.00 | 0.00 | 62.80 | |
| Total | | | | | 5,423.40 | -4.74 | -5,418.66 | 10.73 | 51.40 | |
| | | | | | | | | | | |
| AMC | 2022-07-28, 09:44:11 | -200 | 14.87 | 14.58 | 2,974.50 | -1.09 | -2,952.05 | 24.41 | 58.50 | C;P |
| Total AMC | | -200 | | | 2,974.50 | -1.09 | -2,952.05 | 24.41 | 58.50 | |
| ISRG | 2022-07-28, 11:49:21 | 15 | 230.27 | 230.54 | -3,454.05 | -1.00 | 3,086.38 | -368.67 | 4.05 | C |
| Total ISRG | | 15 | | | -3,454.05 | -1.00 | 3,086.38 | -368.67 | 4.05 | |
| MSFT | 2022-07-28, 12:05:03 | 20 | 274.35 | 276.41 | -5,487.00 | -1.00 | 5,271.55 | -216.45 | 41.20 | C |
| Total MSFT | | 20 | | | -5,487.00 | -1.00 | 5,271.55 | -216.45 | 41.20 | |
| SIGA | 2022-07-28, 12:06:33 | 100 | 20.29 | 22.35 | -2,028.73 | -1.00 | 1,161.09 | 0.00 | 206.27 | C |
| SIGA | 2022-07-28, 12:24:06 | 100 | 20.45 | 22.35 | -2,045.00 | -1.00 | 623.31 | 0.00 | 190.00 | C;P |
| SIGA | 2022-07-28, 12:36:19 | 100 | 20.52 | 22.35 | -2,052.00 | -1.00 | 190.26 | 0.00 | 183.00 | C |
| SIGA | 2022-07-28, 12:44:57 | 100 | 20.63 | 22.35 | -2,063.00 | -1.00 | -258.79 | 0.00 | 172.00 | C |
| SIGA | 2022-07-28, 12:47:51 | 100 | 20.75 | 22.35 | -2,074.73 | -1.00 | -733.84 | 0.00 | 160.27 | C |
| SIGA | 2022-07-28, 13:42:30 | 100 | 21.39 | 22.35 | -2,138.73 | -1.00 | -1,179.62 | 0.00 | 96.27 | C |
| SIGA | 2022-07-28, 13:44:07 | 200 | 21.48 | 22.35 | -4,295.99 | -1.00 | -3,724.84 | -4,210.44 | 174.01 | C;P |
| Total SIGA | | 800 | | | -16,698.18 | -7.00 | -3,922.44 | -4,210.44 | 1,181.82 | |
| SPY | 2022-07-28, 08:40:27 | -10 | 400.08 | 406.07 | 4,000.80 | -1.09 | -3,999.71 | 67.83 | -59.90 | O |
| SPY | 2022-07-28, 11:49:08 | 10 | 403.98 | 406.07 | -4,039.80 | -1.00 | 3,931.88 | -108.92 | 20.90 | C |
| Total SPY | | 0 | | | -38.99 | -2.09 | -67.83 | -41.09 | -39.00 | |
| TEAM | 2022-07-28, 12:45:18 | -100 | 203.27 | 204.85 | 20,327.00 | -1.48 | -20,204.87 | 120.65 | -158.00 | C;O;P |
| TEAM | 2022-07-28, 12:45:25 | 100 | 203.33 | 204.85 | -20,332.50 | -1.00 | 18,293.87 | -6.28 | 152.50 | C;O |
| TEAM | 2022-07-28, 12:45:32 | -10 | 203.29 | 204.85 | 2,032.90 | -1.05 | -2,033.35 | -1.50 | -15.60 | C |
| Total TEAM | | -10 | | | 2,027.40 | -3.53 | -3,944.35 | 112.87 | -21.10 | |
| Total | | | | | -20,676.32 | -15.71 | -2,528.74 | -4,699.38 | 1,225.48 | |
| | | | | | | | | | | |
| SIGA | 2022-07-29, 14:30:50 | -100 | 20.17 | 17.19 | 2,017.00 | -1.06 | -2,015.94 | 4,210.44 | 298.00 | O;P |
| SIGA | 2022-07-29, 14:52:10 | -100 | 18.04 | 17.19 | 1,804.00 | -1.05 | -1,802.95 | 0.00 | 85.00 | O |
| SIGA | 2022-07-29, 14:55:34 | -100 | 17.42 | 17.19 | 1,742.00 | -1.05 | -1,740.95 | 0.00 | 23.00 | O;P |
| SIGA | 2022-07-29, 14:56:25 | -100 | 17.62 | 17.19 | 1,762.00 | -1.05 | -1,760.95 | 0.00 | 43.00 | O |
| SIGA | 2022-07-29, 14:57:39 | -100 | 17.20 | 17.19 | 1,720.00 | -1.05 | -1,718.95 | 0.00 | 1.00 | O |
| SIGA | 2022-07-29, 15:07:00 | -100 | 14.93 | 17.19 | 1,493.00 | -1.05 | -1,491.95 | 0.00 | -226.00 | O |
| SIGA | 2022-07-29, 15:07:26 | -100 | 15.05 | 17.19 | 1,505.00 | -1.05 | -1,503.95 | 0.00 | -214.00 | O |
| SIGA | 2022-07-29, 15:13:02 | -100 | 15.76 | 17.19 | 1,576.00 | -1.05 | -1,574.95 | 0.00 | -143.00 | O |
| SIGA | 2022-07-29, 15:25:09 | 800 | 16.58 | 17.19 | -13,261.00 | -4.00 | -2,857.97 | -3,864.86 | 491.00 | C;P |
| SIGA | 2022-07-29, 15:33:16 | -100 | 16.99 | 17.19 | 1,699.00 | -1.05 | -1,697.95 | 4,061.49 | -20.00 | O |
| SIGA | 2022-07-29, 15:34:34 | -100 | 16.83 | 17.19 | 1,683.00 | -1.05 | -1,681.95 | 82.55 | -36.00 | O |
| SIGA | 2022-07-29, 15:38:14 | -100 | 17.21 | 17.19 | 1,721.00 | -1.05 | -1,719.95 | 0.00 | 2.00 | O |
| SIGA | 2022-07-29, 15:41:35 | -100 | 16.71 | 17.19 | 1,671.00 | -1.05 | -1,669.95 | 0.00 | -48.00 | O |
| Total SIGA | | -400 | | | 7,132.00 | -16.62 | -23,238.35 | 4,489.63 | 256.00 | |
| TSLA | 2022-07-29, 15:41:18 | -4 | 888.41 | 891.45 | 3,553.64 | -1.08 | -2,852.52 | 700.04 | -12.16 | C |
| Total TSLA | | -4 | | | 3,553.64 | -1.08 | -2,852.52 | 700.04 | -12.16 | |
| Total | | | | | 10,685.64 | -17.7 | -26,090.87 | 5,189.66 | 243.84 | |
| | | | | | | | | | | |
| SIGA | 2022-08-01, 09:10:36 | -100 | 18.37 | 17.26 | 1,836.80 | -1.06 | -1,835.74 | 0.00 | 110.80 | O;P |
| SIGA | 2022-08-01, 09:44:15 | -100 | 18.21 | 17.26 | 1,821.00 | -1.05 | -1,819.95 | 0.00 | 95.00 | O |
| Total SIGA | | -200 | | | 3,657.80 | -2.11 | -3,655.69 | 0.00 | 205.80 | |
| Total | | | | | 3,657.80 | -2.11 | -3,655.69 | 0.00 | 205.80 | |
| | | | | | | | | | | |
| CRL | 2022-08-03, 13:47:32 | -10 | 221.51 | 221.38 | 2,215.10 | -1.05 | -2,214.05 | 0.00 | 1.30 | O |
| Total CRL | | -10 | | | 2,215.10 | -1.05 | -2,214.05 | 0.00 | 1.30 | |
| CTLT | 2022-08-03, 13:47:47 | -50 | 108.02 | 108.75 | 5,400.75 | -1.13 | -5,399.62 | 0.00 | -36.75 | O |
| Total CTLT | | -50 | | | 5,400.75 | -1.13 | -5,399.62 | 0.00 | -36.75 | |
| Total | | | | | 7,615.85 | -2.18 | -7,613.67 | 0.00 | -35.45 | |
| | | | | | | | | | | |
| UBI | 2022-08-04, 09:32:10 | 50 | 47.80 | 46.69 | -2,390.00 | -3.00 | 1,996.75 | -396.25 | -55.50 | C |
| Total UBI | 50 | | | -2,390.00 | -3.00 | 1,996.75 | -396.25 | -55.50 | | |
| Total | | | | -2,390.00 | -3 | 1,996.75 | -396.25 | -55.50 | | |
| Total in USD | | | | -2,449.03 | -3.07 | 2,046.07 | -406.04 | -56.87 | | |
| USD | | | | | | | | | | |
| AMC | 2022-08-04, 09:33:39 | -100 | 19.13 | 18.66 | 1,913.00 | -1.06 | -1,911.94 | 0.00 | 47.00 | O;P |
| AMC | 2022-08-04, 09:37:37 | -100 | 19.69 | 18.66 | 1,969.27 | -1.06 | -1,968.21 | 0.00 | 103.27 | O |
| AMC | 2022-08-04, 09:41:24 | -100 | 19.25 | 18.66 | 1,925.14 | -1.06 | -1,924.08 | 0.00 | 59.14 | O;P |
| Total AMC | | -300 | | | 5,807.41 | -3.17 | -5,804.23 | 0.00 | 209.40 | |
| Total | | | | | 5,807.41 | -3.17 | -5,804.23 | 0.00 | 209.40 | |
| | | | | | | | | | | |
| RBLX | 2022-08-08, 10:20:07 | -50 | 49.88 | 48.90 | 2,494.00 | -1.06 | -2,030.50 | 462.44 | 49.00 | C;P |
| Total RBLX | | -50 | | | 2,494.00 | -1.06 | -2,030.50 | 462.44 | 49.00 | |
| SGHC | 2022-08-08, 09:36:37 | 500 | 5.32 | 5.35 | -2,659.80 | -2.50 | 2,047.39 | -614.91 | 15.20 | C;P |
| Total SGHC | | 500 | | | -2,659.80 | -2.50 | 2,047.39 | -614.91 | 15.20 | |
| Total | | | | | -165.8 | -3.56 | 16.89 | -152.48 | 64.20 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CVM | 2022-08-11, 15:12:08 | 100 | 3.94 | 4.00 | -394.00 | -1.00 | 345.98 | -49.02 | 6.00 | C |
| Total CVM | 100 | | | -394.00 | -1.00 | 345.98 | -49.02 | 6.00 | | |
| LQDA | 2022-08-11, 15:11:45 | -200 | 5.71 | 5.71 | 1,141.60 | -1.05 | -987.00 | 153.55 | -0.40 | C |
| Total LQDA | -200 | | | 1,141.60 | -1.05 | -987.00 | 153.55 | -0.40 | | |
| SIGA | 2022-08-11, 15:46:20 | 56 | 24.86 | 24.79 | -1,392.16 | -1.00 | -1,321.29 | 0.00 | -3.92 | C;L |
| Total SIGA | 56 | | | -1,392.16 | -1.00 | -1,321.29 | 0.00 | -3.92 | | |
| Total | -644.56 | -3.05 | -1,962.32 | 104.53 | 1.68 | | | | | |
| Forex | | | | | | | | | | |
| USD | | | | | | | | | | |
| EUR.USD | 2022-08-11, 07:29:19 | 404 | 1.03 | | -417.49 | 0.00 | | | -0.48 | L |
| EUR.USD | 2022-08-11, 07:29:19 | 0.93 | 1.03 | | -0.96 | 0.00 | | | 0.00 | |
| Total EUR.USD | 404.93 | | | -418.45 | 0.00 | | | -0.49 | | |
| Total | -418.45 | 0 | | | -0.49 | | | | | |
| USD | | | | | | | | | | |
| SIGA | 2022-08-15, 15:46:58 | 26 | 26.30 | 26.15 | -683.67 | -1.00 | -615.05 | 0.00 | -3.77 | C;L |
| Total SIGA | 26 | | | -683.67 | -1.00 | -615.05 | 0.00 | -3.77 | | |
| Total | -683.67 | -1 | -615.05 | 0.00 | -3.77 | | | | | |
| CTLT | 2022-08-19, 09:37:54 | 25 | 105.49 | 105.24 | -2,637.25 | -1.00 | 2,699.81 | 61.56 | -6.25 | C;P |
| Total CTLT | 25 | | | -2,637.25 | -1.00 | 2,699.81 | 61.56 | -6.25 | | |
| Total | -2,637.25 | -1 | 2,699.81 | 61.56 | -6.25 | | | | | |
| RBLX | 2022-08-22, 15:09:09 | -50 | 41.63 | 41.50 | 2,081.60 | -1.05 | -2,030.50 | 50.05 | 6.60 | C |
| Total RBLX | -50 | | | 2,081.60 | -1.05 | -2,030.50 | 50.05 | 6.60 | | |
| AMC | 2022-08-25, 13:01:59 | 100 | 9.40 | 9.57 | -939.82 | -1.00 | 1,215.00 | 274.18 | 17.18 | C;P |
| Total AMC | 100 | | | -939.82 | -1.00 | 1,215.00 | 274.18 | 17.18 | | |
| APE | 2022-08-25, 13:02:07 | 100 | 6.65 | 6.83 | -664.58 | -1.00 | 696.94 | 31.36 | 18.42 | C |
| Total APE | 100 | | | -664.58 | -1.00 | 696.94 | 31.36 | 18.42 | | |
| Total | -1,604.40 | -2 | 1,911.94 | 305.54 | 35.60 | | | | | |
| 700 | 2022-08-25, 22:43:01 | 100 | 324.40 | 324.20 | -32,440.00 | -69.88 | 32,509.88 | 0.00 | -20.00 | O |
| Total 700 | 100 | | | -32,440.00 | -69.88 | 32,509.88 | 0.00 | -20.00 | | |
| Total | -32,440.00 | -69.88 | 32,509.88 | 0.00 | -20.00 | | | | | |
| Total in USD | -4,134.15 | -8.91 | 4,143.06 | 0.00 | -2.55 | | | | | |
| JPY | | | | | | | | | | |
| 7203.T | 2022-08-25, 21:15:55 | 100 | 2,117.00 | 2,108.00 | -211,700.00 | -169.36 | 211,869.36 | 0.00 | -900.00 | O |
| Total 7203.T | 100 | | | -211,700.00 | -169.36 | 211,869.36 | 0.00 | -900.00 | | |
| Total | -211,700 | -169.36 | 211,869.36 | 0.00 | -900.00 | | | | | |
| Total in USD | -1,539.21 | -1.23 | 1,540.44 | 0.00 | -6.54 | | | | | |
| USD | | | | | | | | | | |
| EA | 2022-08-26, 09:52:06 | 10 | 133.26 | 132.17 | -1,332.60 | -1.00 | 1,333.60 | 0.00 | -10.90 | O |
| EA | 2022-08-26, 11:15:47 | -10 | 134.83 | 132.17 | 1,348.34 | -1.03 | -1,333.60 | 13.71 | 26.64 | C |
| Total EA | 0 | | | 15.74 | -2.03 | 0.00 | 13.71 | 15.74 | | |
| GME | 2022-08-26, 10:11:01 | 100 | 31.45 | 30.94 | -3,144.50 | -1.00 | 3,145.50 | 0.00 | -50.50 | O |
| Total GME | 100 | | | -3,144.50 | -1.00 | 3,145.50 | 0.00 | -50.50 | | |
| Total | -3,128.76 | -3.03 | 3,145.50 | 13.71 | -34.76 | | | | | |


10.0%
5.0%
0.0%
-5.0%
-10.0%
-15.0%
7/18/2022
7/20/2022
7/22/2022
7/24/2022
7/26/2022
7/28/2022
7/30/2022
8/1/2022
8/3/2022
8/5/2022
8/7/2022
8/9/2022
8/11/2022
8/13/2022
8/15/2022
8/17/2022
8/19/2022
8/21/2022
8/23/2022
8/25/2022

| Date | NAV | Day P&L | P&L | % | Cumulative |
|---|---|---|---|---|---|
| 7/15/2022 | 50,261 | | | | |
| 7/18/2022 | 50,826 | 565 | 564.56 | 1.1% | 1.1% |
| 7/19/2022 | 52,552 | 1,727 | 2,291.10 | 3.4% | 4.6% |
| 7/20/2022 | 53,245 | 693 | 2,983.99 | 1.3% | 5.9% |
| 7/21/2022 | 53,372 | 127 | 3,110.75 | 0.2% | 6.2% |
| 7/22/2022 | 53,996 | 625 | 3,735.30 | 1.2% | 7.4% |
| 7/25/2022 | 53,630 | -366 | 3,368.95 | -0.7% | 6.7% |
| 7/26/2022 | 52,314 | -1,316 | 2,052.88 | -2.5% | 4.1% |
| 7/27/2022 | 53,440 | 1,126 | 3,179.22 | 2.2% | 6.3% |
| 7/28/2022 | 50,399 | -3,042 | 137.64 | -5.7% | 0.3% |
| 7/29/2022 | 49,729 | -670 | -531.97 | -1.3% | -1.1% |
| 8/1/2022 | 50,289 | 560 | 28.27 | 1.1% | 0.1% |
| 8/2/2022 | 49,777 | -513 | -484.64 | -1.0% | -1.0% |
| 8/3/2022 | 50,254 | 477 | -7.63 | 1.0% | 0.0% |
| 8/4/2022 | 49,387 | -867 | -874.34 | -1.7% | -1.7% |
| 8/5/2022 | 45,962 | -3,425 | -4,298.93 | -6.9% | -8.6% |
| 8/8/2022 | 45,951 | -11 | -4,309.67 | 0.0% | -8.6% |
| 8/9/2022 | 46,413 | 461 | -3,848.41 | 1.0% | -7.7% |
| 8/10/2022 | 46,002 | -411 | -4,259.32 | -0.9% | -8.5% |
| 8/11/2022 | 45,343 | -659 | -4,918.10 | -1.4% | -9.8% |
| 8/12/2022 | 48,887 | 3,544 | -1,374.18 | 7.8% | -2.7% |
| 8/15/2022 | 49,602 | 715 | -658.97 | 1.5% | -1.3% |
| 8/16/2022 | 49,148 | -454 | -1,113.44 | -0.9% | -2.2% |
| 8/17/2022 | 49,498 | 350 | -763.18 | 0.7% | -1.5% |
| 8/18/2022 | 51,566 | 2,068 | 1,304.80 | 4.2% | 2.6% |
| 8/19/2022 | 51,035 | -531 | 774.17 | -1.0% | 1.5% |
| 8/22/2022 | 52,220 | 1,185 | 1,959.00 | 2.3% | 3.9% |
| 8/23/2022 | 52,310 | 90 | 2,048.96 | 0.2% | 4.1% |
| 8/24/2022 | 52,760 | 450 | 2,498.93 | 0.9% | 5.0% |
| 8/25/2022 | 54,709 | 1,949 | 4,447.75 | 3.7% | 8.8% |
| 8/26/2022 | 55,724 | 1,015 | 5,463.02 | 1.9% | 10.9% |
| 8/29/2022 | 56,468 | 744 | 6,206.71 | 1.3% | 12.3% |

Other Fees
USD

| | | | |
|---|---|---|---|
| 7/18/2022 | M*****25:LSE EQUITIES NP L1 FOR JUL 2022[1] | | -5.91 |
| 7/18/2022 | m*****25:Nordic Equity Non-Professional Level I for Jul 2022[1] | | -2 |
| 7/18/2022 | M*****25:XETRA NP FOR JUL 2022[1] | | -16.28 |
| Total | | -24.19 | |

CASSAVA sciences

**Source:** *Cassava Sciences, Inc.*

*August 08, 2024 08:00 ET*

# Cassava Sciences Reports Q2 2024 Financial Results and Operational Updates

- **$207.3 Million in Cash and Cash Equivalents at June 30, 2024.**
- **Company in Advanced Discussions to Resolve SEC Investigation. $40 Million Estimated Loss Contingency Recorded in Q2 for Resolution.**
- **Conference Webcast Scheduled for Today at 8:30AM ET.**

AUSTIN, Texas, Aug. 08, 2024 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a biotechnology company focused on a novel treatment for Alzheimer's disease, today reported financial results for the second quarter ended June 30, 2024. Net income was $6.2 million compared to a net loss of $26.4 million for the same period in 2023. Net cash used in operations was $37.4 million during the first half of 2024, consistent with previous guidance. Net cash use in second half 2024 is expected to be $80 to $90 million, which includes an estimated $40 million loss contingency related to advanced discussions to resolve the SEC's investigation of the Company recorded in the second quarter.

"We have made significant progress over the last few months," Rick Barry, Cassava's Executive Chairman said. "The Cassava Clinical Operations team in conjunction with Premier Research have done a brilliant job in executing our Phase 3 program. We expect our last patient/last visit for our ReTHINK trial in early Q4 and a top-line read out from the trial by year-end. We also expect our second Phase 3 trial, ReFOCUS, to read out in mid-year 2025. The success of our warrant program earlier in the second quarter – which provided over $123 million net in equity capital to Cassava – has provided the Company with a strong balance sheet with enough liquidity to get well past our Phase 3 readouts. We are very grateful for the confidence that investors, principal investigators, patients and their loved ones have shown in Cassava. Our team's urgent focus is to deliver a best-in-class therapy for Alzheimer's patients."

**Current Updates on Phase 3 Clinical Program**
*Background* - Our Phase 3 program consists of two global, double-blind, randomized, placebo-controlled studies of simufilam in patients with mild-to-moderate Alzheimer's disease dementia. The goal is to evaluate overall risk/benefit for oral simufilam twice-daily versus placebo in a large population of people with Alzheimer's disease over 12 and 18 months.

The target study population is people with mild-to-moderate Alzheimer's (MMSE score of 16-27) who are biomarker-positive for Alzheimer's disease pathology, and who meet other inclusion/exclusion eligibility criteria of the study protocols.

*Phase 3 Trials* – Our first Phase 3 study, called RETHINK-ALZ, is designed to evaluate the safety and efficacy of simufilam 100 mg tablets twice-daily versus matching placebo over 52 weeks (NCT04994483). Our second Phase 3 study, called REFOCUS-ALZ, is designed to evaluate the safety and efficacy of oral simufilam 100 mg and 50 mg tablets twice-daily versus matching placebo over 76 weeks (NCT05026177). Clinical sites are in the United States, Canada, Puerto Rico, Australia, and

South Korea. Premier Research International is the clinical research organization (CRO) supporting the conduct of our Phase 3 clinical program.

*Patient Enrollment* – Both Phase 3 studies are fully enrolled. Approximately 1,900 patients are randomized in these studies, with approximately 800 patients randomized in the 52-week study (RETHINK-ALZ) and approximately 1,100 patients randomized in the 76-week study (REFOCUS-ALZ). Approximately 90% of patients are recruited from clinical sites in the U.S. and Canada. The overall drop-out rate for both Phase 3 studies is in the range of 20% to 23%, which is generally consistent with expectations. A longer study will generally have a higher dropout rate versus a similar shorter study.

*Patient Completion* – Over 555 patients have completed the 52-week RETHINK-ALZ study. Over 420 patients have completed the 76-week REFOCUS-ALZ study, for a total of over 975 completers.

*Data and Safety Monitoring Board (DSMB)* – The DSMB is composed of independent clinical research experts who periodically review interim patient safety data. Routine, scheduled DSMB meetings were held September 2023 and March 2024. Both DSMB meetings recommended that the Phase 3 studies continue as planned, without modification.

*Co-primary Efficacy Outcomes* – The pre-specified efficacy endpoints for the Phase 3 studies are ADAS-Cog12, a cognitive scale, and ADCS-ADL, a functional scale.

*Phase 3 Efficacy Results* – All efficacy data from our Phase 3 program remain blinded. No interim analyses on efficacy outcomes are planned. We anticipate top-line data readout for our 52-week study (RETHINK-ALZ) by the end of 2024. We anticipate top-line data readout for our 76-week study (REFOCUS-ALZ) approximately mid-year 2025.

*Open-label Extension Study* – This study is designed to provide no-cost access to oral simufilam to Alzheimer's patients who have successfully completed a Phase 3 study of simufilam and who meet other entry criteria. Approximately 89% of patients who've completed treatment in a Phase 3 study have opted to enter the open-label extension study. To date, over 870 patients have entered the open-label extension study. The open-label study is intended to continue for up to 36 months or until a new drug application for simufilam has been reviewed by FDA. Cassava also plans to add cognition and plasma biomarker monitoring to its open-label extension trial for patients who have completed the Phase 3 trials in order to gather additional long-term data on the potential impact of simufilam treatment.

**Financial Results for Second Quarter 2024**

- At June 30, 2024, cash and cash equivalents were $207.3 million, with no debt.
- Cash balance includes total gross proceeds received from the cash-exercise of common stock warrants in 2024 totaling $126.3 million, inclusive of approximately $104.0 million received in second quarter 2024. Holders exercised warrants for approximately 5.74 million common shares at a price of $22 per share in 2024. There are no remaining common stock warrants currently outstanding.
- Net income was $6.2 million compared to a net loss of $26.4 million for the same period in 2023. Net income resulted from the change in fair value of warrant liabilities, a non-cash item. This warrant gain was partially offset by an estimated $40.0 million loss contingency recorded in respect of a potential resolution of the SEC's investigation and costs to conduct the Phase 3 clinical program, as well as other studies with simufilam.
- Net cash used in operations was $37.4 million during the first six months of 2024, consistent with previous guidance.
- Net cash use in operations for second half 2024 is expected to be $80 to $90 million, which includes an estimated $40 million loss contingency related to advanced discussions to resolve the SEC's investigation. The Company estimates cash at year-end 2024 in a range from $117 to $127 million.
- Research and development (R&D) expenses were $15.2 million. This compared to $25.0 million for the same period in 2023. R&D expenses decreased due primarily to the completion of patient screening and enrollment for our Phase 3 clinical program in the fall of 2023.
- General and administrative (G&A) expenses were $46.2 million. This compared to $3.8 million for the same period in 2023. G&A expenses increased due primarily to the estimated loss

contingency in respect of a potential SEC resolution as well as a $1.2 million increase in stock-based compensation expense due to new grant awards in late 2023 and 2024, increased compensation costs and higher legal related expenses.

**Webcast Details**
Date: Thursday, August 8th Time: 8:30 a.m. Eastern Time
Audio Webcast: https://www.CassavaSciences.com/company-presentations
Or https://edge.media-server.com/mmc/p/zjvmjjcr

**About Simufilam**
Simufilam is Cassava Sciences' proprietary oral drug candidate. This investigational drug binds to altered filamin A protein in the brain and restores its normal shape and function. By targeting altered filamin A, simufilam may help patients with Alzheimer's achieve better health outcomes. Cassava Sciences owns exclusive, worldwide rights to its investigational product candidates and related technologies, without royalty obligations to any third party.

**About Cassava Sciences, Inc.**
Cassava Sciences is a clinical-stage biotechnology company based in Austin, Texas. Our mission is to detect and treat neurodegenerative diseases, such as Alzheimer's disease. Our novel science is based on stabilizing—but not removing—a critical protein in the brain.

For more information, please visit: https://www.CassavaSciences.com

**For More Information Contact:**

Sitrick And Company
1-800-550-7521
Mike_Sitrick@Sitrick.com
Seth Lubove: slubove@sitrick.com
NY:
Rich Wilner: rwilner@sitrick.com 800-699-1481

***Cautionary Note Regarding Forward-Looking Statements:***
*This news release contains forward-looking statements, including statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, that may include but are not limited to statements regarding: the potential for advanced discussions with SEC to result in a resolution of the SEC investigation and our loss contingency estimates related thereto; our ability to extend our existing open-label extension trials, as contemplated or at all; the design, scope, conduct, continuation, completion, intended purpose, or future results of our on-going Phase 3 program of simufilam in patients with Alzheimer's disease; the timing of anticipated milestones; the assessment of interim safety data for the Phase 3 program at prior DSMB meetings; the treatment of people with Alzheimer's disease dementia; the safety or efficacy of simufilam in people with Alzheimer's disease dementia; expected cash balances and cash use in future periods; comments made by our employees regarding simufilam, drug effects, and the treatment of Alzheimer's disease; and potential benefits, if any, of our product candidates. These statements may be identified by words such as "anticipate," "believe," "could," "expect," "forecast," "intend," "may," "plan," "possible," "potential," "will," and other words and terms of similar meaning.*

*Such statements are based largely on our current expectations and projections about future events. Such statements speak only as of the date of this news release and are subject to a number of risks, uncertainties and assumptions, including, but not limited to, those risks relating to the ability to conduct or complete clinical studies on expected timelines, the ability to demonstrate the specificity, safety, efficacy or potential health benefits of our product candidates, the apparent ability of simufilam to favor patients with mild Alzheimer's disease; the apparent safety or tolerance of simufilam in our open-label clinical trials; our current expectations regarding timing of clinical data for our Phase 3 studies; any expected clinical results of Phase 3 studies; the treatment of people with Alzheimer's disease dementia; and comments made by our employees regarding simufilam, drug effects, and the treatment of Alzheimer's disease; potential benefits, if any, of our product candidates and including those described in the section entitled "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2023, and subsequent reports filed with the SEC. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from expectations in any forward-looking statement. In light of these risks, uncertainties and assumptions, the forward-looking statements and events discussed in this news*

*release are inherently uncertain and may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Accordingly, you should not rely upon forward-looking statements as predictions of future events. Except as required by law, we disclaim any intention or responsibility for updating or revising any forward-looking statements. For further information regarding these and other risks related to our business, investors should consult our filings with the SEC, which are available on the SEC's website at www.sec.gov.*

*All our pharmaceutical assets under development are investigational product candidates. These have not been approved for use in any medical indication by any regulatory authority in any jurisdiction and their safety, efficacy or other desirable attributes, if any, have not been established in any patient population. Consequently, none of our product candidates are approved or available for sale anywhere in the world.*

*Our clinical results from earlier-stage clinical trials may not be indicative of future results from later-stage or larger scale clinical trials and do not ensure regulatory approval. You should not place undue reliance on these statements or any scientific data we present or publish.*

*We are in the business of new drug discovery and development. Our research and development activities are long, complex, costly and involve a high degree of risk. Holders of our common stock should carefully read our Annual Report on Form 10-K and subsequent filings with the SEC in their entirety, including the risk factors therein. Because risk is fundamental to the process of drug discovery and development, you are cautioned to not invest in our publicly traded securities unless you are prepared to sustain a total loss of the money you have invested.*

– Financial Tables Follow –

CASSAVA SCIENCES, INC.
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
(unaudited, in thousands, except per share amounts)

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2024 | 2023 | 2024 | 2023 |
| Operating expenses | | | | |
| Research and development | $ 15,198 | $ 24,969 | $ 31,431 | $ 47,089 |
| General and administrative | 46,204 | 3,808 | 49,905 | 8,200 |
| Total operating expenses | 61,402 | 28,777 | 81,336 | 55,289 |
| Operating loss | (61,402) | (28,777) | (81,336) | (55,289) |
| Interest income | 2,316 | 2,198 | 4,092 | 4,249 |
| Other income, net | 99 | 203 | 259 | 393 |
| Gain from change in fair value of warrant liabilities | 65,142 | — | 108,183 | — |
| Net income (loss) | $ 6,155 | $ (26,376) | $ 31,198 | $ (50,647) |
| Net income (loss) per share, basic | $ 0.13 | $ (0.63) | $ 0.70 | $ (1.21) |
| Net income (loss) per share, diluted | 0.13 | (0.63) | (1.72) | (1.21) |
| Weighted-average shares used in computing net income (loss) per share, basic | 46,202 | 41,793 | 44,601 | 41,766 |
| Weighted-average shares used in computing net income (loss) per share, diluted | 46,202 | 41,793 | 45,152 | 41,766 |

CONDENSED CONSOLIDATED BALANCE SHEETS
(unaudited, in thousands)

| | June 30, 2024 | December 31, 2023 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 207,291 | $ 121,136 |
| Prepaid expenses and other current assets | 14,831 | 8,497 |
| Total current assets | 222,122 | 129,633 |
| Property and equipment, net | 21,364 | 21,854 |
| Intangible assets, net | 82 | 176 |
| Total assets | $ 243,568 | $ 151,663 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities | | |
| Accounts payable and accrued expenses | $ 52,552 | $ 10,573 |
| Accrued development expense | 1,596 | 3,037 |
| Accrued compensation and benefits | 218 | 200 |
| Other accrued liabilities | 228 | 385 |
| Total current liabilities | 54,594 | 14,195 |
| Stockholders' equity | | |
| Common Stock and additional paid-in-capital | 538,545 | 518,237 |
| Accumulated deficit | (349,571) | (380,769) |
| Total stockholders' equity | 188,974 | 137,468 |
| Total liabilities and stockholders' equity | $ 243,568 | $ 151,663 |

Post

**Martin Shkreli**
@MartinShkreli
Replying to @dimarambe and @d41d8cd98f40976

I can't get every stock right but I still like NTLA. I know ZM and this position just clicks for me. I'm a deep value guy at heart so this is the kind of trade I like.

3:17 PM · Aug 16, 2024 · **3.3K** Views

5 4 1

**Read 5 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

Post

Martin Shkreli
@MartinShkreli

apparently these Demodex mites cause rosacea too. pubmed full of articles on it.
crazy, but $TARS is a triple from here

2:53 PM · Aug 26, 2024 · **50.8K** Views

17 5 82 49

**Read 17 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**



**Martin Shkreli**
@MartinShkreli

...

livestreaming about $SAVA - one of the best shorts i've seen in years




youtube.com
$SAVA - short
Fundamental/value analysis

5:13 PM · Sep 4, 2024 · **47.3K** Views

16 42 18

**Read 16 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

**Martin Shkreli**
@MartinShkreli

GLPs have studied in humans for 25 years. Ozempic was perfected as a second generation GLP (after Victoza). It was a novel invention and is just 6 years old. The patents are valid and will expire in around 10 years.

These drugs are a little hard to make. Specifically, Ozempic is recombinant-- requires DNA --> protein in bioreactors, including harvesting purification, etc. Capacity is actually an issue here (seldom happens in medicine).

You can get a first-tier GLP for less. Exenatide (the first GLP) has expired patents but no one has bothered to make a generic. You have to take this drug twice a day!

Just like you have done with your businesses, Novo Nordisk vastly improved their product profile and, as a result, no one is taking the older, cheaper medicine.

Novo may be worth $2 trillion at some point IMO. But, Novo has threats. Lilly and others are rapidly going to take share. The class will grow, as well. Eventually we will have tolerable GLP pills or cheap injectables which last long (perhaps monthly).

At stake is capitalism. Should a company be allowed to make a product and have a temporary monopoly with patents? If this tenet broke down, we would no longer have medicine as we understand it.

> **Elon Musk** @elonmusk · Sep 17, 2024
> Replying to @MarioNawfal
> Isn't there a generic version that costs much less?
>
> X ← **Post**
>
> Solving obesity greatly reduces risk of other diseases, especially diabetes, and improves quality of life. We do need to find a way to make appetite inhibitors available to anyone who wants them. ...

8:38 PM · Sep 17, 2024 · **80.6K** Views

17 27 371 101

**Read 17 replies**

X

Post

Martin Shkreli
@MartinShkreli

The stock $DAWN is a good long idea. Probably doubles.

5:13 PM · Sep 20, 2024 · **175.4K** Views

26 11 157 65

**Read 26 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

Post

Martin Shkreli
@MartinShkreli
Replying to @pnani456

PFE and MRK have lost more than their market caps in M&A lol

9:09 PM · Sep 25, 2024 · **558** Views

1 1 5

**Read 1 reply**

Don't miss what's happening
People on X are the first to know.
Log in Sign up

X

← **Post**



**Martin Shkreli**
@MartinShkreli
Replying to @afzaalm and @MattNachtrab

its all really bad man, i'm sorry. i have zero axe to grind. would love to be long if it made sense, it just doesn't. try other stocks: $TARS $IOVA $NTLA $MDGL $DAWN

6:18 PM · Sep 27, 2024 · **5.3K** Views

2 18 8

**Read 2 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

how is $APLS supposed to get around 7888323 expiring in 2027?

1:14 PM · Oct 10, 2024 · **11.7K** Views

8 16 5

**Read 8 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**



**Martin Shkreli**
@MartinShkreli

···

$ADMA auditor change not a big deal, buy for quick recovery

1:55 PM · Oct 10, 2024 · **43.8K** Views

6 2 22 4

**Read 6 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**



**Martin Shkreli**
@MartinShkreli

On $APLS - the compound patent expires soon. They took the drug, turned it into a dimer with a PEG moiety. Does this give you a new COM patent? pegylation widely known in the 'art', the dimer is fairly unique...

5:41 PM · Oct 11, 2024 · **9.7K** Views

3 10 4

**Read 3 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli
Replying to @ChampyRobert and @PugCap

Lilly's drug works. It was published in peer reviewed journals, its mechanism makes sense and the FDA approved it.

11:04 PM · Oct 14, 2024 · **500** Views

2 4

**Read 2 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

i think the FDA should reject the $HUMA application, but the inspection 483 doesnt read THAT bad. certainly not good in front of the PDUFA, but all addressable issues. they shouldnt approve it because they never ran a trial

7:51 PM · Oct 17, 2024 · **19.4K** Views

11 4 36 4

**Read 11 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in
Sign up

X

# Post



**Martin Shkreli**
@MartinShkreli

i like $ADMA and $NUVB if you need some long ideas in biotech. $ADMA is grabbing a lot of share quickly in the large IVIG market. $NUVB has a nice ROS1 drug that is similar to the taken over $TPTX, possibly a bit better!

6:42 PM · Oct 23, 2024 · **14.7K** Views

7 2 51 29

**Read 7 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

. $MNPR is a short. the company licensed tetrathiomolybdate from $AZN (was an $ALXN asset). years ago, i passed on buying this drug myself, because it completely unneeded. for some reason $ALXN bought this company Wilson Therapeutics for close to $1B. (1/3)

1:54 PM · Oct 28, 2024 · **26.6K** Views

7 6 68 26

**Read 7 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

# Post



**Martin Shkreli**
@MartinShkreli
Replying to @MartinShkreli

But, after the deal closed, AZN wrote off the entire asset as worthless. $MNPR licensed for $1 million upfront. A waste of money. Wilson's has two perfectly good chelators that patients use. A 3L therapy in an ultra-rare disease is not worth anything. (2/3)

1:54 PM · Oct 28, 2024 · **8.7K** Views

2 1 16 3

**Read 2 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli
Replying to @MartinShkreli

The tripling in market cap of $MNPR will reverse back to $2-5 prior to the deal when investors realize this is bad news, not good. Astra would have happily kept the drug if it was worth anything. They need to raise money, immediately. I would short it. (3/3)

12,523

1:54 PM · Oct 28, 2024 · **12.5K** Views

5 1 25 4

**Read 5 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

**On the Impossible:**

Why Cassava Sciences' simufilam will fail Phase 3 clinical trials and the stock will trade to $2

Martin Shkreli

November 2024

Table of Contents


| | |
|---|---|
| Executive Summary | Page 3 |
| Introduction | Page 4 |
| Preclinical Science | Page 7 |
| Alzheimer’s | Page 9 |
| Amyloid-β | Page 11 |
| Dr. Wang | Page 15 |
| Filamin A | Page 16 |
| Cassava’s Story | Page 18 |
| Chemistry | Page 21 |
| Human Clinical Trials | Page 24 |
| Decision Making | Page 33 |
| Sources | Page 36 |

## **Executive Summary**

In this work, I will **prove** that the simufilam Phase III trials will fail to meet their primary endpoints. I have done this before with Vital Therapies (Shkreli, 2015). While proving is much more difficult than hypothesizing, we occasionally can make a deterministic, definitive claim due to overwhelming circumstances which cannot be overcome.

The sole Cassava asset is **simufilam**, in development for Alzheimer's disease. The Phase III trial "RETHINK" is scheduled to report by the end of 2024. This trial will fail because simufilam does not work.

Simufilam has clearly shown its ineffectiveness in a Phase II trial where a controlled withdrawal study showed no statistical difference (not even close) between simufilam and placebo. A prior Phase II study was doctored by the company to appear as if it improved cognition, when—if anything—it did precisely the opposite. The person responsible for this was charged with fraud by the SEC.

The simufilam science is not viable. Simufilam was not designed to be a protein-protein interaction inhibitor, yet, this is the claim of Cassava. Protein-protein interaction inhibitors are some of the most complex types of drugs to design. Very few of them exist—and the ones that do—do not match simufilam's profile.

Simufilam, at best, has a 1uM affinity for its target. With poor pharmacokinetics and low brain partitioning, simufilam is doomed to work even if their hypothesis scientific hypothesis is sound.

The person responsible for their scientific hypothesis has been arrested by the FBI. Their hypothesis was absurd—that a protein, filamin A, has anything to do with Alzheimer's. The relationship between filamin A and amyloid-beta, in Cassava's telling, is extremely far removed from simufilam. The tortured theory is explained herein, but it is implausible.

In my eyes, Cassava is up because retail investors are interested in a "lotto ticket". Alzheimer's is a very big indication and pharmaceutical companies are desperate for drugs which work in this disease. This drug doesn't work, and it is not possible that it does. Nevertheless, the dream of making 50- or 100-times one's money is too irresistible for some.

Powerball is the same.

**Introduction**

Medicine has fascinated me for as long as I can remember. What separates almost all molecules as inert and useless from just a few thousand molecules that are therapeutic? How do we navigate the search space of 8^20 – 10^60 (Virshup, 2013) druglike molecules to arrive at the smaller set of relevant drugs?

One of the reasons studying medicine is fun, at least to me, is its diverse requirements. Sure, you must learn chemistry—why are hydrogen bonds so important for drugs to work (Bissantz, 2010); how does the human gastrointestinal system attempt to metabolize and neutralize our attempts at making medicine, and how do we circumvent them (Veber, 2002) (Varma, 2010); how do we design a drug for exquisite binding potency to its target? And it makes sense that you have to learn biology—what protein target (Kanehisa, 2021), when we design a drug to interfere with its function, will result in a therapeutic effect?; why do certain diseases happen—what clues should we look for to understand pathogenesis better?; what redundancy mechanisms have evolved so that cells circumvent the effects of our medicines?; how do major organs work? You have to learn medicine, or, what physicians study in medical school—what are the nuances that make proteins come together to become a functional and conscious being?; what is the current state of the art in treating any given disease?; what are clinical trials? You must learn about "clinical science" and statistics, the art of testing medicine—how do we design clinical trials for the maximum information?; why are post-hoc multiple comparisons invalid (Streiner, 2015); what does the FDA want to see?; what kind of toxicology experiments do we need to do (European Medicines Agency, 2009)?

This field is vast and takes a lifetime to learn. But the most important skill one must learn is logic. Deductive reasoning is the most powerful weapon in deciding if a potential pharmaceutical will or will not succeed (Pólya, 1957). Reasoning is emotionless: devoid of passion. It is cold and unsparing: whether the patient is a dying young child or an adult with a double chin, the analysis does not change. Emotions cloud our reasoning. If a friend was involved in the development of the drug, if a family member died of the disease this drug purports to treat, if you studied this mechanism of action in graduate school, if you are in the stock of the drugmaker and are at a major profit or loss—all these things can cloud a dispassionate judgment.

Cassava is a biopharmaceutical company I am well acquainted with. Cassava was formerly named Pain Therapeutics. I learned a lot about Pain Therapeutics and met its then CEO, Remi Barbier, when I started my career on Wall Street around 2005. My boss was Remi's roommate in college. I found Remi to be very kind and inspiring. In many ways, he was a role model. He created his own pharmaceutical company, took it public, and it was worth hundreds of millions of dollars. Pain Therapeutics tried, very hard, to make pain drugs. They did not work as planned and the company eventually pivoted to their now sole asset, simufilam.

We are going to dissect simufilam, without agenda or judgment. You will see that if I have any pre-existing bias which could cloud my judgment, it is in **favor** of Cassava. First, I

knew Remi relatively well decades ago and liked him quite a lot. He is a fellow pharma entrepreneur, and I wish him well. One of the players in the Cassava saga has been arrested by the Department of Justice. I know, first-hand, how unfair and difficult that experience can be. He will learn how it is impossible to defend yourself, it is impossible to make the people who you need to convince that they are wrong—that you did nothing wrong. They will not understand you, they do not know your field, and as zealous advocates for their cause, they will fight you with the might of the government. I believe Dr. Wang's indictment is unjust. Even though his actions seem to be very unethical, and probably illegal, scientific fraud is sadly very common. The far bigger crime, in my eyes, are that of the Cassava executives mishandling of the human clinical data, which has remained unindicted.

I don't like that. But a drug is a drug. They're all the same—the molecule can be characterized, it can be manufactured, and it can be determined to work or not work. The truth is all we care about.

The biggest thinking error I've seen in twenty years of investing in, creating and taking over biopharmaceutical stocks is probability based. There is a prevailing and incorrect view of clinical trials. The idea that a clinical trial is to determine "whether or not a drug works" is partially correct, but misleading. For amateurs, this definition conveys the idea that chance is involved. That perhaps this experiment may randomly work out, and the stockholder will become rich. This is wrong.

Clinical trials, done correctly, are deterministic. There is no chance. The outcome is preordained by the laws of physics: the chemistry of the drug, the biology of the patient, the medicine's interference with the disease pathology. The carefully designed statistics allow us to blend away individual differences, the minute randomness that exists. If there is a potent effect: it will be seen.

Just because a process is deterministic does not mean we can always understand it ahead of time. Simulating the physical interactions which lead to the outcome of the throw of a dice is beyond our greatest supercomputer. Too many atoms doing too many things for too much time. But we can apply what we know about the world to experiments to see what likelihood exists. In a few lines of Python, we can accurately simulate the random behavior of a dice without thinking about atoms of physics.

A simple example of how logic works in drug development: a drug that does not cross the lipophilic blood-brain-barrier will not be able to influence a brain disease. Why not? The drug can't get inside the brain, where the disease is happening. Another: a drug that is metabolized quickly into an inert metabolite that has no affinity for the key drug target cannot work. Why not? The drug has transformed too quickly to interfere with the target protein.

We will use what we know about medicine and logic to prove that Cassava's simufilam **cannot** work. This is sobering news. I am no Cassandra, though. For 90% of medicines, I cannot

predict ahead of time whether they will work or not. With respect to the stock market, the 5% of the medicines you know will work are very much valued as if they will work. The market is efficient. The same generally applies to the medicines that do not work. For some reason, Cassava has a $1.3 billion market value, but its sole drug will not work. In fact, the general understanding among professionals who invest in biopharmaceuticals for a living is the same as mine. I haven't been able to find **one** such professional who thinks simufilam 'has a chance'. Nevertheless, the market value of the stock is substantial. At the same time, one could argue that a bona fide Alzheimer's drug could be worth as much as $50 billion. From that lens, the market believes that there is a 2% chance simufilam is a bona fide Alzheimer's drug. I will convince you that probability is zero.

You may take issue. "Martin—you simply cannot know an outcome ahead of time." You are wrong. If I throw a baseball, I know it will not approach the speed of light and exit the atmosphere. I know it will go somewhere between 20mph and 100mph (I wish!). If I do a trial of my pitch versus a major league pitcher, it will be clear within a few samples, who the professional is. There are trials that can be predicted with certainty. Nevertheless, there is uncertainty in the world: *when* will the trial results be revealed? *Will* the trial results be unaltered and representative of the outcome? *Will* the market react rationally?

**<u>Preclinical (Non-Human) Research</u>**

A. Introduction and Overview
    1. **Alzheimer's Disease**
        a. Introduction & market opportunity
        b. Amyloid-β hypothesis
            i. Is it too late?
            ii. Biology
            iii. Cause (direct or indirect) or epiphenomenon?
            iv. Amyloid-β antibodies
        c. Treatments & History
        d. Why so hard to treat?
            i. Too late to act, has been intractable
            ii. What was tried and why didn't it work?

B. The Curious Dr. Wang
    1. Background
        a. Nicotinics
    2. Filamin A
    3. Cassava/Pain Therapeutics background and history
    4. Birth of simufilam
        a. Designed by Wang to explain ULDN theory
        b. Repurposed to explain his other theory on alpha7
        c. PK
        d. Assay results

## A. Introduction and Overview

Preclinical research starts with biology. A company, using researchers inside its own walls, or outside them via contractors, other companies or universities, will decide on a drug pathway to make a drug which interacts with a protein involved in said pathway. Selecting which biochemical functions to intervene with for which disease is *the* key ingredient of successful drug development. One way to think about this is that there are 7,000 human diseases and more than 20,000 proteins/genes. With 140 million choices, this combinatorial problem has limited solutions: only a few thousand drugs have been shown to be medically active. There would be a 1 in 7000 chance of selecting the right target for the right disease at random.

The actual drug discovery and clinical development components of drug development, in my view, is often comparatively easier. After all, we've been making accurate, structure-based medicines for more than 30 years. We have tools like small molecules, antibodies, nucleic acids and other methods to interrogate the usefulness of interrupting or otherwise regulating a protein's function. The real question is: what protein do we want to make a drug for, and which disease do we hypothesize that will benefit?

Without a solid answer to this question, we have nothing. In the history of drug development, very few drugs were made serendipitously (Lu, 2014). In this era of medicine, nearly none have, and it is unlikely many more will. Given the odds, it's simply unreliable and unreasonable to hope a drug works by accident when we can design medicine with exquisite control.

As you read the following pages, I want you to understand that the likelihood a medicine can work without a *precisely defined* mechanism of action is very low. Even with a reasonable hypothesis and good candidate medicine, clinical trials are daunting and often fail. But without a reasonable target and good candidate (we will prove Cassava has neither in simufilam), a medicine is doomed to have good results in clinical trials, which we will show is consistent with Cassava's results thus far.

### 1. Alzheimer's Disease

Alzheimer's is one of the final frontiers for pharmaceutical companies. With six to seven million patients (Alzheimer's Association, 2023) (Hampel, 2021) in the United States alone, Alzheimer's Disease ("AD") may become the largest pharmaceutical market of all time. With the most severe sequelae possible, a great AD drug could easily command a $100,000 price (around the price of immunooncology regimens). This means that a truly transformative AD drug could be the first medicine ever to break the $100 billion in annual revenue barrier, which no drug has come close to (Comirnaty, the COVID-19 vaccine reached $39 billion in its short-lived existence, Humira peaked at $20 billion).

### Alzheimer's: Amyloid-β Introduction, Is it Too Late to Treat Alzheimer's?

Like most brain diseases, we do not understand Alzheimer's as much as we'd like. The central successful idea in Alzheimer's is the amyloid hypothesis (Hardy, 2002) (Selkoe, 2016) (Hampel, 2021). Those not close to this space may have heard that the amyloid hypothesis is wrong or debunked. **This could not be further from the truth.** In fact, in recent years, the amyloid hypothesis has been completely confirmed, and I will convincingly prove this. Nevertheless, amyloid-β is complex, and it is hard to understand the downstream pathogenesis in this enigmatic molecule. How exactly does it give rise to disease? We only have some clues.

We will spend a lot of time talking about amyloid-β, which for now, you can think of as an undesirable molecule which self-aggregates and is heavily involved in Alzheimer's. It takes decades of amyloid-β buildup (and the brain's reaction) for disease to occur (Scheltens, 2020). Why? In addition to the amyloid-β, an entire cascade occurs which gradually results in synapse and neuron loss. But memories don't die so quickly. Our brains store information in a distributed way. The modern, software-based neural networks are roughly equivalent to our biological neural networks. The brain has 100 billion neurons and 100 trillion synapses (Chialvo, 2010). Like a software-based neural network, *small changes* to the neurons and synapses (which theoretically hold something akin to weights and biases), *including total removal of neurons*, should not hurt memory immediately. Only over time, as with software, would 'pruning' this information result in an ability to recall memories or perform functions (LeCun, 1990).

The amyloid-β AD process is neurotoxic and synaptotoxic. Subclinical disease takes place well before overt symptoms. Only upon noticing symptoms can treatment start in the current paradigm. One may be able to slow or arrest the decline of symptoms if intervention is robust, but this goal has been elusive thus far. Even though it *feels* like reversal is out of the realm of possibility, I would counter that so long as neurons and synapse formation is stable, one can at least *re-learn* the lost information. **Keep in mind this very important issue: If it is too late to treat AD because the disease starts so early—is that a major barrier to success for *any* drug being developed in symptomatic AD?** Could this reason be the primary driver of the 98% failure rate of Alzheimer's drugs (Cummings, 2018) (Kim, 2022)?

Because of the difficulties in conducting long-term AD trials, the only patients *left* to enroll in clinical trials are necessarily symptomatic. This means they may have had an asymptomatic disease process occurring for up to twenty years prior to the onset of symptoms. The problem should be immediately apparent. We do not know if Alzheimer's is irreversible once symptoms begin, but many believe it is. If so, a drug must be able to slow the decline of rapid disease progression. But, if the only 'window' to intervene is pre-symptomatic, the current paradigm dooms virtually *any* attempt to treat Alzheimer's from the start of symptoms.

Even if we had the perfect assays for determining when the subclinical process of Alzheimer's has started, running a clinical trial for two decades is impractical, if not impossible due to cost and intellectual property limitations. Cost for clinical trials scales linearly with time and sample size. Patents only last for 17 to 20 years, with a limited, partial credit awarded for clinical trial development time. It would be helpful to allow companies to pursue very early onset (pre-symptomatic) Alzheimer's trials with fully restorative IP exclusivity periods. Right now, long-term trials are not conducted, presumably due to very large cost (including opportunity cost) and the limited return limited intellectual property exclusivity affords.

The only solution we have is to treat pre-symptomatic patients, some of whom may never go on to develop symptoms, which creates an even more difficult statistical hurdle to show an effect. The field must architect strong diagnostic and prognostic markers, to which regulators and physicians must be comfortable that they act as substantive surrogates for symptoms and disease progression. To redefine the disease biologically with amyloid and tau as biomarkers is a reasonable option, but like measuring PSA in prostate cancer, surrogates have their limitations. With an average 6-year survival from symptom onset, using surrogate endpoints are in the "no man's land" of too long to do an OS trial and too short to rely on.

## Amyloid-β – Hypothesis & Biology

The central actor in Alzheimer's is **amyloid-β** (Hampel, 2021). **Amyloid-β** is the processed peptide product derived from **APP** (also known as BAPP), or amyloid precursor protein. There are many "species" of amyloid-β. We are typically referring to the 42-amino acid species, $AB_{42}$, a 4,000 MW peptide. What is APP? Why do we make it? How can this protein cause so much dread? Are we sure that amyloid-β is to blame?




**Figure 1:** Amino acid sequence of amyloid-β. (Wu, 2021)

APP itself is produced by neurons and other cells. APP is processed by several enzymes, but we will focus on two. β-secretase and gamma-secretase are proteases which "cut" APP to form the various amyloid-β species (usually 40 or 42 amino acids, but there are many). These species vary by length and their ability to self-aggregate. The very name 'amyloid' is a generic term for any substance that self-aggregates. The idea of self-aggregation is that many single amyloid peptides (monomers) will bind to themselves to form two-sized amyloid species (dimers), many-sized amyloid species (oligomers) and even larger metastructures.

These species are deposited **extracellularly**, so keep this in mind as we think about Cassava's therapeutic intervention. Ultimately, amyloid oligomers form stable bodies called 'plaques', which are easily visible in autopsy. It's unclear if plaques are as toxic as oligomers, though data suggests they are not.

Why is the amyloid hypothesis accepted as canon? While there have been some early papers on amyloid and Alzheimer's retracted for errors (and even outright fraud), the amyloid hypothesis has been proven. How? There are three inherited forms of Alzheimer's disease which have mutations in amyloid-β pathways (PSEN1, PSEN2, APP) (Scheltens, 2020) that cause early amyloid deposition. These patients quickly get Alzheimer's at young ages. Another proof of amyloid's involvement in Alzheimer's is Down Syndrome. In Down Syndrome, patients have a third copy of chromosome 21 (trisomy 21). APP is located on chromosome 21! Hence, Down patients have three doses of BAPP when the rest of us have two. Down Syndrome patients accumulate amyloid and have an Alzheimer's like phenotype at an early age.

AD has a significant genetic component that I believe is not well understood (Bellenguez, 2022). Heredity accounts for most of AD risk (Scheltens, 2020)! While the apolipoprotein E (ApoE) alleles are well-known and explain a good portion of AD inheritance, there are other key proteins we will examine. The reason this is critically important is that if we know AD is generally genetic—not only can we design therapies that can intervene in the disease pathway, but we can also exclude mechanisms of action that are unlikely to be beneficial. Keep this in mind, as we will see Cassava's product simufilam is not even close to being related to the genes and proteins implicated in Alzheimer's.

Tau is one of the most important proteins in Alzheimer's. We will have a lot to say about tau later, but the main questions to keep in mind are: does tau come before, at the same time, or after the appearance of amyloid-beta? Does the appearance of tau require amyloid-β? Is amyloid-β required for the spreading of tau's "tangles"?

Amyloid-β accumulates in metabolically active areas which control cognition, such as the prefrontal cortex (Hampel, 2021) (Karran, 2022). But amyloid deposition does not coincide with cognitive deficit—in fact, it precedes it by decades. Also, amyloid-β reaches a plateau in the brain before cognitive impact. This lends credence to the idea that amyloid-β concentration per se is not a continuous driver of Alzheimer's. We can measure amyloid-β with the centiloid scale. Amyloid-positive but tau-negative patients do exist--as many as 25-28% of unimpaired and MCI patients have this classification. On the other hand, tau-positive and amyloid-negative patients are very rare. Only 1-3% of patients have this clinical manifestation. However, if one lessens the tau-positive threshold, as many as 45% of patients without dementia are tau-positive. This disease is sometimes referred to as age-dependent tauopathy and complicates the tau-before-amyloid or amyloid-before-tau question.

Tau plays a very important role in Alzheimer's. Tau neurofibrillary tangles (also known as NFTs) accumulate in cells and cause cellular dysfunction. The interplay between amyloid and tau is unclear, but most believe amyloid pathology drives tau (Karran, 2022). Tau shows up later in the Alzheimer's disease process than amyloid-β. However, tau NFT pathology correlates better with cognitive impairment—possibly because it causes it. Tau can spread in a clinically benign matter before reaching the neocortex. We can measure tau with the PET tracer flortaucipir. There are studies which suggest that a threshold amount of amyloid- β enables tau pathology to spread, and after a certain threshold, further amyloid does not change the rate of tau spread. Tau can be found in young patients before amyloid-β appears. A subtle possibility is that tau appears first, and amyloid-β acts as a driver for tau expansion. All of this considered, amyloid-β is clearly not the only cause of AD pathology.

Inflammation and brain atrophy are common in Alzheimer's. Remember that the brain's immune system differs substantially from the rest of the body. The brain uses microglia to act as the primary immune system. Lewy bodies and TDP43 are also found in AD. Many, including myself, believe that the main damage caused by Alzheimer's is collateral damage via the immune system. Still, we do not completely know how involved microglia are in causing or even suppressing AD.

We do not know why certain *APOE* alleles protect from Alzheimer's and others accelerate it. It is hypothesized APOE binds and clears amyloid-β. There are other genetic clues from the *SORL1*, *ABCA7 and TREM2* genes (Scheltens, 2020). Most of the polygenic risk scores for Alzheimer's relate to amyloid-β metabolism, immune response, cholesterol and lipid function and metabolism, endocytosis and vascular factors. Probably a smarter strategy for a new Alzheimer's treatment would be focusing on gene therapy to add APOE ε2 protective alleles, or SORL1, ABCA7 expression or TREM2 antibodies (TREM2 is in the clinic). PLCG2 and APP rare mutations also confer protection against Alzheimer's. A CRISPR therapy inducing these changes could be helpful.

The strong success of *APOE* protective alleles raises critical questions. The dramatic protective (or negative) effect suggests that new Alzheimer's pharmaceutical research should focus here for the best results. TREM2 mutants which cause Alzheimer's decrease binding of TREM2 to ApoE, which clears amyloid plaques. Many Alzheimer's risk genes relate to microglial response. To me, it is obvious that the brain struggles to clear amyloid-β, often causing damage in the process, akin to peripheral autoimmune diseases. Note that Cassava's putative mechanism of action, which we will review later, does not have any interaction with ApoE, TREM2 or any of the microglial response.

Although we do not know everything about AD pathophysiology, research has taught us a few things. We do know that metal accumulation does not factor much in Alzheimer's, once a prominent hypothesis. We also know that modulating nicotinic receptors do not seem to change Alzheimer's disease. We know that clearing amyloid-β in and of itself may not be useful. But we do know some amyloid-β clearance mechanisms have worked. Only two Alzheimer's drugs have been FDA approved with clear evidence of effect while 98 have failed pivotal trials. The chances of succeeding at an Alzheimer's drug are ostensibly 2%. This isn't precisely correct for a variety of probabilistic principles, but the odds are certainly not in one's favor.

We've learned that the 5-HT6 pathway, nicotinic alpha-7 pathway, IVIG and other interventions do not work for Alzheimer's. Surprisingly, BACE1/2 inhibitors have not been effective for Alzheimer's despite halting amyloid production, providing a critical clue for mechanisms and pathways to target. There are two amyloid-β monoclonal antibodies which work and are FDA approved: lecanemab (van Dyck et al., 2023) and donanemab.

Lecanemab theoretically binds to amyloid-β protofibrils, which is a synonym for oligomers. In theory, these amyloid-β species are more toxic than monomers or insoluble fibrils which are sequestered in plaques. This antibody specificity was not designed for in prior antibody failures. Lecanemab's efficacy is modest, with only a ~2 point benefit in slowing ADAS-Cog increases at 18 months (a roughly 4 point worsening for lecanemab, and 6 points for placebo). Patients with this illness started with ~24 points at baseline. Mild cognitive impairment (or "MCI") is defined as below 11-12 points on ADAS-Cog. On the MMSE test, mild is defined as 21-26 points or 19-23 points more specifically, while moderate is defined as 14-20 points or 10-18 in some cases. No cognitive impairment is defined as 24-30 points. Severe cognitive impairment is less than or equal to 9 points. Lecanemab patients had an MMSE of 25 points, so very mild disease.

Donanemab is similarly effective (Sims, 2023). This antibody targets pyroglutamated amyloid-β.

## B. The Curious Dr. Wang

When I get *really* interested in a drug, I start from the beginning. Who invented it? Why? What else were they working on? What was their approach? Dr. Hoau-Yan Wang graduated from China Medical College in 1981. He graduated from Medical College of Pennsylvania, earning a PhD in 1988. Never heard of MCP? It merged with another small medical school and was eventually absorbed by Drexel in 2002. Dr. Wang's PhD advisor was Eitan Friedman, who we'll meet shortly.

**Figure 2:** Dr. Hoau-yan Wang and Dr. Eitan Friedman



Wang plays a central role in Cassava. His first paper was "Protein kinase C: regulation of serotonin release from rat brain cortical slices", published in Eur J Pharmacol in 1987. His co-author was his supervisor and mentor, Eitan Friedman, also at Medical College of Pennsylvania. Who is Eitan Friedman? He graduated undergrad in 1966 and is Wang's lifelong mentor, collaborator and colleague.

My analysis of Wang's work reveals nothing extraordinary. From 1986 to 1990, he published on serotonin release, PKC, haloperidol, lithium and other topics a neuroscientist biochemist would be researching. This work used the tools of an advanced biochemist: laboratory animals, statistical methods, HPLC, sonication, tissue preparation, radiolabeling and more. Wang did not do chemistry work in any paper.

The early 1990s were a confused era for Wang. He didn't publish much, focusing on serotonin release and other continuations of his earlier work. In 1994, he published a paper on his favorite protein, protein kinase C, and Alzheimer's. He would chase Alzheimer's over the next twenty years.

In 2003, like many big pharmaceutical companies, Wang began researching the nicotinic receptors and their connection to Alzheimer's disease. This line of research has all been abandoned today. This will play a very important role as we seek to understand the simufilam story.

## Filamin A

**Filamin A** is an X-linked protein (Zhou, 2021) which plays a large role in the Cassava saga. Cassava claims that simufilam works by interacting with filamin A. Whenever I look at a drug, I want to know *exactly* what the "binding event" looks like. To work, a putative drug must make some molecular interaction with one or more targets in the patient. The targets should be related to the patient's illness. I like to study this closely. It's fascinating because when drugs form bonds with their targets (usually proteins), they tend to (not always) form a hydrogen bond network. This hydrogen bond network typically disrupts the function of a protein by blocking the ability for another molecule (sometimes a protein) to have its own binding event.

When designing drugs, it is critical to understand the protein target thoroughly. Filamin A is an X-linked intracellular protein whose primary role is to bind actin. Actin is one of the most common proteins in the human body, underlying the cellular cytoskeleton. An interesting way to understand protein function is via deletion in organisms. Humans naturally have mutations in filamin A, and we can induce them in animals. Knocking out filamin or mutating it has adverse impacts. This could make "binding" filamin A, which we will discuss in the chemistry section, dangerous. By interrupting any of the large number of natural functions of filamin A, a filamin A binder may cause toxicity. Alternatively, if it is *not* causing toxicity, we must question if it is a filamin A binder!

Wang claims simufilam binds to the 2561-2565 amino acid region of Filamin A, the "VAKGL" amino acid region. We will talk more about this binding region in the chemistry section, but it is not clear what *if anything* binds to these solvent-facing amino acids. Despite Wang's instance, no literature or database suggests that amyloid-β or the nicotinic receptor binds to filamin A.

The Company's theory is that Alzheimer's patients have an 'altered' form of filamin A. This is not a technical term used in biochemistry. A protein can be mutated, it can have post-translational modifications, it can be misfolded, but 'altered' is not typically used to describes

proteins. Wang and Cassava determined this 'alteration' via isoelectric point, which is not intended for this purpose.




**Figure 3:** Filamin A schematic.

Nevertheless, the theory Cassava has advanced must be explored. If simufilam binds the VAKGL peptide region of filamin A—which remains to be seen—what is the physiological consequence? The company's theory is filamin A interacts with three different receptors: nicotinic alpha7, TLR4 and the insulin receptor. The company suggests that by simufilam binding filamin A, the binding of filamin A to the three receptors is terminated. While this is unlikely to be true, we must explore it further. By terminating the "association" between filamin A and nicotinic alpha7, the company claims that the aberrant signaling caused by amyloid-beta at the nicotinic receptor is also abrogated. This syllogism (simufilam binds filamin A effectively enough to have physiological consequences → simufilam binding results in filamin A dissociation from a binding partner → the dissociation induces a distal conformational change sufficient to alter orthosteric binding) is shaky, at best. There is little support for any of the claims, which are outlandish.

One of the reasons to disregard this theory is the extensive work the pharmaceutical industry conducted on the nicotinic space. Unfortunately, pharmacological interventions against

the nicotinic receptor family in Alzheimer's have come up empty (Gault, 2016) (Lenz, 2015) (Frolich, 2011).

**Pain Therapeutics/Cassava**

Pain Therapeutics was founded in 1998 by Remi Barbier. In 2000, Pain filed its S-1 and went public under the ticker "PTIE", in a deal banked by Robertson Stephens. Pain attempted to develop three different drugs, all of which made it to Phase III and failed.

Remoxy, an abuse-resistant form of oxycodone, was rejected by FDA an astonishing four times. Many abuse-resistant and abuse-deterrent forms of oxycodone have been approved. Some observers of Cassava who also appear to have mental health issues believe that Remoxy's non-approval was caused by Purdue. Purdue filed for bankruptcy in 2019 but had been a target for litigation and substantial regulatory issues for years prior. Despite this, other drugs--including Pfizer's Troxyca (which remarkably includes naltrexone)--were approved (2016).

Pain's ultra-low-dose opioid antagonist failed for IBS. And then, there was Oxytrex. The central idea around Oxytex was that you could combine a powerful opioid, such as morphine, with an opioid blocker such as naltrexone or naloxone, and see *improved* pain relief and *less* withdrawal and side effects than taking the opioid alone. This is very counterintuitive, especially the first part. Opioids generate pain relief by stimulating one of the three opioid receptors: mu (generally the main receptor), kappa or delta. Withdrawing opioids results in the return of pain.

Nevertheless, Pain plowed forward with this flawed idea. In Phase II, a mixed dataset suggested potential success to those ignoring red flags (Chindalore, 2005). In Phase III, they proved that giving an opioid receptor antagonist with an opioid does not paradoxically increase efficacy, but naturally and obviously reduces it (Lynn Webster, 2006).

**Table 3.** Week 12 Percentage Reduction in Baseline Pain Intensity

| | Placebo | Oxycodone QID | Oxytrex QID | Oxytrex BID |
|---|---|---|---|---|
| Baseline pain intensity | 7.7 ± 1.44 | 7.6 ± 1.36 | 7.3 ± 1.36 | 7.6 ± 1.33 |
| Week 1 of fixed dose pain intensity | 5.4 ± 2.87 | 3.9 ± 2.53 | 4.1 ± 2.51 | 4.2 ± 2.55 |
| Week 12 pain intensity | 5.2 ± 3.05 | 4.0 ± 2.53 | 4.2 ± 2.56 | 4.3 ± 2.55 |
| Week 12 percentage change from baseline | −32.2 ± 38.04 | −46.2 ± 33.60* | −41.2 ± 35.15* | −42.6 ± 34.46* |

NOTE. Values are mean ± SD.
*$P < .05$ compared to placebo.

While the trials would go on to fail, Pain had already teamed up with Dr. Wang to try and explain why ultra-low dose naltrexone could possibly boost morphine's efficacy. Pain's

employee Dr. Lindsay Burns, who would marry the CEO, Remi Barbier, worked closely with Dr. Wang. They published papers (Tally M. Largent-Milnes, 2008) (Hoau-Yan Wang, 2005) which detail their hypothesis. In brief, the mu opioid GPCR is coupled to $G_i$ and $G_o$, and activation inhibits the adenylyl cyclase/cAMP pathway. The $G_{\beta\text{-gamma}}$ dimer is released from $G_{i/o}$, which activates GIRK, inhibiting calcium channels and hyperpolarizing the cell.

Dr. Wang had a problem. He needed to explain why Pain Therapeutic's insane ultra-low-dose naltrexone idea was viable. This idea failed when Phase III results of Pain's "Oxytrex", an oxycodone + ultra-low-dose naltrexone drug failed to show any clinical benefit. Pain blamed participant dropouts and bizarrely claimed the drug worked well in patients over the age of 50, an obviously arbitrary and ridiculous subgroup. Wall street didn't believe the subgroup, and evidently neither did Pain, as the drug was scrapped. We believe Cassava Sciences is doing something similar with the "mild" group of their Phase 2 results, which we will discuss later. It is telling that this behavior is repeated by the same CEO, from the same company.

Dr. Wang couldn't really explain the ridiculous ULDN hypothesis. Naloxone and naltrexone work because they inhibit the opioid receptors. Wang contrived this fascinating idea: that naloxone is actually working through binding a protein called filamin A (Wang, 2008). This was highly preposterous given the Oxytrex trial already failed years ago. You should not invent a mechanism of action for a hypothesis which failed. Nevertheless, Wang and Burns persisted in publishing a now retracted PLoS One article making this somewhat astounding claim. We will review this flawed research later.

**<u>Timeline of Dr. Wang Research</u>**

2000: amyloid-β binds alpha-7 (while at JNJ for <1 year?????)

2005: Oxytrex fails

2008: Oxytrex MOA published by Wang/Burns: filamin A binding changes MOR orientation

2009: Wang published amyloid-β-alpha7 interrupted by GSK drug (this was proven wrong)

2010: patent for simufilam filed as a pain reliever which binds filamin A, again binding changes MOR orientation

2012: Wang publishes small molecule inhibits amyloid-$\beta_{42}$/alpha7 formation via filamin.

2015-2016: several alpha7 agonists fail in Alzheimer's

Oxytrex was Pain's second drug. I recall Pain failing to show that the combination of oxycodone and "ultra low dose naltrexone" resulted in any better properties than naltrexone alone. Humorously, the pain relief for Oxytrex was less than oxycodone. This makes sense, because you're giving the antidote with the drug! They also showed a tiny bit of reduction of abuse potential and other undesirable properties. This makes sense because you're giving the antidote! Oxytrex was abandoned.

Finally, Pain tried ultra-low-dose naltrexone for IBS. When I called clinical trial sites who enrolled patients in this phase 3 study, they were very excited and believed the trial would work. Despite having probably the most legitimate science of all the Pain Therapeutics candidates, the trial failed.

The idea of ultra-low-dose-naltrexone should give one pause. In pharmaceuticals, very low doses of drugs have very low pharmacodynamics. There are not any drugs I can think of where a very small amount of drug behaves differently from a moderate or a lot of drug. The effect is simply magnified. At a low enough dose, there is no effect at all, at some higher dose the effect begins to appear, and at a higher dose the effect increases, and at some still higher dose, the effect plateaus and does not improve despite even higher doses. This simple idea is called dose response. When you inverted dose response in a drug, you can often assume that drug does not work, since it is not behaving the laws of dose response.

**The Drug**

Simufilam is a “small molecule”. Generally, that means it is a self-contained molecule which will typically not be peptide or protein-based, and therefore amenable to oral administration. Of course, there are small molecules not soluble enough or metabolically resistant to be administered orally. And there are some relatively large molecules that can make it through the GI and “first pass” metabolism.

But, simufilam is rather ordinary from a chemical perspective. It is relatively small at 259 molecular weight. (Recall from high school chemistry: the carbons weigh 12, the nitrogens 14, oxygens 16 and hydrogen weighs 1. Carbons are not indicated with letters, but with lines, and necessary hydrogen atoms are also unlabeled).




The molecular weight of simufilam will become quite important in short order. But, for a small molecule targeting a typical small molecule target (an enzyme, a GPCR/receptor pocket), simufilam is the “right” size. Simufilam also has the “right” hydrogen bond donors/acceptors for Lipinski-like “desirable” pharmaceutical properties. Lipinski is a chemist who theorized most small molecule drugs share these properties. Simufilam, for ordinary targets, would appear safe here. There is only one hydrogen bond donor and three hydrogen bond acceptors. But, when we think about the drug in the context of its binding target, we will see it differently.

How did this drug get discovered? Cassava never published details about this molecule, as is typical in the pharmaceutical industry. My companies, for example, published our discoveries in the illustrious J Med Chem. It’s a point of pride for scientists, and Dr. Burns and Dr. Wang did not hesitate to publish preclinical biology data or some human clinical data. But chemistry is notably absent, because **Cassava never had an in-house medicinal chemist.**

Cassava hopes this drug binds to the previously addressed VAGKL peptide sequence in the humongous filamin A protein. But Cassava has never disclosed "crystal-clear" evidence of any binding—typically a crystal structure or co-crystal is done to conduct what chemists call "SAR" or "structure-activity relationship". Without SAR, you cannot design a medicine, because you are "flying blind" as to what you are designing and optimizing.

I examined this region of the filamin A protein and was surprised at what I found.




**Figure 5:** structure of alleged Filamin A binding region

I colored the alleged binding region of simufilam in green. To those untrained in this field, this binding region is almost entirely “solvent-exposed”. The solvent in most of these cases is simply water. This is not an “orthosteric” site to my knowledge. Nothing is known to bind specifically at this site, which also makes sense because it would be difficult to form a high-quality bond at this flat surface. Medicinal chemists hate protein surfaces like this because there is very little ability to create “shape complementarity”.

Simufilam is a very small molecule. But Cassava purports that simufilam’s binding of the green peptide region of filamin A stops *other* proteins from binding to filamin A, presumably at the green region. There is a huge problem here. This kind of drug is called a *protein-protein interaction (PPI) inhibitor*. It is *extremely* challenging to design PPIs. One of the reasons is that PPIs must be rather large to overcome high-affinity binding of proteins to proteins. Why do proteins have such high affinity for each other when they bind? There are an enormous number of places for the proteins to make contact, with each individual hydrogen bond (or other interaction) strengthening the total affinity. Therefore, PPIs must be large and have multiple surface and inner contacts with proteins to work. But, simufilam is tiny and does not have high affinity to this VAGKL region.

This is another bombshell. Cassava claims in various places that simufilam has “femtomolar” potency. This is not something any serious drug developer would ever claim, as even picomolar potency is out of the realm of possibility for most small molecules. Even in Cassava’s own patents, simufilam is disclosed as a **micromolar** binder. I still do not believe this data, as it is suspiciously presented.

**Figure 5:** uM affinity disclosure (compound C0104M). Probably still fake data.

243

-continued

FLNA Peptide Binding Assay

| FLNA-binding | Concentration of FLNA-binding Compound | | |
|---|---|---|---|
| Compound | 0.01 μM | 0.1 μM | 1 μM |
| C0044 | 37.3% | 43.9% | 50.6% |
| C0045 | 39.1% | 48.9% | 53.7% |
| C0046 | 30.8% | 35.7% | 42.2% |
| C0050 | 26.7% | 34.5% | 36.4% |
| C0055 | 29.0% | 34.9% | 39.5% |
| C0056 | 33.7% | 38.9% | 41.4% |
| C0060 | 60.3% | 64.0% | 68.0% |
| C0086M | 37.9% | 48.1% | 53.4% |
| C0087M | 51.6% | 57.9% | 61.5% |
| C0088M | 40.1% | 52.4% | 56.1% |
| C0089M | 40.7% | 46.1% | 51.2% |
| C0090M | 42.5% | 52.5% | 55.8% |
| C0091M | 38.1% | 39.8% | 46.3% |
| C0093M | 44.8% | 49.9% | 53.5% |
| C0094M | 43.0% | 52.8% | 57.5% |
| C0095M | 40.1% | 46.6% | 50.5% |
| C0096M | 43.0% | 48.3% | 55.0% |
| C0099M | 46.9% | 53.3% | 56.0% |
| C0100M | 52.2% | 58.2% | 64.5% |
| C0101M | 50.5% | 56.4% | 59.0% |
| C0102M | 52.3% | 53.1% | 56.6% |
| C0104M | 51.4% | 54.1% | 55.2% |
| C0105M | 55.7% | 62.0% | 68.8% |
| C0106M | 45.8% | 55.6% | 58.9% |
| C0108M | 54.6% | 61.4% | 68.7% |
| C0114M | 57.1% | 63.2% | 66.7% |
| C0115M | 47.8% | 57.8% | 59.9% |
| C0116M | 53.9% | 60.0% | 62.9% |
| C0118M | 56.6% | 61.4% | 62.4% |

Example 2

FITC-NLX-Based FLNA Screening Assay

A. Streptavidin-Coated 96-Well Plates

Streptavidin-coated 96-well plates (Reacti-Bind™ NeutrAvidin™ High binding capacity coated 96-well plate, Pierce-ENDOGEN) are washed three times with 200 μl of 50 mM Tris HCl, pH 7.4 according to the manufacturer's recommendation.

B. N-biotinylated VAKGL pentapeptide (Bn-VAKGL) (SEQ ID NO: 1)

Bn-VAKGL peptide (0.5 mg/plate) is dissolved in 50 μl DMSO and then added to 4450 μl of 50 mM Tris HCl, pH 7.4, containing 100 mM NaCl and protease inhibitors (binding medium) as well as 500 μl superblock in PBS (Pierce-ENDOGEN) [final concentration for DMSO: 1%].

C. Coupling of Bn-VAKGL Peptides to Streptavidin-Coated Plate

The washed streptavidin-coated plates are contacted with 5 μg/well of Bn-VAKGL (100 μl) for 1 hour (incubated) with constant shaking at 25° C. [50 μl of Bn-VAKGL peptide solution from B+50 μl binding medium, final concentration for DMSO: 0.5%]. At the end of the incubation, the plate is washed three times with 200 μl of ice-cold 50 mM Tris HCl, pH 7.4.

D. Binding of FITC-tagged naloxone [FITC-NLX] to VAKGL.

Bn-VAKGL coated streptavidin plates are incubated with 10 nM fluorescein isothiocyanate-labeled naloxone (FITC-NLX; Invitrogen) in binding medium (50 mM Tris HCl, pH 7.4 containing 100 mM NaCl and protease inhibitors) for 30 minutes at 30° C. with constant shaking. The final assay volume is 100 μl. At the end of incubation, the plate is washed twice with 100 μl of ice-cold 50 mM Tris, pH 7.4. The signal, bound-FITC-NLX is detected using a DTX-880 multi-mode plate reader (Beckman).

**Clinical Research**

1. Overview
2. NCT03748706 – Phase IIa n=13 Alzheimer's
3. NCT04079803 – Phase IIb n=64 Alzheimer's
4. NCT04388254 – Controlled Withdrawal n=220
5. NCT04994483 – Phase III "RETHINK" n=804 Alzheimer's
6. NCT05026177 – Phase III "REFOCUS" n=1083 Alzheimer's

**Clinical Trials**

Once a drug has been discovered and tested in animals, assays and any other examination we can throw at it, the time comes for human clinical trials. Cassava started clinical trials of simufilam like anyone else.

**Phase I SAD - NCT03784300**

The results of this SAD were never published, but the short half-life of simufilam should have given Cassava pause and put priority on a "back-up" compound with better pharmacokinetics. A T1/2 of 4 hours is untenable for a serious pharmaceutical product. But, as is not well known, Cassava should have known better about the poor pharmacokinetics of simufilam. In a non-public investigator's brochure, Cassava disclosed critical details of simufilam problems that it did not disclose to Wall Street. In Figure 4, you can see that Cassava noted that in male rats, simufilam widely distributed to the typical organs: kidney, stomach, liver, etc. But it also disclosed the organs with the lowest concentration: bone and **brain**.

One does not have to be an expert pharmacologist to know that it is not a good thing if your Alzheimer's drug partitions in very low amounts to the brain.

**Figure 4:** Cassava Investigator's Brochure contains a bombshell about pharmacokinetics.

Cassava Sciences, Inc. Investigator's Brochure
Simufilam, a novel small molecule for AD 19 July 2021

After i.v. injection of simufilam on Day 1 or Day 5, mean clearance (CL) values were greater than liver blood flow (309 mL/min for a 10-Kg dog), indicating that simufilam may be highly extracted by the liver after i.v. administration. The volume of distribution at steady state (Vss) was similar at both dose levels and was approximately 4-fold lower than total body water volume (6036 mL for a 10-Kg dog), indicating that simufilam was not highly distributed into tissues after i.v. administration.

Oral bioavailability was near 100% after a single dose and at steady state for both dose levels. Minimal to no accumulation was observed regardless of the route of administration.

*4.2.1.2. Distribution*

Mass balance, tissue distribution, excretion, and PK of simufilam was investigated in male rats (n= 4 or 6/group) after a single oral administration of [$^{14}$C]-simufilam at 50 mg/kg.

Quantitative Whole-Body Autoradiography indicated that simufilam was widely distributed to tissues through 8 h post-dose. As in plasma, concentrations of [$^{14}$C]-simufilam in most tissues reached maximal concentration at 0.5 h post-dose. The highest concentrations (>45 µg equiv/g) of radioactivity in tissues found at $C_{max}$ were in kidney medulla, stomach, kidney cortex, urinary bladder, liver, salivary gland, small intestine, cecum, and spleen. The lowest concentrations at the time of $C_{max}$ were found in bone, brain, eye lens, eye vitreous, and adipose (white).

Plasma protein binding was investigated by equilibrium dialysis in rat, dog, and human plasma. Simufilam was 33.2% bound in rat, 45.6% in dog, and 31.9% in human plasma.

*4.2.1.3. Metabolism*

The metabolic profile of simufilam was determined in vitro and compared across animal species

**Phase II n=12 NCT03748706**

This is the only human clinical study Cassava published, functionally a Phase Ib MAD study. Nothing interesting was disclosed here.

**Phase IIA –- NCT04079803 – The Small Failure**

This 28-day trial was intended to examine 50mg and 100mg of simufilam against placebo. This trial was designed, as all Phase II trials are, to give hints or directions of efficacy or dose response. As someone who has designed many such trials, this trial comports with the simple fact that this is what Phase II is for. Other Alzheimer's drugs have gone through the exact same process. Phase II is for dose-finding hints and target engagement measurements. The company attempted to do exactly this by studying cognition 28 days after dosing simufilam. The company manipulated the data to appear that simufilam aided cognition, which would be a breakthrough result. Instead, simufilam was *worse* than placebo on cognition.




We learned from the SEC that Burns received the full data set, which showed the orange line. In this test, lower on the chart (more negative number) is better. Burns presumably could not stand the idea of the drug demonstrating the exact opposite of what an Alzheimer's drug could do. Not satisfied in manipulating the data only to show an equivocal outcome, Burns removed nearly half of the data to demonstrate that simufilam aided cognition.

For those who do not follow scientific protocols or experiments, this is a cardinal sin. One practitioner once said it is akin to shooting an arrow and painting the bullseye after the arrow lands. It is extremely unethical, which is why Burns is no longer with Cassava. In my view, this is worse behavior than Wang's! Wang deals in a world of lab science—most of it doesn't replicate. It is inexact, fraught with 'translational' risk. In this trial, Dr. Burns dealt in a

world of humans. It is impossible for Burns to misunderstand just how evil it is to change this data before revealing it. I cannot understate enough how disgusting this is.

**Phase IIb Controlled Withdrawal Study– NCT04388254 n=220 (Big Failure)**

In the somewhat larger "Phase IIB", Cassava attempted to study simufilam against placebo in a controlled withdrawal study. Again, in Phase II, our goal is to determine hints of efficacy and consider whether the often multi-hundred million dollar investment in Phase III is prudent.

This study began with an open-label period of one year. This is very odd. Normally, one would simply conduct a head-to-head study over 3 or 6 months, or even a year, to determine cognitive changes. Cassava did not do this. After the one year "open-label" period was up, half of the patients remained on drug, and half switched to placebo.

After 6 months, efficacy was measured. Simufilam conclusively failed in a comparison against placebo on the ADAS-Cog scale. It is difficult to trust anything Cassava says about clinical trials after the Phase IIa fiasco. But, assuming their communications are true regarding Phase II, the ADAS-Cog change for simufilam was 0.9 points versus 1.5 points for placebo, a difference favoring simufilam of 0.6 points. Both groups declined by the expected amount during this period. The change between them was meaningless, the company did not provide a p-value in its press release, which would have been very high. Later, they did disclose the p-value at a medical meeting and in other presentations. p=0.45, which would have sent any reasonable pharmaceutical company packing and avoiding spending a single dollar more on this medicine.

The company attempted to deceive investors and itself via a subgroup analysis. A subgroup analysis is conducted by taking a naturally separable filter, such as disease severity, country of trial site, gender, age or any other divider and splitting the data. By splitting the data into two or more subgroups, one naturally creates a subgroup with superior performance. One of the two groups *must* be better than the other. Cassava chose to do this with disease severity. This is a classic post-hoc observation in biopharma that has led to much failure. The narrative typically applies as follows. If the subgroup chosen was milder disease severity, the company simply claims that the sicker patients were 'too far gone' for the drug to work. If the stronger subgroup was more severe, the company simply claims the opposite: the drug only works on patients who are sick enough to benefit from the medicine--it simply can't be given too early before serious disease onset. Of course, the history of medicine proves that neither is true. Drugs like pembrolizumab work very early (adjuvant) and very late (metastatic). Antibiotics work whether you give them prophylactically, immediately, or well after the onset of infection. It is

rare that this dynamic is so pronounced that a simple score can determine whether a drug is completely useless or dramatically useful. There is no such light switch in medicine. It is far more likely that this tool is mostly used to benefit the company in advancing its funding. If the company truly believed that the result was far better in "mild" patients, it would have strictly enforced a "mild" requirement for its Phase III trials. It did not do this. As a final nail in the coffin to the mild vs. moderate thesis, donanemab works regardless of disease severity:

***Figure 40: iADRS Subgroup analysis by demographic and baseline characteristics, overall population (AACI-PC period)***




Still, some investors believe the open-label results from simufilam during the first year of the trial and the six months following the trial merit consideration. They do not. First, this data has never been published. It's important to publish data so that peers can review it. It sometimes takes an entire year to publish trial results because reviewers will go back-and-forth with authors, questioning their results, poking holes in their statements. If the results are tampered with or there is an attempt to spin the true results, the paper will be rejected from prestigious journals. When the errant paper does get through publication, letters smashing the poorly written papers are often published.

Next, the only controlled period of the trial failed. Open-label trials are necessarily biased. The bull thesis for Cassava is that the stability of cognition seen in the open-label data at 2 years is unprecedented. This is not true. While we can generally disregard open-label data, we must never compare it to rigorous controlled data, which is what some Cassava supporters are doing.

With no paper for Phase IIa or Phase IIb, Cassava suggests that their Phase II “mild” patients did remarkably well. We have several problems with this assertion. The first is that the “mild” cutoff is unclear. What is the average baseline MMSE for these patients? Average baseline ADAS-Cog? How many patients are in this group? We know next to nothing.




We know that the “moderate” patients declined rapidly and the “mild” patients did not decline, even at two years. There are several huge problems here. The first is that open-label data cannot be relied upon for cross-trial comparisons. Without a control group, it is impossible to tell if raters were simply too generous on the subjective ADAS-Cog. It would not be hard to instruct

clinical trial sites of the importance of this Phase II data, and to teach them to err on the side of benefit. A control group removes this potential for bias, which is why it is used.

In one strikingly analogous situation, Cardiff posted open-label results of their cancer drug. The results were astonishingly good, but uncontrolled. The company discontinued the drug despite the unheard of open-label results.

But what if we averaged the mild and moderate groups? This absurd trial resulted in a -0.5 change for mild patients at 24 months and -12.5 change on ADAS-Cog for moderate patients. The total average is therefore -6.5 ADAS-Cog at 24 months. This is roughly the average decline expected in 2 years. In fact, to believe that the mild patients did so well, one must then accept that the drug accelerates cognitive impairment in moderate patients!




**Figure 7**: Actual effect of simufilam which Cassava does not like disclosing. Note the lack of a p-value, which was 0.476.

Even if you believe the mild subgroup is a valid observation with a real effect size, that was also not statistically significant! In what might be the worst clinical trial data I've ever seen a company spin, Cassava produces this table:

**Change in ADAS-Cog11 in Randomized Withdrawal**

| | LS Mean Difference at Month 6 (SE) | Confidence Interval (95%) | Percent Slowing of Decline | P value |
|---|---|---|---|---|
| **Full Analysis Set** | −0.56 (0.786) | −2.12, 0.99 | 38% | 0.476 |
| **Mild AD Patients (MMSE 21 – 30)** | −1.13 (0.745) | −2.63, 0.37 | 205% | 0.136 |
| **Moderate AD Patients (MMSE 4 – 20)** | 0.15 (1.343) | −2.54, 2.84 | none | 0.912 |

Note: *The moderate subgroup included severe patients in both treatment arms. Greater difficulty in treating moderate or severe AD is expected.*

CASSAVA sciences   Pentara 20

**Figure 8:** The worst clinical trial data of all-time?

What is misunderstood here is that the mild group not only has a very small post-hoc observation effect size. When you have an *a priori* (ahead of time) primary endpoint, you have a fixed amount of "alpha" to "spend" on analysis. Once you've spent your alpha (typically 0.05) on the primary endpoint, if that endpoint failed, you no longer have any alpha to spend on secondary endpoints or subgroups. This will make sense to you as you read—it is a very common mistake for amateur drug investors to make. Subgroup results are not to be relied upon. In statistics, multiplicity requires an adjustment of p-value. Cassava and their consultants know this. The p-values should be marked "nominal", as they are not valid observations, statistically.

Most new observers refuse to believe this. Why wouldn't it make sense that mild did a little better than moderate? Why can't I rely on this result? The reason is that there are an infinite number of subgroups one could design. We're looking at mild vs. moderate because the other sensical subgroups, generated after the fact, did not have better data—or we would be pushed those subgroups by the company! After finding the best subgroup, the company must retrofit an analysis to explain the findings.

For example, there are results for the controlled withdrawal study regarding ApoE status. Perhaps ApoE e4 patients did better on simufilam than ApoE e3? If they did better than the mild vs. moderate subgroups, the company would simply explain the theory that the drug works best on ApoE e4 patients because it fixes aberrant signaling in that pathway. Or, it could have been the other way around!

One can keep looking for subgroups: male vs. female, time since diagnosis, compliance on protocol, etc. Because there are a large number of reasonable explanations, you can find a subgroup easily. Figure 9 suggests the absurdity of taking multiple comparisons too seriously:




**<u>Figure 10:</u>** Perils of multiple comparisons.

## **Decision Making**

How do we synthesize our research to make a prediction? One reasonable avenue is the collect the necessary but not sufficient requirements for simufilam to meet the primary endpoint of the "RETHINK" trial. We must be careful to avoid dependent conditions.

Necessary:

- Simufilam binds to filamin with high affinity.
- Simufilam partitions to the brain and has the stoichiometry to modulate filamin A proteins at scale.
- Simufilam is a protein-protein interaction inhibitor, a "refolder" of filamin A, or both.
- Filamin is relevant in Alzheimer's.
- The lack of efficacy in Phase IIa is irrelevant due to a small sample size.

The lack of efficacy in Phase IIb can be explained:

- The failure of the CWS can be overlooked.
- Explanation for the lack of efficacy in Phase IIb is "follow-through" effect from open-label drug.
- Explanation for the lack of efficacy in Phase IIb is mild patients do better than moderate patients.
- Explanation for the lack of efficacy in Phase IIb is that open-label results suggest two-year stabilization of some Alzheimer's patients.
- The "RETHINK" trial is designed well and it is not too late in the disease to intervene.

I suggest that all nine conditions are necessary to overcome the burden of simufilam working in Alzheimer's. I suggest that the probability of all of these being true is very low, which leads to a combined conditional probability of close to zero.

**Condition 1**: As we've shown, simufilam is unlikely to be a potent binder of filamin. The putative binding region does not correspond well to the simufilam molecule. Data in the simufilam patent is suspicious and not suggestive of a high affinity binder. No crystal structure data, cocrystal, SPR, thermal shift, SAR or other classical chemistry work has been published. The probability that simufilam actually binds to filamin with high affinity and specificity is, at best, 50%.

**Condition 2**: Simufilam's pharmacokinetic properties are suspect, at best. With a very short half-life and seemingly limited brain partitioning, simufilam is doomed from the start because of these properties.

**Condition 3**: Simufilam is purported to work as a protein-protein interaction inhibitor. Unfortunately, simufilam's small size precludes it from working as a protein-protein interaction inhibitor, as well as the fact that is very hard to design a protein-protein interaction inhibitor in the first place. Cassava's careless medicinal chemistry campaign did not focus on this.

**Condition 4**: Filamin must be relevant in Alzheimer's for simufilam to work. We have shown that filamin plays no role in Alzheimer's, a disease which implicates amyloid-β and neuroimmunity. There are no other labs who have publicly replicated Wang's work, which have earned him paper retractions and legal trouble. Wang's work appears to be fraudulent, and his thinking ties together the failed naltrexone hypothesis, conspicuously repurposed to Alzheimer's and tied to his former work in nicotinic receptors. Believing Wang means believing the alpha 7 nicotinic receptor is heavily implicated in Alzheimer's, when alpha 7 drugs have not worked in Alzheimer's. Filamin is one of the weakest links in the simufilam saga, and I believe the likelihood that this is a bona fide target for Alzheimer's is, at best, 10%.

**Condition 5**: The Phase IIa data doctored by Dr. Burns is shameful to scientific inquiry. Only after seeing the results had been disappointing did Dr. Burns fish for a result that made simufilam look good. These results were met with great support when they were positive. After they turned negative, simufilam supporters suggest there was too little time to see a cognitive benefit. Unfortunately, the numbers are directionally against simufilam, in favor of placebo. The likelihood that we can ignore the failure of the Phase IIa is, at best, 75%.

**Condition 6**: The Phase IIb controlled withdrawal data was the death knell for simufilam, and no rational pharmaceutical company would have progressed this asset to Phase 3. The *a priori* primary endpoint of the only controlled data for simufilam clearly failed, with a p-value of 0.476 for a -0.56 numerical benefit vs. placebo on ADAS-Cog. This miserable result should suggest Phase 3 is a waste of time, as 'replicating' a -0.56 change vs. placebo is not clinically significant or likely to happen. Even the 'mild' subgroup had a -1.13 change, extremely modest for a fanciful post-hoc observation, and not even nominally statistically significant (p=0.136). Similar to the Phase IIa data, we do not know what data was included, excluded or manipulated from this study, as it was never published.

Believing the Phase II CWS study was positive requires believing three impossible notions.

**Condition 7**: The first is that the blinded portion of this study showed no difference because patients were washing out of a "disease-modifying" drug that demonstrated a six-month 'lagging' effect. With an extremely short half-life of four hours, it is hard to imagine this being the case. Almost no drugs have this property, other than infectious disease (including tumors) drugs. The possibility that the drug's effect is 'masked' by the remarkable long-lived effect it has is impossible because 'moderate' patients did very poorly while on this medicine. So, the follow-through hypothesis is required to explain why there is so little (zero, in fact) delta between even the favorable subgroup and placebo. The odds we can believe this hypothesis, which is necessary but not sufficient, is 5%.

**Condition 8**: The very notion of splitting a trial by baseline characteristics to portray success is the calling card of desperate biopharmaceutical companies clinging to hope. History has shown us this is futile. For the trial result of -0.56 ADAS-Cog vs. placebo, there are an infinite number of subgroups which could have been chosen to construct a weighted average-equivalent subgroup thesis. In this case, the arbitrary selection was made between mild and moderate patients, which is theoretically pleasing. The argument is "moderate patients are too far gone to treat". We've proven this is a foolish theory to rely on.

**Condition 9**: The conceptually "remarkable" 2-year open label data is only convincing if you completely ignore the moderate patients and the fact it was an open-label data set. Comparing this data to placebo-controlled data arms is invalid.

**Condition 10**: The simplest explanation as to why simufilam won't work is that nothing has worked yet in Alzheimer's. We don't understand the disease well enough to intervene, and it appears we have to intervene early enough. There is a good reason why 98% of Alzheimer's Phase 3s have failed. Simufilam does not overcome any of those problems.

## References

Alzheimer's Association. (2023). 2023 Alzheimer's disease facts and figures. *Alzheimer's Dement*, 1598-1695.

Barbier, L. (2016). *United States Patent No. 9,340,558 B2*.

Bellenguez, C. (2022). New insights into the genetic etiology of Alzheimer's disease and related dementias. *Nature Genetics*, 412-436.

Bissantz, C. (2010). A Medicinal Chemist's Guide to Molecular Interactions. *J Med Chem*, 5061-5084.

Chialvo, D. (2010). Emergent complex neural dynamics. *Nat Physics*, 744-750.

Chindalore, V. (2005). Adding Ultralow-Dose Naltrexone to Oxycodone Enhances and Prolongs Analgesia. *J Pain*, 392-399.

Cummings, J. (2018). Lessons Learned from Alzheimer Disease: Clinical Trials with Negative Outcomes. *Clin Transl Sci*, 147-152.

Doody, R. S. (2008). Effect of dimebon on cognition, activities of daily living, behavior, and global function in patients with mild-to-moderate Alzheimer's disease: a randomised, double-blind, placebo-controlled study. *Lancet*.

European Medicines Agency. (2009). ICH guideline M3(R2) on non-clinical safety studies for the conduct of human clinical trials and marketing authorisation for pharmaceuticals .

Frisoni, G. (2021). The probabilistic model of Alzheimer disease: the amyloid hypothesis revised. *Nat Rev Neurosci*, 53-66.

Frolich, L. (2011). Effects of AZD3480 on cognition in patients with mild-to-moderate Alzheimer's disease: a phase IIb dose-finding study. *J Alzheimers Dis*, 363-374.

Gault, L. M. (2016). ABT-126 monotherapy in mild-to-moderate Alzheimer's dementia: randomized double-blind, placebo and active controlled adaptive trial and open-label extension. *Alzheimers Res Ther*, 44.

Hampel, H. (2021). The Amyloid-β Pathway in Alzheimer's Disease. *Mol Psych*, 5481-5503.

Hardy, J. (2002). The amyloid hypothesis of Alzheimer's disease: Progress and problems on the road to therapeutics. *Science*, 353-356.

Hoau-Yan Wang, e. a. (2005). Ultra-low-dose naloxone suppresses opioid tolerance, dependence and associated changes in mu opioid receptor–G protein coupling and Gβγ signaling. *Neuroscience*, 247-261.

Kanehisa, M. (2021). KEGG: Integrated database of genes, pathways, diseases, and drugs. *Nucleic Acids Res*, D545-D551.

Karran, E. &. (2022). The amyloid hypothesis in Alzheimer disease: new insights from new therapeutics. *Nature Rev Drug Discov*, 306-318.

Kim, C. K. (2022). Alzheimer's Disease: Key Insights from Two Decades of Clinical Trial Failures. *J Alz Dis*, 83-100.

LeCun, Y. (1990). Optimal Brain Damage. *Adv Neur Inf Proc Sys*.

Lenz, R. A. (2015). Adaptive, dose-finding phase 2 trial evaluating the safety and efficacy of ABT-089 in mild to moderate Alzheimer disease. *Alzheimer Dis Assoc Disord*, 192-199.

Lu, G. (2014). The Myeloma Drug Lenalidomide Promotes the Cereblon-Dependent Destruction of Ikaros Proteins. *Science*, 305-309.

Lynn Webster, e. a. (2006). Oxytrex Minimizes Physical Dependence While Providing Effective Analgesia. *J Pain*, 937-946.

Mintun, M. A. (2021). Donanemab in Early Alzheimer's Disease. *N Engl J Med*.

Pólya, G. (1957). *How to Solve It.* Princeton University Press.

Scheltens, P. (2020). Seminar: Alzheimer's Disease 2020. *Lancet*.

Selkoe, D. (2016). The amyloid hypothesis of Alzheimer's disease at25 years. *EMBO Mol Med*, 595-608.

Sims, J. (2023). Donanemab in Early Symptomatic Alzheimer Disease The TRAILBLAZER-ALZ 2 Randomized Clinical Trial. *JAMA*, 512-527.

Streiner, D. (2015). Best (but oft-forgotten) practices: the multiple problems of multiplicity—whether and how to correct for many statistical tests. *Am J Clin Nutr*, 721-728.

Tally M. Largent-Milnes, e. a. (2008). Oxycodone Plus Ultra-Low-Dose Naltrexone Attenuates Neuropathic Pain and Associated -Opioid Receptor–Gs Coupling. *J Pain*, 700-713.

van Dyck, C. H. (2023). Lecanemab in Early Alzheimer's Disease. *N Engl J Med*.

Varma, M. (2010). Physicochemical Space for Optimum Oral Bioavailability: Contribution of Human IntestinalAbsorption and First-Pass Elimination. *J Med Chem*, 1098-1108.

Veber, D. (2002). Molecular Properties That Influence the Oral Bioavailability of Drug Candidates. *J Med Chem*, 2615-2623.

Virshup, A. (2013). Stochastic Voyages into Uncharted Chemical Space Produce aRepresentative Library of All Possible Drug-Like Compounds. *J Am Chem Soc*, 7296-7303.

Wang, H.-Y. (2008). High-affinity naloxone binding to filamin a prevents mu opioid receptor-Gs coupling underlying opioid tolerance and dependence. *PLoS One*, e1554.

Wang, H.-Y. (2022). *United States Patent No. 11,385,221 B2*.

Wang, H.-Y. (2023). *United States Patent No. 11,661,580 B2*.

Wu, K. Y. (2021). Modeling structural interconversion in Alzheimers' amyloid beta peptide with classical and intrinsically disordered protein force fields. *J Biomol Struct Dyn*.

Zamloot, M. (2024). *Untied States Patent No. 12,065,440 B2*.

Zhou, J. (2021). The function and pathogenic mechanism of filamin A. *Gene*.

X

← **Post**

**Martin Shkreli**
@MartinShkreli

buy $AZN on weakness. buy $VKTX. short $MNPR. short $SAVA.

2:38 PM · Nov 5, 2024 · **57.2K** Views

33 15 218 73

**Read 33 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

Digital Commons@
Loyola Marymount University
LMU Loyola Law School

Loyola of Los Angeles Law Review

Volume 57 | Number 3 Article 1

Summer 11-9-2024

# Shorting Innovation

Nancy S. Kim

Follow this and additional works at: https://digitalcommons.lmu.edu/llr

## Recommended Citation

Nancy S. Kim, *Shorting Innovation*, 57 Loy. L.A. L. Rev. 525 ().
Available at: https://digitalcommons.lmu.edu/llr/vol57/iss3/1

This Article is brought to you for free and open access by the Law Reviews at Digital Commons @ Loyola Marymount University and Loyola Law School. It has been accepted for inclusion in Loyola of Los Angeles Law Review by an authorized administrator of Digital Commons@Loyola Marymount University and Loyola Law School. For more information, please contact digitalcommons@lmu.edu.

# SHORTING INNOVATION

*Nancy S. Kim**

*The high price of prescription drugs is often attributed to the lack of alternative therapies and the costs of drug development and clinical trials. Short attacks are an underdiscussed contributor to both. They divert and deplete a biotech's resources, ultimately reducing competition and keeping new drugs off the market.*

*Short selling (shorting) involves selling borrowed stock. This Article addresses its impact on small biotech companies, defined here as those with a market capitalization of $2 billion or less. These small biotechs contribute disproportionately to innovative research and development but face many obstacles on the road to regulatory approval. Short attacks exacerbate the challenges faced by small biotechs and impose significant costs on society. This Article's case study on Northwest Biotherapeutics highlights how short selling and algorithmic trading nearly derailed a promising brain cancer vaccine.*

*The Article contributes to the legal literature on financial markets by explaining how shorting can hinder biotech innovation and contribute to social inequities. To safeguard biotech innovation and offset some of the negative externalities of short selling, this Article proposes a 15 percent surtax on the profits from short selling a small biotech, which would be allocated to the National Institutes of Health to fund further research and development. To implement this proposal, short sales should be reported daily to FINRA, and entities managing more than $20 million and holding short positions in small biotechs should be required to file quarterly audited and certified statements. This proposal aims to curtail market manipulation, increase transparency, preserve legitimate short selling practices, and redistribute the costs and benefits of short selling more equitably.*

* Michael Paul Galvin Chair in Entrepreneurship and Applied Legal Technology, Chicago-Kent College of Law/Illinois Institute of Technology. I received valuable comments on this project from Mina Burns, Richard Chen, Tom Joo, Anita Krug, Josh Mitts, Amy Motomura, Frank Partnoy, Greg Reilly, Jeff Schwartz, James Tierney, Deepa Varadarajan, Peter Yu, and colleagues at a faculty workshop at Chicago-Kent. All errors and omissions are mine alone. My sincere thanks to John Chung, Tiffany Do, Elisabeth Hawthorne, Fielder Jewett, David Mgeryan, Zachary Mollendor, and the other members of the *Loyola of Los Angeles Law Review* for their superb editing of this Article.

TABLE OF CONTENTS

INTRODUCTION ... 527
I. SHORT AND DISTORT ... 532
A. The Pros and Cons of Short Selling ... 532
B. Distortion, Collusion, and the Principle of Reflexivity ... 537
II. THE UNIQUE SITUATION OF BIOTECH COMPANIES ... 546
A. An Overview of the Regulatory Process to Get a New Drug to Market ... 547
B. Short Attacks and the Cascade Effect ... 549
C. The Human Costs ... 554
D. Complexity and Confusion ... 559
III. A CASE STUDY: NORTHWEST BIOTHERAPEUTICS ... 561
A. Background ... 561
B. FUD Rising ... 565
C. The Downward Spiral ... 569
D. Success or Failure? ... 572
E. A Rigged System? ... 575
IV. PROPOSALS ... 578
CONCLUSION ... 584

## INTRODUCTION

In May 2022, Northwest Biotherapeutics (NWBO), a small biotechnology company that had been working for years on a brain cancer vaccine, announced positive results from its Phase III clinical trials.[1] The vaccine treated glioblastoma, the deadliest form of brain cancer.[2] A biotech industry journalist claimed that the trial was a failure and that the vaccine was less effective than a placebo.[3] The company's stock plunged over 70 percent to a 52-week low.[4] Because the company was submitting its data for publication, it was constrained from publicly delving into its results during the months-long peer review process.

In November 2022, the results of the trial were published in a feature article co-authored by seventy physicians from leading institutions around the world in the peer-reviewed journal JAMA Oncology.[5] The journal publication validated the company's earlier announcement, and the stock shot up nearly 30 percent on the news.[6] The

1. Press Release, Nw. Biotherapeutics, Presentation About Phase 3 Trial of DCVax®-L for Glioblastoma (May 10, 2022), https://nwbio.com/presentation-about-phase-3-trial-of-dcvax-l-for-glioblastoma/ [https://perma.cc/6LU4-XYRR]; *see* Jade Passey, *Trial Finds DCVax-L Can Prolong the Lives of Those Living with a Glioblastoma*, BRAIN TUMOR CHARITY (Nov. 18, 2022), https://www.thebraintumourcharity.org/media-centre/news/research-news/trial-finds-dcvax-l-can-prolong-the-lives-of-those-living-with-a-glioblastoma/ [https://perma.cc/CC9W-CQ4Z].

2. Jon Weingart, *Glioblastoma Multiforme (GBM): Advancing Treatment for a Dangerous Brain Tumor*, JOHN HOPKINS MED., https://www.hopkinsmedicine.org/health/conditions-and-diseases/glioblastoma-multiforme-gbm-advancing-treatment-for-a-dangerous-brain-tumor [https://perma.cc/R64E-P5V8].

3. *See* Adam Feuerstein, *It Took Years, but the Failure of Northwest Bio's Brain Cancer Vaccine Is Now in the Open*, STATNEWS (May 10, 2022), https://www.statnews.com/2022/05/10/it-took-years-but-the-failure-and-futility-of-northwest-bios-brain-cancer-vaccine-is-now-in-the-open/ [https://perma.cc/2TNF-D258].

4. Boe Rimes, *Northwest Biotherapeutics, Inc (OTCMKTS: NWBO) Looking to Breakout After Phase 3 Clinical Trial of DCVax®-L for GBM Showed Improved Overall Survival & Favorable Safety Profile*, MICRO CAP DAILY (May 24, 2022), https://microcapdaily.com/phase-3-clinical-trial-of-dcvax-l-for-gbm-showed-improved-overall-survival-favorable-safety-profile [https://perma.cc/34V5-JTC7].

5. Linda M. Liau et al., *Association of Autologous Tumor Lysate-Loaded Dendritic Cell Vaccination with Extension of Survival Among Patients with Newly Diagnosed and Recurrent Glioblastoma*, 9 JAMA ONCOLOGY 112 (2023); Press Release, Nw. Biotherapeutics, Northwest Biotherapeutics Reports Positive Top-Line Results From Phase 3 Trial of DCVax®-L for Glioblastoma (Nov. 17, 2022), https://nwbio.com/northwest-biotherapeutics-reports-positive-top-line-results-from-phase-3-trial-of-dcvax-l-for-glioblastoma/ [https://perma.cc/4ATF-SDEW].

6. Liau et al., *supra* note 5, at 112; *see Northwest Biotherapeutics, Inc. (NWBO)*, YAHOO! FIN., https://finance.yahoo.com/quote/NWBO [https://perma.cc/S2AT-3Y4A].

negative online commentary continued,[7] however, and by the end of the day, the stock had fallen from its highs.

On December 1, 2022, NWBO filed a lawsuit against Citadel Securities and other big traders, alleging that their "relentless and brazen manipulation" drove the company's stock down 78 percent on a day with "extremely positive news" about the company's Phase III clinical trials.[8] According to the complaint, these trading companies made hundreds of millions of dollars and their illegal activities impaired NWBO's ability to raise funds and nearly derailed its progress in getting a life-saving cancer treatment to market.[9]

The episode illustrates the particular vulnerability of small cap biotech companies ("small biotechs")[10] to shorting. Short selling is the sale of stock that an investor does not own or has borrowed.[11] Short sellers profit from the difference between the sale price and the future delivery price.[12]

While there is an ongoing debate regarding whether short selling benefits or harms retail investors *in general*, this Article focuses specifically on negative activists (those who take actions to promote the potential risks and downsides of a company)[13] and the impact of

7. Adam Feuerstein, *Northwest Bio Study of Brain Cancer Vaccine Still Falls Short,* STAT NEWS (Nov. 21, 2022), https://www.statnews.com/2022/11/21/northwest-bio-study-of-cancer-vaccine-still-falls-short/ [https://perma.cc/F2P4-7TNG].

8. Complaint at 20–21, Nw. Biotherapeutics, Inc. v. Canaccord Genuity, LLC, No. 1:22-CV-10185 (S.D.N.Y. Dec. 1, 2022), ECF No. 1.

9. *Id.* at 70–81.

10. I define "small cap" as companies with a market capitalization under $2 billion. Generally, investors consider large cap companies to have a market capitalization of over $10 billion; mid-cap companies to have a market capitalization of $2–10 billion, and small-cap companies to have a market capitalization of $200 million–$2 billion. *Understanding Market Capitalization,* FIDELITY, https://www.fidelity.com/learning-center/trading-investing/fundamental-analysis/understanding-market-capitalization [https://perma.cc/S7QM-RJWE]. I define a "biotech" as a company in the field of biological sciences which is engaged in the development of drugs or medical devices to cure or alleviate the symptoms of human diseases such as diabetes, Alzheimer's, and cancers. A "small biotech" is defined in this paper as a biotech with a market capitalization under $2 billion.

11. *Investor Bulletin: An Introduction to Short Sales*, U.S. SEC. & EXCH. COMM'N (Oct. 29, 2015), https://www.sec.gov/oiea/investor-alerts-and-bulletins/ib_shortsalesintro [https://perma.cc/X8GT-6VPB].

12. *Id.* For example, on July 1, Speculator borrows from its broker 10,000 shares of Company X stock at the market price of $100 a share to be returned by October 1. Speculator immediately sells them at the market price of $100. Before October 1, the stock price drops to $60 a share and Speculator buys 10,000 shares on the open market to return them to the broker. Speculator makes a profit of the difference of $40/share or $40,000. If, however, the stock price goes up to $120/share, then Speculator must buy back those shares at that higher price and loses money ($120,000 – $100,000 = $20,000 plus fees and interest on the loan).

13. Professors Barbara Bliss, Peter Molk, and Frank Partnoy refer to these short sellers as "negative activists." *See* Barbara A. Bliss et al., *Negative Activism,* 97 WASH. U. L. REV. 1333, 1338 (2020) ("In negative activism, the activist typically sells short a company's shares instead of

shorting on innovation in the biotech industry, particularly as it pertains to drug development. I argue that shorting the stock of small biotechs creates incentives to engage in illegal activity that ultimately impedes innovation and costs lives.

Shorting can be part of a prudent investing strategy. Hedge funds[14] and other institutional investors engage in a variety of trading strategies to protect against losses and to meet liquidity needs. Because they take large positions, they can move markets.[15] Short attacks can devastate any company's stock, deplete it of resources, and harm the individual reputation of a corporation's officers and directors.[16] But when that company is a small biotech, the consequences are more dire. Biotech companies are vital to society.[17] The public depends upon them to develop life-saving drugs and devices. They produce drugs that improve human lives and alleviate suffering.

Small biotechs are also uniquely vulnerable and appealing targets for short sellers.[18] These companies spend years developing one or a handful of drugs, and the results of their efforts are dramatic—either they succeed, resulting in approval by the Food and Drug Administration (FDA) and commercialization of a drug worth potentially billions of dollars; or they fail, and the years of effort and resources spent on

buying them. A negative activist thereby seeks to profit from, and has incentives to cause, a decline in share prices—the opposite of a positive activist, who profits when share prices rise."); Peter Molk & Frank Partnoy, *The Long-Term Effects of Short Selling and Negative Activism*, 112 ILL. L. REV. 1, 3 (2022) (noting that "negative activists target companies they see as overvalued or even potentially fraudulent").

14. Hedge funds are entities that hold securities and are distinguished from other funds by their management fee structure, which is typically 1–2 percent of assets and 20 percent of capital gains or capital appreciation. U.S. SEC. & EXCH. COMM'N, IMPLICATIONS OF THE GROWTH OF HEDGE FUNDS ix (2003), https://www.sec.gov/files/implications-growth-hedge-funds-09292003.pdf [https://perma.cc/2AZL-6QBS].

15. *Id.* at 4–5. Although individuals also short stocks, this Article is primarily concerned with hedge fund short sellers because of their ability to affect a company's stock price. This Article will use the term "shorts" and "short sellers" interchangeably.

16. Jeff Katz & Annie Hancock, *Short Activism: The Rise in Anonymous Online Short Attacks*, HARV. L. SCH. F. ON CORP. GOVERNANCE (Nov. 27, 2017), https://corpgov.law.harvard.edu/2017/11/27/short-activism-the-rise-in-anonymous-online-short-attacks/ [https://perma.cc/4HR9-JP9T].

17. *See* NAT'L INTEL. COUNCIL, THE FUTURE OF BIOTECH (2021), https://www.dni.gov/files/images/globalTrends/GT2040/NIC-2021-02494--Future-of-Biotech--Unsourced--14May21.pdf [https://perma.cc/7MC5-NB3W].

18. Brian Scheid, *Biotech Companies Now Most-Shorted US Stocks as Tougher Federal Scrutiny Looms*, S&P GLOBAL MKT. INTELL. (Apr. 19, 2021), https://www.spglobal.com/marketintelligence/en/news-insights/latest-news-headlines/biotech-companies-now-most-shorted-us-stocks-as-tougher-federal-scrutiny-looms-63747008 [https://perma.cc/U248-WW2A].

research are lost.[19] In no other industry is the success or failure of a company so starkly binary.

Their very high risk-reward nature, low volume, and lack of liquidity make small biotechs an appealing target for shorting and market manipulation.[20] Their small market capitalization makes it easier for a deep-pocketed purchaser or seller to strategically move the company's stock price by, for example, timing a large sale with the release of news about the target company.[21] Manipulative tactics associated with short selling enrich already wealthy firms,[22] impede innovation in the biotech sector, and stifle competition, ultimately leading to fewer drugs in the marketplace and higher prices for consumers.[23]

Small biotechs are vulnerable to shorting in a way that Big Pharma companies[24] are not. Big Pharma has greater resources to defend against a short attack[25] The longstanding reputation of a Big Pharma company, well-staffed public relations teams, diversified product lines, substantial cash reserves, and existing revenue streams blunt the damage that short sellers can do. A short attack may temporarily lower the stock price of a Big Pharma target, but it is unlikely to bring down the company or stall its clinical trials.

By contrast, a short attack is likely to drastically lower a small biotech's stock price, create hurdles that slow down progress, impede financings, and may even completely derail the company's drug

19. *Development & Approval Process: Drugs*, U.S. FOOD & DRUG ADMIN. (Aug. 8, 2022), https://www.fda.gov/drugs/development-approval-process-drugs [https://perma.cc/3WGD-SCSG].

20. In 2021, biotech stocks were the most shorted. *See* Scheid, *supra* note 18.

21. Letter from Melanie Sloan, Exec. Dir. of CREW to U.S. Sec. & Exch. Comm'n (July 29, 2014) (on file with author).

22. Citadel, one of the most profitable hedge funds, made a $16 billion profit in 2022. *See* Anviksha Patel, *Ken Griffin's Citadel Made $16 Billion Last Year—the Largest Annual Hedge Fund Profit on Record, Investor Says*, MARKETWATCH (Jan. 23, 2023), https://www.marketwatch.com/story/ken-griffins-citadel-made-16-billion-last-year-the-largest-annual-hedge-fund-return-on-record-investor-says-11674465388 [https://perma.cc/QJW6-SWCQ].

23. Steven Pearlstein, *Northwest Biotherapeutics Stock Woes Highlight the Harm of Short Sales*, WASH. POST (Sept. 27, 2014, 6:14 PM), https://www.washingtonpost.com/business/northwest-biotherapeutics-stock-woes-highlight-the-harm-of-short-sales/2014/09/26/78b99b0a-4507-11e4-b47c-f5889e061e5f_story.html [https://perma.cc/6GS4-HJVR].

24. Although large pharmaceutical companies such as Merck and Pfizer may also be considered part of the biotech sector, this paper refers to them and other large, publicly traded pharmaceutical companies with a market capitalization of over $50 billion as "Big Pharma" to distinguish them from their smaller rivals.

25. Karl Leif Bates, *Big Pharmacy Relies on Small Biotech Firms to Succeed*, UNIV. MICH. (Feb. 18, 2002), https://record.umich.edu/articles/big-pharmacy-relies-on-small-biotech-firms-to-succeed/ [https://perma.cc/4BLW-HKJ4].

development efforts.[26] Given that much of the innovation in drug development increasingly comes from small biotechs and not Big Pharma,[27] short attacks on small biotechs are not only unfair, they also have tragic consequences.

Small biotechs spend years developing one or only a handful of drugs, but if they are successful, the financial payoff for investors can be enormous.[28] The odds of success, however, are slim. One study estimates that there is a less than 12 percent chance that a drug will be approved for marketing.[29] Drug development is a painfully slow and expensive process. The initial research and development is costly,[30] and the FDA approval process is long and burdensome.[31] The stakes are high, the outcome is uncertain, and the results are binary.

Small biotechs are responsible for a disproportionate share of innovative research and development.[32] As cumbersome Big Pharma turns away from actively researching and developing drugs, these companies are turning toward nimbler and more creative small biotechs to help them fill their pipeline.[33] Thus, modern society depends upon small biotechs for new drugs that prolong and enhance the quality of human life.

By drawing attention to the impact of shorting on innovation in drug development, this Article makes an important and novel contribution to the legal literature on financial markets. While the existing literature has focused on the effect of short selling to the financial markets,[34] this Article is the first to examine how short selling affects the

26. Pearlstein, *supra* note 23.

27. *See* discussion *infra* Part II.

28. Thomas Sullivan, *A Tough Road: Cost to Develop One New Drug Is $2.6 Billion; Approval Rate for Drugs Entering Clinical Development Is Less Than 12%*, POL'Y & MED. (Mar. 21, 2019), https://www.policymed.com/2014/12/a-tough-road-cost-to-develop-one-new-drug-is-26-billion-approval-rate-for-drugs-entering-clinical-de.html [https://perma.cc/E8AG-BSQ7].

29. *Id.* Studies generally put the figure between 5 and 14 percent. *See* Allan Haberman, *MIT Study Finds That the Probability of Clinical Trial Success Is Nearly 40% Higher Than Previously Thought*, HABERMAN ASSOCS. (Mar. 14, 2018), https://biopharmconsortium.com/2018/03/14/mit-study-finds-that-the-probability-of-clinical-trial-success-is-nearly-40-higher-than-previously-thought/ [https://perma.cc/43HE-AT27].

30. The estimated cost of developing a drug for approval is approximately $2.6 billion. Rick Mullin, *Cost to Develop New Pharmaceutical Drug Now Exceeds $2.5B*, SCI. AM. (Nov. 24, 2014), https://www.scientificamerican.com/article/cost-to-develop-new-pharmaceutical-drug-now-exceeds-2-5b/ [https://perma.cc/N236-UZT7];

31. *FDA's Drug Review Process: Ensuring Drugs Are Safe and Effective*, U.S. FOOD & DRUG ADMIN. (Nov. 24, 2017), https://www.fda.gov/drugs/information-consumers-and-patients-drugs/fdas-drug-review-process-ensuring-drugs-are-safe-and-effective [https://perma.cc/A75J-HM2W].

32. Bates, *supra* note 25.

33. *See* discussion *infra* Part II.

34. *See infra* Part I.

biotech industry in a way that contributes to social inequities, and it proposes a solution that is corrective and redistributive.

Part I of this article provides an overview of the issues surrounding the practice of short selling, including arguments for and against regulation. Part II explains why biotechs are uniquely vulnerable to short attacks. Part III examines the case of Northwest Biotherapeutics, a company developing a brain cancer vaccine. In Part IV, I outline my proposal which includes reporting requirements and a 15 percent surtax on profits from shorting small biotechs, which would be distributed to the National Institutes of Health.

## I. SHORT AND DISTORT

### *A. The Pros and Cons of Short Selling*

In January 2021, several hedge funds reported that they had lost billions of dollars shorting shares of companies such as video game retailer, GameStop.[35] One of the biggest losers was Melvin Capital Management, which reportedly lost over 50 percent on its investments.[36] These sophisticated market players had fallen victim to a "short squeeze"[37] orchestrated by individual investors who had organized their trading on social media sites, most notably a forum on Reddit called WallStreetBets.[38] The incident, with its David-and-Goliath, "take from the rich"[39] undertones, resonated with a pandemic-weary public that had become increasingly aware of the failings of free

35. Juliet Chung, *Melvin Capital Lost 53% in January, Hurt by GameStop and Other Bets*, WALL ST. J. (Jan. 31, 2021), https://www.wsj.com/articles/melvin-capital-lost-53-in-january-hurt-by-gamestop-and-other-bets-11612103117?mod=article_inline [https://perma.cc/MC7S-LH78].

36. *Id.*

37. A short squeeze occurs when the stock price of a company with a significant number of short positions rises upward unexpectedly, putting pressure on short sellers to cover their positions which further raises the price. *What's a Short Squeeze and Why Does It Happen?*, CHARLES SCHWAB (Feb. 1, 2021), https://www.schwab.com/learn/story/whats-short-squeeze-and-why-does-it-happen [https://perma.cc/QXA7-SYJ5]; *Key Points About Regulation SHO*, U.S. SEC. & EXCH. COMM'N (May 31, 2022), https://www.sec.gov/investor/pubs/regsho.htm [https://perma.cc/Z36C-7QJ2].

38. Makena Kelly, *Hill Report: Who Wants to Talk to Reddit?*, VERGE (Feb. 18, 2021, 3:00 PM), https://www.theverge.com/2021/2/18/22290110/house-financial-services-robinhood-gamestop-squeeze-roaringkitty-hearing [https://perma.cc/M2MN-BBG4].

39. Evgeny Morozov, *Why the GameStop Affair Is a Perfect Example of 'Platform Populism,'* GUARDIAN (Feb. 3, 2021, 4:00 AM), https://www.theguardian.com/commentisfree/2021/feb/03/gamestop-platform-populism-uber-airbnb-wework-robinhood-democracy [https://perma.cc/6X8X-VK4M]. Consistent with the populist theme, many of the retail investors traded through their online brokerage accounts with Robinhood, rather than through more established firms. *Id.*

market capitalism.[40] It again brought to the public's attention the practice of short selling and options trading, which had briefly occupied headlines during the 2008 financial crisis and then disappeared from the public's attention. During the 2008 financial crisis, some hedge funds took advantage of the dire position of banks and shorted their stock.[41] In doing so, they exacerbated the precariousness of the financial system and the U.S. economy, prompting the Securities and Exchange Commission (SEC) to temporarily halt short selling of stocks in financial companies.[42] More recently, in May 2023, the American Bankers Association called for the SEC to rein in short sellers who were using social media to instigate a bank run and drive down the stock price of regional banks.[43]

Critics have argued that short selling the stock of publicly traded companies provides little or no societal benefit, destabilizes the marketplace, and harms both target companies and investors.[44] They have referred to the practice as an example of "vulture capitalism," which feasts on a failing economy rather than adding value to it.[45] They claim that short sellers spread false or misleading information to drive down a company's stock price so they can make a profit.[46] CEOs of companies have complained about short and distort attacks against their

40. *See* James Fallows Tierney, *Investment Games*, 72 DUKE L.J. 353, 410–12 (2022) (discussing GameStop and the "gamification" of finance); Kat Lonsdorf, *How the Financial Crisis of 2008 Appeared in the GameStop Trading Frenzy*, NPR (Feb. 8, 2021, 5:28 PM), https://www.npr.org/2021/02/08/965563614/how-the-financial-crisis-of-2008-appeared-in-the-gamestop-trading-frenzy [https://perma.cc/GZ84-63JQ].

41. Simon Bowers, *Banking Crisis: Regulators Look to Curb Naked Ambition of the Short Sellers*, GUARDIAN, (Sept. 17, 2008, 2:01 PM), https://www.theguardian.com/business/2008/sep/17/stockmarkets.marketturmoil [https://perma.cc/8WLV-M8LF].

42. Press Release, U.S. Sec. & Exch. Comm'n, SEC Halts Short Selling of Financial Stocks to Protect Investors and Markets (Sept. 19, 2008), https://www.sec.gov/news/press/2008/2008-211.htm [https://perma.cc/JJV4-KCJ9]; David Goldman, *SEC Bans Short-Selling*, CNN (Sept. 19, 2008, 7:41 AM), https://money.cnn.com/2008/09/19/news/economy/sec_short_selling/index.htm [https://perma.cc/Y3X8-CDAP].

43. Letter from Rob Nichols, President & CEO of the Am. Bankers Ass'n, to Gary Gensler, Chairman, U.S. Sec. & Exch. Comm'n (May 4, 2023) (on file at aba.com).

44. *See* Duncan Lamont, *GameStop: The Ethics of Short Sellers*, SCHRODERS (Jan. 29, 2021), https://www.schroders.com/en/global/individual/insights/are-short-sellers-ethical/ [https://perma.cc/JY8K-GCWE] (acknowledging claims that short selling has a poor reputation).

45. Rob Davies, *GameStop: How Reddit Amateurs Took Aim at Wall Street's Short-Sellers*, GUARDIAN (Jan. 28, 2021), https://www.theguardian.com/business/2021/jan/28/gamestop-how-reddits-amateurs-tripped-wall-streets-short-sellers [https://perma.cc/NLD5-R7SC].

46. Molk & Partnoy, *supra* note 13, at 6 (noting that "studies have found that an increase in short selling is on average closely followed by negative news, and the literature on short selling recently has interpreted this association as a potentially deleterious short-term effect, rather than as a positive aspect of price discovery"); Katz & Hancock, *supra* note 16 (discussing several examples where anonymous short attacks sent stock prices "spiraling").

companies for years.[47] Tesla, Overstock,[48] Shopify[49] and other well-known corporations have all been the target of short attacks. Overstock sued a hedge fund short seller, alleging that it "orchestrated a wide-scale predatory campaign of knowingly distributing false, and covertly biased, written reports about Overstock in order to disparage Overstock and enrich themselves."[50] Elon Musk, the CEO of Tesla, has been vocal about his disdain for short sellers and the damage they cause:

> Too often, sophisticated hedge funds have used short selling and complex derivatives to take advantage of small investors. They will short a company, conduct a negative publicity campaign to drive the stock price down temporarily and cash out, then do it all over again many times. The term for this, as you may be aware, is "short & distort."[51]

Defenders of the practice, however, argue that short selling contributes to more efficient financial markets[52] and provides market liquidity when there are temporary imbalances in the supply and demand for a particular stock.[53] Short sales may also contribute to pricing efficiency and keep a stock from becoming overinflated.[54] Most importantly, they argue that activist short sellers keep companies

---

47. *See* Lawrence Delevingne, *Short & Distort? The Ugly War Between CEOs and Activist Critics*, REUTERS (Mar. 21, 2018, 5:14 AM), https://www.reuters.com/article/us-usa-stocks-shorts-insight/short-distort-the-ugly-war-between-ceos-and-activist-critics-idUSKCN1R20AW/ [https://perma.cc/5KG6-2HKM].

48. Bethany McLean & Corey Hajim, *Overstock's Phantom Menace*, CNN (Nov. 1, 2005, 8:04 AM), https://money.cnn.com/2005/11/01/news/midcaps/overstock_fortune_111405/ [https://perma.cc/2D58-6G5Y]; CNBC Television, *Overstock.com CEO on How the Company Overcame Short Sellers*, YOUTUBE (Feb. 3, 2021), https://www.youtube.com/watch?v=UI5lMJItrkI [https://perma.cc/EV8Y-JCFP].

49. David George-Cosh, *Shopify CEO Addresses Short-Seller's Claims*, WALL ST. J. (Oct. 31, 2017), https://www.wsj.com/articles/shopify-ceo-addresses-short-sellers-claims-1509464503 [https://perma.cc/6TBK-MYLV].

50. McLean & Hajim, *supra* note 48.

51. Brian Schwartz, *Elon Musk Cheers On Justice Department Probe of Short Sellers*, CNBC (Feb. 23, 2022), https://www.cnbc.com/2022/02/23/elon-musk-cheers-on-justice-department-probe-of-short-sellers.html [https://perma.cc/JA9J-SR6L].

52. Hugo Dante, Opinion, *In Defense of the Misunderstood Short Seller*, HILL (Mar. 16, 2021, 10:30 AM), https://thehill.com/opinion/finance/543345-in-defense-of-the-misunderstood-short-seller/ [https://perma.cc/B96G-C9J7].

53. U.S. SEC. & EXCH. COMM'N, *supra* note 14, at 40.

54. *Id.*; *see also* Mark Gilbert, *Long-Short Hedge Funds Are Necessary, Not Evil*, WASH. POST (Aug. 6, 2020), https://www.washingtonpost.com/business/long-short-hedge-funds-are-necessary-not-evil/2020/08/06/8dfcce08-d7b2-11ea-a788-2ce86ce81129_story.html [https://perma.cc/8L5P-UKNE] (explaining how short sellers serve a vital market function by uncovering malfeasance in an industry that is otherwise skewed away from negativity).

honest and expose corporate fraud.[55] They cite high-profile examples, such as Enron,[56] Valeant,[57] and Wirecard,[58] where short sellers sounded alarm bells and issued warnings that turned out to be well-founded. Law professors Peter Molk and Frank Partnoy suggest that "negative activism can add significant value to the securities markets"[59] and that it "has the potential to provide substantively desirable, albeit perhaps intuitively unappealing disciplining forces to the market."[60]

The primary regulation in this area is Regulation SHO.[61] The purpose of Regulation SHO is to enhance market stability and investor confidence, particularly by prohibiting practices such as "naked shorting."[62] The SEC and the Department of Justice also regulate short sellers under existing securities laws.[63]

Unfortunately, the SEC has been woefully ineffective at curbing illegal market manipulation associated with shorting, largely because of the evidentiary difficulty of identifying fraudulent activity and the SEC's resource constraints.[64] More often, companies and their shareholders are left to fend for themselves by conducting their own investigations and filing lawsuits.[65]

---

55. *Id.*

56. Cassell Bryan-Low & Suzanne McGee, *Enron Short Seller Detected Red Flags in Regulatory Filings*, WALL ST. J. (Nov. 5, 2001), https://www.wsj.com/articles/SB1004916006978550640 [https://perma.cc/KJ8V-54PQ]; Tom Petruno, *'Short-Sellers' in Enron Finally Get Their Due*, L.A. TIMES (Jan. 20, 2002, 12:00 AM), https://www.latimes.com/archives/la-xpm-2002-jan-20-fi-petruno20-story.html [https://perma.cc/BX3F-3X3Y] (stating that "short-sellers may be the last bastion of hard-nosed research left on Wall Street").

57. Michael Hiltzik, *Column: Valeant Scandal Shows Why We Need Short-Sellers in the Stock Market*, L.A. TIMES. (Nov. 3, 2015, 4:27 PM) https://www.latimes.com/business/hiltzik/la-fi-mh-valeant-scandal-20151103-column.html [https://perma.cc/9AGG-RQDN].

58. Chris Bryant, *Wirecard Fraud Casts Appreciative Limelight on Short-Sellers*, BUS. TIMES (June 27, 2020), https://www.businesstimes.com.sg/wealth-investing/wirecard-fraud-casts-appreciative-limelight-on-short-sellers [https://perma.cc/FH7Y-HURJ].

59. Molk & Partnoy, *supra* note 13, at 9.

60. *Id.* at 10.

61. *Key Points About Regulation SHO*, *supra* note 37.

62. *Id.* Naked short sales occur when a seller has not borrowed shares before selling them. *Id.*

63. *See* Katia Porzecanski & Tom Schoenberg, *Vast DOJ Probe Looks at Almost 30 Short-Selling Firms and Allies*, BLOOMBERG (Feb. 4, 2022, 8:34 AM), https://www.bloomberg.com/news/articles/2022-02-04/vast-doj-probe-looks-at-almost-30-short-selling-firms-and-allies?leadSource=uverify%20wall [https://perma.cc/5DL2-LZ6G].

64. *See* Thomas M.J. Möllers, *Market Manipulation Through Short Selling Attacks and Misleading Financial Analyses*, 53 INT'L L. 91, 97 (2020).

65. Harrington Glob. Opportunity Fund v. CIBC World Mkts. Corp., No. 21 CIV. 761, 2023 WL 6316252 (S.D.N.Y. Sept. 28, 2023) (shareholder of health company sued under Section 10(b) of the Securities Exchange Act of 1934, alleging defendants engaged in spoofing that caused economic harm); *see also* Ciara Lianne, *Genius Group Hires Former FBI Official to Head Task Force to Investigate Illegal Trading of Stock, to Pay Special Dividend*, MARKETWATCH (Jan.

More recently, the GameStop short squeeze and other meme stock related events prompted the SEC to propose new rules that would require hedge funds to disclose more information about the stocks they short.[66] The SEC adopted these rules on October 13, 2023,[67] which, among other requirements, require institutional investment managers to file monthly reports when they have a gross short position of at least $10 million or the equivalent of 2.5 percent of the shares outstanding.[68] The rationale for more disclosure is that it will diminish the likelihood of market manipulation schemes, allow investors to consider more critically short reports issued by short sellers, and elicit more skepticism and scrutiny from investors when there are dramatic and inexplicable drops in stock price.[69] The National Investor Relations Institute (NIRI) argues that institutional investment managers should disclose their short selling activities because disclosure "would help prevent market manipulation and other abusive trading practices" and provide "valuable information to issuers and the public" by exposing the motivations behind the short investor.[70] Disclosure requirements are also supported by Nasdaq for similar reasons, including market stability.[71]

In this Article, I argue that shorting itself is not the problem. There are legitimate reasons why an investor may short a company's stock.

---

19, 2022), https://www.marketwatch.com/story/genius-group-names-ex-fbi-official-to-head-task-force-to-investigate-illegal-trading-of-stock-to-pay-special-dividened-01674130361 [https://perma.cc/5BLY-GNNY] (showing how an edtech and education group hired an ex-FBI official to investigate suspected illegal trading).

66. EDUARDO A. ALEMAN, DEPUTY SEC'Y, U.S. SEC. & EXCH. COMM'N, SHORT POSITION AND SHORT ACTIVITY REPORTING BY INSTITUTIONAL MANAGERS 7 (2022), https://www.sec.gov/rules/proposed/2022/34-94313.pdf [https://perma.cc/W7GZ-TWK3].

67. Press Release, U.S. Sec. & Exch. Comm'n, SEC Adopts Rule to Increase Transparency into Short Selling and Amendment to CAT NMS Plan for Purposes of Short Sale Data Collection (Oct. 13, 2023), https://www.sec.gov/news/press-release/2023-221 [https://perma.cc/TL8U-GQ3D].

68. *Id.*; Kevin J. Campion, *The SEC's Proposed New Short Disclosure/Sale Requirements*, HARV. L. SCH. F. CORP. GOVERNANCE (Apr. 2, 2022), https://corpgov.law.harvard.edu/2022/04/02/the-secs-proposed-new-short-disclosure-sale-requirements/ [https://perma.cc/QK9Y-AVVT]. Previously a group of twelve law professors submitted a petition to the SEC seeking a duty to update promptly a voluntary short position disclosure. Letter from Joshua Mitts et. al. to Vanessa Countryman, Sec'y, U.S. Sec. & Exch. Comm'n (Feb. 12, 2020), https://www.sec.gov/files/rules/petitions/2020/petn4-758.pdf [https://perma.cc/PB2C-N4CQ].

69. NAT'L INV. RELS. INST., THE CASE FOR IMPROVED DISCLOSURE OF SHORT POSITIONS 2, https://www.niri.org/NIRI/media/NIRI/Advocacy/NIRI-Case-for-Short-Selling-Disclosure-Rule-final.pdf [https://perma.cc/YNT8-E5JP].

70. *Id.*

71. Letter from Edward S. Knight, Exec. Vice President, Gen. Couns. and Chief Regul. Off. of Nasdaq, to Brent J. Fields, Sec'y, U.S. Sec. & Exch. Comm'n (Dec. 7, 2015), https://www.sec.gov/files/rules/petitions/2015/petn4-691.pdf [https://perma.cc/65UM-7CBW].

An institutional investor may, for example, have short term liquidity needs due to redemptions and may not wish to divest itself of a long position in the same stock. It may also want to hedge against a long position in the same market sector or for timing or other strategic reasons.

Negative activism itself is also not the problem. Negative activists have uncovered many instances of fraud at publicly traded companies. For example, a short report by Hindenburg Research[72] led to the conviction of Nikola founder, Trevor Milton, for fraud.[73] Often, short sellers risk retaliation by companies or investors for their work.[74] For example, after Hindenburg issued its report, Nikola publicly stated that it would consider litigation against the firm.[75]

The problem is the difficulty in identifying and distinguishing good faith shorting from illegal market manipulation. Both good faith shorting and negative activism contribute to a market environment that makes it difficult to separate fact from fiction. In other words, the practice of shorting, even when done for legitimate purposes, provides cover for illegal activity.

### *B. Distortion, Collusion, and the Principle of Reflexivity*

Although a positive step toward restoring trust in the marketplace, the disclosure requirements alone are insufficient at getting at the crux of the problem: shorting creates an incentive for market manipulation through illicit trading practices such as "spoofing" and "pinging."[76] Both involve placing a buy or sell order, also referred to as baiting orders,[77] with the intent to cancel the bid in order to create a false

72. Akanksha Rana & Munsif Vengattil, *Nikola Threatens Hindenburg with Litigation, Short-Seller 'Welcomes It,'* REUTERS (Sept. 11, 2020), https://www.reuters.com/article/us-nikola-hindenburg-idUSKBN2621WR [https://perma.cc/EC9H-M2ME].

73. Jack Ewing, *Founder of Electric Truck Maker Is Convicted of Fraud*, N.Y. TIMES (Oct. 14, 2022), https://www.nytimes.com/2022/10/14/business/trevor-milton-nikola-fraud.html [https://perma.cc/3QWQ-ACKS].

74. Michelle Celarier, *Short Sellers Chanos and Quadir Have Been Zooming with Congress in Hopes of Fending Off Regulation*, INSTITUTIONAL INV. (Mar. 11, 2021), https://www.institutionalinvestor.com/article/b1qxnbvg459t31/Short-Sellers-Chanos-and-Quadir-Have-Been-Zooming-With-Congress-in-Hopes-of-Fending-Off-Regulation [https://perma.cc/RT2F-XSX7] (One short seller explained that "companies will retaliate against short sellers if the companies know their positions, detailing how she has been subjected to such attacks.").

75. Rana & Vengattil, *supra* note 72.

76. Tom C.W. Lin, *The New Market Manipulation*, 66 EMORY L.J. 1253, 1288–1290 (2017).

77. Harrington Glob. Opportunity Fund v. CIBC World Mkts. Corp., No. 21 CIV. 761, 2023 WL 6316252, at *1 (S.D.N.Y. Sept 28, 2023) (describing baiting orders as order "not intended to be executed" that "had no legitimate economic purpose" and "sent a 'false and misleading price signal to the marketplace'").

sentiment of a stock.[78] Both are enabled by the use of algorithmic and high frequency trading programs that permit thousands of orders to be placed within milliseconds.[79]

Technology has transformed market manipulation. As law professor Tom Lin writes, "the mechanisms of new media technology and new financial technology" allow the distortion of financial markets on an "unprecedented scale" by spreading faulty information.[80] Lin refers to this "new method of cybernetic market manipulation" as "mass misinformation."[81] Mass misinformation compounds the false sentiment of a company's stock created by spoofing or pinging.[82]

Short reports can have a disastrous effect on a company's stock price. For example, after Spruce Point Capital published a report on Nuvei, claiming the company engaged in questionable business practices, the company's shares dropped 50 percent within a few hours.[83] But as harmful as short reports may be to a company's stock price, they may also be a valuable aspect of price discovery, providing a needed check on an overpriced stock.

However, it may be difficult for the average investor to distinguish between legitimate short reports and research reports intended to spread mass misinformation.[84] Distortive or inaccurate short reports

78. 7 U.S.C. § 6(c)(a)(5)(C) ("It shall be unlawful for any person to engage in any trading, practice, or conduct on or subject to the rules of a registered entity that . . . is of the character of, or is commonly known to the trade as, 'spoofing' (bidding or offering with the intent to cancel the bid or offer before execution)."); Lin, *supra* note 76, at 1288–89 (describing pinging and spoofing as "two new methods of market manipulation that leverage the new financial technologies of the marketplace to distort the ordinary price discovery process in financial markets").

79. For a more detailed discussion of spoofing and how it is affected by high frequency trading, see generally Merritt B. Fox et. al., *Spoofing and Its Regulation*, 2021 COLUM. BUS. L. REV. 1244, 1254 (2021) ("Drawing on microstructure and financial economics, this Article offers a new understanding of a common kind of quote-driven manipulation, often referred to as 'spoofing.'"); Lin, *supra* note 76, at 1288–90 ("The rise of autonomous, high-speed supercomputers running on smart algorithms made both methods of market manipulation possible and profitable since both pinging and spoofing require the rapid submission and cancellation of voluminous orders measured in seconds.").

80. Lin, *supra* note 76, at 1292.

81. *Id.*

82. The Justice Department and the SEC are currently investigating several prominent short selling firms. *See* Porzecanski & Schoenberg, *supra* note 63 ("Investigators have been looking, for example, for signs that money managers might try to engineer startling stock drops to induce selling by market makers or other investors, or engage in other abuses, such as insider trading.").

83. Eddie Pan, *NVEI Stock Alert: Nuvei Plunges 50% After Spruce Point Short Report*, INVESTORPLACE (Dec. 8, 2021, 12:28 PM), https://investorplace.com/2021/12/nvei-stock-alert-nuvei-plunges-50-after-spruce-point-short-report/ [https://perma.cc/FEY3-VVMQ].

84. Evan Hughes, *The Man Who Moves Markets*, ATLANTIC (Feb. 2, 2023) https://www.theatlantic.com/magazine/archive/2023/03/wall-street-muddy-waters-activist-short-sellers-tesla-gamestop/672774/ [https://perma.cc/UZL7-2ENM]. ("Often the author of a short report is only one

are often widely distributed and taken at face value by retail investors,[85] and they can have a catastrophic effect on a targeted company.[86]

On September 2018, the SEC announced that it had charged hedge fund advisor Gregory Lemelson and his investment advisory firm, Lemelson Capital Management, LLC, for issuing false information about Ligand Pharmaceuticals.[87] The SEC charged that Lemelson, after taking a short position in Ligand, issued false information about the company in an effort to "shake investor confidence in Ligand, lower its stock price, and increase the value of his position" and, by doing so, reaped more than $1.3 million in illegal profits.[88] Ligand's stock plunged by more than a third after Lemelson's campaign.[89] A jury ultimately convicted Lemelsen of making false statements that included assertions that Ligand's most profitable drug was on the brink of obsolescence and that the company had engaged in a sham transaction.[90] Brazenly, after the SEC charged Lemelson, his firm increased his short position in Ligand and called for the U.S. Attorney to investigate the company, claiming that the SEC has "botched opportunities for a proper investigation of the company."[91]

Short sellers may also encourage or direct anonymous posters on message boards, bloggers, journalists, and other media influencers to post negative information about a company.[92] These posters may

participant in a coordinated campaign, and the biggest player is usually invisible. . . . An activist short who doesn't have the capital to fully exploit his idea will often link up with a 'balance-sheet provider'—a large hedge fund that puts on a big trade and gives the author a piece of the proceeds.").

85. One study found that on the day of a short report's disclosure, media mentions spiked more than 261 percent, which suggested the report reached a wide audience and gained the attention of investors. Janja Brendel & James Ryans, *Responding to Activist Short Sellers: Allegations, Firms, Responses, and Outcomes*, 59 J. ACCT. RSCH. 487, 509 (2021).

86. *See* Katz & Hancock, *supra* note 16 (providing examples of companies whose stock was devastated by short reports).

87. Press Release, U.S. Sec. & Exch. Comm'n, SEC Charges Hedge Fund Adviser with Short-and-Distort Scheme (Sept. 12, 2018), https://www.sec.gov/news/press-release/2018-190 [https://perma.cc/6DCX-RREV].

88. *Id.*

89. *Id.*

90. Press Release, U.S. Sec. & Exch. Comm'n, SEC Wins Jury Trial: Hedge Fund Adviser Liable for Securities Fraud (Nov. 5, 2021), https://www.sec.gov/litigation/litreleases/lr-25258 [https://perma.cc/LZ2W-32N6].

91. *About Us*, LEMELSON CAP. MGMT., https://lemelsoncapital.com/about/ [https://perma.cc/LT8M-S73K].

92. Randall Bloomquist, *DOJ Investigations Raise Concerns over Short-Seller Reports*, TELEGRAPH (Oct. 13, 2022), https://www.nashuatelegraph.com/archive/2022/10/13/doj-investigations-raise-concerns-over-short-seller-reports/ [https://perma.cc/457J-KC7X].

receive financial benefit directly or indirectly from short sellers.[93] For example, a journalist or "independent researcher" writing an article or tweeting about a company may receive direct monetary payment for writing that article.[94] Even if not receiving direct payment in exchange for writing a report, hedge funds may pay these commentators and researchers indirectly, including by subscribing to their Substack or other newsletter or making donations to their Patreon or similar account. They may refer "consulting" work to the researcher. An online commentator may benefit from advertising revenue which gives them an incentive to post content that will go viral. Many stock information websites require that a poster disclose positions in the companies mentioned in the article; however, even if the writer doesn't hold a position, that writer may be paid by someone who does.[95]

When a short report of a target company is authored by an identified short seller of that company's stock, investors may decide to take the information with a grain of salt. They can assess the credibility of the content in light of the self-interest of the firm that authored it. In that case, *caveat emptor*. More troubling is when the self-interest of the writer is *not* disclosed.[96] Social media has amplified both the range and the extent of misinformation.

For example, David Quinton Matthews, writing under the pseudonym Rota Fortunae, admitted that he wrote and published an article on an investing website, *Seeking Alpha*, about Farmland Partners after being asked to do so by hedge fund Sabrepoint Capital Management, which had taken a short position in the company.[97] Matthews had written other articles for Sabrepoint and posted them on the *Seeking Alpha*

93. *Id.* A FUDster is somebody who spreads fear, uncertainty, and doubt or disinformation for amusement or for some kind of financial or political gain. Implicit in the definition, is that that FUDster is not acting sincerely and is trying to manipulate the views of others. Storm filled Eyes, *FUDster*, URB. DICTIONARY (Mar. 23, 2020), https://www.urbandictionary.com/define.php?term=FUDster [https://perma.cc/LV8T-TGKF].

94. Ewing, *supra* note 73.

95. *See* Cary Spivak, *Short on Ethics?*, AM. JOURNALISM REV. (Sept. 2010), https://ajrarchive.org/article.asp?id=4911[https://perma.cc/3Y7S-ZVVL] (exposing a "new, controversial model for funding investigative journalism" where shortsellers finance investigations of publicly traded companies).

96. Law professor Joshua Mitts cautions that "short attacks carried out by pseudonymous authors may indeed be manipulative, which justifies greater regulatory scrutiny." Joshua Mitts, *Short and Distort*, 49 J. LEGAL STUD. 287, 291 (2020).

97. Michelle Celarier, *Stunning Confessions of a Short Seller*, INSTITUTIONAL INV. (June 22, 2021), https://www.institutionalinvestor.com/article/b1sd5rkh2zzyrr/Stunning-Confessions-of-a-Short-Seller [https://perma.cc/SLK3-PU94].

website.[98] Sabrepoint paid Matthews more than $100,000 in fees in 2018.[99]

The spread of this negative information creates fear, uncertainty, and doubt (FUD) and may prompt existing investors of a company's stock to sell their holdings prematurely and deter new investors.[100] Short reports and articles intended to spread FUD may actively cherry-pick information or present it in a way that misleads or distorts a company's activities.[101] Rather than being neutral and balanced, short hit pieces are written and published with the specific purpose of driving down a company's stock price.[102] Matthews, for example, stated that he had never written a *Seeking Alpha* article that did not align with Sabrepoint's position and revealed that he "worked with" Sabrepoint and exchanged "language, information, and ideas" when he wrote his article on Farmland.[103] He also admitted that many of the "key statements" in the Farmland report that he posted were inaccurate.[104] He eventually settled with Farmland and agreed to pay restitution.[105]

One might hope that a rational investor would discount comments by non-professionals or those without the requisite expertise in a given science or field, but the markets consist of human investors who are not immune to the misinformation and distortion that plague the rest of the Internet. FUD moves markets to the benefit of short sellers betting against a company's success.[106] Even when a company or experts rebut the accusations and claims as baseless, they may nevertheless result in the destruction of millions of dollars in value for investors.[107] Studies have demonstrated that people will continue to believe lies even after they learn of their falsity.[108] Social scientists have named

98. *Id.*

99. *Id.*

100. Nina Semczuck, *What Does FUD Mean in Stocks and Crypto?*, BANKRATE (Dec. 5, 2023), https://www.bankrate.com/investing/fud-fear-uncertainty-doubt-in-investing/ [https://perma.cc/F7QP-2KKM].

101. *Id.*

102. *Id.*

103. Celarier, *supra* note 96.

104. Lawrence Delevingne, *'I Regret Any Harm:' Short Seller Compensates Target in Rare Move*, REUTERS (June 22, 2021), https://www.reuters.com/world/us/i-regret-any-harm-short-seller-compensates-target-rare-move-2021-06-21/ [https://perma.cc/34CN-LYBT].

105. Celarier, *supra* note 97.

106. Semczuck, *supra* note 100; Mitts, *supra* note 96, at 287.

107. Celarier, *supra* note 97; Katz & Hancock, *supra* note 16.

108. *See* Hollyn M. Johnson & Colleen M. Seifert, *Sources of the Continued Influence Effect: When Misinformation in Memory Affects Later Inferences*, 20 J. EXPERIMENTAL PSYCH: LEARNING, MEMORY & COGNITION 1420, 1420 (1994).

this phenomenon the "continued influence effect,"[109] and it may explain why misinformation is so persistent online. Correcting such information may not be successful.[110] To the contrary, it may sometimes reinforce the misinformation by drawing attention to it.[111]

Unscrupulous short sellers may try to manipulate the peer review process of scientific journals.[112] In a 2022 editorial, the Editor-in-Chief of The Journal of Clinical Investigation, Dr. Elizabeth M. McNally, expressed concern about the pressure that short sellers exert on editors and the "new means of manipulating the scientific publishing industry":[113]

> Throughout 2022, the Journal has been repeatedly contacted to comment on the 2012 *JCI* paper. Although we cannot be certain, there now appear to be new "short and distorters." A recent round of emails was sent simultaneously to multiple journals and editors, identifying 25 articles with potential problems and providing recommendations on how the journals should respond. Importantly, these accusatory emails do not identify any financial conflicts of interest on the part of the whistleblowers. The emails insist that an investigation begin within 24 hours and request that the journals update them on investigative progress. As an editor, I am expressing concern because this represents a new means of manipulating the scientific publishing industry.[114]

The decline of a company's stock may cause it to be delisted from Nasdaq, which restricts the liquidity of the shares, discourages new investment, and sends a negative signal to the marketplace, thus further depressing the share price.[115] While collapses of companies

---

109. *Id.*

110. *Id.* at 1432 (suggesting that "one cannot completely discredit information in memory by merely negating the literal content expressed earlier").

111. Andrea N. Eslick et al., *Ironic Effects of Drawing Attention to Story Errors*, 19 MEMORY 184, 184 (2011).

112. Elizabeth M. McNally, *Conflicting Interests: When Whistleblowers Profit from Allegations of Scientific Misconduct*, 132 J. CLINICAL INVESTIGATION 1, 1 (2022).

113. *Id.*

114. *Id.*

115. Gordon Scott, *Delisting: What It Means and How It Works for Stock Shares*, INVESTOPEDIA (June 10, 2023), https://www.investopedia.com/terms/d/delisting.asp [https://perma.cc/43S7-5DE7]; JOSHUA T. WHITE, DIV. OF ECON. & RISK ANALYSIS, U.S. SEC. & EXCH. COMM'N, OUTCOMES OF INVESTING IN OTC STOCKS 2 (2016) (noting that "OTC stocks are owned and traded almost exclusively by individual ('retail') investors" and not institutional investors, and that OTC stocks "tend to have poor liquidity and generate severely negative and volatile returns").

targeted by short selling threaten the stability of the financial system, undermine investor confidence, and increase market inefficiency,[116] they are an ideal scenario for short sellers who will owe nothing because they will not have to return the loaned shares to the broker.[117]

Online media, and the ease with which misinformation can be widely distributed, has facilitated the manipulation of markets and increased the incidence of "short and distort" attacks.[118] Section 230 of the Communications Decency Act essentially immunizes message boards from liability for content posted by third parties, even when those posters are anonymous or pseudonymous and even when their messages are false or defamatory.[119] The result has been an explosion of online misinformation without accountability.[120] Often, these posts are anonymous or pseudonymous and written or financed by short activist hedge funds.[121]

Access to channels of communication is not equal. Those with more money, connections, and influence are able to reach a broader audience and, to a certain extent, they can buy credibility or at least key words that push their desired content to the top of search results. The Internet held the promise of leveling the information playing field but in many ways made it worse.[122] Hedge funds and influential short

---

116. LLOYD DIXON ET AL., HEDGE FUNDS AND SYSTEMATIC RISK 65 (2012). ("Concern remains that short selling by a hedge fund or multiple hedge funds can result in an unjustified fall in stock prices or can cause a decline in the real value of the firm. The decline might be so rapid that there is no opportunity for the first to dispel rumors about its financial health or for investors to provide additional capital before the firm collapses.").

117. Brian Beers, *Shorting the Stock of a Company That Goes Bankrupt*, INVESTOPEDIA (Mar. 16, 2023), https://www.investopedia.com/ask/answers/maintain-short-position-delisted-stock/ [https://perma.cc/V32P-GV8S] (stating that the bankruptcy of a company being shorted, is the short seller's "best possible scenario").

118. Katz & Hancock, *supra* note 16; *see also* Delevingne, *supra* note 47 (noting that Twitter and Seeking Alpha has created a "small but prominent group of brash public activists" which can have a "noticeable impact on stock prices").

119. Communications Decency Act of 1996, Pub. L. No. 104-104, § 230, 110 Stat. 133, 138. For a summary of the relevant cases and literature, see Joel R. Reidenberg et al., *Section 230 of the Communications Decency Act: A Survey of the Legal Literature and Reform Proposals* 9–10 (Fordham L. Legal Stud. Rsch. Papers, Working Paper No. 2046230, 2012) https://ssrn.com/abstract=2046230 [https://perma.cc/YBC2-WVU9].

120. Professor Joshua Mitts has argued that short activists take advantage of social media outlets, such as Twitter, to induce a "panicked run" on a firm which allows short sellers to cover and lock in profits before the stock recovers. Joshua Mitts, *A Legal Perspective on Technology and the Capital Markets: Social Media, Short Activism and the Algorithmic Revolution* 3 (Colum. L. & Econ., Working Paper No. 615, 2019).

121. Katz & Hancock, *supra* note 16.

122. *Updated Investor Alert: Social Media and Investing—Stock Rumors*, U.S. SEC. & EXCH. COMM'N (Nov. 5, 2015), https://www.sec.gov/oiea/investor-alerts-bulletins/ia-rumors [https://perma.cc/QQ8F-2SK5].

sellers have the resources to disseminate information widely.[123] They can distribute their research reports and post them on multiple websites and then issue press releases to ensure even more media coverage and distribution. They may have connections with the mainstream press and feed journalists "tips."[124] Short sellers may also collaborate with bloggers and journalists by suggesting certain topics and coordinating the publication of market making news with stock trades that benefit them.[125] Sabrepoint Capital, for example, agreed to pay Matthews a retainer of $9,500 a month and then encouraged him to look into Farmland Partners, a real estate company.[126] The Justice Department is currently investigating the possibility of this type of collusion between hedge funds and researchers as well as hedge funds and other hedge funds.[127]

As part of that investigation, on July 26, 2024, a federal grand jury returned an indictment charging Andrew Left, a prominent short seller, with securities fraud.[128] The indictment alleges that Left, conducting business as Citron Research ("Citron") concealed his financial relationships with a hedge fund by "fabricating invoices, wiring payments through a third party, and making false and misleading statements to the public about Citron's relationship with hedge funds."[129] Citron published investment recommendations which, the indictment alleges, "created the false pretense that Left's economic incentives aligned with his public recommendation."[130] The indictment further alleges that Left "knowingly exploited his ability to move stock prices" and posted recommendations on social media to "manipulate

123. Katz & Hancock, *supra* note 16.

124. *Id.*; Robert Bushman & Jedson Pinto, *The Influence of Short Sellers on Negative Press Coverage and Price Discovery*, 70 MGMT. SCI. 1924 (2023).

125. Michelle Celarier, *The Dark Money Secretly Bankrolling Activist Short-Sellers—and the Insiders Trying to Expose It*, INSTITUTIONAL INV. (Nov. 30, 2020), https://www.institutionalinvestor.com/article/b1pgz6k9kjs50v/The-Dark-Money-Secretly-Bankrolling-Activist-Short-Sellers-and-the-Insiders-Trying-to-Expose-It [https://perma.cc/5MN2-R6XP]; Katia Porzecanski et al., *Hedge Funds Face Expansive Short-Selling Probe, Exciting Critics*, BLOOMBERG (Dec. 10, 2021), https://www.bloomberg.com/news/articles/2021-12-10/hedge-funds-ensnared-in-expansive-doj-probe-into-short-selling [https://perma.cc/G9US-8GBM] (noting that funds may pay researchers "handsome subscription fees for fresh insights into possible corporate trouble" and even become "an author's primary source of funding").

126. Porzecanski et al., *supra* note 125.

127. *Id.*

128. Press Release, U.S. Dep't Just., Activist Short Seller Charged for $16M Stock Market Manipulation Scheme (July 26, 2024), https://www.justice.gov/opa/pr/activist-short-seller-charged-16m-stock-market-manipulation-scheme [https://perma.cc/LV6D-DT6D].

129. *Id.*

130. *Id.*

the market and make fast, easy money."[131] The federal prosecutor who brought the case stated that Left "used his platform as a securities commentator to manipulate the markets and enrich himself in the process."[132]

By contrast, public companies are legally constrained in terms of what they can say. They are subject to securities laws that restrict the content and the timing of their communications. Their lawyers may insist upon tempering strong language and adopting a more careful tone. The company may not be able to forcefully respond to accusations in negative reports without revealing confidential information.[133] Even when doing so is legally permitted, companies should refrain from responding to attacks on Twitter (now X) and message boards because of the gloves-off nature of these forums. A press release or an official response from a public company CEO might go viral and have a "Streisand effect,"[134] bringing more unwanted attention to false or distortive claims. Commentators on finance message boards often lob personal attacks directed at individuals associated with the company, attempting to smear their reputation and harm their credibility. Publicly traded companies, however, cannot hit back in the same manner. Unlike anonymous and pseudonymous bloggers, they have a reputation to maintain and must be mindful of being targeted for lawsuits if they misspeak. One study found that only 31 percent of firms responded to a short report.[135] The study found that a company was more likely to publicly respond to a short report if its share price declined but that a public response was correlated with more negative outcomes for the firm.[136] The study suggests that in most cases, it may be better

131. *Id.*; *see also* Tom Schoenberg, *US Accuses Famed Short-Seller Andrew Left of Securities Fraud*, BLOOMBERG NEWS (July 26, 2024), https://www.bloomberglaw.com/product/blaw/bloomberglawnews/bloomberg-law-news/X5KO5VIC000000 [https://perma.cc/65YK-6PCS] ("US authorities accused famed short-seller Andrew Left of committing fraud through stock trades, social media posts and research reports . . . ."); Dave Michaels & Justin Baer, *U.S. Accuses Prominent Short Seller Andrew Left of Fraud*, WALL ST. J. (July 26, 2024), https://www.wsj.com/finance/stocks/u-s-accuses-prominent-short-seller-andrew-left-of-fraud-0161e42f [https://perma.cc/HRE9-JJLZ] (noting that federal prosecutors charged Andrew Left with fraud, "accusing him of routinely making exaggerated or misleading statements about stocks to quickly profit on price moves caused by his reports").

132. Michaels & Baer, supra note 131.

133. Brendel & Ryans, *supra* note 85, at 496.

134. *Streisand Effect*, WIKIPEDIA, https://en.wikipedia.org/wiki/Streisand_effect [https://perma.cc/942S-E8M5].

135. Brendel & Ryans, *supra* note 85, at 498.

136. *Id.* at 494.

for the company to refrain from responding to prevent further damage.[137]

## II. THE UNIQUE SITUATION OF BIOTECH COMPANIES

Biotech companies face the same challenges that other companies do addressing anonymous or pseudonymous online attacks.[138] Their characteristics and business model, however, make them uniquely vulnerable to short attacks. Drug development is a high-risk, high-reward business.[139] Small biotechs generally do not generate any product revenue until they have a successful drug. Their lack of product revenue means that their entire value is based upon the potential for success of their clinical trials. Each phase of a clinical trial typically takes many months or even years.[140] There are many challenges with clinical research, including high costs.[141] There are also potential roadblocks related to manufacturing and distribution. Periodically, there is speculation about deals with Big Pharma partners and competition with other companies. The speculative aspect of their assets and their prospects for success mean that although these companies are not valueless, their value is uncertain.

Short sellers take advantage of complexity and uncertainty, and the drug development process is filled with both. Misinformation harms all companies but has a disproportionate impact on small biotech companies because of the complex nature of clinical trials, which require both expertise to understand the underlying science and familiarity with the regulatory process. Short sellers exploit this complexity. Even someone with a background in the relevant science may not be able to determine whether a novel compound or application of an existing one will work. Because of the technical complexity and the

---

137. Janja Brendel, *Action & Reaction: Firm's Responses to Short Sellers' Reports*, ACCT. FOR TRANSPARENCY (May 27, 2021), https://www.accounting-for-transparency.de/blog/action-reaction-firms-responses-to-short-sellers-reports/ [https://perma.cc/RSF4-7MQQ]. One of the study's authors noted that the study suggests that "companies that lay low and do not respond have a better chance of getting out almost intact." *Id.*

138. *See generally* Katz & Hancock, *supra* note 16 ("Anonymous short attacks have the ability to cripple the stock price of a public company—whether large or small—or, at the very least, cause stock volatility for months or even years.").

139. This Article focuses on biotechs engaged in drug development, not the development of medical devices.

140. *FDA's Drug Review Process*, *supra* note 31.

141. *See* discussion *supra* Section II.B. *See generally* REBECCA A. ENGLISH ET AL., INST. OF MED., NAT'L ACADS., TRANSFORMING CLINICAL RESEARCH IN THE UNITED STATES: CHALLENGES AND OPPORTUNITIES 38 (2010) (explaining the logistical and financial challenges in planning and executing clinical trials).

uncertainty that is an integral part of innovation, biotech companies are more susceptible to distortive or false information.

Furthermore, the unpredictability of clinical trials means that they may need to raise additional capital before the clinical testing process is complete. A short attack may make it more difficult for a biotech to raise additional capital in a secondary offering because it may create a negative sentiment that deters potential new investors or it may require the company to issue additional shares at a lower price, diluting the value of existing shareholders' stock. A drop in stock price may also negatively impact a company's creditworthiness and force it to borrow money at higher interest rates or with more stringent borrowing terms.

### *A. An Overview of the Regulatory Process to Get a New Drug to Market*

Although it is the most important one, FDA approval of a new drug application (NDA) is only one outcome in a series required to bring a drug to market.[142] The process generally has multiple stages.[143] FDA approval requires that a company engage in clinical trials.[144] Before undergoing clinical trials, companies must successfully complete preclinical testing on animals.[145] The FDA scrutinizes various aspects of the drug in these preclinical studies before a company can proceed.[146] The company then submits an investigational new drug application (IND) that is reviewed by the FDA and an Institutional Review Board.[147] The FDA has a review team for each IND application, consisting of a project manager, medical officer, statistician, pharmacologist, pharmacokineticist, chemist, and microbiologist.[148] If approved, the company proceeds with Phase I studies conducted with

142. *Development & Approval Process: Drugs*, U.S. FOOD & DRUG ADMIN. (Aug. 8, 2022), https://www.fda.gov/drugs/development-approval-process-drugs [https://perma.cc/3WGD-SCSG]. Biotechs developing medical devices face the same issues raised by this paper as biotechs developing drugs, but I focus specifically on biotechs engaged in drug development. The development process for FDA approval of medical devices is similar to that for FDA approval for drugs, although there are important differences at each stage of the development process. *See Learn About Drug and Device Approvals*, U.S. FOOD & DRUG ADMIN., (June 18, 2018), https://www.fda.gov/patients/learn-about-drug-and-device-approvals [https://perma.cc/4A3A-8LBS].

143. *FDA's Drug Review Process*, *supra* note 31.

144. *Id.*

145. *Id.*

146. *Id.*

147. *Id.*

148. *FDA's Drug Review Process: Continued*, U.S. FOOD & DRUG ADMIN. (Aug. 24, 2015), https://www.fda.gov/drugs/information-consumers-and-patients-drugs/fdas-drug-review-process-continued [https://perma.cc/A2K9-HZMU].

approximately twenty to eighty healthy volunteers.[149] Phase I is intended to assess the drug candidate's safety and its pharamacokinetics, meaning how it is absorbed and metabolized.

If Phase I results show that the drug does not have unacceptable toxicity in humans, Phase II trials may commence. Phase II typically has several dozen to several hundred patients and the purpose is to evaluate the drug's effectiveness, tolerance, and dosage, although safety continues to be scrutinized.[150] After Phase II, the FDA and the company reach an agreement regarding how the large-scale Phase III studies should be conducted, sometimes in writing under a Special Protocol Assessment.[151] Phase III commences only if prior studies have shown acceptable safety margins and some indication of potential effectiveness.[152] Phase III is conducted in large patient populations, with different dosages, and in people who are often taking other drugs.[153] There are typically several hundred to several thousand participants in Phase III trials.[154] If Phase III studies are successful, the FDA and the company might meet to discuss post-market requirement and commitments studies, which are studies that the company gathers after approval for additional information about the product's safety and efficacy.[155] Afterward, the company submits an NDA requesting the FDA to consider approval for marketing the new drug in the United States.[156]

The FDA has sixty days after submission of an NDA to decide whether to file it for review or to refuse to file it for incompleteness[157] If accepted for review, the FDA review team evaluates the clinical data on the drug's safety and effectiveness, considers labeling for specific populations and/or safety warnings, and inspects the facilities where the drug will be manufactured.[158] Then the FDA either approves the application or issues a complete response letter.[159] The length of time

---

149. *FDA's Drug Review Process*, *supra* note 31.

150. *Id.*

151. *Id.*

152. *Id.*

153. *Id.*

154. *Id.*

155. *Postmarket Requirements and Commitments*, U.S. FOOD & DRUG ADMIN. (July 28, 2023), https://www.fda.gov/drugs/drug-approvals-and-databases/postmarket-requirements-and-commitments [https://perma.cc/VX3E-FQSF].

156. *FDA's Drug Review Process*, *supra* note 31.

157. *Id.*

158. *FDA's Drug Review Process*, *supra* note 148.

159. *Id.*

to review an NDA and issue an action letter is typically six to ten months, with the shorter "fast-track" duration reserved for treatments with a potentially major improvement over existing treatments or where there is currently no treatment at all.[160]

A company's decision to enter into clinical trials necessitates a careful cost-benefit calculation.[161] A report issued by a U.S. government working group noted that "the diversity of stakeholder value judgments" results in clinical trials being conducted in a "'one-off,' narrowly focused fashion."[162] Clinical trials are a critical part of drug development and without them, there would be no advancement in medical treatment.[163] Even if an NDA is unsuccessful, clinical trials may yield valuable information for later treatments. Successful cancer treatments, for example, are often the product of decades of clinical trials, many of them unsuccessful. Each failed trial informs the next one and may eventually lead to effective treatments.[164] Potential volunteers, however, may be reluctant to sign up for a clinical trial due to mistrust or misinformation. A FUD campaign against a biotech may deter both potential participants and potential clinical sites that otherwise would contribute to the medical advancement of the drug candidate and/or an understanding of the disease to be treated.

### *B. Short Attacks and the Cascade Effect*

As outlined above, there are several stages to the drug development process. Each stage of this process creates a catalyst for the stock to move up or down. A clinical trial that meets its endpoints can cause

160. *Frequently Asked Questions About the FDA Drug Approval Process*, U.S. FOOD & DRUG ADMIN., https://www.fda.gov/drugs/special-features/frequently-asked-questions-about-fda-drug-approval-process [https://perma.cc/P8A6-69WN].

161. ENGLISH ET AL., *supra* note141, at 17.

162. *Id.*

163. Jamie Reno, *What We Need to Do to Get More People with Cancer into Clinical Trials*, HEALTHLINE (Aug. 6, 2019), https://web.archive.org/web/20230805110417/https://www.healthline.com/health-news/why-so-many-people-with-cancer-dont-participate-in-clinical-trials [https://perma.cc/AN7Y-TERA] (quoting Dr. Porcu that "[a]lmost all cancer drugs that patients are using and benefiting from today were developed thanks to clinical trials. Simply said, without clinical trials, there would be no progress in cancer care").

164. Dr. Pierluigi Porcu, an oncologist at the Sidney Kimmel Cancer Center-Jefferson Health, noted that the quality of the data collected in the controlled environment of clinical trials is much better than that collected outside of clinical trials and that they are the "best way to shed light on and bring greater public attention to cancer types that are neglected or understudied." *Id.*; *see also* Jane E. Brody, *The Road to Cancer Treatment Through Clinical Trials*, N.Y. TIMES (Mar. 23, 2015), https://archive.nytimes.com/well.blogs.nytimes.com/2015/03/23/the-road-to-cancer-treatment-through-clinical-trials/ [https://perma.cc/3DUV-B3G6] ("Every trial taught doctors something that led to further trials and better results.").

the stock of a biotech to skyrocket within hours, and a failure can cause it to lose nearly all of its value. Anticipation of the announcement itself can cause volatility as rumors and speculation on message boards and social media about the upcoming results proliferate. Thus, each catalyst provides an opportunity for market manipulation.

The results of a clinical trial are difficult for most investors to parse and assess. Even positive results can be spun in a negative way and lead to a broad sell-off. The company is constrained in how it can respond. It should not be too optimistic about a clinical trial or their drug's prospects for success as they cannot promote a drug prior to FDA approval. It must navigate carefully the fine line between addressing and refuting misstatements and false information and making forward looking statements that may not come true and for which their officers may become personally liable. Moreover, it may be difficult to discredit a FUDster given the high failure rate with drug development; FUDsters may appear to be "right" when distorting the facts if the drug ultimately fails, which most do.[165]

A short attack creates more obstacles on the path to FDA approval already strewn with them. A short attack might cause the firm itself to fail or experience difficulties with raising needed capital.[166] Furthermore, because clinical trials take many years, short sellers may be able to conduct several attacks, raising questions about the viability of the company.

The negative publicity surrounding short attacks may make it harder for the targeted biotech to recruit patients for clinical trials. Companies already have a hard time finding volunteers for clinical trials. One study of cancer patients, for example, found that more than half of cancer patients did not enroll in clinical trials.[167] Another study

---

165. *See* Katz & Hancock, *supra* note 16 (noting that anonymous short sellers "gain legitimacy" with track records of successful short campaigns and broaden their audiences, making it easier for them to "move the market and undermine investor confidence").

166. Pearlstein, *supra* note 23. This is generally true of companies that are the target of a short report. *See* Molk & Partnoy, *supra* note 13, at 8 ("[N]egative activism is associated with real and significant negative long-term effects at targeted companies."). This may be especially true given the challenging economic environment for biotech in recent years. Andrew Dunn, *Bankrupt Biopharmas Are Rare. 2019 Has Some Worried That's Changing*, BIOPHARMADIVE (Nov. 19, 2019), https://www.biopharmadive.com/news/biopharma-bankruptcy-trends-2019-uptick-pharma-biotech/567262/ [https://perma.cc/Z5D3-6T7Q]; Jamie Smyth et al., *Biotechs Face Cash Crunch After Stock Market 'Bloodbath,'* FIN. TIMES (Feb. 9, 2022), https://www.ft.com/content/c90d17c6-6196-4c8a-88c2-e2cef9a692f2 [https://perma.cc/86GV-DLFS].

167. *See* Joseph M. Unger et al., *Systematic Review and Meta-Analysis of the Magnitude of Structural, Clinical, and Physician and Patient Barriers to Cancer Clinical Trial Participation*, 111 J. NAT'L CANCER INST. 245, 253 (2019).

estimated that 90 percent of all clinical trials worldwide must extend their enrollment period because they fail to enroll enough patients within the target time, and 27 percent of U.S. investigators fail to enroll any subjects.[168] Without enough participants, the company may be forced to delay or even terminate a trial.[169]

A short attack often causes a drop in share price. Washington Post journalist Steven Pearlstein noted that biotech stocks were "particularly vulnerable to manipulation by the shorts" as they "tend to be small, with low share prices and relatively few shares actively traded."[170] Their high risk made their share prices "volatile" and "easily moved by rumors and news of regulatory action":[171]

> These characteristics make it easy for a handful of hedge funds to anonymously drive down the price by selling borrowed shares into the market at the same time, creating a self-fulfilling momentum that scares off other investors. Even when they can't get ahold of enough borrowed shares, they might sell the shares anyway and simply fail to deliver them three days later when they are due. That's known as a "naked" short, and it's illegal.[172]

Thinly traded stocks are vulnerable to block sales that would have little or no impact on the share price of large cap companies. A large sell order by a short hedge fund could move the stock price downward. When timed with the release of FUD, this drop could unleash a greater wave of selling exacerbated by "stop-loss" orders[173] that are triggered when the stock begins to fall; this in turn may set off other stop-loss orders causing the stock to fall further. Thus, short sellers can create the conditions for a drop in stock price by timing sales with the release of FUD, triggering a wave of selling that gains momentum. They can then point to the subsequent drop as evidence that their false statements were accurate. For example, *after* being found guilty of

168. ENGLISH ET AL., *supra* note 141, at 17.
169. *Id.* at 35–36.
170. Pearlstein, *supra* note 23.
171. *Id.*
172. *Id.*
173. Stop-loss orders are orders to sell a security at a specified price to limit the loss when the stock falls. Nina Semczuk, *What Is a Stop-Loss Order?*, BANKRATE (Nov. 14, 2023), https://www.bankrate.com/investing/stop-loss-order/ [https://perma.cc/ZN3V-TFUY].

spreading FUD to reap profits, Lemelson mentioned the drop in Ligand's stock price as proof of its accomplishments as an activist investor.[174]

The drop in share price often triggers a wave of shareholder lawsuits that rely upon the short reports.[175] Law professor Josh Mitts notes that "short seller reports are often followed by plaintiffs' firms rushing to file a complaint which quotes the short report at great length as revealing of the truth."[176] The shareholder lawsuits invite media attention and regulatory scrutiny,[177] which further divert company resources, causing more investors to sell, and continuing the downward spiral. As Professor Mitts notes:

> The prospect of costly and protracted class action litigation gives investors an additional reason to sell the stock, especially for small firms for which a fight with a short seller can be a dangerous distraction. This can give rise to a self-reinforcing death spiral in which investors' incentive to sell is heightened by the litigation itself, which in turn drives down the share price and drives up the profits enjoyed by short sellers and plaintiffs' firms.[178]

One might think that an investigation by the SEC or the Department of Justice is strong evidence that short sellers were right in calling out fraud, but this ignores the role of political influence. In a letter dated March 18, 2015, the non-profit organization CREW asked Congress to investigate "the ways short sellers are manipulating the government regulatory process for personal financial gain."[179] They explained that hedge fund short sellers used their power to "pressure state

174. *About Us*, *supra* note 91.

175. *See* Molk & Partnoy, *supra* note 13, at 30–36 (describing the increase of class action lawsuits resulting from negative activism). They identified "eighty-four class actions that directly relied upon negative activists' efforts" and found that "none of the suits went to a jury verdict; all ended in a settlement or some sort of dismissal." *Id.* at 32; *see also* Joshua Mitts, *Short Sellers and Plaintiffs' Firms: A Symbiotic Ecosystem*, CLS BLUE SKY BLOG (Oct. 14, 2020), https://clsbluesky.law.columbia.edu/2020/10/14/short-sellers-and-plaintiffs-firms-a-symbiotic-ecosystem/ [https://perma.cc/9WET-QAK5] (noting the "symbiosis" between short sellers and plaintiffs' firms and how a "share price crash accompanied by an allegation of fraud is mutually profitable for both: the former, because they have a short position in the stock; and the latter, because they can bring a class action claiming that the report revealed the truth to the market").

176. Mitts, *supra* note 175.

177. Molk & Partnoy, *supra* note 13, at 42 (noting that negative activist campaigns "provoked a variety of regulator responses from agencies ranging from the SEC to the DOJ to the FDA").

178. Mitts, *supra* note 175.

179. Letter from CREW to Chairman John Thun and Fred Upton and Ranking Members Bill Nelson and Frank Pallopatrne (Mar. 18, 2015) (on file with author).

and federal regulators" to investigate companies, knowing that regulatory action would drive down the stock price.[180] The letter stated that hedge fund short sellers have "organized protests, news conferences and letter writing campaigns" and may even pay for others to join their efforts.[181] One prominent hedge fund manager, Bill Ackman, allegedly had his "team" organize "letter-writing campaigns to the FTC as well as state attorneys general" to urge them to investigate Herbalife, a company he had shorted.[182]

Short sellers may abuse the FDA citizen petition process.[183] The Federal Trade Commission stated, "[a]lthough some citizen petitions raise genuine issues for scientific consideration, many do not and are denied as lacking merit."[184] The CREW letter noted that one short seller, Martin Shkreli, despite lacking a scientific background, "submitted a citizen petition to the FDA asking the agency not to approve a New Drug Application" submitted by a biotech for a lymph node mapping agent for the treatment of cancer.[185] Shkreli admitted he would financially benefit from a decline in the company's stock price.[186] He tried to influence the FDA on other occasions as well, according to the CREW letter:

> In September 2010, while shorting Arena Pharmaceutical's stock, Mr. Shkreli asked an advisory committee to consider a slide show presentation he had prepared claiming the company's weight loss drug, Lorcaserin, had not been properly tested. Similarly, in December 2010, also while shorting the company's stock, Mr. Shkreli sent a presentation via email to 12 FDA officials, including the commissioner, asking the

180. *Id.*

181. DealBook, *Ackman vs. Herbalife, a History*, N.Y. TIMES (Mar. 10, 2014, 6:18 AM), https://archive.nytimes.com/dealbook.nytimes.com/2014/03/10/ackman-versus-herbalife-a-history/ [https://perma.cc/4BVN-GPM3]. Bill Ackman also reportedly agreed to pay a former Herbalife employee $3.6 million over ten years if he lost his job after providing information to government investigators and the media. Matthew Mosk & Brian Ross, *Bill Ackman's Secret $$ Deal for Herbalife Whistleblower*, ABC NEWS (Apr. 22, 2014), https://abcnews.go.com/Blotter/bill-ackmans-secret-deal-herbalife-whistleblower/story?id=23415501 [https://perma.cc/7L5N-SPGT].

182. Letter from CREW, *supra* note 179, at 2.

183. Jaclyn Jaeger, *The Cassava Sciences Saga: Short Sellers, 'Gaming' the FDA, and the Damaging Ripple Effects*, COMPLIANCE WK. (Mar. 2, 2022, 11:48 AM), https://www.complianceweek.com/risk-management/the-cassava-sciences-saga-short-sellers-gaming-the-fda-and-the-damaging-ripple-effects/31416.article [https://perma.cc/S6AG-S4EZ] (discussing a citizen petition filed by short sellers who did not reveal their conflict of interest).

184. *Id.*

185. Letter from CREW, *supra* note 179, at 6.

186. *Id.*

> agency to deny approval of MannKind's insulin drug, Afrezza, arguing the trials had failed to demonstrate its efficacy. Mr. Shkreli acknowledged financial conflicts of interest, recognizing he would have benefitted financially if the FDA adopted his point of view.[187]

Governmental investigations are costly for companies and harmful for their reputations. A company may decide to pay a fine to resolve a matter that is diverting the company's resources. As Warren Buffett once said about the regulatory scrutiny faced by JP MorganChase and its chairman-CEO, Jamie Dimon, "[i]f a cop follows you for 500 miles, you're going to get a ticket. You've had a lot of cops that have been following for a long time. And they're going to write some tickets."[188] But tickets can be issued for a variety of reasons, from minor infractions to more serious violations. A regulator may uncover minor reporting and compliance errors that can be exaggerated in significance by negative activists and online FUDsters. Even if they are ultimately cleared of wrongdoing, companies may not be able to recover from a government investigation. Because of the precariousness of biotechs, the FUD set in motion by short sellers has a cascade effect that may ultimately end in the inability of the company to successfully bring its drug to market—even if it might be safe and efficacious.

### *C. The Human Costs*

Discussions about shorting and its consequences often omit the human costs of market manipulation. There are two different types of human costs involved when shorting small biotechs. The first is literal—the human lives that could be saved by new drugs and medical devices whose approval is delayed or derailed by short attacks. Short attacks divert a company's resources away from research, development, and the progression of clinical trials, all of which could lead to the availability of drugs that alleviate human suffering and save lives. The costs of defending against short attacks are significant, particularly since most biotechs are pre-revenue. The potential harm to society is also significant, given the current lack of innovation among

187. *Id.*

188. Alex Crippen, *Buffet on JPMorgan: Jamie Dimon Will Survive Fine*, CNBC (Oct. 16, 2013), https://www.cnbc.com/2013/10/16/buffett-on-jpmorgan-jamie-dimon-will-survive-fine.html [https://perma.cc/L58P-DFJC].

large, multinational pharmaceutical companies.[189] As researchers Christopher Barden and Donald Weaver bluntly put it, "Big Pharma is failing to deliver."[190] The pipeline of new drugs from Big Pharma has become dangerously depleted even as an aging population has created a need for newer drugs.[191]

Fortunately, small biotechs have stepped into the breach.[192] While Big Pharma, with its quest for the next blockbuster drug, is experiencing a lack of innovation,[193] biotechs are touted as a way to meet society's growing need for new therapies.[194] Unencumbered by the organizational structure and revenue targets that burden Big Pharma, small biotechs can move more nimbly and take bigger risks developing drugs for lesser-known or more intractable diseases.[195]

The second type of human cost is to the lives of the research scientists and site investigators involved in the clinical trials. Short reports and online attacks against biotech companies often include personal attacks against those involved with the company's research and

189. While there is no one definition of the term Big Pharma, the definition generally refers to the largest, publicly traded pharmaceutical companies or the industry sector that includes them. *See Big Pharma*, MERRIAM WEBSTER, https://www.merriam-webster.com/dictionary/Big%20Pharma [https://perma.cc/TES2-YW2G]; *Big Pharma*, CAMBRIDGE DICTIONARY, https://dictionary.cambridge.org/dictionary/english/big-pharma [https://perma.cc/BRA2-NJ29].

190. Christopher J. Barden & Donald F. Weaver, *The Rise of Micropharma*, 15 DRUG DISCOVERY TODAY 84, 84 (2010) (stating that pharmaceutical research is in the midst of an "unprecedented crisis" and the "pipelines of the major pharmaceutical companies are shockingly depleted").

191. *Id.*

192. Barden and Weaver use the terms "small pharma" and "micro pharma" to refer to biotechs. They define "small pharma" as "corporate organizations that employ from 25 to 500 employees" and have the capacity for preclinical and early-stage clinical drug development and micro pharma as "academia-originated, biotech start-up companies" that are "efficient, flexible, innovative, product-focused and small (having less than 25, and frequently less than 10, employees)." *Id.* at 85; *see also* Kimberly Steele, *JLL Predicts Big Pharma Will Adopt Agile Approaches to Enhance R&D as Mid-Tier Companies Bring New Products to Market*, JONES LANG LASALLE (Jan. 17, 2019), https://www.us.jll.com/en/newsroom/life-sciences-pharma-trends-2019 [https://perma.cc/JNT8-BKCP] (attributing smaller biopharma companies' success to their focus and flexibility that enables them to respond quickly to market changes and stay concentrated on their core business of bringing new products to market quicky); Bates, *supra* note 25.

193. Barden & Weaver, *supra* note 190, at 84–85 (stating that the "time-honored business and science models employed by Big Pharma are failing to address . . . important health-care and economic needs" and the "core problem is a lack of innovation from Big Pharma").

194. Bates, *supra* note 25 ("The future of big pharmaceutical companies lies in small biotechnology, according to industry experts . . . .").

195. Barden & Weaver, *supra* note 190, at 86. Barden and Weaver state that Big Pharma has a "systemic lack of risk-taking, a corporate culture of emulation rather than innovation, and a neglect of some of the diseases and disorders of developing nations that humankind wants to eradicate." *Id.* at 87.

development.[196] These individuals, typically scientists or doctors, may be ill-prepared to deal with the ad hominem attacks and the damage to their professional reputations. While the CEO of a publicly traded company may not enjoy being called a liar or a fraud, a CEO is better prepared for it than research scientists who have spent their careers out of the public eye. A CEO has an established reputation, D & O insurance, and usually high-profile defenders with a platform. If the attacks become too personal, the CEO may even be able to mount a legal claim and use the company's resources to pay for legal expenses. Academic researchers, by contrast, are in a far different position both professionally and financially. Typically, they have spent their lives working on a mechanism of action or other research that demonstrates promise. As part of a FUD campaign, they may suddenly find themselves thrust in the middle of a Twitter battle accusing them of fraud or questioning their life's work. In the strange world of finance message boards, scientists who have spent decades in a lab toiling away without any question about their integrity can suddenly find themselves the target of online harassment and unfounded claims that tarnish their reputation and make it hard for them to progress in their research.[197] Lawsuits are a poor mechanism for redress. Anonymous or pseudonymous posters on message boards may be difficult to identify or they may be located outside the United States.[198] Furthermore, scientists are often not in a position to file costly lawsuits, especially against deep pocketed investors.

Often the only way for these scientists to overcome these false accusations is if the drug that is supported by their research succeeds in clinical trials and successfully makes it into the marketplace. The odds of that happening, however, are slim. Most drugs that enter clinical trials will not receive FDA approval.[199] Given the probability that the drug won't be approved, the reputation of a targeted academic researcher is perhaps permanently and irreparably damaged. It's a big price to pay for any individual. It's also an injustice: on one side, you have academic researchers who have devoted their lives to scientific inquiry, typically receiving only modest pay for that privilege; on the

196. McNally, *supra* note 112, at 1.

197. Anne Gulland, *'Gagged and Blindsided': How an Allegation of Research Misconduct Affected Our Lab*, NATURE (Aug. 25, 2023), https://www.nature.com/articles/d41586-023-02711-5 [https://perma.cc/C9BL-G2KP].

198. Katz & Hancock, *supra* note 16.

199. *FDA's Drug Review Process*, *supra* note 31.

other, you have pseudonymous or anonymous posters on message boards who may be paid by short sellers (and who may themselves be short sellers) who have done nothing to advance science or contribute to human welfare, but who stand to make obscene amounts of money from betting against the success of a drug that has the potential to save human lives.

But some might ask, what if the academic researcher *is* a fraud? The appropriate channels for making that assertion—one that could destroy someone's professional reputation—are not message boards or Twitter. There are better, more reliable checks on an academic researcher's integrity.[200] The researcher's employer presumably conducts periodic reviews and evaluates the researcher's conduct and work. The researcher's colleagues in the field provide another check. A third check is the peer review process for journal publication of the research underlying the clinical trial.

Allegations of research misconduct cause substantial harm to the individual scientist even when the scientist is ultimately cleared of wrongdoing.[201] A university investigation into misconduct can take years. Ram Sasisekharan, a bioengineering researcher at MIT's Koch Institute for Integrative Cancer Research, endured an investigation that took more than three years before he was exonerated.[202] During this time, not only was his reputation damaged but his research stalled and his laboratory group was "decimated," which meant that he was unable to contribute to the search for treatments during a global pandemic.[203] Furthermore, because the investigation was confidential, Sasisekharan was prohibited from publicly responding and his silence could be misconstrued as incriminating.[204]

Rather than enhancing the integrity of the scientific process, short sellers can undermine it. Academics with ties to industry have been targeted by those with conflicting commercial interests.[205] Morteza Mahmoudi, a professor at the Department of Radiology and Precision Health Program at Michigan State University,[206] observed that in the past few years, a pattern has emerged where academics involved in

200. See McNally, *supra* note 112, at 1.
201. Gulland, *supra* note 197.
202. *Id.*
203. *Id.*
204. *Id.*
205. *Id.*
206. Morteza Mahmoudi, MICH. STATE UNIV., https://precisionhealth.msu.edu/people/faculty/morteza-mahmoudi/ [https://perma.cc/XSC2-P7FC].

industry are accused of violating academic ethics and the accusation is then reported by major news outlets.[207]

Short sellers may also try to breach clinical trials. For example, in 2014, a portfolio manager for SAC Capital, Mathew Martoma, was found guilty of insider trading in a scheme involving approximately $275 million in illegal profits and avoided losses.[208] Martoma contacted doctors involved in clinical drug trials for a new Alzheimer's Drug being conducted by Elan and Wyeth.[209] He arranged "dozens of paid consultations," and through these relationships with doctors involved in the trials, he was able to obtain confidential, inside information.[210] When he learned from his contacts that the results of the trial were negative,[211] he sold all the firm's holdings in the two companies and took substantial short positions before the results were released.[212] The SEC stated that the trading by SAC Capital represented "over 20% of the reported U.S. trading volume in Elan and 11% of the volume in Wyeth."[213]

Short sellers may also seek to influence prominent members of the scientific community, bully editors of scientific journals, and make insinuations about the integrity of the scientists involved in the target company's underlying research.[214] Dr. McNally, the Editor in Chief of The Journal of Clinical Investigation, revealed that scientific journals which had previously published papers supporting a target company's research had been pressured by short sellers to scrutinize and presumably find fault with that work.[215] Ironically, these short sellers revealed their own lack of integrity by failing to divulge their financial

207. Gulland*,* *supra* note 197.

208. Press Release, U.S. Att'ys Off., S.D.N.Y., SAC Capital Portfolio Manager Matthew Martoma Found Guilty in Manhattan Federal Court of Insider Trading Charges (Feb. 6, 2014), https://www.justice.gov/usao-sdny/pr/sac-capital-portfolio-manager-mathew-martoma-found-guilty-manhattan-federal-court [https://perma.cc/8LFX-2LMG]; *see also* Indictment at 7, United States v. Martoma, No. S1 12 Cr. 973 (PGG) (S.D.N.Y. Dec. 21, 2012), 2012 WL 7829267 ("[A]fter receiving the negative confidential information about the Drug Trial results from Doctor-1 . . . the defendant recommended the sale of . . . stock prior to the Public Announcement).

209. Indictment, *supra* note 208, at 4.

210. Press Release, U.S. Att'ys Off., *supra* note 208; *see also* Indictment, *supra* note 208, at 5–6 ("In connection with certain of these consultations, Doctor-2 provided confidential information about the Drug Trial and other Alzheimer's disease drug trials to MARTOMA with the expectation that Martoma would assist Doctor-2 in obtaining clinical trial business.").

211. Indictment, *supra* note 208, at 6 (stating that the results of that were provided to Martoma were "closely-guarded and still-secret results of the Drug Trial").

212. *Id.* at 7.

213. Press Release, U.S. Att'ys Off., *supra* note 208.

214. *See* McNally, *supra* note 112, at 1.

215. *Id.*

interest.[216] Dr. McNally noted that short sellers allegedly made over $100 million shorting the stock of one biotech company.[217] By contrast, the scientists who have spent their careers working on the research supporting that company's drug are unlikely to ever make anything close to that even if the drug is FDA approved.

Ultimately, the only way that short-attacked scientists can redeem themselves and reclaim their reputations is with FDA approval, which may take years even if successful. Moreover, failure of a clinical trial does not mean the research or the researcher was a fraud. Scientific progress depends upon companies and researchers willing to continue to try. Even if the initial hypothesis fails, much can be learned in the process, contributing to success in the future.

### *D. Complexity and Confusion*

Negative misinformation hurts all companies. It is particularly harmful to small biotechs, which typically have no marketable products or other sources of revenue and have limited resources. They typically have only a handful of employees, no in-house communications team, and only a limited budget for public relations and legal services.[218] Hedge funds, on the other hand, are better resourced and able to get their message to the greater investing public either directly by issuing their own research reports, or through indirect channels, such as outreach to financial blogs, journalists, and other forms of media.[219]

Given the scientific and technical nature of clinical trials, the potential for investor confusion is high. The authority and qualifications of online financial commentators is often dubious at best. It may seem improbable that an investor would be swayed by the words of a non-expert, whether it be an anonymous or pseudonymous blogger or a journalist. But FUD affects investors because investors are human, and subject to the cognitive constraints, heuristic biases, and emotions characteristic of humans. Furthermore, negative reports may provide cover for illegal trading tactics as Professor Mitts explains:

> [P]seudonymous short reports are often preceded by a high volume of put option purchases, which can induce delta-hedging by market makers that mechanically drives down a

216. *Id.*
217. *Id.*
218. *See* Barden & Weaver, *supra* note 190, at 85.
219. *See* DealBook, *supra* note 181.

> share price. And while in theory closing the puts should apply an equally powerful upward force on the price, the reality is that stop-loss orders by retail investors—alongside trading rules like "*always sell a stock if it falls below 7%–8% what you paid for it"*—can trigger an avalanche of additional selling that would not have occurred *but for* the downward price manipulation. This can allow a short seller to crash a stock and profitably close the position regardless of whether investors found the information convincing to begin with.[220]

The initial drop in stock price, subsequent algorithmic trading, and investors' herd mentality can bring down a company. The philanthropist and investor George Soros developed a framework that explains this phenomenon.[221] His framework has two basic pillars or propositions that challenge the notion that markets are rational and efficient.[222] The first proposition—fallibility—is that "thinking participants" (which include investors) have views that "never perfectly correspond to the actual state of affairs."[223] They can acquire knowledge of facts, but their overall view or theory based upon those facts is biased or inconsistent.[224] The second proposition is "reflexivity," which is that "imperfect views can influence the situation to which they relate through the actions of the participants."[225] He explains:

> For example, if investors believe that markets are efficient then that belief will change the way they invest, which in turn will change the nature of the markets in which they are participating (though not necessarily making them more efficient). That is the principle of reflexivity.[226]

FUD works because investors are fallible, fall prey to misinformation, and behave according to their misinformed beliefs; their behavior in turn causes the market to reflect their beliefs.[227] FUD creates the market conditions that it warns against. Thus, while short selling

220. Mitts, *supra* note 175.
221. George Soros, *Fallibility, Reflexivity, and the Human Uncertainty Principles*, 20 J. ECON. METHODOLOGY 309, 310 (2013).
222. *Id.* at 309–10.
223. *Id.*
224. *Id.*
225. *Id.*
226. *Id.* As George Soros acknowledges, he did not coin the term but applied it to financial markets. *Id.*
227. *See id.*

*per se* is not harmful, it incentivizes FUD, which makes markets unpredictable and inefficient.

## III. A CASE STUDY: NORTHWEST BIOTHERAPEUTICS

This Part III discusses the case of Northwest Biotherapeutics, a company that developed a platform technology, DCVax, for dendritic cell-based vaccines, a novel immunotherapy treatment for brain and ovarian cancers.[228] It illustrates how shorting the stock of a company with a potentially life-saving drug can impede innovation at great cost to investors and patients.

### *A. Background*

Northwest Biotherapeutics is a clinical stage biotech based in Bethesda, Maryland developing personalized vaccines for a variety of solid tumor cancers.[229] One of the founders of the company and its Chief Scientific Officer, Dr. Alton Boynton, was the former head of Molecular Oncology Research at the Pacific Northwest Research Foundation and the Director of the Department of Molecular Medicine of Northwest Hospital from 1995 to 2003.[230] The CEO and Chairman of the Board, Linda Powers, is a magna cum laude graduate of Harvard Law School and Princeton University and former Managing Director of Toucan Capital Fund II, an investment fund with a focus on immune therapies.[231] The Senior Vice President of Business Development, Les Goldman, was a partner at Skadden, Arps for over thirty years prior to joining the company.[232] Dr. Marnix Bosch, the company's Chief Technical Officer, was the former head of the Department of Molecular Biology at the Dutch National Institutes of Health and a former professor of Pathobiology who has published over forty peer-reviewed papers.[233]

228. *Overview*, NW. BIOTHERAPEUTICS, https://nwbio.com/about-us/ [https://perma.cc/7S64-TEH9]. Prior to publication of the Phase III results, articles supporting the company's research had been written by experts in the field and published in academic journals. *See* Linda M. Liau et al., *First Results on Survival from a Large Phase 3 Clinical Trial of an Autologous Dendritic Cell Vaccine in Newly Diagnosed Glioblastoma*, 16 J. TRANSLATIONAL MED. 142 (2018); Christopher J. Wheeler & Keith L. Black, *DCVax-Brain and DC Vaccines in the Treatment of GBM*, 18 EXPERT OP. INVESTIGATIONAL DRUGS 509 (2009).

229. NW. BIOTHERAPEUTICS, https://nwbio.com/ [https://perma.cc/5XJT-M55N].

230. *Company Management*, NW. BIOTHERAPEUTICS, https://nwbio.com/company-management/ [https://perma.cc/9QTF-WY3T].

231. *Id.*

232. *Id.*

233. *Id.*

On August 3, 2010, NWBO announced positive long-term follow-up data from its Phase I and Phase II clinical trials of DCVax for patients with newly diagnosed Glioblastoma Multiforme (GBM), which is the most common form of brain cancer. GBM is a rapidly progressing and lethal cancer, with survival rate estimates of 40 percent after the first year and 17 percent after the second.[234] According to NWBO, with standard of care treatment such as surgery, chemotherapy, and radiation, patients have a median survival of only about 14.6 months, and "less than 5%" of patients were alive at five years.[235] With DCVax treatment, the median survival was three years, 33 percent of patients reached four-year survival, and 27 percent reached or exceeded six-year survival.[236] The longest surviving patient had, at that point, exceeded ten years.[237] Furthermore, DCVax was found to be non-toxic and minimally intrusive, requiring an injection "like a flu shot."[238]

The principal investigator for the company's 240-patient Phase II trial was Dr. Linda Liau, Professor and Vice Chair (now Chair) of Neurosurgery and Director of the UCLA Brain Tumor Program,[239] who expressed excitement about the "great potential" of DCVax in a company press release.[240] Given the dearth of options for those with the deadly disease, DCVax sounded extremely promising.[241]

---

234. *Glioblastoma Multiforme*, AM. ASS'N NEUROLOGICAL SURGEONS, https://www.aans.org/Patients/Neurosurgical-Conditions-and-Treatments/Glioblastoma-Multiforme [https://perma.cc/U75X-PG7Y].

235. Press Release, Nw. Biotherapeutics, Long-Term Follow-Up of DCVax®-Treated Brain Cancer Patients Shows 33% of Patients Reached 4-Year Survival and 27% Have Reached or Exceeded 6-Year Survival (Aug. 3, 2010), https://nwbio.com/long-term-follow-up-of-dcvax-treated-brain-cancer-patients-shows-33-of-patients-reached-4-year-survival-and-27-have-reached-or-exceeded-6-year-survival-2/ [https://perma.cc/KXB3-QBA2].

236. *Id.*

237. *Id.*

238. *Id.*

239. Linda M. Liau, MD, PhD, MBA, UCLA HEALTH, https://www.uclahealth.org/providers/linda-liau [https://perma.cc/8MM2-8G3F].

240. Press Release, Nw. Biotherapeutics, Northwest Biotherapeutics Resuming Enrollment in Promising 240-Patient Clinical Trial of DCVax® for Brain Cancer (Jan. 24, 2011), https://nwbio.com/northwest-biotherapeutics-resuming-enrollment-in-promising-240-patient-clinical-trial-of-dcvax-for-brain-cancer-2/ [https://perma.cc/F2PP-MY4A].

241. Dr. Michael Gruber, Clinical Professor of Neurology and Neurosurgery at the NYU Langone Medical Center, noted that "the median survival of newly diagnosed patients with GBM remains at approximately fifteen months. Phase I studies on DCVax have shown promise, with a number of patients living more than three years. We are hopeful that by completing a larger study these results will be confirmed as statistically significant and lead to better outcomes." *Id.*

On March 16, 2011, NWBO noted "unusual activity" in its stock and stated that it wasn't aware of any business-related reason for it.[242] Over the next few months, the company continued to recruit patients for its clinical trials and present at conferences.[243] On October 6, 2011, NWBO announced it had seventeen clinical trial sites at major medical institutions across the United States and that it was continuing to add new sites across the U.S. and Europe.[244] At this time, NWBO was still a very small company without much attention from Wall Street.[245] On October 25, 2011, the company announced initiation of coverage by Standard & Poor's Market Access Program, an information distribution service to more than 100,000 investment advisors.[246] This meant the company would now be on the radar of many more potential investors.

On December 19, 2011, NWBO issued a public statement refuting the "misleading statements" that it was infringing upon another entity's patent.[247] The CEO, Linda Powers, noted that these statements were made by "certain parties with a vested interest in slowing us down" but that the company was confident that it had freedom to operate.[248] By August 2012, the company had forty-one U.S. clinical trial

242. Press Release, Nw. Biotherapeutics, Northwest Biotherapeutics Addresses Recent Market Activity (Mar. 16, 2011), https://nwbio.com/northwest-biotherapeutics-addresses-recent-market-activity-2/ [https://perma.cc/BYV7-Y7CK].

243. *See* Press Release, Nw. Biotherapeutics, Northwest Biotherapeutics' Ongoing Brain Cancer Trial Recruiting Additional Patients at Four Medical Centers Across US (May 3, 2011), https://nwbio.com/northwest-biotherapeutics-ongoing-brain-cancer-trial-recruiting-additional-patients-at-four-medical-centers-across-us-2 [https://perma.cc/XHB2-5LKN]; Press Release, Nw. Biotherapeutics, Northwest Biotherapeutics Further Expands Ongoing Brain Cancer Trial (May 25, 2011), https://nwbio.com/northwest-biotherapeutics-further-expands-ongoing-brain-cancer-trial-2/ [https://perma.cc/VC3M-UF4C]; Press Release, Nw. Biotherapeutics, Northwest Bio Will Present at the Second Annual "Cancer Immunotherapy: A Long Awaited Reality Conference" at the New York Academy of Medicine, October 6, 2011 (Oct. 4, 2011), https://nwbio.com/northwest-bio-will-present-at-the-second-annual-cancer-immunotherapy-a-long-awaited-reality-conference-at-the-new-york-academy-of-medicine-october-6-2011/ [https://perma.cc/S7P3-YVYZ].

244. Press Release, Nw. Biotherapeutics, Northwest Bio Announces Positive Third Quarter Progress (Oct. 6, 2011), https://nwbio.com/northwest-bio-announces-positive-third-quarter-progress/ [https://perma.cc/GLS5-BMVE].

245. *See* Press Release, Nw. Biotherapeutics, Northwest Bio Announces Initiation of S&P Coverage, with Publication of First Company Stock Report (Oct. 25, 2011), https://nwbio.com/northwest-bio-announces-initiation-of-sp-coverage-with-publication-of-first-company-stock-report/ [https://perma.cc/B438-GFFN].

246. *Id.*

247. Press Release, Nw. Biotherapeutics, Northwest Bio Reaffirms Its Freedom to Operate; Refutes Other Parties Misleading Patent Assertions (Dec. 19, 2011), https://nwbio.com/northwest-bio-reaffirms-its-freedom-to-operate-refutes-other-parties-misleading-patent-assertions-2/ [https://perma.cc/2QKA-CP45].

248. *Id.*

sites operating,[249] had regulatory approval to proceed with Phase III clinical trials in the United Kingdom,[250] and was expanding worldwide production capacity for its DCVax-L therapy to respond to growing demand from the clinical sites.[251] In September 2012, it announced that it was proceeding with Phase I/II clinical trials for another product, DCVax-Direct, for all types of solid tumor cancers.[252]

On September 26, 2012, NWBO announced a 16-1 reverse stock split as part of a planned public offering and listing of its stock on Nasdaq.[253] It also increased the number of authorized shares of preferred stock to 40,000,000 shares.[254] The CEO stated that the reverse split was part of a "major program of strengthening the Company's finances, expanding its resources and raising the Company's market profile."[255] On December 7, 2012, NWBO started trading on the Nasdaq stock exchange.[256]

In April 2013, NWBO announced that a patient from the Phase I/II trial who was treated with DCVax-L in 2003 had surpassed the tenth-year cancer-free.[257] When he was first diagnosed, his doctors had given him only two months to live.[258] He was the second patient

249. Press Release, Nw. Biotherapeutics, Northwest Bio Provides Update on DCVax®-L Brain Cancer Trial (May 17, 2017), https://nwbio.com/northwest-bio-provides-update-on-dcvax-l-brain-cancer-trial-2/ [https://perma.cc/Z5RG-JXVV].

250. Press Release, Nw. Biotherapeutics, Northwest Bio Receives Regulatory Approval to Proceed with Its Phase III Trial in the UK (Aug. 23, 2012), https://nwbio.com/northwest-bio-receives-regulatory-approval-to-proceed-with-its-phase-iii-trial-in-the-uk-2/ [perma.cc/P2WB-J7GD].

251. *See* Press Release, Nw. Biotherapeutics, Northwest Bio Expands Worldwide Production Capacity for DCVax®-L (Aug. 8, 2012), https://nwbio.com/northwest-bio-expands-worldwide-production-capacity-for-dcvax-l/ [https://perma.cc/LSX4-JP8Z]; Press Release, Nw. Biotherapeutics, Fraunhofer IZI Receives Official Certification for Manufacturing of Northwest Bio's DCVax®-L Product (July 25, 2012), https://nwbio.com/fraunhofer-izi-receives-official-certification-for-manufacturing-of-northwest-bios-dcvax-l-product/ [https://perma.cc/776R-S8V8].

252. Press Release, Nw. Biotherapeutics, Proceeding with a Phase I/II Clinical Trial of DCVax®-Direct for All Solid Tumor Cancers (Sept. 20, 2012), https://nwbio.com/northwest-bio-proceeding-with-a-phase-iii-clinical-trial-of-dcvax-direct-for-all-solid-tumor-cancers/ [https://perma.cc/9V65-4P2A].

253. Press Release, Nw. Biotherapeutics, Northwest Biotherapeutics Announces Reverse Split of Common Stock (Sept. 26, 2012), https://nwbio.com/northwest-biotherapeutics-announces-reverse-split-of-common-stock-2/ [https://perma.cc/9QDQ-RJW9].

254. *Id.*

255. *Id.*

256. Press Release, Nw. Biotherapeutics, Northwest Biotherapeutics to Ring the Nasdaq Stock Market Opening Bell (Dec. 17, 2012), https://nwbio.com/northwest-biotherapeutics-to-ring-the-nasdaq-stock-market-opening-bell-2/ [https://perma.cc/8GVS-DVEG].

257. Press Release, Nw. Biotherapeutics, NW Bio Announces That Another Brain Cancer Patient from Phase I/II DCVax®-L Trials Has Surpassed Ten-Year Cancer-Free Survival (Apr. 18, 2013), https://nwbio.com/nw-bio-announces-that-another-brain-cancer-patient-from-phase-iii-dcvax-l-trials-has-surpassed-ten-year-cancer-free-survival/ [https://perma.cc/JL6D-LJ6F].

258. *Id.*

to survive the ten-year mark cancer-free.[259] The data also showed that other patients from the Phase I/II trials had exceeded their expected survival rates as well.[260] On May 31, 2013, NWBO was added to the MSCI Global MicroCap Index.[261] The index is used by exchange-traded funds as benchmarks, and inclusion means that funds that track the index will buy the stock, resulting in higher volumes and greater liquidity.

On July 31, 2013, NWBO announced that it was entering into an agreement with Cognate BioServices, Inc. (Cognate), the contract manufacturer of its vaccine. This was to convert the $11.6 million of accounts payable to Cognate into shares of the company's stock at a price of $4/share and to establish an ongoing arrangement for payment of each invoice at least half in stock and the rest in cash.[262] Cognate had provided manufacturing and regulatory assistance to NWBO over several years.[263] According to the company, Cognate was willing to provide "favorable terms and to accept a substantial portion of its billings in NW Bio stock" to allow the company to "reduce its cash burn while building its two operations in Europe as well as the U.S., and while aggressively pursuing two major clinical programs . . . simultaneously."[264]

On December 10, 2013, NWBO announced the start of the first interim analysis of its Phase III GBM trial, which it anticipated would take approximately six to eight weeks.

### *B. FUD Rising*

On February 15, 2013, an online journalist wrote that it was difficult to take NWBO seriously given the company's "checkered past and present":[265]

---

259. *Id.*

260. *Id.*

261. Press Release, Nw. Biotherapeutics, NW Bio Added to the MSCI Global MicroCap Index (June 3, 2013), https://nwbio.com/nw-bio-added-to-the-msci-global-microcap-index-2/ [https://perma.cc/EVW5-JWRJ].

262. Press Release, Nw. Biotherapeutics, NW Bio Announces Above-Market Conversion of Its $11.6 Million Debt to Its Manufacturer, Cognate Biosciences (July 31, 2013), https://nwbio.com/nw-bio-announces-above-market-conversion-of-its-11-6-million-debt-to-its-manufacturer-cognate-biosciences/ [https://perma.cc/DB6V-NPZ4]. The shares were subject to a lock-up period of eighteen months. *Id.*

263. *Id.*

264. *Id.*

265. Adam Feuerstein, *Biotech Stock Mailbag: Northwest Bio, Amarin, Titan Pharma*, THESTREET (Feb. 15, 2013, 6:30 AM), https://www.thestreet.com/investing/stocks/biotech-stock-mailbag-northwest-bio-amarin-titan-pharma-11842742 [https://perma.cc/9GE5-ZTWY].

> Northwest Bio operates today with a veneer of respectability. The company's balance sheet is healthier (but far from robust) and the stock now lists on the Nasdaq. Scratch the surface, however, and Northwest Bio still carries the heavy baggage that's made it a pariah for so many years.
>
> Linda Powers remains CEO and dominant shareholder through two intertwined entities she controls—Toucan Capital and Cognate Biosciences. (The latter is Northwest Bio's manufacturing partner, which puts more money in her pocket.) Institutional investor ownership is essentially nonexistent at 6%. Even the current stock price of $3.36 is an illusion. Adjust for the recent 1-for-16 reverse stock split and Northwest Bio is a penny stock.[266]

The stock plunged.[267] The company forged ahead, notching several notable wins over the next several months, including being certified by the United Kingdom as part of its promising innovative medicines program.[268] The online journalist remained unconvinced and was persistent and vociferous in his skepticism about the company's progress, publishing more than half a dozen negative posts about the company in the following year and many more in the years to follow.[269]

On several occasions, NWBO responded to the statements in his articles.[270] On March 12, 2014, NWBO issued a press release that "refuted false statements and material distortions" made by the journalist in an article he had written on March 11.[271] On March 28, 2014, the company responded when the same online journalist wrote an article with a headline that the company said contained "false and misleading

266. Adam Feuerstein, *Biotech Stock Mailbag: Northwest Bio, Amarin, Titan Pharma*, THESTREET (Feb. 15, 2013, 6:30 AM), https://www.thestreet.com/investing/stocks/biotech-stock-mailbag-northwest-bio-amarin-titan-pharma-11842742 [https://perma.cc/9GE5-ZTWY].

267. *Northwest Biotherapeutics, Inc. (NWBO)*, *supra* note 6.

268. John Carroll, *U.K. Picks a Controversial Brain Cancer Vaccine as Its First New 'Innovative Medicine,'* FIERCE BIOTECH (Sept. 16, 2014), https://www.fiercebiotech.com/regulatory/u-k-picks-a-controversial-brain-cancer-vaccine-as-its-first-new-innovative-medicine [https://perma.cc/G6RQ-E782].

269. *See, e.g.*, Feuerstein, *supra* note 3.

270. *See, e.g.*, Press Release, Nw. Biotherapeutics, NW Bio Refutes False Claims by Adam Feuerstein (Mar. 12, 2014), https://nwbio.com/nw-bio-refutes-false-claims-by-adam-feuerstein/ [https://perma.cc/4R77-7BWH].

271. *Id.* ("Feuerstein falsely accused NW Bio of manipulating its news by delaying announcement of the Hospital Exemption approval by the Paul Ehrlich Institute. . . . Feuerstein's accusations were factually wrong, materially misleading, and reflect a lack of knowledge on Feuerstein's part . . . .").

claims."[272] The article claimed there were problems with ongoing clinical trials when the news was, in fact, entirely positive.[273] In 2014, NWBO issued at least six press releases refuting his statements.[274] For example, on April 7, 2014, NWBO issued a release refuting the journalist's claim that the company had warned that the FDA might throw out its Phase III brain cancer study.[275] NWBO defended itself by stating that "the Company's 10-K says no such thing and the Company has issued no such warning":[276]

> Contrary to . . . false claims, the Company's Phase III clinical trial in brain cancer continues to progress. . . . [The] misrepresentation of NW Bio's annual report appears to be another conscious effort to mislead and panic readers.[277]

The online journalist continued to publish articles with headlines such as "Prestigious Cancer Hospital Rebukes Northwest Bio for 'Inappropriate' Data Disclosures," "Northwest Bio Can't Keep Its DC-Vax Claims Straight," and "Why Northwest Bio is Shunned by Savvy Heath Care Investors."[278] In total, the same online journalist appears to have written at least twenty-five articles about NWBO or its management.[279] The commentary in his article was leveraged by bloggers and anonymous and pseudonymous posters, which seems to have negatively affected the stock price.[280]

The company's responses to the negative articles may have only aggravated the initial damage. Online media and search engines

272. Press Release, Nw. Biotherapeutics, NW Bio Refutes Further False and Misleading Claims by Feuerstein (Mar. 28, 2014), https://nwbio.com/nw-bio-refutes-further-false-and-misleading-claims-by-feuerstein/ [https://perma.cc/D7FA-JNXV] (statement "refuted false and misleading claims by Adam Feuerstein in an article posted Thursday, March 27, after NW Bio's public presentation of significant positive news about all of the Company's programs").

273. *Id.* ("On the contrary, Ms. Powers announced entirely positive news about the Company's Phase III trial as well as its other programs . . . . [T]he Phase III trials is progressing well, and further centers of excellence are joining the trial.").

274. Search Results for 'Feuerstein,' NW. BIOTHERAPEUTICS, https://nwbio.com/?s=feuerstein [https://perma.cc/F4M8-UBMD].

275. Press Release, Nw. Biotherapeutics, NW Bio Again Sets Feuerstein Record Straight (Apr. 7, 2014), https://nwbio.com/nw-bio-again-sets-feuerstein-record-straight/ [https://perma.cc/GH58-RTXD].

276. *Id.*

277. *Id.*

278. Search Results for "Northwest Bio," THESTREET, https://www.thestreet.com/search?query=northwest%20bio [https://perma.cc/Z4CK-7TJ9].

279. *Id.*

280. *See* Ali Berri, *Northwest Biotherapeutics Shares Trade Lower Following Seeking Alpha Article*, BENZINGA (July 7, 2014, 1:41 PM), https://www.benzinga.com/news/14/07/4684346/northwest-biotherapeutics-shares-trading-sharply-lower [https://perma.cc/7CQF-8EFR].

operate by automatically distributing headlines across sites and each press release may have only refreshed and reinforced the negative articles, keeping them at the top of search results about the company. Certainly, the company could not be blamed for vigorously defending itself, but in the online world, each retort only tracks back to his original article and refreshes its relevance.

Retail investors are bombarded by too much information and often don't have the time or resources to conduct more thorough due diligence, especially if the information is dense or complex, as it is with clinical trials. The information in NWBO's case was particularly complex given the dynamic nature of learning about immunotherapy, as well as the complicated financing structure, which was intended to provide NWBO with better financing terms than would an unaffiliated party. These two different types of complexity—scientific and financial—made the company particularly vulnerable to negative commentary.

On July 29, 2014, the non-profit organization Citizens for Responsibility and Ethics in Washington (CREW) wrote a letter to the SEC requesting that it investigate the short selling of stock in NWBO to determine "if there has been illegal manipulation of the market price of the company's stock" and noting that "[p]ublicly available information suggests a concerted effort to manipulate the price of shares in Northwest Biotherapeutics in a way that furthers the interests of short sellers."[281] The letter noted that, on June 11, 2014, NWBO issued a press release that there was data that indicated its vaccine was working to shrink tumors.[282] Its stock rose to $8.97 on June 18, 2014.[283] Before the start of the trading day on June 19, 2014, the same online journalist who had previously raised doubts about NWBO tweeted hints that bad news was forthcoming about NWBO.[284] The tweets then linked to an article he had written, which insinuated that one of the clinical sites, MD Anderson, might file a formal complaint against NWBO.[285] The impact of the post on the stock was "immediate and dramatic"[286] and caused it to plunge 20 percent in one day and continue sliding.[287]

281. Letter from Melanie Sloan, *supra* note 21.

282. *Id.*

283. *Id.*

284. *Id.* ("They included the cryptic tweet '$NWBO uh oh . . . ' and 'MD Anderson said what about $NWBO? Shocking!'").

285. *Id.*

286. *Id.*

287. Letter from Melanie Sloan, *supra* note 21.

According to CREW:

> Taken as a whole, this evidence suggests actions intended to manipulate the market in order to protect the interests of short sellers in the stock of Northwest Biotherapeutics, who faced the possibility of great financial exposure given the volume of their shares and the then-current market price of the stock.[288]

Questions raised about the integrity of NWBO's management and the viability of their product left investors vulnerable to social influence. As psychologist Robert Cialdini noted, "[i]n general, when we are unsure of ourselves, when the situation is unclear or unambiguous, when uncertainty reigns, we are most likely to look to and accept the actions of others as correct."[289] A short seller could exploit this human tendency to succumb to social influence by, for example, selling a large block of stock to drive down the company's price upon the release of a negative online article. The downward pressure could be exacerbated by stop-loss triggers. Investors who were not convinced by the initial negative news from a journalist or blogger might be swayed by the perception of consensus among other investors and decide to sell, which would further depress the stock price and continue the downward spiral.

The movement in Northwest Bio's stock caught the attention of Washington Post journalist, Steven Pearlstein, who referred to the saga as the "eye-opening tale of how hedge funds and their Wall Street allies stifle innovation and damage the economy in their relentless pursuit of short-term trading profits."[290]

### *C. The Downward Spiral*

In November 2014, NWBO announced that it was entering into a financing arrangement with C.F. Woodford Equity Income Fund (Woodford) who purchased 4,317,790 shares at $5.79/share.[291] The money raised from the financing would be used to expand and

288. *Id.*

289. ROBERT CIALDINI, THE PSYCHOLOGY OF PERSUASION 98 (rev. ed. 2009).

290. Pearlstein, *supra* note 23.

291. Press Release, Nw. Biotherapeutics, NW Bio Announces Financings Totaling $35 Million to Expand and Accelerate DCVAX®-L and DCVAX®-Direct Programs (Nov. 19, 2014), https://nwbio.com/nw-bio-annouces-financings-totaling-35-million-expand-accelerate-dcvax-l-dcvax-direct-programs/ [https://perma.cc/9J4T-VGJL].

accelerate clinical trials.[292] Woodford subsequently made additional sizable investments of $40 million in April 2015,[293] and then, in October of that year, $30 million, raising his total holding to about 28.1 percent of the Company.[294] NWBO looked like it was in a good situation financially.

However, the stock drops triggered several lawsuits, including one that was filed on August 26, 2015.[295] The lawsuit, *Lerner v. Northwest Biotherapeutics,* alleged that the company made fraudulent statements, and, as support, plaintiffs referenced the unsubstantiated information that was published online by the company's critics.[296]

On October 28, 2015, an equities research group, Phase Five Research, released a report with the title, "Northwest Biotherapeutics House of Cards is Ready to Collapse."[297] The report alleged financial irregularities in the dealings between NWBO and entities related to Powers, its CEO:

> The lack of corporate governance has allowed NWBO's CEO, Chairperson and President Powers (formerly VP Global Finance at Enron) to unscrupulously use the company as her personal checking account to financially support her investment in NWBO and other private companies, mostly Cognate Bioservices, by transferring massive amounts of cash, shares and warrants to herself and companies she owns and controls. In addition, we believe NWBO has been involved in various undisclosed transactions with (i) Powers and her companies; (ii) at least one major shareholder and with (iii) its 'independent director' Dr. Navid Malik.[298]

The report sought to sully Powers by association with Enron even though she had left the company prior to the corporate accounting

292. *Id.*

293. Press Release, Nw. Biotherapeutics, NW Bio Announces $40 Million Financing (Apr. 2, 2015), https://nwbio.com/nw-bio-announces-40-million-financing/ [https://perma.cc/Z9MC-LKAX].

294. Press Release, Nw. Biotherapeutics, NW Bio Has Entered into an Agreement For $30 Million of New Equity Funding from Woodford Investment Management (Oct. 21, 2015), https://nwbio.com/nw-bio-has-entered-into-an-agreement-for-30-million-of-new-equity-funding-from-woodford-investment-management/ [https://perma.cc/7BRF-TNB8].

295. Lerner v. Nw. Biotherapeutics, 273 F. Supp. 3d 573 (D. Md. 2017).

296. *Id.* at 583–84.

297. PHASE FIVE RSCH., NORTHWEST BIOTHERAPEUTICS HOUSE OF CARDS IS READY TO COLLAPSE (2015), https://docplayer.net/storage/26/8855355/1711784391/kpSmeXtdWKbGLHKXFbV0fw/8855355.pdf [https://perma.cc/QPR7-AFJX].

298. *Id.* at 3.

scandal and was not implicated in it. The report then sought to buttress the credibility of its claims by claiming they were made by "Phd's and analysts with strong medical background, together with financial experts with extensive backgrounds in uncovering fraudulent companies."[299] Phase Five Research did not identify those individual experts,[300] including where and in what subjects they obtained their PhDs and whether their "strong medical background"[301] meant that they were actually MDs or otherwise qualified experts. Nevertheless, the report was distributed and published on websites such as Seeking Alpha, where Phase Five disclosed that it held a short position in NWBO.[302]

Shortly afterward and presumably as a consequence of the report by Phase Five Research, Woodford requested the appointment of an independent director.[303] Powers referred to the allegations as "baloney"[304] but agreed to an internal investigation and independent director, although ultimately not the one that Woodford recommended.[305] On December 7, 2016, NWBO announced that it was delisting from Nasdaq and would begin trading in the over-the-counter market.[306]

The lawsuit filed by Lerner against the company was dismissed on March 31, 2017.[307] Most of the other lawsuits were also subsequently dismissed or settled with "no monetary damages

299. *Id.*

300. Denise Roland, *Major Shareholder Wants Inquiry into Northwest Biotherapeutic Allegations*, WALL ST. J. (Nov. 28, 2015, 5:19 PM), https://www.wsj.com/articles/major-shareholder-wants-inquiry-into-northwest-biotherapeutics-allegations-1448747062 [https://perma.cc/6WQP-BVXM] (noting that the identities of the research group's analysts weren't cited).

301. *The Northwest Biotherapeutics House of Cards Is Ready to Collapse*, SEEKING ALPHA (Oct. 29, 2015), https://seekingalpha.com/article/3618336-northwest-biotherapeutics-house-of-cards-is-ready-to-collapse [https://perma.cc/8JDY-TFQH].

302. *Id.*

303. Northwest Biotherapeutics, Inc., Information to Be Included in Statements Filed Pursuant to § 240.13d-1(a) and Amendments Thereto Filed Pursuant to § 240.13d-2(a) (Schedule 13D) 8 (Nov. 24, 2015), https://www.sec.gov/Archives/edgar/data/1072379/000121390015009081/sc13d1115a2woodford_north.htm [https://perma.cc/6B4H-SAXA].

304. Roland, *supra* note 300.

305. Press Release, Nw. Biotherapeutics, NW Bio Statement Regarding Appointments (Dec. 8, 2015), https://nwbio.com/nw-bio-statement-regarding-appointments-2/ [https://perma.cc/8FZ8-8R9E] (noting that "Mr. Leary has never served on any board, has no biotech experience ad no pharma experience other than certain government investigations, has no experience working with companies subjected to stock manipulation, has no experience interacting with investors or helping with corporate fundraising" and that the Company was in "advanced discussions" with other candidates).

306. Press Release, Nw. Biotherapeutics, NW Bio Announces Decision to Voluntarily Withdraw from Nasdaq Listing and Begin Trading on OTC Market (Dec. 7, 2016), https://nwbio.com/nw-bio-announces-decision-to-voluntarily-withdraw-from-nasdaq-listing-and-begin-trading-on-otc-market/ [https://perma.cc/X2KK-W4FF].

307. Lerner v. Nw. Biotherapeutics, 273 F. Supp. 3d 573, 573 (D. Md. 2017).

contemplated."[308] In 2018, the company disclosed that it was the subject of an SEC investigation into its internal control practices and its delisting from Nasdaq, among other issues.[309] In October 2019, NWBO announced that it had entered into a settlement agreement with the SEC relating to "material weaknesses" with its Form 10-K filings over a period of twelve years, and would pay a fine of $250,000 without admitting or denying wrongdoing.[310]

### *D. Success or Failure?*

On May 10, 2022, Northwest Biotherapeutics announced its Phase III clinical trial results for its brain cancer vaccine.[311] That day, the same online journalist that had previously written negative articles about the company, published an article with the headline, "It took years, but the failure of Northwest Bio's brain cancer vaccine is now in the open."[312] The first few lines—the only ones visible without paying for a subscription to read the rest—stated, "The treatment's data are as bad as expected—performing worse than a placebo."[313]

However, Northwest Biotherapeutic's presentation stated that the primary and secondary endpoints *were met*.[314] Nevertheless, the company's stock plunged to a 52-week low.[315]

308. Press Release, Nw. Biotherapeutics, NW Bio Reports Favorable Results and Progress Resolving Lawsuits (Oct. 25, 2017), https://nwbio.com/nw-bio-reports-favorable-results-progress-resolving-lawsuits/ [https://perma.cc/ED6A-QMDT].

309. Northwest Biotherapeutics, Inc., Annual Report (Form 10-K) 20 (Apr. 17, 2018), https://www.sec.gov/Archives/edgar/data/1072379/000114420418020971/tv491101_10k.htm [https://perma.cc/RQ8G-PE3W].

310. Press Release, Nw. Biotherapeutics, NW Bio Moves Forward with SEC Settlement (Oct. 10, 2019), https://nwbio.com/nw-bio-moves-forward-sec-settlement/ [https://perma.cc/BFL7-RXWA]; *SEC Files Settled Action Against Biotechnology Company Related to Unremediated Material Weaknesses Spanning Twelve Years*, U.S. SEC. & EXCH. COMM'N (Oct. 20, 2019), https://www.sec.gov/enforce/34-87281-s [https://perma.cc/7ZSP-D6V4].

311. Press Release, Nw. Biotherapeutics, Presentation About Phase 3 Trial of DCVax®-L for Glioblastoma (May 10, 2022), https://nwbio.com/presentation-about-phase-3-trial-of-dcvax-l-for-glioblastoma/ [https://perma.cc/6LU4-XYRR].

312. Feuerstein, *supra* note 3.

313. *Id.*

314. Paul Mulholland, Univ. Coll. Hosp., Autologous Tumor Lysate-Loaded Dendritic Cell Vaccination for Glioblastoma, 23, 47 (May 10, 2022) (noting "primary endpoint" was met with a "statistically significant" difference and "secondary end point" was met with a "statistically significant extension of overall survival" and an "excellent safety profile").

315. Dulan Lokuwithana, *Northwest Bio Plunges After Late Stage Data for Lead Candidate in Brain Cancer*, SEEKING ALPHA (May 10, 2022), https://seekingalpha.com/news/3836107-nwbo-stock-plunges-on-data-for-lead-asset-in-brain-cancer [https://perma.cc/69GW-QANN]; Larry Smith, *Northwest Biotherapeutics: Debunking Silly, Fictitious Adam Feuerstein Article Falsely Claiming Phase 3 Trial of DCVax-L in Glioblastoma Multiforme Was a Failure*, SMITHONSTOCKS (May 25, 2022), https://smithonstocks.com/northwest-biotherapeutics-debunking-silly-fictitious

The market response to what should have been fantastic news illustrates the vulnerability of biotech companies to negative news. The company's stock plunged over 70 percent.[316] This resulted in headlines such as "Northwest Bio plunges after late-stage data for lead candidate in brain cancer,"[317] and head-scratching reports on investor websites with discordant statements such as the following:

> The shares of Northwest Biotherapeutics (OTCQB:NWBO) reached a 52-week low on Tuesday after the clinical-stage immunotherapy company announced a presentation with Phase 3 data for its lead asset DCVax-L in Glioblastoma multiforme (GBM) brain cancer . . . . According to overall results, the 331-patient trial has met the primary endpoint of overall survival (OS) in newly diagnosed GBM patients after the progression-free survival (PFS), the initial primary endpoint of the trial, was found to be unviable. OS is the "gold standard" for measuring the clinical benefits of a cancer drug.[318]

The timing of the online journalist's response is noteworthy. Dr. Paul Mulholland, a medical oncologist who exclusively treats brain cancer, started his forty-minute presentation (including Q & A) at 11:10 a.m. (EST) on May 10.[319] It was 9:18 a.m. (PST) on May 10 that the journalist tweeted, "My take on $NWBO: As expected. When you throw the dart first AND THEN paint a bullseye, it's very easy to claim a win. It's not, of course. The data are scientifically, methodologically and statistically ludicrous, but this is what we've come to expect from NWBO."[320]

The online journalist posted the link to his article on Twitter, and then reposted it several days later "in case anyone had doubts or

-adam-feuerstein-article-falsely-claiming-phase-3-trial-of-dcvax-l-in-glioblastoma-multiforme-was-a-failure/ [https://perma.cc/Z3N5-BVGX] (stating that Northwest Bio's "stock decline on May 10, 2022 was correlated with Adam Feuerstein's article on Stat News," which was "widely circulated to news outlets, some of whom reiterated Feuerstein's demonstrably false claims that the trial failed without bothering to read, let alone analyze, the report").

316. Rimes, *supra* note 4.

317. Lokuwithana, *supra* note 315.

318. *Id.*

319. Press Release, Nw. Biotherapeutics, *supra* note 256; Dr. Paul Mulholland, UNIV. COLL. LONDON HOSPS. NHS FOUND. TR., https://www.uclh.nhs.uk/our-services/find-consultant/dr-paul-mulholland [https://perma.cc/BC9S-URTH]; DCVAX®-L, MUSELLA, https://virtualtrials.org/dcvax.cfm [https://perma.cc/SM58-DZVE].

320. Adam Feuerstein (@adamfeuerstein), TWITTER (May 10, 2022, 9:18 AM), https://twitter.com/adamfeuerstein/status/1524061415857963008 [https://perma.cc/G9B5-AQ44].

questions."[321] NWBO's supporters charged him with bad faith and an intent to spread FUD in an effort to bring down the company's stock.[322] One commentator noted that the online journalist's "usual MO" is to claim that a company missed its primary endpoint and that he "coordinates his attacks . . . around the timing of the announcements."[323] The controversy obscured the answer to the only question that mattered—did the company meet its primary endpoints or not?

As previously noted, science is complicated and researchers conducting clinical trials with novel therapeutics should incorporate new findings as their studies progress in a way that conforms to the objectives of the trial. NWBO designed its clinical trials in 2007; since then, studies of immunotherapy treatments observed a phenomenon referred to as "pseudoprogression," where tumors increased in size initially and then decreased afterward.[324] Pseudoprogression is *not* progression and does not mean that the tumor has progressed. On the contrary, the tumor often eventually responds, resulting in lasting improvement for the patient.[325] The phenomenon was not anticipated by the researchers in 2007 when the clinical trials were designed.[326] The first reported observation of pseudoprogression seems to have been in 2009.[327]

321. Adam Feuerstein (@adamfeuerstein), TWITTER (May 25, 2022, 9:10 AM), https://twitter.com/adamfeuerstein/status/1529495208563462145 [https://perma.cc/K3C7-HLZS].

322. Alex Carlson, *Northwest Bio About to Cross the Finish Line*, INSIDER FIN. (Oct. 12, 2020), https://insiderfinancial.com/northwest-bio-about-to-cross-the-finish-line/180533/ [https://perma.cc/NGM7-2LQC].

323. Chris Sandburg, *Feuerstein's Flab on Northwest Bio (NWBO) Dives on Stock on Meritless Claims After Nailing Primary Endpoint*, INSIDER FIN. (June 12, 2022), https://insiderfinancial.com/feuersteins-flab-on-northwest-bio-nwbo-dives-stock-on-meritless-claims-after-nailing-primary-endpoint/183278/ [https://perma.cc/9JWU-SXPY].

324. Lynne Eldridge, *Pseudo-Progression with Cancer Treatment: When Cancer Only Appears to Worsen on Checkpoint Inhibitors*, VERYWELL HEALTH (June 13, 2022), https://www.verywellhealth.com/pseudoprogression-with-cancer-treatment-4692751 [https://perma.cc/BD5C-VJV6].

325. *Id.* (noting that pseudoprogression should be distinguished from true progression and as treatment continues tumors "will eventually respond to these drugs, sometimes with dramatic and durable responses"); *see also* Maximilian J. Hochmair et al., *Symptomatic Pseudo-Progression Followed by Significant Treatment Response in Two Lung Cancer Patients Treated with Immunotherapy*, 113 LUNG CANCER 4, 4 (2017) (finding pseudoprogression linked to favorable survival for patients treated with immunotherapy).

326. Eldridge, *supra* note 324 (referring to pseudoprogression as a "relatively new concept in cancer treatment" and that "it wasn't until the introduction of immunotherapy drugs . . . that it became relatively common to see tumors increase in size on imaging studies initially, only to decrease in size (or number of metastases) later on").

327. Jed D. Wolchok et al., *Guidelines for the Evaluation of Immune Therapy Activity in Solid Tumors: Immune-Related Response Criteria*, 15 CLINICAL CANCER RSCH. 7412, 7412 (2009); *see also* Hochmair et al., *supra* note 325, at 5 ("Pseudo-progression was first described in patients with malignant melanomas treated with ipilimumab, a CTLA 4 inhibitor. In this population, pseudo-progression was observed in up to 10% of patients.").

Because it was difficult to distinguish progression-free survival from pseudoprogression, the company specified overall survival as the primary endpoint before unblinding the data. Overall survival is considered the "gold standard" primary end point for evaluation of cancer drugs in clinical trials.[328]

The complexity and uncertainty that is an inherent part of the scientific discovery process created an opening for criticism, which catalyzed algorithmic trading, cratered NWBO's stock, and led to a spate of lawsuits.

### *E. A Rigged System?*

A confused retail investor is left with two possible and alternate realities. Either the system is functioning the way it should, or short sellers and their accomplices are gaslighting retail investors and manipulating the market.[329] To some, the lack of regulatory action itself means that the financial system is corrupt, unfair, and tragically rigged against the ordinary investor.[330]

---

328. James Driscoll & Olive Rixe, *Overall Survival: Still the Gold Standard: Why Overall Survival Remains the Definitive End Point in Cancer Clinical Trials*, 15 CANCER J. 401 (2009).

329. A good example of the suspicion that retail investors feel about Wall Street is the post written by Larry Smith on his blog *SmithOnStocks* after NWBO's stock dropped 30 percent on October 16, 2015. He noted that the volume for that day was 3 million shares or ten times the average daily trading volume for the previous eleven days. He concluded that there was "only one reasonable explanation for the decline and that was a coordinated short selling attack on the Company." He noted that the company had been an "ongoing target of a group of hedge funds" who operate as a "wolfpack" to short emerging biotechnology companies such as NWBO in a "broad conspiracy" to profit from short sales:

> The wolfpack's playbook is to induce bloggers (friendly to them or employed by them) to write articles which attack and put a negative spin on every aspect of the targeted company. A cornerstone of this blogging is to allege that management is unscrupulous, duping investors and running a pump and dump scheme.
>
> Essential to the wolfpack is to attack any news release (especially one containing good news) with blogs and simultaneously, aggressively shorting the stock. The objective is to make good news appear bad by causing the stock to decline . . . . Another important touch is a coordination with tort lawyers who cite the stock decline to bring class action suits alleging misconduct and misrepresentations by the Company. Ironically, these tort lawyers usually cite negative blogs or research written (by) friends or employees of the hedge funds.

Larry Smith, *Northwest: Analysis of a Coordinated Short Selling Attack Against the Stock (NWBO, $4.69)*, SMITHONSTOCKS (Oct. 20, 2015), https://smithonstocks.com/northwest-analysis-of-a-coordinated-short-selling-attack-against-the-stock-nwbo-4-69/ [https://perma.cc/5R4T-FBXJ]. Smith admits that he has "no direct proof on which hedge funds are involved" but that it is "pretty easy to deduce who the ringleaders are and the techniques that they use." *Id.*

330. *See* Pearlstein, *supra* note 23 ("Maybe it's time for the Justice Department and the Securities and Exchange Commission to be siding" with biotech companies.); Letter from CREW, *supra* note 179, at 6–7 ("Americans already believe Wall Street and Washington are rigged to the benefit

On August 23, 2022, Northwest Biotherapeutics announced approval from the UK Medicines and Healthcare Products Regulatory Agency of the company's Pediatric Investigation Plan (PIP).[331] The approval of a PIP is a "pre-requisite for application for approval of a new medicine for adult patients, such as DCVax-L."[332]

On November 17, 2022, the British newspaper The Guardian reported that a "global clinical trial" had shown that DCVax had "astonishing" results that enhanced survival for patients with deadly cancerous brain tumors.[333] The results of the trial were published in JAMA Oncology in a featured article co-authored by more than seventy physicians from leading institutions around the world.[334] These were the same results that had been announced by the company in May and derided by online FUDsters.[335] The publication of the results in the prestigious peer-reviewed journal validated the company's previously announced findings, but in the following days, online commentators were again raising doubts about the likelihood of regulatory approval.[336]

DC-Vax-L (also known as murcidencel)[337] must still obtain regulatory approval, but it has already been credited with prolonging the

of the rich and powerful and the detriment of nearly everyone else. Watching billionaire hedge fund managers utilize their vast resources to instigate government investigations to increase their wealth can only lead to even further decreased confidence in the country's financial markets and government leaders.").

331. Press Release, Nw. Biotherapeutics, Northwest Biotherapeutics Announces Approval of Pediatric Investigation Plan (PIP) by MHRA: PIP Approval Is a Pre-Requisite for Application for Approval of a New Medicine for Adult Patients (Aug. 23, 2022), https://nwbio.com/northwest-biotherapeutics-announces-approval-of-pediatric-investigation-plan-pip-by-mhra-pip-approvalis-a-pre-requisite-for-application-for-approval-of-a-new-medicine-for-adult-patients/ [https://perma.cc/N8FQ-Y4RE].

332. *Id.*

333. Denis Campbell, *Vaccine Shown to Prolong Life of Patients with Aggressive Brain Cancer*, GUARDIAN (Nov. 17, 2022, 10:00 AM), https://www.theguardian.com/science/2022/nov/17/vaccine-shown-to-prolong-life-patients-aggressive-brain-cancer-trial-glioblastoma [https://perma cc/YF56-5A27].

334. Liau et al., *supra* note 5.

335. Larry Smith, *Northwest Biotherapeutics' Day Has Come at Last*, SMITHONSTOCKS (Nov. 16, 2022), https://smithonstocks.com/northwest-biotherapeutics-day-has-come-at-last/ [https://perma.cc/WLA2-K53X] (noting that NWBO has been "ignored by institutional investors" because of a "coordinated and criminal attack by hedge funds and market makers . . . to manipulate the stock price . . . . [W]olfpack fomenters have repeatedly alleged that murcidencel failed the phase 3 trial and that CEO Linda Powers [was] running a Ponzi scheme. This lying has been used as cover for massive illegal shorting that has been employed every time that NWBO makes a positive announcement").

336. *See* Feuerstein *supra* note 7.

337. *See* Smith, *supra* note 315.

lives of brain cancer patients.[338] If not for the persistence of the company's CEO, Linda Powers, and the company's management team who have withstood long years of personal attacks, online smear campaigns, and great financial cost, this cancer vaccine would not exist. During those long years, hedge funds and other market makers may have made hundreds of millions of dollars shorting the company's stock.[339]

On December 1, 2022, Northwest Biotherapeutics sued Citadel Securities and other big traders alleging that these firms "deliberately engaged in repeated spoofing that interfered with the natural forces of supply and demand, and drove NWBO's share price downward repeatedly."[340] The complaint alleged that these trading firms made "at least hundreds of millions in aggregate profits by purchasing hundreds of millions of shares of NWBO at artificially depressed prices."[341] The complaint stated that the defendants' "relentless and brazen manipulation" drove the stock down 78 percent on a day with "extremely positive news" about the company's Phase III clinical trials.[342]

On December 21, 2023, Northwest Biotherapeutics announced that it had submitted a Marketing Authorization Application for the UK Medicines and Healthcare Products Regulatory Agency, which is similar to submitting a New Drug Application to the U.S. FDA.[343] The company's CEO noted that the application was the "culmination" of "more than 20 years of research and clinical development."[344] That same day, the journalist who had been persistently providing negative commentary about the company for years tweeted, "It's a Christmas miracle! $NWBO submitted a marketing application for the DCVax

338. Ben Quinn, *'I'm Just Carrying On': Vaccine Gives Brain Cancer Patient Years of Extra Life*, GUARDIAN (Nov. 17, 2022), https://www.theguardian.com/science/2022/nov/17/im-just-carrying-on-vaccine-gives-brain-cancer-patient-years-of-extra-life [https://perma.cc/DLZ6-DL4S].

339. Nw. Biotherapeutics, Inc. v. Canaccord Genuity LLC, No. 1:22-CV-10185-GHW-GS, 2023 WL 9102400 (S.D.N.Y. Dec. 29, 2023). *See* Justin Baer, *Biotech Company Says Citadel Securities, Other Big Traders Manipulated Its Stock Price*, WALL ST. J. (Dec. 1, 2022, 1:09 PM), https://www.wsj.com/articles/biotech-company-says-citadel-other-big-traders-manipulated-its-stock-price-11669901683 [https://perma.cc/E4F8-JUR7].

340. Complaint, *supra* note 8, at 1.

341. *Id.* at 70.

342. *Id.* at 20–21.

343. Press Release, Nw. Biotherapeutics, Northwest Biotherapeutics Announces That a Marketing Authorization Application Has Been Submitted to the UK MHRA for DCVax®-L for Glioblastoma (Dec. 21, 2023), https://nwbio.com/northwest-biotherapeutics-announces-marketing-authorization-applications-submitted-uk-mhra-dcvax-l-glioblastoma/ [https://perma.cc/SA9K-MN2N].

344. *Id.*

brain tumor therapy to the UK regulators. We can now start the clock on its rejection."[345]

## IV. PROPOSALS

Much has been written about the high cost of prescription drugs.[346] The high cost of drugs can be attributed in large part to the expense of clinical trials and to the lack of competition.[347] Short attacks leave a small biotech more vulnerable to bankruptcy or acquisition by Big Pharma, which reduces competition and may lead to higher consumer drug prices.[348] Short attacks also make it harder for small biotechs to raise critical funding to complete clinical trials, obtain FDA approval, and manufacture and market a new drug.

A small biotech company's success in drug development is binary, its future revenue is speculative, and its research is complex. There are also uncertainties associated with the execution of the business even if the drug trials show promising results. These conditions combined with the potential for financial profit create fertile grounds for collusion and market manipulation.[349]

Shorting may provide some benefits to investors and the marketplace, but those benefits are underwhelming when the target company is a small biotech. Biotech investors understand that their investments are binary—either the FDA approves the drug, or it doesn't. Given the complexity of the science involved in drug trials, non-expert opinions provide negligible or no benefit and may increase distortion, misinformation, inefficiency, and volatility in the marketplace. Publicly traded small biotechs are subject to the SEC's regulatory authority and must

345. Adam Feuerstein (@adamfeuerstein), TWITTER (Dec 21, 2023, 7:15 AM), https://twitter.com/adamfeuerstein/status/1737854199738835227 [https://perma.cc/4G6W-39AS].

346. S. Vincent Rajkumar, *The High Cost of Prescription Drugs: Causes and Solutions*, 10 BLOOD CANCER J. 1 (2020).

347. *Id.* at 2 (noting that drug development is "a long and expensive endeavor: it takes about 12 years for a drug to move from preclinical testing to final approval").

348. *See* Phillip Meylan, *Why Are Drug Prices So High in the U.S.?*, FACTUAL (May 3, 2022), https://www.thefactual.com/blog/why-are-drug-prices-so-high-in-the-u-s/ [https://perma.cc/EC7A-DMTK]. In the past year also, there have been several acquisitions of biotechs by Big Pharma companies. For example, in October 2022, Astra-Zeneca acquired LogiBio Therapeutics for $68 million in a deal that caused its stock to skyrocket over 600 percent. Tomi Kilgore, *LogicBio's Stock Skyrockets After Buyout Bid for a 667% Premium*, MARKETWATCH (Oct. 3, 2022), https://finance.yahoo.com/m/2b8d417d-2cff-3596-b849-af0f1b30ed88/logicbio-s-stock-skyrockets.html [https://perma.cc/2XMJ-A83F].

349. *See* discussion *supra* Section II.B.

comply with securities law. Shareholders do not need a short report to sue companies for violations of securities laws.[350]

More importantly, small biotechs are under the regulatory scrutiny of the FDA. As discussed earlier, the FDA works with companies conducting clinical trials.[351] The drug approval process is a years-long, intensive process, and FDA regulators are consulted, involved, and oversee each step in the process.[352] Although the FDA gives companies "wide latitude in clinical trial design," it is wise for a biotech to consult with the FDA as the FDA continuously monitors companies throughout the clinical trial process.[353] The FDA often requests more information about a trial and may place a trial on hold.[354] The FDA is viewed as deliberate, careful, and a "protector" of the people[355] that prioritizes safety over innovation.[356] It has been described as "super vigilan[t]."[357]

In light of the regulatory oversight already provided by the FDA, a short report on a biotech engaged in clinical trials does more harm than good. In high-profile cases where short reports led to the uncovering of corporate fraud, the targeted company did not have a drug or device in clinical trials. Even Valeant Pharmaceuticals was not primarily engaged in research and development at the time of its corporate misdeeds; rather, it had shifted its corporate strategy to acquiring small biotechs and then raising the prices of their already-developed drugs.[358] The FDA is better qualified to assess the process and the

350. *See* discussion *supra* Section II.B.

351. *See* discussion *supra* Part II.

352. *The Drug Development Process Step 3: Clinical Research*, U.S. FOOD & DRUG ADMIN. (Jan. 4, 2018), https://www.fda.gov/patients/drug-development-process/step-3-clinical-research [https://perma.cc/S7NS-TFD9].

353. *Id.*

354. *Id.*

355. David Sable, *How the FDA Works: A Primer for the Novice Biotech Investor*, FORBES (Aug. 19, 2015), https://www.forbes.com/sites/davidsable/2015/08/19/how-the-fda-works-a-primer-for-the-novice-biotech-investor/?sh=11a99df12e45 [https://perma.cc/873M-ZRU9] (describing the FDA as a "protector of U.S. citizens").

356. *See, e.g.*, *id.* (discussing the slow and science-affirming nature of the FDA). Some biotech CEOs argue that the FDA may even be *too* careful. Lisa Richwine, *Biotechs Say FDA Ranges from Good to 'Horrifying,'* REUTERS (Aug. 9, 2007, 2:10 PM), https://www.reuters.com/article/us-summit-fda-idUSN2424388320060224/ [https://perma.cc/TZ2A-3X6X].

357. *See* Sable, *supra* note 355.

358. Linette Lopez, *Wall Street Is Starting to Believe What Jim Chanos Has Been Saying About Valeant All Along*, BUS. INSIDER (Nov. 4, 2015, 9:33 AM), https://www.businessinsider.com/is-valeant-an-accounting-roll-up-2015-11?op=1 [https://perma.cc/L3S6-ZGFK]; Aswath Damodaran, *Valeant Pharmaceuticals' Dizzying Fall from Investors' Good Graces*, FORBES (Nov. 11, 2015, 4:48 PM), https://www.forbes.com/sites/aswathdamodaran/2015/11/11/valeant-pharmaceuticals-plunge-valuation/?sh=3bb0aa503e56 [https://perma.cc/6ETH-TMMV].

underlying science than financially motivated parties. Furthermore, shorting may impede the efficiency of the FDA by diverting the agency's limited resources. Although it is unlikely that short sellers (and those who work for them) are knowledgeable enough about a given clinical trial to provide the FDA with useful information, their persistent calls for action may force the FDA to expend time and money on an investigation or a response. Given the FDA's expertise and oversight of clinical trials and the rigorousness of the FDA approval process, any potential usefulness of a short report is outweighed by its potential to distract the FDA and delay the clinical trial process.

Given that nearly the entire value of a small biotech hinges upon the success or failure of a drug in clinical trials, it is much too easy for short sellers to manipulate the stock price of a small biotech. Investors should understand the binary risks of investing in biotech; what they should not have to contend with are the wild swings due to FUD, because those wild swings are unpredictable and irrational.[359] This increased volatility creates marketplace inefficiency.

Currently, the negative externalities from shorting are borne by the public, while the gains are reaped entirely by short sellers.[360] Most of the concerns raised in this paper could be resolved with better policing of already illegal practices such as spoofing, naked shorting, and market manipulation. The primary reasons for underenforcement are the lack of resources and the difficulty in proving fraud, market manipulation, and collusion. Market panic can be induced with innuendo and opinion, and both are protected by the First Amendment. But the

---

359. The post by Larry Smith of *SmithonStocks* is a representative comment:

> One would expect a high level of volatility in the high-risk stocks in which I specialize. However, this could not always explain the demoralizing collapse of a meaningful number of stocks that I am involved with following some news event. Suddenly and without a major change in the fundamental outlook, I would see stock prices cut in half in a short period of time. During this time there was invariably a steady day by day price erosion (naked shorting at work) accompanied by an unending stream of contrived negative news flow that was demoralizing to me and other investors . . . . I am truly outraged that greedy hedge fund managers are trying to drive the Company into financial distress or even bankruptcy without regard to the potential medical value of the dendritic cell cancer vaccines. This is why I have been so staunch in defense of Northwest. I want the trials of DCVax-L and DCVax Direct to be funded; this is in the interest of society. My small role in this may be helping all interested parties understand the depth of the hedge fund conspiracy.

Smith, *supra* note 329.

360. Arguably, retail investors may be deterred from a bad investment, but existing retail investors in that company will suffer losses. Accordingly, the overall benefit to retail investors generally is dubious.

stakes are too high to allow the status quo to continue. Given the long odds of bringing a new drug successfully to market, the high costs of doing so, and the great societal need that small biotechs fill, short selling the stock of small biotech companies without further regulation is not justified by a short seller's desire for profits.

To offset some of the negative externalities caused by short selling small biotechs, I propose a surtax of 15 percent on profits from shorting a small biotech.[361] To ensure the accuracy of the surtax, short sale transactions (opening or closing) of the stock of small biotechs should be transmitted electronically to the Financial Industry Regulatory Authority (FINRA) on a daily basis.[362] The daily reporting of trades enhances transparency,[363] and as an additional benefit, makes illegal trading practices such as spoofing more difficult to conceal.[364] The burden of compliance would be low as brokerages already have this information. As the National Investor Relations Institute (NIRI) stated, "Given the advances in recordkeeping and reporting technologies . . . there is no practical reason why institutions cannot provide public disclosure of their short positions."[365] This requirement also aligns with the petition filed by a coalition of law professors urging the SEC to impose a duty to update promptly a short position disclosure that is no longer accurate.[366] That petition also asked the SEC to clarify that rapidly closing a short position after issuing a short report without disclosing an intent to do so would constitute "fraudulent scalping."[367]

In addition, investors managing more than $20 million in assets holding short positions in small biotechs should be required to fill out audited quarterly reports of trades of that company's stock, including profits, losses, and a statement of holdings of that biotech's stock for the quarter. These reports should be reconciled with the daily electronic trading records transmitted to FINRA. Senior managers at reporting short seller firms should attest to the accuracy of this report

361. This tax would be in addition to the taxes that investors are legally obligated to pay and is equivalent to the cannabis excise taxes in many states, including California and Colorado.

362. FINRA is the regulatory body for securities firms. *See About FINRA*, FINRA, https://www.finra.org/about [https://perma.cc/J338-Y9AR].

363. Press Release, Sec. & Exch. Comm'n, *supra* note 67.

364. NAT'L INV. RELS. INST., *supra* note 70, at 2.

365. *Id.* (noting the Biotechnology Innovation Organization, which represents biotech companies, also urged public disclosure of short selling).

366. Letter from Joshua Mitts et al., *supra* note 68, at 3.

367. *Id.*

and the firm's adherence to rules and regulations governing short selling. This requirement is a much less onerous one than that imposed on public companies and their managers under the Sarbanes-Oxley Act,[368] and some of these trading entities have an impact on the financial markets greater than most public companies.[369] The reporting and filing requirements would simplify and improve the accuracy of the assessment of the surtax amount and subject short sellers to the scrutiny of another government agency, the Internal Revenue Service.

The proceeds from the proposed surtax would be allocated to the National Institutes of Health to fund research and innovation that would offset some of the negative externalities created by short selling. Some of those funds would be allocated to small biotechs to fund drug development, but some would also be allocated to universities and to nonprofit entities conducting research on nutrition and prevention of disease, an important but underfunded area.[370]

In addition to redistributing some of the gains from short selling, my proposal and the reporting requirements would enhance transparency and fairness in the marketplace, strengthen enforcement and accountability, preserve legitimate short selling practices, and assign some of the burden and costs of enforcement to the entities that benefit from short selling (who would pay for the costs of independent auditors).

My proposals are narrowly tailored to apply only to a small slice of a specific market sector. They do not prohibit short selling of companies in the biotech sector with a market capitalization over $2 billion. Moreover, these proposals permit the free flow of information. Short sellers argue—and courts have agreed—that they have a First Amendment right to express their views about companies[371] and that

368. Sarbanes-Oxley Act of 2002, H.R. 3763, 107th Cong. § 103 (2002).

369. Ram Yamarthy & Ron Alquist, *Hedge Fund Activities Can Influence the U.S. Treasury Yield Curve*, OFF. FIN. RSCH. (Dec. 27, 2022), https://www.financialresearch.gov/the-ofr-blog/2022/12/27/hedge-fund-activities-can-influence-the-us-treasury-yield-curve/ [https://perma.cc/H9H4-V9VZ]; RSRV. BANK OF AUSTL., THE IMPACT OF HEDGE FUNDS ON FINANCIAL MARKETS (1999), https://www.rba.gov.au/publications/submissions/financial-sector/inquiry-international-financial-markets-effects-on-govt-policy/pdf/impact-hedge-funds-on-financial-markets-1999.pdf [https://perma.cc/X7TA-4C4G]; SEBASTIAN MALLABY, MORE MONEY THAN GOD: HEDGE FUNDS AND THE MAKING OF A NEW ELITE (2010).

370. Bates, *supra* note 25. Private companies typically do not conduct research on non-pharmaceutical interventions even though changes in lifestyle and nutrition may have a positive impact on health and longevity and may be more effective and cost-effective remedies than prescription drugs.

371. *See* Silvercorp Metals Inc. v. Anthion Mgmt. LLC, No. 22182, slip op. at 660 (N.Y. Sup. Ct. July 10, 2012) (defamation claim against short seller dismissed on grounds that reports were

their reports contribute to a better-informed marketplace.[372] The gullibility of some investors should not deter commentators from reporting and commenting on biotech companies. My proposals should have no impact on legitimate media coverage and commentary. A functioning and efficient marketplace requires a variety of perspectives and opinions; it is harmed, however, by misinformation intended to deceive investors. Bloggers, researchers, journalists, hedge funds—*anyone*—may continue to post or write about a small biotech under my proposal.

Moreover, the SEC whistleblower program provides a potentially lucrative financial incentive for short sellers to continue to investigate corporate misdeeds. Under that program, a person who voluntarily provides the SEC with information about a violation of a federal securities law may be entitled to an award of 10 percent to 30 percent of the monetary sanctions collected.[373] One short seller reportedly received $14 million under this program.[374]

My proposals are limited to small biotechs whose stock price is easily manipulable.[375] It is self-limiting and expires naturally when the biotech's market capitalization reaches $2 billion. This built-in termination provides a safeguard against overexuberance. Fraud exposed

constitutionally protected opinion)*; see also, e.g.*, Noam Noked, *Lawsuit Against Short Sellers Dismissed on Constitutional Grounds*, HARV. L. SCH. F. ON CORP. GOVERNANCE (Oct. 18, 2012), https://corpgov.law.harvard.edu/2012/10/18/lawsuit-against-short-sellers-dismissed-on-constitutional-grounds/ [https://perma.cc/Q2KU-7AS8] (highlighting how a court dismissed defamation claims based on the finding that the reports were constitutionally protected opinion); Delevingne, *supra* note 47.

372. Jacob Wolinsky, *Unphased by DOJ Probe, Hedge Funds Continue to Issue Short Reports*, FORBES (Dec. 31, 2021), https://www.forbes.com/sites/jacobwolinsky/2021/12/31/unphased-by-doj-probe-hedge-funds-continue-to-issue-short-reports/?sh=7b075fe46bfa [https://perma.cc/2XLU-MCKK].

373. *Frequently Asked Questions*, U.S. SEC. & EXCH. COMM'N (Apr. 6, 2023), https://www.sec.gov/whistleblower/frequently-asked-questions#faq-1 [https://perma.cc/N5TC-FCQM].

374. Mengqi Sun, *Short Seller Carson Block Sued over $14 Million Whistleblower Award*, WALL ST. J. (July 28, 2022, 7:10 PM), https://www.wsj.com/articles/short-seller-carson-block-sued-over-14-million-whistleblower-award-11659049816 [https://perma.cc/6JHL-Q78P].

375. Although this Article focuses on small biotechs, my proposal may be more broadly applied to small cap companies in other industries.

by short sellers in cases such as Valeant,[376] Nikola,[377] and Enron[378] involved companies with market valuations well over $2 billion. These companies would not have been subject to my proposal's restriction. The market capitalization of Valeant alone was at one time $90 billion; even at its nadir, it was worth billions.[379]

Given the negative effects of shorting the stock of small biotechs, why not simply institute a ban? The primary reasons are liquidity and risk hedging. An institutional investor may have a long position in a small biotech but may have liquidity needs to cover redemptions. If it has a substantial position in a stock and needs to sell a portion to meet redemption requests, the selling pressure may cause the stock price to drop. Shorting a stock allows the investor to avoid significantly impacting the market for a stock in which it may have a substantial position. Another legitimate reason for shorting is to hedge against market risk or risk in that particular sector in the short term. Of course, there may also be bad faith shorting, where a long investor in one company seeks to destabilize the stock of another by shorting it. My proposals would curb the last scenario while preserving the legitimate use of shorting in the first two scenarios. Finally, if these proposals prove to have a positive impact in the marketplace, they may be applied more broadly to small-cap companies in other market sectors.

## CONCLUSION

Society increasingly relies upon small biotechs to innovate in areas that Big Pharma has deemed too risky or simply not profitable enough to pursue.[380] In addition, small biotechs may offer cheaper

376. Gretchen Morgenson, *Figuring Out What Valeant Is Really Worth*, N.Y. TIMES (Mar. 15, 2016), https://www.nytimes.com/2016/03/16/business/figuring-out-what-valeant-is-really-worth.html [https://perma.cc/U9RW-XTZC].

377. Jody Godoy, *Nikola Founder Lied to Investors About Tech, Prosecutor Says in Fraud Trial*, REUTERS (Sept. 13, 2022), https://www.reuters.com/legal/nikola-founders-trial-us-fraud-charges-get-under-way-2022-09-13 [https://perma.cc/4DS8-VMBD]. The founder of Nikola was recently convicted of fraud after a short seller report led to an investigation of the company. Corinne Ramey & Ben Foldy, *Nikola Founder Milton Convicted of Securities Fraud*, WALL ST. J. (Oct. 14, 2022, 6:21 PM), https://www.wsj.com/articles/nikola-founder-trevor-milton-convicted-of-securities-fraud-11665779578 [https://perma.cc/5LWQ-5SJU].

378. Simon Constable, *How the Enron Scandal Changed American Business Forever*, TIME (Dec. 2, 2021), https://time.com/6125253/enron-scandal-changed-american-business-forever/ [https://perma.cc/2YNA-DY94].

379. Bethany Mclean, *The Valeant Meltdown and Wall Street's Major Drug Problem*, VANITY FAIR (June 5, 2016), https://www.vanityfair.com/news/2016/06/the-valeant-meltdown-and-wall-streets-major-drug-problem [https://perma.cc/EL7R-S67W].

380. Bates, *supra* note 25.

alternatives to existing drugs. NWBO, for example, had expressed concern with the high price of immunotherapies and indicated that their treatments "offer the potential for real cost-effectiveness," and would be "substantially below the price range of most antibody drugs and 'targeted' drugs for cancer."[381] It noted that it had developed a proprietary batch manufacturing process that lowered costs and would give it a pricing advantage.[382] It also cited the ease of administration of DCVax that could be injected under the skin in "any physician's office or clinic."[383]

A biotech seeking to develop a novel therapeutic faces daunting odds. The research and development costs are high,[384] the FDA regulations and testing requirements are rigorous, and the time horizon is long. Small biotech companies are vulnerable to FUD in a way that larger companies are not, and shorting creates an incentive for FUD. The stock of small biotechs is volatile, and a precipitous drop in price often sets off a cascade of problems. It triggers the filing of shareholder lawsuits,[385] which can cost millions in legal fees and consumes the time and energy of key employees. Even if the lawsuits are ultimately dismissed (as so many are),[386] the negative publicity they attract may deter new investors. They may also deter patients from enrolling in clinical trials, prolong the time it takes to complete the trial, and increase costs.[387] The siphoning of resources to defend the spate

381. Press Release, Nw. Biotherapeutics, NWBT Highlights Cost Effectiveness of DCVax® in View of Recent Immunotherapy Pricing Concerns (Aug. 10, 2011), https://nwbio.com/nwbt-highlights-cost-effectiveness-of-dcvax-in-view-of-recent-immunotherapy-pricing-concerns/ [https://perma.cc/A8JW-K87G].

382. *Id.*

383. *Id.*

384. The costs of drug development are generally estimated to be around $2 billion dollars. *See, e.g.*, Duxin Sun et al., *Why 90% of Clinical Drug Development Fails and How to Improve It?*, 12 ACTA PHARMACEUTICA SINICA B 3049, 3050 (2022) (estimating the "long, costly, and high-risk process" of drug development and discovery to take "over 10–15 years" with an "average cost of over $1–2 billion for each new drug to be approved for clinical use"); *see also* Joseph A. DiMasi et al., *Innovation in the Pharmaceutical Industry: New Estimates of R&D Cost*, 47 J. HEALTH ECON. 20, 21 (2016) (estimating the cost was approximately $2,870 million in 2013 dollars).

385. Molk & Partnoy, *supra* note 13, at 30–41 (discussing the impact of negative activism on class actions and identifying "eighty-four class actions that directly relied upon negative activists' efforts").

386. *Id.* at 32 ("Unsurprisingly, none of the suits went to a jury verdict; all ended in a settlement or some kind of dismissal.").

387. Patient recruitment for clinical trials is the "single biggest cause" of clinical trial delay. Mette Brøgger-Mikkelsen et al., *Online Patient Recruitment in Clinical Trials: Systematic Review and Meta-Analysis*, 22 J. MED. INTERNET RSCH. 724, 724 (2020). One study in India found that "negative publicity by media" negatively affected both recruitment and retention efforts. Rashmi

of lawsuits triggered by a drop in stock price may lead to a downward spiral for the company, impeding the development of life-saving drugs.

The stakes are too high to allow Wall Street profiteers to hinder the progress of clinical trials and new drug development. The success or failure of a drug should be determined by the FDA and science—not by financial shenanigans that precipitate a cascade of events that derail promising biotechs and force them into failure. My proposed surtax and reporting requirements are reasonable ways to offset some of the negative externalities of shorting small biotechs and to redistribute a small portion of the gains to benefit society more broadly.

Ashish Kadam et al., *Challenges in Recruitment and Retention of Clinical Trial Subjects*, 7 PERSPS. CLINICAL RSCH. 137, 137 (2016).

# INmune Bio Inc. Announces Final Enrollment of 208 Patients in Phase 2 Trial in Early Alzheimer's Disease

**Boca Raton, Florida, Nov. 13, 2024 (GLOBE NEWSWIRE) -- INmune Bio, Inc.** (NASDAQ: INMB) (the “Company”), a clinical-stage inflammation and immunology company focused on developing treatments that harness the patient’s innate immune system to fight disease announced today that it completed randomization of patients for its Phase 2 trial on Monday, November 11th. This global, blinded, randomized Phase 2 trial (the “AD02 trial”) is focused on patients with Early AD and biomarkers of elevated neuroinflammation.

“We are excited to have completed administering first doses to all patients enrolled in our phase 2 Alzheimer’s trial,” stated RJ Tesi PhD, the CEO of INmune Bio. “A global trial of this size is a major accomplishment for INmune and is a testament to the hard work and dedication of our team. The trial ended up overenrolled with a total of 208 patients, 56% of whom were categorized as mild AD and 44% as MCI. We look forward to releasing top line cognitive results in the second quarter of 2025.”

AD02 is a global, blinded, randomized Phase II trial in patients with Early AD using XPro™. The trial uses enrichment criteria to focus the trial on patients with neuroinflammation as a cause of their cognitive decline. XPro™ targets glial cells that drive neuroinflammation in the brain to allow decreased neurodegeneration and demyelination with improved synaptic function and remyelination. The primary end-point of AD02 is change from baseline cognitive function after 24 weeks of therapy, measured using EMACC and CDR-SB.

**About Neuroinflammation in AD**

Neuroinflammation is chronic inflammation in the brain that is part of the natural aging process called inflammaging. Neuroinflammation is increased due to behavioral and genetic factors. Neuroinflammation has been increasingly recognized as a key contributor to the development and progression of neurodegenerative diseases, including Alzheimer's. Neuroinflammation is a key cause of nerve cell death and synaptic dysfunction that causes cognitive decline. Blocking neuroinflammation with XPro™ decreases neurodegeneration and

improves synaptic function and promotes remyelination. There are many publications on the role of neuroinflammation in AD. A recent review can be found here.

**About INmune Bio Inc.**

**INmune Bio Inc**. is a publicly traded (NASDAQ: INMB), clinical-stage biotechnology company focused on developing treatments that target the innate immune system to fight disease. INmune Bio has two product platforms that are both in clinical trials: The Dominant-Negative Tumor Necrosis Factor (DN-TNF) product platform utilizes dominant-negative technology to selectively neutralize soluble TNF, a key driver of innate immune dysfunction and a mechanistic driver of many diseases. DN-TNF product candidates are in clinical trials to determine if they can treat cancer (INB03™), Mild Alzheimer's disease, Mild Cognitive Impairment and treatment-resistant depression (XPro™). The Natural Killer Cell Priming Platform includes INKmune™ developed to prime a patient's NK cells to eliminate minimal residual disease in patients with cancer. INmune Bio's product platforms utilize a precision medicine approach for the treatment of a wide variety of hematologic and solid tumor malignancies, and chronic inflammation. To learn more, please visit **www.inmunebio.com**.

**Forward Looking Statements**

Clinical trials are in early stages and there is no assurance that any specific outcome will be achieved. Any statements contained in this press release that do not describe historical facts may constitute forward-looking statements as that term is defined in the Private Securities Litigation Reform Act of 1995. Any statements contained in this press release that do not describe historical facts may constitute forward-looking statements as that term is defined in the Private Securities Litigation Reform Act of 1995. Any forward-looking statements contained herein are based on current expectations but are subject to a number of risks and uncertainties. Actual results and the timing of certain events and circumstances may differ materially from those described by the forward-looking statements as a result of these risks and uncertainties. INB03™, XPro1595 (XPro™), and INKmune™ are still in clinical trials or preparing to start clinical trials and have not been approved by the US Food and Drug Administration (FDA) or any regulatory body and there cannot be any assurance that they will be approved by the FDA or any regulatory body or that any specific results will be achieved. The factors that could cause actual future results to differ materially from current expectations include, but are not limited to, risks and uncertainties relating to the Company's ability to produce more drug for clinical trials; the

availability of substantial additional funding for the Company to continue its operations and to conduct research and development, clinical studies and future product commercialization; and, the Company's business, research, product development, regulatory approval, marketing and distribution plans and strategies. These and other factors are identified and described in more detail in the Company's filings with the Securities and Exchange Commission, including the Company's Annual Report on Form 10-K, the Company's Quarterly Reports on Form 10-Q and the Company's Current Reports on Form 8-K. The Company assumes no obligation to update any forward-looking statements in order to reflect any event or circumstance that may arise after the date of this release.

**David Moss**
**Co-founder and Chief Financial Officer**
**(858) 964-3720**
**info@inmunebio.com**
**Daniel Carlson**
**Head of Investor Relations**
**(415) 509-4590**
**dcarlson@inmunebio.com**

**Investor Contact:**
**Mike Moyer**
**Managing Director – LifeSci Advisors**
**mmoyer@lifesciadvisors.com**

Recursion

# Recursion and Exscientia, two leaders in the AI drug discovery space, have officially combined to advance the industrialization of drug discovery

November 20, 2024

- Recursion unveils post-combination technology-enabled portfolio with more than 10 clinical and preclinical programs, 10 advanced discovery programs, and more than 10 partnered programs
- Platform will focus on first and best-in-class drug discovery and development, demonstrating the ability to find novel insights and dramatically reduce the time and cost of discovery
- Recursion will host an update call today, November 20, 2024 at 7:30 a.m. ET / 5:30 a.m. MT / 12:30 p.m. GMT on LinkedIn, X and Youtube

SALT LAKE CITY, Nov. 20, 2024 (GLOBE NEWSWIRE) -- The business combination of two AI-powered drug discovery and development companies, Recursion (Nasdaq: RXRX) and Exscientia has been completed, with Exscientia becoming a wholly owned subsidiary of Recursion creating a vertically-integrated and technology-enabled drug discovery platform. Exscientia ADSs (Nasdaq: EXAI) ceased trading and will be delisted from Nasdaq.

"I believe the combination of the incredible teams and platforms at Exscientia and Recursion position us as the leader of the AI-enabled drug discovery and development space," said Chris Gibson, Ph.D., Co-Founder and CEO of Recursion. "With more than 10 clinical and preclinical programs in the internal pipeline, more than 10 partnered programs and over $450M in upfront and realized milestone payments received from partners to date out of more than $20B possible, we are advancing a flywheel of discovery and creating value in our pipeline through technology."

"The combination of our platforms and people make us the company to beat," said David Hallett, Ph.D., former CSO and Interim CEO of Exscientia and newly appointed Chief Scientific Officer at Recursion. "With our combined strength of real-world proprietary data and the models we've created – hypothesizing, testing and learning in a continuous loop – we're redefining the space by shrinking timelines and costs, identifying and optimizing lead candidates faster than traditional methods."

**The Company is pleased to share updates on the combined entity's pipeline, partnerships, and platform below:**

**Pipeline**

The combined pipeline represents more than 10 clinical and preclinical programs. In addition there are approximately 10 advanced discovery programs in the current pipeline.

Updated guidance is bulleted below as well as a snapshot of our pipeline:

- REC-617 (CDK7 inhibitor; Advanced Solid Tumors): Initial Phase 1 monotherapy safety and PK/PD data expected at the AACR Special Conference on December 9th 2024, and a webinar to follow on December 10th 2024.
- REV102 (ENPP1 inhibitor; Hypophosphatasia): Development candidate nomination expected in Q4 2024
- REC-4881 (MEK1/2 inhibitor, Familial Adenomatous Polyposis): Phase 1b/2 safety and early efficacy data expected in H1 2025
- REC-2282 (pan-HDAC inhibitor; Neurofibromatosis Type 2): PFS6 futility analysis expected by H1 2025
- REC-3565 (MALT1 inhibitor, B-Cell Malignancies): Phase 1 first patient dosed (FPD) expected in Q1 2025
- REC-4539 (LSD1 inhibitor, Small-Cell Lung Cancer): Phase 1 first patient dosed (FPD) expected in H1 2025
- REC-994 (Superoxide scavenger, Cerebral Cavernous Malformation): Further data to be shared at an upcoming medical conference / publication / webinar in H1 2025; regulatory update expected by H2 2025
- REC-394 (C. difficile Toxin B selective inhibitor, C. difficile): Phase 2 update expected in Q1 2026
- REC-1245 (RBM39 degrader; Solid Tumors and Lymphoma): Phase 1 dose-escalation data update expected in H1 2026
- REC-4209 (undisclosed target; Idiopathic Pulmonary Fibrosis): IND-enabling studies are ongoing
- REC-4881 in APC/AXIN1 indications have been deprioritized as part of a disciplined strategic prioritization of the portfolio. Study status will be updated on clinicaltrials.gov

| Area | Candidate | Target | Indication | Preclinical | IND-Enabling | Phase 1/2 | Pivotal / Phase 3 | Next Anticipated Milestone |
|---|---|---|---|---|---|---|---|---|
| ONCOLOGY | REC-617[1] | CDK7 | Advanced Solid Tumors[2] | ELUCIDATE | | | | • Initial Ph1 monotherapy safety & PK / PD data expected on Dec 9th, 2024 |
| ONCOLOGY | REC-1245 | RBM39 | Biomarker-Enriched Solid Tumors & Lymphoma | DAHLIA | | | | • Ph 1 update on dose-escalation expected in H1, 2026 |
| ONCOLOGY | REC-3565[3] | MALT1 | B-Cell Malignancies | EXCELERIZE | | | | • Ph 1 FPD expected in Q1, 2025 |
| ONCOLOGY | REC-4539[4] | LSD1 | Small-Cell Lung Cancer (SCLC) | | | | | • Ph 1 FPD expected in H1, 2025 |
| RARE | REC-994 | Superoxide | Cerebral Cavernous Malformations (CCM) | SYCAMORE | | | | • Ph 2 data to be shared via a congress / publication / webinar in H1, 2025<br>• Regulatory update by H2, 2025 |
| RARE | REC-4881 | MEK1/2 | Familial Adenomatous Polyposis (FAP) | TUPELO | | | | • Ph 2 safety / early efficacy data expected in H1, 2025 |
| RARE | REC-2282 | HDAC | Neurofibromatosis Type 2 (NF2) | POPLAR | | | | • PFS maturing – PFS6 futility analysis anticipated in H1, 2025 |
| RARE | REV102[5] | ENPP1 | Hypophosphatasia (HPP) | | | | | • Development candidate nomination expected in Q4, 2024 |
| OTHER | REC-3964 | TcdB | Prevention of Recurrent *C. difficile* (rCDI) | ALDER | | | | • Ph 2 update expected in Q1, 2026 |
| OTHER | REC-4209 | Undisclosed | Idiopathic Pulmonary Fibrosis (IPF) | | | | | • IND-enabling studies ongoing |
| | **~10** advanced discovery programs | | | | | | | |

REC-4881 in APC/AXIN1 indications has been deprioritized as part of a disciplined, strategic portfolio prioritization as part of the integration

1. Formerly GTAEXS617 2. Includes non-small cell lung cancer (NSCLC), colorectal cancer, breast cancer, pancreatic cancer, ovarian cancer, head and neck cancer
3. Formerly EXS73565 4. Formerly EXS74539 5. Joint venture with Rallybio

**Partnerships**

The combined company's therapeutic partnerships represent more than 10 partnered programs in areas such as oncology and immunology. The combined company has received approximately $450M in upfront and milestone payments from partnerships to date. Through these partnerships, we have the potential to receive more than approximately $20B in additional milestone payments before royalties.




1. Upfront and milestone payments from these therapeutic partnerships
2. Additional milestone payments, excluding royalties

**Platform**

With chemical design and synthesis methods from Exscientia and over 60 petabytes of proprietary data generated in house or licensed from partners like Helix and Tempus, the combined entity will strengthen the Recursion OS to be a first-in-class and best-in-class drug discovery and development platform.




The platform will continue to drive iterative loops of hypotheses and active learning all the way from research to development, with the goal of eventually creating virtual cells that will allow the company to execute clinical trials at scale.

**Company, Board, and Leadership Updates**

The combined company will have approximately 800 employees with the headquarters remaining in Salt Lake City, and primary offices in Toronto, Montreal, Milpitas, New York, the Oxford area, and London.

Individual board and executive leadership changes of Recursion, effective as of November 20, 2024, are summarized below:

- Franziska Michor, a former member of the Board of Directors of Exscientia, was appointed as a Class II Director of the Board of Directors of Recursion, with her initial term to extend until the 2026 Annual Meeting of Stockholders of Recursion.
- Ben Taylor, former Chief Financial and Strategy Officer of Exscientia, was appointed as the Chief Financial Officer of the Company and President of Recursion UK.
- Dave Hallett, former Interim Chief Executive Officer of Exscientia, was appointed as Chief Scientific Officer of the Company.
- Kristen Rushton, Chief Business Operations Officer of the Company, was promoted to Chief Operating Officer of the Company.
- Matthew Kinn, Senior Vice President, Business Development and Corporate Initiatives of the Company was promoted to serve as Chief Business Officer of the Company.
- Lina Nilsson, Senior Vice President, Emerging Technologies of the Company, was promoted to serve on the executive team as Senior Vice President, Head of Platform of the Company.
- Michael Secora, Tina Marriott, and Laura Schaevitz will transition from their executive roles into advisor roles for the combined company. All three have provided many years of dedicated service to the Company and we wish to express our heartfelt gratitude for each of them. Recursion would not be where it is today without their dedication and efforts.

**Update Call Information**

Recursion will host an update call today at 7:30 a.m. ET / 5:30 a.m. MT / 12:30 p.m. GMT. The Company will broadcast the live stream from Recursion's X (formerly Twitter), LinkedIn and YouTube accounts, and on Exscientia's LinkedIn account. Questions can be submitted via this link ahead of time or during the livestream.

**About Recursion**

Recursion is a leading, clinical-stage TechBio company decoding biology to industrialize drug discovery. Central to its mission is the Recursion Operating System (OS), a platform built across diverse technologies that continuously expands one of the world's largest proprietary biological, chemical and patient-centric datasets. Recursion leverages sophisticated machine-learning algorithms to distill from its dataset a collection of trillions of searchable relationships across biology and chemistry unconstrained by human bias. By commanding massive experimental scale—up to millions of wet lab experiments weekly—and massive computational scale—owning and operating one of the most powerful supercomputers in the world–Recursion is uniting technology, biology, chemistry and patient-centric data to advance the future of medicine.

Recursion is headquartered in Salt Lake City, where it is a founding member of BioHive, the Utah life sciences industry collective. Recursion also has other primary offices in Toronto, Montreal, the San Francisco Bay Area, New York, the Oxford area, and London.

**Recursion Investor Relations**
investor@recursion.com

**Recursion Media**
media@recursion.com

**Forward Looking Statements**

Statements contained herein which are not historical facts may be considered forward-looking statements under federal securities laws and may be identified by words such as “anticipates,” “believes,” “estimates,” “expects,” “intends,” “plans,” “potential,” “predicts,” “projects,” “seeks,” “should,” “will,” or words of similar meaning and include, but are not limited to, statements regarding the leadership position of the combined company and its impact on the industry; the ability for the combined business to accelerate the discovery of better solutions for patients; the timing of IND submissions and IND enabling studies; the potential to receive upfront, milestone, and royalty payments and work on over 60 therapeutic programs; the strengthening of the Recursion OS through the combined company; the continued learning of Recursion’s platform and the creation of virtual cells to enable execution of clinical trials at scale; Recursion’s achievement of efficiencies; the continuous expansion of the Recursion OS datasets; and advancing the future of medicine; the outlook for Recursion’s future business and financial performance; and others. Such forward-looking statements are based on the current beliefs of Recursion’s management as well as assumptions made by and information currently available to them, which are subject to inherent uncertainties, risks and changes in circumstances that are difficult to predict. Actual outcomes and results may vary materially from these forward-looking statements based on a variety of risks and uncertainties including: the ability of the combined company to retain key personnel; the ability to realize the benefits of the combination, including cost synergies; the ability to successfully integrate Exscientia's business with Recursion’s business, at all or in a timely manner; the amount of the costs, fees, expenses and charges related to the combination; the effect of economic, market or business conditions, including competition, regulatory approvals and commercializing drug candidates, or changes in such conditions, have on the combined company’s operations, revenue, cash flow, operating expenses, employee hiring and retention, relationships with business partners, the development or launch of technology enabled drug discovery, and commercializing drug candidates; the risks of conducting business internationally; the impact of changes in interest rates by the Federal Reserve and other central banks; the impact of potential inflation, volatility in foreign currency exchange rates and supply chain disruptions; the ability to maintain technology-enabled drug discovery in the biopharma industry; and risks relating to the market value of Recursion’s Class A common stock.

Other important factors and information are contained in Recursion’s most recent Annual Report on Form 10-K, including the risks summarized in the section entitled “Risk Factors,” Recursion’s subsequent Quarterly Reports on Form 10-Q, the joint definitive proxy statement filed by Recursion and Exscientia on October 10, 2024, as amended by the supplemental disclosures filed by Recursion on November 6, 2024, and each of Recursion’s other filings with the U.S. Securities and Exchange Commission (the “SEC”), which can be accessed at https://ir.recursion.com, or www.sec.gov. All forward-looking statements are qualified by these cautionary statements and apply only as of the date they are made. Recursion undertakes no obligation to update any forward-looking statement, whether as a result of new information, future events or otherwise.

Photos accompanying this announcement are available at
https://www.globenewswire.com/NewsRoom/AttachmentNg/359d7cd4-0ccf-4210-938d-f585a9b073ee
https://www.globenewswire.com/NewsRoom/AttachmentNg/a94dc301-518d-48a8-b8d3-430cd726d651
https://www.globenewswire.com/NewsRoom/AttachmentNg/57cb9454-a7a7-4abf-a76f-82356a3682ac

Recursion

Source: Recursion Pharmaceuticals, Inc.

**Recursion’s Pipeline of Programs**



**Recursion’s Pipeline of Programs**

**Recursion’s Partnership**




**Recursion's Partnership**

**The RecursionOS Platform**




**The RecursionOS Platform**

X

Post

Martin Shkreli
@MartinShkreli

I've written a 38 page paper on why Cassava Sciences' ($SAVA) simufilam does not work for Alzheimer's disease. This is a work-in-progress. But, I don't *think* it doesn't work. It is impossible for it to work.

Long thread (1/7)

7:33 PM · Nov 21, 2024 · **4.8M** Views

387 239 4.8K 1.8K

Read 387 replies

Don't miss what's happening
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

i worked quite a lot on this and it's the most obvious biotech short i've seen in around 10 years! i'm speaking about it on X spaces right now!!!

> **Martin Shkreli** @MartinShkreli · Nov 21, 2024
> I've written a 38 page paper on why Cassava Sciences' ($SAVA) simufilam does not work for Alzheimer's disease. This is a work-in-progress. But, I don't *think* it doesn't work. It is impossible for it to work.
>
> Long thread (1/7)
> 7:51 PM · Nov 21, 2024

7:51 PM · Nov 21, 2024 · **45.3K** Views

24 8 176 40

**Read 24 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

if $SAVA meets its primary endpoint in less than 12 hours, i will:

1. delete my X account
2. shave my head on YouTube and delete that account as well
3. begin estrogen therapy and legally change my name to Martina
4. move to Haiti, bringing my best friend/cat Nibbles
5. retire from business completely

This post is unavailable.

2:51 AM · Nov 25, 2024 · **313.1K** Views

82 48 938 108

**Read 82 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

if you have $ on robinhood or interactive, short SAVA now

3:22 AM · Nov 25, 2024 · **3.7M** Views

367 126 4.4K 830

**Read 367 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

Newsroom
Services
Contact Us Sign In Register
About Us
English

# Cassava Sciences Topline Phase 3 Data Did Not Meet Co-Primary Endpoints

November 25, 2024 07:30 ET | Source: Cassava Sciences, Inc. Follow

Company Profile

**Cassava Sciences, Inc.**

**Industry:** Pharmaceuticals

**Website:** https://www.filanatx.com

Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

Share

*Simufilam did not show a significant reduction in cognitive or functional decline versus placebo in patients with mild-to-moderate Alzheimer's disease in the ReThink-ALZ Phase 3 study*

*Simufilam continued to demonstrate an overall favorable safety profile*

*Cassava intends to present the data at an upcoming medical meeting*

*The Company will hold a webcast today, November 25, 2024, at 8:00 AM ET*

AUSTIN, Texas, Nov. 25, 2024 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (NASDAQ: SAVA, "Cassava", the "Company"), a clinical-stage biotechnology company focused on developing a novel, investigational treatment for Alzheimer's disease (AD) dementia, today announced that the topline results from the Phase 3 ReThink-ALZ study of simufilam in mild-to-moderate AD did not meet each of the pre-specified co-primary, secondary and exploratory biomarker endpoints. The co-primary endpoints were the change in cognition and function from baseline to the end of the double-blind treatment period at week 52, assessed by the ADAS-COG12 and ADCS-ADL scales, comparing simufilam to placebo. Simufilam continued to demonstrate an overall favorable safety profile. The Company will hold a webcast today at 8 AM ET.

"The results are disappointing for patients and their families who are living with this disease and physicians who have been looking for novel treatment options. We took careful measures to enroll patients with mild-to-moderate AD. Despite that, the loss of cognition in the placebo group was less pronounced than was previously reported in other placebo-controlled studies in AD. We are working to understand this better," said **Rick Barry, President and Chief Executive Officer**. "A result like this has implications on our second Phase 3 trial, ReFocus-ALZ. We have made the difficult decision to discontinue ReFocus-ALZ, given the nature of today's reported results. The complete 52-week dataset will be available from the study along with a large portion of 76-week data. We intend to report detailed analyses of both studies in the future. We will also be discontinuing the Open Label Extension study."

**Mr. Barry** continued, "We have a special gratitude for the patients and their families and caregivers who participated in our clinical program for AD. We are also immensely grateful to our employees, study investigators and site coordinators, as well as our other partners, for their commitment to this program. We hope the information we have gathered can ultimately be used to benefit ongoing research in AD."

The table below provides a high-level summary of the co-primary endpoints data. Topline analysis of the mild and moderate sub-groups, likewise, did not demonstrate statistical significance at week 52.

| **Co-Primary Endpoint Data*** | **Simufilam 100 mg BID N= 403** | **Placebo BID N=401** | **Delta** | **P-value** |
|---|---|---|---|---|
| **Co-Primary Endpoints LS means change from baseline to the end of the double-blind treatment period** | | | | |
| ADAS-COG12 (SE) | 2.8 ( 0.36) | 3.2 ( 0.36) | -0.39 ( 0.50) | P=0.43 |
| ADCS-ADL (SE) | -3.3 ( 0.44) | -3.8 ( 0.44) | 0.51 ( 0.61) | P=0.40 |
| *Based on the intent-to-treat population<br>BID = twice daily<br>ADAS-COG12 = The Alzheimer's Disease Assessment Scale – Cognitive Subscale (a lower number represents less cognitive impairment)<br>ADCS-ADL = Alzheimer's Disease Cooperative Study – Activities of Daily Living (a higher number represents less functional impairment) | | | | |

The table below provides a high-level summary of the patient demographic and safety data. Simufilam continued to demonstrate an overall favorable safety profile.

| **Metrics for Simufilam and Placebo** | **Simufilam 100 mg BID** | **Placebo BID** |
|---|---|---|
| **Baseline*** | | |
| Age, mean (SD), in years | 73.7 7.9 | 74.3 7.6 |

Newsroom
Services
Contact Us Sign In Register
About Us

| | | |
|---|---|---|
| Asian | 8 (2.0%) | 2 (0.5%) |
| Other | 9 (2.2%) | 5 (1.0%) |
| **Safety**** | | |
| Any Adverse Event (AE) | 284 (71.2%) | 269 (67.6%) |
| Serious AEs | 52 (13.0%) | 36 (9.0%) |
| Death | 1 (0.3%) | 3 (0.8%) |
| AEs leading to discontinuation from the study | 26 (6.5%) | 17 (4.3%) |
| Most Frequent AEs | | |
| 1: COVID-19 | 32 (8.0%) | 36 (9.0%) |
| 2: Urinary Tract Infection | 31 (7.8%) | 29 (7.3%) |
| 3: Fall | 30 (7.5%) | 30 (7.5%) |
| 4: Dizziness | 21 (5.3%) | 1 (0.3%) |
| 5: Headache | 18 (4.5%) | 11 (2.8%) |

*Based on the intent-to-treat population
**Based on the safety population
BID = twice daily
AD = Alzheimer's disease
MMSE = Mini-Mental State Examination

Cassava will continue to review all of the data and evaluate next steps. We plan to share the detailed results at a future medical meeting.

**Eric Schoen, Chief Financial Officer** at Cassava commented, "We remain focused on the interests of Cassava shareholders and are committed to enhancing shareholder value. Cassava is well-capitalized with approximately $149.0 million in cash and cash equivalents as of the end of the third quarter of 2024."

**Webcast Info**
**Date:** Monday, November 25th
**Time:** 8:00 a.m. Eastern Time
**Webcast:** https://lifescievents.com/event/cassava/

A webcast of the live call will be available in the investor relations section of the Cassava website. Access to the webcast replay will be available on the Company's website approximately two hours after completion of the call for approximately 90 days.

**About Re-THINK-ALZ**

**ReThink-ALZ** (NCT04994483) is a Phase 3 trial designed to evaluate the safety and efficacy of simufilam compared to a placebo in a multi-center, double-blinded, placebo-controlled, randomized parallel group study involving over 75 clinical trial sites in the U.S., Canada and Australia. The trial randomized 804 people with confirmed mild or moderate AD, defined by several well validated parameters including a mini-mental state examination (MMSE) of $\geq$16 and $\leq$27, stratified as mild or moderate. Subjects were randomized 1:1 to receive simufilam 100 mg (n=403) or a matched placebo (n=401), dosed orally twice daily (BID) for 52 weeks.

The co-primary endpoints were the change in cognition and function from baseline to the end of the double-blind treatment period at week 52, assessed by the ADAS-COG12 and ADCS-ADL scales, comparing simufilam to placebo. Secondary endpoints also included several well validated measures of neuropsychiatric symptoms and caregiver burden. Safety was evaluated through multiple measures, including adverse event monitoring. The study also included a pharmacokinetic and plasma biomarker sub-study comprised of approximately 100 subjects, evaluated at three timepoints. ReThink-ALZ was conducted under a Special Protocol Assessment (SPA) with the U.S. Food and Drug Administration (FDA).

**About Simufilam**

Simufilam is a proprietary, investigational oral small molecule that targets the filamin A protein.

**About Cassava Sciences, Inc.**

Cassava Sciences is a clinical-stage biotechnology company based in Austin, Texas. Our mission is to detect and treat neurodegenerative diseases, such as Alzheimer's disease.

Simufilam, an investigational oral, small molecule drug candidate that targets the filamin A protein, is under evaluation for the potential treatment of Alzheimer's disease. Cassava Sciences owns exclusive, worldwide rights to its investigational product candidates and related technologies, without royalty obligations to any third party.

For more information, please visit: https://www.CassavaSciences.com

**For More Information Contact:**

**Company**
Eric Schoen, Chief Financial Officer
(512) 501-2450
ESchoen@CassavaSciences.com
ir@cassavasciences.com

***Cautionary Note Regarding Forward-Looking Statements:***
*This news release contains forward-looking statements that include but are not limited to statements regarding: the completion and future results of our Phase 3 clinical studies of simufilam in patients with Alzheimer's disease; the planned discontinuation of the ReFocus-ALZ and open-label extension studies; our intent to share detailed study results at a future medical meeting; the timing of anticipated milestones; and the potential for simufilam to be approved as a treatment for Alzheimer's disease. These statements may be identified by words such as "anticipate", "before," "believe", "could", "expect", "forecast", "intend", "may", "pending," "plan", "possible", "potential", "prepares for," "will", and other words and terms of similar meaning.*

*Such statements are based on our current expectations and projections about future events. Such statements speak only as of the date of this news release and are subject to a number of risks, uncertainties and assumptions, including, but not limited to, those risks relating to the ability to conduct or complete clinical studies on expected timelines; the ability to demonstrate the specificity, safety, efficacy or potential health benefits of simufilam; our current expectations regarding timing of clinical data for our Phase 3 studies; and other risks inherent in drug discovery and development or specific to Cassava Sciences, Inc., as described in the section entitled "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2023 and Quarterly Report on Form 10-Q for the period ended September 30, 2024, and future reports to be filed with the SEC. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from expectations in any forward-looking statement. In light of these risks, uncertainties and assumptions, the forward-looking statements and events discussed in this news release are inherently uncertain and may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Accordingly, you should not rely upon forward-looking statements as predictions of future events. Except as required by law, we disclaim any intention or responsibility for updating or revising any forward-looking statements. For further information regarding these and other risks related to our business, investors should consult our filings with the SEC, which are available on the SEC's website at www.sec.gov.*

*All of our pharmaceutical assets under development are investigational product candidates. These have not been approved for use in any medical indication by any regulatory authority in any jurisdiction and their safety, efficacy or other desirable attributes, if any, have not been established in any patient population. Consequently, none of our product candidates is approved or available for sale anywhere in the world.*

## Recommended Reading

May 07, 2026 08:00 ET | Source:
Filana Therapeutics, Inc.

### Filana Therapeutics Reports Q1 2026 Financial Results and Business Update

AUSTIN, Texas, May 07, 2026 (GLOBE NEWSWIRE) -- Filana Therapeutics, Inc. (NASDAQ: FLNA, "Filana Therapeutics", the "Company"), a biotechnology company currently focused on developing therapies for...

Read More

May 05, 2026 08:00 ET | Source:
Filana Therapeutics, Inc.

### Filana Therapeutics Presents TSC-Related Epilepsy Program at Eilat XVIII

# 'Pharma Bro' Martin Shkreli Tells Investors To 'Short SAVA,' Stock Falls Over 80% After Phase 3 Update

Chris Katje , Benzinga Staff Writer | | {{FOLLOWING ? "FOLLOWING" : "FOLLOW"}}
November 25, 2024 11:07am | 4 min read | Comments



**Cassava Sciences** (NASDAQ:SAVA) stock is falling Monday after the company shared an update on its Phase 3 trial for a treatment for Alzheimer's disease that has been widely followed by the market.

**Martin Shkreli**, a well-know figure in the pharmaceutical space, predicted the stock’s crash Sunday night.

**What Happened**: Cassava Sciences reported that its Phase 3 topline results for the ReThink-ALZ study on Simufilam did not meet primary endpoints, sending shares significantly lower to start the trading week.

The company said it intends to present the data at an upcoming meeting, and Simufilam showed a favorable safety profile.

"Simufilam did not show a significant reduction in cognitive or functional decline versus placebo in patients with mild-to-moderate Alzheimer's disease," the company said.

Cassava Sciences CEO **Rick Barry** called the results "disappointing for patients and their families."

Benzinga reached out to Cassava for comment.

Shkreli, a former hedge fund manager, predicted Monday's sharp shared decline.

"If you have $ on robinhood or interactive, short SAVA now," Shkreli tweeted at 10:22 p.m. ET Sunday night.

The tweet signaled a belief that Cassava Sciences stock was set to fall. **Robinhood** and **Interactive Brokers** are among the brokers who offer 24-hour trading on select stocks, which is why they were named by Shkreli.

Shkreli was asked by several people on X if his tweet was financial advice, to which he replied yes. Shkreli also told people that waiting until Monday's opening bell at 9:30 a.m. ET would be too late to short the stock.

Cassava Sciences shares were halted at 7:25 a.m. ET with the company's update coming at 7:30 a.m. ET and shares resuming for trading at 7:55 a.m. ET.

Shares quickly fell Monday morning by over 80% after the company's update.

The post by Shkreli shouldn't come as a huge surprise since a Nov. 21 thread about a 38-page paper on Cassava by the former hedge fund manager is his pinned tweet.

"I don't *think* it doesn't work. It is impossible for it to work," the thread says.

Shkreli said Alzheimer's Disease is a very tough market to target to begin with as 98% of the last Phase 3 trials for the disease have failed. Cassava's Phase 3 treating symptomatic patients could doom it, Shkreli predicted in the thread.

"Cassava bulls are looking for a 'lotto ticket' return, but their chances are worse than the lotto."

Shkreli was extremely confident in his prediction, with a post listing the things that he would do if the Phase 3 trial met its primary endpoint.

1. Delete my X account

2. Shave my head on YouTube and delete that account as well

3. Begin estrogen therapy and legally change my name to Martina

4. Move to Haiti, bringing my best friend/cat Nibbles

5. Retire from business completely

Shkreli took aim at WallSteetBets, a subreddit on Reddit Monday with a tweet saying that "garbage like $SAVA" comes from the subreddit.

**Read Also: Looking At Cassava Sciences's Recent Unusual Options Activity**

**Why It's Important:** Shkreli said Cassava not meeting the primary endpoint would make the stock "an easy short" and shares could trade near their cash value levels of $2 to $3 per share.

The prediction from Shkreli comes after the former hedge fund manager's wild past in the pharmaceutical sector. Known as "pharma bro" to many, Shkreli previously was CEO of **Retrophin** and **Turing Pharmaceuticals.** Shkreli famously raised the price of antiparasitic drug Daraprim from $13.50 to $750 for insurance providers after Turing acquired the drug.

Shkreli was convicted of securities fraud in 2017 and currently has a lifetime ban from the pharmaceutical sector.

Before his recent Cassava Sciences focus, the former hedge funder has been making recent headlines in the cryptocurrency sector.

Benzinga reached out to Shkreli for comment and did not hear back by the time of publication.

**Citron Research**, known for their short reports, praised Shkreli's prediction on Cassava Sciences in a tweet.

"$SAVA illustrates the difficulty in shorting stocks. Has been a clear fraud for years but almost became an impossible short because of the 'new market forces'. Nice to see some good homework by @martinshkreli added with a dose of reality to achieve real price discovery," Citron Research tweeted.

**SAVA Price Action:** Cassava Sciences stock is down 84.6% to $4.06 on Monday versus a previous 52-week trading range of $8.79 to $42.20, hitting new 52-week lows.

**Read Next:**

- **SEC Charges Cassava Sciences Over Manipulated Alzheimer's Trial Data, Company And Former Execs Agree To Pay Penalty**

*Photo: Wikimedia*

*© 2026 Benzinga.com. Benzinga does not provide investment advice. All rights reserved.*

ZACKS

# SAVA Stock Plunges 84% on Alzheimer's Drug Failure in Late-Stage Study

Zacks Equity Research
November 26, 2024 • 4 min read

SAVAW 0.00% ☆

**Cassava Sciences'** SAVA stock shed more than 80% of market value on Monday after the company reported that its lead pipeline drug, simufilam, failed to meet the primary endpoints in a late study for Alzheimer's disease (AD).

SAVA releases top-line results from the ReThink-ALZ study, which evaluated simufilam in patients with mild-to-moderate AD. Treatment with the drug failed to achieve a significant reduction in cognitive or functional decline in AD patients when compared to placebo over a 52-week period, as assessed by the ADAS-COG12 and ADCS-ADL scales. The study failed to meet any pre-specified secondary and exploratory biomarker endpoints.

Based on the above study results, Cassava also decided to discontinue the phase III ReFocus-ALZ study, which evaluated simufilam in AD patients over a 76-week period. It will also be discontinuing the open-label extension study on the drug.

## SAVA Stock Performance

Post the above announcement, shares of Cassava Sciences were down nearly 84% on Monday. Simufilam is the only drug in Cassava's pipeline. After announcing the decision to end the development of the second study on simufilam, the company has no drug in active clinical development. Investors were also concerned about Cassava's

future, as the company has no marketed drugs in its portfolio and lacks a stable revenue stream.

Year to date, the stock has plunged 80.9% compared with the industry's 4.9% decline.




Zacks Investment Research

Image Source: Zacks Investment Research

## SAVA's Plans for the Future

Despite the setback, management claimed that simufilam continued to show an overall favorable safety profile. It plans to report detailed data from the ReThink-ALZ and ReFocus-ALZ studies at a future medical meeting.

Cassava is now left with its lead investigational diagnostic product candidate, SavaDx. Management believes that this candidate has the potential to become a novel way of detecting the presence of AD from a small sample of blood.

## Recent Developments in SAVA Stock

The simufilam results are one of the latest setbacks for Cassava. Earlier in September, management agreed to pay a fine of $40 million to settle charges from the U.S. Securities and Exchange Commission (SEC) over allegedly misleading statements about the results of its 2020 mid-stage study of simufilam for AD. Despite settling, SAVA did not admit to or deny the SEC's allegations.

The SEC also brought charges against two former senior executives, including founder and ex-CEO Remi Barbier and former senior vice president of Neuroscience, Dr. Lindsay Burns. They were accused of negligence in their disclosures regarding the study of simufilam and agreed to pay fines of $175,000 and $85,000, respectively, to resolve the claims.

In a related action, the SEC charged Dr. Hoau-Yan Wang, a consultant for Cassava and associate medical professor at City University of New York's Medical School, for allegedly manipulating the reported results of the mid-stage study on simufilam. Wang is also a co-developer of the AD drug under investigation. Without admitting or denying the violations, Dr. Wang consented to cease from future violations and pay a $50,000 penalty.

Per the SEC, Dr. Wang received information that unblinded him to certain aspects of the phase II study data of simufilam for AD. This allowed him to identify about a third of the patients and manipulate the data to make it appear that the drug had significantly improved Alzheimer's biomarkers, such as total tau and phosphorylated tau, which are common indicators of neurodegeneration in AD patients. This manipulated data was released by SAVA on Sept. 14, 2020, which misled investors by claiming that the study was blinded even though Wang had been unblinded.

The SEC's complaint also claimed that Cassava misled investors by announcing that its therapeutic significantly improved patient cognition, particularly episodic memory in AD patients. However, management did not reveal that the full set of patient data, as opposed to the subset chosen by Dr. Burns, showed no measurable improvement in memory. Additionally, Cassava and its former CEO, Remi Barbier, failed to disclose Dr. Wang's involvement in the study, despite his personal and financial interest in simufilam's success.

## Marketed Drugs in the AD Space

Currently, there are two drugs approved by the FDA in the AD space – Leqembi and Kisunla. Both these drugs are approved to treat early symptomatic AD, which includes mild cognitive impairment or mild dementia stage of the disease.

Leqembi, which was approved last year, is marketed by Japan-based Eisai in partnership with the **Biogen** BIIB market. Kisunla was developed by **Eli Lilly** LLY and received the FDA's approval in July.

Eli Lilly and Biogen/Eisai drugs are based on similar mechanisms, reducing the accumulation of amyloid beta (Aβ) plaque in the brain. Aβ is a protein that is said to be the primary cause of the cognitive decline associated with Alzheimer's disease.

## Cassava Sciences, Inc. Price




Cassava Sciences, Inc. Price

Cassava Sciences, Inc. price | Cassava Sciences, Inc. Quote

## SAVA's Zacks Rank

Cassava currently carries a Zacks Rank #2 (Buy). You can see **the complete list of today's Zacks #1 Rank stocks here**.

Want the latest recommendations from Zacks Investment Research? Today, you can download 7 Best Stocks for the Next 30 Days. Click to get this free report

Biogen Inc. (BIIB) : Free Stock Analysis Report

Eli Lilly and Company (LLY) : Free Stock Analysis Report

Cassava Sciences, Inc. (SAVA) : Free Stock Analysis Report

To read this article on Zacks.com click here.

Zacks Investment Research

View Comments

Terms and Privacy Policy Your Privacy Choices

# Hedge funds are ditching MBAs for MDs

Wall Street is sourcing new hires from an unlikely location: hospitals.

Jack Raines 12/5/24 1:27PM

---

Hedge funds' hottest new recruiting classes aren't coming from business schools and investment banks; they're coming from... hospitals. Earlier this week, Reuters reported that hedge funds including Balyasny, D.E. Shaw, Point72, Schonfeld, Qube, and Squarepoint are hiring "doctors, scientists, and analysts" to give expert insights on pharmaceutical stocks.

All companies experience volatile moves based on good and bad earnings reports, but the stock prices of pharmaceutical companies, specifically, can double or collapse depending on drug-trial performances. Hiring doctors with domain expertise, therefore, can be incredibly lucrative for hedge funds if it helps them place bets before drug-trial results are released.

A good example: on November 25, Cassava Sciences announced that it would stop all trials of its Alzheimer's disease drug after it failed a late-stage study, sending the stock down from $26.48 on Friday, November 22, to $4.30 on Monday, November 25. Data from the study showed that volunteers who took the drug in the company's phase 3 trial performed no better in cognitive or everyday-life activities than volunteers on the placebo.

If an investor had shorted SAVA on Friday, they could have netted a return of over 80% on Monday when the results were released. Interestingly, Martin Shkreli, the infamous "pharma bro" who was sentenced to prison for securities fraud in 2017, published a 38-page paper on why simufilam, Cassava's drug, couldn't possibly work, and he predicted that the stock would trade to the company's cash value of $2 to $3 per share.

**Martin Shkreli**
@MartinShkreli · **Follow**

I've written a 38 page paper on why Cassava Sciences' ($SAVA) simufilam does not work for Alzheimer's disease. This is a work-in-progress. But, I don't *think* it doesn't work. It is impossible for it to work.

Long thread (1/7)

2:33 PM · Nov 21, 2024

4.8K Reply Copy link

Read 387 replies

Regardless of your opinion on Shkreli's past business practices, the man knows biotech stocks better than most. He has spent the better part of his career 1) shorting biotech stocks while working for/running hedge funds, and 2) managing pharmaceutical companies, giving him detailed domain knowledge. Anyone who read his report and shorted the stock accordingly would have made a lot of money. Not bad!

It's no surprise, then, that hedge funds have decided to try to capture some of this alpha. I imagine it's a pretty easy sell. You just approach doctors who have been on the operating table for a few years and say, "Hey, we'll pay you ___ million dollars to help us figure out which of these pharmaceutical trials are legit and which ones are fake." If you're a doctor who is tired of the grueling schedule in the operating room, doesn't want to deal with the ins and outs of the healthcare system, and would like a (likely) pay increase, it's kind of a no-brainer, no? Plus, it's probably a good culture fit:

> "'The prospect of falling rates has seen multi-strategy hedge funds ramp up their hiring in healthcare,' Freddie Stacy, co-founder of recruitment firm Sheridan Executive, said...

'Ex-doctors are attractive because if you can deal with the kind of extreme trauma seen daily by the medical profession, you can certainly handle draw-downs on a trading floor.'"

## MORE MARKETS

See all Markets

Luke Kawa 6/24/26

# What Wall Street's looking for from Micron's Q3 earnings report

A year ago, Micron's monthly volumes on Robinhood were about 6% of Nvidia's. Now, they're running more than double that of the AI chip leader.

Luke Kawa 6/24/26

**Wendy's spikes on heightened attention from Reddit's retail traders** — From flipping burgers to being flipped by retail traders:

It seems Wendy's WEN $7.78 (6.55%) may now be a meme stock?

Shares are up over 30% in early trading, with the ticker being the most mentioned on the WallStreetBets subreddit over the past 12 hours, per SwaggyStocks.

X

Post



**Martin Shkreli**
@MartinShkreli

Galectin Therapeutics ( $GALT ) is developing belapectin for NASH. Galectin has said it will release the results of its "NAVIGATE" Phase II/III study by December. This trial will fail and GALT stock will plummet. GALT has enough cash to last until May. I wrote a paper. (1/1)

6:56 PM · Dec 18, 2024 · **1M** Views

66 67 1.7K 836

**Read 66 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli
Replying to @MartinShkreli

I wrote a paper about $GALT and put it on the same website I put my $SAVA paper on. In the interest of time, I'm publishing it half finished. With no cash left, $GALT is a great short. (7/7)

ontheimpossible.vercel.app

6:56 PM · Dec 18, 2024 · **57.5K** Views

19 11 262 87

**Read 19 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

Catalent



# Novo Holdings Completes Acquisition of Catalent

*Catalent to Strengthen its Leading Position as a Global Service Provider for the Pharma and Biotech Industry under Private Ownership*

**SOMERSET, NJ and COPENHAGEN, Denmark –** December 18, 2024 – Catalent, Inc. ("Catalent"), a leader in enabling the development and supply of better treatments for patients worldwide, and Novo Holdings A/S ("Novo Holdings"), a global life sciences investment firm, today announced that Novo Holdings has completed its previously announced acquisition of Catalent in an all-cash transaction with a total enterprise value of approximately $16.5 billion.

Alessandro Maselli, who will remain President and Chief Executive Officer of Catalent, said, "The completion of this transaction marks a significant milestone for Catalent. As a private company with Novo Holdings' partnership and support, we are well-positioned to deliver unparalleled outcomes for our customers and the patients they serve, and ultimately create value for our stakeholders. I would like to thank all of our employees for their commitment to making Catalent the incredible company it is today, and I am excited for all that we will accomplish going forward."

Kasim Kutay, CEO of Novo Holdings, said, "We are pleased to welcome Alessandro and the talented Catalent team to the Novo Holdings family. Catalent plays a key role in

Ask Clara

driving product development, launch and supply solutions for pharma, biotechnology, and consumer health companies, and its mission is closely aligned with Novo Holdings' purpose to invest for the benefit of people and the planet."

"We look forward to supporting the Catalent team as they build on their positive momentum and position the company for future growth to the benefit of customers and patients globally," added Jonathan Levy, Senior Partner, Novo Holdings.

With the completion of the transaction, holders of Catalent common stock are entitled to receive $63.50 per share in cash, representing a premium of approximately 47.5% to the 60-day volume-weighted average price as of February 2, 2024. Catalent's common stock has ceased trading and will be delisted from the New York Stock Exchange.

Shortly following the completion of the transaction, Novo Nordisk A/S will acquire from Novo Holdings Catalent's three fill-finish sites located in Anagni, Italy; Bloomington, Indiana, USA; and Brussels, Belgium, and related assets.

## ADVISORS

Citi and J.P. Morgan served as financial advisors to Catalent. Skadden, Arps, Slate, Meagher & Flom LLP served as legal advisor to Catalent and Jones Day served as legal advisor to the Catalent Board of Directors. Morgan Stanley & Co. LLC served as financial advisor to Novo Holdings. Goodwin Procter LLP and Linklaters LLP served as legal advisors to Novo Holdings. Davis Polk & Wardwell LLP and Arnold & Porter Kaye Scholer LLP served as legal advisors to Novo Nordisk.

## ABOUT CATALENT

Catalent, Inc. is a leading global contract development and manufacturing organization (CDMO) whose mission is to develop, manufacture, and supply products that help people live better and healthier lives. Catalent is dedicated to delivering unparalleled service to pharma, biotech, and consumer health customers, supporting product development, launch, and full life-cycle supply. With time-tested experience in development sciences, delivery technologies, and multi-modality manufacturing, Catalent supports the acceleration of development programs and the launch of more than a hundred new products every year. Powered by thousands of scientists and technicians and the latest technology platforms at more than 40 global sites, Catalent supplies billions of doses of life-enhancing and life-saving treatments for patients annually. For more information, visit www.catalent.com.

## ABOUT NOVO HOLDINGS

Ask Clara

Novo Holdings is a holding and investment company that is responsible for managing the assets and the wealth of the Novo Nordisk Foundation. The purpose of Novo Holdings is to improve people's health and the sustainability of society and the planet by generating attractive long-term returns on the assets of the Novo Nordisk Foundation.

Wholly owned by the Novo Nordisk Foundation, Novo Holdings is the controlling shareholder of Novo Nordisk A/S and Novonesis A/S (Novozymes A/S) and manages an investment portfolio with a long-term return perspective. In addition to managing a broad portfolio of equities, bonds, real estate, infrastructure and private equity assets, Novo Holdings is a world-leading life sciences investor. Through its Seed, Venture, Growth, Asia, Planetary Health and Principal Investments teams, Novo Holdings invests in life science companies at all stages of development. As of year-end 2023, Novo Holdings had total assets of EUR 149 billion.

www.novoholdings.dk

---

## ABOUT THE NOVO NORDISK FOUNDATION

Established in Denmark in 1924, the Novo Nordisk Foundation is an enterprise foundation with philanthropic objectives. The vision of the Foundation is to improve people's health and the sustainability of society and the planet. The Foundation's mission is to progress research and innovation in the prevention and treatment of cardiometabolic and infectious diseases as well as to advance knowledge and solutions to support a green transformation of society.

www.novonordiskfonden.dk/en

---

## CONTACTS:

**Catalent**
**Investor Contact:**
Paul Surdez
+1 (732) 537-6325
investors@catalent.com

**Media Contact:**
Laura Hortas
+1(609) 240-7025
media@catalent.com

**Novo Holdings**
(Global inquiries) Marie-Louise Jersin, Senior Communications Partner

Ask Clara

(US inquiries) Dora Gonzalez, Public Relations Specialist

novoholdingsmedia@novo.dk

Media Inquiries

Contact Us

## Pharma Services

Biologics

Clinical Supply

Oral Dose

Specialty

## Self-Care

OTC

Dietary Supplements

Skin, Hair & Fragrance

Portfolio Accelerator™

## Locations

Asia Pacific

Europe

Latin America

North America

Site Tours

## About Us

Who We Are

News & Events

Our Leadership

Our Board of Directors

Corporate Responsibility

Diversity & Inclusion

## Content

Biologics

Clinical Supply Services

Self-Care

Cell Therapy

Gene Therapy

Development & Bioavailability

Dose Form Design

Inhalation

Oral Manufacturing

Oral Technologies

Small Molecule Analytical

Small Molecule Injectable

Softgel Technologies

Catalent

Ready to Fuel Your Mission? →

By using this website you understand and accept that Catalent tracks your website activities to be able to offer you a more tailored response or information to meet your requirements.

PRIVACY POLICY DATA PRIVACY FRAMEWORK STATEMENT COOKIES SETTINGS SITE MAP TERMS

MODERN SLAVERY STATEMENT

Copyright 2026, Catalent, Inc - All Rights Reserved

Ask Clara

X

Post

Martin Shkreli
@MartinShkreli

the $GALT drug results show it does not work and their unwillingness to share the details should tell you all you need to know. drugs do not work at a low dose but not a high dose. the laws of pharmacology are immutable. it's not even clear they will continue development. 71,278

1:33 PM · Dec 20, 2024 · 71.3K Views

23 8 272 41

Read 23 replies

Don't miss what's happening
People on X are the first to know.
Log in Sign up

X

**Post**



**Martin Shkreli**
@MartinShkreli

fda should not have approved the @humacyte product. but they won't be able to sell it anyway. short it tomorrow at a good price. $HUMA

4:12 AM · Dec 20, 2024 · **155.2K** Views

81 17 626 191

**Read 81 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

Post

Martin Shkreli
@MartinShkreli

$AVXL will ultimately be the next big biotech short. i don't know when but it will!

8:00 PM · Dec 23, 2024 · **111K** Views

56 20 612 211

Read 56 replies

Don't miss what's happening
People on X are the first to know.
Log in Sign up

X

Post

**Martin Shkreli**
@MartinShkreli
Replying to @moazzam0_reddit and @RevShark

i think huma has raised enough lmao, and they probably will need to raise more sadly

8:28 PM · Dec 23, 2024 · **870** Views

2 1

**Read 2 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

𝕏

← **Post**



**Martin Shkreli**
@MartinShkreli

yo @MattNachtrab there's a really good long $NMRA - its an antidepressant. the phase 3 'primary endpoint' didnt work. not a big deal because it works in women. check PR out today!

1:40 PM · Jan 2, 2025 · **74.8K** Views

26 5 226 35

**Read 26 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**



**Martin Shkreli**
@MartinShkreli
Replying to @MrDarkghost

yeah huma going to 1

11:41 PM · Jan 3, 2025 · **595** Views

2

**Read 2 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in

Sign up

Filana THERAPEUTICS

## Cassava Sciences Provides a Business Update

Jan 07, 2025

*Topline data from Phase 3 REFOCUS-ALZ study of simufilam in patients with mild-to-moderate Alzheimer's disease expected late first-quarter/early second-quarter 2025*

*Implementing cost curtailment including a workforce reduction of approximately 33%*

*Approximately $128.6 million cash and cash equivalents at December 31, 2024 (unaudited)*

AUSTIN, Texas, Jan. 07, 2025 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (NASDAQ: SAVA, "Cassava", the "Company"), a clinical-stage biotechnology company focused on developing novel, investigational treatments for central nervous system diseases including Alzheimer's disease dementia, today provided a business update.

In November 2024, Cassava reported that the topline results from the Phase 3 RETHINK-ALZ study evaluating simufilam as a potential treatment for patients with mild-to-moderate Alzheimer's disease did not meet its prespecified co-primary endpoints and that the Company intended to share a detailed analysis of data from the study at a future medical meeting. The Company also outlined its plan to discontinue the Phase 3 REFOCUS-ALZ study and Open Label Extension study and to analyze the complete 52-week dataset from the REFOCUS-ALZ study, along with a large portion of 76-week data. The Company is on track to complete these efforts and plans to release top-line REFOCUS-ALZ results late first-quarter/early second-quarter 2025.

The Company today announced that it is reducing its workforce by 10 employees, or approximately 33%, in the first quarter of 2025, as well as continuing strategic expense management efforts. Expense reductions include halting the planned biomarker analysis of additional plasma samples from prior Phase 2 studies. The Company estimates that it will incur approximately $0.4 million of one-time costs in Q1 2025 related to the workforce reduction.

The Company's unaudited cash and cash equivalents balance as of December 31, 2024 was approximately $128.6 million.

"Cassava continues to be dedicated to its mission of developing novel medicines for central nervous system disorders and enhancing shareholder value. We are in the final stages of discontinuing the REFOCUS-ALZ study and expect to report topline results late first-quarter/early second-quarter 2025. In addition, we continue to carefully review the data from the RETHINK-ALZ study and plan to incorporate the results of the REFOCUS-ALZ study into our evaluation of next steps for Cassava. With that in mind, following the announcement that the RETHINK-ALZ study did not meet its primary endpoints and that the REFOCUS-ALZ and Open Label Extension studies will be discontinued, we believe it is prudent to implement additional cost saving measures, including a reduction in force," said **Rick Barry, President and Chief Executive Officer**. "Cassava is a closely-knit organization, and so I want to thank each one of our employees being affected by this workforce reduction. We recognize and appreciate with deep and heartfelt gratitude your fine and dedicated service to Cassava's mission, to our clinical programs and to patients with Alzheimer's disease."

**About RETHINK-ALZ**

**RETHINK-ALZ** (NCT04994483) is a Phase 3 trial designed to evaluate the safety and efficacy of simufilam compared to a placebo in a multi-center, double-blinded, placebo-controlled, randomized parallel group study involving over 75 clinical trial sites in the U.S., Canada and Australia. The trial randomized 804 people with confirmed mild or moderate Alzheimer's disease, as defined by several well validated parameters including a mini-mental state exam (MMSE) of >16 and <27, stratified as mild or moderate. Subjects were randomized 1:1 to receive a 100 mg tablet of simufilam (n=403) or a matched placebo (n=401), dosed orally twice daily (BID) for 52 weeks. On November 25, 2024, the Company reported that the RETHINK-ALZ study did not meet the co-primary endpoints for the study. The Company also indicated that it planned to fully analyze the results and share the data at a future medical meeting.

The co-primary endpoints for this study included the change in cognition and function from baseline to the end of the double-blind treatment period at week 52, assessed by the ADAS-COG12 and ADCS-ADL scales, comparing simufilam to placebo. Secondary endpoints included several well validated measures of neuropsychiatric symptoms and caregiver burden. Safety was evaluated by adverse event monitoring, as well as standard laboratory and ECG assessments. The study also included a pharmacokinetic and plasma biomarker sub-study comprised of approximately 100 subjects, evaluated at three timepoints. RETHINK-ALZ was conducted under a Special Protocol Assessment ("SPA") with the U.S. Food and Drug Administration ("FDA").

**REFOCUS-ALZ** (NCT05026177) is a Phase 3 trial designed as a multi-center, double-blinded, placebo-controlled, randomized parallel group study to evaluate the safety and efficacy of two doses of simufilam compared to a placebo in a study involving over 75 clinical trial sites in the U.S., Canada, Puerto Rico and South Korea. The clinical trial sites that conducted REFOCUS-ALZ were completely distinct from the clinical trial sites that conducted RETHINK-ALZ. REFOCUS-ALZ randomized approximately 1,125 people utilizing the same eligibility criteria as RETHINK-ALZ. Subjects were randomized 1:1:1 to receive simufilam, dosed in 50 mg or 100 mg tablets, or a matched placebo, dosed orally twice daily (BID) for 76 weeks. The Company announced on November 25, 2024 plans to discontinue the REFOCUS-ALZ study and intends to report topline data from that trial, including the complete 52-week dataset and a large portion of 76-week data. The Company expects to report topline data for this study late first-quarter/early second-quarter 2025.

The co-primary endpoints for this study included the change in cognition and function from baseline to the end of the double-blind treatment period at week 76, assessed by the ADAS-COG12 and ADCS-ADL scales, comparing each dose of simufilam to placebo. Secondary endpoints included

several well validated measures of neuropsychiatric symptoms and caregiver burden. Safety was evaluated by adverse event monitoring, as well as standard laboratory and ECG assessments. The study also included an evaluation of changes in plasma and cerebrospinal fluid biomarkers from baseline to week 76, including P-tau181, P-tau217 and neurofilament light chain, as well as an evaluation of various brain volumes using magnetic resonance imaging (MRI) and amyloid and tau deposition using positron emission tomography (PET) scans from baseline to week 76. REFOCUS-ALZ was also conducted under an SPA with the FDA.

**About Simufilam**

Simufilam is a proprietary, investigational oral small molecule that targets the filamin A protein.

**About Cassava Sciences, Inc.**
Cassava Sciences is a clinical-stage biotechnology company focused on developing novel, investigational treatments for central nervous system diseases including Alzheimer's disease dementia. The Company is based in Austin, Texas.

For more information, please visit: https://www.CassavaSciences.com

**For More Information Contact:**

**Investors**
Sandya von der Weid
svonderweid@lifesciadvisors.com

**Media**
media@cassavasciences.com

**Company**
Eric Schoen, Chief Financial Officer
(512) 501-2450
ESchoen@CassavaSciences.com
ir@cassavasciences.com

***Cautionary Note Regarding Forward-Looking Statements:***
*This news release contains forward-looking statements that include but are not limited to statements regarding: the planned discontinuation of the REFOCUS-ALZ and open-label extension studies and the status of their ongoing wind-down; our intent to share topline data from REFOCUS-ALZ; our intent to share detailed study results from RETHINK-ALZ and REFOCUS-ALZ at a future medical meeting; the timing of anticipated milestones; the reduction in force of employees at the Company; and the anticipated costs associated with the reduction in force. These statements may be identified by words such as "anticipate", "before," "believe", "could", "expect", "forecast", "intend", "may", "pending," "plan", "possible", "potential", "prepares for," "will", and other words and terms of similar meaning .*

*Such statements are based on our current expectations and projections about future events. Such statements speak only as of the date of this news release and are subject to a number of risks, uncertainties and assumptions, including, but not limited to, those risks relating to the ability to conduct or complete clinical studies on expected timelines; the clinical results related to studies of simufilam in Alzheimer's disease, results of the RETHINK-ALZ study reported on November 25, 2024; our current expectations regarding timing of analysis of clinical data for our Phase 3 studies; the potential for unexpected costs associated with our announced reduction in force; and other risks inherent in drug discovery and development or specific to Cassava Sciences, Inc., as described in the section entitled "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2023 and Quarterly Report on Form 10-Q for the period ended September 30, 2024, and future reports to be filed with the SEC. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from expectations in any forward-looking statement. In light of these risks, uncertainties and assumptions, the forward-looking statements and events discussed in this news release are inherently uncertain and may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Accordingly, you should not rely upon forward-looking statements as predictions of future events. Except as required by law, we disclaim any intention or responsibility for updating or revising any forward-looking statements. For further information regarding these and other risks related to our business, investors should consult our filings with the SEC, which are available on the SEC's website at www.sec.gov.*

*All of our pharmaceutical assets under development are investigational product candidates. These have not been approved for use in any medical indication by any regulatory authority in any jurisdiction and their safety, efficacy or other desirable attributes, if any, have not been established in any patient population. Consequently, none of our product candidates is approved or available for sale anywhere in the world.*

CASSAVA sciences

Source: Cassava Sciences, Inc.

X

← **Post**

**Martin Shkreli** @MartinShkreli

this $AVXL is another Alzheimer's stock that will unravel this year. this drug is a 100% nothingburger

**LogarithmicDis** 🦋USCA ⛷️ 🔬 🏨 @LogarithmicDis · Jan 8, 2025

Replying to @LogarithmicDis @RockRat2 and 5 others

More obsv on the latest $AVXL paper:

🔻 sample sizes (n) all over the place

🔻 they DID NOT do primary analyses on ITT, as claimed, but only on ...



Results

Of 98[…] participants screened, 508 were enrolled and randomized, and among 462 randomized participants in the ITT population (mean age, 73.7 years; 225 [48.7%] women), 338 (73.2%) completed the trial. 338 were assigned to receive blarcamesine and 170 were assigned to receive placebo (Fig. 1). Baseline characteristics

Primary and secondary analyses were carried out in the protocol-specified analysis population, the "intent-to-treat" (ITT) population, which corresponds to what is typically termed "modified intent-to-treat" (mITT) and was defined as all randomized patients who received at least one study dose



3:24 AM · Jan 8, 2025 · **154K** Views

57 27 596 374

**Read 57 replies**

X

Post

Martin Shkreli
@MartinShkreli
Replying to @VeritableDummy and @wise_wiree

you asked about the biggest! galt was next maybe 300k and then quantum. made like 800k on sava i think, i dont really remember tho.

4:23 PM · Jan 20, 2025 · **1.6K** Views

1 2

**Read 1 reply**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

lol $SLS will be -80% today

1:20 PM · Jan 23, 2025 · **86.4K** Views

40 6 154 17

**Read 40 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

i like $IVVD. trading below cash. contrarian covid pick. surprised to hear COVID was a massive disease (59k deaths, 800k hospitalizations) in 2024. far from the highs thank god, but still need drugs.

5:23 PM · Feb 3, 2025 · **640K** Views

45 17 595 175

**Read 45 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**



**Martin Shkreli**
@MartinShkreli

dropping this crazy meme rn on retard. fun - $MRK - that's the ca. $MRK on NYSE. i think you could see as much as 5% performance in the next 90 days.

5:55 PM · Feb 4, 2025 · **80.9K** Views

40 5 155 19

**Read 40 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2024**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission file number: 001-37378**

# ATYR PHARMA, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware**<br>**(State or other jurisdiction of incorporation or organization)** | **20-3435077**<br>**(I.R.S. Employer Identification No.)** |
| **10240 Sorrento Valley Road, Suite 300, San Diego, CA**<br>**(Address of principal executive offices)** | **92121**<br>**(Zip Code)** |

**Registrant's telephone number, including area code: (858) 731-8389**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.001 per share** | **ATYR** | **The Nasdaq Capital Market** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or Section 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐ Accelerated filer ☐ Non-accelerated filer ☒ Smaller reporting company ☒ Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the registrant's voting and non-voting common equity held by non-affiliates of the registrant was approximately $116,242,729 based on the closing price of the registrant's common stock on the Nasdaq Capital Market of $1.56 per share on June 30, 2024, the last business day of the registrant's most recently completed second fiscal quarter. Shares of common stock held by each executive officer and director have been excluded from this calculation. This determination of affiliate status may not be conclusive for other purposes.

The number of outstanding shares of the registrant's common stock, par value $0.001 per share, as of March 7, 2025 was 88,858,612.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive proxy statement to be filed with the Securities and Exchange Commission (SEC), pursuant to Regulation 14A in connection with the registrant's 2025 Annual Meeting of Stockholders, which will be filed subsequent to the date hereof, are incorporated by reference into Part III of this Annual Report on Form 10-K. Such proxy statement will be filed with the SEC not later than 120 days following the end of the registrant's fiscal year ended December 31, 2024.

- We will need to raise additional capital or enter into strategic partnering relationships to fund our operations;
- We are a pre-commercial biotherapeutics company and have incurred significant losses since our inception and anticipate that we will continue to incur significant losses for the foreseeable future;
- We depend on our existing collaborations and may depend on collaborations with additional third parties for the development and commercialization of certain of our product candidates. If our collaborations are not successful, we may not be able to capitalize on the market potential of these product candidates;
- If we are unable to obtain, maintain or protect intellectual property rights related to our product candidates, or if the scope of such intellectual property protection is not sufficiently broad, we may not be able to compete effectively in our markets;
- Our future success depends on our ability to retain key employees, consultants and advisors and to attract, retain and motivate qualified personnel;
- Unfavorable macroeconomic conditions could adversely affect our business, financial condition or results of operations; and
- The market price of our common stock historically has been highly volatile and is likely to continue to be volatile, and you could lose all or part of your investment.

## PART I

### Item 1. Business.

We are a clinical stage biotechnology company leveraging evolutionary intelligence to translate tRNA synthetase biology into new therapies for fibrosis and inflammation. tRNA synthetases are ancient, essential proteins that have evolved novel domains that regulate diverse pathways extracellularly in humans. Our discovery platform is focused on unlocking hidden therapeutic intervention points by uncovering signaling pathways driven by our proprietary library of domains derived from all 20 tRNA synthetases.

*Efzofitimod*

Our lead therapeutic candidate is efzofitimod, a first-in-class biologic immunomodulator in clinical development for the treatment of interstitial lung disease (ILD), a group of immune-mediated disorders that can cause inflammation and fibrosis, or scarring, of the lungs. Efzofitimod is a tRNA synthetase derived therapy that selectively modulates activated myeloid cells through neuropilin-2 (NRP2) to resolve aberrant inflammation without immune suppression and potentially prevent the progression of fibrosis. ILDs are predominantly immune-mediated disorders that are characterized by chronic inflammation, which can lead to progressive fibrosis of the lung. There are limited treatment options for ILD and there remains a high unmet medical need. Sarcoidosis and systemic sclerosis (SSc, also known as scleroderma)-associated ILD (SSc-ILD) are two major forms of ILD. The U.S. Food and Drug Administration (FDA) has granted efzofitimod orphan drug designations for the treatment of sarcoidosis and for the treatment of SSc, and Fast Track designations for the treatment of pulmonary sarcoidosis and for the treatment of SSc-ILD. The European Commission (EC) has granted efzofitimod orphan drug designations for the treatment of sarcoidosis and for the treatment of SSc, based on the opinion of the European Medicines Agency (EMA) Committee for Orphan Medicinal Products (COMP). The Pharmaceutical and Medical Devices Agency (PMDA) has granted efzofitimod orphan drug designation for the treatment of sarcoidosis to Kyorin Pharmaceutical Co., Ltd. (Kyorin), our partner in Japan.

In September 2021, we announced positive results and clinical proof-of-concept from a double-blind, placebo-controlled Phase 1b/2a clinical trial in 37 patients with pulmonary sarcoidosis. The study was designed to evaluate the safety, tolerability, immunogenicity and preliminary efficacy of three doses of intravenous (IV) efzofitimod, 1.0, 3.0 and 5.0 mg/kg, in the context of a forced steroid taper. Efzofitimod was safe and well-tolerated at all doses administered with no serious drug-related adverse events or signal of immunogenicity. Additionally, the study demonstrated consistent dose response for efzofitimod on key efficacy endpoints and improvements compared to placebo, including measures of steroid reduction, lung function, pulmonary sarcoidosis symptom measures and inflammatory biomarkers. These data were subsequently presented at the American Thoracic Society (ATS) International Conference and published in the peer-reviewed journal CHEST during 2022. In October 2024, the same published data for efzofitimod was featured in the Best of CHEST Journals session at the CHEST 2024 Annual Meeting.

In February 2022, we met with the FDA in an end-of-Phase 2 meeting to discuss our plans for subsequent clinical development and path to registration for efzofitimod for pulmonary sarcoidosis. Subsequently, we initiated a global pivotal Phase 3 randomized, double-blind, placebo-controlled clinical trial to evaluate the efficacy and safety of efzofitimod in patients with pulmonary sarcoidosis (the EFZO-FIT study). The EFZO-FIT study is a 52-week study consisting of three parallel cohorts randomized equally to either 3.0 mg/kg or 5.0 mg/kg of efzofitimod or placebo dosed intravenously once a month for a total of 12 doses. We expected the study to enroll up to 264 subjects with pulmonary sarcoidosis at multiple centers in the United States, Europe, Brazil, and Japan. The study design

program. In addition, the COVID-19 pandemic previously impacted clinical trials broadly, including our completed efzofitimod Phase 1b/2a trial in patients with pulmonary sarcoidosis, where many sites stopped enrollment and patients chose not to enroll or continue participating in the trial due to the impact of COVID-19. While we completed the clinical trial, the availability of results from the Phase 1b/2a clinical trial was delayed until September 2021.

***If we are unable to successfully complete or otherwise advance clinical development, obtain regulatory or marketing approval for, or successfully commercialize our therapeutic product candidates, including efzofitimod, or experience significant delays in doing so, our business will be materially harmed.***

To date, we have expended significant time, resources and effort on the discovery and development of product candidates related to the extracellular proteins derived from the histidyl tRNA synthetase (HARS) family, including conducting preclinical studies and clinical trials. We have not yet completed any evaluation of our product candidates in human clinical trials designed to demonstrate efficacy to the satisfaction of the FDA. Before we can market or sell our therapeutic candidates in the United States or foreign jurisdictions, we will need to commence and complete additional clinical trials and larger, pivotal trials, manage clinical and manufacturing activities, obtain necessary regulatory approvals from the FDA in the United States and from similar regulatory authorities in other jurisdictions, obtain adequate clinical and commercial manufacturing supplies, build commercial capabilities, which may include entering into a marketing collaboration with a third party, and in some jurisdictions, obtain reimbursement authorization, among other things. We cannot assure you that we will be able to successfully complete the necessary clinical trials, obtain regulatory approvals, secure an adequate commercial supply for, or otherwise successfully commercialize our therapeutic candidates. If we do not receive regulatory approvals for our product candidates, and even if we do obtain regulatory approvals, we may never generate significant revenues, if any, from commercial sales. If we fail to successfully commercialize our therapeutic candidates, we may be unable to generate sufficient revenues to sustain and grow our company, and our business, prospects, financial condition and results of operations will be adversely affected.

***There is no established FDA regulatory pathway for approval of a drug in pulmonary sarcoidosis. As a result, the EFZO-FIT study, even if successful, may not be sufficient to support FDA approval, which would materially and adversely harm our business.***

During the third quarter of 2022, we initiated the EFZO-FIT study. The only FDA-approved therapies for the treatment of sarcoidosis are glucocorticoids which were approved by the FDA in the 1950s, prior to current regulatory standards. As such, the most appropriate efficacy endpoints to demonstrate clinically meaningful treatment effects have not been established. In this instance, without regulatory precedent for established endpoints, the FDA has not endorsed a specific primary endpoint nor a specific means for measurement of steroid reduction. We have selected steroid reduction as our primary endpoint and are measuring steroid reduction in multiple ways in an effort to support an approval. Our rationale for selecting endpoints for the EFZO-FIT study is based on the anticipated effects of efzofitimod in pulmonary sarcoidosis consistent with the results of our completed Phase 1b/2a study in patients with pulmonary sarcoidosis. The FDA has highlighted the risk of proceeding with a larger study of longer duration based on our limited Phase 1b/2a data and without FDA endorsement of a specific primary endpoint, and our inability to replicate the findings in our Phase 1b/2a study or the FDA's refusal to accept our selected primary endpoint would not support FDA approval and will adversely affect our business, prospects, financial condition and results of operations.

In addition, the FDA has substantial discretion in the approval process and may refuse to accept our application or decide that our data are insufficient for approval and require additional preclinical, clinical or other trials, which would be costly and significantly delay the potential for regulatory approval. In particular, even if we were to receive positive data from the EFZO-FIT study, the FDA may determine that the data is not compelling enough for approval or may not accept our selected primary endpoint. The FDA may also require a panel of experts, referred to as an Advisory Committee, to deliberate on the adequacy of the safety and efficacy data to support approval. The opinion of the Advisory Committee, although not binding, may have a significant impact on our ability to obtain approval of efzofitimod based on the completed clinical trials.

***Interim, top-line and preliminary data from our clinical trials that we announce or publish from time to time may change as more patient data become available and are subject to audit and verification procedures that could result in material changes in the final data.***

From time to time, we may publicly disclose preliminary or top-line data from our clinical studies, which are based on a preliminary analysis of then-available data, and the results and related findings and conclusions are subject to change following a more comprehensive review of the data related to the particular study or trial. We also make assumptions, estimations, calculations and conclusions as part of our analyses of data, and we may not have received or had the opportunity to fully and carefully evaluate all data. As a result, the top-line results that we report may differ from future results of the same studies, or different conclusions or considerations may qualify such results, once additional data have been received and fully evaluated. Top-line data also remain subject to audit and verification procedures that may result in the final data being materially different from the preliminary data we previously published. As a result, top-line data should be viewed with caution until the final data are available. From time to time, we may also disclose interim data from our clinical studies.

X

← **Post**

**Martin Shkreli**
@MartinShkreli

i think $SRPT will recover

2:06 PM · Mar 18, 2025 · **82.8K** Views

32 6 182 22

**Read 32 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

News › Drug Development

# Cassava Finally Ends Alzheimer's Program for Embattled Simufilam

March 25, 2025 | 1 min read | Annalee Armstrong



iStock, wildpixel

After years of controversy and allegations of doctored data, Cassava is moving on from Alzheimer's.

Cassava Sciences has officially ended development of simufilam in Alzheimer's disease, marking the end of a tumultuous era defined by controversy and failed clinical trials.

The company reported the end of the Alzheimer's program Tuesday with the release of topline results from the Phase III REFOCUS-ALZ trial. Simufilam did not reduce cognitive or functional decline as compared to placebo in patients who had mild to moderate disease.

BioSpace

“We are disappointed that the results of REFOCUS-ALZ and RETHINK-ALZ showed no treatment benefit for patients with mild-to-moderate Alzheimer’s disease. These results were unambiguous,” CEO Rick Barry said in a statement.

The decision comes after years of challenges and upheaval for the company, which once touted simufilam as a breakthrough. In 2021, a whistle-blower claimed that Cassava doctored data for the drug, leading a prominent medical journal to pull some papers related to the drug. But others stood up for the company and its work. Cassava has also enjoyed the support of dedicated shareholders.

The SEC and DOJ both investigated Cassava, leading former CEO Remi Barbier to step down in July 2024. The SEC eventually sued the company for publishing misleading data on simufilam.

New CEO Barry pledged to release the next round of data on simufilam with more transparency. He followed through and in November 2024, the Phase III results from the ReThink-ALZ trial showed no effect on cognitive and functional decline in patients with mild-to-moderate Alzheimer’s disease. The drug also missed all secondary and biomarker endpoints.

Tuesday’s results add a period to the clinical failure, but Cassava had already signaled a decision to switch directions. In February the company licensed the rights to study simufilam in specific situations for seizures in neurodevelopmental disorders.

Now, the future of that program also appears shaky. Barry noted in Tuesday’s announcement the commencement of preclinical studies for tuberous sclerosis complex (TSC)-related epilepsy but said “we maintain ongoing strategic expense management efforts.”

BioSpace®

**Alzheimer's disease** **Phase 3** **Neurodegenerative disease**

**Cassava Sciences Inc.**



## Annalee Armstrong

Annalee Armstrong is senior editor at *BioSpace*. You can reach her at annalee.armstrong@biospace.com. Follow her on LinkedIn.

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-K**

☒ ANNUAL REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended: **December 31, 2024**

☐ TRANSITION REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from ____________ to ____________

Commission file number: **001-38793**

**INMUNE BIO INC.**
(Exact name of registrant as specified in its charter)

| **Nevada** | **47-5205835** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**225 NE Mizner Blvd, Suite 640**
**Boca Raton, FL 33432**
(Address of principal executive offices)(Zip Code)

**(858) 964 3720**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of Market Where Traded |
|---|---|---|
| Common Stock ($0.001 par value) | INMB | The Nasdaq Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by checkmark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large, accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| Emerging Growth Company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

***We license our patents from others. If such owners do not properly maintain or enforce the intellectual property underlying such licenses, our competitive position and business prospects could be harmed. Our licensors may also seek to terminate our license.***

We are a party to a number of licenses that give us rights to third-party intellectual property that is necessary or useful to our business. To this end, we are dependent on our licenses with Xencor, Inc., Immune Ventures, LLC, the University of Pittsburgh and GOSH. Our success will depend in part on the ability of our licensors to obtain, maintain and enforce our licensed intellectual property. Our licensors may not successfully prosecute any applications for or maintain intellectual property to which we have licenses, may determine not to pursue litigation against other companies that are infringing such intellectual property, or may pursue such litigation less aggressively than we would. Without protection for the intellectual property we license, other companies might be able to offer similar products for sale, which could adversely affect our competitive business position and harm our business prospects. If we lose any of our right to use third-party intellectual property, it could adversely affect our ability to commercialize our technologies, products or services, as well as harm our competitive business position and our business prospects.

***We are dependent on our licensing agreement with Xencor, and the termination of this agreement would harm our business.***

On October 3, 2017, the Company entered into a license agreement with Xencor, Inc., which has discovered and developed a proprietary biological molecule that inhibits soluble tumor necrosis factor. Pursuant to the license agreement, Xencor granted the Company an exclusive worldwide, royalty-bearing license in licensed patent rights, licensed know-how and licensed materials to make, develop, use, sell and import any pharmaceutical product that comprises, contains, or incorporates Xencor's proprietary protein known as XPro that inhibits soluble tumor necrosis factor (or all modifications, formulations and variants of the licensed protein that specifically bind soluble tumor necrosis factor) alone or in combination with one or more active ingredients, in any dosage or formulation. If we breach this Agreement, Xencor may be able to terminate it, which would harm our business.

***Our officers and Chairman of the Board own the company that we license our INKmune patent from.***

On October 29, 2015, we entered into an exclusive license agreement with Immune Ventures, LLC (Immune Ventures). The license agreement relates to our natural killer program, INKmune. Immune Ventures is owned by our RJ Tesi, our CEO and Chairman of the Board of Directors, David Moss, our Chief Financial Officer and Treasurer and Mark Lowdell, our Chief Scientific Officer. Because our officers and directors also own Immune Ventures there may be an inherent conflict of interest which could result in unanticipated actions that adversely affect us.

***Changes in U.S. patent law could diminish the value of patents in general, thereby impairing our ability to protect our products.***

As is the case with other biopharmaceutical companies, our success is heavily dependent on intellectual property, particularly patents. Obtaining and enforcing patents in the biopharmaceutical industry involves both technological and legal complexity and is costly, time-consuming and inherently uncertain. For example, on September 16, 2011, the Leahy-Smith America Invents Act, or the Leahy-Smith Act, was signed into law. The Leahy-Smith Act included a number of significant changes to U.S. patent law, including provisions that affect the way patent applications will be prosecuted and that may also affect patent litigation. In particular, under the Leahy-Smith Act, the United States transitioned in March 2013 to a "first to file" system in which the first inventor to file a patent application is typically entitled to the patent. Third parties are allowed to submit prior art before the issuance of a patent by the USPTO, and may become involved in post-grant proceedings, including opposition, derivation, reexamination, inter partes review or interference proceedings challenging our patent rights or the patent rights of others. An adverse determination in any such submission, proceeding or litigation could reduce the scope or enforceability of, or invalidate, our patent rights, which could adversely affect our competitive position.

In addition, the U.S. Supreme Court has ruled on several patent cases in recent years, either narrowing the scope of patent protection available in certain circumstances or weakening the rights of patent owners in certain situations. In addition to increasing uncertainty with regard to our ability to obtain patents in the future, this combination of events has created uncertainty with respect to the value of patents, once obtained. Depending on decisions by the U.S. Congress, the federal courts and the USPTO, the laws and regulations governing patents could change in unpredictable ways that would weaken our ability to obtain new patents or to enforce patents that we might obtain in the future.

Similarly, changes in patent law and regulations in other countries or jurisdictions or changes in the governmental bodies that enforce them or changes in how the relevant governmental authority enforces patent laws or regulations may weaken our ability to obtain new patents or to enforce patents that we have licensed or that we may obtain in the future. For example, the complexity and uncertainty of European patent laws have also increased in recent years. In Europe, in June 2023, a new unitary patent system was introduced, which will significantly impact European patents, including those granted before the introduction of the system. Under the unitary patent system, after a European patent is granted, the patent proprietor can request unitary effect, thereby getting a European patent with unitary Effect, or a Unitary Patent. Each Unitary Patent is subject to the jurisdiction of the Unitary Patent Court, or the UPC. As the UPC is a new court system, there is no precedent for the court, increasing the uncertainty of any litigation. Patents granted before the implementation of the UPC will have the option of opting out of the jurisdiction of

X

← **Post**

**Martin Shkreli**
@MartinShkreli
Replying to @SarAEsQMd and @jrouldz

when you're short garbage like RGTI you dont really care what the current price is because you know it will be 0 soon. like HUMA, SAVA, GALT all of the other shit stocks i've shorted lately.

2:55 PM · Apr 8, 2025 · **998** Views

1 1 2

**Read 1 reply**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

Post

Martin Shkreli
@MartinShkreli

Akero $AKRO is developing efruxifermin for late-stage MASH (liver disease with cirrhosis). It's the only drug to actually improve late-stage liver disease patients.

This is the kind of drug that sells well & becomes a blockbuster. Lots of patients + high price = easy double

6:26 PM · Apr 22, 2025 · **100.9K** Views

37 24 441 216

**Read 37 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**



**Martin Shkreli**
@MartinShkreli

I like $SRPT. It's trading like it's some cruddy generics company instead of a growing biotech (<2x revs)

9:00 PM · May 6, 2025 · **126.6K** Views

34 23 474 170

**Read 34 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up