# Exhibit E

# Part 2 of 3

X

← **Post**

**Martin Shkreli**
@MartinShkreli

$SRPT double from here. so beat up its a value stock. i didn't realize the logistical challenges of a gene therapy launch, so i more or less believe management's story (they fucked up) but also cut peak sales estimates in half. would still pay $70+ if i was Roche

12:23 PM · May 7, 2025 · **162.5K** Views

61 33 472 154

**Read 61 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

𝕏

← **Post**



**Martin Shkreli**
@MartinShkreli

···

Merck $MRK HIV cure attempt

US012258329B2

(12) **United States Patent**
**Converso et al.**

(10) **Patent No.: US 12,258,329 B2**
(45) **Date of Patent: Mar. 25, 2025**

(54) **PYRIMIDONE DERIVATIVES AS SELECTIVE CYTOTOXIC AGENTS AGAINST HIV INFECTED CELLS**

(71) Applicant: **Merck Sharp & Dohme LLC**, Rahway, NJ (US)

(72) Inventors: **Antonella Converso**, Elkins Park, PA (US); **Cheng Wang**, Fort Washington, PA (US)

(73) Assignee: **Merck Sharp & Dohme LLC**, Rahway, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 776 days.

(21) Appl. No.: **17/413,882**

(22) PCT Filed: **Dec. 13, 2019**

(86) PCT No.: **PCT/US2019/066125**

§ 371 (c)(1), (2) Date: **Jun. 14, 2021**

(87) PCT Pub. No.: **WO2020/131597**

PCT Pub. Date: **Jun. 25, 2020**

(65) **Prior Publication Data**

US 2022/0064147 A1 Mar. 3, 2022

**Related U.S. Application Data**

(60) Provisional application No. 62/781,356, filed on Dec.

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | 2008076225 | | 6/2008 |
| WO | 2008145562 | A1 | 12/2008 |
| WO | 2009067166 | A2 | 5/2009 |
| WO | 2011120133 | A1 | 10/2011 |
| WO | 2014058747 | A1 | 4/2014 |
| WO | 2015153304 | A1 | 10/2015 |
| WO | 2020131597 | A1 | 6/2020 |

OTHER PUBLICATIONS

Figueiredo, A. et al., Potent Nonnucleoside Reverse Transcriptase Inhibitors Target HIV-1 Gag-Pol, PLoS Pathogens, 2006, 1051-1059, 2(11).
International Search Report for PCT/US2019/066125, mailed Mar. 10, 2020; 13 pages.
Jochmans, Dirk et al., Selective killing of human immunodeficiency virus infected cells by non-nucleoside reverse transcriptase inhibitor-induced activation of HIV protease, Retrovirology, 2010, 1-14, 7:89.
Sudo, Sho et al., Efavirenz Enhances HIV-1 Gag Processing at the Plasma Membrane through Gag-Pol Dimerization, Journal of Virology, 2013, 3348-3360, 87(6).
Tachedjian, Gilda et al., Efavirenz enhances the proteolytic processing of an HIV-1 pol polyprotein precursor and reverse transcriptase homodimer formation, FEBS Letters, 2005, 379-384, 579.
Tachedjian, Gilda et al., Nonnucleoside reverse transcriptase inhibitors are chemical enhancers of dimerization of the HIV type 1 reverse transcriptase, PNAS, 2001, 7188-7193, 98(13).
Trinité, Benjamin et al., NNRTI-induced HIV-1 protease-mediated cytotoxicity induces rapid death of CD4 T cells during productive infection and latency reversal, Retrovirology, 2019, 1-11, 16(17).
Vanangamundi, M. et al., HIV-1 Non-Nucleoside Reverse Transcriptase Inhibitors: SAR and Lead Optimization Using CoMFA and CoMSIA Studies (1995-2016), Current Medicinal Chemistry, 2017, 3774-3812, 24(34).

(Continued)

11:15 PM · May 26, 2025 · **102.5K** Views

48 20 468 118

**Read 48 replies**

X

← **Post**



**Martin Shkreli**
@MartinShkreli

$NKTR (old $INHL) has to be the best example of biotech value destruction.

$3.7 billion of shareholder money has gone into this company which is now worth -$77 million

it's almost impressive!

| | | |
|---|---|---|
| Commitments and contingencies | | |
| Stockholders' equity: | | |
| Preferred stock, $0.0001 par value; 10,000 shares authorized; no shares designated or outstanding at March 31, 2025 or December 31, 2024, respectively | — | — |
| Common stock, $0.0001 par value; 300,000 shares authorized; 194,388 shares and 194,062 shares issued at March 31, 2025 and December 31, 2024, respectively; 186,103 shares and 185,777 shares outstanding at March 31, 2025 and December 31, 2024, respectively; | 19 | 19 |
| Capital in excess of par value | 3,663,772 | 3,659,867 |
| Treasury stock, at cost; 8,285 shares as of March 31, 2025 and December 31, 2024, respectively | (3,000) | (3,000) |
| Accumulated other comprehensive income (loss) | 39 | 61 |
| Accumulated deficit | (3,647,092) | (3,596,210) |
| Total stockholders' equity | 13,738 | 60,737 |
| Total liabilities and stockholders' equity | $ 256,241 | $ 303,850 |

6:21 PM · Jun 2, 2025 · **52.9K** Views

36 10 152 33

**Read 36 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

## Post



**Martin Shkreli**
@MartinShkreli

very good chance $INMB will be at 0.50 on Monday

12:33 PM · Jun 27, 2025 · **113K** Views

50 15 361 64

**Read 50 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

# Post



**Martin Shkreli**
@MartinShkreli

so in addition to their drug not working, $INMB guys wanna go to jail too.

well, it's not that bad--take it from me!

4:18 PM · Jun 27, 2025 · **81.1K** Views

30 25 420 18

**Read 30 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

Subscribe

BIOTECH

# INmune flunks phase 2 Alzheimer's trial, focuses on subgroup efficacy to fuel partnering plans

By Nick Paul Taylor
Jun 30, 2025 6:30am

INmune Bio | Alzheimer's disease | failed trials | Clinical Data



INmune Bio ended March with $19.3 million and closed a $19 million financing this week. (mrgao/iStock/Getty Images Plus)

A phase 2 study of INmune Bio's TNF inhibitor in Alzheimer's disease has missed (https://www.globenewswire.com/news-release/2025/06/30/3107380/0/en/INmune-Bio-Reports-Key-Findings-from-Phase-2-MINDFuL-Trial-of-XPro-in-Early-Alzheimer-s-Disease.html) its primary endpoint, wiping 60% off the biotech share price.

As INmune CEO Raymond Tesi, M.D., said (https://viavid.webcasts.com/starthere.jsp?ei=1712673&tp_key=b29f89f7f9) on an earnings call last month, the company designed the phase 2 trial to show "what happens in Alzheimer's disease when you properly target neuroinflammation?" The answer, assuming INmune properly targeted neuroinflammation, appears to be "not much," at least in the overall population.

After six months of treatment, patients on INmune's XPro drug candidate did no better than their peers on placebo on the EMACC measure of cognition in early Alzheimer's. The result meant the trial missed its primary endpoint. The study also missed its secondary endpoints, Tesi said on a call with analysts Monday.

INmune's press release lacks data on how XPro performed in the 200-patient modified intent-to-treat population. Instead, the biotech dug into how the drug candidate fared in a predefined population of 100 amyloid-positive early Alzheimer's patients with two or more biomarkers of inflammation.

The biotech reported a clinical benefit of XPro over placebo on EMACC and the secondary endpoint neuropsychiatric inventory in the subpopulation. INmune also linked XPro to a change in the biomarker pTau217 in the 100 patients. Effect sizes exceeded the 0.2 that Judith Jaeger, Ph.D,, a consultant to INmune on the trial, said in a statement is considered preliminary evidence of potential efficacy in early-phase trials.

“When a therapy consistently meets the 0.2 benchmark across multiple parameters (clinical and biological), confidence in the validity of the observed effects increases, indicating a therapy is worth advancing,” Jaeger said.

The question of who will pay to advance XPro remains unanswered. Tesi told analysts that “XPro appears to be effective in an easily defined and commercially relevant patient population with early Alzheimer's disease and we see a path forward.” But the CEO also recognized “there is work to be done and that work will require financial resources.”

INmune ended (https://www.inmunebio.com/index.php/newsroom/2025-news/muneioncnnouncesirstuarter2025esultsandro20250508131503) March with $19.3 million and closed (https://www.inmunebio.com/index.php/newsroom/2025-news/muneioncnnouncespproximately19illionegiste20250627150654) a $19 million financing this week. Investors showed little enthusiasm for XPro after seeing the data, sending INmune shares down 59% to $2.17 in premarket trading. Needing financial support, Tesi said the biotech plans to explore partnering opportunities as it prepares to present additional analyses of the data and talk to the FDA.

**Let Google know we are your trusted source.**
Add our editorial as a preferred source in your search results.

Trust this Source

INmune Bio | Alzheimer's disease | failed trials | Clinical Data | Biotech | Clinical Data

Questex
©2026 Questex LLC All rights reserved.

INmuneBio
INNATE IMMUNITY



# NEWSROOM

**We are data-driven and are focused on contributing to research and treatments for unmet medical needs**

## INmune Bio Reports Key Findings from Phase 2 MINDFuL Trial of XPro™ in Early Alzheimer's Disease

*In the Phase 2 MINDFuL trial of XPro™ in patients with early Alzheimer's Disease (AD) with biomarkers of inflammation, the modified intent-to-treat (mITT) population (n=200) did not meet the primary cognitive endpoint*

*Additional analyses will be presented at Alzheimer's Association International Conference (AAIC) in Toronto, Canada (July 27-31, 2025) and the Company will submit for Breakthrough Therapy designation with the FDA.*

*Conference call today at 8AM ET, details below.*

**Boca Raton, June 30, 2025 (GLOBE NEWSWIRE) --** INmune Bio Inc. (NASDAQ: INMB), today announced results from its Phase 2 MINDFuL trial (NCT05318976) evaluating XPro™, a selective soluble TNF inhibitor, in early AD with biomarkers of inflammation. Despite showing no effects in the modified intent-to-treat population (mITT, n=200), predefined analyses demonstrated a cognitive benefit for XPro™ over placebo on the primary endpoint EMACC, a behavioral benefit on the Neuropsychiatric Inventory, and a biological benefit on pTau217 in early Alzheimer's patients with two or more biomarkers of inflammation at baseline (n=100), marking a key milestone in the development of XPro™ for Early AD.

The MINDFuL trial, a double-blind, placebo-controlled study, enrolled 208 participants with early-stage AD to assess XPro™'s potential in slowing cognitive decline by tackling neuroinflammation. Patients with at least one of four inflammatory biomarkers (elevated CRP, ESR, HbA1c, or at least one ApoE4 allele) were randomized 2:1 (XPro™:placebo) and treated over 24 weeks. The primary endpoint was change in cognition over 6 months on the Early Mild Alzheimer's Cognitive Composite (EMACC), a cognitive assessment designed specifically to measure change in early AD patients. While the primary endpoint was not met in the mITT group, key changes in clinical measures of cognition, behavior, and an AD-related biomarker demonstrated a benefit in a subpopulation of patients treated with XPro™ over patients treated with placebo. These results identify a clear population of AD patients for which XPro™ might have therapeutic benefit.

**Key Findings in the Amyloid positive Early AD participants with two or more biomarkers of inflammation (N=100):**

**Cognition**: A clinical benefit of XPro™ over placebo was observed on the primary endpoint EMACC (effect size: 0.27) and on the secondary endpoint Neuropsychiatric Inventory (effect size: -0.24).

**Alzheimer's Disease Biomarkers**: A biological benefit of XPro™ over placebo was observed in blood levels of pTau217 (effect size: -0.20), the gold standard measure of AD pathology in blood.

**Safety and tolerability**: XPro™ treatment was safe and well tolerated, without *any* occurrences of ARIA-E or ARIA-H. Injection site reactions (ISR) were common (80% of XPro™ group compared to placebo group (<20%). ISRs were short-term redness and/or pain at the injection site in two thirds of cases. Of the 14 patients in the XPro™ arm that discontinued the trial, ISR was the cause in 10 patients. There were no deaths, drug-related hospitalizations or organ system toxicity in the trial.

**Novel mechanism of action**: This study demonstrates that it is possible to safely target neuroinflammation in patients where neuroinflammation is a driver of AD pathology. With the increased interest in inflammation as a disease-modifier in AD and neurodegeneration, these results provide the basis for further development of XPro™ in neurodegeneration.

"These results highlight the potential of XPro™," stated RJ Tesi, MD, CEO of INmune Bio. "Our findings indicate that XPro™ may offer benefits to Alzheimer's patients across all age groups, regardless of comorbidities, additional medications, or ApoE4 status. This evidence lays the foundation for advancing XPro™ as a promising treatment option for Alzheimer's disease."

CJ Barnum, PhD, VP of CNS Drug Development, added, "By targeting neuroinflammation, a key driver of Alzheimer's disease progression, XPro™ offers a novel mechanism to potentially slow disease progression and cognitive symptoms for persons living with Alzheimer's disease and inflammation. The continued development of this therapeutic, whether as a standalone treatment or in combination with other therapies, holds promise in addressing this critical and growing unmet medical need."

Additional analyses are underway and will be presented at AAIC in Toronto, Canada (July 27-31, 2025).

INmuneBio
INNATE IMMUNITY



benchmark across multiple parameters (clinical and biological), confidence in the validity of the observed effects increases, indicating a therapy is worth advancing."

**Next Steps**

INmune Bio will present additional analyses from the MINDFuL trial at AAIC® in Toronto, Canada (July 27-31, 2025). Based on the totality of the data, the company intends to:

File for Breakthrough Therapy Designation with the FDA.

Schedule an End-of-Phase 2 meeting with the FDA in Q4 2025 to define the path for a pivotal trial to support XPro™ approval in early AD.

Engage regulatory authorities in the UK, EU, and other regions in parallel.

**MINDFuL Results Call Information:**

To participate in this event, dial approximately at least 10 minutes before the beginning of the call or use the webcast link below. Please ask for the INmune Bio MINDFuL Conference Call when reaching the operator.

Date: June 30, 2025
Time: 8:00 AM Eastern Time
Participant Dial-in: +1-800-267-6316 Participant Dial-in (international): +1-203-518-9783
Conference ID: INMUNE

NOTE: THIS CONFERENCE ID WILL BE REQUIRED FOR ENTRY

To join by webcast link please click here or copy and past the link below into your browser:

https://viavid.webcasts.com/starthere.jsp?ei=1725659&tp_key=5cf89734df

A transcript will follow approximately 24 hours from the scheduled call. A replay will also be available through July 30, 2025 by dialing 1-844-512-2921 or 1-412-317-6671 (international) and entering pin no. 11159260.

**Acknowledgements**

INmune Bio wishes to extend their gratitude to the participants, caregivers, trial site staff, vendors, and any others who supported the efforts of this proof-of-concept phase 2 clinical trial.

**About MINDFuL (NCT05318976)**

The MINDFuL trial is an international, blinded, randomized Phase 2 trial in patients with Early AD with biomarkers of elevated neuroinflammation. Early AD includes patients with MCI (mild cognitive impairment) and mild AD. Patients must have at least one of four biomarkers of inflammation – elevated CRP, HgbA1c, ESR or ApoE4 allele. Patients receive either XPro™ or placebo (2:1 ratio) for 6 months. The cognitive endpoints are EMACC and CDR. XPro™ is given as a once-a-week subcutaneous injection. For more information on the MINDFuL clinical trial please visit www.clinicaltrials.gov or www.inmunebio.com

**About Judith Jaeger, PhD**

Judith Jaeger, PhD, is the principal developer of the EMACC. Judith Jaeger PhD is founder and President of CognitionMetrics, a prominent neurocognition consulting firm. Dr. Jaeger is an internationally recognized expert in designing cognitive function testing programs to use in clinical trials with more than two decades' experience.

**About XPro™**

XPro™ is an advanced tumor necrosis factor (TNF) inhibitor that targets soluble TNF (sTNF) while preserving trans-membrane TNF (tmTNF) and TNF receptors. By reducing neuroinflammation, XPro™ may offer significant benefits for patients with neurologic disorders, potentially enhancing cognitive function and supporting neuronal communication.

**About INmune Bio Inc.**

INmune Bio Inc. is a publicly traded (NASDAQ: INMB), clinical-stage biotechnology company focused on developing treatments that target the innate immune system to fight disease. INmune Bio has three product platforms: the Dominant-Negative Tumor Necrosis Factor (DN-TNF) product platform utilizes dominant-negative technology to selectively neutralize soluble TNF, a key driver of innate immune dysfunction and a mechanistic driver of many diseases. DN-TNF product candidates are in clinical trials to determine if they can treat Mild Alzheimer's disease, Mild Cognitive Impairment and treatment-resistant depression (XPro™). The Natural Killer Cell Priming Platform includes INKmune® developed to prime a patient's NK cells to eliminate minimal residual disease in patients with cancer and is currently in trials in metastatic castration-resistance prostate cancer. The third program, CORDStrom™, is a proprietary allogeneic, pooled, human umbilical cord-derived mesenchymal Stromal/Stem cell (hucMSCs) platform that recently completed a blinded randomized trial in recessive dystrophic epidermolysis bullosa. INmune Bio's product platforms utilize a precision medicine approach for diseases driven by chronic inflammation and cancer.

**Forward Looking Statements**

Clinical trials are in early stages and there is no assurance that any specific outcome will be achieved. Any statements contained in this press release related to the development or commercialization of product candidates and other business and financial matters, including without limitation, trial results and data, including the results of the Phase 2 MINDFuL trial, the timing of key milestones, future plans or expectations for the treatment of XPro™, and the prospects for receiving regulatory approval or commercializing or selling any product or drug candidates may constitute forward-looking statements as that term is defined in the Private Securities Litigation Reform Act of 1995. Any forward-looking statements contained herein are based on current expectations but are subject to several risks and uncertainties. Actual results and the timing of certain events and circumstances may differ materially from those described by the forward-looking statements because of these risks and uncertainties. CORDstrom™, XPro1595 (XPro™, *pegipanermin*), and INKmune®™ have either finished clinical trials, are still in clinical trials or are preparing to start clinical trials and have not been approved by the US Food and Drug Administration (FDA) or any regulatory body and there cannot be any assurance that they will be approved by the FDA or any regulatory body or that any specific results will be achieved. The factors that could cause actual future results to differ materially from current expectations include, but are not limited to, risks and uncertainties relating to the Company's ability to produce more drug for clinical trials; the availability of substantial additional funding for the Company to continue its operations and to conduct research and development, clinical studies and future product commercialization; and, the Company's business, research, product development, regulatory approval, marketing and distribution plans and strategies. These and other factors are identified and described in more detail in the Company's filings with the Securities and Exchange Commission, including the Company's Annual Report on Form 10-K, the Company's Quarterly Reports on Form 10-Q and the Company's Current Reports on Form 8-K. The Company assumes no obligation to update any forward-looking statements to reflect any event or circumstance that may arise after the date of this release.

**Company Contact:**

David Moss
Chief Financial Officer
(561) 710-0512
info@inmunebio.com

# Subscribe To Receive The Latest Updates

Sign Up



**Contact Us**

225 NE Mizner Blvd., Suite 640
Boca Raton, FL 33432

info@inmunebio.com (561) 710 0512

**Socials**

© Copyright - 2024 INmuneBIO | All Rights Reserved | Disclaimer| Expanded Access Policy

Learn more about LSEG

# INmune Bio's Alzheimer's drug misses mid-stage goal, shares sink to record low

By **Siddhi Mahatole** and **Puyaan Singh**

June 30, 2025 2:39 PM EDT · Updated June 30, 2025

Aa



Evidence of Alzheimer's disease on PET scans in Boston, Massachusetts, U.S., March 30, 2023. REUTERS/Brian Snyder/File Photo
Purchase Licensing Rights

Feedback

**Companies**

INmune Bio Inc

Follow

Biogen Inc

Follow

Eisai Co Ltd

Follow

Show more companies

June 30 (Reuters) - INmune Bio (INMB.O) said on Monday its experimental Alzheimer's drug failed to improve cognitive functions in patients with early stages of the mind-robbing disease in a mid-stage study, sending its shares plunging about 60% to a record low.

The treatment, XPro, is designed to target and inhibit inflammatory signals associated with a type of protein called tumor necrosis factor without suppressing the immune system.

Keep up with the latest medical breakthroughs and healthcare trends with the Reuters Health Rounds newsletter. Sign up here.

The study enrolled 208 patients with mild Alzheimer's, or mild cognitive impairment, an early sign of the disease, who were randomly chosen to receive a weekly subcutaneous injection of XPro or a placebo for 24 weeks.

The main goal was the change in the EMACC, or Early Mild Alzheimer's Cognitive Composite, a widely used tool to measure a cognitive decline.

Despite no significant effects in the overall intent-to-treat trial group, XPro showed cognitive, behavioral, and biological benefits in a specific subgroup of 100 early Alzheimer's patients with inflammation markers, the company said.

CEO Raymond Tesi told Reuters that the drug stabilized cognition in patients, and "they will continue to remain stable, and the placebo group will continue to fall away ... get worse."

The drug was safe and well-tolerated with injection site reaction the most common adverse event.

"We recognize there is work to be done ... we plan to explore partnering opportunities (to advance the treatment)," CFO David Moss said on a conference call.

Feedback

"If Wall Street was a little more forgiving, we would be able to raise money to develop the drug our own," Tesi said.

INmune plans to discuss the trial goals as well as the path for a pivotal trial for the treatment with the U.S. Food and Drug Administration in the fourth quarter.

Treatments for Alzheimer's approved so far, including Eisai (4523.T) and Biogen's (BIIB.O) Leqembi, and Eli Lilly's (LLY.N) Kisunla, are designed to clear sticky clumps of a protein called amyloid beta in the brain. They also carry hefty price tags and the risk of serious brain swelling and bleeding.

Reporting by Mariam Sunny, Siddhi Mahatole and Puyaan Singh in Bengaluru; Editing by Alan Barona, Sriraj Kalluvila and Maju Samuel

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Healthcare & Pharmaceuticals | Biopharma

Purchase Licensing Rights

## Read Next

World

**Novo sues Lilly, claiming misleading ads in weight-loss drug battle**

1 hour ago




Healthcare & Pharmaceuticals

**Africa's top health official asks US to lift Ebola-related travel restrictions on Uganda**

2 hours ago



Legal

**Fewer children got US-backed HIV treatment after aid cuts, study finds**

46 mins ago



Feedback

Investors Hangout

Search | Board | Go!

News

Blog: Recent Posts

# Martin Shkreli Predicts Dramatic Plunge for Inmune Bio Stock

**By** Caleb Price **Updated** Jul 4, 2025 **Category** News **Read** 4 min




Post Share

# The Latest Predictions from Martin Shkreli on Inmune Bio

Martin Shkreli, a controversial figure in the finance world, has voiced significant concerns regarding the future of Inmune Bio Inc., a clinical-stage biotech company focusing on utilizing the immune system to combat various cancers. Shkreli's predictions have stirred intrigue, especially coming just after the company experienced a notable stock increase.

## What Sparked the Controversy?

### Stock Forecast and Shkreli's Comments

In a recent post on social media, Shkreli indicated that there is a "very good chance $INMB will be at 0.50 on Monday," suggesting a staggering 90.61% drop from its recent closing price of $5.33. His comments highlight skepticism regarding the company's valuation following a recent stock surge that saw shares rise by 44% due to investor optimism surrounding its treatment for Alzheimer's disease.

### Investors React to Inmune Bio's Surge

Inmune Bio's recent surge in stock price was largely attributed to positive market sentiment relating to its neuroinflammation candidate targeting Alzheimer's and other central nervous system disorders. However, Shkreli's warnings may compel investors to reconsider their positions as he elaborates on his critiques regarding the company's performance and strategic approach.

## The Science Behind the Concerns

Shkreli's dissent centers on what he perceives as inadequate trial data and the absence of peer-reviewed research that corroborates the efficacy of Inmune Bio's candidate treatments. These doubts have resonated within investor circles, causing them to

reevaluate their confidence in the company's long-term success, especially in light of its scientific claims.

## Shkreli's Backing and Historical Context

### Influence from Short-Selling Activists

Shkreli's assertions have recently found resonance with BMF Reports, an activist short seller that echoed his concerns regarding the trial designs and potential underlying issues within the financial practices of the company. Previous discussions on similar subjects and reports have further fueled scrutiny, emphasizing perceived irregularities in the company's data and claims.

### Shkreli's Track Record

Despite his mixed legacy, Shkreli's passion for stock analysis and biotechnology persists. Known infamously as "Pharma Bro," his past, marked by controversies, does not deter him from engaging in discussions on financial platforms, where he addresses various stocks, including Inmune Bio.

## The Current Stock Landscape

As of the latest market data, Inmune Bio's shares have seen a decline of 15.13%, closing at $5.33, with after-hours trading reflecting further drops. Given the current commentary and market responses, observers expect continued volatility in its stock performance.

### Shkreli's Broader Views on Market Trends

This isn't Shkreli's first time forecasting drastic declines; he previously expressed skepticism regarding quantum computing stocks, asserting similar predictions of substantial downtrends while critiquing their potential future viability. His views often incite discussions among investors, prompting them to reconsider their strategies.

## Conclusion: What Lies Ahead?

The future for Inmune Bio Inc. hangs precariously in the balance as investors weigh Shkreli's predictions against the company's recent successes. With a backdrop of scientific scrutiny and the volatile nature of biotech stocks, it remains to be seen how market perceptions will evolve in response to these developments. Keeping an eye on Inmune Bio's strategic directions might provide further clarity on whether the company can weather the storm of criticism.

## Frequently Asked Questions

### What is Inmune Bio Inc. known for?

Inmune Bio Inc. is focused on developing therapies utilizing the immune system to combat cancers and neurodegenerative diseases like Alzheimer’s.

### What warning did Martin Shkreli give about Inmune Bio?

Martin Shkreli warned that he anticipates a 90% drop in Inmune Bio's stock price, citing concerns about its scientific validity and trial data.

### How did Inmune Bio's stock perform recently?

Recently, Inmune Bio's stock surged by 44% due to investor optimism but has since seen substantial declines following Shkreli's comments.

### Why is Shkreli a controversial figure?

Shkreli gained notoriety for price gouging medications and has faced legal challenges, including a lifetime ban from the pharmaceuticals industry.

### How do market analysts view Inmune Bio's future?

Market analysts have mixed opinions on Inmune Bio, especially following recent scrutiny regarding its trial data and overall strategy.

## About The Author



Hey there I'm Caleb Price, a writer and financial specialist who loves to assist others in understanding the financial world. Having years of practical experience and a solid background in finance, my area of expertise is converting difficult financial ideas into useful, doable insights for my blog and publications. My goal with my writing is to give readers the information and assurance they need to successfully negotiate their financial journeys.

My ability to interact with a wide range of people—from novices starting their investing journey to seasoned investors looking for new approaches—has come from contributing to several financial blogs. Making money approachable and understandable is my goal; this will enable you to make wise choices and realize your financial objectives. We appreciate you coming along on this path to success and financial empowerment on Investors Hangout.

Contact Caleb Price privately here. Or send an email with ATTN: Caleb Price as the subject to contact@investorshangout.com.

## About Investors Hangout

Investors Hangout is a leading online stock forum for financial discussion and learning, offering a wide range of free tools and resources. It draws in traders of all levels, who exchange market knowledge, investigate trading tactics, and keep an eye on industry developments in real time. Featuring financial articles, stock message boards, quotes, charts, company profiles, and live news updates. Through cooperative learning and a wealth of informational resources, it helps users from novices creating their first portfolios to experts honing their techniques. Join Investors Hangout today: https://investorshangout.com/

The content of this article is based on factual, publicly available information and does not represent legal, financial, or investment advice. Investors Hangout does not offer financial advice, and the author is not a licensed financial advisor. Consult a qualified advisor before making any financial or investment decisions based on this article. This article should not be considered advice to purchase, sell, or hold any securities or other investments. If any of the material provided here is inaccurate, please contact us for corrections.

July 4, 2025 9:20 AM 3 min read

# 'Pharma Bro' Martin Shkreli Says 'Good Chance' Inmune Bio Stock Will Slip 90% On Monday

by Vishaal Sanjay Follow

FOLLOW ON Google News

Former hedge fund manager **Martin Shkreli** has issued a stark warning on the near-term trajectory of a biotech startup, just days after it witnessed a surge.

**What Happened:** On Saturday, in a post on X, Shkreli forecasted a potential 90% drop in the shares of biotech startup, **Inmune Bio Inc.** (NASDAQ:INMB), a clinical-stage biotechnology company that is focused on using a patient's immune system to fight cancers.

According to Shkreli, there's a "very good chance $INMB will be at 0.50 on Monday," a 90.61% drop from its closing price of $5.33 per share on Friday.

This comes just days after the company's shares surged 44% following a burst of investor enthusiasm surrounding its neuroinflammation candidate, XPro1595, which targets alzheimer's disease and other central nervous system disorders.

**See Also:** **Why InMed's Alzheimer's Drug Candidate Is Fueling Sudden Stock Surge?**

While the former CEO of Retrophin and Turing Pharmaceuticals, popularly referred to as “Pharma Bro,” has failed to elaborate on his predictions in the post, he did do a comprehensive video takedown of the stock nearly two weeks ago, clearly outlining his critique of the company, its science and disclosures.

Among Shkreli's key concerns was the lack of robust Phase 1 trial data and the absence of any peer-reviewed publication supporting the candidate's efficacy.

He also criticized the study design for not including a placebo arm, which means there was no control group to compare outcomes against, making it difficult to determine whether any observed improvements were actually due to the drug or simply a placebo effect.

Inmune Bio did not immediately respond to Benzinga’s requests for a comment on this matter. This story will be updated as soon as we hear back.



**Martin Shkreli**
@MartinShkreli · **Follow**

very good chance $INMB will be at 0.50 on Monday

8:33 AM · Jun 27, 2025

**359** **Reply** **Copy link**

**Latest Private Market Opportunities** Join 400,000+ Investors

**This Coal-to-Hydrogen Energy Company Lets Investors Buy In at $9.01/Share**

Promoted by Frontieras (17b disclosure)

Frontieras raised $30M+ from 12,000+ investors and broke ground on its $850M WV facility. Its patented tech reforms coal into hydrogen. Invest at $9.01/share.

GET STARTED

MISO KITCHEN AI

**Join 44,000+ Investors Backing AI-Powered Restaurant Robotics at $5.48/Share**

Promoted by Miso Robotics (17b disclosure)

Miso's Flippy AI robot has fried 5M+ food baskets for brands like White Castle. Now over 44,000 shareholders are in. Investors can buy shares at $5.48.

GET STARTED

**Why It Matters:** Last week, Shkreli's claims received the backing of BMF Reports, an activist short-seller, which reiterated similar concerns in its short report, such as the flawed science, dubious trial designs, and even accounting improprieties, with millions having been paid to "ghost consultants."

While banned from returning to the pharmaceuticals industry ever again due to his antitrust violations, Shkreli regularly comments on stocks on his X account alongside his YouTube channel.

00:00 10:20

Over a month ago, Shkreli shared similar views on quantum computing stocks, forecasting 90% downsides while accusing them of inflating their financial narratives to mislead investors. He believed that a quantum computing revolution was at least 50 years away.

“[The] Global Risk Institute interviewed 24 quantum computing experts who agreed it’s 20-30 years before we see RSA2048 broken. 20-30 years before quantum works. I say 50,” he said.

**Price Action:** Shares of Inmune Bio were down 15.13% on Friday, closing at $5.33 per share, and are down another 16.32% after hours.

**Benzinga Rankings**

Momentum 50.52 Value 0.55
Growth - Quality -

**Price Trend**

Short ✓ Medium ✓ Long ✓

The stock scores low on **Benzinga’s Edge Stock Rankings**, but has a favorable price trend in the short, medium and long terms. Click here for more insights on the stock.

X

Post

Martin Shkreli
@MartinShkreli
Replying to @JacobPlieth

same shit they did with CBST, wrote it off for -80% a year later. MRK doesn't check IP.

10:47 PM · Jul 9, 2025 · **1K** Views

1 7 3

**Read 1 reply**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

# aTyr Pharma Announces Last Patient Visit in Phase 3 EFZO-FIT™ Study of Efzofitimod in Patients with Pulmonary Sarcoidosis

July 22, 2025

**Topline results expected in the third quarter of 2025.**

SAN DIEGO, July 22, 2025 (GLOBE NEWSWIRE) -- aTyr Pharma, Inc. (Nasdaq: ATYR) ("aTyr" or the "Company"), a clinical stage biotechnology company engaged in the discovery and development of first-in-class medicines from its proprietary tRNA synthetase platform, today announced that the last patient has completed their last visit in the Company's Phase 3 EFZO-FIT™ study of its lead therapeutic candidate, efzofitimod, in patients with pulmonary sarcoidosis, a major form of interstitial lung disease. The Company expects to report topline results from this study in the third quarter of 2025.

"Completing this first-ever global Phase 3 and largest interventional study conducted for patients with sarcoidosis to date is a major accomplishment for aTyr and the broader sarcoidosis community," said Sanjay S. Shukla, M.D., M.S., President and Chief Executive Officer of aTyr. "Current treatment options for sarcoidosis are limited and rely heavily on the use of oral corticosteroids, which often have significant side effects. This study provides an opportunity to evaluate a treatment such as efzofitimod that may have the potential to reduce steroid burden and improve quality of life in patients with this chronic disease. We thank the patients, investigators, patient advocacy organizations and our partner Kyorin Pharmaceutical Co., Ltd. for helping to make this study possible, and we look forward to sharing topline results later this quarter."

**About the EFZO-FIT ™ Study**

EFZO-FIT ™ is a global Phase 3 randomized, double-blind, placebo-controlled study to evaluate the efficacy and safety of efzofitimod in patients with pulmonary sarcoidosis. The 52-week study consists of three parallel cohorts randomized equally to either 3.0 mg/kg or 5.0 mg/kg of efzofitimod or placebo dosed intravenously once a month for a total of 12 doses. The study enrolled 268 subjects with pulmonary sarcoidosis at multiple centers in the United States, Europe, Japan and Brazil. The trial design incorporates a forced steroid taper. The primary endpoint of the study is steroid reduction. Secondary endpoints include measures of sarcoidosis symptoms and lung function. More information is available at www.clinicaltrials.gov (NCT05415137).

**About Efzofitimod**

Efzofitimod is a first-in-class biologic immunomodulator in clinical development for the treatment of interstitial lung disease (ILD), a group of immune-mediated disorders that can cause inflammation and fibrosis, or scarring, of the lungs. Efzofitimod is a tRNA synthetase derived therapy that selectively modulates activated myeloid cells through neuropilin-2 to resolve inflammation without immune suppression and potentially prevent the progression of fibrosis. aTyr is currently investigating efzofitimod in the global Phase 3 EFZO-FIT™ study in patients with pulmonary sarcoidosis, a major form of ILD, and in the Phase 2 EFZO-CONNECT™ study in patients with systemic sclerosis (SSc, or scleroderma)-related ILD. These forms of ILD have limited therapeutic options and there is a need for safer and more effective, disease-modifying treatments that improve outcomes.

**About aTyr**

aTyr is a clinical stage biotechnology company leveraging evolutionary intelligence to translate tRNA synthetase biology into new therapies for fibrosis and inflammation. tRNA synthetases are ancient, essential proteins that have evolved novel domains that regulate diverse pathways extracellularly in humans. aTyr's discovery platform is focused on unlocking hidden therapeutic intervention points by uncovering signaling pathways driven by its proprietary library of domains derived from all 20 tRNA synthetases. aTyr's lead therapeutic candidate is efzofitimod, a first-in-class biologic immunomodulator in clinical development for the treatment of interstitial lung disease, a group of immune-mediated disorders that can cause inflammation and progressive fibrosis, or scarring, of the lungs. For more information, please visit www.atyrpharma.com.

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are usually identified by the use of words such as "anticipate," "believes," "designed," "could," "can," "expects," "intends," "may," "plans," "potential," "will," and variations of such words or similar expressions. We intend these forward-looking statements to be covered by such safe harbor provisions for forward-looking statements and are making this statement for purposes of complying with those safe harbor provisions. These forward-looking statements include, among others, statements regarding potential therapeutic benefits and applications of efzofitimod; timelines and plans with respect to certain development activities (such as the timing of receipt of topline data) of our Phase 3 EFZO-FIT™ study; and certain development goals. These forward-looking statements also reflect our current views about our plans, intentions, expectations, strategies and prospects, which are based on the information currently available to us and on assumptions we have made. Although we believe that our plans, intentions, expectations, strategies and prospects, as reflected in or suggested by these forward-looking statements, are reasonable, we can give no assurance that the plans, intentions, expectations, strategies or prospects will be attained or achieved. All forward-looking statements are based on estimates and assumptions by our management that, although we believe to be reasonable, are inherently uncertain. Furthermore, actual results may differ materially from those described in these forward-looking statements and will be affected by a variety of risks and factors that are beyond our control including, without limitation, uncertainty regarding geopolitical and macroeconomic events, risks associated with the discovery, development and regulation of efzofitimod, the risks associated with clinical trials generally, the risk that we or our partners may cease or delay preclinical or clinical development activities for efzofitimod for a variety of reasons (including difficulties or delays in patient enrollment in planned clinical trials), the possibility that existing collaborations could be terminated early, and the risk that we may not be able to raise the additional funding required for our business and product development plans, as well as those risks set forth in our most recent Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and in our other SEC filings. Except as required by law, we assume no obligation to update publicly any forward-looking statements, whether as a result of new information, future events or otherwise.

**Contact:**
Ashlee Dunston
Sr. Director, Investor Relations and Public Affairs
adunston@atyrpharma.com

Source: aTyr Pharma, Inc.

X

← **Post**

**Martin Shkreli**
@MartinShkreli

these are the values if $ABVX launches equivalent to:

Entyvio: $200/share
Rinvoq: $350/share
Skyrizi: $600/share

this assumes the patent(s) hold up! (2039 LOE)

12:09 PM · Jul 23, 2025 · **137.5K** Views

22 27 363 127

**Read 22 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli
Replying to @jrouldz

yeah inmb was a monster short. then i bought abvx. and shorted kss. lots of good trades. quantum hasn't changed much in the last few weeks. good luck with your shitcos LOL

9:08 PM · Jul 24, 2025 · **1.7K** Views

2 5

**Read 2 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli
Replying to @jrouldz @jimcramer and @NiccoloDeMasi

i dont think you realize i made 40% on INMB and 10% on ABVX lol

12:47 AM · Jul 25, 2025 · **2K** Views

3 4

**Read 3 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

# Lilly completes acquisition of Verve Therapeutics to advance one-time treatments for people with high cardiovascular risk

July 25, 2025

INDIANAPOLIS, July 25, 2025 /PRNewswire/ -- Eli Lilly and Company (NYSE: LLY) today announced the successful completion of its acquisition of Verve Therapeutics, Inc. (Nasdaq: VERV). Verve is a Boston-based clinical-stage company developing genetic medicines for cardiovascular disease.

"This acquisition unlocks the opportunity to potentially transform the treatment paradigm for millions of patients worldwide by delivering lifelong cardiovascular risk reduction with a one-and-done treatment," said Ruth Gimeno, Lilly group vice president, Diabetes and Metabolic Research and Development. "We are excited to welcome Verve colleagues to Lilly and work together to develop innovative genetic medicines for cardiometabolic disease."

**About Lilly**
Lilly is a medicine company turning science into healing to make life better for people around the world. We've been pioneering life-changing discoveries for nearly 150 years, and today our medicines help tens of millions of people across the globe. Harnessing the power of biotechnology, chemistry and genetic medicine, our scientists are urgently advancing new discoveries to solve some of the world's most significant health challenges: redefining diabetes care; treating obesity and curtailing its most devastating long-term effects; advancing the fight against Alzheimer's disease; providing solutions to some of the most debilitating immune system disorders; and transforming the most difficult-to-treat cancers into manageable diseases. With each step toward a healthier world, we're motivated by one thing: making life better for millions more people. That includes delivering innovative clinical trials that reflect the diversity of our world and working to ensure our medicines are accessible and affordable. To learn more, visit Lilly.com and Lilly.com/news, or follow us on Facebook, Instagram, and LinkedIn. F-LLY

**Cautionary Statement Regarding Forward-Looking Statements**
This press release contains forward-looking statements regarding Lilly's acquisition of Verve, regarding prospective benefits of the acquisition and Verve's gene editing programs for cardiovascular disease, regarding Verve's product candidates and ongoing clinical and preclinical development, and regarding Lilly's development of programs for cardiovascular disease and advancement of cardiometabolic health medicines. All statements other than statements of historical fact are statements that could be deemed forward-looking statements. Forward-looking statements reflect current beliefs and expectations; however, these statements involve inherent risks and uncertainties, including with respect to drug research, development and commercialization, Lilly's evaluation of the accounting treatment of the acquisition and its potential impact on its financial results and financial guidance, regulatory changes and developments, the impact of global macroeconomic conditions, including trade and other global disputes and interruptions, including related to tariffs, trade protection measures, and similar restrictions, risks that the acquisition disrupts current plans and operations or adversely affect employee retention, and any legal proceedings that have been or may be instituted related to the acquisition. Actual results could differ materially due to various factors, risks and uncertainties. Among other things, there can be no guarantee that Lilly will realize the expected benefits of the acquisition, that product candidates will be approved on anticipated timelines or at all, that any products, if approved, will be commercially successful, that all or any of the contingent consideration will become payable on the terms described herein or at all, that Lilly's financial results will be consistent with its expected 2025 guidance or that Lilly can reliably predict the impact of the acquisition on its financial results or financial guidance. For further discussion of these and other risks and uncertainties, see Lilly's most recent Form 10-K and Form 10-Q filings with the U.S. Securities and Exchange Commission. Except as required by law, Lilly undertakes no duty to update forward-looking statements to reflect events after the date of this press release.

**Refer to:** Ashley Hennessey; gentry_ashley_jo@lilly.com; 317-416-4363 (Media)
Michael Czapar; czapar_michael_c@lilly.com; 317-617-0983 (Investors)

View original content to download multimedia:https://www.prnewswire.com/news-releases/lilly-completes-acquisition-of-verve-therapeutics-to-advance-one-time-treatments-for-people-with-high-cardiovascular-risk-302513948.html

SOURCE Eli Lilly and Company

X

# Post

**Martin Shkreli**
@MartinShkreli

i'm short $ATYR and predict the stock will drop 80% in the next 4 to 6 weeks. some of the worst data i've ever seen. really bad drug, really tough disease. as confident as $SAVA $INMB $GALT etc

2:23 PM · Jul 29, 2025 · **3.5M** Views

162 122 4.8K 1.6K

**Read 162 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

barchart

# Martin Shkreli Is Shorting This 'Strong Buy' Penny Stock. How Should You Play Shares Here?

Wajeeh Khan - Barchart - Thu Jul 31, 2025 Columnist



*Down market by Artit Wongpradu via Shutterstock*

aTyr Pharma (ATYR) shares remain in focus on Thursday after controversial American investor Martin Shkreli revealed a short position against the biotherapeutics firm.

According to Shkreli, investors should pull out of aTyr shares at current levels as they could crash as much as 80% within the next six weeks.

aTyr Pharma stock has been on a tear over the past four months and is currently up roughly 102% versus its year-to-date low in early April.




www.barchart.com

## Why Is Martin Shkreli Short ATYR Stock?

Martin Shkreli has built a short position in ATYR shares because he believes the company's lead drug, efzofitimod, is ineffective in treating systemic sclerosis-related interstitial lung disease (SSc-ILD).

In his recent X post, the investor, who's been barred from the pharma industry for life, argued the drug's Phase 2 data is misleading compared to published results and clinical trial records, citing outliers and poor data quality.

Shkreli also criticized efzofitimod's preclinical data, adding its mechanism of action (MOA) lacks scientific rationale. In his words, it's a "really bad drug" for a "really tough disease."

## ATYR Shares Run the Risk of Manipulation

Even without Shkreli's warning, ATYR stock is not particularly exciting as an investment, at least not at current levels.

A 90% increase in the aTyr share price within just a few months raises huge red flags given the biotech company is yet to start generating any revenue.

Moreover, trading under $5 per share, ATYR is a penny stock, which makes it highly speculative and vulnerable to price manipulation, especially from sizable public calls or social media hype.

Low liquidity and retail-driven sentiment can amplify volatility, making it a target for aggressive trading strategies.

## Wall Street Still Remains Bullish on aTyr Pharma

Despite the aforementioned challenges, however, Wall Street remains largely bullish on ATYR shares, reflecting confidence in the company's lead asset, efzofitimod.

The consensus rating on aTyr stock currently sits at "Strong Buy" with the mean target of roughly $20 indicating potential upside of some 300% from current levels.




www.barchart.com

*On the date of publication, Wajeeh Khan did not have (either directly or indirectly) positions in any of the securities mentioned in this article. All information and data in this article is solely for informational purposes. For more information please view the Barchart Disclosure Policy here.*

More News from Barchart

X

← **Post**

**Martin Shkreli**
@MartinShkreli

bought some $EQ - supposedly same MoA as $ABVX - may be like the Acerta the $PCYC. at this market cap pretty easy call, should 2x into the data circa next year, if it works, would 10x from there (20x). DOYR!

2:59 PM · Aug 22, 2025 · **106.4K** Views

33 12 275 234

**Read 33 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

# Post



**Martin Shkreli**
@MartinShkreli

Welcome to the world! Torque “EZMONEY$TAXX” Shkreli



12:10 AM · Aug 25, 2025 · **585.4K** Views

633 66 5.3K 207

**Read 633 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

Post

Chelsea Sierra Voss
@csvoss

sweet little guy, welcome to the world <3



2:48 AM · Aug 25, 2025 · **97K** Views

107 6 1.1K 39

**Read 107 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

Post



**Martin Shkreli**
@MartinShkreli

yes, up to record highs today. quantum stocks are up 3% (QUBT is down). NEGG is -20% and my biggest long ABVX is up while my biggest short ATYR is down. doing great.

3:04 PM · Aug 26, 2025 · **2.6K** Views

1 5 1

**Read 1 reply**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

No I had no position as I have my hands full with $ATYR about to report phase 3 results, so I dodged a bullet. I also didn't get a nice gain as it fell sharply after my comments. I will probably short it after ATYR is over but the new CEO changes things quite a bit. Nevertheless the company has its challenges and even tremendous management has its work cut out for it.

9:10 PM · Sep 11, 2025 · **97K** Views

15 1 53 10

**Read 15 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

# aTyr Pharma Announces Topline Results from Phase 3 EFZO-FIT™ Study of Efzofitimod in Pulmonary Sarcoidosis

September 15, 2025

*Study did not meet primary endpoint in change from baseline in mean daily oral corticosteroid (OCS) dose at week 48, although clinical benefit for efzofitimod observed across multiple study parameters.*

*52.6% of patients treated with 5.0 mg/kg efzofitimod achieved complete steroid withdrawal at week 48 vs 40.2% on placebo (p=0.0919).*

*Clinical improvement in King's Sarcoidosis Questionnaire (KSQ)-Lung score at week 48 observed in the 5.0 mg/kg efzofitimod treatment group vs placebo (p=0.0479).*

*Greater proportion of patients achieved complete steroid withdrawal at week 48 with a KSQ-Lung score improvement in the 5.0 mg/kg efzofitimod treatment group (29.5%) vs placebo (14.4%) (p=0.0199).*

*Efzofitimod was well-tolerated with a consistent safety profile.*

*Company plans to engage with the U.S. Food and Drug Administration (FDA) to determine the path forward for efzofitimod in pulmonary sarcoidosis.*

*Management to host conference call and webcast today at 8:30am ET / 5:30am PT.*

SAN DIEGO, Sept. 15, 2025 (GLOBE NEWSWIRE) -- aTyr Pharma, Inc. (Nasdaq: ATYR) ("aTyr" or the "Company"), a clinical stage biotechnology company engaged in the discovery and development of first-in-class medicines from its proprietary tRNA synthetase platform, today announced topline results from the Phase 3 EFZO-FIT™ study of efzofitimod in 268 patients with pulmonary sarcoidosis, a major form of interstitial lung disease.

The study did not meet its primary endpoint of change from baseline in mean daily oral corticosteroid (OCS) dose at week 48. The change from baseline in mean daily OCS dose reduced to an average of 2.79 mg for 5.0 mg/kg efzofitimod vs 3.52 mg for placebo (p=0.3313). The study's statistical analysis plan was designed on a hierarchical assessment basis, as such since the primary endpoint was not met, all subsequent statistical testing is reported as nominal findings.

The study demonstrated a clinical improvement in the King's Sarcoidosis Questionnaire (KSQ)-Lung score at week 48 for 5.0 mg/kg efzofitimod compared to placebo (p=0.0479), with a responder analysis of patients who achieved complete steroid withdrawal at week 48 with an improved KSQ-Lung score also showing improvement in patients treated with 5.0 mg/kg efzofitimod compared to placebo (p=0.0199). Lung function as measured by forced vital capacity (FVC) at week 48 was maintained.

Based on these findings, which we believe indicate drug activity for efzofitimod as evidenced by improvements across multiple clinically relevant efficacy endpoints, the Company plans to engage with the U.S. Food and Drug Administration (FDA) to review the results and determine the path forward for efzofitimod in pulmonary sarcoidosis.

"This study demonstrates that patients with chronic, symptomatic sarcoidosis can be managed with substantially lower steroid doses than previously thought. In spite of a higher than anticipated placebo response, we found that treatment with efzofitimod was associated with a greater amount of steroid reduction and an improvement in the KSQ-Lung score," said Sanjay S. Shukla, M.D., M.S., President and Chief Executive Officer of aTyr Pharma. "These consistent findings suggest that treatment with efzofitimod may positively impact quality of life and preserve lung function while reducing steroid burden, providing a meaningful benefit to patients. We look forward to discussing the totality of the data with the FDA in order to determine the path forward for efzofitimod in pulmonary sarcoidosis, as there remains an urgent need for a safe and effective treatment option to address the unmet needs of this underserved population."

"The results of EFZO-FIT™ demonstrate not only strong evidence of clinical efficacy for efzofitimod's effect on quality of life and its capacity to facilitate steroid withdrawal, but also increased confidence that steroids overall can be reduced to manage symptoms and lung function without the fear of worsening disease," said Daniel Culver, D.O., Chair of the Department of Pulmonary Medicine at the Cleveland Clinic and principal investigator of the trial. "This trial represents an important step forward for the field, as it is by far the largest interventional study completed in sarcoidosis to date, demonstrating the feasibility of conducting a global multi-center randomized controlled trial. The findings provide valuable insights about the treatment of pulmonary sarcoidosis, which are likely to inform treatment practices in the future."

Dr. Shukla continued, "We are encouraged by the potential of efzofitimod to improve the lives of those living with sarcoidosis, and we are incredibly grateful to the patients, investigators, patient advocacy organizations and our partner Kyorin Pharmaceutical, Ltd., who all contributed to this important study."

EFZO-FIT™ was a global Phase 3 interventional study in 268 patients with pulmonary sarcoidosis that compared the efficacy and safety of efzofitimod at 3.0 mg/kg and 5.0 mg/kg doses versus placebo after 48 weeks of treatment, which included a protocol guided steroid taper in the first 12 weeks of the study, followed by continued taper or rescue until week 48.

Presented below are the families of endpoints analyzed in the study. As the primary endpoint did not achieve statistical significance, p-values for other endpoints are reported and should be interpreted as nominal p-values.

**Study Outcome Measures at Week 48**

- **Steroid Reduction**

  - Primary Endpoint: Change from baseline in mean daily OCS dose to an average of 2.79 mg for 5.0 mg/kg efzofitimod vs 3.52 mg for placebo (p=0.3313)
  - Complete steroid withdrawal achieved for 52.6% of patients treated with 5.0 mg/kg efzofitimod vs 40.2% on placebo (p=0.0919)
- **KSQ-Lung Score**
  - Change from baseline in KSQ-Lung score of 10.36 for 5.0 mg/kg efzofitimod vs 6.19 for placebo (p=0.0479)
  - Proportion of patients who achieved complete steroid withdrawal with stable KSQ-Lung score was 46.9% of patients on 5.0 mg/kg of efzofitimod vs 35.7% on placebo (p=0.1241)
  - Proportion of patients who achieved complete steroid withdrawal with KSQ-Lung improvement was 29.5% of patients on 5.0 mg/kg efzofitimod vs 14.4% in placebo (p=0.0199)
- **FVC**
  - Change from baseline in absolute percent predicted FVC of -1.81 for patients in the 5.0 mg/kg efzofitimod vs -2.11 in placebo (p=0.7875)
- **Safety and Tolerability**
  - Generally well-tolerated at both the 3.0 mg/kg and 5.0 mg/kg doses, consistent with a previously observed safety profile in all trials conducted to date

The Company plans to present the EFZO-FIT™ topline results at the upcoming European Respiratory Society Congress on Tuesday, September 30, 2025, at 8:44am CEST in Amsterdam, Netherlands.

**Conference Call and Webcast**

aTyr will host a conference call and webcast to discuss the results today September 15 at 8:30am ET / 5:30am PT. Interested parties may access the call by registering here in order to obtain a dial in, personalized passcode and webcast information. Links to a live audio webcast and replay may be accessed on the aTyr website events page at: http://investors.atyrpharma.com/events-and-webcasts. An audio replay will be available for at least 90 days following the event.

**About Pulmonary Sarcoidosis**

Pulmonary sarcoidosis is an inflammatory disease characterized by the formulation of granulomas, clumps of inflammatory cells, in one or more organs of the body. Approximately 200,000 Americans live with pulmonary sarcoidosis and the prognosis ranges from benign and self-limiting to chronic, debilitating disease, permanent loss of lung function and death. Current treatment options include corticosteroids and other immunosuppressive therapies, which have limited efficacy and are associated with serious side-effects that many patients cannot tolerate long-term.

**About Efzofitimod**

Efzofitimod is a first-in-class biologic immunomodulator in clinical development for the treatment of interstitial lung disease (ILD), a group of immune-mediated disorders that can cause inflammation and fibrosis, or scarring, of the lungs. Efzofitimod is a tRNA synthetase derived therapy that selectively modulates activated myeloid cells through neuropilin-2 to resolve inflammation without immune suppression and potentially prevent the progression of fibrosis. In addition to the global Phase 3 EFZO-FIT™ study of efzofitimod in patients with pulmonary sarcoidosis, a major form of ILD, efzofitimod is also being investigated in the Phase 2 EFZO-CONNECT™ study in patients with systemic sclerosis (SSc, or scleroderma)-related ILD. These forms of ILD have limited therapeutic options and there is a need for safer and more effective, disease-modifying treatments that improve outcomes.

**About aTyr**

aTyr is a clinical stage biotechnology company leveraging evolutionary intelligence to translate tRNA synthetase biology into new therapies for fibrosis and inflammation. tRNA synthetases are ancient, essential proteins that have evolved novel domains that regulate diverse pathways extracellularly in humans. aTyr's discovery platform is focused on unlocking hidden therapeutic intervention points by uncovering signaling pathways driven by its proprietary library of domains derived from all 20 tRNA synthetases. aTyr's lead therapeutic candidate is efzofitimod, a first-in-class biologic immunomodulator in clinical development for the treatment of interstitial lung disease, a group of immune-mediated disorders that can cause inflammation and progressive fibrosis, or scarring, of the lungs. For more information, please visit www.atyrpharma.com.

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are usually identified by the use of words such as "anticipate," "believes," "can," "could," "designed," "expects," "intends," "may," "plans," "potential," "upcoming," "will," and variations of such words or similar expressions. We intend these forward-looking statements to be covered by such safe harbor provisions for forward-looking statements and are making this statement for purposes of complying with those safe harbor provisions. These forward-looking statements include, among others, statements regarding the potential therapeutic benefits and applications of efzofitimod; the potential for the results of EFZO-FIT™ to inform the treatment of pulmonary sarcoidosis in the future, including management of the disease with lower steroid doses; timelines and plans with respect to certain development activities (such as the timing of data from clinical trials); plans to engage the FDA to determine the path forward for efzofitimod in pulmonary sarcoidosis as well as our expectations with respect to the outcome of that meeting and next steps for the development of efzofitimod in pulmonary sarcoidosis; and certain development goals. These forward-looking statements also reflect our current views about our plans, intentions, expectations, strategies and prospects, which are based on the information currently available to us and on assumptions we have made. Although we believe that our plans, intentions, expectations, strategies and prospects, as reflected in or suggested by these forward-looking statements, are reasonable, we can give no assurance that the plans, intentions, expectations, strategies or prospects will be attained or achieved. All forward-looking statements are based on estimates and assumptions by our management that, although we believe to be reasonable, are inherently uncertain. Furthermore, actual results may differ materially from those described in these forward-looking statements and will be affected by a variety of risks and factors that are beyond our control including, without limitation, uncertainty regarding geopolitical and macroeconomic events, risks associated with the discovery, development and regulation of efzofitimod, the risk that we or our

partners may cease or delay preclinical or clinical development activities for efzofitimod for a variety of reasons (including difficulties or delays in patient enrollment in planned clinical trials), the possibility that existing collaborations could be terminated early, and the risk that we may not be able to raise the additional funding required for our business and product development plans, as well as those risks set forth in our most recent Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and in our other SEC filings. Except as required by law, we assume no obligation to update publicly any forward-looking statements, whether as a result of new information, future events or otherwise.

Source: aTyr Pharma, Inc.

BIOTECH

# aTyr flunks phase 3 lung disease trial, deflating stock, but still plans talks with FDA

By **Nick Paul Taylor**

Sep 15, 2025 9:30am

aTyr Pharma | failed trials | lung disease | FDA



ATyr Pharma CEO Sanjay Shukla, M.D., blamed the fail on the placebo response rate. (Ieremy/iStock/Getty Images Plus)

A phase 3 trial of aTyr Pharma's efzofitimod in a lung disease has missed (https://www.globenewswire.com/news-release/2025/09/15/3149882/0/en/aTyr-Pharma-Announces-Topline-Results-from-Phase-3-EFZO-FIT-Study-of-Efzofitimod-in-Pulmonary-Sarcoidosis.html) its primary endpoint. With a multibillion-dollar market in its sights, the biotech is planning to talk to the FDA about a path forward despite the failure and the skepticism of investors.

The biotech planned to position the immunomodulator efzofitimod as a steroid-sparing agent for people with moderate-to-severe forms of the inflammatory lung disease pulmonary sarcoidosis. Reflecting that goal, the biotech ran a phase 3 trial to compare the effect of 48 weeks of dosing with efzofitimod and placebo on the mean daily oral corticosteroid (OCS) dose.

Efzofitimod performed no better than placebo, causing the trial to miss its primary endpoint. The change from baseline in mean daily OCS dose reduced to an average of 2.79 mg for the high dose of efzofitimod versus 3.52 mg for placebo. ATyr CEO Sanjay Shukla, M.D., blamed the failure on the placebo response rate.

"We assumed that patients on efzofitimod would taper from baseline to an average daily prednisone dose between 1 to 4 milligrams, with placebo expected to taper to between 4 to 7," Shukla said on a call with analysts. "The drug performed accordingly to what we projected. However, we did not achieve statistical significance as the placebo tapering outperformed even our most aggressive modeling."

Shukla voiced a positive take on the data, telling analysts that the study demonstrated that patients with chronic symptomatic sarcoidosis “can be managed with substantially lower steroid doses than previously thought without the fear of worsening disease.”

The CEO added that, despite a higher than anticipated placebo response, aTyr “found that treatment with efzofitimod was associated with a greater amount of steroid reduction including steroid withdrawal, a clinical improvement in the quality of life for these patients and a maintenance of lung function.”

ATyr used a hierarchical statistical analysis, meaning the failure on the primary endpoint made all other p values nominal. Even so, the biotech claimed a clinical improvement on the KSQ-Lung patient-reported measure of health-related quality of life, with a 10.36-point change on the high dose playing off against a 6.19-point change on placebo.

The company also highlighted a responder analysis of people who achieved complete steroid withdrawal and improved on KSQ-Lung as a positive of the trial. Complete steroid withdrawal was achieved in 52.6% of patients treated with the high dose of efzofitimod and 40.2% of people on placebo. The proportions of people who also reported KSQ-Lung improvement were 29.5% on efzofitimod and 14.4% on placebo.

Shukla cited the fact that the analyses were prespecified as a driver of its belief it has the evidence to support talks with the FDA. Given the lack of effective therapies in the indication, Shukla predicted that the FDA will be “a collaborative partner.”

Shares in aTyr fell 80% to $1.21 in premarket trading.

Analysts at Leerink Partners had previously been positive heading into the readout. The analysts wrote, "We were wrong," in a Sept. 15 note.

"The study was ultimately doomed by a higher than expected placebo effect, a known risk heading into the readout," according to Leerink Partners. "We are moving to the sidelines given uncertainty on this."

*Editor's note: This article was updated at 11:50 a.m. ET on Sept. 15 to include analyst insight.*

**Let Google know we are your trusted source.**
Add our editorial as a preferred source in your search results.

Trust this Source

aTyr Pharma | failed trials | lung disease | FDA | Biotech | Clinical Data

Questex

©2026 Questex LLC All rights reserved.

STOCKS

# Pharma Bro declares pharma no-no

Martin Shkreli is shorting a pharmaceutical company, and people are listening to him for some reason.



*Adam Gray/Getty Images*

By Lucy Brewster

SEPTEMBER 16, 2025 · LESS THAN 3 MIN READ

TOPICS: Stocks / Healthcare Sector / Pharma Stocks

There are people out there giving bad investing advice—and then there are those who keep proselytizing even after being convicted of securities fraud.

Martin Shkreli, the infamous executive who made a name for himself by raising the price of a life-saving medication by 5,000%, has been touting a bunch of bets against pharmaceutical companies on X. Even stranger, his track record is actually...pretty good so far?

## Shkreli's short-selling stats

While Shkreli's drug-pricing antics spurred a ton of headlines and hate for him, that incident is not what got him convicted of securities fraud. That little hiccup had to do with manipulating the stock of his pharma company Retrophin and defrauding investors.

Apparently, his experience at the helm of a pharmaceutical company has given him some insight into spotting fellow pharma frauds. Back in November 2024, Shkreli announced he was shorting Cassava Sciences, arguing that he doesn't think the company's Alzheimer's treatment works. Its stock has fallen 24% this year.

He also shorted INmune Bio at the end of June, again noting that its hit drug "basically doesn't work." Shares immediately plunged 56% the next trading day, and remain down 21.34% over the last month.

More recently, at the end of July he announced he was shorting aTyr Pharma. He warned that the company had "some of the worst data I've ever seen," and said shares will fall 80% in the next four to six weeks. The stock has dropped 78% over the past month.

**Let's be very clear**: None of that means you should take your investment advice from the Pharma Bro. It's more likely that, in a world of meme stocks and internet cache, Shkreli has garnered enough of an investor following that retail traders are backing up his calls with big money, making his predictions a reality.

Then again, the former pharma exec also dropped another piece of news today on X: He's shorting meme stock Opendoor. Shkreli isn't the only one worried about OpenDoor's valuation—for once, the majority of analysts actually agree with him.—*LB*

## Making sense of market moves

Stay up to date on the latest market news with daily analysis of the investing landscape, served up Brew-style.

Email

Subscribe

By subscribing, you accept our Terms & Privacy Policy.


COPY

ABOUT THE AUTHOR

## Lucy Brewster

Lucy Brewster reports on all things markets and investing for Brew Markets.

### You might also like...

WEALTHADVISOR



# Martin Shkreli Is Setting His Sights On A Favorite Stock Of Retail Traders

The Wealth Advisor
Contributor

September 17, 2025

**Martin Shkreli is back in the financial spotlight, and this time, he has set his sights on a stock that has become a favorite of retail traders in 2025: Opendoor Technologies. For wealth advisors and RIAs, his reemergence offers more than just a headline—it presents an opportunity to analyze the mechanics of speculative surges, investor behavior, and the risks tied to momentum-driven equities.**

Most professionals remember Shkreli as the controversial “pharma bro” who infamously raised the price of an HIV/AIDS treatment by more than 5,000% overnight and was later convicted of securities fraud. After serving his prison sentence, he largely faded from public financial discourse. Now, however, he is re-establishing himself in markets by taking a contrarian position against one of the year’s most explosive momentum stocks.

## The Opendoor Surge

Opendoor, an online real estate platform that once embodied the promise of disruptive "iBuying," has experienced a dramatic revival in 2025. Since July, the stock has soared nearly 1,500%, fueled in large part by a bullish call from hedge fund founder Eric Jackson, who forecasted a potential run to $82 a share.

The stock's rebound caught fire among retail investors on platforms like Reddit and X (formerly Twitter). Social media enthusiasm, combined with heavy trading volume, created a powerful feedback loop. For advisors, this episode is reminiscent of the meme-stock era of 2021, when GameStop and AMC surged far beyond fundamental valuations. The lesson remains the same: momentum and community-driven narratives can, at least in the short term, overpower traditional valuation frameworks.

Jackson's bullish thesis helped position Opendoor as one of the most talked-about names of the summer. His call energized a wave of traders eager to participate in what appeared to be a once-in-a-decade upside opportunity. But the stock's meteoric rise also drew the attention of skeptics—and few names generate as much attention when betting against popular trades as Martin Shkreli.

## Shkreli's Short Bet

On September 16, Shkreli disclosed a short position in Opendoor, announcing via social media that he sold shares at $9.36. He explained that it was his first trade in the stock and that he intended to conduct deep due diligence by engaging former employees, customers, competitors, and potentially even Opendoor's management. He offered to share transcripts or insights from these conversations with his audience, signaling that he would take a hands-on, investigative approach.

Shkreli had telegraphed his bearish stance earlier in the month, calling Opendoor an "obvious short play." By the time he announced his position publicly, he claimed to have already spoken with 20 industry experts to support his view.

For wealth advisors, his methodology is worth noting. While his reputation may polarize, Shkreli's approach reflects a traditional hedge fund-style short strategy: combine insider perspectives, market intelligence, and direct channel checks to build a

case. This contrasts sharply with the retail investor narrative, which has largely leaned on sentiment and community conviction rather than fundamental analysis.

## Market Response and Investor Sentiment

The clash between Shkreli's short thesis and Jackson's bullish outlook has amplified the stock's visibility. Jackson himself declined to dignify Shkreli's position with a detailed response, telling Business Insider that Shkreli was "not worth [his] time to comment on." But online, the reaction from retail traders was loud and emotional.

On Reddit, some users invoked the spirit of Keith Gill—the investor whose analysis and advocacy helped spark the GameStop short squeeze in 2021. Posts urged fellow traders to "buy OPEN and show him," echoing the "diamond hands" mentality that defined the meme-stock movement. Others openly framed buying Opendoor as a way to "teach [Shkreli] a lesson," revealing the emotional dimension behind many of the stock's most vocal backers.

That sentiment-driven enthusiasm had immediate market impact. Despite dipping in pre-market trading following Shkreli's disclosure, Opendoor shares rebounded during Wednesday's session, climbing as much as 20%. For wealth managers, this underscores how retail activity, coordinated or not, can counterbalance institutional skepticism—at least temporarily.

## Implications for Wealth Advisors and RIAs

The Opendoor saga is not just a spectacle; it highlights several themes advisors should consider when guiding clients through today's markets:

1. **Momentum Versus Fundamentals**
   The sharp rise in Opendoor stock is not grounded in earnings strength, cash flow growth, or operational breakthroughs. Instead, it reflects narrative momentum, social media amplification, and speculative positioning. Advisors must be prepared to explain to clients why such rallies can be intoxicating but rarely sustainable. The concept of separating price from intrinsic value remains critical, especially when volatility is elevated.

2. **The Role of Influencers and Contrarians**
   The outsized influence of figures like Eric Jackson, Martin Shkreli, and even anonymous Reddit users illustrates the democratization of market narratives. Advisors should monitor not just sell-side research or earnings reports, but also retail-driven commentary that can sway market behavior. Recognizing when sentiment is overpowering fundamentals can help advisors set client expectations.
3. **Behavioral Finance in Real Time**
   Opendoor's trading patterns highlight common behavioral biases: herd mentality, overconfidence, and loss aversion. Retail investors rallying against Shkreli are not acting solely on valuation models; they are defending identity, community, and a perceived battle against institutional power. Advisors should use episodes like this as teaching moments to remind clients of emotional pitfalls in investing.
4. **Short Selling Risks and Perceptions**
   Shkreli's bet raises another dimension: the mechanics and risks of shorting. While short selling can uncover frauds or overvalued equities, it also makes traders targets of retail pushback, as seen in GameStop's historic short squeeze. Advisors should be cautious in explaining short exposure to clients, highlighting both the intellectual rigor and the financial risks involved.
5. **Volatility Management in Portfolios**
   Stocks like Opendoor can swing double digits within hours based on little more than a tweet or forum post. For long-term investors, such volatility is a risk rather than an opportunity. Advisors should emphasize portfolio diversification, appropriate position sizing, and the importance of aligning allocations with risk tolerance, rather than chasing the latest speculative name.

## Beyond Opendoor—A Broader Market Lesson

Shkreli's return and the Opendoor rally reflect broader structural dynamics reshaping markets in 2025. Retail investors remain more empowered and engaged than ever, thanks to zero-commission trading, fractional shares, and real-time access to information. Social media continues to amplify narratives, blurring the line between serious research and entertainment.

For wealth professionals, these dynamics require a more nuanced approach to client communication. Explaining why a stock like Opendoor might not align with a client's financial goals requires empathy and clarity. Simply dismissing speculative trades as "irrational" can risk alienating clients who are intrigued by the headlines. Instead, advisors should frame such stories as opportunities to revisit risk, discipline, and long-term strategy.

## Looking Ahead

Whether Shkreli's short bet pays off remains to be seen. If Opendoor's price momentum stalls, it could validate his skepticism and underscore the dangers of narrative-driven rallies. On the other hand, if retail enthusiasm continues to overpower short pressure, the stock could extend its remarkable run—though history suggests such moves rarely last.

Either way, this story offers wealth advisors a powerful case study. The interplay of contrarian short sellers, bullish hedge fund managers, and passionate retail traders reflects the complexity of today's markets. Advisors who can distill these dynamics for clients, separating spectacle from strategy, will be better positioned to provide clarity amid noise.

## Final Takeaway for Advisors

For RIAs and wealth managers, the lesson is not about predicting whether Opendoor goes higher or lower. Instead, it is about using this episode to reinforce sound investment principles:

- Momentum can be exhilarating but fleeting.
- Short-term narratives rarely align with long-term wealth goals.
- Emotional investing, whether fueled by excitement or defiance, can erode discipline.
- The role of an advisor is not to chase headlines but to ground clients in a strategy that aligns with their values, objectives, and time horizons.

In that sense, Martin Shkreli's reemergence is less about him and more about what his actions reveal: that markets remain as much about psychology as they are about numbers. For professionals guiding client portfolios, the task is to cut through the noise, contextualize the drama, and keep the focus on sustainable, evidence-based investing.

X

Post

Martin Shkreli
@MartinShkreli

$QURE 5-10x from here

12:24 PM · Sep 24, 2025 · **1M** Views

110 69 1.7K 611

**Read 110 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

Post

Martin Shkreli
@MartinShkreli

FDA has no choice but approve $QURE drug. drug could do $2B in revenue easily - 5x bare minimum from $35

1:21 PM · Sep 24, 2025 · **470.8K** Views

114 83 2.2K 824

**Read 114 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

if you want to sell some $QURE go ahead but NEVER EVER SAY SHKRELI AINT DO NOTHIN FOR ME

3:30 PM · Sep 24, 2025 · **466.1K** Views

146 49 2.4K 238

**Read 146 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

THERA technologies

***Source:*** *Theratechnologies*

*September 25, 2025 13:21 ET*

# Theratechnologies Announces Completion of Acquisition by Future Pak

MONTREAL, Sept. 25, 2025 (GLOBE NEWSWIRE) -- Theratechnologies Inc. ("**Theratechnologies**" or the "**Company**") (TSX: TH) (NASDAQ: THTX), a commercial-stage biopharmaceutical company, announced today the completion of the previously-announced plan of arrangement under Chapter XVI – Division II of the *Business Corporations Act* (Québec) involving CB Biotechnology, LLC (the "**Purchaser**"), an affiliate of Future Pak, LLC ("**Future Pak**"), pursuant to which the Purchaser has acquired all the issued and outstanding common shares of the Company (the "**Shares**") for US$3.01 per Share in cash plus one contingent value right ("**CVR**") per Share for additional aggregate cash payments of up to US$1.19 per CVR if certain milestones are achieved by the Company (the "**Arrangement**").

Consideration for the Shares has been remitted by the Purchaser to Computershare Investor Services Inc., as depositary under the Arrangement, and will be paid to former shareholders of Theratechnologies as soon as reasonably practicable after the date hereof (or, in the case of registered shareholders, as soon as reasonably practicable after a properly completed and signed letter of transmittal is received by the depositary together with the share certificate(s) and/or DRS Advice(s) representing Shares formerly held by them).

Each CVR is a contractual right that entitles the holder thereof to aggregate payments from the Purchaser of up to US$1.19 per CVR if certain milestones are achieved by the Company, the whole in accordance with the agreement entered into on the day hereof among the Purchaser, Future Pak and Computershare Trust Company of Canada as CVR agent. The CVRs are recorded in a register kept by the CVR agent and are not evidenced by a certificate or any other instrument. Based on a report prepared by an independent third-party valuator, the Company and the Purchaser have determined the fair market value of each CVR to be US$0.80 as at September 24, 2025.

As a result of the completion of the Arrangement, it is expected that the Shares will be de-listed from the Toronto Stock Exchange on or about September 26, 2025 and from the Nasdaq Capital Market on or about September 25, 2025. The Company shall apply to cease to be a reporting issuer under Canadian securities laws in all provinces of Canada. The Company will also deregister the Shares under the U.S. Securities Exchange Act of 1934, as amended.

**Early Warning Reporting**

Immediately prior to the effective date of the Arrangement, the Purchaser and its affiliates did not own any Shares. An early warning report will be filed on SEDAR+ at www.sedarplus.ca under the Company's profile. Further information and/or a copy of the early warning report may be obtained from the contacts below. The Purchaser's head office is located at CB Biotechnology, LLC c/o Honigman LLP, 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226-3506.

**About Theratechnologies**

Theratechnologies (TSX: TH) (NASDAQ: THTX) is a specialty biopharmaceutical company focused on the commercialization of innovative therapies that have the potential to redefine standards of care. Further information about Theratechnologies is available on its website at www.theratech.com.

**About Future Pak**

Founded in 1977 and headquartered in Wixom, Michigan, Future Pak, along with its affiliates, is a privately held contract manufacturer, packager and distributor of pharmaceutical and nutraceutical products. Future Pak operates across retail, specialty and institutional markets, leveraging its robust infrastructure and partner network to deliver quality-first, patient-centric solutions.

**Forward-Looking Information**

This press release contains forward-looking statements and forward-looking information (collectively, "**Forward-Looking Statements**"), within the meaning of applicable securities laws, that are based on our management's beliefs and assumptions and on information currently available to our management. You can identify Forward-Looking Statements by terms such as "may", "will", "if", "should", "could", "promising", "would", "outlook", "believe", "plan", "envisage", "anticipate", "expect" and "estimate", or the negatives of these terms, or variations of them. The Forward-Looking Statements contained in this press release include, but are not limited to, statements regarding the delisting of the Shares from the Toronto Stock Exchange and from the Nasdaq Capital Market, the Company ceasing to be a reporting issuer under Canadian securities laws in all provinces of Canada and the deregistration of the Shares under the U.S. Securities Exchange Act of 1934, as amended.

These Forward-Looking Statements express, as of the date of this press release, the estimates, predictions, projections, expectations, or opinions of the Company about future events or results, as well as other assumptions, both general and specific, that the Company believes are appropriate in the circumstances. Although the Company believes that the expectations produced by these Forward-Looking Statements are founded on valid and reasonable bases and assumptions, these Forward-Looking Statements are inherently subject to important risks and uncertainties, many of which are beyond the Company's control, such that actual results may differ significantly from those that are disclosed in or implied by such Forward-Looking Statements. The important risks and uncertainties include, but are not limited to, the possibility that the Shares will not be delisted from the Toronto Stock Exchange or the Nasdaq Capital Market within the timing currently contemplated, that the Shares may not be delisted at all, due to failure to satisfy, in a timely manner or otherwise, conditions necessary for the delisting of the Shares or for other reasons, that the Company's application to cease to be a reporting issuer under applicable Canadian securities laws may not be accepted or may be delayed and that the Company may fail to achieve any milestones relating to the CVRs.

Readers are cautioned that the foregoing list of factors is not exhaustive and undue reliance should not be placed on Forward-Looking Statements. As a result, readers are advised that actual results may differ materially from expected results. Unless otherwise required by applicable securities laws, the Company expressly disclaims any intention, and assumes no obligation to update or revise any Forward-Looking Statements whether as a result of new information, future events or otherwise.

**For further information, please contact:**

**Future Pak**

Investors and media may contact media@futurepak.com.

X

← **Post**



**Martin Shkreli**
@MartinShkreli

long $SPRB. my price target is $500. rare disease is my specialty. the ERT for Sanfilippo will be approved (CMC notwithstanding) and be the new standard of care.

4:48 PM · Oct 6, 2025 · **2.9M** Views

251 141 4.2K 1.9K

**Read 251 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

# Understanding Margin Calls: What Triggers Them and How to Respond

By JAMES CHEN Updated October 07, 2025
Reviewed by MICHAEL J BOYLE
Fact checked by SUZANNE KVILHAUG

DEFINITION

A margin call is a broker's demand that an investor who has borrowed money to buy securities must deposit more money or securities into their account so it's brought up a minimum value.

A margin call is a broker's demand for an investor to deposit additional funds or securities into their margin account when the account's equity falls below the broker's required maintenance level. Margin calls are typically triggered when the value of the securities in the account declines due to market downturns or volatility. They require immediate action; investors must add funds or sell assets to restore the account's value. Failure to meet a margin call can lead the broker to liquidate assets to cover the shortfall.

**KEY TAKEAWAYS**

- A margin call occurs when an investor's equity in a margin account falls below the broker's required minimum, prompting the need for additional funds or securities to restore the account balance.
- Meeting a margin call can be done by depositing cash or marginable securities, or by liquidating other holdings to cover the deficiency, with the time frame generally ranging from two to five days.
- Investors can mitigate the risk of margin calls by maintaining a diversified portfolio, regularly monitoring account equity, and keeping sufficient cash or securities in the account.
- Investing on margin carries inherent risks, including the potential to lose more than the initial investment due to the borrowed capital, highlighting the importance of using protective stop orders and keeping leverage manageable.

Get personalized, AI-powered answers built on 27+ years of trusted expertise.

Ask anything to get started...

**Can i lose more than my initial investment with margin?**

**How do i calculate margin**




Investopedia / Michela Buttignol

## What Triggers a Margin Call?

An investor is buying on margin when they pay to buy and sell securities using a combination of their own funds and money borrowed from a broker. An investor's equity in the investment is equal to the market value of the securities minus the borrowed amount. [1]

**IMPORTANT**

A margin call is triggered when the investor's equity as a percentage of the total market value of securities falls below a certain required level called the maintenance margin.

The New York Stock Exchange (NYSE) and the Financial Industry Regulatory Authority (FINRA), the regulatory body for the majority of securities firms operating in the United States, both require that investors maintain an equity level of 25% of the total value of their securities when buying on margin. [2][3]

Some brokerage firms may require a higher maintenance requirement, such as 50%. It is at their discretion.

Margin calls can occur at any time due to a drop in account value but they're more likely to happen during periods of market volatility.

# Margin Call Scenario: What to Expect and How to Respond

Here's an example of how a margin account's value drops enough to trigger a margin call.

**Drop in value triggers a margin call by broker**

| | SECURITY VALUE | LOAN AMOUNT | EQUITY ($) | EQUITY (%) |
|---|---|---|---|---|
| Security bought for $20,000 (half on margin) | $20,000 | $10,000 | Investor Equity = $10,000 | Investor Equity = 50% |
| Value drops to $14,000 | $14,000 | $10,000 | $4,000 | Investor Equity = 28% |
| Maintenance requirement of broker | $14,000 | | $4,200 | 30% |
| Resulting margin call | | | $200 | |

# Strategies to Respond to a Margin Call

The investor typically has two to five days to act if their account value drops to a level where a margin call is issued by their broker. These are the options for doing so using the margin call example above:

- Deposit $200 in cash into the account.
- Deposit $285 of fully paid-for marginable securities into the account. This amount is derived by dividing the required funds of $200 by 1 less the 30% equity requirement: 200/(1-.30) = $285.
- Use a combination of the above two options.
- Sell other securities to obtain the needed cash.

If you can't meet a margin call, a broker might sell your assets to meet the minimum requirement. The broker can sell assets without your approval and may charge a commission. You're responsible for any losses.

### Note

*The amount of a margin loan depends on a security's purchase price and is therefore a fixed amount. But the dollar amount determined by the maintenance margin requirement is based on the current account value, not on the initial purchase price. That's why it fluctuates.*

## Proactive Steps to Prevent Margin Calls

Think carefully about whether you need a margin account before opening one. Most long-term investors don't need margin buying for good returns, and these loans accrue interest.

To manage and prepare for a margin call, consider these strategies:

- Make sure cash is available to place in your account immediately. Consider keeping it in an interest-earning account at the same brokerage.
- Build a well-diversified portfolio. This may help limit margin calls because a single position is less likely to decrease the account value.
- Monitor your open positions, equity, and margin loans regularly, even daily.
- Create a custom-made alert at some comfortable level above the margin maintenance requirement. Deposit funds or securities to increase your equity if your account falls to it.
- Take care of it immediately if you receive a margin call.

Use protective stop orders to limit losses and keep enough cash and securities in your account to avoid margin calls.

### Is It Risky to Trade Stocks on Margin?

It's certainly riskier to trade stocks with margin than without it because trading stocks on margin is trading with borrowed money. Leveraged trades are riskier than unleveraged ones. The biggest risk with margin trading is that investors can lose more than they've invested.

### How Can a Margin Call Be Met?

A margin call is issued by the broker when there's a margin deficiency in the trader's margin account. The trader has to either deposit cash or marginable securities in the margin account or liquidate some securities in the account to rectify a margin deficiency.

## Can a Trader Delay Meeting a Margin Call?

A margin call must be satisfied immediately and without any delay. Some brokers may give you two to five days to meet the margin call but the fine print of a standard margin account agreement will generally state that the broker has the right to liquidate any or all securities or other assets held in the margin account at its discretion and without prior notice. It's best to meet a margin call and rectify the margin deficiency promptly to prevent such forced liquidation.[4]

## How Can I Manage the Risks Associated With Trading on Margin?

Measures to manage the risks associated with trading on margin include:

- Using stop-loss orders to limit losses
- Keeping the amount of leverage to manageable levels
- Borrowing against a diversified portfolio to reduce the probability of a margin call which is significantly more likely with a single stock

## Does the Total Level of Margin Debt Have an Impact on Market Volatility?

A high level of margin debt can exacerbate market volatility. Clients are forced to sell stocks to meet margin calls during steep market declines. This can lead to a vicious circle where intense selling pressure drives stock prices lower, triggering more margin calls and more selling.

# The Bottom Line

Buying on margin isn't suitable for every investor because it involves borrowing money and meeting both initial and maintenance margin requirements. While it can amplify potential returns, it also increases the risk of substantial losses, especially in volatile markets.

Margin calls can force investors to deposit additional funds or sell assets, sometimes at unfavorable prices, and failure to meet them can result in forced liquidation by the broker. To manage these risks, investors should monitor their account balances closely, keep extra funds available, and consider using stop-loss orders.

X

← **Post**

**Martin Shkreli**
@MartinShkreli

i still like $SRPT. it's been a hell of a year for them.

12:45 PM · Nov 4, 2025 · **99.3K** Views

57 22 393 55

**Read 57 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

took a big position long $BHVN. their CEO is one of the best, if not the best CEO in small-cap biotech. the portfolio has a lot of value in it. today's news was widely expected.

2:31 PM · Nov 5, 2025 · **251.5K** Views

112 39 1.1K 526

**Read 112 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up



**Martin Shkreli**
@MartinShkreli

...

some attribution for the year:
145 securities traded, 108 positive, 37 negative
Biotech win rate: 75%, Non-Biotech Win rate: 74%

| | |
|---|---|
| Winners | **582%** |
| Losers | **-113%** |
| Longs | 217% |
| Shorts | 240% |
| Biotech | 293% |
| Non-Biotech | 164% |
| LONG SPRB | 96% |
| SHORT BYND | 81% |
| SHORT ATYR | 78% |
| SHORT IONQ | 73% |
| SHORT QBTS | -68% |
| SHORT INMB | -44% |

X

← **Post**

11:18 PM · Nov 5, 2025 · **122.7K** Views

97 22 1.2K 217

**Read 97 replies**

X

← **Post**

**Martin Shkreli**
@MartinShkreli
Replying to @EvilShorting

QURE is kind of cooked, but who knows maybe FDA will change their mind

12:56 PM · Nov 10, 2025 · **4.6K** Views

2 9

**Read 2 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**



**Martin Shkreli**
@MartinShkreli

My next short is $AVXL. One drug: blarcamesine. Time is running out for Cindarella: CHMP may issue its negative opinion tomorrow, but almost definitely by the Dec meeting. Shares will drop to <$1.25, as the final nails in the coffin for this ill-conceived project are hammered.

4:19 PM · Nov 13, 2025 · **138.1K** Views

55 41 577 214

**Read 55 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli
Replying to @MartinShkreli

CHMP is very nasty and insists on both functional and cognitive improvement for approving Alzheimer's drugs. AVXL did not succeed on functional, so the drug is immediately dead. but if you look into the cognitive "improvement", they failed there, as well.

4:19 PM · Nov 13, 2025 · **12.3K** Views

1 30 1

**Read 1 reply**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

# Post

**Martin Shkreli**
@MartinShkreli
Replying to @Benbburman and @EvilShorting

yeah went up a lot, nice win

6:12 PM · Nov 13, 2025 · **648** Views

1 1

**Read 1 reply**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

Post

**Martin Shkreli**
@MartinShkreli

this MRK M&A department needs to be stopped
anyone remember $CBST or $RNAI

> **Seedy19** @seedy19tron · Nov 14, 2025
>
> Good morning $mrk is set to pay $cdtx investors $221.50 a share in cash, implying a total transaction value of $9.2bn, the people said.
>
> Two Two One Point Five.

9:43 AM · Nov 14, 2025 · **79.6K** Views

11 108 16

**Read 11 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

Post

Martin Shkreli
@MartinShkreli

My next biotech short is $CAPR. @anthonystaj and I wrote a 46-page report on the issues facing Capricor. In the next, few days the HOPE-3 (aka COPE-3) study will report its data. It will not work. This is the company's only asset.

3:02 PM · Nov 24, 2025 · **539.7K** Views

81 51 904 345

**Read 81 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

# Post

**Martin Shkreli**
@MartinShkreli
Replying to @MartinShkreli

$CAPR will settle in around cash value, $2/share. Read more in the report.

3:02 PM · Nov 24, 2025 · **39.7K** Views

9 2 76 13

**Read 9 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

November 24, 2025 1:49 PM 2 min read

# Martin Shkreli Takes Aim At Capricor — Stock Sinks

by **Erica Kollmann** Benzinga Staff Writer Follow

FOLLOW ON Google News

Shares of **Capricor Therapeutics, Inc.** (NASDAQ:CAPR) plummeted Monday due to a short call from controversial former pharmaceutical executive **Martin Shkreli.**

- *CAPR stock is plunging. See the real-time price action here.*

**Trending Now** Join 1M+ Investors

Webull

**Get $20 in NVDA Stock and More on Your First Deposit at Webull**

GET STARTED

GENERIC TRADE Futures & Options

**Trade Futures for Just 59¢ Per Side With No Volume Tiers at Generic Trade**

GET STARTED

InteractiveBrokers

**Invest Globally in 150+ Markets with Low Costs and Powerful Tools with Interactive Brokers**

GET STARTED

## "HOPE-3, aka COPE-3"

Shkreli publicly identified Capricor as a short target in a social media post. He expressed skepticism about the company's cell therapy approach and its clinical trial data for its lead candidate, deramiocel.

**Read Next: Michael Burry Unchained: 'Big Short' Attacks Nvidia On Substack**

**Martin Shkreli** @MartinShkreli · **Follow**

Pulse

My next biotech short is $CAPR. @anthonystaj and I wrote a 46-page report on the issues facing Capricor. In the next, few days the HOPE-3 (aka COPE-3) study will report its data. It will not work. This is the company's only asset.

10:02 AM · Nov 24, 2025

904 Reply Copy link

Read 81 replies

"In the next, few days the HOPE-3 (aka COPE-3) study will report its data. It will not work. This is the company's only asset," Shkreli said.

He claimed the treatment faces challenges, including difficulties with cell trafficking, and raised concerns about potential safety issues with the donor heart-derived cells.

Benzinga reached out to Capricor for comment but did not receive a response before publication.




Shkreli predicted the stock would settle at approximately $2 per share, a significant drop from its current level. The stock plunged over 17% following the critical commentary, according to Benzinga Pro.

**What Else:** Also on Monday, Capricor unveiled a scalable framework for loading therapeutic oligonucleotides into exosomes.

Management believes the approach could provide a practical pathway to manufacture clinically relevant quantities of loaded exosomes, a key hurdle for advancing the platform into later-stage trials.

Chief Executive **Linda Marbán** said the findings underscore the strength and versatility of Capricor's exosome technology and its potential to support a broad range of diseases.

**CAPR Price Action:** According to data from Benzinga Pro, Capricor shares were down 17.39% at $4.75 at the time of publication Monday.

**Read Next:**

- **Ready For A Rebound? Here Are 10 Oversold Stocks To Watch**

*Photo: Shutterstock*

CAPR
Capricor Therapeutics ...
$26.44
-%

Stock Score Locked: Want to See it?

Benzinga Rankings give you vital metrics on any stock – anytime.

Reveal Full Score

OVERVIEW

Market News and Data brought to you by Benzinga APIs

*© 2026 Benzinga.com. Benzinga does not provide investment advice. All rights reserved.*

To add **Benzinga News** as your preferred source on Google, click here.

**Posted In:** Biotech News FDA Movers Trading Ideas General Expert Ideas Martin Shkreli

Discover Private Market Opportunities

Join 400,000+ Investors

**Join 39,000+ Investors Betting on AI Restaurant Robotics at $5.48/Share**

Promoted by Miso (17b disclosure)

Miso's Flippy robot has fried over 5M baskets across 200,000 hours for brands like White Castle, backed by nearly 30 patents. Investors can buy in at $5.48.

GET STARTED

**Own a Piece of a Fast-Growing Modular AI Data Center Company at $5/Share**

Promoted by BluSky AI (17b disclosure)

BluSky AI's modular data centers deploy in months, not years. It targets 200MW+ across 6 states with clients signing. You can buy pre-IPO shares at $5.00, with a $1,000 minimum.

GET STARTED

# ‘Pharma Bro’ Martin Shkreli Goes Short On Capricor Therapeutics – Stock Tumbles 17%

Shkreli said that the company’s only asset, Dermiocel, will not yield positive results in the HOPE-3 study.




In this photo illustration, the lCapricor Therapeutics logo is seen displayed on the screen of a tablet. (Photo Illustration by Sheldon Cooper/SOPA Images/LightRocket via Getty Images)

Anan Ashraf · Stocktwits
Updated Mar 05, 2026 | 2:29 PM EST

Share · Add us on G

CAPR 2.16%

Results from the HOPE-3 study are slated to be announced in the fourth quarter.

In July, the FDA refused to approve Capircor's application for Deramiocel for the treatment of cardiomyopathy associated with Duchenne muscular dystrophy, stating that it does not meet the requirement for substantial evidence of effectiveness.

The company intends to meet the FDA's additional clinical data requirement with the HOPE-3 study and expects a review period of up to six months for the resubmitted application.

Shares of Capricor Therapeutics (CAPR) slumped 17% on Monday morning after former biotech executive and businessman Martin Shkreli announced his short position.

Shkreli said that the company's only asset, Dermiocel, will not yield positive results in the HOPE-3 study in the treatment of cardiomyopathy associated with Duchenne muscular dystrophy. Results from the study are slated to be announced in the fourth quarter (Q4).

**READ NEXT**

**ONDS Stock Rises After $50M Army Order Lifts Mistral Awards Above $240M**

Prabhjote Gill · 41m ago



## Shkreli's Talking Points

Shkreli highlighted concerns, including limitations in cell therapies' ability to reach target tissue and other safety issues, provided they are derived from donor hearts and are not immunoprivileged cells.

Advertisement | Remove ads.

Screenshot of Martin Shkreli's X Post

Screenshot of Martin Shkreli's X Post

He further alleged that data from the company's previous HOPE-2 trial was not meaningful. "Note the company and the publication reported a successful PE met, but the FDA disagreed," he said. He also co-authored a 46-page report on the issues facing Capricor with Anthony Staj, who also echoed pessimism about the upcoming trial data in a post on X.

"Deramiocel is a allogeneic cell therapy with no tropism for heart or skeletal muscle, and most of it ends up in the lungs. because of this it never acts upon target tissue," Staj wrote.

Screenshot of Anthony Staj's X Post

Screenshot of Anthony Staj's X Post

## HOPE-3 Trial Results

Capricor said earlier this month that it expects to announce results from the HOPE-3 trial in the coming weeks and submit an application to the U.S. Food and Drug Administration based on the study data. According to the firm, 105 DMD patients have been enrolled in the recent trial.

Advertisement | Remove ads.

In July, the FDA refused to approve Capricor's application for Deramiocel for the treatment of cardiomyopathy associated with Duchenne muscular dystrophy, stating that it does not meet the requirement for substantial evidence of effectiveness and expressed the need for additional clinical data. The company intends to meet the FDA's additional clinical data requirement with the HOPE-3 study and expects a review period of up to six months for the resubmitted application.

## How Did Stocktwits Users React?

On Stocktwits, retail sentiment around CAPR jumped from 'neutral' to 'bullish' territory over the past 24 hours, while message volume stayed at 'normal' levels.

CAPR stock is down by 66% this year and by about 75% over the past 12 months.

Advertisement | Remove ads.

Also See: Alvotech's Drug Approved In Europe As Biosimilar For Bone Disease Drug

*For updates and corrections, email newsroom[at]stocktwits[dot]com*

# Star sign Capricor: when astrology does drug development

ANTHONYSTAJ
NOV 25, 2025

10 3 Share

Disclosures: This Report is provided by Fourier Transform Research solely for educational purposes and constitutes impersonal, generic commentary based entirely on publicly available data. The views expressed herein reflect the personal opinions of the author as of the date of publication; they are not tailored to any individual's financial situation or objectives and do not constitute investment advice, a recommendation, or an offer to buy or sell any security. The author holds a short position in the securities discussed. No part of the author's compensation is, was, or will be directly or indirectly related to any specific recommendation or view contained herein. The author has not received—and will not receive—any payment of any kind from the company(ies) whose securities are covered by this Report. This Report contains no material non-public information. Trading the securities covered herein is subject to a blackout period for the author commencing 72 hours before and ending 24 hours after the Report's public release. All factual data are believed to be accurate at the time of writing, but Fourier Transform Research makes no warranty as to its completeness or accuracy; recipients should conduct their own due diligence. Past performance is not indicative of future results.

Discover more from AnthonyStaj's Substack

my thoughts and musings on biotech, mostly. L/S, not afraid of indication, highly focused on clinical and commercial analysis

Enter your email...

Subscribe

By subscribing, you agree Substack's Terms of Use, and acknowledge its Information Collection Notice and Privacy Policy.

Already have an account? Sign in

Fourier Transform Research

AnthonyStaj's Substack is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

Type your email...

Subscribe

November 2025

# Executive Summary

Capricor Therapeutics (NASDAQ:CAPR) is expected to announce the results of a phase III clinical trial of its only asset, Deramiocel (CAP-1002), in Duchenne Muscular Dystrophy in Q42025.

In this work, we present an air-tight case challenging the safety and efficacy of Deramiocel as a treatment for Duchenne Muscular Dystrophy.

Capricor has changed the stated mechanism of action multiple times throughout the development of deramiocel, and they have failed to characterize the cell product leading up to this pivotal readout. We do not find the assembled data compelling or rooted in the scientific process.

The repeated failure of deramiocel in cardiac indications clearly show that it has little effect on human tissue, and the purported HOPE-2 efficacy signal was spurious and likely confounded by concomitant medication. Beyond these cardiac readouts we have found clear baseline imbalances in the functional readouts for DMD which confound the stated pre-specific primary endpoints in HOPE-2 and HOPE-3.

We also believe the safety signals of this product are not discussed enough publicly. We have found an alarmingly high rate of anaphylaxis and severe immune mediated reactions as a result of taking this allogeneic cell product. Worse still, are Capricor's attempts to *hide* this data from their published works.

They have yet to demonstrate clear efficacy signals and the FDA issued a CRL in July of 2025, requiring Capricor to finally unblind themselves to the HOPE-3 topline data which they have had available to them for over a year, and which they have continuously punted since they first said they would publish it in Q42024.

Capricor has been (unsuccessfully) developing Deramiocel for the past 15 years across 8 indications, and Duchenne Muscular Dystrophy may be the last. Upon the announcement of Phase III failure, the stock price should convert to the company's cash value or below, representing a >60% decline from its current price of ~$5.80 per share (landing near $2).

# Company History

Capricor Therapeutics (NASDAQ: CAPR) is a clinical-stage biotechnology company developing cell- and exosome-based medicines, best known for deramiocel (CAP-1002), an allogeneic cardiosphere-derived cells (CDCs) therapy for Duchenne muscular dystrophy (DMD). The company's scientific roots trace to the laboratory of cardiologist-scientist Eduardo Marbán, MD, PhD, who first isolated and characterized CDCs in academia; Capricor's wholly owned operating subsidiary, Capricor, Inc., was founded in 2005 on this work and later moved with Marbán from Johns Hopkins to Cedars-Sinai. In November 2013, Capricor, Inc. completed a reverse merger with Nile Therapeutics, after which the combined public entity was renamed Capricor Therapeutics.

Early development focused on cardiac indications. After promising first-in-human data (CADUCEUS), Capricor's Phase II ALLSTAR trial in post-MI patients failed to meet its scar-reduction endpoint in 2017, prompting Janssen Biotech, Inc. not to exercise its option on CAP-1002; Capricor retained full rights and pivoted to DMD, where they believed CDCs would be able to address skeletal and cardiac muscle decline.

In DMD, Capricor reported "positive signals" across the HOPE clinical program, including HOPE (Phase I/II) and HOPE-2 (Phase II), with The Lancet publication in 2022 describing slowed deterioration in upper-limb function and supportive cardiac measures after repeated IV dosing of CAP-1002[1]. The company has also advanced an exosome platform (CAP-2003), derived from CDCs, as a next-generation therapeutic approach.

Regulatory interactions have been active in 2025. The FDA issued a Complete Response Letter (CRL) in July 2025 for deramiocel; Capricor has since engaged the agency and, per a September 25, 2025 update, prepared a resubmission supported by HOPE-3 data, with topline results guided for mid-November 2025 and then revised again to a few weeks after the Q3 ER in mid-November.

Capricor is led by co-founder Linda Marbán, PhD (Chief Executive Officer since 2013), with Eduardo Marbán serving as scientific founder and long-time advisor; Executive Chairman Frank I. Litvack, MD, is a cardiologist-entrepreneur with decades of device and biotech leadership. Recent additions include industry veteran Michael Binks, MD, as Chief Medical Officer (2025), reflecting a build-out toward late-stage development and potential commercialization.

# Deramiocel (CAP-1002)

Deramiocel is the lead candidate for Capricor, which is made from Cardiosphere-derived Cells (CDCs) to treat cardiac injury. This product comes from harvesting heart cells from an organ donor, culturing them in vitro, and injecting them intravenously (as is the case in Phase III) or via intracoronary catheter (as in previous trials) to the patient as an allogeneic cell product.

This approach has been tried in Myocardial Infarction, Heart Failure with Preserved Ejection Fraction, COVID-19, Ventricular Dysfunction, Univentricular Heart Disease, Dilated Cardiomyopathy, Pulmonary Hypertension, and now Duchenne Muscular Dystrophy. Despite the many clinical failures no clear clinical efficacy has ever been shown.

# Cardiosphere-derived Cells (CDCs)

To further understand Deramiocel and its potential as a therapeutic agent, a deeper understanding of CDCs is necessary. The first use of the term 'cardiosphere' was coined in a 2004 paper by Messina et al. describing the isolation and long-term self-renewal of undifferentiated self-adherent clusters of cells obtained from murine and human cardiac tissue[2]. In parallel, the early 2000s saw an intense push to regenerate injured tissues using stem and progenitor cells, with cardiology becoming one specialty with significant activity given the unmet need in treating myocardial infarction.

This led to several clinical studies during the early 2000s with mixed results, largely using either skeletal myoblasts or autologous bone-marrow mononuclear cells injected directly into the heart muscle or delivered locally within the coronary circulation of animal models[3,4]. In 2007, Eduardo Marbán, reported on CDCs grown from percutaneous endomyocardial biopsies[5]. In the introduction of their paper four of the first five citations (and 7 in total) are from the work of Anversa and state "recent evidence that the adult mammalian heart contains endogenous, cardiac-committed stem cells." as they describe why they began the program that led to deramiocel.

However the field now views this predicate work much differently. A large body of Anversa-affiliated work underpinning claims of robust, self-renewing c-kit$^+$ cardiac

stem cells has been repudiated or retracted including the SCIPIO trial report in *The Lancet* and multiple basic/translational papers after institutional investigations. Additionally, a settlement was reached between Anversa and colleague's former hospital and the U.S. Government related to federal grant fraud and research misconduct. These events substantially undermine the field's original "resident cardiac stem cell" premise.

In parallel, neutral reassessments and lineage-tracing studies from independent groups concluded that c-kit labeling largely marks non-myocyte lineages and contributes minimally to new cardiomyocytes, further eroding the biological basis for the original regeneration narrative[6,7]. Against this backdrop, the Marbán/Capricor CDC platform emphasis shifted from direct remuscularization towards paracrine mechanism, including extracellular vesicles (EVs) as putative effectors (e.g. CDCs and/or their EVs) as *signalers* rather than durable "stem cells" engrafting to rebuild myocardium which can be seen in the figure below.




# Mechanism of Action

Capricor's deramiocel has a rather purportedly multi-faceted mechanism of action. Firstly, it relies on what we would describe as a Russian-doll-like drug delivery mechanism by injecting CDCs which contain exosomes which contain the payload which happens to coincidentally act upon cardiac and skeletal muscle tissue.



This is very difficult to imagine working in principle since 1. there is no intrinsic tropism for CDCs to heart tissue 2. the pericardium envelopes the heart and 3. it is therefore not readily permeable. Further in biodistribution studies by Marban and colleagues show that CDCs primarily do not end up in heart tissue.






Here work from the Marban lab shows that approximately 1% of CDCs sequester on the heart in an animal model after injection[8]. The overwhelming majority of cells are simply circulating in serum. Within a matter of days these cells are lysed and no longer circulating in vivo. Once lysed their exosomes will be exposed within serum, and we know they have incredibly short half-lives. Matsumoto et al. tell us that exosome half-life is as low as **7 minutes**, meaning that within an hour 0.3% of exosomes remain intact in circulation. Once the exosomes are lysed their payload will be cleared quite quickly in serum via natural pathways.

Further, exosomes do not contain a homogenous distribution of payload(s) as many different payloads exist within CDCs. They do not contain homogenous payload amounts (sometimes several copies of an oligo, sometimes they are empty, sometimes one copy). We also do not have a sense of retention at the site of injury. How long do cells stay on/ in the heart?

The lack of tropism to the heart, coupled with the nested payload delivery mechanism therefore requires substantial numbers of CDCs to act upon local cardiac tissue to

resolve injury. We contend that this is well above the injected fraction, even in best case estimates. More on this in the following PK analysis.

But let's ignore this for now. Let's consider the current deramiocel MoA as proposed by Capricor.




They assert that the therapy, through exosomes and growth factors contained within the cell, are anti-fibrotic, immunomodulatory and anti-inflammatory.

First, the claim of anti-inflammatory activity conferring clinical benefit. CDCs have been studied in many models by many different researchers but few are able to demonstrate efficacy that Capricor claims for cardiac tissue. In particular, we see this Spanish group was unable to observe a difference in efficacy for CDCs or extracellular vesicles (exosomes) compared to placebo when injected directly into the pericardial sac on the heart of swine post-infarct.

Below we can see that there is no difference to the functional activity of the heart in CDC vs placebo group. In particular, we note the remarkably comparable outcome for placebo and treatment arms in LVEF, the primary endpoint in the upcoming HOPE-3 clinical trial.




Next, we see the notably consistent readouts for known inflammatory cytokines such as TNFa, IL1b, IL6, IFNa and IL12. For an agent to be anti-inflammatory one would expect to see reductions in known inflammatory signalling cytokines.




In this study they were unable to observe any differences between several markers on the panel and thus were unreported, in particular, IL-8. We note this because you may remember that Capricor's slide deck above cites IL-8 as a key marker.

We find this strange, because increased IL-8 is ostensibly pro-inflammatory via recruitment of neutrophils to the site of inflammation which produce ROS and secrete proteases. We would also expect to see a suppression of NF-kB, but other studies have shown that CDCs do not downregulate NF-kB. So, unfortunately, Capricor's own slide

deck seems to contradict the point it's trying to make in demonstrating a chart of the gene CXCL8 being upregulated by CDCs compared to some control.




Worse yet, IL-6 gene expression is upregulated in CDCs, according to Capricor's in vitro batch release studies for CAP-1002[9]. CXCL6, is a small cytokine belonging to the CXC chemokine family which elicits its chemotactic effects by interacting with CXCR1 and CXCR2 which are pro-inflammatory chemokine receptors. It has also been found to be a valid marker for Capricor's CDCs[10]. Using single-cell RNA sequencing (sc-RNAseq), several chemokines (CXCL6, CXCL1, CXCL8, CXCL3, CXCL5, CXCL2), interleukins (IL1B, IL1A, IL24, IL6, IL32, IL6ST, IL11, IL1R1) and TGFB1/TGFB2 were found, suggesting that CDCs secrete immunomodulatory molecules[11]. As we noted previously in the figure above by Marban and colleagues, IL-1B and IL-6 if anything are slightly overexpressed in CDCs groups and are pro-inflammatory.

Moreover, a Spanish group preclinical study has confirmed the potential pro-inflammatory effects of CDCs[12]. Cristiomo et al, as well as a Brazilian group Kasai-

Brunswick et al. found these cells to be of limited value in infarction and cardiac failure showing no clinical improvement in these animal models[12,13].

All of this paints a very confusing picture on the MoA. We would recommend Sara Nayeem's post on X for further guidance on this topic, which co-founder Dr. Marban seems to agree with! This is encouraging, and we hope the MoA can be elucidated before BLA resubmission.




Type your email... Subscribe

# Pharmacokinetics/ Pharmacodynamics

Moving onto the pharmacokinetics of deramiocel, we find there to be a lack of pharmacokinetic analysis and we are also troubled as it is a purportedly registrational data package. Quantifying cellular counts and activity in vivo is critical to demonstrating biological plausibility, and there is no lack of technology to this end with flow cytometry based PK models being widely employed in industry.

We can look to Qi et al. 2022 for an example of how the CAR-T field approaches the problem of pharmacokinetics in cellular therapy[14].


A
Proliferation
Effector CAR-T cells
Rapid contraction
Distribution
Natural death
Memory differentiation
Memory CAR-T cells
Memory death
B
Distribution
(1 - 3 days)
Expansion
(1 - 2 weeks)
Contraction & Persistence
(varies, up to 5 years)
Circulating CAR T cells
(normalized)
100
10
1
Cmax

Time post-infusion

Beyond the cells themselves, simply making an attempt to quantify the exosome species in CDCs would go a long way towards meaningfully convincing the public of this product's efficacy *in vivo*.

We can also consider the FDA guidance page on Cell and Gene therapies. In particular, we note the guidance on Potency Assurance for Cellular and Gene Therapy Products. So it is certainly possible and ostensibly required for a company like Capricor to have gone through this exercise as they prepare for a pivotal readout. We note that they are interested in investigating this issue with a recent job posting:




However the lack of such data going into a BLA resubmission is genuinely surprising for a publicly traded company. PK/PD data in our opinion is something that is established with initial phase 1 data, not after nearly a dozen clinical trials.

Moving onto the PK analysis we conducted; we mentioned previously that an apt analogy to the CDC MoA here is a Russian doll. This is because CDCs are said to carry

exosomes, which carry payloads, which act upon the cardiac tissue and reduce inflammation.




This of course brings up a question of: why not deliver the payload more efficiently? Why not directly couple an oligo, or a chemokine, or any payload of interest to a well known carrier like an antibody and drug the patient with that instead?

We note the language from Capricor suggesting that the future directions of the company may be in leveraging exosomes. Engineered variants may see some improved utility but wild type exosomes have not been found to have drug-like properties.

As we noted previously, they have a heterogeneous distribution of payload with many exosomes containing nothing, and some carrying more than one copy of the desired payload. Further, they have a 7 minute half-life (or 2-4 minutes, according to Morishita 2017) making them unable to circulate in vivo for extended periods of time and engage a target of interest[15,16]. This is extremely problematic as we established earlier, since the payload will be dropped to no effect if not immediately adjacent to target tissues, and even then, we predict very little actual drug makes its way into any cells.

Lastly, they lack any tropism for a cell type and therefore must be proximal to the site of interest (extracellular, intracellular, whatever the target is) to have any activity.

But let us again suspend our disbelief, let us consider the case of a miRNA payload Y-RNA. We assume that ~1% of CDCs end up at the heart (we will not model for the permeability issue with the pericardium). Then, let's use Dr. Marban's estimate of payload uptake in the heart shown previously for healthy conditions (~1%), and even their more generous estimate of uptake under injured heart conditions (~10%), despite DMD patients not fitting this categorization explicitly.

Then, let's model for:

- $f_{heart}$ fraction of CDCs near the heart[17]
- $N_{CDC, IV}$ Number of cells injected through IV
- s the exosome secretion rate per cell cg[18,19]
- c cargo per EV distribution
- u fraction of EVs taken up by the heart cells[8]
- ε fraction of payload acting upon the cell
- T effective interaction time

From here we have a model:

$$Functional\ copies\ in\ heart = N_{CDC,IV} \cdot f_{heart} \cdot s \cdot c \cdot u \cdot \varepsilon \cdot T$$

With this we can assign values to each variable:

| Variable | Definition | Value | Reasoning |
|---|---|---|---|
| $N_{CDC,IV}$ | Number of cells injected through IV | $1.5 \times 10^8$ cells | HOPE-2 dose |
| $f_{heart}$ | fraction of CDCs near the heart | 0.01 (1%) | Bonios et al 2011 rat PET study |
| s | the exosome secretion rate per cell | 60 EV/cell hr | Chiu 2021 single-cell data, Kaluri review 2020 |
| c | cargo per EV distribution | 1 copy per EV | Generous mid-point of various studies |
| u | fraction of EVs taken up by the heart cells | 0.10 (10%) | DUST method study Ciullo 2022 |
| ε | fraction of payload acting upon the cell | 0.10 (10%) | Typical cytosolic escape efficiency estimate |
| T | effective interaction time | 24h | Pre-clin dwell ranges |

Running this math yields $2.16 \times 10^7$ copies. So 21m functional cargo molecules delivered to the myocardium.

With this model, we can assume that there is an amount of payload required to act upon the cells in the heart to cause an effect. We propose that this is $9 \times 10^9$ copies. This is because we assume that $3 \times 10^6$ macrophages in the area of the left ventricle would require $3 \times 10^3$ copies per cell.

Thus, we can calculate target engagement:

$$Efficacy\ fraction = \frac{2.16x10^7}{9x10^9} = 0.0024 = 0.24\%$$

This result is quite problematic from a PK perspective, for many reasons. Giving even 10x the dose would suggest that only 2.4% of the efficacy dose is achieved locally in the heart, even 100x going to 24% is quite low.

We would also suggest that our model is *generous* in many our assumptions given the literature for each variable- in particular, the cargo per EV could reasonably be lowered to 0.1 copy per EV given that many EVs contain no cargo, and we are unsure about the copy number being high given the lack of data to support that notion.

Further, these are deceased patients (organ donors) they are harvesting cells from and then culturing in vitro. We assume at least some apoptosis and no circulation of blood to the tissue and thus without the full repertoire of endogenous cellular machinery available from circulation we're unsure that these cells could continue producing their exosome payloads. Indeed we have not seen characterization data for the exosomes contained within the CDCs made by Capricor.

Beyond this, the fraction of the EVs taken up by the heart cell could be significantly lower than 10%, which was inferred from the Marban et al DUST study which purports a higher uptake due to acute injury in patients. DMD patients likely do not possess this acute injury phenotype, nor do we have measurements showing they do, therefore as per the same study this could safely be assumed to be 1% not 10%, reducing the payload delivery another 10 fold.

Therefore we have no strong evidence that the dosing in the trial would act upon the cardiac tissue and cause a clinically meaningful effect, let alone the entire skeletal muscle system which could require 100-1000x more dosing of CAP-1002 to be effective by our calculations.

However it seems that even Capricor acknowledges these issues of biodistribution in earlier versions of their presented material, like this slide deck from 2018, where they argue that the localization of CDCs in the lungs is a good thing, and which turns them into a "factory" for paracrine signaling.




Of course, this does not make sense given what we know about the half-life of exosomes, their payloads, and the lack of any binding moiety against the target tissue. If Capricor tries to argue that they bring systemic anti-inflammatory+anti-fibrotic+immunomodulatory benefit to patients to heal patients they would require doses of deramiocel unseen in the clinic and perhaps impossible to produce.

Thus there is no compelling rationale for the several proposed mechanisms of action and it is simply not possible for deramiocel to have a clinically meaningful effect on DMD patients.

# Pre-clinical Work

A review of the preclinical research is notable for the use of female mdx mice as a DMD model of disease. Indeed, much of Marban's preclinical motivation for using CDCs in DMD stems from their work in mdx mice[20–22]. However, it is known the mdx C57BL/10ScSn-Dmd has a milder phenotype and doesn't fully replicate the human DMD severity particularly the more advanced non-ambulant patients.

This is because mice can compensate for missing dystrophin with utrophin whereas in humans this is limited. Consequently therapies often appear more effective in these mdx mice than they would in a truly severe dystrophic context such as mdx/utrn -/- mice. It is telling how some therapies show benefits if given early in mdx mice yet fail

to help “aged” mdx mice with more advanced pathology. For instance, in one study by Chun et al, direct injection of vessel-derived stem cells prevents dilated cardiomyopathy if given prior to development of DCM but in more advanced mice such as non-ambulant DMD patients, it lead to no functional improvement in echocardiography and actually exacerbated some features of DCM[23].

More broadly, guidelines regarding the use of mouse models of DMD have been published. In one such guideline, it recommends the use of male mdx where possible which makes intuitive sense as this is an X-linked disease. However, in their seminal preclinical paper justifying the switch from intracoronary to systemic administration of CDCs for DMD rather than post-MI, the Marban used female mdx mice which raises suspicion about their findings[21].

Beyond this, we see that other groups have failed to replicate the work of Marban and Capricor, such as the Spanish and Brazilian groups we mentioned earlier.

Type your email... Subscribe

# Duchenne Muscular Dystrophy & Functional Treatments

To take a quick step back, Duchenne muscular dystrophy (DMD) is caused by mutations or deletions in any of the 79 exons encoding the large dystrophin protein, which is essential for maintaining the muscle fibers’ cell membrane integrity and their ability to function normally. Dystophin is essentially a molecular spring or shock absorber by protecting the muscle fibers from damage during contraction via the actin filaments. These mutations alter its ability to act as a spring and thus lead to systemic muscular impairments.






Despite many industry efforts, only corticosteroids and a histone deacetylase inhibitor (givinostat) have conclusively demonstrated benefit in controlled trials. These improve functional endpoints, but not ventricular function or height.

Failures are just as important to understand the disease, so we have compiled a list of drugs that failed to show definitive evidence of benefit in controlled trials (despite some being approved).

| Therapy / Mechanism | NCT number(s) |
|---|---|
| Eteplirsen, Drisapersen (exon 51 skipping) | NCT01396239; NCT01540409; NCT02255552; NCT01462292; NCT01254019 |
| Viltolarsen (exon 53 skipping) | NCT04060199 |
| PF-0693992, Elevidys (AAV9 micro-dystrophin) | NCT04281485; NCT05096221 |
| Talditercept alfa, Domagrozumab (myostatin inhibition) | NCT03039686; NCT02515669; NCT02310763 |
| TAS-205 (PGD2 inhibition) | NCT02752048 |
| IGF-1 | NCT01207908 |
| Pamrevlumab (connective tissue growth factor inhibitor) | NCT04371666; NCT04632940 |
| Edasalonexent (NF-κB inhibition) | NCT03917719; NCT03703882; NCT02439216 |
| Tadalafil (PDE5 inhibition) | NCT01865084 |
| L-citrulline and Metformin | NCT05291091 |
| Idebenone (Electron carriage in the mitochondrial electron transport chain) | NCT01027884 |

In addition, a range of stem cell therapies including bone marrow derived autologous cells (NCT01834066), myoblasts transplantation (NCT02285673), mesangioblast transplantation, and human umbilical cord mesenchymal stem cells transplantation have been tried in small DMD clinical trials with poor results.

It is important to re-iterate that these prior cell transplant strategies have failed in DMD, even in studies where they are injected locally in the skeletal muscle. Thus there is little biological rationale supporting the idea that giving intravenous cell therapy derived from cardiac tissue will meaningfully improve patient outcomes in DMD. Particularly as the therapy is not regenerating skeletal muscle or improving dystrophin function in patients.

We are willing to consider that there may be *some* therapeutic properties to EVs secreted by CDCs. But we lack compelling pharmacokinetic data to conclude that there is a pharmacologically relevant amount of these so-called therapeutic payloads contained in CDCs delivered by Capricor. It may also be that these clinically relevant doses are in fact toxic.

Even on the notion of improving cardiac outcomes for patients (reducing LVEF degradation), we doubt that CAP-1002 is meaningfully improving patient outcomes. With the significant immunogenicity concerns we find its use unethical when several other classes of drugs exist to help delay cardiomyopathy in patients.

These include ACE inhibitors, Angiotensin II receptor blockers (ARBs), Mineralocorticoid receptor antagonists (MRAs) and beta blockers to name only the most commonly used and trial validated options. Many of these options are used off-label as they do not have an FDA approval in DMD specifically, but the clinical trial data is quite clear. They have clearly established a clinical benefit to DMD patients and their use is endorsed by:

> ● DMD Care Considerations 2018[24–26]
>
> ● 2018 & 2023 Neuromuscular and Cardiology consensus guidelines
>
> ● American Heart Association Scientific Statement on Cardiac Involvement in Neuromuscular Disease (Feingold et al., Circulation 2017) [27]
>
> ● Adult North Star Network (ANSN) Consensus Guideline for Adults With DMD (2021)[28]
>
> ● ACTION Muscular Dystrophy Committee Consensus – "Cardiac treatment for Duchenne muscular dystrophy" (Cardiology in the Young, 2025) Cardiology in the Young[29]
>
> ● Parent Project Muscular Dystrophy (PPMD) "Duchenne Muscular Dystrophy Standards of Care 2018" summary
>
> ● Adorisio et al. 2020 – "Duchenne Dilated Cardiomyopathy: Cardiac Management" (J Clin Med)[30]

As such, we believe it would be unethical if patients enrolled in a DMD study with a novel agent while not receiving the SOC which clearly includes these agents. Unfortunately, we don't know precisely which concomitant medications patients in this study are on since Capricor has not published their use on both the HOPE-2 and HOPE-3 trials despite collecting this data.

We believe the purported benefit observed on cardiac endpoints are largely attributable to the use of these other well established cardioprotective agents as we will discuss in more detail below.

# Review of Clinical Data

Having been through 11 clinical trials and two in DMD, much information can be gathered from the available data. We thought it appropriate to give a quick rundown of the initial few trials, and a long breakdown of the HOPE-2 trial leading into this HOPE-3 readout.

### ALLSTAR Trial (NCT01458405)

This was a 12-month randomized, double-blind, placebo-controlled phase I/II trial of Deramiocel after Myocardial Infarction and Ischemic Left Ventricular Dysfunction (n=135) conducted by Capricor in partnership with Janssen Pharmaceuticals. The study was terminated for futility, and Janssen promptly terminated their partnership and returned Deramiocel to Capricor. The intervention was administered through a single intracoronary infusion of 25 million CDCs.

The results were as follows:

| Endpoint | p value | Notes |
|---|---|---|
| Myocardium Mass Infarct Size (@ 12 months) | 0.65 | |
| LVEF | 0.63 | Favored placebo |
| LVEDV (@ 12 months) | 0.62 | |
| LSESV (@ 12 months) | 0.91 | |
| Scar Tissue (@ 12 months) | 0.78 | |
| Viable Mass (@ 12 months) | 0.83 | |
| Function of region receiving Deramiocel (@ 12 months) | No Change | |
| 6MWT (@ 12 months) | 0.46 | |
| MLHFQ (@ 12 months) | 0.92 | |
| SF-36 (@ 12 months) | No Change | |
| NT-proBNP (@ 12 months) | 0.48 | |

As we can see, they failed to impart any clinical benefit in any measured category of interest.

### ALPHA Trial (NCT03145298)

This was a randomized, double-blind, placebo-controlled phase I study of Deramiocel in Pulmonary Hypertension (n=26).

The results were as follows:

| Endpoint | Effect |
|---|---|
| 6MWT | No Change |
| DLCO | No Change |
| Creatinine | No Change |
| BNP | No Change |
| MRI RVEDV, RVEDVI, RVEF | No Change |
| Echo RV FAC, TAPSE | No Change |
| R H Cath PA Sys, PA Mean, CI, PVR, RAP | No Change |

Here we see a similar failure. Why do we show these trial results? Because they show that deramiocel has never been able to show clinical benefit in heart-related conditions.

## HOPE Trial (NCT02485938)

This was the first phase II randomized, standard-of-care-controlled, open-label study of Deramiocel conducted in DMD patients (n=25). The primary endpoint was a mixture of clinical laboratory, hematological and ECG parameters, vital signs, and number of patients with clinically significant change from baseline in cardiac physical examinations – at months 6 and 12. Other pre-specified endpoints include LVEF, circumferential strain, PUL total score (including and excluding shoulder), among others. Here, 25 million Deramiocel CDCs were administered directly into each of the three left ventricle cardiac territories (anterior, lateral, inferior/posterior, totaling 25 million CDCs each) via catheter, totalling 75M CDCs in this one time injection.

The results are summarized below:

| Endpoint | Effect | Notes |
|---|---|---|
| Systolic & Dystolic blood pressure | No Change | |
| Heart rate, respiratory rate, temperature | No Change | |
| ECG Parameters | No Change | |
| Ventricular rate | No Change | |
| LVEF, LVEDV, LSESV | No Change | |
| LGE Scar Tissue Mass | No Change | |
| LV LGE | No Change | |
| Circumferential Strain | No Change | |
| Peak expiratory flow, FEV1, predicted FVC, FVC | No Change | |
| Predicted forced expiratory flow (25%-75% of FVC) | No Change | |
| PODCI (parent and participant responses) | No Change | |
| DMD biomarkers | No Change | |
| 6WMT (n=4) | p=0.0008 | Favored placebo |
| Pediatric quality of life inventory total summary score | Stat sig | |
| PUL excluding shoulder (@ 6 months) | p=0.3399 | |
| PUL excluding shoulder (@ 12 months) | p=0.2674 | |
| PUL including shoulder (@ 12 months) | p=0.07 | Favored placebo |

Overall, these results show no clinical benefit to the drug arm in any metric measured. Given that these cells were infused directly into the coronary arteries, it is difficult to imagine a more direct delivery method for the EVs of the CDCs to work upon the cardiac tissue. Thus these results substantially undermine the hypothesis that CDCs offer a clinical benefit to cardiac function in DMD patients.

### HOPE-2 Trial (NCT03406780)

HOPE-2 is the study we will spend the most time discussing as it is the most recent clinical trial and most relevant as it was the sole study used for Capricor's BLA submission which was recently given a CRL. It is also the study used as the basis for launching the HOPE-3 study, which will be reported soon and used to supplement the BLA submission and seek approval once more.

HOPE-2 was a randomized, double-blind, placebo-controlled study of Deramiocel in DMD patients (n=20), this time with repeated IV infusions of the drug. Patients

received 150M CDCs (double HOPE dose) every 3 months for 4 total doses. The trial was designed and powered for enrollment of 80 patients, but after enrollment hit 20 patients, Capricor cited financial constraints and stopped taking more patients onto the study. This raises many concerns as it was therefore not adequately powered to show a change and this is a smaller study than the original HOPE study. It is also interesting to note that this cut to enrollment was **after** an interim futility analysis.

CAP-1002-DMD-02
Protocol Amendment 5.0

Allogeneic Cardiosphere-Derived Cells
27-Sep-2019

**14.6.3. Interim Analysis for Futility**

The pre-specified interim analysis was performed. Following the interim analysis, further enrollment in the trial was terminated. No further interim analyses are planned.

The May 13, 2020 topline initially reported a p=0.05 exactly stat sig on PUL2.0, which was a secondary endpoint. But the primary endpoint mid-PUL1.2 failed to hit stat sig, reaching p=0.08.

**Capricor Announces Positive Top-Line Final Results from HOPE-2 Study in Patients with Duchenne Muscular Dystrophy Treated with Lead Candidate CAP-1002**

May 13, 2020 7:00 am EDT

Download as PDF

*-One-Year Results from Randomized, Double-Blind, Placebo-Controlled Study Demonstrate Improved Performance of Upper Limb (PUL) 2.0 (p=0.05)-*

**Top-Line Efficacy Data:**

| | 12-month Time-point | | |
|---|---|---|---|
| | CAP-1002 n=8 | Placebo n=12 | p-value |
| Upper Limb Function | | | |
| Mid-level PUL (version 1.2) | -2.1 (3.63) | -4.9 (2.57) | p=0.08 |
| Shoulder + Mid + Distal PUL (version 1.2) | -2.3 (3.86) | -6.4 (3.84) | p=0.03 |
| Shoulder + Mid + Distal PUL (version 2.0) | -1.3 (2.14) | -3.7 (1.50) | p=0.05 |

This is interesting because we wanted to see if we could replicate these results from the known data. We started by looking at the raw data found in the appendix of the HOPE-2 study, using the spaghetti plots.

## Baseline PUL

**Figure S7. PUL 1.2 mid-level Dimension (Spaghetti Plots of Raw Scores vs. Time).**

Spaghetti plots of PUL 1.2 mid-level raw scores vs. time for CAP-1002 (Blue on left) and placebo (orange on right).




With this labelling, and knowing that PUL values are reported in integers we can reduce this "guessing game" to a brute forceable math problem.

**Figure S7. PUL 1.2 mid-level Dimension (Spaghetti Plots of Raw Scores vs. Time).**

Spaghetti plots of PUL 1.2 mid-level raw scores vs. time for CAP-1002 (Blue on left) and placebo (orange on right).




Looking at the 12m endpoint we are aiming to read their data off the graph and replicate the values required to generate a p-value of 0.08. We know the drug arm has

n=8 patients being evaluated and the placebo arm has n=12. We also know the mean and SD reported at -2.1 (3.63) for CAP1002 and -4.9 (2.57) for placebo. We can easily identify 7 lines going into the drug arm and 8 going into the pbo arm.

We went ahead and determined the integer values for all 7 patients in pbo arm and 8 pbo arm patients, and tried to fill in the gaps to reproduce the values reported by Capricor. Since we know the finite set of integers which are possible, filling in the missing value is a matter of trying a number between 1 and -2. The only number that works even close is -2 which yields a reasonable mean to match but SD is off. Similarly, we can repeat this process with the pbo arm and find a set which works for mean but not SD. It is mathematically impossible to arrive at the SD values they report given the mean they report with it.

| | CAP1002 12m | published | pbo 12m | published |
|---|---|---|---|---|
| | 1 | | -2 | |
| | 0 | | -2 | |
| | -1 | | -2 | |
| | -1 | | -3 | |
| | -2 | | -3 | |
| | -2 | | -4 | |
| | -2 | | -6 | |
| | -10 | | -6 | |
| | | | -7 | |
| | | | -7 | |
| | | | -7 | |
| | | | -10 | |
| n= | 8 | | 12 | |
| mean | -2.125 | -2.1 | -4.917 | -4.9 |
| SD | 3.140 | 3.63 | 2.499 | 2.57 |
| p-value | | | 0.067 | 0.08 |
| rank order p-value | | | 0.0133 | 0.014 |

So this is weird for a few reasons. We can't replicate their data from their own plots, indicating that at least one of these numbers they shared is wrong. We don't know which one, but at least one is wrong. If your numbers are wrong, your integrity is in question.

It's especially weird, because on Sep 24, 2021 they changed the p-value to 0.04 on PUL2.0, and declared that the PE was actually mid-PUL1.2 with p=0.014, per the PR and Lancet paper. This is using the new, post-hoc, % rank order statistical scheme.

## Capricor Therapeutics Announces Positive Final Data From its Phase 2 HOPE-2 Trial in Patients with Duchenne Muscular Dystrophy Treated with CAP-1002

September 24, 2021 7:00 am EDT

Download as PDF

*–Trial Met its Primary Efficacy Endpoint of Mid-level Performance of Upper Limb (PUL) v1.2 (p=0.01)–*

*–Additional Positive Endpoints of Full PUL v2.0 (p=0.04) and Cardiac Endpoint of Ejection Fraction (p=0.002)–*

Why did they do this? They suggest that due to a normality violation in the cohort, a % rank method was better to use to account for the "extreme" outliers present in the drug arm.

**Figure S2. Histogram of MMRM Residuals of PUL 1.2 mid-level.**

Residuals are broken out by Placebo (orange) and CAP-1002 (blue). Lines are a guide to the eye, and do not represent a fitted distribution. Results of Shapiro-Wilk test are given as a p-value for each treatment arms in the annotation.




Indeed, the Shapiro-Wilk test supports this claim as the data shows a failure to align with normality in the drug arm. However we would remind the reader that Capricor halted the study and reduced total enrollment to 20 instead of the planned 84. We would also remind the reader that baseline imbalances exist on the basis of PUL entry score in the HOPE-2 study, and quite possibly for cardiac medication as well.

| | CAP-1002 group (n=8) | Placebo group (n=12) |
|---|---|---|
| Ambulatory status | | |
| Non-ambulatory | 7 (88%) | 11 (92%) |
| Ambulatory | 1 (13%) | 1 (8%) |
| PUL entry score | | |
| 4–5 | 2 (25%) | 6 (50%) |
| 2–3 | 6 (75%) | 6 (50%) |

This statistical change to % rank order took the mid-PUL1.2 readout from not stat sig, to stat sig.

We also want to note that the disease baseline difference likely introduced a floor effect on the drug arm as the lower entry score relates more closely with patients who are late-stage non-ambulatory patients.

This is important specifically in the context of the PUL1.2 score as it is extremely sensitive to loss of function in the elbow (the difference between entry 2-3 and 4-5). Thus, patients who are lower (2-3) have already lost elbow function are unlikely to see a dramatic loss of score in the 12m period as compared to stage 4-5 patients who have yet to lose such functionality. Scores 2-3 compare to roughly 25-40 on the 74pt scale, and 4-5 are roughly 45-55 on the same scale.




***Figure 1:*** **PUL entry items**
Brooke Upper Extremity Scale values are also shown for comparison. PUL=Performance of Upper Limb.

The total combined PUL1.2 scale itself ranges from 0-74, with shoulder being up to 16pts, elbow being 34(!) pts, and wrist/ distal being 24 pts. Obviously, loss in elbow function will show the most impact to overall score and in particular the mid-level PUL1.2 portion which is the primary endpoint of the HOPE-2 trial.

Therefore this is a clear imbalance at baseline favoring the drug arm as it introduces a floor effect (less room to fall) compared to the placebo arm with patients on the verge of losing mid-level functionality.

Because we are only examining changes from baseline the graphs look worse than they otherwise would if we account for baselines in an ANCOVA model or if enrollment had been permitted to continue and achieve normality in both arms.

We can actually prove that the baseline is imbalanced at specifically the mid-level PUL capability by comparing PUL1.2 and PUL2.0. These tests are quite similar, but the key difference is in the fact that 2.0 introduces more range to patients who've lost elbow functionality. Thus later stage patients are more accurately captured in the 2.0 system as compared to the 1.2 system.




And here from the Lancet paper we see that in every single PUL2.0 metric CAP-1002 fares worse when compared to PUL1.2 scores. So we believe that a baseline imbalance accounts for all of the observed difference between the drug and pbo arm in this particular metric.

## LVEF and Baseline Medications

Beyond the functional assessment by PUL, we considered the improvements noted to cardiac endpoints. We were curious about these especially because we see that the clinicaltrials.gov page was not updated to include these cardiac endpoints after the September 2019 update.

**Outcome Measures**

| | | |
|---|---|---|
| **Primary Outcome Measures** | 1. | Change in the mid-level (elbow) dimension of the Performance of the Upper Limb (PUL)<br>The PUL includes functional tasks that relate to activities of daily living that are very important for quality of life. The PUL has been validated for the assessment of upper limb motor function in individuals with DMD.<br>[Time Frame: Month 12] |
| **Secondary Outcome Measures** | 1. | Change in the mid-level (elbow) dimension of the PUL<br>The PUL includes functional tasks that relate to activities of daily living that are very important for quality of life. The PUL has been validated for the assessment of upper limb motor function in individuals with DMD.<br>[Time Frame: Months 3, 6, and 9] |
| | 2. | Change in regional systolic left ventricular wall thickening as assessed by cardiac MRI<br>Systolic thickening is thought to be a principal mechanism of cardiac output generation in people with DMD.<br>[Time Frame: Months 6 and 12] |

But then did include these updates finally in the Jan 2025 update. The 2019 update to the SAP increased the number of discrete endpoints from just 3 to over 25 (over 50 with repeat sampling every 3m), but by 2025 they had reduced this to just under 20. This is of course problematic because a fundamental rule of statistical testing in a randomized controlled study is that you can't test too many hypotheses without incurring Type-1 error. Thus, by testing so many different hypotheses you are bound to hit on at least one. They explicitly state in the SAP that these results are nominal and not multiplicity adjusted; therefore they are only hypothesis generating and not approvable.

Besides the dubious statistical inferences we can draw from HOPE-2 cardiac endpoints we also must consider the baseline use of medications in the HOPE-2 study. This is important as we consider cardiac endpoints because heart medication can significantly alter the outcomes for patients.

As we had mentioned previously, some medicines have already demonstrated clinically validated cardioprotective benefits. Multiple agent classes are already recommended in DMD including ACE inhibitors, Angiotensin II receptor blockers (ARBs), Mineralocorticoid receptor antagonists (MRAs) and beta blockers. These drugs have meaningfully improved LVEF outcomes for patients. Kisel et al in 2023 reminds us that DMD patients in ACEi and beta blockers had much slower LVEF decline over a follow up period of over 11yrs on avg, with an average decline of 4.3% and 5.73%

respectively[31]. That's pretty good! Annualized, that's 0.39% and 0.52% for each. Many more studies replicate the findings that these agents are cardioprotective.

But what about patients on HOPE2?

Sadly, we do not know their concomitant medications as they are not stated in the Lancet paper nor the appendix. This data is collected as per the HOPE-2 study protocol, and this data was also collected and published in the original HOPE study. However it appears to have not been disclosed in the HOPE-2 study despite its obvious importance in ruling out baseline imbalances for cardioprotective agents.

Without knowing that there is parity for baseline medications we can not rule out the possibility that there is an imbalance and it has contributed to the difference observed in LVEF between the two arms.

Outside of these baseline issues with concomitant medications we can note that the measurement of LVEF can have some variance and on such a small data set that this can introduce a potential source of error. The literature shows us that cardiac MRI in DMD has reproducible LVEF measurements with ~2–3% inter-reader variability, meaning that true treatment-related preservation of LVEF in the range of 1–3% per year can be statistically masked without sufficient sample size[32,33]. This is yet another element by which we remain unconvinced of the data presented by Capricor.

## Safety and Immunogenicity

Beyond the issues with efficacy identified above, we find it quite troubling to observe a consistent report of serious safety issues and inconsistent grading of the severity of AEs reported publicly. Per the Study Protocol (Amendment 5.0) , in the HOPE-2 trial 3 (37.5%) patients with immune reactions were observed, including a grade 3 compared to 0 in the placebo arm. This grade 3 reaction was attributed to the DMSO excipient present in the formulation, and the injury was deemed life threatening, requiring hospitalization. A second patient experienced an allergic reaction which was not deemed life-threatening but which did require hospitalization.

On the open label extension (OLE) phase of the trial, a grade 3 event was determined to be an anaphylactic reaction which was considered life-threatening and required hospitalization. These issues persisted throughout the OLE, where they report that 4/13 (31%) have grade 3-4 AEs! This is remarkable because some of these patients had

been exposed previously to the therapy and developed reactions *de novo* to the treatment. Thus there is no effective mechanism currently used by Capricor to predict who may develop such a life-threatening reaction to the therapy.



## OVERVIEW OF ADVERSE EVENTS/SAFETY IN OLE

| AE Categories | CAP-1002 (N=13) n (%) |
|---|---|
| Any TEAE[1] | 12 (92.3%) |
| TEAE by maximum severity[2] | |
| Mild or Moderate (≤ Grade 2) | 8 (61.5%) |
| Severe or life-threatening or disabling (Grade 3 or 4) | 4 (30.8%) |
| Death | 0 |
| TEAE related to IP or administration procedure[3] | 9 (69.2%) |
| TEAE related to IP[3] | 8 (61.5%) |
| TEAE related to administration procedure | 7 (53.8%) |
| Any SAE related to IP or administration procedure | 0 |

AE: adverse event; IP: investigational product; IV: intravenous; TEAE: treatment-emergent adverse event defined as an AE occurring after the initiation of the IV catheter placement for the initial dose of IP.

1. A total of 95 TEAEs occurred by Month 24 in HOPE-2-OLE.
2. Each Subject is counted once by the worst severity. AEs with missing severity are counted as "severe".
3. Each Subject is counted once by the greatest relationship to IP or administration procedure, ie, "probable or possible". AEs with missing relatedness to the IP or IP administration will be considered to have "possible" relatedness. A total of 23 events were considered as related to IP, and 21 related to administration procedure.
4. AEs with missing seriousness are counted as "serious".

The attribution of one anaphylactic reaction is a bit different than the language outlined in Study Protocol Amendment 4.0, which counted two patients as having anaphylactic reactions. With 1 out of 8 (12.5%) having the reaction, and now 2 out of 15 (8+7) (13%), the rate is consistent over the HOPE-2 study and OLE.

| | | |
|---|---|---|
| *No severe allergic reactions were reported in any CAP-1002 trial that required the administration of a single intracoronary dose only. Two subjects, one enrolled in the HOPE Open Label extension (HOPE-OLE) trial and another in the HOPE-2 trial, experienced an anaphylactic reaction during the second intravenous administration of investigational product (CAP-1002 in HOPE-OLE and CAP-1002 or placebo in HOPE-2). Both events required discontinuation of the infusion, were considered life-threatening and required hospitalization. Both subjects were observed overnight and discharged without any sequelae on the following day. Further information about the allergic reactions is found in the Investigator's Brochure and Section 13.2.1.3.* | Consistency with Investigator's Brochure | 5.6.3. Repeat Administrations |

This of course led to a change in the protocol to minimize the risk of anaphylaxis by prophylactically administering other medications to patients at the investigator's discretion.

| | | |
|---|---|---|
| *Prior to each IP infusion, medication(s) will be administered to the subject as determined by the Investigator based on the pre-treatment guidelines (see Section 21.2) and/or institutional protocols to minimize the risk of potential severe allergic reactions such as anaphylaxis.* | To minimize the risk of a potential severe allergic reaction to IP. | 7.1. Overall Trial Design |

And by the time Amendment 5.0 came out, they realized they didn't like the word "anaphylactic", so they simply scratched it out and grouped the incidents with the acute allergic reaction patient.

| Safety and Pharmacovigilance | | |
|---|---|---|
| ~~Two~~ *Three* subjects, one enrolled in the HOPE Open Label extension (HOPE-OLE) trial and *two subjects* ~~another~~ in the HOPE-2 trial, experienced an *acute allergic* ~~anaphylactic~~ reaction during *or after* the second intravenous administration of investigational product (CAP-1002 in HOPE-OLE and CAP-1002 or placebo in HOPE-2). | Administrative update for inclusion of third acute allergic reaction | 5.6.3 Repeat Administration |

Similarly, they didn't like the word "severe" so they scratched it out and replaced it with "acute".

| Description of Change | Rationale / Justification | Section(s) Affected |
|---|---|---|
| To date, significant immune system adverse events have been identified in ~~two~~ *three* subjects, who experienced ~~severe~~ *acute* allergic reactions to CAP-1002 or placebo. | Administrative update for inclusion of third acute allergic reaction | 13.2.1.3 Expected Adverse Events |

They didn't like the wording of this patient reaction either so they just removed it.

| | | |
|---|---|---|
| ~~Both allergic reactions occurred within the first two minutes of the second infusion of IP. While the subject in the HOPE-OLE trial experienced no allergy-related symptoms during the first infusion, the subject in the HOPE-2 trial reported tightness in his throat during the first infusion.~~ | Administrative update for inclusion of third acute allergic reaction | 13.2.1.3 Expected Adverse Events |

| | | |
|---|---|---|
| *A second subject in the HOPE-2 trial experienced an acute allergic reaction during and after the administration of the third IP infusion, which required hospitalization, but was not considered life-threatening. This subject was pre-medicated using the guidelines outlined in Section 21.2 and completed the third IP infusion with no interruption.* | Administrative update for inclusion of third acute allergic reaction | 13.2.1.3 Expected Adverse Events |

Just so we're clear on this point, after the first infusion this patient reported that they had a (mild) symptom of an anaphylactic reaction to the investigator. Capricor then continued treatment for this patient, and even though they took the extra allergy/ immunosuppressive medications prior to infusion three, the patient *still* developed an anaphylactic reaction and was hospitalized.

On a personal level, we are deeply troubled by Capricor's behavior in this regard. Outright removing words like "anaphylactic" and "severe" from the documentation is unethical and we hope patients enrolled in HOPE-3 had the risks of anaphylactic reactions communicated to them prior to enrollment.

## Screening

Patients can make antibodies at any time against the CAP-1002 therapy because CDCs are intrinsically immunogenic to many people. This is because they have proteins on their cell surface which trigger immune reactions. This is like organ donation or stem cell transplants where we usually have patients on immunosuppressants, sometimes forever. The risk of immunological rejection is present and the consequences are quite significant for some people.

Diving into the protocol adjustments a bit more we note that patients are screened and followed for donor-specific anti-HLA antibodies (DSAs) to try to mitigate the immunogenicity risk. If a patient has such antibodies, they will almost assuredly have an immune reaction to the therapy and so they are screened out up-front and should be when a patient tests positive.

To test for this they are using a single-antigen bead (SAB) on the Luminex platform, and assessing the mean fluorescence intensity (MFI) at a central lab. This allows them to see how much a patient's serum 'lights up' the assay, and whether that changes over time.

What's important to know here is that while Capricor can mitigate most patients who *present* with DSAs to a particular lot of CAP-1002 but they can't stop or predict patients who will develop DSAs *de novo* against the therapy. This is precisely what leads to the immune reaction they report in their study, and as we see it can be quite a serious adverse event.

Thus, we believe this potentially significant adverse reaction is understated in the discourse of this agent. As the value calculus of this therapy (like any other) will be relative to existing therapies, we believe the risk of immunogenicity should preclude any chance of approval given the middling efficacy results on both functional movement endpoints like PUL, and the likely confounded cardiac endpoints like LVEF.

Since the company has not mentioned any changes to the formulation it stands to reason that the AEs will continue in the HOPE-3 trial, and we would expect 30-35% to have these grade 3-4 reactions.

Thus with this significant safety risk and well established competitor molecules with established safety and efficacy, we believe deramiocel has a 0% chance of approval in DMD.

HOPE-3

Lastly, as we wrap up the evaluation of the clinical trials by Capricor we want to go over the imminent readout for HOPE-3. This is a double blind, placebo controlled, 1:1 randomized ph3 trial with two cohorts and one dosing regimen, same as HOPE-2 (Q3M). Cohort A will have ~58 patients and uses a deramiocel lot made in Los Angeles, CA whereas Cohort B will have ~44 patients enrolled and drug arm patients receiving the product made at their site in San Diego, CA. Patients can also enroll in the OLEs but we'll focus on the initial readout.

Primary endpoint here is total PUL2.0 at 12m, and the key secondary endpoint seems to be LVEF as assessed by cMRI at 12m. They still list an additional 9 secondary endpoints, we believe in an effort to inflate the probability of hitting on one by virtue of type 1 error.

Interestingly they removed the PUL2.0 readout at 24m in January 2025.

We believe that for several reasons the results shown in the HOPE-2 trial are nearly impossible to replicate in the HOPE-3 trial:

> - Primary endpoint is now the total PUL2.0 score at 12m, less sensitive to loss of elbow function like mid-PUL1.2

> - Unlikely to show a difference between drug and placebo when baselines are balanced in larger n ph3 study
>
> - Regression to the mean
>
> - Cardiac endpoints like LVEF are unlikely to show difference between drug and placebo when baseline concomitant medications are balanced

Beyond these efficacy endpoints, we believe the risk of anaphylactic reactions and dropouts will remain high, confirming deramiocel has an unsafe drug profile for broader use in the market.

Due to the baseline confounding, poor biological rationale, and no demonstrable pharmacokinetic or pharmacodynamic efficacy we predict near zero separation on the PUL2.0 score at 12m, and similar for LVEF at 12m. We also expect Capricor to indulge themselves in spurious sub-group analyses but even so it will be nearly impossible to show a clinical benefit without confounding the analyses.

Even so, they can only be so creative. We are looking for something like: analyzing patients from Cohort A vs Cohort B and calling one a "bad" batch. Analyzing biomarker subgroups. Analyzing a so-called low PUL entry vs high PUL entry. They may simply remove the poor responders entirely from their topline. They may try to run a MAR based imputation scheme to favorably analyze patients who dropped out due to toxicity. All of these are spurious post-hoc adjustments with the simple intention to hide the reality that the results are not significant.

Lastly, we would add that the biggest wild card in our analysis is the possibility of fraudulent activity.

We believe the risks always outweigh the rewards in the context of fraudulently reporting clinical trial results, particularly a phase 3 result which will immediately be submitted for FDA review.

We also note that an investigator on the HOPE-3 clinical trial, Dr. Han Phan, was personally issued a warning letter (WL) from the CDER branch of the FDA for problematic data reporting on a clinical trial.

- **Atlanta, Georgia, United States, 30329**

  Status: **Recruiting**

  Facility: Rare Disease Research, LLC

  Contact:
  - Contact
    - Brenda Almaras
    - 678-883-6897
    - brenda.almaras@rarediseaseresearch.com
  - Principal Investigator
    - Han Phan, MD

There is a distinction between a Form 483 and a Warning Letter, the latter being more serious as it is issued in response to the infractions noted in the 483 after the recipient has had the opportunity to respond. This particular WL issued to Dr. Phan is quite scathing. In particular, they note:

> ● Specifically, at least 11 of the 29 subjects whose records were reviewed during the inspection had additional items administered beyond what was needed to establish the (b)(4) for the (b)(4) assessments at Baseline.
>
> ● It is impossible to retrospectively account for all instances of noncompliance for the 42 enrolled subjects at your site, because of the inadequate and inconsistent documentation of the assessments.
>
> ● As a result, your failure to follow the instructions for establishing a (b)(4) for required assessments raises significant concerns about the interpretability of the study data.
>
> ● Although there was a site assessor who is no longer employed on site, other assessors have not undergone retraining.
>
> ● One of the primary efficacy endpoints for Protocol (b)(4) was the (b)(4) as measured by the (b)(4) assessments. Your failure to correctly administer and score the protocol-required (b)(4) assessments for this (b)(4) study raises significant concerns about the validity and integrity of the data collected at your site.

We believe that since a site investigator has received a WL there will be more scrutiny applied by the FDA to this particular readout. As the consequences of fraud have undoubtedly been communicated to Dr. Phan and the Capricor team this should preclude the possibility of such activity.

The Capricor team has also begun communicating about their work on their next program with exosomes, and so we expect them to rip off the HOPE-3 bandaid soon and focus on that asset going forward without risking the probing eyes of the FDA or SEC in the way Cassava Sciences did.

# CRL

In July 2025 Capricor Therapeutics received a CRL (Complete Response Letter) for their BLA (Biologics License Application) of Deramiocel in Duchenne Muscular Dystrophy (DMD). We applaud CBER for rejecting an unsubstantiated application with significant concerns on efficacy, safety, and manufacturing.

Given this CRL which included the ph2 data, the company has now, finally after having access to topline data for over a year, pivoted to the ph3 data. This is in an effort to resubmit the BLA with the HOPE-3 results and try to convince the FDA that deramiocel deserved an approval in DMD. Some highlights:

### Lack of efficacy

The FDA notes that HOPE-2 did not meet its pre-specified primary endpoint (change in PUL 1.2 mid-level at 12 months) and also failed its pre-specified secondaries. The agency also rejected Capricor's post-hoc cardiac analyses from HOPE-2 and the non-randomized HOPE-2-OLE as insufficient to establish efficacy. On this basis they have the full authority to reject the drug and this is the primary basis from which they issued the CRL.

### 50 secondary end points

The BLA included ~50 secondary/exploratory endpoints (including 26 post-hoc cardiac MRI endpoints) without a pre-specified multiplicity plan. FDA noted that the few nominal signals could be spurious due to inflated Type 1 error, and overall effects were not consistent across cardiac measures. We would add that this is clearly an attempt to obtain a statistically significant results on the basis of type 1 error.

## Manufacturing concerns

Largely redacted from CRL, but an additional form 483 from May 2025 notes troubling findings:

> ○ Qualification/validation gaps: an area/process lacked adequate qualification under dynamic conditions, and simulations did not replicate actual manufacturing layout/conditions.
>
> ○ Trending/analysis of deviations by QA not effectively performed; 27 deviations tied to missing instrument/data entries called out.
>
> ○ Nonconforming products and Corrective Action Reports left past due or lacked extensions **for over 2 years.** Some of these were in direct contradiction to Capricor's own established SOP(s) (SOP CORP-QA-SOP-0166).
>
> ○ ALCOA+ documentation deficiencies- corrections lacking proper notation
>
> ○ Site not maintained in a state of good repair. [redacted] found on the inside of the [redacted] inside the ISO manufacturing room.

a. According to CORP-QA-SOP-0166, 'Deviations and CAPA Management SOP', the trending and analysis of deviations should be performed by the quality unit to identify recurrent issues; however, over a 2-year period, there have been 27 deviations related to missing (b) (4) data incidents observed on the (b) (4) (b) (4). which are used for (b) (4) in the (b) (4).

Despite these concerns, the FDA did not issue a warning letter after a subsequent visit in June but we note that the CRL from July did highlight some manufacturing issues though they were not required to issue the CRL.

We believe there remains substantial work to be done with respect to CQA testing, batch testing, and other critical manufacturing validation that will be required to substantiate a ready-for-market product. This is somewhat evidenced by the very recent publication by Capricor which attempts to satisfy some of the FDA guidance on cell therapy products by coupling manufacturing runs to a so-called mechanism of action[34].

However, Capricor routinely invokes multiple MOAs when describing their product and we have yet to see any evidence coupling anti-inflammatory or immunomodulatory properties with the manufactured lots even in a contrived *in vitro*

assay let alone a more robust *ex vivo* model of cardiac tissue from DMD patients, or, actual clinical trial data free of confounders. In fact the opposite seems to be true as we showed IL6 and IL8 upregulation in CAP-1002 lots, which are pro-inflammatory signals.

# Conclusion

Given this totality of evidence we believe the HOPE-3 clinical trial results will show no difference between drug and placebo arm.

The notion of CDCs as therapeutic agents is largely built on fraudulent data. Marban's colleagues in the field have brought great shame on their institution and have wasted tax payer money by fraudulently presenting pre-clinical data to gain funding and reputational benefits.

The inability of researchers worldwide to replicate the data of Dr. Marban further underscores this point- we could not find CDC research with a pre-clinical benefit that did not have Dr. Marban as a listed author. Indeed, those which did not include Dr. Marban showed no difference between CDCs and placebos.

Further, the biological rationale for CDCs in DMD is lacking as they do not enhance dystrophin production or function and the purported poly-MOA lacks clear causal relationship at the pre-clinical and clinical stage. We have no dose-dependent response (or attempts to show one), no molecular interaction between one or more payloads within the CDCs and cells in the patient's body, no macrophage polarization data, nor any characterization of the pharmacodynamics of deramiocel and its contents. This is deeply troubling for a phase 3 product.

The clinical data remains unconvincing. As we noted, the HOPE-2 trial was clearly confounded by baseline imbalance for disease severity, leading to spurious functional readouts. But even the cardiac endpoints are likely to be similarly confounded on the basis of concomitant medicines which Capricor has categorically refused to publish in the public domain.

The safety data is deeply problematic and their deliberate efforts to remove words like "anaphylactic" and "severe" from the clinical documentation genuinely concerns us. Their way of accounting for patients who explicitly had an anaphylactic reaction and

who were hospitalized shows that the team is willing to engage in unethical behavior in order to cast themselves in a more favorable light at the expense of patients.

Particularly as the DMD community already has multiple agents with demonstrable cardiac protection, and some exciting new agents improving functional outcomes, the risk associated with deramiocel makes it clear that it has no place in the continuum of care.

The FDA is clearly aware of this situation. They already issued a CRL with good reason, and we believe they have many more reasons they left redacted including the manufacturing issues which we believe are substantial and will necessarily preclude Capricor from obtaining approval in this patient population.

We believe the HOPE-3 trial readout is imminent and will make it clear the deramiocel has no place on the market. As such, we believe the market will then value this asset at $0, bringing the total value of the company to its cash.

Based on the Q3 10Q, we note that CAPR has $98.5m in cash, with 45.7m shares outstanding. This means they have roughly $2.18 in cash as of Sep 30, 2025. If we factor in ⅔ of Q4 expenses being spent, this yields a pro-forma cash of $81.3m and $1.78 per share.

Type your email... Subscribe

# References


1. McDonald, C. M. *et al.* Repeated intravenous cardiosphere-derived cell therapy in late-stage Duchenne muscular dystrophy (HOPE-2): a multicentre, randomised, double-blind, placebo-controlled, phase 2 trial. *The Lancet* **399**, 1049–1058 (2022).

2. Messina, E. *et al.* Isolation and Expansion of Adult Cardiac Stem Cells From Human and Murine Heart. *Circ. Res.* **95**, 911–921 (2004).

3. Menasché, P. *et al.* Myoblast transplantation for heart failure. *The Lancet* **357**, 279–280 (2001).

4. Strauer, B. E. *et al.* Repair of Infarcted Myocardium by Autologous Intracoronary Mononuclear Bone Marrow Cell Transplantation in Humans. *Circulation* **106**, 1913–

1918 (2002).

5. Smith, R. R. *et al.* Regenerative Potential of Cardiosphere-Derived Cells Expanded From Percutaneous Endomyocardial Biopsy Specimens. *Circulation* **115**, 896–908 (2007).

6. Chien, K. R. *et al.* Regenerating the field of cardiovascular cell therapy. *Nat. Biotechnol.* **37**, 232–237 (2019).

7. Zhou, B. & Wu, S. M. Reassessment of c-Kit in Cardiac Cells: A Complex Interplay Between Expression, Fate, and Function. *Circ. Res.* **123**, 9–11 (2018).

8. Ciullo, A. *et al.* Biodistribution of unmodified cardiosphere-derived cell extracellular vesicles using single RNA tracing. *J. Extracell. Vesicles* **11**, e12178 (2022).

9. Sun, M. *et al.* Potency Assay Development for CAP-1002: An Allogeneic Cell Therapy in Phase 3 Clinical Trial for DMD.

10. Lewis, M. I. *et al.* The ALPHA phase 1 study: pulmonary ArteriaL hypertension treated with CardiosPHere-Derived allogeneic stem cells. *eBioMedicine* **100**, 104900 (2024).

11. Kogan, P.-S. *et al.* Uncovering the molecular identity of cardiosphere-derived cells (CDCs) by single-cell RNA sequencing. *Basic Res. Cardiol.* **117**, 11 (2022).

12. Crisóstomo, V. *et al.* The epicardial delivery of cardiosphere derived cells or their extracellular vesicles is safe but of limited value in experimental infarction. *Sci. Rep.* **11**, 22155 (2021).

13. Kasai-Brunswick, T. H. *et al.* Cardiosphere-derived cells do not improve cardiac function in rats with cardiac failure. *Stem Cell Res. Ther.* **8**, 36 (2017).

14. Qi, T., McGrath, K., Ranganathan, R., Dotti, G. & Cao, Y. Cellular kinetics: A clinical and computational review of CAR-T cell pharmacology. *Adv. Drug Deliv. Rev.* **188**, 114421 (2022).

15. Smyth, T. *et al.* Biodistribution and delivery efficiency of unmodified tumor-derived exosomes. *J. Controlled Release* **199**, 145–155 (2015).

16. Morishita, M., Takahashi, Y., Nishikawa, M. & Takakura, Y. Pharmacokinetics of Exosomes—An Important Factor for Elucidating the Biological Roles of Exosomes and for the Development of Exosome-Based Therapeutics. *J. Pharm. Sci.* **106**, 2265–2269 (2017).

17. Bonios, M. *et al.* Cardiac Resynchronization by Cardiosphere-Derived Stem Cell Transplantation in an Experimental Model of Myocardial Infarction. *J. Am. Soc. Echocardiogr.* **24**, 808–814 (2011).

18. Chiu, Y., Cai, W., Shih, Y. V., Lian, I. & Lo, Y. A Single-Cell Assay for Time Lapse Studies of Exosome Secretion and Cell Behaviors. *Small* **12**, 3658–3666 (2016).

19. Kalluri, R. & LeBleu, V. S. The biology , function , and biomedical applications of exosomes. *Science* **367**, eaau6977 (2020).

20. Aminzadeh, M. A. *et al.* Exosome-Mediated Benefits of Cell Therapy in Mouse and Human Models of Duchenne Muscular Dystrophy. *Stem Cell Rep.* **10**, 942–955 (2018).

21. Rogers, R. G. *et al.* Disease-modifying bioactivity of intravenous cardiosphere-derived cells and exosomes in mdx mice. *JCI Insight* **4**, e125754 (2019).

22. Rogers, R. G. *et al.* Long-term preservation of muscle function and structure by repeated administration of cardiosphere-derived cells in mdx mice. *Stem Cell Rep.* **20**, 102468 (2025).

23. Chun, J. L., O'Brien, R., Song, M. H., Wondrasch, B. F. & Berry, S. E. Injection of Vessel-Derived Stem Cells Prevents Dilated Cardiomyopathy and Promotes Angiogenesis and Endogenous Cardiac Stem Cell Proliferation in *mdx/utrn −/−* but Not Aged *mdx* Mouse Models for Duchenne Muscular Dystrophy. *Stem Cells Transl. Med.* **2**, 68–80 (2013).

24. Birnkrant, D. J. *et al.* Diagnosis and management of Duchenne muscular dystrophy, part 1: diagnosis, and neuromuscular, rehabilitation, endocrine, and gastrointestinal and nutritional management. *Lancet Neurol.* **17**, 251–267 (2018).

25. Birnkrant, D. J. *et al.* Diagnosis and management of Duchenne muscular dystrophy, part 2: respiratory, cardiac, bone health, and orthopaedic management. *Lancet Neurol.* **17**, 347–361 (2018).

26. Birnkrant, D. J. *et al.* Diagnosis and management of Duchenne muscular dystrophy, part 3: primary care, emergency management, psychosocial care, and transitions of care across the lifespan. *Lancet Neurol.* **17**, 445–455 (2018).

27. Feingold, B. *et al.* Management of Cardiac Involvement Associated With Neuromuscular Diseases: A Scientific Statement From the American Heart Association. *Circulation* **136**, (2017).

28. on behalf of the ANSN *et al.* Adult North Star Network (ANSN): Consensus Guideline For The Standard Of Care Of Adults With Duchenne Muscular Dystrophy. *J. Neuromuscul. Dis.* **8**, 899–926 (2021).

29. Esteso, P., Auerbach, S. & Hayes, E. Cardiac treatment for Duchenne muscular dystrophy: consensus recommendations from the ACTION muscular dystrophy committee. *Cardiol. Young*.

30. Adorisio, R. *et al.* Duchenne Dilated Cardiomyopathy: Cardiac Management from Prevention to Advanced Cardiovascular Therapies. *J. Clin. Med.* **9**, 3186 (2020).

31. Kisel, J. *et al.* Cardioprotective medication in Duchenne muscular dystrophy: a single-centre cohort study. *J. Thorac. Dis.* **15**, 812–819 (2023).

32. Soslow, J. H., Usoro, E., Wang, L. & Parra, D. A. Evaluation of tricuspid annular plane systolic excursion measured with cardiac MRI in children with tetralogy of Fallot. *Cardiol. Young* **26**, 718–724 (2016).

33. Forbes, S. C. *et al.* Skeletal Muscles of Ambulant Children with Duchenne Muscular Dystrophy: Validation of Multicenter Study of Evaluation with MR Imaging and MR Spectroscopy. *Radiology* **269**, 198–207 (2013).

34. Li, Y. *et al.* A Novel In Vitro Potency Assay Demonstrating the Anti-Fibrotic Mechanism of Action of CDCs in Deramiocel. *Biomedicines* **13**, 2652 (2025).

AnthonyStaj's Substack is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

Type your email... Subscribe

10 Likes

## Discussion about this post

Comments Restacks

Write a comment...

Guardian Research Nov 30, 2025

Liked by AnthonyStaj

This is quality work, Anthony. Holy.

LIKE (1) REPLY SHARE

Michael Kavanaugh Dec 12

There's a difference between being right and succeeding sometimes. What I'm saying is you're not wrong. Hopefully you're still in the game.

LIKE REPLY SHARE

**1 more comment...**

© 2026 AnthonyStaj · Privacy · Terms · Collection notice
Substack is the home for great culture

# Post

Martin Shkreli
@MartinShkreli
Replying to @JordanWike55

well, qure, negg and open made me money 😂😂😂😂

10:43 PM · Nov 26, 2025 · **1.6K** Views

4 3 1

**Read 4 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

Post



**Martin Shkreli**
@MartinShkreli

...

do not lie about your data when you present it, @linda_marban. if you do, you will face law enforcement consequences. take it from me, it's just not worth it. lying is wrong. spinning is wrong. just give the real data: good, bad or ugly. prison is not the way. $CAPR @Capricor

10:09 PM · Dec 2, 2025 · **113.8K** Views

53 11 421 61

**Read 53 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

okay first glance is $CAPR changed the pre-defined primary endpoint from mean change to % slowing. linda really wants to visit the bureau of prisons

12:32 PM · Dec 3, 2025 · **52.3K** Views

21 5 208 24

**Read 21 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in
Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

i think CAPR failed. it doesn't say prespecified primary endpoint. they're taking the primary endpoint SCALE and doing post-hoc analyses on it!

12:34 PM · Dec 3, 2025 · **54.4K** Views

26 8 223 29

**Read 26 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

$CAPR 1.2 point improvement on 42 point scale is a 3% improvement vs. placebo -- that can't be stat sig

12:52 PM · Dec 3, 2025 · **66.4K** Views

39 5 229 18

**Read 39 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

while I believe $CAPR is lying about their data, like they have before, this was a bad call and I apologize to anyone who followed me in it. onward and upward!

> **Martin Shkreli** @MartinShkreli · Nov 24, 2025
> My next biotech short is $CAPR. @anthonystaj and I wrote a 46-page report on the issues facing Capricor. In the next, few days the HOPE-3 (aka COPE-3) study will report its data. It will not work. This is the company's only asset.

3:47 PM · Dec 3, 2025 · **502.9K** Views

208 34 1.4K 137

**Read 208 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

December 3, 2025

# Capricor Therapeutics Announces Positive Topline Results from Pivotal Phase 3 HOPE-3 Study of Deramiocel in Duchenne Muscular Dystrophy

- *Pivotal Phase 3 randomized, double-blind, placebo-controlled study (n=106) met the primary endpoint (PUL v2.0) and the key secondary cardiac endpoint (LVEF), both achieving statistical significance (p=0.03 and p=0.04, respectively)*
- *Statistical significance was achieved in all type 1 error controlled secondary endpoints*
- *Results demonstrate clinically meaningful and statistically significant skeletal and cardiac benefits, supporting Deramiocel as a potential first-in-class therapy designed to treat Duchenne cardiomyopathy, the leading cause of mortality in Duchenne*
- *Deramiocel maintained a favorable safety and tolerability profile consistent with prior clinical experience*
- *Company plans to submit its response to the Complete Response Letter incorporating HOPE-3 data, following prior alignment with FDA*
- *Conference call and webcast today at 8:00 a.m. ET*

SAN DIEGO, Dec. 03, 2025 (GLOBE NEWSWIRE) -- Capricor Therapeutics (NASDAQ: CAPR), a biotechnology company developing transformative cell and exosome-based therapeutics for the treatment of rare diseases, today announced positive topline results from its pivotal Phase 3 HOPE-3 trial evaluating Deramiocel, the Company's investigational cell therapy for the treatment of Duchenne muscular dystrophy (DMD).

"HOPE-3 delivered strong and definitive evidence that Deramiocel can meaningfully improve the course of Duchenne muscular dystrophy, demonstrating statistically significant improvements in both skeletal and cardiac function," said Linda Marbán, Ph.D., Chief Executive Officer of Capricor. "These results reinforce the durable benefits seen in HOPE-2 and its open-label extension, which has continued for over 48 months, and highlight the strength, consistency, and reproducibility of Deramiocel's clinical profile after more than a decade of rigorous clinical development. We believe these pivotal study results, in addition to the evidence from the HOPE-2 and HOPE-2 OLE studies, position us to address the clinical issues in the Complete Response Letter received earlier this year, consistent with prior FDA guidance that HOPE-3 results should be sufficient to support regulatory approval."

HOPE-3 is a randomized, double-blind, placebo-controlled, Phase 3 clinical trial evaluating Deramiocel in boys and young men with Duchenne muscular dystrophy. The study randomized 106 participants across 20 leading U.S. clinical sites. Participants received intravenous Deramiocel at 150 million cells per infusion or placebo every three months for a 12-month period. The average age of participants was approximately 15 years, and all were

on a stable corticosteroid regimen throughout the study. Baseline demographics were well balanced between treatment arms, approximately 90 percent were receiving cardiac medications at baseline, and over 75 percent had a clinical diagnosis of cardiomyopathy. Deramiocel maintained a favorable safety and tolerability profile consistent with prior clinical experience.

**Topline Efficacy Results**

| Endpoint | % Slowing of Progression[3] (Deramiocel vs. Placebo) | p-value |
|---|---|---|
| **Performance of Upper Limb (PUL v2.0) Total Score[1]** (Primary, n=105) | 54% | p=0.029 |
| **Left Ventricular Ejection Fraction (LVEF %)[2]** (Key Secondary, n=83) | 91% | p=0.041 |

[1] n reflects the number of patients in the ITT population with evaluable PUL v2.0 assessments at 12 months.
[2] n reflects the number of patients in the ITT population with centrally reviewed and evaluable cardiac MRI LVEF assessments at 12 months.
[3] Percent slowing is calculated as the treatment difference divided by the placebo change from baseline.

“We believe the HOPE-3 PUL results show statistically and clinically meaningful and significant treatment effects on both upper limb function and cardiomyopathy,” said Craig McDonald, M.D., Distinguished Professor of Physical Medicine & Rehabilitation and Pediatrics at UC Davis Health, and National PI of the HOPE-3 trial. “A nearly 54 percent slowing of skeletal muscle disease progression is extraordinary in Duchenne and directly linked to maintaining independence and quality of life in the most severely affected patients with greatest unmet need. The preservation of function reflected in PUL v2.0 translates into real, practical benefits for boys and young men living with this disease, and the effect of Deramiocel on cardiomyopathy will potentially translate to improved long-term survival. The HOPE-3 study is the first-ever Phase 3 trial in a largely non-ambulatory population with DMD to successfully meet its primary endpoint and to support the development of an innovative therapy over many years with this level of impact has been a profound privilege.”

“The cardiac findings from HOPE-3 represent a significant advance in the management of Duchenne muscular dystrophy cardiomyopathy,” said Jonathan Soslow, M.D., MSCI, Professor of Pediatrics (Cardiology) at Vanderbilt University Medical Center. “Cardiomyopathy is the leading cause of mortality in Duchenne, and stabilizing cardiac function has remained a major unmet need. The statistically and clinically significant preservation of left ventricular ejection fraction in patients treated with Deramiocel observed in HOPE-3 underscores the potential of Deramiocel to address one of the most critical aspects of the disease.”

Dr. Marbán continued, “For families living with Duchenne who are looking for therapies that

preserve functional ability, protect the heart and maintain independence, today's results provide real momentum and meaningful progress, offering renewed confidence as we work to advance Deramiocel toward potential regulatory approval."

We expect that detailed HOPE-3 results will be submitted for presentation at a future scientific meeting and for publication in a peer-reviewed journal.

***Conference Call and Webcast***

To participate in the conference call, please dial 1-800-717-1738 (Domestic) or 1-646-307-1865 (International) and reference the conference ID: 52151. Participants can use guest dial-in numbers above and be answered by an operator or click the *Call me*™ link for instant telephone access to the event. To participate via a webcast, please click here. A replay of the webcast will be available following the conclusion of the live broadcast and will be accessible on the Company's website.

***About Duchenne Muscular Dystrophy***

Duchenne Muscular Dystrophy (DMD) is a severe, X-linked genetic disorder characterized by progressive muscle degeneration affecting the skeletal, respiratory, and cardiac muscles. It is caused by the absence of functional dystrophin, a key structural protein in muscle cells. DMD affects approximately 15,000 individuals in the United States and primarily impacts boys. Over time, deterioration of the heart muscle leads to cardiomyopathy and heart failure, which is the leading cause of death in DMD. There is no cure, and treatment options remain limited.

***About Deramiocel***

Deramiocel (CAP-1002) consists of allogeneic cardiosphere-derived cells (CDCs), a rare population of cardiac cells that have been shown in preclinical and clinical studies to exert potent immunomodulatory and anti-fibrotic actions in the preservation of cardiac and skeletal muscle function in muscular dystrophies such as DMD. CDCs act by secreting extracellular vesicles known as exosomes, which target macrophages and alter their expression profile to adopt a healing rather than pro-inflammatory phenotype. CDCs have been investigated in more than 250 peer-reviewed scientific publications and administered to over 250 human subjects across multiple clinical trials.

Deramiocel has received Orphan Drug Designation for the treatment of Duchenne Muscular Dystrophy (DMD) from both the U.S. FDA and the European Medicines Agency (EMA). In addition, it has been granted Regenerative Medicine Advanced Therapy (RMAT) designation in the U.S., Advanced Therapy Medicinal Product (ATMP) designation in Europe, and Rare Pediatric Disease Designation from the FDA, which may qualify Capricor for a Priority Review Voucher upon approval.

***About the HOPE-3 Phase 3 Trial***

HOPE-3 is a Phase 3, multi-center, randomized, double-blind, placebo-controlled clinical trial consisting of two cohorts evaluating the safety and efficacy of Deramiocel in participants with DMD. Non-ambulatory and ambulatory boys who meet eligibility criteria are randomly assigned to receive either Deramiocel or placebo every 3 months for a total of four doses

during the first 12 months of the trial. A total of 106 eligible subjects were randomized in the dual-cohort trial. For more information, please visit ClinicalTrials.gov (NCT05126758).

### *About Capricor Therapeutics*

Capricor Therapeutics (NASDAQ: CAPR) is a biotechnology company dedicated to advancing transformative cell and exosome-based therapeutics to redefine the treatment landscape for rare diseases. At the forefront of our innovation is our lead product candidate, Deramiocel, an allogeneic cardiac-derived cell therapy that is currently in late-stage clinical development for the treatment of Duchenne muscular dystrophy (DMD). Extensive preclinical and clinical data have demonstrated Deramiocel's potent immunomodulatory and anti-fibrotic effects in helping to preserve cardiac and skeletal muscle function in DMD. Capricor is also leveraging the power of its exosome technology, using its proprietary StealthX™ platform in preclinical development focused on vaccinology and the targeted delivery of oligonucleotides, proteins, and small-molecule therapeutics, with the potential to treat and prevent a wide range of diseases. At Capricor, we are committed to pushing the boundaries of possibility and forging a path toward transformative treatments for those in need. For more information, visit capricor.com, and follow Capricor on Facebook, Instagram and X.

### *Cautionary Note Regarding Forward-Looking Statements*

Statements in this press release regarding the efficacy, safety, and intended utilization of Capricor's product candidates; the initiation, conduct, size, timing and results of clinical trials; the pace of enrollment of clinical trials; plans regarding regulatory filings, future research and clinical trials; regulatory developments involving products, including future interactions with regulatory authorities and the ability to obtain regulatory approvals or otherwise bring products to market; manufacturing capabilities; dates for regulatory meetings; the potential that required regulatory inspections may be delayed or not be successful which would delay or prevent product approval; the ability to achieve product milestones and to receive milestone payments from commercial partners; and any other statements about Capricor's management team's future expectations, beliefs, goals, plans or prospects constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements that are not statements of historical fact (including statements containing the words "believes," "plans," "could," "anticipates," "expects," "estimates," "should," "target," "will," "would" and similar expressions) should also be considered to be forward-looking statements. There are a number of important factors that could cause actual results or events to differ materially from those indicated by such forward-looking statements. More information about these and other risks that may impact Capricor's business is set forth in Capricor's Annual Report on Form 10-K for the year ended December 31, 2024, as filed with the Securities and Exchange Commission on March 26, 2025, and in our Quarterly Report on Form 10-Q for the quarter ended September 30, 2025, as filed with the Securities and Exchange Commission on November 10, 2025. All forward-looking statements in this press release are based on information available to Capricor as of the date hereof, and Capricor assumes no obligation to update these forward-looking statements.

Capricor has entered into an agreement for the exclusive commercialization and distribution of Deramiocel for DMD in the United States and Japan with Nippon Shinyaku Co., Ltd. (U.S. subsidiary: NS Pharma, Inc.), subject to regulatory approval. Deramiocel and the StealthX™

vaccine are investigational candidates and have not been approved for commercial use in any indication.

***For more information, please contact:***

**Capricor Media Contact:**
Raquel Cona
KCSA Strategic Communications
rcona@kcsa.com
212.896.1204

**Capricor Company Contact:**
AJ Bergmann, Chief Financial Officer
abergmann@capricor.com
858.727.1755

Capricor

Source: Capricor Therapeutics

Clinical Trials
Arena

News

# Capricor stock soars after pivotal DMD cell therapy trial meets endpoints

Capricor's trial enrolled both ambulatory and non-ambulatory DMD patients.

Abigail Beaney | December 4, 2025

Share



Capricor's stock shot up by 371% after it announced the HOPE-3 data. Image credit: Lightspring / Shutterstock.com.

Cell & Gene Therapy Coverage in *Clinical Trials Arena* is supported by cytiva

Access deeper industry intelligence

Experience unmatched clarity with a single platform that combines unique data, AI, and human expertise.

Find out more

Capricor Therapeutics' stock has soared by more than 370% after a pivotal trial of its Duchenne muscular dystrophy (DMD) cell therapy candidate met its endpoints.

The Phase III HOPE-3 trial (NCT05126758) enrolled 106 patients with ambulatory and non-ambulatory DMD who received either intravenous deramiocel at 150 million cells per infusion or placebo every three months for a 12-month period.

Marketing Solutions

Discover B2B Marketing That Performs

Combine business intelligence and editorial excellence to reach engaged professionals across 36 leading media platforms.

Find out more

In the performance of upper limb (PUL v2.0) total score, there was a 54% difference in the slowing of progression between patients treated with deramiocel versus a placebo. In left ventricular ejection fraction (LVEF), the difference in the slowing of progression was 91%.

The cell therapy maintained a favourable safety and tolerability profile consistent with prior clinical experience.

Dr Craig McDonald, the trial's principal investigator and distinguished professor of physical medicine and rehabilitation and paediatrics at UC Davis Health, said: "A nearly 54% slowing of skeletal muscle disease progression is extraordinary in DMD and directly linked to maintaining independence and quality of life in the most severely affected patients with greatest unmet need.

"The preservation of function reflected in PUL v2.0 translates into real, practical benefits for boys and young men living with this disease, and the effect of deramiocel on cardiomyopathy will potentially translate to improved long-term survival."

Notably, the fact that non ambulatory patients have benefited from the treatment could put Capricor in a good position after a label update for Sarepta Therapeutics' gene therapy Elevidys (delandistrogene moxeparvovec-rokl) removed it as a treatment option for the non-ambulatory population.

Sarepta is seeking a solution to this by enrolling a new cohort into the Endeavour trial, in which non-ambulatory patients will receive sirolimus as well as the gene therapy to mitigate the risk of acute liver injury (ALI) and acute liver failure (ALF). The Endeavour trial was previously linked with two deaths after the gene therapy's dosing in non-ambulatory patients.

### Capricor's bounce back

Capricor was trading at $6.36 at market close on 2 December, with data announced before market open the following day. After the market opened, the stock hit a high of $40.27, but this settled down to a close of $29.96 – a 371.07% rise between each close period.

High share prices will be a huge relief for Capricor after it received a complete response letter (CRL) from the US Food and Drug Administration (FDA) in July 2025, which was published without the company's knowledge in September 2025.

The allogenic cardiosphere-based cell therapy was rejected by the FDA because the HOPE-2 (NCT05126758) and its open-label extension portion "failed to demonstrate efficacy for its prespecified primary ... and secondary endpoints". However, Capricor rebutted this claim in September 2025, noting that the primary endpoint data was analysed with a non-parametric test. This indicated that it needed transforming to reach a statistically significant p value of 0.014.

In announcing the HOPE-3 trial meeting its endpoints, Capricor's CEO Dr Linda Marbán said the new data showcases deramiocel's strong clinical profile.

Marbán said: "These results reinforce the durable benefits seen in HOPE-2 and its open-label extension, which has continued for over 48 months, and highlight the strength, consistency, and

reproducibility of deramiocel's clinical profile after more than a decade of rigorous clinical development.

"We believe these pivotal study results, in addition to the evidence from the HOPE-2 and HOPE-2 OLE studies, position us to address the clinical issues in the CRL received earlier this year, consistent with prior FDA guidance that HOPE-3 results should be sufficient to support regulatory approval."

Capricor said that more detailed HOPE-3 results will be submitted for presentation at a future scientific meeting and for publication in a peer-reviewed journal.

*Cell & Gene therapy coverage on Clinical Trials Arena is supported by Cytiva.*

*Editorial content is independently produced and follows the highest standards of journalistic integrity. Topic sponsors are not involved in the creation of editorial content.*

Share

Hard data and deep insights on clinical trials strategy & operations

Powered by

© GlobalData Plc 2026

akero

novo nordisk®

# press release

## Novo Nordisk has completed its acquisition of Akero Therapeutics

**Bagsværd, Denmark and South San Francisco, CA, US, 9 December 2025 –** Novo Nordisk and Akero Therapeutics Inc. ("Akero") (Nasdaq: AKRO) today announced that Novo Nordisk's acquisition of Akero, announced on 9 October 2025, has been completed.

With the completion of the transaction, Novo Nordisk has acquired all outstanding shares of common stock and common stock equivalents of Akero for 54 USD per share in cash (or aggregated value of 4.7 billion USD) and a non-transferable Contingent Value Right ("CVR"). Each CVR entitles its holder to an additional payment of 6 USD per share in cash (or aggregated value of 0.5 billion USD) upon US regulatory approval of Akero's lead candidate EFX for the treatment of compensated cirrhosis due to MASH.

At the completion of the transaction, Akero became a wholly owned subsidiary of Novo Nordisk. The common stock of Akero will no longer be listed or traded on the Nasdaq Global Select Market.

### About the acquisition

For more information about the acquisition, please see Novo Nordisk's Company Announcement here.

### About Akero Therapeutics

*Akero Therapeutics is a clinical-stage company developing transformational treatments for patients with serious metabolic diseases marked by high unmet medical need, including metabolic dysfunction-associated steatohepatitis (MASH). Akero's lead product candidate, efruxifermin (EFX), is currently being evaluated in three ongoing Phase 3 clinical studies: SYNCHRONY Histology in patients with pre-cirrhotic (F2-F3 fibrosis) MASH, SYNCHRONY Outcomes in patients with compensated cirrhosis (F4) due to MASH, and SYNCHRONY Real-World in patients with MASH or MASLD (metabolic dysfunction-associated steatotic liver disease). The Phase 3 SYNCHRONY program builds on the results of two Phase 2b clinical trials, the HARMONY study in patients with*

**Novo Nordisk A/S**
Global Communication

Novo Alle 1
2880 Bagsværd
Denmark

Tel: +45 4444 8888
www.novonordisk.com

CVR no: 24 25 67 90

*pre-cirrhotic MASH and the SYMMETRY study in patients with compensated cirrhosis due to MASH. Akero is headquartered in South San Francisco.*

### About Novo Nordisk

*Novo Nordisk is a leading global healthcare company, founded in 1923 and headquartered in Denmark. Our purpose is to drive change to defeat serious chronic diseases, built upon our heritage in diabetes. We do so by pioneering scientific breakthroughs, expanding access to our medicines, and working to prevent and ultimately cure disease. Novo Nordisk employs approximately 78,500 people in 80 countries and markets its products in around 170 countries. For more information, visit novonordisk.com, Facebook, X, LinkedIn and YouTube.*

### Contacts for further information

**Media:**

**Ambre James-Brown**
+45 3079 9289
globalmedia@novonordisk.com

**Liz Skrbkova (US)**
+1 609 917 0632
lzsk@novonordisk.com

**Investors:**

**Jacob Martin Wiborg Rode**
+45 3075 5956
jrde@novonordisk.com

**Sina Meyer**
+45 3079 6656
azey@novonordisk.com

**Max Ung**
+45 3077 6414
mxun@novonordisk.com

**Christoffer Sho Togo Tullin**
+45 3079 1471
cftu@novonordisk.com

**Alex Bruce**
+45 3444 2613
axeu@novonordisk.com

**Frederik Taylor Pitter**
+1 609 613 0568
fptr@novonordisk.com

January 20, 2026

Capricor Therapeutics™

# Capricor Therapeutics Provides Regulatory Update on Deramiocel BLA Following FDA Review of HOPE-3 Topline Data

- *FDA has requested the HOPE-3 clinical study report (CSR) as part of the BLA review process*
- *Company expects to submit updates to the BLA in February 2026 to support continued FDA review*

SAN DIEGO, Jan. 20, 2026 (GLOBE NEWSWIRE) -- Capricor Therapeutics (NASDAQ: CAPR), a biotechnology company developing transformative cell and exosome-based therapeutics for the treatment of rare diseases, today provided a regulatory update regarding its Biologics License Application (BLA) for Deramiocel, the Company's investigational first-in-class cell therapy for the treatment of Duchenne muscular dystrophy (DMD).

As previously disclosed, the Company provided topline results from its Phase 3 HOPE-3 clinical study to the U.S. Food and Drug Administration (FDA) in late 2025. Following its review of these data, the FDA has formally requested the full HOPE-3 clinical study report (CSR) and supporting data to address the Complete Response Letter (CRL). The FDA did not request any additional clinical studies or new patient data as part of this request.

Preparation of the HOPE-3 CSR is well underway, and the Company plans to submit the requested materials to the FDA in February 2026. The Company expects that this submission will address the items outlined in the CRL and support continued review of the BLA, including the assignment of a new Prescription Drug User Fee Act (PDUFA) target action date.

"We are actively engaging with the FDA in order to facilitate an efficient review of the HOPE-3 data that directly address the issues raised in the CRL we received in July 2025. We were pleased that the FDA requested the HOPE-3 clinical study report, as this is an expected and appropriate next step following their initial review of the topline data," said Linda Marbán, Ph.D., Chief Executive Officer of Capricor. "The HOPE-3 results demonstrated statistically significant and clinically meaningful improvements in both skeletal muscle and cardiac function—key drivers of disease progression and long-term outcomes in Duchenne. These findings build on more than a decade of consistent clinical evidence and reinforce our confidence in Deramiocel's potential. Our near-term priority is to address the FDA's request and continue working collaboratively so that patients with late-stage DMD, who currently have very limited treatment options, may gain access to Deramiocel as soon as possible."

***About Duchenne Muscular Dystrophy***

Duchenne Muscular Dystrophy (DMD) is a severe, X-linked genetic disorder characterized by progressive muscle degeneration affecting the skeletal, respiratory, and cardiac muscles. It is caused by the absence of functional dystrophin, a key structural protein in muscle cells. DMD affects approximately 15,000 individuals in the United States and primarily impacts boys. Over time, deterioration of the heart muscle leads to cardiomyopathy and heart failure, which is the leading cause of death in DMD. There is no cure, and treatment options remain limited.

***About Deramiocel***

Deramiocel (CAP-1002) consists of allogeneic cardiosphere-derived cells (CDCs), a rare population of cardiac cells that have been shown in preclinical and clinical studies to exert potent immunomodulatory and anti-fibrotic actions in the preservation of cardiac and skeletal muscle function in muscular dystrophies such as DMD. CDCs act by secreting extracellular vesicles known as exosomes, which target macrophages and alter their expression profile to adopt a healing rather than pro-inflammatory phenotype. CDCs have been investigated in more than 250 peer-reviewed scientific publications and administered to over 250 human subjects across multiple clinical trials.

Deramiocel has received Orphan Drug Designation for the treatment of DMD from both the U.S. FDA and the European Medicines Agency (EMA). In addition, it has been granted Regenerative Medicine Advanced Therapy (RMAT) designation in the U.S., Advanced Therapy Medicinal Product (ATMP) designation in Europe, and Rare Pediatric Disease Designation from the FDA, which may qualify Capricor for a Priority Review Voucher upon approval.

***About the HOPE-3 Phase 3 Trial***

HOPE-3 is a Phase 3, multicenter, randomized, double-blind, placebo-controlled clinical trial consisting of two cohorts evaluating the safety and efficacy of Deramiocel in participants with DMD. Non-ambulatory and ambulatory boys who meet eligibility criteria were randomly assigned to receive either Deramiocel or placebo every 3 months for a total of four doses during the first 12 months of the trial. A total of 106 eligible subjects were randomized in the dual-cohort trial. For more information, please visit ClinicalTrials.gov (NCT05126758).

***About Capricor Therapeutics***

Capricor Therapeutics (NASDAQ: CAPR) is a biotechnology company dedicated to advancing transformative cell and exosome-based therapeutics to redefine the treatment landscape for rare diseases. At the forefront of our innovation is our lead product candidate, Deramiocel, an allogeneic cardiac-derived cell therapy that is currently in late-stage clinical development for the treatment of Duchenne muscular dystrophy (DMD). Extensive preclinical and clinical data have demonstrated Deramiocel’s potent immunomodulatory and anti-fibrotic effects in helping to preserve cardiac and skeletal muscle function in DMD. Capricor is also leveraging the power of its exosome technology, using its proprietary StealthX™ platform in preclinical development focused on vaccinology and the targeted delivery of oligonucleotides, proteins, and small-molecule therapeutics, with the potential to treat and prevent a wide range of diseases. At Capricor, we are committed to pushing the boundaries of possibility and forging a path toward transformative treatments for those in need. For more information, visit capricor.com, and follow Capricor

on Facebook, Instagram and X.

***Cautionary Note Regarding Forward-Looking Statements***

Statements in this press release regarding the efficacy, safety, and intended utilization of Capricor's product candidates; the initiation, conduct, size, timing and results of clinical trials; the pace of enrollment of clinical trials; plans regarding regulatory filings, future research and clinical trials; regulatory developments involving products, including future interactions with regulatory authorities and the ability to obtain regulatory approvals or otherwise bring products to market; manufacturing capabilities; dates for regulatory meetings; the potential that required regulatory inspections may be delayed or not be successful which would delay or prevent product approval; the ability to achieve product milestones and to receive milestone payments from commercial partners; and any other statements about Capricor's management team's future expectations, beliefs, goals, plans or prospects constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements that are not statements of historical fact (including statements containing the words "believes," "plans," "could," "anticipates," "expects," "estimates," "should," "target," "will," "would" and similar expressions) should also be considered to be forward-looking statements. There are a number of important factors that could cause actual results or events to differ materially from those indicated by such forward-looking statements. More information about these and other risks that may impact Capricor's business is set forth in Capricor's Annual Report on Form 10-K for the year ended December 31, 2024, as filed with the Securities and Exchange Commission on March 26, 2025, and in our Quarterly Report on Form 10-Q for the quarter ended September 30, 2025, as filed with the Securities and Exchange Commission on November 10, 2025. All forward-looking statements in this press release are based on information available to Capricor as of the date hereof, and Capricor assumes no obligation to update these forward-looking statements.

Capricor has entered into an agreement for the exclusive commercialization and distribution of Deramiocel for DMD in the United States and Japan with Nippon Shinyaku Co., Ltd. (U.S. subsidiary: NS Pharma, Inc.), subject to regulatory approval. Deramiocel and the StealthX™ vaccine are investigational candidates and have not been approved for commercial use in any indication.

***For more information, please contact:***

**Capricor Media Contact:**
Raquel Cona
KCSA Strategic Communications
rcona@kcsa.com
212.896.1204

**Capricor Company Contact:**
AJ Bergmann, Chief Financial Officer
abergmann@capricor.com
858.727.1755

Source: Capricor Therapeutics

← **Post**



**Martin Shkreli**
@MartinShkreli

...

Article

**Photonic Computing: The Final AI Hardware Frontier (long QCLS)**

I've spent the last few months studying photonic (optical) computing. Optical hardware is suddenly becoming a hot topic on Wall Street. But let's look at why optical computing may be the next shift in...

3:06 PM · Mar 6, 2026 · **1.4M** Views

223 223 2.6K 4.4K

**Read 223 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in

Sign up

X

Post

**Martin Shkreli**
@MartinShkreli
Replying to @NomadMD94

i dont like SLS

4:31 PM · Mar 6, 2026 · **5.6K** Views

7 2 5 1

**Read 7 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in
Sign up

# Biotech Catalyst Trading: How Hedge Funds and Insiders Position Around FDA Decisions

BW BiopharmaWatch Research · March 6, 2026 · 17 min read

Every biotech investor eventually faces the same question: what do I do when a major catalyst is coming? Do I buy before the data readout and hold through the event? Do I sell into the run-up and take profits? Do I wait until after the news and trade the reaction?

There is no single right answer, but there are frameworks that can help. And the best place to start is by looking at what the professionals do. Biotech-focused hedge funds and company insiders approach catalyst events with discipline, process, and a deep understanding of the science. By studying their behavior, individual investors can make better decisions about how to position around FDA decisions, data readouts, and other binary events.

In this final part of the **BiopharmaWatch Biotech Investing Masterclass**, we cover everything you need to know about catalyst trading in biotech: what catalysts are and why they matter, how hedge funds position, what insider activity tells you, how to size your positions for binary events, and the mistakes that cost investors the most money.

If you have not read the earlier parts of this series, start with **Part 1: How to Invest in Biotech Stocks**, then **Part 2: How to Read Clinical Trial Data**, and **Part 3: Biotech Due Diligence Checklist**.

## What Is a Biotech Catalyst and Why Does It Matter?

A catalyst is any event that can cause a significant change in a biotech stock's price. Unlike other sectors where stock prices move gradually based on quarterly earnings, biotech stocks are defined by sharp, event-driven moves. A single catalyst can create more value, or destroy more value, in one day than an entire year of normal trading.

### The major types of biotech catalysts

| Catalyst | What Happens | Typical Price Impact | Predictability |
|---|---|---|---|
| **PDUFA date** | FDA announces approval or rejection (CRL) | +50% to +200% on approval. -40% to -80% on CRL. | Date is known months in advance |
| **Phase 3 data readout** | Company reports pivotal trial results | +20% to +100% positive. -30% to -70% negative. | Company usually guides timing |
| **Phase 2 data readout** | Early efficacy data reported | +15% to +80% positive. -20% to -50% negative. | Often a broad window |
| **Advisory Committee (AdCom)** | FDA advisory panel votes on approval | +10% to +50% on positive vote | Date announced 1-2 months ahead |
| **NDA/BLA filing or acceptance** | Company files with FDA or FDA accepts filing | +5% to +25% | Company controlled |
| **Conference presentation** | Data shown at medical conference | +5% to +30% depending on data | Abstract deadlines are public |
| **Partnership or licensing deal** | Large pharma licenses or partners on drug | +10% to +50% | Unpredictable timing |

The **BiopharmaWatch FDA Calendar** tracks all of these catalyst types in one place. You can filter by stage, therapeutic area, or search by ticker to see exactly what is coming up and when.

## The PDUFA Run-Up: How Stocks Move Before FDA Decisions

One of the most well-documented patterns in biotech is the "PDUFA run-up." In the weeks leading up to a PDUFA date, biotech stocks tend to move higher as traders and investors build positions ahead of the binary event.

### Why the run-up happens

The run-up is driven by several forces at the same time:

- **Speculative buying.** Traders who want to bet on approval start building positions 4 to 8 weeks before the decision date.
- **Hedge fund accumulation.** Professional investors who have done deep diligence and have conviction in the drug quietly accumulate shares over weeks, trying not to push the price up too fast.
- **Short covering.** If the stock had been heavily shorted, some shorts start covering their positions ahead of the binary event to limit their risk, which pushes the price higher.
- **Momentum traders.** Once the stock starts moving up, momentum-based algorithms and traders jump in, accelerating the run-up.
- **Options activity.** Increased call option buying ahead of PDUFA dates can create a "gamma squeeze" effect as market makers hedge their exposure by buying shares.

## Anatomy of a typical PDUFA run-up

| Timeframe | What Usually Happens | Trading Implication |
|---|---|---|
| **8 to 6 weeks out** | Smart money starts quietly building positions. Volume may tick up slightly. | Best time to enter if you are playing the run-up. Stock is not yet "crowded." |
| **6 to 4 weeks out** | The move becomes more noticeable. Media coverage and analyst notes increase. | Run-up is underway. Still time to enter, but risk-reward is less favorable. |
| **4 to 2 weeks out** | Volume spikes. Options premiums surge. Retail attention peaks. | The easy money has been made. Entering here means you are paying a premium. |
| **2 weeks to day-of** | Stock often consolidates or dips as run-up traders take profits. "Sell the news" dynamic begins. | Dangerous time to enter. Many experienced traders are already selling to run-up buyers. |

## How to play the run-up

There are two main strategies for the PDUFA run-up:

**Strategy 1: Play the run-up and sell before the decision.** This approach captures the price appreciation from speculative buying without taking the binary risk of the actual FDA decision. You buy 6 to 8 weeks out and sell 1 to 2 weeks before the PDUFA date. The upside is typically 20% to 40%, and you avoid the possibility of a catastrophic CRL. The downside is that you miss the big move if the drug gets approved.

**Strategy 2: Hold through the event.** This approach is for investors with deep conviction in the drug based on thorough due diligence. You accept the binary risk because you believe the probability of approval is high enough to justify holding. The potential upside is 50% to 200% on approval, but the downside is 40% to 80% on a CRL. This strategy only makes sense if your due diligence gives you a real edge, not just a gut feeling.

## How Hedge Funds Position Around Biotech Catalysts

The biggest biotech hedge funds in the world, names like Baker Brothers, OrbiMed, RA Capital, Perceptive Advisors, and Vivo Capital, approach catalyst events very differently from retail investors. Understanding their approach can help you improve your own.

### What the best funds do differently

- **They start with the science.** Before looking at the stock price, chart, or market sentiment, the best biotech funds start by understanding the biology, the mechanism of action, and the clinical data at a level of detail that borders on academic. Many employ PhDs, MDs, and former FDA reviewers specifically for this purpose.
- **They build positions early.** Professional funds do not wait until a week before the PDUFA date to take a position. They start buying months in advance, gradually accumulating shares to minimize market impact. By the time the run-up starts, they are already positioned.
- **They size positions based on conviction and risk.** A fund with moderate conviction might take a 1% to 2% portfolio position. A fund with very high conviction might go to

5% or even 10%. The position size reflects their estimate of the probability-weighted outcome, not just whether they think the drug will be approved.

- **They diversify across multiple catalysts.** Instead of betting everything on one PDUFA date, the best funds spread their capital across 10 to 20 catalyst events per quarter. Even if individual events are binary, the portfolio-level outcome is much smoother.
- **They have exit plans.** Before entering a position, professional funds define exactly when and why they would sell. They set stop losses on the science, not just the price. If new information changes the thesis, they exit regardless of whether the stock is up or down.

## How to track hedge fund positioning

You can track hedge fund biotech positions through two main sources:

- **13F filings.** Every institutional investor managing more than $100 million must file a 13F with the SEC each quarter, disclosing their equity holdings. The limitation is that 13F filings are reported 45 days after quarter-end, so the data is delayed.
- **BiopharmaWatch Hedge Fund Tracker.** This tool aggregates 13F data specifically for biotech stocks, so you can quickly see which funds hold which biotech positions, how many shares they own, and whether they have been increasing or decreasing their holdings. It is one of the fastest ways to see the smart money picture for any biotech stock.

FDA
CALENDAR

Every upcoming FDA decision in one calendar

PDUFA dates, AdComs, readouts, and probability-of-approval scores, all in one place.

| | |
|---|---|
| RARE | Aug 23 · 76% PoA |
| SVRA | Aug 22 · 82% PoA |
| CAPR | Aug 22 · 77% PoA |

See the FDA Calendar →

# Reading Insider Buying and Selling Signals

Insider transactions are one of the most underestimated sources of information in biotech investing. Company executives, directors, and officers are required to report their stock purchases and sales to the SEC within two business days. This creates a real-time window into what the people closest to the company think about its prospects.

## Why insider buying matters more in biotech

In most sectors, insider buying is a moderately useful signal. In biotech, it is significantly more valuable because of the information asymmetry. A biotech CEO or Chief Medical Officer has insight into the clinical data, the regulatory interactions, and the commercial strategy that no outside investor can match. When they buy shares with their own money, it tells you something important about their confidence level.

## Insider signal strength ranking

| Signal | Strength | What It Tells You |
| --- | --- | --- |
| **CEO or CMO cluster buying before a catalyst** | Very strong | The people closest to the data are putting their money where their mouth is. Highest conviction signal. |
| **Multiple insiders buying around the same time** | Strong | When three or four insiders independently decide to buy, it is unlikely to be coincidence. |
| **Large purchase relative to salary** | Strong | An executive buying $500K in shares when they make $800K in salary has real skin in the game. |
| **Board member buying** | Moderate | Board members have less visibility into day-to-day operations but still have access to material information. |
| **Small routine purchases** | Weak | Some insiders buy small amounts regularly as part of a planned program. Less signal value. |

| Signal | Strength | What It Tells You |
| --- | --- | --- |
| **Insider selling** | Context-dependent | Insiders sell for many reasons (taxes, estate planning, diversification). Only meaningful in large amounts or unusual timing. |

### When insider buying is most significant

The most powerful **insider buying** signals occur when:

- Multiple insiders buy within the same 2 to 4 week window
- Purchases happen 1 to 3 months before a major catalyst (data readout or PDUFA date)
- The purchase size is large relative to the insider's total compensation
- The purchase breaks a pattern (an insider who has never bought before suddenly makes a large purchase)

## Position Sizing for Binary Events

Position sizing is arguably the most important skill in biotech catalyst trading, and it is the one most individual investors get wrong. The temptation to put a large portion of your portfolio into a stock ahead of a PDUFA date is strong, especially when the setup looks great. But biotech catalysts are inherently uncertain, and even the best-researched positions can go wrong.

### The position sizing framework

| Conviction Level | Recommended Position Size | When to Use |
|---|---|---|
| **Very high conviction** (POA 70%+, strong data, multiple hedge funds, insider buying) | 3% to 5% of portfolio | Everything in your checklist lines up. You have done deep diligence and the risk-reward is compelling. |
| **High conviction** (POA 50-70%, solid data, some institutional interest) | 1.5% to 3% of portfolio | Good setup but some uncertainty remains. You are comfortable with the thesis but not all-in. |
| **Moderate conviction** (POA 30-50%, mixed signals) | 0.5% to 1.5% of portfolio | Interesting opportunity but meaningful risk. Smaller position so a loss does not damage the portfolio. |
| **Speculative** (POA below 30%, early stage, limited data) | 0.25% to 0.5% of portfolio | Lottery ticket positions. You can afford to lose the entire amount without material portfolio impact. |

## The math behind position sizing

Here is a simple way to think about it. Say you have $100,000 invested in biotech. You are looking at a stock with a PDUFA date coming up. You estimate a 60% chance of approval with 80% upside, and a 40% chance of a CRL with 60% downside.

Expected value of the trade: (0.60 x 0.80) + (0.40 x -0.60) = 0.48 - 0.24 = +24% expected return.

That is a positive expected value trade. But if you put $50,000 (50% of your portfolio) into it and the drug gets rejected, you lose $30,000 in a single day. Can you handle that? Does your portfolio survive that hit?

If instead you put $3,000 (3% of your portfolio) into it and the drug gets rejected, you lose $1,800. That stings, but it does not change your life. And if the drug gets approved, you make $2,400. Across many such positions over a year, the math works in your favor.

The key principle is: size your position so that you can be wrong and still stay in the game. Professional biotech investors expect to be wrong at least 30% to 40% of the time. They survive by making sure no single loss can kill the portfolio.

## Common Mistakes in Biotech Catalyst Trading

After watching biotech investors for years, these are the mistakes that come up again and again:

- **Mistake 1: Buying the day before a PDUFA date.** By this point, the run-up has already happened. You are buying at the highest point of speculation and getting the worst possible risk-reward. If the drug gets approved, the stock might go up 30% from where you bought. If it gets rejected, you lose 60%. That is terrible math.
- **Mistake 2: Oversizing binary positions.** Putting 20% or 30% of your portfolio into a single PDUFA event is not investing, it is gambling. Even if you are right 70% of the time, the 30% you are wrong will eventually wipe out your gains. The Kelly Criterion, a well-known position sizing formula, would never recommend that kind of allocation for a binary event.
- **Mistake 3: Ignoring the science and trading the chart.** Technical analysis can be useful for timing entries and exits, but in biotech, the fundamental driver is the science. A stock that looks "overbought" on the chart can still double if the Phase 3 data is

strong. A stock with a "bullish setup" on the chart can still crash 60% if the drug fails. Always start with the science.

- **Mistake 4: Anchor bias after a loss.** After a stock drops 50% on a failed trial, many investors hold on hoping it will "come back." In biotech, it usually does not. When the science fails, the thesis is broken. Cut your losses and reallocate the capital to a better opportunity.
- **Mistake 5: Not having a plan for both outcomes.** Before any catalyst, you should know exactly what you will do if the result is positive and what you will do if it is negative. Will you take partial profits on approval? Will you add on a pullback? Will you exit completely on a CRL? Making these decisions under pressure, after hours, while the stock is moving, leads to emotional and often wrong choices.
- **Mistake 6: Neglecting post-catalyst analysis.** Even after an approval, the stock does not always keep going up. Commercial execution, pricing, competition, and label restrictions all matter. Always re-evaluate after a catalyst, even when the outcome is positive.

HISTORICAL
CALENDAR

How past FDA decisions moved the stock

Every past PDUFA with its real price reaction, so you can learn the setups that paid.

See the historical calendar →

## Using the BiopharmaWatch Tools for Catalyst Trading

The entire BiopharmaWatch platform is designed to give biotech investors the data they need to make informed catalyst trading decisions. Here is how to use each tool:

- **FDA Calendar** is your starting point. Search by ticker or browse the full calendar to see every upcoming PDUFA date, data readout, and advisory committee meeting. Each event includes a Probability of Approval (POA) score, the development stage, therapeutic area, and a link to more information. Use this to build your watchlist and plan your catalyst calendar for the quarter.
- **Hedge Fund Tracker** shows you the institutional ownership picture for any biotech stock. See which funds are holding, how large their positions are, and whether they have been adding or trimming. When three or four top-tier biotech funds converge on the same stock ahead of a catalyst, it is a signal worth paying attention to.

The combination of these tools gives you a workflow: find the catalyst on the FDA Calendar, check the POA, look at what the hedge funds and insiders are doing, apply your due diligence checklist from Part 3, read the clinical data using the framework from Part 2, and then decide whether and how much to invest.

## Frequently Asked Questions

### What is biotech catalyst trading?

Biotech catalyst trading is a strategy that focuses on buying or selling biotech stocks around major events like FDA approval decisions (PDUFA dates), clinical trial data readouts, and advisory committee meetings. These events are "catalysts" because they can cause significant stock price movements in a single day, often 30% to 100% or more in either direction.

### What is the PDUFA run-up?

The PDUFA run-up is a pattern where biotech stocks tend to increase in price in the 4 to 8 weeks leading up to an FDA decision date. This happens because investors and traders build positions ahead of the binary event, creating buying pressure. The run-up typically adds 20% to 40% to a stock's price before the actual FDA decision. Some traders play the run-up and sell before the decision to avoid the binary risk.

### How do hedge funds trade biotech catalysts?

Top biotech hedge funds like Baker Brothers, OrbiMed, and RA Capital approach catalysts by starting with deep scientific analysis, building positions months in advance, sizing based on conviction and risk, diversifying across multiple catalyst events per quarter, and having predefined exit plans. They employ PhDs and former FDA reviewers to analyze drug pipelines at an academic level of detail. You can track their positions using the **BiopharmaWatch Hedge Fund Tracker**.

### What does insider buying mean before an FDA decision?

When company executives, especially the CEO or Chief Medical Officer, buy shares with their personal money ahead of an FDA decision, it signals confidence in a positive outcome. Insiders have access to non-public information about the clinical data and regulatory interactions that outside investors cannot see. Cluster buying by multiple insiders is the strongest signal, particularly when purchases are large relative to their compensation.

### How should I size positions for PDUFA dates?

Position sizing depends on your conviction level. For very high conviction setups (POA 70%+, strong data, hedge fund backing, **insider buying**), 3% to 5% of your portfolio is reasonable. For moderate conviction, keep it to 0.5% to 1.5%. The key principle is that you should be able to lose the entire position without material damage to your overall portfolio. Professional biotech investors spread their capital across 10 to 20 catalyst events per quarter.

### Should I sell before or hold through a PDUFA date?

It depends on your risk tolerance and conviction. Selling before the PDUFA date (playing the run-up) captures 20% to 40% upside without the binary risk of the actual decision. Holding through requires deep conviction based on thorough due diligence and acceptance that a Complete Response Letter could result in a 40% to 80% loss. Many experienced investors do a hybrid: sell part of their position into the run-up and hold the rest through the event.

### What is the biggest mistake in biotech catalyst trading?

Oversizing positions. Putting 20% or more of your portfolio into a single PDUFA event is the fastest way to blow up a biotech portfolio. Even the best-researched setups fail 30% to 40% of the time. Professional funds rarely put more than 5% of their portfolio into a single binary event, and most keep it at 1% to 3%. The goal is to survive being wrong so you can keep playing until the math works in your favor.

### Where can I track upcoming biotech catalysts?

The **BiopharmaWatch FDA Calendar** tracks every upcoming PDUFA date, data readout, advisory committee meeting, and NDA/BLA filing across the biotech sector. Each catalyst includes a Probability of Approval score, stage information, and therapeutic area. You can filter by stage, search by ticker, and see what catalysts are coming up this quarter.
The **Hedge Fund Tracker** complements the calendar by showing which institutional investors are positioned for each event.

## The Complete Biotech Investing Masterclass

This is Part 4 of 4 in the BiopharmaWatch Biotech Investing Masterclass. Here is the full series:

- **Part 1: How to Invest in Biotech Stocks** covers the fundamentals of biotech investing, the FDA approval process, PDUFA dates, and how to evaluate biotech stocks.
- **Part 2: How to Read Clinical Trial Data** teaches you how to interpret Phase 1, 2, and 3 results, understand endpoints, p-values, and spot red flags.
- **Part 3: Biotech Due Diligence Checklist** gives you a complete 7-step framework for evaluating any biotech stock before investing.
- **Part 4: Biotech Catalyst Trading** (this article) covers how to position around FDA decisions, read hedge fund and insider signals, and avoid the most common catalyst trading mistakes.

Start putting these frameworks into practice today. Visit the **BiopharmaWatch FDA Calendar** to see what catalysts are coming up this quarter, and use the **Hedge Fund Tracker** to see what the smart money is doing.

*This article is for educational purposes only and does not constitute financial or investment advice. Biotech catalyst trading carries significant risk, including the possibility of total loss on individual positions. Always do your own research and consider consulting a financial advisor before making investment decisions.*

𝕏

← **Post**

**Martin Shkreli**
@MartinShkreli
Replying to @QatarFirsst and @markland_55

I still think CAPR data is fake

6:31 PM · Mar 10, 2026 · **571** Views

4 3

**Read 4 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

Filana THERAPEUTICS

# Cassava Sciences Announces Name Change to Filana Therapeutics, Inc.

Mar 10, 2026

*New corporate identity reflects the Company's mission to develop novel medicines to modulate filamin A and address unmet needs in treating TSC-related epilepsy*

*Filana Therapeutics to begin trading under "FLNA" effective March 11, 2026*

AUSTIN, Texas, March 10, 2026 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (NASDAQ: SAVA) today announced the rebranding of the Company, with a name change to **Filana Therapeutics, Inc.** ("Filana Therapeutics", or the "Company"). The new name and corporate brand reflect the Company's strategic focus on developing novel medicines to modulate the filamin A protein for the treatment of central nervous system (CNS) disorders, such as Tuberous Sclerosis Complex (TSC)-related epilepsy, and other diseases associated with dysregulation or overexpression of filamin A.

The Company will begin trading under the new ticker symbol "FLNA" on the Nasdaq Capital Market at the open of the market on March 11, 2026.

"The launch of Filana Therapeutics represents a new beginning for our Company. Growing evidence suggests that filamin A is an important regulator of neuronal development and that modulating filamin A may provide a new approach to treating CNS disorders such as TSC-related epilepsy. Centering our identity on filamin A reflects our dedication to rigorous scientific discovery and to bringing new treatment options to patients and their families," said **Rick Barry, President and Chief Executive Officer** of Filana Therapeutics.

The updated corporate website is available at: https://www.filanatx.com.

**About TSC and TSC-related Epilepsy**

TSC is a rare genetic disorder resulting from a mutation in the *TSC1* or *TSC2* gene. This affects the mechanistic target of rapamycin (mTOR) pathway and can cause tumors to grow in multiple organs[1]. Epilepsy is the most common health issue affecting the TSC community, with 80% to 90% of TSC patients experiencing seizures[1]. TSC-related epilepsy affects approximately 45,000 people in the U.S.[2] Most patients start having seizures within their first year of life[3]. Even with multiple approved treatments, more than 60% of TSC patients remain refractory to antiepileptic therapy[4].

**About Filana Therapeutics, Inc.**

Filana Therapeutics, Inc. (NASDAQ: FLNA), is a biotechnology company focused on developing novel, investigational therapies to modulate the filamin A protein for the treatment of central nervous system disorders, such as tuberous sclerosis complex (TSC)-related epilepsy, and other diseases associated with dysregulation or overexpression of filamin A.

For more information, please visit: https://www.filanatx.com

References:

1. *Crino P, Nathanson K, Petri Henske, E. The Tuberous Sclerosis Complex. N Engl J Med. (2006) 355 (13):1345-56. DOI: 10.1056/NEJMra055323*
2. *Zhang L, Huang T, Teaw S, Nguyen LH, Hsieh LS, Wong X, Burns LH, Bordey A. Filamin A inhibition reduces seizure activity in a mouse model of focal cortical malformations. Science Translational Medicine. (2020) 12(531):eaay0289. DOI: 10.1126/scitranslmed.aay0289*
3. *https://www.tscalliance.org/understanding-tsc/what-is-tsc/*
4. *Chu-Shore, C. J., Major, P., Camposano, S., Muzykewicz, D., & Thiele, E. A. (2010). The natural history of epilepsy in tuberous sclerosis complex. Epilepsia, 51(7), 1236–1241. https://doi.org/10.1111/j.1528-1167.2009.02474.x*

For More Information Contact:
**Investors**
Sandya von der Weid
svonderweid@lifesciadvisors.com

**Company**
Eric Schoen, Chief Financial Officer
(512) 501-2450
ESchoen@filanatx.com
IR@filanatx.com

***Cautionary Note Regarding Forward-Looking Statements:***

*This news release contains forward-looking statements that may include but are not limited to statements regarding the Company's new mission, strategy and brand, and the Company's ongoing development program in TSC-related epilepsy. Forward-looking statements may be identified by words such as "anticipate", "before", "believe", "could", "expect", "forecast", "intend", "may", "pending", "plan", "possible", "potential", "prepares for", "will", and other words and terms of similar meaning.*

*Such statements are based on our current expectations and projections about future events. Such statements speak only as of the date of this news release and are subject to a number of risks, uncertainties and assumptions, including, but not limited to, those risks inherent in drug discovery and development or specific to Filana Therapeutics, Inc., as described in the section entitled "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2024 and Quarterly Report on Form 10-Q for the period ended September 30, 2025, and subsequent reports periodically filed and to be filed with the SEC. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from expectations in any forward-looking statement. In light of these risks, uncertainties and assumptions, the forward-looking statements and events discussed in this news release are inherently uncertain and may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Accordingly, you should not rely upon forward-looking statements as predictions of future events. Except as required by law, we disclaim any intention or responsibility for updating or revising any forward-looking statements. For further information regarding these and other risks related to our business, investors should consult our filings with the SEC, which are available on the SEC's website at www.sec.gov.*

*All of our pharmaceutical assets under development are investigational product candidates. These have not been approved for use in any medical indication by any regulatory authority in any jurisdiction and their safety, efficacy or other desirable attributes, if any, have not been established in any patient population. Consequently, none of our product candidates is approved or available for sale anywhere in the world.*

*Our clinical results from earlier-stage clinical trials or preclinical studies may not be indicative of future results from later-stage or larger scale clinical trials and do not ensure regulatory approval. You should not place undue reliance on these statements or any scientific data we present or publish.*

*We are in the business of new drug discovery and development. Our research and development activities are long, complex, costly and involve a high degree of risk. Holders of our common stock should carefully read our Annual Report on Form 10-K and subsequent Quarterly Reports on Form 10-Q and any other SEC filings in their entirety, including the risk factors therein. Because risk is fundamental to the process of drug discovery and development, you are cautioned to not invest in our publicly traded securities unless you are prepared to sustain a total loss of the money you have invested.*

Filana
THERAPEUTICS

Source: Filana Therapeutics, Inc.

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

þ **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2025**

**or**

☐ **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the transition period from to**

**Commission File Number: 001-34058**

# CAPRICOR THERAPEUTICS, INC.

**(Exact Name Of Registrant As Specified In Its Charter)**

| | |
|---|---|
| **Delaware** **(State or other jurisdiction of incorporation or organization)** | **88-0363465** **(I.R.S. Employer Identification No.)** |

**10865 Road to the Cure, Suite 150, San Diego, California 92121**
**(Address of principal executive offices including zip code)**

**(858) 727-1755**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $0.001 per share | CAPR | The Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☐ Yes þ No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. ☐ Yes þ No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. þ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes þ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | þ | Smaller reporting company | þ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes þ No

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant as of June 30, 2025 was approximately $398,991,720, based on the last reported sale of the registrant's common stock on the Nasdaq Capital Market on June 30, 2025 of $9.93 per share.

As of March 16, 2026, there were 57,510,635 shares of the registrant's common stock, par value $0.001 per share, issued and outstanding.

## PART I

### ITEM 1. BUSINESS

### Overview

Capricor Therapeutics, Inc. is a biotechnology company focused on the development and potential commercialization of cell and exosome-based therapeutics for the treatment of Duchenne muscular dystrophy ("DMD"), a rare genetic disorder characterized by progressive muscle degeneration and premature death, as well as other diseases with significant unmet medical need. Since our inception, we have devoted substantial resources to the development of our lead product candidate, Deramiocel, a cell therapy designed to address the cardiac and skeletal muscle complications associated with DMD, as well as to advancing our exosome-based platform, developing manufacturing capabilities and supporting our research and development activities. Our Biologics License Application ("BLA") for Deramiocel for the treatment of DMD is currently under review by the U.S. Food and Drug Administration ("FDA"), with a Prescription Drug User Fee Act ("PDUFA") target action date of August 22, 2026, for potential approval in the United States. We currently have no products approved for commercial sale. Our ability to generate product revenue and achieve profitability will depend on the successful development, regulatory approval and commercialization of Deramiocel and any other product candidates we may develop. If approved, we intend to commercialize Deramiocel in the United States and may seek commercialization through strategic partners in other select international markets.

Our development efforts for Deramiocel for the treatment of DMD have progressed through multiple clinical studies, and we continue activities to support regulatory review and potential approval in the United States, as well as commercialization preparation, if approved.

### Technology and Platforms

*Cell Therapy (Deramiocel)*

Our core program is focused on the development and commercialization of Deramiocel, a cell therapy product candidate comprised of cardiosphere-derived cells ("CDCs"), a population of cardiac-derived stromal cells isolated from qualified donated human hearts, for the treatment of Duchenne muscular dystrophy. Deramiocel is designed to slow disease progression through the immunomodulatory, anti-inflammatory, pro-angiogenic and anti-fibrotic activities of CDCs. These effects are mediated in part by exosomes secreted by CDCs that contain bioactive molecules, including microRNAs and other signaling factors, which may influence gene expression and cellular pathways involved in inflammation, fibrosis, and tissue repair.

This mechanism of action is distinct from mutation-targeted approaches such as exon-skipping oligonucleotides and gene therapies, which aim to restore dystrophin expression in muscle cells. DMD is caused by mutations in the dystrophin gene that impair production of functional dystrophin, a structural protein important for maintaining muscle integrity. The absence of functional dystrophin leads to progressive skeletal and cardiac muscle damage, muscle cell death and replacement of muscle tissue with fibrosis. Cardiac involvement is a major component of disease progression in DMD. In patients with DMD, heart muscle cells progressively deteriorate and are replaced with scar tissue, leading to cardiomyopathy and ultimately heart failure, which is a leading cause of mortality in individuals with DMD. While several therapies have been developed to address certain genetic mutations associated with DMD, significant unmet medical need remains, particularly in patients with established skeletal and cardiac muscle disease.

Our clinical development program for Deramiocel has focused primarily on adolescents and young adults with DMD, including many patients who are non-ambulatory and experiencing progressive cardiac and skeletal muscle decline. We believe therapies that address inflammatory and fibrotic processes contributing to muscle degeneration may provide potential benefit across a broad population of individuals with DMD.

*Exosomes Platform Technology (StealthX™)*

Extracellular vesicles ("EVs"), including exosomes and microvesicles, are nano-scale membrane-enclosed vesicles secreted by many cell types that contain characteristic lipids, proteins and nucleic acids, including messenger RNA ("mRNA") and microRNAs. These vesicles facilitate intercellular communication through the binding and activation of membrane receptors or through the delivery of molecular cargo into target cells. Through these mechanisms, EVs may influence a variety of biological processes, including cell survival, proliferation, inflammation and tissue repair.

X

← **Post**

**Martin Shkreli**
@MartinShkreli

i'd happily give it a shot, but im banned from even doing pharma research by a crazed activist judge. this is the kind of stuff i loved to work on.

could do it in europe. $10m, 3 years. it'd be a hail mary, but after having my own son, i'd want tom brady (whoever that is) to try

> **Christian Ruf** @pinpulleddrmf · Apr 17
> Veteran buried his eldest and it's not looking good for his two others.
>
> Posting for any connections, help that can be made while they fight for time.

12:23 AM · Apr 18, 2026 · **620.9K** Views

101 125 3.2K 325

**Read 101 replies**

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-Q**

**(Mark One)**
☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE QUARTERLY PERIOD ENDED MARCH 31, 2026**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 001-38793**

**INMUNE BIO INC.**
*(Exact name of registrant as specified in its charter)*

| **Nevada** | **47-5205835** |
|---|---|
| *(State of incorporation)* | *(I.R.S. Employer Identification No.)* |

**225 NE Mizner Blvd., Suite 640**
**Boca Raton, FL 33432**
*(Address of principal executive office)* (Zip code)

**(561) 710-0512**
*(Registrant's telephone number, including area code)*

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.001 per share | INMB | The NASDAQ Stock Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period than the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of May 7, 2026, there were 26,585,258 shares of our common stock, par value $0.001 per share, outstanding.

## NOTE 1 – ORGANIZATION AND SIGNIFICANT ACCOUNTING POLICIES

***Description of Business***

INmune Bio Inc. (the “Company” or “INmune Bio”) is a clinical stage biotechnology pharmaceutical company focused on developing and commercializing its product candidates to treat diseases where inflammation and immunology cause a dysfunctional immune system contributing to disease. INmune Bio has three product platforms. The CORDStrom product platform is a pooled, human umbilical cord mesenchymal stem cell product currently being developed to treat recessive dystrophic epidermolysis bullosa (“RDEB”). The DN-TNF product platform utilizes dominant-negative technology to selectively neutralize soluble TNF, a key driver of innate immune dysfunction and mechanistic target of many diseases and was used for its Alzheimer’s clinical trial (“XPro”). The Natural Killer Cell Priming Platform includes INKmune aimed at priming the patient’s NK cells to eliminate minimal residual disease in patients with cancer.

***Basis of Presentation***

The accompanying financial statements are presented in U.S. dollars and have been prepared in accordance with accounting principles generally accepted in the United States of America (“US GAAP”), and pursuant to the accounting and disclosure rules and regulations of the U.S. Securities and Exchange Commission (“SEC”). The unaudited condensed consolidated financial statements include the accounts of INmune Bio Inc. and its subsidiaries. Intercompany transactions and balances have been eliminated.

In the opinion of management, the interim financial information includes all normal recurring adjustments necessary for a fair statement of the results for the interim periods. These unaudited condensed consolidated interim financial statements should be read in conjunction with the audited financial statements and notes thereto for the year ended December 31, 2025, included in the Company’s Annual Report on Form 10-K for the year ended December 31, 2025, filed with the SEC on March 30, 2026.

***Use of Estimates***

Preparing financial statements in conformity with US GAAP requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue, and expenses. Actual results and outcomes may differ from management’s estimates and assumptions.

***Significant Accounting Policies***

Our significant accounting policies have not changed during the three months ended March 31, 2026 from those disclosed in our Annual Report on Form 10-K for the year ended December 31, 2025.

***Going concern***

These unaudited condensed consolidated financial statements have been prepared in accordance with generally accepted accounting principles applicable to a going concern, which contemplates the realization of assets and the satisfaction of liabilities in the normal course of business.

The Company has incurred significant losses and negative cash flows from operations since inception and expects to incur additional losses until such time that it can generate significant revenue from the commercialization of its product candidates. During the three months ended March 31, 2026, the Company incurred a net loss of $5.4 million and had net cash flows used in operating activities of $3.4 million. Given the Company’s projected operating requirements and its existing cash and cash equivalents, the Company is projecting insufficient liquidity to sustain its operations through one year following the date that the financial statements are issued. These conditions and events raise substantial doubt about the Company’s ability to continue as a going concern.

Biogen

# Biogen Completes Acquisition of Apellis Pharmaceuticals

May 14, 2026

CAMBRIDGE, Mass., May 14, 2026 (GLOBE NEWSWIRE) -- Biogen Inc. (Nasdaq: BIIB) today announced the successful completion of the acquisition of Apellis Pharmaceuticals, Inc. (Nasdaq: APLS). Apellis, a leader in advancing treatments for serious, complement-driven diseases, is now a wholly owned subsidiary of Biogen.

The acquisition adds two best-in-class commercialized products, EMPAVELI® and SYFOVRE®, significantly bolstering Biogen's near-term growth outlook and accelerating the Company's expansion into nephrology. Together, the products recorded $689 million in net product revenue in 2025. This transaction will strengthen Biogen's revenue and EPS growth potential by being accretive to Biogen's Non-GAAP diluted EPS in 2027 and is expected to materially increase Biogen's non-GAAP EPS compound annual growth rate (CAGR) through the end of the decade. Updated financial guidance will be provided in conjunction with the Q2 earnings report in July.

Apellis also brings an established nephrology commercial and medical infrastructure to accelerate Biogen's launch readiness for felzartamab, with a first Phase 3 readout in antibody-mediated rejection in kidney transplant patients anticipated in the first half of 2027.

Biogen's tender offer, to acquire all of the outstanding shares of Apellis common stock for $41 per share in cash and one contractual, non-transferable contingent value right per share representing the right to receive contingent cash payments of up to an aggregate of $4 in cash upon the achievement of certain annual global net sales thresholds for SYFOVRE®, expired one minute after 11:59 p.m., Eastern Time, on May 13, 2026. Equiniti Trust Company, LLC, the depositary for the tender offer, has advised Biogen that approximately 105,687,831 shares were validly tendered and not validly withdrawn in the tender offer, representing approximately 82.4% of the total outstanding shares as of the expiration time. All conditions to the tender offer having been satisfied or waived on May 14, 2026, Aspen Purchaser Sub, Inc. (Aspen), a wholly owned subsidiary of Biogen, accepted for payment all shares that were validly tendered and not validly withdrawn pursuant to the tender offer.

Following the consummation of the tender offer, Aspen merged with and into Apellis in accordance with Section 251(h) of the General Corporation Law of the State of Delaware without a vote of Apellis shareholders, with Apellis continuing as the surviving corporation of the merger and a wholly owned subsidiary of Biogen. In connection with the merger, the shares that were not tendered in the tender offer were acquired by Biogen and converted into the right to receive the offer price. In connection with the completion of the transaction, the Apellis shares ceased trading on Nasdaq.

**About SYFOVRE® (pegcetacoplan injection)**
SYFOVRE® (pegcetacoplan injection) is the first-ever approved therapy for geographic atrophy (GA) secondary to AMD. By targeting C3, SYFOVRE is designed to provide comprehensive control of the complement cascade, part of the body's immune system. SYFOVRE is approved in the United States and Australia for the treatment of GA secondary to age-related macular degeneration.

**About Geographic Atrophy**
Geographic atrophy is an advanced form of age-related macular degeneration and a leading cause of blindness worldwide, impacting more than one million Americans and five million people worldwide.[1,2] It is a progressive and irreversible disease caused by the growth of lesions, which destroys the retinal cells responsible for vision. Vision loss caused by GA severely impairs independence and quality of life by making it difficult to participate in daily activities. While rates of progression vary between patients, on average, it takes 2.5 years for GA lesions to start impacting the fovea, which is responsible for central vision.[3]

**About EMPAVELI®/Aspaveli® (pegcetacoplan)**
EMPAVELI® (Aspaveli® in the EU) (pegcetacoplan) is a targeted C3 therapy designed to regulate excessive activation of the complement cascade, part of the body's immune system, which can lead to the onset and progression of many serious diseases. It is the first treatment approved in the United States for C3 glomerulopathy (C3G) or primary immune complex membranoproliferative glomerulonephritis (IC-MPGN) in patients 12 years of age or older, to reduce proteinuria. EMPAVELI®/Aspaveli® is also approved for the treatment of adults with paroxysmal nocturnal hemoglobinuria (PNH) in the United States, European Union, and other countries globally, and for the treatment of C3G and primary IC-MPGN in the European Union and other countries globally. EMPAVELI is being evaluated for the treatment of additional rare diseases. Sobi has commercial rights to EMPAVELI®/Aspaveli® outside the U.S.

**About C3 Glomerulopathy (C3G) and Primary Immune-Complex Membranoproliferative Glomerulonephritis (IC-MPGN)**
C3G and primary IC-MPGN are rare and debilitating kidney diseases that can lead to kidney failure. Excessive C3 deposits are a key marker of disease activity, which can lead to kidney inflammation, damage, and failure. Approximately 50% of people living with C3G and primary IC-MPGN suffer from kidney failure within five to 10 years of diagnosis, requiring lifelong dialysis therapy or a burdensome kidney transplant.[4-6] Additionally, approximately 90% of patients who previously received a kidney transplant will experience disease recurrence.[7]

**About Paroxysmal Nocturnal Hemoglobinuria (PNH)**
Paroxysmal nocturnal hemoglobinuria (PNH) is an acquired, rare, chronic, and potentially life-threatening blood disease that is associated with persistently low (below normal) hemoglobin levels, thrombosis, and debilitating symptoms. PNH can appear at any age and in any race or gender, and is most often diagnosed in people in their early 30s.[8,9]

**U.S. Important Safety Information for SYFOVRE® (pegcetacoplan injection)**

**CONTRAINDICATIONS**

- SYFOVRE® is contraindicated in patients with ocular or periocular infections, in patients with active intraocular inflammation, and in patients with hypersensitivity to pegcetacoplan or any of the excipients in SYFOVRE. Systemic hypersensitivity reactions (e.g., anaphylaxis, rash, urticaria) have occurred.

**WARNINGS AND PRECAUTIONS**

- Endophthalmitis and Retinal Detachments
  - Intravitreal injections, including those with SYFOVRE, may be associated with endophthalmitis and retinal detachments. Proper aseptic injection technique must always be used when administering SYFOVRE to minimize the risk of endophthalmitis. Patients should be instructed to report any symptoms suggestive of endophthalmitis or retinal detachment without delay and should be managed appropriately.
- Retinal Vasculitis and/or Retinal Vascular Occlusion
  - Retinal vasculitis and/or retinal vascular occlusion, typically in the presence of intraocular inflammation, have been reported with the use of SYFOVRE. Cases may occur with the first dose of SYFOVRE and may result in severe vision loss. Discontinue treatment with SYFOVRE in patients who develop these events. Patients should be instructed to report any change in vision without delay.
- Neovascular Age-related Macular Degeneration (AMD)
  - In clinical trials, use of SYFOVRE was associated with increased rates of neovascular (wet) AMD or choroidal neovascularization (12% when administered monthly, 7% when administered every other month and 3% in the control group) by Month 24. Patients receiving SYFOVRE should be monitored for signs of neovascular AMD. In case anti-Vascular Endothelial Growth Factor (anti-VEGF) is required, it should be given separately from SYFOVRE administration.
- Intraocular Inflammation
  - In clinical trials, use of SYFOVRE was associated with episodes of intraocular inflammation including: vitritis, vitreal cells, iridocyclitis, uveitis, anterior chamber cells, iritis, and anterior chamber flare. After inflammation resolves, patients may resume treatment with SYFOVRE.
- Increased Intraocular Pressure
  - Acute increase in intraocular pressure may occur within minutes of any intravitreal injection, including with SYFOVRE. Perfusion of the optic nerve head should be monitored following the injection and managed as needed.

**ADVERSE REACTIONS**

- Most common adverse reactions (incidence ≥5%) are ocular discomfort, neovascular age-related macular degeneration, vitreous floaters, conjunctival hemorrhage.

Please see full Prescribing Information for more information.

**U.S. Important Safety Information for EMPAVELI® (pegcetacoplan)**

**BOXED WARNING: SERIOUS INFECTIONS CAUSED BY ENCAPSULATED BACTERIA**

**EMPAVELI®, a complement inhibitor, increases the risk of serious infections, especially those caused by encapsulated bacteria, such as *Streptococcus pneumoniae, Neisseria meningitidis*, and *Haemophilus influenzae* type B. Life-threatening and fatal infections with encapsulated bacteria have occurred in patients treated with complement inhibitors. These infections may become rapidly life-threatening or fatal if not recognized and treated early.**

- **Complete or update vaccination for encapsulated bacteria at least 2 weeks prior to the first dose of EMPAVELI, unless the risks of delaying therapy with EMPAVELI outweigh the risks of developing a serious infection. Comply with the most current Advisory Committee on Immunization Practices (ACIP) recommendations for vaccinations against encapsulated bacteria in patients receiving a complement inhibitor.**

- **Patients receiving EMPAVELI are at increased risk for invasive disease caused by encapsulated bacteria, even if they develop antibodies following vaccination. Monitor patients for early signs and symptoms of serious infections and evaluate immediately if infection is suspected.**

**Because of the risk of serious infections caused by encapsulated bacteria, EMPAVELI is available only through a restricted program under a Risk Evaluation and Mitigation Strategy (REMS) called the EMPAVELI REMS.**

**CONTRAINDICATIONS**

- Hypersensitivity to pegcetacoplan or to any of the excipients
- For initiation in patients with unresolved serious infection caused by encapsulated bacteria including *Streptococcus pneumoniae*, *Neisseria meningitidis*, and *Haemophilus influenzae* type B

**WARNINGS AND PRECAUTIONS**

**Serious Infections Caused by Encapsulated Bacteria**
EMPAVELI, a complement inhibitor, increases a patient's susceptibility to serious, life-threatening, or fatal infections caused by encapsulated bacteria including *Streptococcus pneumoniae*, *Neisseria meningitidis* (caused by any serogroup, including non-groupable strains), and *Haemophilus influenzae* type B. Life-threatening and fatal infections with encapsulated bacteria have occurred in both vaccinated and unvaccinated patients treated with complement inhibitors. The initiation of EMPAVELI treatment is contraindicated in patients with unresolved serious infection caused by encapsulated bacteria.

Complete or update vaccination against encapsulated bacteria at least 2 weeks prior to administration of the first dose of EMPAVELI, according to the most current ACIP recommendations for patients receiving a complement inhibitor. Revaccinate patients in accordance with ACIP recommendations considering the duration of therapy with EMPAVELI. Note that ACIP recommends an administration schedule in patients receiving complement inhibitors that differs from the administration schedule in the vaccine prescribing information. If urgent EMPAVELI therapy is indicated in a patient who

is not up to date with vaccines against encapsulated bacteria according to ACIP recommendations, provide the patient with antibacterial drug prophylaxis and administer these vaccines as soon as possible. The benefits and risks of treatment with EMPAVELI, as well as the benefits and risks of antibacterial drug prophylaxis in unvaccinated or vaccinated patients, must be considered against the known risks for serious infections caused by encapsulated bacteria.

Vaccination does not eliminate the risk of serious encapsulated bacterial infections, despite development of antibodies following vaccination. Closely monitor patients for early signs and symptoms of serious infection and evaluate patients immediately if an infection is suspected. Inform patients of these signs and symptoms and instruct patients to seek immediate medical care if these signs and symptoms occur. Promptly treat known infections. Serious infection may become rapidly life-threatening or fatal if not recognized and treated early. Consider interruption of EMPAVELI in patients who are undergoing treatment for serious infections.

EMPAVELI is available only through a restricted program under a REMS.

**EMPAVELI REMS**
EMPAVELI is available only through a restricted program under a REMS called EMPAVELI REMS, because of the risk of serious infections caused by encapsulated bacteria. Notable requirements of the EMPAVELI REMS include the following:

Under the EMPAVELI REMS, prescribers must enroll in the program. Prescribers must counsel patients about the risks, signs, and symptoms of serious infections caused by encapsulated bacteria, provide patients with the REMS educational materials, ensure patients are vaccinated against encapsulated bacteria at least 2 weeks prior to the first dose of EMPAVELI, prescribe antibacterial drug prophylaxis if patients' vaccine status is not up to date and treatment must be started urgently, and provide instructions to always carry the Patient Safety Card both during treatment, as well as for 2 months following last dose of EMPAVELI. Pharmacies that dispense EMPAVELI must be certified in the EMPAVELI REMS and must verify prescribers are certified.

Further information is available at www.empavelirems.com or 1-888-343-7073.

**Infusion-Related Reactions**
Systemic hypersensitivity reactions (e.g., facial swelling, rash, urticaria, pyrexia) have occurred in patients treated with EMPAVELI, which may resolve after treatment with antihistamines. Cases of anaphylaxis leading to treatment discontinuation have been reported. If a severe hypersensitivity reaction (including anaphylaxis) occurs, discontinue EMPAVELI infusion immediately, institute appropriate treatment, per standard of care, and monitor until signs and symptoms are resolved.

**Monitoring Paroxysmal Nocturnal Hemoglobinuria (PNH) Manifestations after Discontinuation of EMPAVELI**
After discontinuing treatment with EMPAVELI, closely monitor for signs and symptoms of hemolysis, identified by elevated Lactate Dehydrogenase (LDH) levels along with sudden decrease in PNH clone size or hemoglobin, or reappearance of symptoms such as fatigue, hemoglobinuria, abdominal pain, dyspnea, major adverse vascular events (including thrombosis), dysphagia, or erectile dysfunction. Monitor any patient who discontinues EMPAVELI for at least 8 weeks to detect hemolysis and other reactions. If hemolysis, including elevated LDH, occurs after discontinuation of EMPAVELI, consider restarting treatment with EMPAVELI.

**Interference with Laboratory Tests**
There may be interference between silica reagents in coagulation panels and EMPAVELI that results in artificially prolonged activated partial thromboplastin time (aPTT); therefore, avoid the use of silica reagents in coagulation panels.

**ADVERSE REACTIONS**
Most common adverse reactions in adult patients with PNH (incidence ≥10%) were injection site reactions, infections, diarrhea, abdominal pain, respiratory tract infection, pain in extremity, hypokalemia, fatigue, viral infection, cough, arthralgia, dizziness, headache, and rash.

Most common adverse reactions in adult and pediatric patients 12 years of age and older with C3 glomerulopathy (C3G) or primary immune-complex membranoproliferative glomerulonephritis (IC-MPGN) (incidence ≥10%) were injection-site reactions, pyrexia, nasopharyngitis, influenza, cough, and nausea.

**USE IN SPECIFIC POPULATIONS**
**Females of Reproductive Potential**
EMPAVELI may cause embryo-fetal harm when administered to pregnant women. Pregnancy testing is recommended for females of reproductive potential prior to treatment with EMPAVELI. Advise female patients of reproductive potential to use effective contraception during treatment with EMPAVELI and for 40 days after the last dose.

**Please see full Prescribing Information, including Boxed WARNING regarding serious infections caused by encapsulated bacteria, and Medication Guide.**

**About Biogen**
Founded in 1978, Biogen is a leading biotechnology company that pioneers innovative science to deliver new medicines to transform patients' lives and to create value for shareholders and our communities. We apply deep understanding of human biology and leverage different modalities to advance first-in-class treatments or therapies that deliver superior outcomes. Our approach is to take bold risks, balanced with return on investment to deliver long-term growth. We routinely post information that may be important to investors on our website at www.biogen.com. Follow us on social media - Facebook, Instagram, LinkedIn, X, YouTube.

**Biogen Forward Looking Statements**
This press release contains forward-looking statements that are being made pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 (the PSLRA) with the intention of obtaining the benefits of the "Safe Harbor" provisions of the PSLRA. This press release contains forward-looking statements, relating to: the anticipated benefits of the Apellis Pharmaceuticals, Inc. acquisition (the "Acquisition"), our strategy and our future financial and operating results, including with respect to launch readiness for felzartamab, costs and other anticipated financial impacts of the Acquisition, including Biogen revenue, non-GAAP EPS and non-GAAP EPS growth, and the expected revenue growth for EMPAVELI® and SYFOVRE® following the Acquisition. These forward-looking statements may be accompanied by such words as "aim," "anticipate," "assume," "believe," "contemplate," "continue," "could," "estimate," "expect," "forecast," "goal," "guidance," "hope," "intend," "may," "objective," "outlook," "plan," "possible," "potential," "predict," "project," "prospect," "should," "target," "will," "would," and other words and terms of similar meaning. Drug development and commercialization involve a high degree of risk, and only a small number of research and development programs result in commercialization of a product. Results in early-stage clinical trials may not be indicative of full results or results from later stage or larger scale clinical trials and do not ensure regulatory approval. You should not place undue reliance on these statements.

Given their forward-looking nature, these statements involve substantial risks and uncertainties that may be based on inaccurate assumptions and could cause actual results to differ materially from those reflected in such statements. These forward-looking statements are based on management's

current beliefs and assumptions and on information currently available to management. Given their nature, we cannot assure that any outcome expressed in these forward-looking statements will be realized in whole or in part.

We caution that these statements are subject to risks and uncertainties, many of which are outside of our control and could cause future events or results to be materially different from those stated or implied in this document, including, among others, factors relating to: the possibility that the net sales thresholds for the CVR payments are never met; results of litigation, settlements and investigations; actions by third parties, including governmental agencies; unexpected costs, charges or expenses resulting from the Acquisition; potential adverse reactions or changes to business relationships resulting from the announcement or completion of the Acquisition; the risk that Biogen may not be able to successfully integrate the business of Apellis and realize the expected benefits of the Acquisition in a timely manner or at all; uncertainty of our long-term success in developing, licensing, or acquiring other product candidates or additional indications for existing products; expectations, plans, prospects and timing of actions relating to product approvals, approvals of additional indications for our existing products, sales, pricing, growth, reimbursement and launch of our marketed and pipeline products; the potential impact of increased product competition in the biopharmaceutical and healthcare industry, as well as any other markets in which we compete, including increased competition from new originator therapies, generics, prodrugs and biosimilars of existing products and products approved under abbreviated regulatory pathways; our ability to effectively implement our corporate strategy; difficulties in obtaining and maintaining adequate coverage, pricing, and reimbursement for our products; the drivers for growing our business, including our dependence on collaborators and other third parties for the development, regulatory approval, and commercialization of products and other aspects of our business, which are outside of our full control; risks related to commercialization of biosimilars, which is subject to such risks related to our reliance on third-parties, intellectual property, competitive and market challenges and regulatory compliance; the risk that positive results in a clinical trial may not be replicated in subsequent or confirmatory trials or success in early stage clinical trials may not be predictive of results in later stage or large scale clinical trials or trials in other potential indications; risks associated with clinical trials, including our ability to adequately manage clinical activities, unexpected concerns that may arise from additional data or analysis obtained during clinical trials, regulatory authorities may require additional information or further studies, or may fail to approve or may delay approval of our drug candidates; and the occurrence of adverse safety events, restrictions on use with our products, or product liability claims; and any other risks and uncertainties that are described in other reports we have filed with the U.S. Securities and Exchange Commission, which are available on the SEC's website at www.sec.gov.

These statements speak only as of the date of this presentation and the discussions during this conference call and are based on information and estimates available to us at this time. Should known or unknown risks or uncertainties materialize or should underlying assumptions prove inaccurate, actual results could vary materially from past results and those anticipated, estimated, or projected. Investors are cautioned not to put undue reliance on forward-looking statements. A further list and description of risks, uncertainties and other matters can be found in our Annual Report on Form 10-K for the fiscal year ended December 31, 2025 and in our subsequent reports on Form 10-Q, in each case including in the sections thereof captioned "Note Regarding Forward-Looking Statements" and "Item 1A. Risk Factors," and in our subsequent reports on Form 8-K. Except as required by law, we do not undertake any obligation to publicly update any forward-looking statements whether as a result of any new information, future events, changed circumstances or otherwise.

**Biogen Digital Media Disclosure**
From time to time, we have used, or expect in the future to use, our investor relations website (investors.biogen.com), the Biogen LinkedIn account (linkedin.com/company/biogen-) and the Biogen X account (https://x.com/biogen) as a means of disclosing information to the public in a broad, non-exclusionary manner, including for purposes of the SEC's Regulation Fair Disclosure (Reg FD). Accordingly, investors should monitor our investor relations website and these social media channels in addition to our press releases, SEC filings, public conference calls and websites, as the information posted on them could be material to investors.

*References:*


1. Rudnicka AR, Jarrar Z, Wormald R, et al. Age and gender variations in age-related macular degeneration prevalence in populations of European ancestry: a meta analysis. Ophthalmology 2012;119:571–580.
2. Wong WL, Su X, Li X, et al. Global prevalence of age-related macular degeneration and disease burden projection for 2020 and 2040: a systematic review and meta-analysis. Lancet Glob Health 2014;2:e106–116.
3. Lindblad AS, et al, and AREDS Research Group. Arch Ophthalmol. 2009;127(9):1168-1174.
4. Smith RJH, et al. Nat Rev Nephrol. 2019;15(3):129-143.
5. Servais A, et al. Kidney Int. 2012;82(4):454-464.
6. Zand L, et al. J Am Soc Nephrol. 2014;25(5):1110-1117.
7. Tarragón, B, et al. C3 Glomerulopathy Recurs Early after Kidney Transplantation in Serial Biopsies Performed within the First 2 Years after Transplantation. Clinical Journal of the American Society of Nephrology. August 2024; 19(8)1005-1015.
8. Paroxysmal nocturnal hemoglobinuria (PNH). The Sidney Kimmel Comprehensive Cancer Center Web site. https://www.hopkinsmedicine.org/kimmel_cancer_center/types_cancer/paroxysmal_nocturnal_hemoglobinuria_PNH.html. Accessed November 20, 2019.
9. Besa EC. Paroxysmal nocturnal hemoglobinuria (PNH). MedScape 2017; https://emedicine.medscape.com/article/207468-overview. Accessed November 20, 2019.



MEDIA CONTACT:
**Biogen**
Madeleine Shin
+ 1 781 464 3260
public.affairs@biogen.com

INVESTOR CONTACT:
**Biogen**
Tim Power
+1 781 464 2442
IR@biogen.com

Menu SCHWAB Open an Account Log In

Learn

Search Learn

TRADING >

# Short Selling: The Risks and Rewards

Make sure you understand the risks of short selling before taking the plunge.

June 1, 2026



Many traders try to profit from stocks that rise in value. But some do the opposite—trying to profit from stocks that *decline* in value—through a strategy known as short selling.

Short selling involves borrowing a security whose price you think is going to fall and then selling it on the open market. You then buy the same stock back later, hopefully for a lower price than you initially sold it for, return the borrowed stock to your broker, and pocket the difference.

For example, let's say a stock is trading at $50 a share. You borrow 100 shares and sell them for $5,000. The price subsequently declines to $25 a share, at which point you purchase 100 shares to replace those you borrowed, netting $2,500.

Short selling may sound straightforward, but this kind of speculative trading involves considerable risk. Here's a closer look at how it works—and what to consider before taking the plunge.

## Getting started

Because you're borrowing shares from a brokerage firm, you must first establish a margin account to hold eligible assets like bonds, cash, mutual funds, or stocks as collateral. As with other forms of borrowing, you'll be charged interest on the value of the outstanding shares until they're returned (though the interest may be tax-deductible).

Interest rates can vary significantly. You may be able to short the most liquid shares for nothing, while the least liquid shares could come with an annualized interest rate of more than 100% of the value of your position. Rates can also change suddenly if the shares become more or less liquid. Interest accrues daily at the prevailing rate and is deducted from your account on a monthly basis.

Also worth noting: Your broker will have to "locate" the security you're targeting before you can do a short sale. This is a regulatory requirement aimed at preventing "naked shorting," which is when a trader attempts a short sale without actually taking delivery of the borrowed shares. The rule says your broker must have a reasonable belief the security can be borrowed and delivered on a specific date before you can short it. Attempting a naked

short could lead to your position being closed by your broker, potentially resulting in significant losses or costs.

Once you've opened and funded your margin account, you can start to research possible short-sale candidates. Traders typically use one or more of the following approaches to identify short-sale targets:

- **Fundamental analysis**: Analyzing a company's financials can help you decide if its stock may be a candidate for a decline in price. For example, when looking for short-sale candidates, some traders look for companies whose earnings per share (EPS) and sales growth have been slowing, in the expectation that the company's share price will follow suit.
- **Technical analysis**: Patterns in a stock's price movement can also help you decide if it could be on the cusp of a downtrend. One potential signal could be when a stock has fallen through a series of lower lows while trading at higher volumes. Another could be when a stock has rebounded to the upper range of its trading pattern but appears to be losing steam.
- **Thematic**: This approach involves betting against companies whose business models or technologies are deemed outdated (think Blockbuster Video), which can be more of a long game but can pay off should your prediction prove correct.

As for which might be best: That's generally in the eye of the beholder. Each approach—or even combination of approaches—involves a certain amount of analysis and interpretation.

**Dive deeper into your trading strategy.**

Explore thinkorswim®

## Entering a trade

As with any trade, you should identify your entry and exit points before you begin. You may also want to consider entering a stop order to help limit your losses in the event the trade

moves against you.

In general, two kinds of stop orders may prove useful:

- **Buy-stop orders** trigger a market order to buy back the shares at the next available price if the stock price rises to or above the stop price. Remember, the goal is buy back stocks at a lower price than you sold them for, so a bounce higher could hurt.
- **Trailing buy-stops** specify a stop price that follows, or "trails," the lowest price of a stock by a percentage or dollar amount that you set. If the stock rises above its lowest price by the trail or more, it triggers a buy market order. If the price drops, the stop resets at a lower price.

However, neither method guarantees that the order will execute at or near the "stop" price you designate, and in fact, the stop order could lock in significant losses if the price gaps up.

Now for an example. Let's say stock ZYX recently dropped from $90 per share to $66 before rebounding to $84, and you think it's poised for another decline. After researching company fundamentals and analyzing recent price movements, you might decide on the following trade plan:

- **Enter a short position** only if the stock falls below $80 per share.
- **Set a buy-stop order** at $84 in the hope of limiting a potential loss to $4 per share.
- **Close out the position** at or below $74 per share.

Source: Schwab.com.

This example is hypothetical and for illustrative purposes only.

## Understanding the risks

Short selling comes with numerous risks:

**1. Potentially limitless losses**: When you buy shares of stock (take a long position), your downside is limited to 100% of the money you invested. But when you short a stock, its price can keep rising. In theory, that means there's no upper limit to the amount you'd have to pay to replace the borrowed shares.

For example, you enter a short position on 100 shares of ZYX at $80, but instead of falling, the stock rises to $100. You'll have to spend $10,000 to pay back your borrowed shares—at a *loss* of $2,000. Stop orders can help mitigate this risk, but they're by no means bulletproof.

Losses for short-sellers can be particularly heavy during a short-squeeze, which is when a heavily shorted stock unexpectedly rises in value, triggering a cascade of further price increases as more and more short-sellers are forced to buy the stock to close out their positions. Each wave of purchases causes the stock's price to surge higher, hurting anyone holding onto a short position.

**2. A sudden change in fees.** As noted above, the cost to borrow a stock can change frequently in response to supply and demand conditions. For example, you could log off one night with a short position carrying a 20% interest rate, only to log in the next day to find it has surged to 85%. As a result, you may find it no longer makes sense to keep your position open. Even worse would be a case where both the value of the stock you've shorted *and* the accompanying interest rate are rising at the same time, sending your cost to carry skyward.

**3. Dividend Payments.** Short sellers aren't entitled to dividend payments from the shares they've borrowed. In fact, the value of any dividends paid will be deducted from short-seller's account on the pay date and delivered to the stock's owner. Some short sellers choose to close their short positions before the stock's ex-dividend date to avoid having to pay. (As a reminder, the ex-dividend date is the first day a stock's price no longer includes the value of a declared dividend. That's because the value of the next dividend payment is owed to the stock's owner.)

**4. Margin calls**: If the value of the collateral in your margin account drops below the minimum equity requirement—usually 30% to 35% of the value of the borrowed shares, depending on the firm and the particular securities you own—your broker may require you to deposit more cash or securities to cover the shortfall immediately.

For example, as long as your 100 shares of stock XYZ remain at $80 per share, you'll need $2,400 in your margin account—assuming a 30% equity requirement ($8,000 x 0.30). However, if the stock suddenly rises to $100 per share, you'll need $3,000 ($10,000 x 0.30)—requiring an immediate infusion of $600 to your account, which you may or may not have.

If you fail to meet the margin call, your brokerage firm may close out open positions to bring your account back to the minimum requirement.

## Proceed with caution

At its most basic, short selling involves rooting against individual companies or the market, and some investors may be opposed to that on principle.

However, if you have a firm conviction that a stock price is heading lower, then shorting can be a way to act on that instinct—so long as you're aware of the risks.

## Dive deeper into your trading strategy.

Explore thinkorswim®

## More from Charles Schwab

**Looking to the Futures**

Article | Jun 26, 2026

**Today's Options Market Update**

Article | Jun 25, 2026

### How to Avoid Naked Options

Video | Jun 24, 2026

## Explore more topics

TRADING

STOCKS

This material is intended for general informational and educational purposes only. This should not be considered an individualized recommendation or personalized investment advice. The investment strategies mentioned are not suitable for everyone. Each investor needs to review an investment strategy for his or her own particular situation before making any investment decisions.

All expressions of opinion are subject to change without notice in reaction to shifting market, economic or political conditions. Data contained herein from third party providers is obtained from what are considered reliable sources. However, its accuracy, completeness or reliability cannot be guaranteed.

For illustrative purpose(s) only. Individual situations will vary. Not intended to be reflective of results you can expect to achieve.

Investing involves risk, including loss of principal.

This information is not a specific recommendation, individualized tax, legal, or investment advice. Tax laws are subject to change, either prospectively or retroactively. Where specific advice is necessary or appropriate, individuals should contact their own professional tax and investment advisors or other professionals (CPA, Financial Planner, Investment Manager, Estate Attorney) to help answer questions about specific situations or needs prior to taking any action based upon this information. Certain information presented herein may be subject to change. The information or material contained in this document may not be copied, assigned, transferred, disclosed or utilized without the express written approval of Schwab.

Short selling is an advanced trading strategy involving potentially unlimited risks, and must be done in a margin account. There is no guarantee the brokerage firm can continue to maintain a short position for any period of time. Your position may be closed out by the firm without regard to your profit or loss.

Margin borrowing involves substantial risk and is not suitable for all investors. It's important that you fully understand your financial situation, the rules of margin borrowing, and conditions that may affect your investments. Please read the margin risk disclosure carefully.

0526-EH0H

**Investment and Insurance Products Are: Not FDIC Insured ▪ Not Insured by Any Federal Government Agency ▪ Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates ▪ Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co., Inc. (member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender) provides deposit and lending services and product. Its banking subsidiary, Charles Schwab Premier Bank, SSB (member FDIC) provides cryptocurrency services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-U.S. residents, Charles Schwab Hong Kong clients, Charles Schwab U.K. clients.

© 2026 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.



(1124-0VG4)

X

← **Post**

**Martin Shkreli** @MartinShkreli

long idea: $BCRX trading at steep discount to sum of its two parts - $10 stock should trade for $30 - HAE king in the making with navenibart

**BioCryst Pharmaceuticals Inc**
BCRX **$9.45** -0.63%



1:54 PM · Jun 25, 2026 · **203.2K** Views

58 27 679 666

**Unicorn Biotech** @unicornbiotech · Jun 25
you can try to be a bit more discrete given zero catalysts

Calls

| Ticker | Bid | Ask | Last | IVM | Volm | OInt | OICh |
|---|---|---|---|---|---|---|---|
| 17-Jul-26 (22d); CSize 100; R 4.01; IFwd 10.81 | | | | | | | |
| BCRX 7 C9 | 1.30 | 2.20 | 1.30 | 43.32 | 79 | 1726 | -30 |
| BCRX 7 C10 | .80 | 1.20 | 1.10 | 58.80 | 100 | 6277 | 2753 |
| BCRX 7 C11 | .50 | .60 | .60 | 70.11 | 861 | 2824 | 592 |
| BCRX 7 C12 | .25 | .55 | .38 | 82.42 | 1474 | 2482 | 1330 |
| BCRX 7 C13 | | .45 | .20 | 109.84 | 3 | 131 | 2 |

3 24 6.8K

**Who is who** @Whoiswho53 · Jun 25
You should think about getting $SGMO given its situation. This should not go down like that. Many start a bio with a third of its assets but a valuation above 500m. Convince a fund to put out a tender offer and get rid of the management and lead the company to FDA approval

10 1K

**NKT** @nkt0509 · Jun 25
How much is Seedy paying you to post?

1 10 5.6K

## Join the conversation

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

X

← **Post**

**Martin Shkreli**
@MartinShkreli

long $EVMN on today's drop, new position for me. with a failed drug out of the way, focus can begin on IL-18 as an exciting new addition to the autoimmune armamentarium.

**Evommune Inc**
EVMN **$11.24** -1.40%



1:52 PM · Jun 29, 2026 · **125.1K** Views

31 11 557 406

**Unicorn Biotech** @unicornbiotech · Jun 29
bro's sadly washed up

1 16 2.7K

**Matt Matt** @sailinyogi1 · Jun 29
$SLS buyout imminent

10 1.7K

**Antoine** @kaskarn · Jun 29
In what universe do we expect derms to prescribe anti-IL18 over anti-IL4R/IL13 or aIL31? I'm ever amazed at how much the market loves the aderm programs

7 3.2K

## Join the conversation

Read 28 more replies

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up