# Exhibit E

# Part 3 of 3

**Adam Feuerstein** @adamfeuerstein · Jul 6

Alright... a biotech thread, in a break from the World Cup. In last week's (last Thursday's) Biotech Scorecard newsletter:

-- Have you noticed? Biotech is booming! The $XBI is close to its all-time high reached in February 2021.

This chart is interesting (to me)




6 8 62 21K

**Adam Feuerstein** @adamfeuerstein · Jul 6

This is the same chart in early 2025, when biotech was in a "dark place."




Don't miss what's happening
People on X are the first to know.
Log in
Sign up

1 10 6.5K

**Adam Feuerstein**
@adamfeuerstein

-- FDA adcomms are back. On July 29, an expert panel will evaluate deramiocel, $CAPR cell therapy for Duchenne muscular dystrophy. Historically, the FDA convenes a panel of outside experts to seek advice on unresolved issues or concerns that crop up during a drug review. This helps explain why Capricor shares are down.

I spoke to Capricor CEO Linda Marban...

"The FDA hasn't asked us anything that has made me think there are flies in the ointment or there's something that they are really picking on," Capricor CEO Linda Marban told me.

But...

One issue the FDA may bring to the advisory panel, Marban speculated, based on some of these information requests, is the possibility that Capricor may have been inadvertently unblinded to the study results prior to submitting a revised statistical analysis plan to the agency.

Recall, Capricor $CAPR changed the method used to analyze the muscle-performance primary endpoint -- relative change from mean change -- and also revised the statistical analysis plan.

Marban said the company was not unblinded and changes were made with the blessing of the FDA.

"We provided all of that information to the agency, but I think that's probably one of the issues they want to flesh out" at the advisory panel meeting, she said.

1:03 PM · Jul 6, 2026 · **133.2K** Views

9 8 69 36

**Adam Feuerstein** @adamfeuerstein · Jul 6
You can read the entire Biotech Scorecard here: $XBI $CAPR

**Don't miss what's happening**
People on X are the first to know.
Log in
Sign up

X

Post




Halfway into the year, biotech is booming

From statnews.com

4 · 14 · 9.8K

**Adam Feuerstein** @adamfeuerstein · Jul 6

And, please, if you're a STAT subscriber, sign up to receive my Biotech Scorecard newsletter in your inbox, every Thursday.




Adam's Biotech Scorecard: A STAT+ exclusive by Adam Feuerstein

@bronxb_13 · Jul 6

## Join the conversation

Read 7 more replies

**Don't miss what's happening**

People on X are the first to know.

Log in · Sign up

Linked in
Top Content People Learning Jobs Games Get the app Sign in Join now

# Separating Noise from Data in SELLAS Life Sciences Group, Inc. Phase 3 REGAL Trial

This title was summarized by AI from the post below.

**Dr. Angelos M. Stergiou, MD,ScD hc**
2w

There has been some commentary recently regarding our SELLAS Life Sciences Group, Inc. Phase 3 REGAL trial. Let's separate the noise from the data. This may likely be my last brief posting around REGAL before we approach the critical 80th event (will be announced) and enter an official quiet period until topline results.

1. The Control Arm (Best Available Therapy) Reality

Noise: Trial delay implies the control arm (BAT) is living longer due to modern drugs.

The Reality: This mischaracterizes the fragile Second Complete Remission (CR2) cohort. Regimens, like venetoclax or combos, are neither safe nor standard for CR2 maintenance—there is no approved therapy here. Intensive therapies in this state cause severe myelosuppression, often shortening survival. Real-world BAT does not suggest significantly higher survival as we had also shown in our Q4 2025 R&D event.

2. What Slower Event Accrual Actually Signifies

Noise: Slower event accrual means the control arm is surviving too long.

The Reality: Statistically, it is likely plausible that slower accumulation may be a signature of a highly effective active arm. Unlike chemotherapy's temporary curve separation, WT1 immunotherapies like GPS (galinpepimut-S) prime the immune system over time, inducing a durable "long tail" survival plateau. If the active arm hits this plateau, events naturally slow. This mirrors our Phase 2 data where GPS achieved an exceptional 21-month median OS in CR2.

3. No Shortcuts at the Finish Line

Noise: Stop at 78 events instead of 80 to save time.

The Reality: Events are our statistical currency. Stopping early invites regulatory skepticism and "timing bias" accusations. Because our path to victory relies, among others, on capturing a mature long-term survival tail, even those final events are vital to fully power the study. We do not disclose real-time blinded metrics. We do not share proprietary modeling and our detailed statistics. Restraint is a necessity, not a vulnerability.

4. The Flaw in "Solo Commercialization" Valuation

Noise: Valuation is disconnected based strictly on solo commercialization cash flows in a single niche.

The Reality: Solo-product DCF models fail for late-stage platform biotech. They erase:
- Pipeline Optionality: Assigns no value to SLS009 (our CDK9 inhibitor with strong efficacy in AML) and GPS's potential across 20+ WT1-positive cancers (mesothelioma, ovarian, etc.).
- Strategic Value: Phase 3 assets addressing extreme unmet needs often trade on strategic value, not necessarily steady-state cash flows.
- Market Access: Ignores our extensive unannounced pricing and reimbursement architecture.
- The current market reflects a highly asymmetric risk-reward profile on the verge of a definitive, unblinded survival readout and a major potential medical breakthrough.

We remain deeply grateful to our patients, investigators, and shareholders for your steadfast support as we cross this critical finish line together.

583

Like Comment Share

To view or add a comment, sign in

## More Relevant Posts

BIOTECH

# FDA adcomm shoots down Capricor's Duchenne cell therapy after meeting marked by statistical dispute

By **Darren Incorvaia**
Jul 29, 2026 6:06pm

Capricor | FDA advisory committee | Duchenne muscular dystrophy (DMD) | Cell & Gene Therapy





Like the Hope-2 trial before it, the FDA and Capricor fundamentally disagree on whether or not the Hope-3 study of deramiocel hit its primary endpoints. (iStock / Getty Images Plus)

A panel of experts today voted against Capricor's cell therapy for Duchenne muscular dystrophy (DMD), capping off an advisory committee meeting marked by statistical confusion.

Capricor's therapy, deramiocel, is meant to restore heart and skeletal muscle function in DMD patients. Capricor's approval application is specifically for DMD-associated cardiomyopathy, a common complication of the rare genetic disease, and the panelists were asked to vote only on deramiocel's effectiveness in cardiomyopathy.

Speaking to Fierce the day before the committee met, Capricor co-founder and CEO Linda Marbán, Ph.D., cautioned that she doesn't have a crystal ball but "cannot imagine why somebody would vote against this." Nine experts ultimately did, with only three voting in support of deramiocel's efficacy.

While advisory committees provide recommendations, the FDA is still the ultimate arbiter of approvals and can choose to go against the experts' consensus. A decision on deramiocel is expected from the agency by August 22.

Patient representatives Buddy Cassidy, Ph.D., and Debra Dunn voted in favor of the therapy's efficacy, and were joined by the adcomm's acting chair Evan Snyder, M.D., Ph.D., a neurologist at Sanford Burnham Prebys Medical Discovery Institute in San Diego.

"As a scientist I would have voted no," Snyder said when explaining his decision. As a clinician, however, "I voted a highly qualified yes, because I don't want methodologic[al] issues to close the door on something that could have something there."

The adcomm centered on Capricor's resubmitted biologics license application (BLA) for deramiocel, which was based on new data from the phase 3 HOPE-3 trial. Capricor's original rejected submission used data from the earlier Hope-2 trial and its open-label extension, the results of which the company and regulator firmly disagree on.

Capricor put forth its revised BLA following the announced departure of Vinay Prasad, M.D., the former director of the FDA's Center for Biologics Evaluation and Research, who oversaw the previous rejection of deramiocel and numerous other rare disease therapies during his turbulent tenure.

Deramiocel consists of specialized heart cells, called cardiosphere-derived cells, sourced from donor cadavers. The treatment is given via IV infusion every three months.

Overall, experts considered the results of Capricor's Hope-3 trial too "fragile," meaning that they were overly dependent on the type of analysis performed and on the exclusion of certain patients.

# Statistical snafu

Like the Hope-2 trial before it, the FDA and Capricor fundamentally disagree on whether or not the Hope-3 study of deramiocel hit its primary endpoints. Capricor announced the trial succeeded last December, but the FDA maintains that the trial in fact failed, and that Capricor's claims of efficacy are due to numerous changes the company made to its statistical analysis plan.

In Capricor's presentation at the adcomm, Marbán condemned the FDA's use of statistical analysis plan (SAP) 1.1, "which was never formalized to evaluate this data," and which she said "is simply not appropriate and conceals a true treatment effect."

"For reasons we do not understand why—the FDA has seized upon that unfinished, unsigned draft SAP and performed numerous analyses based on this incomplete draft," Marbán said. "This would be like your professor grading your term paper on an early draft you have never even submitted."

Results from Hope-3, using Capricor's preferred SAP version 3.0, were published in The Lancet during the adcomm.

During its own presentation later in the day, the agency defended this decision.

"The models specified in SAP 1.1 are consistent with those specified in SAP 1.2 through 1.5," Tingting Zhou, Ph.D., an FDA statistician, said during the agency's presentation. "Notably, the analytical models and missing data handling are similar across all SAP versions and protocol versions that preceded the interim futility analysis."

Through the meeting, committee members largely sought to clarify details of the different analysis plans, with several expressing concerns over the extent of Capricor's changes and others taking issue with the FDA's failure to provide feedback on SAP 2.0, which was ultimately supplanted by SAP 3.0.

Though not the trial's primary endpoint, deramiocel's approval in DMD-associated cardiomyopathy hinges on left ventricular ejection fraction (LVEF) data, a measure of the heart's ability to pump blood. Capricor's original plan was to analyze the change in LVEF in patients after treatment, but the biotech pivoted the day before data unblinding to instead analyze ranked change in LVEF using a different type of statistical test.

Even with Capricor's last-minute analysis change, the final p-value for the LVEF data presented to the committee still was not statistically significant, sitting at 0.09.

"In some ways, this discussion is sort of moot, inasmuch as the sponsors' analysis, as presented in The Lancet and presented to us, show that they did not meet this endpoint statistically," committee member John Teerlink, M.D., a cardiologist at the San Francisco Veterans Affairs Medical Center, said during the discussion.

Teerlink was also concerned by data suggesting patients given deramiocel experienced increases in left ventricular volume.

"Whenever I see increases in volumes, that's a no-go area," he said. "In other areas, drugs that increase ventricular volumes actually end up hurting people."

Though deramiocel is under consideration only for approval in DMD-associated cardiomyopathy, Marbán urged the experts at the adcomm to consider deramiocel's full potential in the disease.

"We respectfully ask that your vote reflect the potential of deramiocel to address the disease as a whole, and whether these boys deserve a chance to have deramiocel in their arsenal of opportunities to treat DMD," Marbán said.

During the adcomm's public comment section, multiple patients, patient advocates and physicians urged the FDA to add a voting question for the skeletal muscle data. Many spoke of deramiocel's positive effects on preserving muscle function and helping patients maintain independence.

The adcomm's acting chairperson, Snyder, ultimately said FDA guidance does not allow for adding a voting question but encouraged the committee to share their full views on the PUL 2.0 data.

Like the secondary ejection fraction endpoint, Capricor and the FDA also disagree on whether the primary skeletal muscle endpoint—improvement in a measure of upper limb function called PUL 2.0—was met.

While initially meant to be analyzed as an absolute change in PUL 2.0 score, Capricor updated the analysis while the trial was ongoing—but again before unblinding—to assess percent change from baseline instead. Capricor contends this change was scientifically warranted, based on a 2025 paper from experts not affiliated with the company, and that the PUL 2.0 endpoint was met however one looks at the data.

"Hope-3 met the primary endpoint," Craig McDonald, M.D., a pediatrician and neuromuscular specialist at the University of California, Davis and national principal investigator for the Hope-2 and Hope-3 trials, said during Capricor's presentation. "Primary analysis gives a mean difference of 4.55% in favor of deramiocel, with a p-value of 0.029, which corresponds to a 1.2-point absolute change in total PUL 2.0."

A change in PUL 2.0 score of one point or more is generally considered clinically meaningful. A pre-specified sensitivity analysis of the absolute change in PUL 2.0 produced a p-value of 0.05, McDonald added, right on the cutoff for statistical significance.

“The conclusion regarding the primary endpoint does not depend on the choice of scale,” McDonald said.

Per the FDA, however, the opposite is true.

"The results are unambiguous,” said Prateek Shukla, M.D., an acting branch chief in CBER’s general medicine division. “The primary endpoint, mean change from baseline in PUL 2.0 total score at month 12, showed a mean difference of 0.66 points favoring deramiocel with a p-value of 0.24. This is not a near miss. The study did not meet its primary endpoint.”

While the experts saw more encouraging signs in the PUL 2.0 data and felt compelled by the patient testimony asserting deramiocel’s effectiveness in upper limb function, they still found the data unconvincing and too dependent on the kind of analysis used. But for future research, the panel highlighted upper limb function as an area for Capricor to pursue further.

“There may be something in the upper limbs, but it's really not proven here, either quantitatively or qualitatively,” committee member Steven Pavlakis, M.D., a pediatric neurologist at SUNY Downstate Health Sciences University in Brooklyn, said. “But if there was anything to look at going forward, that would be it.”

INSIDE PRECISION MEDICINE

# FDA Committee Vote Against Approving Capricor's Deramiocel

July 30, 2026



*Credit: Huntstock/Getty Images*

An FDA advisory committee has voted against approving Capricor Therapeutics' cell therapy deramiocel for treatment of cardiomyopathy in patients with Duchenne muscular dystrophy, citing "fragile" efficacy data and statistical and study design issues as being behind their decision.

The Cellular, Tissue, and Gene Therapies Advisory Committee voted to reject the therapy 9 votes to 3. That vote is nonbinding, but it strongly signals a difficult path ahead for the company and deramiocel before the FDA's August 22 decision date on whether to approve the therapy.

In the committee meeting, which is open for interested parties to view online, one of the committee members Cynthia Tifft, MD, PhD, a senior clinician at the National Human Genome Research Institute, said: "If it was a bigger study, if it went for longer, if we chose different endpoints, there probably is something there. But given the question that was asked, I think the evidence is really not that compelling."

The HOPE-3 Phase III trial testing deramiocel, a heart-cell derived therapy, in patients with Duchenne muscular dystrophy aged 10 years or older was published this week. Overall, 106 patients were randomly assigned to treatment with deramiocel or placebo, 83 of whom had evidence of cardiomyopathy at the beginning of the study.

The results of HOPE-3 show that deramiocel significantly slowed decline in upper-limb function, meeting the trial's prespecified primary endpoint and slowing upper limb disease progression by about 54%. The key cardiac endpoint, change in left ventricular ejection fraction (LVEF), did not reach statistical significance in the overall cardiac-evaluable cohort, but a prespecified subgroup with documented cardiomyopathy showed a nominally significant benefit.

Capricor and the researchers working on developing the therapy made upper-limb function the primary endpoint of the trial because deramiocel is intended to be a

systemic therapy with both skeletal-muscle and cardiac benefits, and loss of arm function is a major driver of daily disability in late-stage Duchenne.

However, because the company is asking the FDA to approve the therapy for treatment of cardiomyopathy in patients with Duchenne the committee met to discuss if deramiocel should be approved for this specific cardiac indication rather than assessing if it improved upper limb function.

Capricor previously submitted data from an earlier trial HOPE-2 and an open label extension to the FDA for this indication, but the earlier biologics license application was rejected by the regulator. This resubmission includes the new data from HOPE-3.

In a briefing document released by the regulator before the meeting, FDA reviewers say Capricor made statistical analysis plan changes after the HOPE-3 trial ended that make interpreting the analysis difficult and criticized the companies approach to handling missing data for some people in the placebo group. They also say the efficacy signal for cardiac improvement is "fragile."

FDA reviewers noted in the document that most HOPE-3 patients had relatively preserved cardiac function at baseline (mean LVEF 57%), which they felt limited conclusions about treatment of established Duchenne cardiomyopathy. They also highlighted that hypersensitivity reactions were far more frequent with deramiocel (42% vs 15% on placebo), which might have affected how patients and clinicians reported or measured improvements in functions that depend on effort, like arm and hand use.

"We remain committed to deramiocel and to the patients who could benefit from it," said Linda Marbán, PhD, chief executive officer of Capricor. "The Advisory Committee gave us an important opportunity to present the clinical evidence, and we were encouraged by the Committee's discussion of deramiocel's impact on skeletal muscle… In a moving open public hearing, patients, families, and clinicians shared their experience with the therapy, underscoring the unmet need within the Duchenne community. We remain focused on working with the FDA toward potential approval ahead of our August 22, 2026, PDUFA target action date."

News & Features | Cell therapy | Duchenne muscular dystrophy | Heart diseases | Phase III clinical trials (Clinical trial) | United States Food and Drug Administration | deramiocel

## Also of Interest

Gene-Edited CAR T Expands Rare Disease Horizons

Drug Repurposing's Next Challenge: Turning Discoveries Into Treatments

Choice, Flexibility, Access: Can Decentralization Transform Rare Disease Research?

Before the Hype: Five Early-Stage ADC Startups to Watch

Simple Blood Test May Predict Rare but Serious CAR T Neurotoxicity

DMD Cell Therapy Delays Disease Progression in Phase III Trial

Copyright © 2026 Sage Publications or its affiliates, licensors, or contributors. All rights reserved, including those for text and data mining and training of large language models, artificial intelligence technologies, or similar technologies.

Wiktionary
The free dictionary

# go ham

*See also:* **go HAM** *and* **go H.A.M.**

## English

### Alternative forms

- go HAM, go H.A.M.

### Etymology

Uncertain; the earliest use of the term in the idiomatic sense appears to be in the 2007 song "Go Ham on 'Em" by Soulja Boy (see quotation below), although isolated usage goes back earlier. "Ham" is often thought to be an acronym of "hard as a motherfucker" (with *go ham* then parsing as go hard as a motherfucker), although this may be a backronym.[1] Alternatively, it could be a phonetic clipping of *mayhem*.[2] The term was popularized by the 2011 song "H.A.M." by Jay-Z and Kanye West. The fact that *go the whole hog* and *go ham* have senses that are synonymous at least raises the question of whether the pig-portions connection is wholly coincidental or not.

### Pronunciation

- IPA(key): /goʊ ˈhæm/
- Rhymes: -æm
- Audio (*US*): 0:02

### Verb

**go ham** (*third-person singular simple present* **goes ham**, *present participle* **going ham**, *simple past* **went ham**, *past participle* **gone ham**)

1.
2. (*intransitive*, *slang*, *originally African-American Vernacular*, *often with* on) To enter an enraged and uncontrollable state; to go berserk. [synonyms ▲] [quotations ▼]
   Synonyms: go crazy, go wild; *see also* Thesaurus:go crazy, Thesaurus:lose one's temper
   *If you use her fabric scissors, she's going to **go ham** on you.*
3.

4. (*intransitive*, *slang*, *originally African-American Vernacular*, *often with* on) To do something with the maximum possible effort; to go all out. [synonyms ▲] [quotations ▼]
   Synonyms: go the whole hog, full send, put one's whole pussy into
   *My costume last Halloween was pretty lame, but this time I'm really going to* ***go ham****.*
   *I ordered a couple burgers and just* ***went ham*** *on them.*
5. *Used other than figuratively or idiomatically:* see *go, ham.* [quotations ▼]

## See also

- ham wild
- hog-wild

## References


1. ^ Cody Kapocsi (28 August 2018), "The Origin of 'Going Ham' or Why You Aren't Going Ham", in *From the Holocron*[1] (https://web.archive.org/web/20230925121458/https://fromtheholocron.com/blog/2018/08/28/going-ham/), archived from the original (https://fromtheholocron.com/blog/2018/08/28/going-ham/) on 25 September 2023: "Consequently, the definition of going ham predates "hard as a m*." ¶ Which means that we probably have a backronym on our hands."
2. ^ "go ham on em' (https://www.urbandictionary.com/define.php?term=go+ham+on+em')", in *Urban Dictionary*, launched 1999.


## Further reading


- "ham (https://www.dictionary.com/browse/ham)", in *Dictionary.com Unabridged*, Dictionary.com, LLC, 1995–present.
- "go ham *v.* (https://greensdictofslang.com/entry/asvivkq#zui53qq)", in *Green's Dictionary of Slang*, Jonathon Green, 2016–present.


## Anagrams

- Ogham, Omagh, ogham

---

Retrieved from "https://en.wiktionary.org/w/index.php?title=go_ham&oldid=91141932"

LESSON 2 OF 3

# Monitoring Margin in TWS

Back to Course

Duration 11:39

Level Intermediate

Take Quiz

Open Account

This lesson is designed to help the investor understand the various places where margin is displayed before placing a single trade and what the impact on a portfolio of stocks would be after the transaction. In this video, we are assuming a RegT margin account. However, the tools displayed are identical whether the investor uses a cash account or a Portfolio Margin account. The impact on margin values, however, is likely to be different. Please also note that margin requirements are subject to change as determined by Interactive Brokers as well as by changing market conditions.

## Viewing Margin Requirements in TWS for Your Portfolio

Let's start with a portfolio containing only cash. Note the Portfolio tab shows a Margin matrix to the upper right of the screen with:

**Net Liquidity or Net Liquidation Value** which is the total value of all assets marked-to-market,

**Excess Liquidity** defined as Equity with Loan Value (ELV) minus Maintenance Margin or the amount of equity the investor has in excess of the current margin required to support their portfolio, and

**SMA** or **Special Memorandum Account** which is a line of credit created when the market value of securities in a margin account increases in

This display enables the user to see their portfolio status and leverage at a glance. For a more in-depth look, click the Account icon above. In the Account Window, the investor may expand three sections – Balances, Margin Requirements and Available for Trading. Under Balances, for example, Net Liquidation Value or Equity with Loan Value. The investor can hover over any of the parameter terms to display definitions by account type. Without any positions, the Margin Requirement is zero. Under Available for Trading, the Current Available Funds is equal to the value of cash and at this point Net Liquidation Value. Buying Power gives the investor a sense of the value of securities they could hold in their portfolio under current margin rules. In this case, the leverage is displayed as approximately four-to-one. Before closing the Account window, notice the Portfolio section to the bottom. Later in the lesson this area will be populated with open positions. Close the Account window by clicking on the "x" in the upper right-hand corner. The investor can enter a trade by entering a symbol into the input field on the Order Entry panel. Click the Buy button and select the quantity either in shares or US Dollars. Before submitting the trade for execution, click the Advanced icon and select Check Margin. Doing so will generate an Order Confirmation window.

In the upper left-hand corner under Order Description, the nominal value of the trade is approximately $30,000.

Check to the lower right for the margin matrix.

There are three data columns showing data for Current, Change and Post Trade relating to the Equity with Loan, Maintenance, Initial Margin (or the minimum amount needed to open a new position), and finally the Position.

In this case, the investor is buying a specific number of shares and they can view the estimated impact on their margin requirements.

This is a great first reference point to help the investor compare the margin requirement to the nominal value of shares bought.

When ready click Transmit to send the order.

The investor is currently using $30,000 of their equity, but using margin, the investor can add a second position also worth $30,000 to their portfolio by repeating the previous steps with another stock and checking the margin impact on the Order Confirmation screen. ***Note: Buying on margin is only employed when all the investor's cash has been used for prior positions.*** Let's return to the Portfolio tab on the Monitor screen. The investor can check their Net Liquidity and real-time margin requirements to the upper right of the screen. And to the upper left they can see real- time Daily P/L as well as any Unrealized P/L. Next, returning to the Account Window, the investor can see the margin required to support the positions. Notice the reduced value displayed for Buying Power since the total of the two positions of approximately $60k exceeds the $50k NLV. The investor still has buying power but is now trading with borrowed money from Interactive Brokers. Note also that the margin requirements fall under the US Securities columns and are margined separately from US Commodities. Let's return to the Account window after placing a futures trade by buying a CME crude oil contract in the order entry panel. The investor can enter the symbol for crude oil and set up the trade just as they did for stocks earlier. As with equities the estimated margin impact details are shown on the Order Confirmation page. When ready the investor can click submit and return to the Account window once the order has been filled to now see that same number appear under the commodities side of the panel. Remember, for futures positions, the margin requirement is set by the listing exchange. For stocks, the broker determines the amount of margin deployed, which could be a function of liquidity, market capitalization, how concentrated the positions might be in a specific sector, and other factors. In either case, Interactive Brokers might charge *more* than either the futures exchange or other brokers.

### Viewing Margin Impact for an Existing Portfolio Position

An investor can also check the margin impact a position has on their account by clicking on a symbol in the Portfolio tab, scrolling down to Financial Instrument Info in the pop-up box, and selecting "Show Margin Impact in the expansion window. An information box will appear showing the effects of closing out the position on the Equity with Loan, Initial Margin, and Maintenance Margin values. ***Note: Interest charged on margin loans is reflected on the investor's Activity Statements. For more information on IBKR's interest rates on margin loans, please see the IBKR website.***

## Viewing Margin Requirements for Instruments in a Watchlist

If the investor is interested in seeing the margin requirements of any instrument whether they own it in their portfolio or not they can right-click on a symbol in a Watchlist and select Financial Instrument Info and then click on Description from the expansion menu. This will open a dialogue box. Toward the lower left-hand corner is an area displaying Initial and Maintenance margin requirements broken out by long or short positions. These are represented in percentage terms. Please note that different

stocks may have different requirements. This is due to several factors, such as market capitalization of the underlying, how volatile is has proven and what sector it fits in to. There are several other factors driving margin requirements, for more information please visit the Interactive Brokers website.

## Using TWS Risk Navigator to Estimate Margin Impact

Investors can use the TWS Risk Navigator to see the effects of removing or adding positions has on their margin requirements as well as isolate the margin requirements for an individual position or asset class. The Risk Navigator is a highly powerful, real-time portfolio risk measurement calculator. Click on the New Window button and in the dropdown menu, scroll down to the Other Tools section, hover over Portfolio Tools and expand the sidecar from the Risk Navigator area. Here the investor can access one live version of your current portfolio, and another for a 'what-if' portfolio to review hypothetical scenarios. This is useful for performing quick tasks and the investor can always start with a blank slate or refer to saved 'what-if' portfolios. Click to access a New What-if Portfolio. The investor will be prompted to choose between populating the 'what-if' with their existing positions or start from scratch. Clicking yes adds the investor's current portfolio positions. In the what-if version, the investor can click on and off boxes to include and exclude positions and hence may quickly check the margin impact of a position change at a glance. Upon opening, the investor should notice a series of tabs. For this example, remember we have two stock positions, which will show on the Equity tab to the upper left. And a crude oil futures position, which displays on the Commodity tab. To see margin requirements associated with each position, click the Margin Sensitivity tab towards the far right. You can expand all displayed data by right-clicking in the Underlying column and selecting Expand All Table.

The **Maintenance Margin** is displayed in the navigation bar at the top of the screen and is the sum of the margin requirements for the entire portfolio, including both stocks and commodity positions.

Set the position increment button as position size and click refresh.

This allows the investor to view the contribution of each individual position to the total margin requirement of the portfolio, reflected at the top of the page.

The values in the Maintenance Change and Initial Change columns show the margin impact of closing out a position or doubling the position.

The investor can also see the Nominal Margin Interval on this tab which is Interactive Broker's percentage rate applied to the underlying and multiplied by the position value.

The rate at which the margin is applied will differ between stocks, such that, less liquid and more volatile stocks usually require a higher margin.

The **Risk Navigator** lets the investor isolate the margin requirement for individual positions or asset classes. To isolate stocks only in this example, access the Commodity tab, remove the check in the Include/Exclude box next to the crude oil futures position, and then click on the Equity tab. Notice now that to the right of the Maintenance Margin value is a blue swirl, which if the investor hovers above will display a message prompting them to refresh. Click to update and the anticipated margin value is calculated excluding the crude oil futures position. In this lesson we have shown you several ways to display margin requirements before submitting a trade for execution. We have also shown you how to quickly remove positions from a portfolio to view the impact on margin requirements before placing a trade.

## Additional Resources

Margin Trading Overview Margin Requirements IBKR Margin Rates IBKR Risk Navigator

## Join The Conversation

For specific platform feedback and suggestions, please submit it directly to our team using **these instructions**.

If you have an account-specific question or concern, please reach out to **Client Services**.

We encourage you to look through our **FAQs** before posting. Your question may already be covered!

Visit IBKR.com Open an IBKR Account

### 2 thoughts on “Monitoring Margin in TWS”

**Lwazi**

September 17, 2025 at 4:51 pm

I will like to learn

**Interactive Brokers**

September 18, 2025 at 2:29 pm

We are happy to hear you are enjoying Traders’ Academy!

## Leave a Reply

Comment *

Name

**Disclosure: Interactive Brokers**

The analysis in this material is provided for information only and is not and should not be construed as an offer to sell or the solicitation of an offer to buy any security. To the extent that this material discusses general market activity, industry or sector trends or other broad-based economic or political conditions, it should not be construed as research or investment advice. To the extent that it includes references to specific securities, commodities, currencies, or other instruments, those references do not constitute a recommendation by IBKR to buy, sell or hold such investments. This material does not and is not intended to take into account the particular financial conditions, investment objectives or requirements of individual customers. Before acting on this material, you should consider whether it is suitable for your particular circumstances and, as necessary, seek professional advice.

The views and opinions expressed herein are those of the author and do not necessarily reflect the views of Interactive Brokers, its affiliates, or its employees.

**Disclosure: Margin Trading**

Trading on margin is **only for experienced investors** with high risk tolerance. You may lose more than your initial investment. For additional information regarding margin loan rates, see ibkr.com/interest

COURSE

## Introduction to Margin

1 Introduction to Margin

2 Monitoring Margin in TWS

3 Looking at Margin on IBKR Mobile

LESSON ALSO AVAILABLE IN:

TWSで信用状況をモニターする

RELATED TERMS

**IB Risk Navigator**

**Portfolio Margin Account**

**Margin Warning**

**Margin**

**Excess Funds Sweep**

**Excess Liquidity**

**Reg T Margin**

**Equity with Loan Value**

**Net Liquidation Value**

**Current Maintenance Margin**

**Current Initial Margin**

**Current Excess Liquidity**

**Unrealized P&L**

CFA Accredited Course:

CFA Institute allows its members the ability to self-determine and self-report professional learning (PL) credits earned from external sources. CFA Institute members are encouraged to self-document such credits in their

**Online PL Tracker**

.

## IBKR Campus Newsletters

BI-WEEKLY NEWSLETTER

Get updates on podcasts, webinars, courses, and more from our IBKR pillars.

**Sign Up**

DAILY NEWSLETTER

View the latest financial news articles from the top voices in the industry.

**Sign Up**

WEEKLY NEWSLETTER

Get updates on podcasts, webinars, courses, and more from our IBKR pillars.

**Sign Up**

WEEKLY NEWSLETTER

For those wanting to trade markets using computer-power by coders and developers.

**Sign Up**

MONTHLY NEWSLETTER

Hear about the latest tools and techniques from our own IBKR API staff.

**Sign Up**

About The IBKR Campus

About Interactive Brokers

Privacy

Cyber Security Notice

© 2026 Interactive Brokers, LLC

**The risk of loss in online trading of stocks, options, futures, forex, foreign equities, and fixed income can be substantial. Before trading, clients must read the relevant risk disclosure statements on IBKR's Warnings and Disclosures page.**

The analysis in this material is provided for information only and is not and should not be construed as an offer to sell or the solicitation of an offer to buy any security. To the extent that this material discusses general market activity, industry or sector trends or other broad-based economic or political conditions, it should not be construed as research or investment advice. To the extent that it includes references to specific securities, commodities, currencies, or other instruments, those references do not constitute a recommendation by IBKR to buy, sell or hold such investments. This material does not and is not intended to take into account the particular financial conditions, investment objectives or requirements of individual customers. Before acting on this material, you should consider whether it is suitable for your particular circumstances and, as necessary, seek professional advice.

Securities or other financial instruments mentioned in the material posted are not suitable for all investors. The material posted does not take into account your particular investment objectives, financial situations or needs and is not intended as a recommendation to you of any particular securities, financial instruments or strategies. Before making any investment or trade, you should consider whether it is suitable for your particular circumstances and, as necessary, seek professional advice. Past performance is no guarantee of future results.

Information posted on IBKR Campus that is provided by third-parties does NOT constitute a recommendation that you should contract for the services of that third party. Third-party participants who contribute to IBKR Campus are independent of Interactive Brokers and Interactive Brokers does not make any representations or warranties concerning the services offered, their past or future performance, or the accuracy of the information provided by the third party. Past performance is no guarantee of future results.

Any information posted by employees of IBKR or an affiliated company is based upon information that is believed to be reliable. However, neither IBKR nor its affiliates warrant its completeness, accuracy or adequacy. IBKR does not make any representations or warranties concerning the past or future performance of any financial instrument. By posting material on IBKR Campus, IBKR is not representing that any particular financial instrument or trading strategy is appropriate for you.

Any trading symbols displayed are for illustrative purposes only and are not intended to portray recommendations.

Please note that any advertisement has not been reviewed by the Monetary Authority of Singapore.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply. If you have any questions or comments, or are interested in becoming a contributor to the IBKR Campus, please contact us here.

The order types available through Interactive Brokers LLC's trading platforms are designed to help you limit your loss and/or lock in a profit. Market conditions and other factors may affect execution. In general, orders guarantee a fill or guarantee a price, but not both. In extreme market conditions, an order may either be executed at a different price than anticipated or may not be filled in the marketplace.

## Interactive Brokers LLC

Is a member NYSE - FINRA - SIPC and regulated by the US Securities and Exchange Commission and the Commodity Futures Trading Commission. Headquarters: One Pickwick Plaza, Greenwich, CT 06830 USA.

Website: www.interactivebrokers.com

### Information on Other Interactive Brokers Affiliates

THE FREEPRESS FORUM NEWSLETTERS ACCOUNT UPGRADE

# Two Drinks with . . . 'Pharma Bro' Martin Shkreli

He was called 'the most hated man in America'. He spent four years in prison, and months under house arrest. But now he's free, in love, and drinking draft beer in Manhattan with Suzy Weiss.



"NOW, THE PHARMA BRO HAS BECOME A PHARMA MAN," WRITES SUZY WEISS. (PHOTOGRAPHY BY *THE FREE PRESS*)

By Suzy Weiss

10.31.25 —Two Drinks

Suzy Weiss is a co-founder and reporter for *The Free Press*. Formerly of the *New* ...

FOLLOW COLUMN

101 53

READ IN APP

UPGRADE TO LISTEN

"If you're afraid of who you are, that's worse than prison," says Martin Shkreli.

He should know. The infamous "Pharma Bro" spent four and a half years in federal penitentiaries. Now he's free—and sitting next to me at a bar in Midtown, telling me that the most important thing is to "Be honest. Be yourself."

His is an only-in-New-York type of story. He has made and lost fortunes, as well as his good name, mostly within the five boroughs. Born in Brooklyn to working-class, immigrant parents, who came here from Albania, he managed to get into one of Manhattan's most selective public schools. When he was still a teenager, he landed an internship with Jim Cramer on Wall Street. Then he went to Baruch College, before starting his own hedge fund, and then a drug company called Retrophin, and becoming rich and moving into a penthouse in Midtown. He's started or been heavily involved in at least three more drug companies since.

READ

**Two Drinks with. . . the Creator of 'Nobody Wants This'**

He first became famous—or, more accurately, infamous—in 2015, when his company Turing acquired the license for Daraprim, a drug that's used to treat toxoplasmosis in HIV-positive patients, and immediately pumped up the price from $13.50 per pill to $750. The BBC dubbed him "the most hated man in America," and he became a symbol of everything wrong with healthcare, capitalism, and any industry that's ever had "bros."

Now, the Pharma Bro has become a Pharma Man—he's 42 now, and a dad. How does he answer his critics? "You're mad I raised the price of a drug?" he

says. “Help me understand, like, what should the drug cost?” The implied answer is: *Whatever people will pay for it*. His one “sacred” rule in business is this: “The firms set the price, whether you love it or hate it, that’s it.”

But he also points out that the price hike affected insurance companies only; to those without insurance, who needed the drug, Turing gave the pill away for free.

That same year, 2015, Shkreli was arrested for securities fraud. Mixed up in this case was the fact that his first company, Retrophin, was suing Shkreli for $65 million, alleging that he self-dealed and used the company to pay back investors from an earlier, failed hedge fund. He was eventually convicted, in 2017, in a courthouse in Brooklyn.

That’s when he left New York. The first prison was in New Jersey; the second, Pennsylvania.

What was it like?

Jail “sucks,” says Shkreli, but he kept a staff while locked up, which included a “great” intern from MIT and “a bunch of executives.” He communicated with them, and made trades, using a contraband cell phone. “We had this joke that ‘*Martin is in a remote office*,’” he says. Shkreli’s life is defined by knowledge: having it, pursuing it, profiting from it. He reads textbooks for fun, and even administered the SAT reading section to the 12 guys in his prison dorm.

In 2022, he was released early for good behavior, but then had three years of supervised release. First it was a halfway house, then house arrest with an ankle monitor, then regular check-ins with a probation officer. But as of a few weeks ago, Martin Shkreli is finally, fully free.

I met him in Midtown, near where he lives with his family. I ordered two Camparis and sodas, and Shkreli had two draft beers. He looks like Harry Potter—pale skin, dark hair that’s graying a little behind his ears—and is

dressed in a gray crew neck over a red collared shirt, the same thing he wore an hour before, while livestreaming for 40,000-odd viewers on X.

> Jail "sucks," says Martin Shkreli, but he kept a staff while locked up, which included a "great" intern from MIT and "a bunch of executives."

He does this daily, mostly talking about various tech and pharmaceutical stocks (Shkreli is a big believer in short selling), commenting on the news, and trading live on air. He always shares his screen, which is filled with windows of real-time stock market data and news. I don't recognize the platform he's using, and he tells me it's Godel, his most recent venture and a competitor to the Bloomberg trading terminal. It's going pretty well, he tells me—but it's not what he really wants to be doing.

He really wishes he could develop drugs again. "That's my favorite thing," he tells me, before telling me all about how he wants to solve a rare blood disorder called PKAN. "It should be relatively straightforward," he says. The trouble is: He is banned, for life, by order of a federal judge, from entering the drug industry—which Shkreli describes as an "insane idea," and a "constitutional issue." The drug he wants to invest in could save kids' lives!

But, of course, that's not the only reason he wants to make it. "I mean, I want to capitalize on it too, and make billions of dollars on it," he says.

At one point I ask him why he didn't become a doctor, if he's so interested in lifesaving drugs. "It's like the lowest impact thing you could do," he says. "You can help one person a lot—which, over time, I've learned actually does mean something." But: "I kind of thought it was a limited way to help people or make money."

Besides, he thinks "AI physicians will replace human physicians."

I ask him if he's hoping for public redemption.

"Redemption is a narcissistic thing," he says. "As long as my kid, my wife, my friends like me, I'm fine."

Then he adds: "I want redemption in the sense that I don't want people to hate me. I want people to understand me."

That might be hard for people, given that we mostly see Shkreli online—where he has always had a reputation for being an arch-troll. He got online in the early '90s—he was on AOL, and played a lot of *Doom*—and never got off, arguably to the point of self-sabotage. He told me he got into trouble at Retrophin, his first drug company, which he founded in 2011, because he had "taken to Twitter, and that was alarming for some people."

He'd post about the goings-on at the company, and the types of thoughts pharmaceutical CEOs don't typically share, like, "do I buy the katy perry signed guitar at the autismspeaks auction?"

"Redemption is a narcissistic thing," Martin Shkreli says. "As long as my kid, my wife, my friends like me, I'm fine."

He remembers telling an older board member, "Are you going to judge me by my tweets, or revenue and earnings?" and, "If you don't like my tweet, don't read it." Ultimately, Shkreli says of his online antics: "People don't like it when you act that way. I needed more allies, and I made more enemies."

What about friends? Does Shkreli have a best friend? "It's a little complicated," he says. "I had a best friend in high school. We were in a rock band together. We were called The Coney Island Whitefish."

After leaving Retrophin, Shkreli kept trolling. In 2015, he bought rap group Wu-Tang Clan's only recording of their seventh album for $2 million—and didn't let anyone listen to it. (It was seized by the feds after his conviction.) In

2017, while waiting to be sentenced, he offered his followers $5,000 for a strand of Hillary Clinton's hair. This got him sent to jail early. He was also kicked off Twitter—twice—for his sexually lewd comments about a journalist. (He wrote, "Trial's over tomorrow, bitches. Then if I'm acquitted I get to fuck Lauren Duca.") And as soon as he got out of prison, he created a questionnaire for potential mates; the description read: "I am 40 years old and out of shape. I have very little time and even less patience for a relationship, so the synergy has to be there."

"I spent a good chunk of my life chasing the most beautiful women and never finding happiness," Shkreli tells me.

The questionnaire included queries like, "What are your measurements, height, and weight?" (Shkreli's, he readily told me, are "5′9″ and 160.") There's also: "Do you fuck on the first date?" and "Are you willing to become pregnant?" This is not an exhaustive list.

Shkreli has, in fact, found love. He met his girlfriend, Chelsea, a year ago within the "Thiel-Altman circle" in San Francisco—at a party that Grimes also attended, he tells me. Chelsea is a coder at OpenAI, and helped launch ChatGPT. "We program together. We read math papers together," Shkreli says. "It's a match made in heaven." The couple already have a 2-month-old baby. They're not married quite yet, but Shkreli says they hope to be, and to have more kids.

"I spent a good chunk of my life chasing the most beautiful women and never finding happiness," Shkreli tells me. "Prioritizing a more well-balanced, rounded person was great because when you can come home and speak the same language, it's nice. She knows a lot of things that I don't, and vice versa."

Also: "She's very beautiful, by the way."

Does he have any relationship advice? "It's worth waiting to find the perfect person, but when you know, you know, and when you know, you should pounce."

What comes next?

Well, Shkreli is looking forward to our AI age. He's an accelerationist, which means he believes in letting new technology do its thing, without much oversight or regulation. "There was this effort to control AI that started to creep in from many corners and it's just been soundly defeated," he says. "I am happy for that." He thinks the idea that "advanced AI models should be protected like military secrets was really a crazy thing."

Who's the smartest person in the world? "Scott Aaronson." As in, the quantum physicist who worked on AI safety at OpenAI.

READ

**Is Madison Campbell a 'Fraud'—or a Feminist Hero?**

Our conversation turned to the pharma bros who literally think they can beat death. People like Bryan Johnson, the 48-year-old venture capitalist who's made it his life's work to preserve his own body, and spends hours a day testing and tracking his blood, hormone levels, heart rate, sleep quality, semen—all to try and understand how to slow down the aging process. Does Shkreli want to live forever? "Bryan Johnson ticks me off a little bit," he says. "It's like, first of all, we have a lot of dying kids to treat before you."

He denies that becoming a father has changed him much—but he does say that both losing his own dad and becoming one himself in the space of a few years has made him think more about his own mortality. "It's a magical thing," he says, of fatherhood. "It's frustrating in a way because you realize,

**UNITED STATES OF AMERICA**
**Before the**
**SECURITIES AND EXCHANGE COMMISSION**

**INVESTMENT ADVISERS ACT OF 1940**
**Release No. 4895 / April 23, 2018**

**ADMINISTRATIVE PROCEEDING**
**File No. 3-18127**

| In the Matter of<br><br>MARTIN SHKRELI,<br><br>Respondent. | ORDER MAKING FINDINGS AND IMPOSING REMEDIAL SANCTIONS PURSUANT TO SECTION 203(f) OF THE INVESTMENT ADVISERS ACT OF 1940 |
|---|---|

**I.**

On August 22, 2017, the Securities and Exchange Commission ("Commission") instituted public administrative proceedings pursuant to Section 203(f) of the Investment Advisers Act of 1940 ("Advisers Act") against Martin Shkreli ("Shkreli" or "Respondent").

**II.**

Respondent has submitted an Offer of Settlement ("Offer"), which the Commission has determined to accept. Solely for the purpose of these proceedings and any other proceedings brought by or on behalf of the Commission, or to which the Commission is a party, Respondent admits the Commission's jurisdiction over him and the subject matter of these proceedings, and the findings contained in paragraph III.2 below, and consents to the entry of this Order Making Findings and Imposing Remedial Sanctions Pursuant to Section 203(f) of the Investment Advisers Act of 1940 ("Order"), as set forth below.

**III.**

On the basis of this Order and Respondent's Offer, the Commission finds that:

1. Shkreli, age 35, is a resident of New York, NY. Shkreli was the Managing Partner and the portfolio manager for hedge funds called MSMB Capital Management LP ("MSMB") and MSMB Healthcare LP ("MSMB Healthcare"). Shkreli obtained a Series 7 license in 2003. Shkreli is

not currently associated with a registered broker dealer or registered investment adviser. In March 2011, Shkreli incorporated Retrophin LLC, a pharmaceuticals company that went public, by way of a reverse merger, in December 2012 and became Retrophin, Inc. (collectively with Retrophin LLC, "Retrophin"). Shkreli was Retrophin's President and CEO until September 30, 2014.

2. On August 4, 2017, a jury in the case *United States v. Shkreli*, 15-cr- 637-KAM (E.D.N.Y.), returned a verdict finding Shkreli guilty of violations of Title 15, United States Code, Section 78j(b); and Title 18, United States Code, Section 371. On March 9, 2018, Shkreli was sentenced to a seven-year prison term.

3. The counts of the indictment on which Shkreli was convicted charged, *inter alia*, that Shkreli committed securities fraud by, among other things: defrauding investors and potential investors in MSMB and MSMB Healthcare through material misrepresentations and omissions relating to, among other things, MSMB's and MSMB Healthcare's prior performance, assets under management, and misappropriations by Shkreli of fund assets; and conspired to defraud investors and potential investors in Retrophin through material misrepresentations and omissions about the control of Retrophin's unrestricted or "free trading" shares.

**IV.**

In view of the foregoing, the Commission deems it appropriate and in the public interest to impose the sanctions agreed to in Respondent Shkreli's Offer.

Accordingly, it is hereby ORDERED pursuant to Section 203(f) of the Advisers Act, that Respondent Shkreli be, and hereby is barred from association with any broker, dealer, investment adviser, municipal securities dealer, municipal advisor, transfer agent, or nationally recognized statistical rating organization.

Any reapplication for association by the Respondent will be subject to the applicable laws and regulations governing the reentry process, and reentry may be conditioned upon a number of factors, including, but not limited to, the satisfaction of any or all of the following: (a) any disgorgement ordered against the Respondent, whether or not the Commission has fully or partially waived payment of such disgorgement; (b) any arbitration award related to the conduct that served as the basis for the Commission order; (c) any self-regulatory organization arbitration award to a customer, whether or not related to the conduct that served as the basis for the Commission order; and (d) any restitution order by a self-regulatory organization, whether or not related to the conduct that served as the basis for the Commission order.

For the Commission, by its Secretary, pursuant to delegated authority.

Brent J. Fields
Secretary