# Exhibit F

# Filed Under Seal

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 1:20-cv-00706-DLC

--------------------------------------x

FEDERAL TRADE COMISSION;
STATE OF NEW YORK; STATE OF
CALIFORNIA; STATE OF ILLINOIS;
STATE OF NORTH CAROLINA;
STATE OF OHIO; COMMONWEALTH
OF PENNSYLVANIA; and
COMMONWEALTH OF VIRGINIA,

Plaintiffs,

v.

VYERA PHARMACEUTICALS, LLC;
PHOENIXUS AG; MARTIN SHKRELI,
Individually, as an owner and former
officer of Vyera Pharmaceuticals, LLC,
and Phoenixus AG (formerly known as
Turing Pharmaceuticals, LLC and Turing
Pharmaceuticals AG); KEVIN MULLEADY,
Individually, as an owner and director
of Phoenixus AG and a former
Executive of Vyera Pharmaceuticals, LLC,

Defendants.

-------------------------------------x

Video-Recorded Remote Deposition of

MARTIN SHKRELI

March 21, 2023

Stenographically Reported By:

Mark Richman, CSR, CCR, RPR, CM

Job No. 223799

TUESDAY, March 21, 2023

9:08 a.m.

Video-Recorded Remote Deposition of MARTIN SHKRELI, taken by the FTC, held at the Office of the New York State Attorney General, 28 Liberty Street, New York, New York, before Mark Richman, Certified Shorthand Reporter, Certified Court Reporter, Registered Professional Reporter, and a Notary Public within and for the State of New York.

**REMAINDER OF DOCUMENT**

**FILED UNDER SEAL**