UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

October 13, 2026

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re: *Federal Trade Commission et al. v. Martin Shkreli*, 1:20-cv-00706 (DLC)**

Dear Judge Cote:

On behalf of Plaintiffs in the above-captioned litigation, Plaintiff Federal Trade Commission respectfully requests permission to file under seal its Memorandum of Law in Support of Its Motion for an Order to Show Cause Why Defendant Shkreli Should Not Be Found in Civil Contempt for Violating the Court's February 4, 2022 Order ("brief") and Exhibit F.

Plaintiffs redacted all but the last four digits of brokerage account numbers from the brief pursuant to Federal Rule of Civil Procedure 5.2. Those redactions are highlighted in blue in the version filed under seal.

Exhibit F contains excerpts from the transcript of the March 21, 2023 deposition of Shkreli in the above-captioned matter. Plaintiffs have no record of Shkreli or his counsel designating any part of the transcript as confidential under the Stipulated Protective Order (ECF 092). Though Plaintiffs accordingly believe that the excerpts should be made public, out of an abundance of caution, we wish to afford Shkreli an opportunity to apply to the Court to keep his testimony from the public. Plaintiffs have also redacted the portions of the brief that disclose information from Exhibit F. Those redactions are highlighted in yellow in the version filed under seal.

In accordance with Rule 8.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, Plaintiffs have publicly filed a version of the brief with the proposed redactions (ECF 943) and a slipsheet for Exhibit F (ECF 943-8). Plaintiffs will file under seal a version of the unredacted brief, with the proposed redactions highlighted, and the unredacted Exhibit F.

Sincerely,

/s/ Maren Haneberg
Maren Haneberg

Granted.
Denise Cote
10/13/26