Case 1:20-cv-00706-DLC Document 942-1 Filed 10/13/26 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA,

Plaintiffs,

v.

MARTIN SHKRELI,

Defendant.

Case No. 1:20-cv-00706

**~~[Proposed]~~ Order to Show Cause**

DENISE COTE, District Judge:

On February 4, 2022, the Court issued an Order for Permanent Injunction and Equitable Monetary Relief ("Permanent Injunction") enjoining Defendant Martin Shkreli for life "from directly or indirectly participating in any manner in the pharmaceutical industry." On October 13, 2026, Plaintiffs filed a motion for an order to show cause why Shkreli should not be found in civil contempt for violating the Permanent Injunction by trading in Pharmaceutical Company stocks and publicly broadcasting his opinions about the business and management of numerous Pharmaceutical Companies.

ORDERED that any opposition to the FTC's motion is due November 3, 2026. Any reply is due by November 17, 2026. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Case 1:20-cv-00706-DLC Document 942-1 Filed 10/13/26 Page 2 of 2

IT IS FURTHER ORDERED that Defendant Shkreli, non-parties Leonora Izerne and Chelsea Voss, and any other person or entity acting at his direction or in concert with him with actual notice of this Order shall preserve all documents, records, data, and other evidence relating to Shkreli's compliance (or noncompliance) with the Permanent Injunction.

IT IS FURTHER ORDERED that the FTC shall promptly serve a copy of this Order on Shkreli, Leonora Izerne, and Chelsea Voss and shall file an affidavit of such service on ECF.

Dated: October 13, 2026
New York, New York

HON. DENISE COTE
United States District Judge