UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
Health Care Division

October 13, 2026

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re: *Federal Trade Commission et al. v. Martin Shkreli*, 1:20-cv-00706 (DLC)**

Dear Judge Cote:

On behalf of all Plaintiffs in the above-captioned litigation, Plaintiff Federal Trade Commission respectfully requests permission to file under seal its Certificate of Service of Plaintiffs' Motion for an Order to Show Cause Why Defendant Shkreli Should Not Be Found in Civil Contempt for Violating the Court's February 4, 2022 Order on Mr. Shkreli.

Specifically, Plaintiffs request to redact the street address and apartment number of Mr. Shkreli's place of residence, which is where he was personally served, from the Certificate of Service and the Service Notification attached thereto as Exhibit A. This address is not publicly listed, and Plaintiffs see no public interest in disclosing Mr. Shkreli's personal information here.

In accordance with Rule 8.B of Your Honor's Individual Practices in Civil Cases and with the requirements for electronically filing under seal, Plaintiffs have publicly filed a version of the Certificate of Service (ECF 948) and Service Notification (Ex. A) (ECF 948-1) with the proposed redactions. Plaintiffs will file an unredacted Certificate of Service and Service Notification (Ex. A) under seal, with the proposed redactions highlighted.

Sincerely,

*<u>/s/ Maren Haneberg</u>*
Maren Haneberg

Granted.
Denise Cote
10/13/26