AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Federal Trade Commission, et al.<br>*Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00706 (DLC) |
| Vyera Pharmaceuticals, LLC, et al.<br>*Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Martin Shkreli .

Date: 11/02/2026

*/s/ Jonathan Gross*
*Attorney's signature*

Jonathan Gross, 5993001
*Printed name and bar number*

LAW OFFICE OF JONATHAN GROSS
2833 Smith Ave., Suite 331
Baltimore, MD 21209
*Address*

jon@jonathangross.law
*E-mail address*

(443) 813-0141
*Telephone number*

*FAX number*