JG THE LAW OFFICE OF
JONATHAN GROSS

2833 Smith Avenue, Suite 331
Baltimore, Maryland 21209
Jonathan Gross, Esq. · jon@jonathangross.law
Cindy L. Young, FOIA Case Management
cindy@jonathangross.law

November 2, 2026

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** ***Federal Trade Commission, et al. v. Vyera Pharmaceuticals, LLC, et al.*, No. 1:20-cv-00706 (DLC)**

**Unopposed Letter-Motion for a Fourteen-Day Extension of Time to Respond to the Order to Show Cause (ECF No. 953)**

Dear Judge Cote:

I write on behalf of Defendant Martin Shkreli, who has just retained me to represent him in connection with the Federal Trade Commission's Motion for an Order to Show Cause Why Defendant Shkreli Should Not Be Found in Civil Contempt (ECF Nos. 942–43) (the "Motion"). I have filed a notice of appearance on Mr. Shkreli's behalf concurrently with this letter. Pursuant to Your Honor's Individual Practices in Civil Cases, I respectfully request a fourteen-day extension of Mr. Shkreli's time to oppose the Motion, from November 3, 2026 to November 17, 2026, with a corresponding fourteen-day extension of the FTC's time to reply, from November 17, 2026 to December 8, 2026. **Plaintiffs do not oppose this request.**

As required by Your Honor's Individual Practices, Mr. Shkreli states as follows: (1) the original deadline to oppose the Motion is November 3, 2026, as set by the Court's October 13, 2026 Order to Show Cause (ECF No. 953); (2) Mr. Shkreli has made no previous request for an extension of this deadline; (3) because there have been no previous requests, none has been granted or denied; and (4) on November 2, 2026, counsel for the FTC advised that the FTC does not oppose this request, and counsel for the Plaintiff States likewise advised that they do not oppose it. The only other date affected is the FTC's reply deadline, which the proposed schedule below extends by the same fourteen days so that the FTC retains the full reply period the Court provided.

Good cause supports this modest extension. I was only recently retained and require time to master the record on which the Motion rests. The Motion seeks a finding of civil contempt and the imposition of civil sanctions (ECF No. 943-9), and it is supported by a memorandum of law, a declaration, an evidence summary, recordings and transcriptions of Mr. Shkreli's livestreams, a three-part compilation of additional sources, and deposition excerpts filed partly under seal (ECF Nos. 943, 946), as well as a hard drive of video recordings submitted to Chambers (ECF Nos. 944, 952). Reviewing that material responsibly, including the video evidence, cannot be completed in the time remaining before November 3.

In addition, Mr. Shkreli faces a simultaneous deadline in another matter before this Court. In *Guidepoint Global LLC v. Ware, et al.*, No. 1:26-cv-03684 (S.D.N.Y.), Mr. Shkreli's response to an amended pleading is likewise due on November 3, 2026, and there was recently a substitution of counsel in that action. The convergence of those two deadlines, each arising shortly after a change of counsel, makes it impracticable to prepare a complete and careful response to the Motion by November 3.

The requested extension will not prejudice any party or disrupt any proceeding. This action has been closed since the entry of judgment, no hearing or other date is scheduled in connection with the Motion, and Plaintiffs do not oppose the request. Mr. Shkreli also understands that the preservation directives in the Order to Show Cause remain in full force and are unaffected by this request. A brief extension will instead ensure that the Court has a complete record and full adversarial briefing before it decides a motion that seeks contempt sanctions against him.

Accordingly, Mr. Shkreli respectfully requests that the Court enter the following revised schedule:

| | **Current** | **Proposed** |
|---|---|---|
| Opposition to the Motion | November 3, 2026 | November 17, 2026 |
| FTC's Reply | November 17, 2026 | December 8, 2026 |

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross
NY Bar ID: 5993001
THE LAW OFFICE OF JONATHAN GROSS
2833 Smith Avenue, Suite 331
Baltimore, Maryland 21209
(443) 813-0141
jon@jonathangross.law

*Counsel for Defendant Martin Shkreli*

cc: All counsel of record (via ECF)