UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION, STATE OF NEW YORK, STATE OF CALIFORNIA, STATE OF OHIO, COMMONWEALTH OF PENNSYLVANIA, STATE OF ILLINOIS, STATE OF NORTH CAROLINA, and COMMONWEALTH OF VIRGINIA,

Plaintiffs,

-v-

VYERA PHARMACEUTICALS, LLC, PHOENIXUS AG, MARTIN SHKRELI, individually, as an owner and former director of Phoenixus AG, and as a former executive of Vyera Pharmaceuticals, LLC, and KEVIN MULLEADY, individually, as an owner and director of Phoenixus AG, and as a former executive of Vyera Pharmaceuticals, LLC,

Defendants.

20cv706 (DLC)

**ORDER**

DENISE COTE, District Judge:

Upon the letter-motion of Defendant Martin Shkreli dated November 2, 2026, requesting a fourteen-day extension of time to respond to the Court's October 13, 2026 Order to Show Cause (ECF No. 953), and Plaintiffs not opposing the request, it is hereby

ORDERED that the letter-motion is GRANTED.

IT IS FURTHER ORDERED that any opposition to the FTC's motion (ECF No. 942) is due November 17, 2026. Any reply is due by December 8, 2026. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that all other provisions of the Court's October 13, 2026 Order to Show Cause, including its directives regarding the preservation of evidence, remain in full force and effect.

SO ORDERED.

Dated: New York, New York
November 2, 2026

DENISE COTE
United States District Judge