**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; STATE OF OHIO; COMMONWEALTH OF PENNSYLVANIA; and COMMONWEALTH OF VIRGINIA,<br>Plaintiffs,<br>v.<br>MARTIN SHKRELI,<br>Defendant. | Case No. 1:20-cv-00706 (DLC) |

**DECLARATION OF MARTIN SHKRELI IN SUPPORT OF LETTER-MOTION FOR EXTENSION OF TIME**

I, Martin Shkreli, declare as follows:

1. I am the Defendant in this action. I submit this declaration for the limited purpose of supporting my request for an extension of time. I have personal knowledge of the facts stated here.

2. On October 14, 2026, the attorneys who then represented me in *Guidepoint Global, LLC v. Ware*, No. 1:26-cv-3684 (S.D.N.Y.), moved to withdraw.

3. I began looking for new counsel promptly. I retained Jonathan Gross on or about October 22, 2026 in that action with intention to retain him for this action as well.

4. I had the flu from October 29 to October 30, 2026. On October 30, 2026, my one-year-old child was taken to the emergency room. My child has since recovered.

5. Because of these events, I was not able to confer with Mr. Gross about Plaintiffs' motion in this action until November 2, 2026. On that day, we confer about this action at my New York office in person.

6. This declaration addresses only the matters stated above. It does not address Plaintiffs' allegations and does not waive any right, privilege, or defense, including my rights under the Fifth Amendment and the attorney-client privilege.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on November 8, 2026, at New York, NY.

/s/ Martin Shkreli______________________________
Martin Shkreli